AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Henry Ford Hospital

Date of Service: SB 5-14-14

## Method of Service

✓ Personally served at this address: 2799 W. Grand Blvd, Suite 4B Detroit, MI 48202

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sirron Branch

Signature of Server: [signature]

Date: SB 5/14/14

Server's Address: 24350 Rensselaer Street, Oak Park, MI 48237

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Natalie Reeser,

                *Plaintiff,*

v.

                Case No. 2:14–cv–11916–GCS–MJH
                Hon. George Caram Steeh

Henry Ford Hospital,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Henry Ford Hospital

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Keith D. Flynn
        600 W. Lafayette Blvd.
        4th Floor
        Detroit, MI
        48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: s/ K Krawczyk
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: May 14, 2014

