AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:14–cv–11916–GCS–MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Henry Ford Hospital

Date of Service: 5/15/14

## Method of Service

✓ Personally served at this address: 39500 High Pointe Boulevard, Suite 350 Novi, MI 48375

____ Left copies at defendant's usual place of abode with (name of person): Mr. Terrance J. Miglio

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sirron Brand

Signature of Server: [signature]

Date: 5/15/14

Server's Address: 24350 Rensselaer Street Oak Park, MI 48237

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Natalie Reeser,

*Plaintiff,*

v.

Henry Ford Hospital,

*Defendant.*

Case No. 2:14–cv–11916–GCS–MJH
Hon. George Caram Steeh

**SUMMONS IN A CIVIL ACTION**

To: Henry Ford Hospital

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith D. Flynn
600 W. Lafayette Blvd.
4th Floor
Detroit, MI
48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ K Krawczyk
*Signature of Clerk or Deputy Clerk*




Date of Issuance: May 14, 2014

**Diane Boxie**

---

**From:** Miglio, Terrence J. <tjmiglio@varnumlaw.com>
**Sent:** Thursday, May 15, 2014 9:45 AM
**To:** Diane Boxie
**Subject:** RE: Reeser v. Henry Ford Hospital

Yes. This firm will be representing Defendant.

**Terrence J. Miglio Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938







Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com



******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400

***CIRCULAR 230***
To ensure compliance with IRS regulations, we inform you that, unless otherwise expressly indicated herein, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used, for the purpose of (1) avoiding tax penalties or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.
******************************

---

**From:** Diane Boxie [mailto:DBoxie@millercohen.com]
**Sent:** Thursday, May 15, 2014 9:45 AM
**To:** Miglio, Terrence J.
**Cc:** Keith Flynn
**Subject:** Reeser v. Henry Ford Hospital

Dear Mr. Miglio:

Please confirm that you are the correct party to receive the Summons and Complaint on behalf of the defendant in this matter.

Once we have your confirmation we will be able to dispatch the appropriate documentation.

Thank you,

**Diane Boxie**
*Secretary to Keith D. Flynn, Esq.*
**Miller Cohen, P.L.C.**
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226
Phone: 313-964-4454
Fax: 313-964-4490

LEGAL NOTICE: This e-mail is for the exclusive use of the intended recipient(s). If you are not an intended recipient, please notify the sender by reply e-mail or by calling 313-964-4454, delete the e-mail from your computer, and do not copy or disclose it to anyone else. Unauthorized disclosure, copying, distribution, reliance or use is prohibited. Neither this e-mail nor its attachment(s) establish an attorney-client relationship, constitute an electronic signature or provide consent to contract electronically, unless expressly so stated by a Miller Cohen, P.L.C. attorney in the body of this e-mail or an attachment. FEDERAL TAX ADVICE DISCLAIMER: Under U. S. Treasury Regulations, we are informing you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

MILLER COHEN, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840
(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101
(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
TERI L. DENNINGS
JACK W. SCHULZ

JOHANNA L. KONONEN
OF COUNSEL

May 15, 2014

**VIA HAND-DELIVERY**

Mr. Terrance J. Miglio
Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Re: ***Natalie Reeser v. Henry Ford Hospital***
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
Our File No.:14-15246

Dear Mr. Miglio:

Please find enclosed the following documents in the above-referenced matter, along with *Proof of Service*:

1. **COMPLAINT AND DEMAND FOR JURY TRIAL**
2. **SUMMONS IN A CIVIL ACTION**

If you should you have any questions, please do not hesitate to contact me.

Sincerely,

**MILLER COHEN, P.L.C.**

Keith D. Flynn, Esq.

/db
Enclosures

cc: Mr. Bruce A. Miller (w/o encl.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

Plaintiff,

v.

HENRY FORD HOSPITAL,

Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

*Hon. George Caram Steeh*

**MILLER COHEN, P.L.C.**
Keith D. Flynn (P74192)
*Attorney for Plaintiff*
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226-0840
(313) 964-4454 Phone
(313) 964-4490 Fax
kflynn@millercohen.com

MILLER COHEN, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
DETROIT, MICHIGAN 48226-0840
(313) 964-4454

**PROOF OF SERVICE**

DIANE BOXIE, an employee of MILLER COHEN, P.L.C., says that on May 15, 2014, she caused to be served **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL** and **RETURN OF SERVICE**, along with this *Proof of Service*, upon:

Mr. Terrance J. Miglio
Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

via *courier service, Independent Express.*

Diane Boxie
DIANE BOXIE

Subscribed and sworn to before me on
this 15th day of May 2014

**Michelle Coil**, Notary Public
St. Clair County, acting in Wayne County, MI
My Commission Expires: **10/21/2015**