UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,                                            Hon. George Caram Steeh
                                                    Case No.: 2:14-cv-11916

v.

HENRY FORD HOSPITAL,

    Defendant.
_____/
| | |
|---|---|
| MILLER COHEN, P.L.C. | VARNUM LLP |
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 39500 High Pointe Blvd., Ste. 350 |
| 313-964-4454 | Novi, MI 48375 |
| kflynn@millercohen.com | 248-567-7828 |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

_____/

**STATEMENT OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to LR 83.4, Henry Ford Hospital makes the following disclosure:

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

        Yes  ___                No  _X_

If the answer is "Yes," list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case that has a substantial financial interest in the outcome of the litigation?

Yes ___      No  X

If the answer is "Yes," list the identity of such corporate or affiliate and the nature of the financial interest:

Respectfully submitted:

VARNUM LLP

By: /s/ Terrence J. Miglio
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
248-567-7828
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

Dated: June 4, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2014, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record.

<u>/s/ Terrence J. Miglio</u>

8473730_1.DOCX