UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

                    Plaintiff(s),

v.                                      Case No. 2:14–cv–11916–GCS–MJH
                                               Hon. George Caram Steeh

Henry Ford Hospital,

                    Defendant(s),
_____

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 238, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  July 17, 2014 at 10:00 AM

**ADDITIONAL INFORMATION:**   Please file Joint Rule 26(f) Discovery Plan one week before conference.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/M. Beauchemin
                                                           Case Manager

Dated:  June 5, 2014