UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,                                                Hon. George Caram Steeh
                                                         Case No.: 2:14-cv-11916

v.

HENRY FORD HOSPITAL,

    Defendant.
_____/

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 39500 High Pointe Blvd., Ste. 350 |
| 313-964-4454 | Novi, MI 48375 |
| kflynn@millercohen.com | 248-567-7828 |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

_____/

## DEFENDANT'S INITIAL WITNESS LIST

**NOW COMES** Defendant, **HENRY FORD HOSPITAL**, by and through its attorneys, **VARNUM, LLP**, and for its Initial Witness List, states as follows:

1.     Jackie Allen
       Kidney & Hypertension Center P.C.
       15945 19 Mile Road, Suite 206
       Clinton Twp., Michigan 48038

2. Maria Anger
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

3. Marguerite Bayer, Investigator
   State of Michigan
   LARA
   Wage and Hour Division
   7150 Harris Drive
   P.O. Box 30476
   Lansing, Michigan 48909

4. Fiona Bork
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

5. Joseph Candila

6. Salvatone Centene

7. Mary Ann Dickerson

8. Nawaal Elhaddi
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

9. Alicia Estell
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

10. Dr. Mohammad Ghaffarloo
    Henry Ford Health System
    15945 19 Mile Road, Suite 100
    Clinton Twp., Michigan 48038

11. Julisa Garcia
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

12. Denise Goldsmith
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

13. Luain Hajjar
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

14. Jill E. Hood, PHR
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

15. Jenny Hudson

16. Shameeka Johnson
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

17. Tanisha Jordan
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

18. Reza Kahnamouei, M.D.
    43361 Commons Drive
    Clinton Twp., Michigan 48038

19. Wendy Reed Leach

20. Zef Lucaj, M.D.
    15945 19 Mile Road, Suite 106
    Clinton Twp., Michigan 48038

21. Vicky Lucaj
    15945 19 Mile Road, Suite 106
    Clinton Twp., Michigan 48038

22. Deserie Miller
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

23. Dr. Mark Mishack
    Kidney & Hypertension Center P.C.
    15945 19 Mile Road, Suite 206

24. Jennifer Moss

25. Jill Nis

26. Kathy Oswald
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

27. Rebecca Pilarski
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

28. Deborah Reeser

29. Natalie K. Reeser
    69156 Florence Drive
    Richmond, Michigan 48062

30. Angela Smith

31. Debra Temrowski
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

32. Anand Thakur, M.D.
    ANA Pain Management, P.C.
    15945 19 Mile Road, Suite 202
    Clinton Twp., Michigan 48038

33. Hally Waller

34. Kyle Waller

35. John Waugh
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

36. Jennifer Wierbicki

37. Denise Williams

38. Martha Wiseheart
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

39. Custodian of the Records:

    a. Davenport University
       Michigan

    b. Davis Smith Inc.
       27764 Franklin Road
       Southfield, Michigan 48034

    c. Equal Employment Opportunity
       Commission
       477 Michigan Avenue
       Detroit, Michigan  48226

    d.  Henry Ford Hospital
Henry Ford Health System
2799 W. Grand Blvd.
Detroit, Michigan  48202

    e.  Home Helpers, Inc.
66707 Van Dyke Road
Washington, Michigan 48095

    f.  Jeffrey Automotive Group, LLC
Jeffrey Buick-Nissan
30800 Gratiot Avenue
Roseville, Michigan 48066

    g.  Reza Kahnamouei, M.D.
43361 Commons Drive
Clinton Twp., Michigan 48038

    h.  Kirtland Community College
10775 N. St. Helen Road
Roscommon, Michigan 48653

    i.  Macomb County Circuit Court
40 N. Main Street
Mt. Clemens, Michigan 48038

    j.  Michigan Department of Civil Rights
3054 West Grand Blvd., Suite 3-600
Detroit, Michigan  48202

    k.  Michigan Department of Labor
Bureau of Workers Disability Compensation
P.O. Box 30016
Lansing, Michigan  48900

    l.  Right at Home
8344 Hall Road, Suite 207
Utica, Michigan 48317

    m.  Rochester College
800 West Avon Road
Rochester Hills, Michigan 48307

      n. St. Joseph Mercy Hospital-Clinton Twp.

      o. State of Michigan
         LARA
         Wage and Hour Division
         7150 Harris Drive
         P.O. Box 30476
         Lansing, Michigan 48909

      p. U.S. Bankruptcy Court
         211 W. Fort Street
         Detroit, Michigan 48226

      q. Visiting Angels
         42140 Van Dyke Avenue, Suite 200
         Sterling Heights, Michigan 48314

40. Elissa Benedek, M.D. (Psychiatry Expert)
     2311 East Stadium Blvd., Suite 111
     Ann Arbor, Michigan 48104

41. Charles R. Clark, Ph.D. (Psychology Expert)
     117 N. 1st Street
     Ann Arbor, Michigan 48104

42. Van Conway (Economic Expert)
     401 S. Old Woodward Ave., Suite 340
     Birmingham, Michigan 48009

43. Gary Leeman (Economic Expert)
     39300 W. Twelve Mile Road, Suite 100
     Farmington Hills, MI 48331

44. Kenneth Myers (Mitigation Expert)
     26600 West Fourteen Mile Road
     Bloomfield Hills, Michigan 48301

45. Ronald T. Smolarski, M.A., CLCP, CRC (Vocational Expert)
     114 Felch
     Ann Arbor, Michigan 48103

46. Any and all past or present employees of Defendant Henry Ford Hospital.

47. Any and all past or present employers of Plaintiff.

48. Any and all physicians, psychologists, psychiatrists or other medical professionals who have examined and/or treated Plaintiff.

49. Any and all rebuttal or impeachment witnesses.

50. Any and all witnesses identified through additional discovery or investigation.

51. Any and all witnesses disclosed at trial.

52. Any and all witnesses listed on Plaintiff's Witness List(s).

53. Any and all expert witnesses listed on Plaintiff's Witness List(s).

54. Defendant reserves the right to add to or delete names from its Witness List pursuant to further discovery.

By submitting this Initial Witness List, Defendant does not waive any objections to the admissibility of the testimony of these witnesses. Instead, this list is submitted indicating potential witnesses Defendant may produce.

Respectfully submitted,

VARNUM LLP

By: /s/ Terrence J. Miglio
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
248-567-7828
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

Dated: September 30, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2014, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record.

<u>/s/ Terrence J. Miglio</u>

8769647_1.DOC