UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

      Plaintiff,

v.

**HENRY FORD HOSPITAL**,

      Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh

_____/

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| *Attorney for Plaintiff* | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | *Attorneys for Defendant* |
| Detroit, MI  48226-0840 | 39500 High Pointe Boulevard, Suite 350 |
| (313) 964-4454 Phone | Novi, Michigan  48375 |
| (313) 964-4490 Fax | (248) 567-7828 Phone |
| kflynn@millercohen.com | (248) 567-7423 Fax |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

_____/

## PLAINTIFF'S INITIAL WITNESS LIST

**NOW COMES** Plaintiff, Natalie Reeser, by and through her attorneys, MILLER COHEN, P.L.C., and for her Initial Witness List, states that she may call the following witnesses at the trial of this matter:

    1.    Natalie Reeser

    2.    Fiona Bork

    3.    Jill Hood

4. Martha Wiseheart

5. Luain Hajjar

6. Maria Anger

7. Kathy Oswald

8. Debra Temrowski

9. Jackie Allen

10. Dr. Mark Mishack

11. Dr. Rupa Thackur

12. Dr. Reza Kahnamouei

13. Dr. Mohammed Ghaffloo

14. Desiree Miller

15. Alicia Estell

16. Vicki Lucaj

17. Tanisha Jordan

18. Julisa Garcia

19. Denise Goldsmith

20. Ernestine Hawkins

21. Shameeka Johnson

22. Mario Krueger

23. Nick Pizzurro Zeeoud

24. John Rosati

25. Jennifer Wierbicki-Teets

26. Judy Hale

27. Berjoh Fullilove

28. Jennifer Moss

29. Holly Waller

30. Kyle Waller

31. Angela Smith

32. Wendy Reed Leach

33. Jennifer Hudson

34. Salvatore Lentine

35. Lynn (office manager at Dr. Thacker's)

36. Jim Boyer

37. Joseph Candela

38. Deborah Reeser

39. Nina Reeser

40. Mary Ann Dickenson

41. Nathannel Reeser

42. Other agents of Defendant.

43. Any and all witnesses listed by Defendant whether or not called to testify at time of trial.

44. Any and all rebuttal witnesses.

45. Any and all witnesses revealed in further discovery.

46. Plaintiff reserves the right to amend this list, as additional information becomes known or as necessary, throughout the course of this litigation.

        Respectfully submitted,

        **MILLER COHEN, P.L.C.**

        By:   /s/Keith D. Flynn
                 Keith D. Flynn (P74192)
                 *Attorney for Plaintiff*
                 600 W. Lafayette Blvd., 4th Floor
                 Detroit, MI  48226
                 (313) 964-4454 Phone
                 (313) 964-4490 Fax
                 kflynn@millercohen.com

Dated:  September 30, 2014

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NATALIE REESER**,

       Plaintiff,

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh

v.

**HENRY FORD HOSPITAL**,

       Defendant.

_____/

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| *Attorney for Plaintiff* | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | *Attorneys for Defendant* |
| Detroit, MI 48226-0840 | 39500 High Pointe Boulevard, Suite 350 |
| (313) 964-4454 Phone | Novi, Michigan 48375 |
| (313) 964-4490 Fax | (248) 567-7828 Phone |
| kflynn@millercohen.com | (248) 567-7423 Fax |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on *September 30, 2014*, I electronically filed the foregoing document with the Court using the ECF system, which will send notification of such filing to all counsel of record.

                          Respectfully submitted,

                          **MILLER COHEN, P.L.C.**

                By:   /s/Keith D. Flynn
                          Keith D. Flynn (P74192)
Dated: September 30, 2014            *Attorney for Plaintiff*