**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**NATALIE REESER,**

        Plaintiff,

v.

**HENRY FORD HOSPITAL,**

        Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Ada A. Verloren (P57541) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Boulevard, Suite 350 |
| Detroit, MI  48226-0840 | Novi, Michigan  48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| averloren@millercohen.com | bebuchanan@varnumlaw.com |

## INDEX OF EXHIBITS

**EXHIBIT A:**
- Plaintiff's First Set of Interrogatories to Defendant
- Plaintiff's First Set of Requests for Production of Documents To Defendant

**EXHIBIT B:**
- Defendant's Objections and Answers to Plaintiff's First Set of Interrogatories to Defendant
- Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents to Defendant

**EXHIBIT C:**
- Email Dated October 8, 2014