UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

              Plaintiff(s),

v.                                             Case No. 2:14–cv–11916–GCS–MJH
                                             Hon. George Caram Steeh

Henry Ford Hospital,

              Defendant(s),
_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

      Motion to Compel – #14

                                      s/George Caram Steeh
                                      George Caram Steeh
                                      United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      s/M. Beauchemin
                                      Case Manager

Dated:   October 22, 2014