**Defendants' Response Opposing Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Interrogatories and Requests to Produce and for Costs**

<u>Index of Exhibits</u>

A. Email from Miglio to Flynn, dated September 30, 2014

B. Defendant's Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents

C. Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories

D. *Colton v. Cohen*, No. 10-CV-13073, 2013 WL 3724835 (E.D. Mich. July 15, 2013)

E. *Fritz v Charter Twp. Of Comstock*, No. 1:07-CV-1254, 2010 WL 1856481 (W.D. Mich. May 10, 2010)