# Exhibit A

---

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Tuesday, September 30, 2014 11:01 AM
**To:** Keith Flynn
**Cc:** Buchanan, Barbara E.; Ada Verloren
**Subject:** RE: Henry Ford Discovery Responses

Mr. Flynn, we have been in a jury trial in Columbus Ohio since 9/22. The trial has just wrapped up. We will review our responses and supplement.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938




Best Lawyers
BEST
LAW FIRMS
US News
2014

Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
******************************

---

**From:** Keith Flynn [mailto:KFlynn@millercohen.com]
**Sent:** Tuesday, September 30, 2014 10:59 AM
**To:** Miglio, Terrence J.
**Cc:** Buchanan, Barbara E.; Ada Verloren
**Subject:** Henry Ford Discovery Responses

Counsel:

I have reviewed your responses to our discovery requests and they are wholly unacceptable and non-responsive. On my initial review, it does not appear that you fully answered a single interrogatory nor did you provide a single document—not even Ms. Reeser's personnel file. Instead, you rely on general objections. Defendant is obligated to produce information and documents that are reasonably calculated to lead to the discovery of relevant information. FED. R. CIV. PRO. 26(b)(1). Defendant cannot refuse to answer and choose to "simply intone [the] familiar litany that the interrogatories are burdensome, oppressive or overly broad." ***Compagnie Francaise d'Assurance Pour le Commerce Exterieur v. Phillips Petroleum Co.***, 105 F.R.D. 17, 42 (S.D.N.Y. 1984); ***Hickman v. Taylor***, 329 U.S. 495, 507 (1947). This is inappropriate and delays Plaintiff's discovery efforts.

Unless you plan to supplement by the end of the work week, Plaintiff will file a motion to compel. If you refuse to concur, Plaintiff will seek all reasonable expenses incurred in making the motion, including attorney's fees pursuant to FED. R. CIV. PRO. 37(a)(5).

This constitutes Plaintiff's request for concurrence.

Keith D. Flynn
Attorney at Law
Miller Cohen, P.L.C.
600 West Lafayette Blvd., Fourth Floor
Detroit, MI 48226-0840
(313) 964-4454
Fax: (313) 964-4490

The information contained in and accompanying this e-mail transmission is confidential and is intended for delivery only to the identified addressee(s). It may constitute an attorney-client communication and should not be opened or read by anyone other than the named addressee(s). If you receive this e-mail in error, please reply to sender so advising and then delete this message. Unless otherwise indicated, this e-mail is not intended to constitute legal advice or opinion relative to specific facts, matters, situations, or issues. Legal counsel should be consulted concerning the application of this information to specific circumstances or situations.