# EXHIBIT 3

2013 Employee Performance and Development for Natalie Kristen Reeser                    Page 1 of 7

## 2013 Employee Performance and Development for Natalie Kristen Reeser

**Employee Information**

| | |
|---|---|
| Last Name: | Reeser |
| First Name: | Natalie |
| Title: | Lab Service Rep Outreach |
| Department: | Laboratory Outreach |
| Location: | REMOTE |

**Review Information**

| | |
|---|---|
| Originator: | HFHS Performance Management |
| Review Period: | 01/01/2013 - 12/31/2013 |
| Due Date: | 01/15/2014 |

**Team Member Standards of Excellence**

**Commit to Team Member: (I am Committed)**
Description of Performance Ratings for Commit to Team Members

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
Natalie works well in groups. She asks for ideas and offers her own, and maintains good relations with everyone in the group. Natalie is very passionate about her work and it shines through.

Employee Comments:
I am very committed to my team and my job.

**Display a Positive Attitude/Respond in a Timely Manner (I am Positive & Responsive)**
Description of Performance Ratings for Display a Positive Attitude/Respond in a Timely Manner

Rating by Fiona Catherine Bork:
Supervisor: 2.0 - Some Success

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
Natalie is fully accountable for every choice she makes and never seeks to avoid or shift responsibility to someone else. I can trust that she will act decisively, follow through on her commitments, and quickly correct any problems. Natalie was sent for additional phlebotomy training due to numerous complaints of bruising and pain. She learned a lot from her day of training including how to finish a lab draw as well as the proper pressure to use after a venipuncture.

Employee Comments:
I will always take responsibility for any action that I might do.

**Foster and Support Innovation (I am Innovative)**
Description of Performance Ratings for Foster and Support Innovation

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 3.0 - Fully Successful

Supervisor Comments:
Natalie has made a contribution to positive change. She knows how to communicate the benefits of change to different people and obtain the necessary resources to implement new ideas.

I have counseled Natalie on her mode of communication with new employees and have asked that when she speaks about a process or process failure that it is not escalated to in inappropriate level. I am looking for a noticeable improvement in Natalie's ability to stay away from destructive gossip and not feed or be any part of it. We are a no gossip employer.

Employee Comments:
I am always growing and learning new ways to communicate.

**Honor and Respect Diversity (I Honor Diversity)**
Description of Performance Ratings for Honor and Respect Diversity

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
Natalie has done her part to maintain an open, respectful workplace. She recognizes and values the different backgrounds, perspectives and opinions of all employees. She also encourages others to show the same respect for each other. Gossiping is very

Employee Comments:
I respect everyone always

4/28/2014

HFH03

2013 Employee Performance and Development for Natalie Kristen Reeser                                    Page 2 of 7

disrespectful to fellow coworkers and can cause great harm. All participation in gossip must stop.

Offer Open and Constructive Communications (I am a Communicator)
Description of Performance Ratings for Offer Open and Constructive Communications

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
Natalie is respectful and attentive to people who are speaking, both in group and one-on-one situations. Her good listening skills have been useful to her in her job over the last review period.

Employee Comments:
na

Respect and Be Sensitive to Privacy/Confidentiality & Maintain a Clean, Safe, and Healthy Workplace Environment (I am Respectful & Methodical)
Description of Performance Ratings for Respect and Be Sensitive to Privacy/Confidentiality & Maintain a Clean, Safe, and Healthy Workplace Environment

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 5.0 - Leader/Change Agent

Supervisor Comments:
Natalie pays close attention to her work environment and is very conscientious about keeping it safe, clean, uncluttered, and free of hazards.

Natalie actively protects confidential information. She is always careful to guard against careless release of important information.

Employee Comments:
I make sure cipsc is always in top running standings

Take Ownership and Be Accountable/Take Pride in the System (I am Accountable & Proud)
Description of Performance Ratings for Take Ownership and Be Accountable/Take Pride in the System

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
Natalie is always stretching the limits of her ability. When she is finished with her regular assignments she often seeks out new work. She clearly enjoys the challenge of taking on different tasks.

