## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**NATALIE REESER**,

      Plaintiff,

v.

**HENRY FORD HOSPITAL**,

      Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Ada A. Verloren (P57541) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI  48226-0840 | Novi, Michigan  48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| averloren@millercohen.com | bebuchanan@varnumlaw.com |

### STIPULATED ORDER TO COMPEL DISCOVERY

THIS MATTER HAVING COME before the Court after Plaintiffs filed a *Motion to Compel Defendant to Respond to Plaintiff's Interrogatories and Requests to Produce and for Costs*, the parties, through their undersigned counsel, hereby stipulate to the following:

Plaintiff will limit her discovery requests and Defendant will supplement its answers in accordance with the *Joint Statement of Resolved and Unresolved Issues* as filed with the Court on December 10, 2014.

**IT IS SO ORDERED.**

Dated: <u>December 17, 2014</u>   <u>s/Michael Hluchaniuk</u>
  HONORABLE MICHAEL HLUCHANIUK

**STIPULATED AS TO FORM AND SUBSTANCE:**

**MILLER COHEN P.L.C.**   **VARNUM LLP**

By: <u>/s/Keith D. Flynn</u>   By: <u>/s/Terrence J. Miglio *(w/consent)*</u>
    Keith D. Flynn (P-74192)       Terrence J. Miglio (P30541)