UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v.

**HENRY FORD HOSPITAL**,

        Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Ada A. Verloren (P57541) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI  48226-0840 | Novi, Michigan  48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| averloren@millercohen.com | bebuchanan@varnumlaw.com |

### STIPULATED ORDER  ADJOURNING SCHEDULING ORDER DATES

The parties, through their undersigned counsel, hereby stipulate that the scheduling order dates be adjourned by two months and amended as follows:

Discovery due by April 6, 2015

Dispositive Motion Cut-off set for May 11, 2015

Final Pre-Trial Order due August 17, 2015

Final Pretrial Conference: August 24, 2015 at 10:00 a.m.

Jury Trial: September 8, 2015 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: <u>December 17, 2014</u>          <u>s/George Caram Steeh</u>
                                            United States District Judge

**STIPULATED AS TO FORM AND SUBSTANCE:**

**MILLER COHEN P.L.C.**           **VARNUM LLP**

By: <u>/s/Keith D. Flynn</u>           By: <u>/s/Terrence J. Miglio</u> *(w/consent)*
    Keith D. Flynn (P-74192)            Terrence J. Miglio (P30541)