Exhibit D

| | |
|---|---|
| **From:** | Miglio, Terrence J. |
| **Sent:** | Wednesday, October 01, 2014 5:18 PM |
| **To:** | Keith Flynn (KFlynn@millercohen.com) |
| **Cc:** | Buchanan, Barbara E. |
| **Subject:** | Resser v HFHS |
| **Attachments:** | HFHS Medical and Psychotherapy Authorizations.PDF |

Please have your client execute these authorizations and return them to us.

Terrence J. Miglio, Esq.
Direct: (248) 567-7828
Cell: (248) 408-2938



Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************

1



**PATIENT INFORMATION
RELEASE AUTHORIZATION**

MRN: _____

INSTRUCTIONS
Fill in the appropriate information in each applicable section. Sign and date the form. A separate authorization must be completed for each request.

Patient Full Name:  Reeser (Last)   Natalie (First)   K (Initial)   Maiden Name: _____

Date of Birth: 12/31/1980   Last 4 Digits of SS# 8156   Sex: M / _F_   Telephone: ( )

Address:  Street: 20481 Foster Drive
City: Clinton Twp.   State: MI   Zip: 48036

I, Natalie K. Reeser hereby authorize Henry Ford Hospital & Health Network it's director or agent, to disclose information contained in the medical record of the patient identified above, which includes information that may be stored in a paper and/or electronic format, as set forth below. However, such notes may contain information on general medical care; alcohol and drug abuse treatment; psychological and social work counseling; human immunodeficiency virus (HIV) or acquired immunodeficiency syndrome (AIDS) or AIDS related complex (ARC); communicable diseases or infections, including sexually transmitted diseases, venereal diseases, tuberculosis and hepatitis; demographic information; and treatment received at other health care providers. *Not for use for disclosure of psychotherapy notes.*

1. Name or title of person or organization and address to whom information is to be:

[X] Disclosed To:  Michigan Legal Copy
4121 Okemos Road, Suite 12
Okemos, MI 48864

[ ] Requested From: _____

Address

2. Specific information to be disclosed / obtained. **Indicate date of service:**

| X | ER Memo 1/1/05 to present | X | Outpatient Visit 1/1/05 to present |
| --- | --- | --- | --- |
|  | X-Ray /Lab _____ | X | Discharge Summary 1/1/05 to present |
|  | Immunizations _____ | X | Diagnosis/Dates 1/1/05 to present |
|  | Photographs _____ | X | Other (specify) any inpatient or outpatient records |

3. This authorization is valid only if received by Henry Ford Health System within 60 days of the date signed.

4. Ongoing access in treatment settings: This authorization expires when the patient information is disclosed as permitted in this authorization, or on _____ (date cannot exceed one year from the date of signature below).

5. I may revoke this authorization at any time. Revocations to this authorization must be presented in writing. Revocation will not apply to the information that has already been released pursuant to this authorization. Contact Referring Physician Office, One Ford Place, Detroit, Michigan 48202

6. My care or treatment will not be conditioned on signing this authorization.

7. The persons to whom information is disclosed under this authorization may possibly re-disclose the information to others without the patient's knowledge or consent and therefore the privacy of personal and health information may no longer be protected by law.

8. Henry Ford Health System and/or its copying services reserve the right to charge for processing and copying information. This fee is waived when releasing information **directly** to a treating physician or health care facility.

Signature: _____
Patient, Parent of Minor, Legal Guardian, Personal Representative, Heir at Law, Person under a POA*

Relationship (if other than patient): _____
Date: _____

* If Legal Guardian, Personal Representative or person with authority under a durable medical power of attorney, a copy of appropriate documentation is necessary for release

26091 Rev. 4/14



MRN: _____

## PATIENT AUTHORIZATION FOR DISCLOSURE OF PSYCHOTHERAPY NOTES ONLY

### INSTRUCTIONS
Fill in the appropriate information in each applicable section. Sign and date the form. Incomplete forms will be returned to you unprocessed. A separate authorization must be completed for each request.

