Exhibit E

| | |
|---|---|
| From: | Miglio, Terrence J. |
| Sent: | Tuesday, January 13, 2015 5:43 PM |
| To: | Keith Flynn (KFlynn@millercohen.com) |
| Subject: | Reeser v HFH |

Mr. Flynn,

We've not received authorizations to be signed by your client to receive medical/psychiatric records from Henry Ford Health System which I sent to you on 10/1. Please provide them immediately.

Plaintiff provided no actual responses or even objections to our First Request for Production of Documents other than attaching 473 pages of documents, of which there are about 90 pages of duplicates. Please provide a written response in accordance with the Court Rules.

Re Interrog #1: Plaintiff has not answered.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938



Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************