I am pleased with Natalie's flexible attitude toward her job responsibilities. She willingly adapts to changing circumstances, volunteers to take on new work, and adjusts her schedule when necessary.

Natalie is currently assigned to one of our lower volume PSC and has been able to use the significant downtime to perform other duties and has done a great job doing so.

Natalie is very pleasant with the patients. Every patient that she handles clearly feels like they are the most important patient. Thank you Natalie for being so committed to always doing your best. You are a pleasure to work with and I appreciate all of your hard work.

Employee Comments:
Its a joy to work for such a wonderful boss I l l look forward to coming to work and growing through experence and daily activitys interacting with new people everyday.

Role Specific Assessment

If using this section to assess clinical and/or non clinical job related skills:

1. Click the "Add Competencies" button below to open the competency library.
2. Select the category specific to your role found in the "Jump to category section".
3. Check the "select all competencies" box in your category section.
4. Scroll up or down and click the box that says "Add Selected Competencies".

Your selected job related skills/competencies will then appear in your performance review form to be rated during your performance review. This section is not weighted.

Role Specific Assessment Overall Comments

Managers Comments:
No comments

Employees Comments:
No comments

Performance Goal Plan

4/28/2014

HFH04

2013 Employee Performance and Development for Natalie Kristen Reeser — Page 3 of 7

**Pillar:: People**
Goal : To deliver high quality care and exceptional service, it is essential that we create an environment of emotionally engaged employees.
1. Employee will participate in department discussions regarding engagement including reviewing results of the most recent survey.
2. Employee will participate in development and implementation of Employee Engagement Impact Plans.
3. Employee will actively participate in departmental engagement initiatives.
4. Employee led an engagement initiative in the department; e.g., continuing education presentation, enhanced training session, organize departmental community service event, member of lab social event planning committee, organize departmental social event, etc.

Measurement : 1-No participation in Employee Engagement activities
2-Evidence of 1 of the 4 measures
3-Evidence of 2 of the 4 measures
4-Evidence of 3 of the 4 measures
5-Evidence of all 4 measures

Weight : 10.0%  Status : [Complete]  % Complete : 100.0%  Start : 01/01/2013  Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
*No comments*

Employee Comments:
*No comments*

**Pillar:: People**
Goal : Goal : Goal: Employees are expected to attend and participate in meetings and discussions to further employee engagement. 100% participation in the Gallup Employee Engagement survey is encouraged. Employees will discuss engagement with their leaders and co-workers. Employees drive engagement by actively participating and volunteering to lead efforts to that improve customer satisfaction, communication, and teamwork in their work area.

Measurement : 1-employee did not participate in or actively worked against engagement efforts in the department. Less than 20% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
2- 21%-80% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
3->80% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
4-#3 above and lead an employee engagement effort in the laboratory
5-#4 above and gave a presentation on employee engagement at a lab meeting.

Weight : 10.0%  Status : [Complete]  % Complete : 100.0%  Start : 01/01/2013  Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
*No comments*

Employee Comments:
*No comments*

**Pillar:: Service**
Goal : To ensure the long term success of HFHS, it is essential that we are focused on creating a culture of world class service for our customers and increasing the number of patients served by HFHS and the services they use at our facility.
1. Lead a customer service initiative project for HFML
2. Show evidence of participation in the completion of a KPI or Strategic Plan item in the laboratory
3. Employees will utilize AIDET principles during all encounters with patients and customers as assessed through on individually kept log (by employee) of such events

Measurement : Rating: 1-No evidence of measures 1, 2, or 3
2-Evidence of 1 of the 3 measures
3-Evidence of 2 of the 3 measures
4-Evidence of 3 of the 3 measures

Weight : 15.0%  Status : [Complete]  % Complete : 100.0%  Start : 01/01/2013  Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
*No comments*

Employee Comments:
*No comments*

**Pillar:: Quality and Safety**
Goal : To remain successful, it is essential that all employees participate in creating a culture of continuous improvement utilizing LEAN tools.