Patient Full Name: <u>Reeser</u>    <u>Natalie</u>    <u>K</u>    Maiden Name: _____
                 Last           First       Initial

Date of Birth: <u>12/31/1980</u>   Last 4 digits SS#: <u>8156</u>    Sex: M/<u>F</u>   Telephone: ( )

Address: Street: <u>20481 Foster Drive</u>

        City: <u>Clinton Twp.</u>    State: <u>MI</u>    Zip: <u>48036</u>

I, <u>Natalie K. Reeser</u> hereby authorize <u>Henry Ford Hospital & Health Network</u>, it's director or agent, to disclose information contained in the medical record of the patient identified above, which includes information that may be stored in a paper and/or electronic format, as set forth below. This authorization is for the disclosure of psychotherapy notes only. However, such notes may contain information on general medical care; alcohol and drug abuse treatment; psychological and social work counseling; human immunodeficiency virus (HIV) or acquired immunodeficiency syndrome (AIDS) or AIDS related complex (ARC); communicable diseases or infections, including sexually transmitted diseases, venereal diseases, tuberculosis and hepatitis; demographic information; and treatment received at other health care providers.

1. Name or title of person or organization and address to whom information is to be:

   [X] Disclosed To:   Michigan Legal Copy      [ ] Requested From: _____

                  4121 Okemos Road, Suite 12           _____

                  Okemos, MI 48864                 _____

                        Address                                    Address

2. The purpose or need for such disclosure
   ___ At the request of the patient    ___ Personal Use    ___ Continuation of Care    ___ Attorney
   ___ Workman's Compensation    ___ Insurance    ___ Disability    _X_ Other: <u>litigation</u>

3. The psychotherapy notes to be disclosed are for the dates of service indicated below.
   <u>1/1/2005 to present</u>

4. This authorization is valid only if received by Henry Ford Health System within 60 days of the date signed

5. Ongoing access in treatment settings: This authorization expires when the patient information is disclosed as permitted in this authorization, or on _____ (date cannot exceed one year from the date of signature below).

6. I may revoke this authorization at any time. Revocations to this authorization must be presented in writing. Revocation will not apply to the information that has already been released pursuant to this authorization.

7. My care or treatment will not be conditioned on signing this authorization.

8. The persons to whom information is disclosed under this authorization may possibly re-disclose the information to others without the patient's knowledge or consent and therefore the privacy of personal and health information may no longer be protected by law.

9. Henry Ford Health System and/or its copying services reserve the right to charge for processing and copying information. This fee is waived when releasing information **directly** to a treating physician or health care facility.

Signature: _____    Relationship (if other than patient): _____
           Patient, Parent of Minor, Legal Guardian, Personal
           Representative, Heir at Law, Person under a POA*          Date: _____

* If Legal Guardian, Personal Representative or Power of Attorney, a copy of appropriate documentation is necessary for release.

eForm #:HFHS-83-0767MR-1008



**PATIENT INFORMATION
RELEASE AUTHORIZATION**

MRN: _____

**INSTRUCTIONS**
Fill in the appropriate information in each applicable section. Sign and date the form. A separate authorization must be completed for each request.

Patient Full Name: Reeser (Last) Natalie (First) K (Initial)   Maiden Name: _____

Date of Birth: 12/31/1980   Last 4 Digits of SS# 8156   Sex: M / _F_   Telephone: ( )

Address: Street: 20481 Foster Drive
City: Clinton Twp.   State: MI   Zip: 48036

I, Natalie K. Reeser hereby authorize Henry Ford Macomb Hospitals it's director or agent, to disclose information contained in the medical record of the patient identified above, which includes information that may be stored in a paper and/or electronic format, as set forth below. However, such notes may contain information on general medical care; alcohol and drug abuse treatment; psychological and social work counseling; human immunodeficiency virus (HIV) or acquired immunodeficiency syndrome (AIDS) or AIDS related complex (ARC); communicable diseases or infections, including sexually transmitted diseases, venereal diseases, tuberculosis and hepatitis; demographic information; and treatment received at other health care providers. *Not for use for disclosure of psychotherapy notes.*

1. Name or title of person or organization and address to whom information is to be:

   [X] Disclosed To: Michigan Legal Copy
   4121 Okemos Road, Suite 12
   Okemos, MI 48864
   
   [ ] Requested From: _____
   
   Address

2. Specific information to be disclosed / obtained. Indicate date of service:
   - [X] ER Memo  1/1/05 to present
   - [ ] X-Ray /Lab _____
   - [ ] Immunizations _____
   - [ ] Photographs _____
   - [X] Outpatient Visit  1/1/05 to present
   - [X] Discharge Summary  1/1/05 to present
   - [X] Diagnosis/Dates  1/1/05 to present
   - [X] Other (specify)  any inpatient or outpatient records

3. This authorization is valid only if received by Henry Ford Health System within 60 days of the date signed.

4. Ongoing access in treatment settings: This authorization expires when the patient information is disclosed as permitted in this authorization, or on _____ (date cannot exceed one year from the date of signature below).

5. I may revoke this authorization at any time. Revocations to this authorization must be presented in writing. Revocation will not apply to the information that has already been released pursuant to this authorization. Contact Referring Physician Office, One Ford Place, Detroit, Michigan 48202

6. My care or treatment will not be conditioned on signing this authorization.

7. The persons to whom information is disclosed under this authorization may possibly re-disclose the information to others without the patient's knowledge or consent and therefore the privacy of personal and health information may no longer be protected by law.

8. Henry Ford Health System and/or its copying services reserve the right to charge for processing and copying information. This fee is waived when releasing information **directly** to a treating physician or health care facility.

Signature: _____
Patient, Parent of Minor, Legal Guardian, Personal Representative, Heir at Law, Person under a POA*

Relationship (if other than patient): _____

Date: _____

\* If Legal Guardian, Personal Representative or person with authority under a durable medical power of attorney, a copy of appropriate documentation is necessary for release

26091 Rev. 4/14



MRN: _____

## PATIENT AUTHORIZATION FOR DISCLOSURE OF PSYCHOTHERAPY NOTES ONLY

**INSTRUCTIONS**
Fill in the appropriate information in each applicable section. Sign and date the form. Incomplete forms will be returned to you unprocessed. A separate authorization must be completed for each request.

Patient Full Name: __Reeser__ __Natalie__ __K.__ Maiden Name: _____
                    Last            First       Initial

Date of Birth: __12/31/1980__ Last 4 digits SS#: __8156__ Sex: M/F__ Telephone: ( ) _____

Address: Street: __20481 Foster Drive__

        City: __Clinton Twp.__ State: __MI__ Zip: __48036__

I, __Natalie K. Reeser__ hereby authorize __Henry Ford Macomb Hospitals__, it's director or agent, to disclose information contained in the medical record of the patient identified above, which includes information that may be stored in a paper and/or electronic format, as set forth below. This authorization is for the disclosure of psychotherapy notes only. However, such notes may contain information on general medical care; alcohol and drug abuse treatment; psychological and social work counseling; human immunodeficiency virus (HIV) or acquired immunodeficiency syndrome (AIDS) or AIDS related complex (ARC); communicable diseases or infections, including sexually transmitted diseases, venereal diseases, tuberculosis and hepatitis; demographic information; and treatment received at other health care providers.

1. Name or title of person or organization and address to whom information is to be:

   [X] Disclosed To:    Michigan Legal Copy      [ ] Requested From: _____
                      4121 Okemos Road, Suite 12                 _____
                      Okemos, MI 48864                            _____
                           Address                                            Address

2. The purpose or need for such disclosure
   ___ At the request of the patient    ___ Personal Use    ___ Continuation of Care    ___ Attorney
   ___ Workman's Compensation       ___ Insurance       ___ Disability   _X_ Other: __litigation__

3. The psychotherapy notes to be disclosed are for the **dates of service** indicated below.
   __1/1/2005 to present__

4. This authorization is valid only if received by Henry Ford Health System within 60 days of the date signed

5. Ongoing access in treatment settings: This authorization expires when the patient information is disclosed as permitted in this authorization, or on _____ (date cannot exceed one year from the date of signature below).

6. I may revoke this authorization at any time. Revocations to this authorization must be presented in writing. Revocation will not apply to the information that has already been released pursuant to this authorization.

7. My care or treatment will not be conditioned on signing this authorization.

8. The persons to whom information is disclosed under this authorization may possibly re-disclose the information to others without the patient's knowledge or consent and therefore the privacy of personal and health information may no longer be protected by law.

9. Henry Ford Health System and/or its copying services reserve the right to charge for processing and copying information. This fee is waived when releasing information directly to a treating physician or health care facility.

Signature: _____ Relationship (if other than patient): _____
            Patient, Parent of Minor, Legal Guardian, Personal
            Representative, Heir at Law, Person under a POA*               Date: _____

* If Legal Guardian, Personal Representative or Power of Attorney, a copy of appropriate documentation is necessary for release.

eForm #:HFHS-83-0767MR-1008