Exhibit H

| | |
|---|---|
| From: | Miglio, Terrence J. |
| Sent: | Tuesday, February 10, 2015 2:38 PM |
| To: | Keith Flynn (KFlynn@millercohen.com) |
| Cc: | Buchanan, Barbara E. |
| Subject: | Reeser |

Mr. Flynn,

We have still not received from your client, signed authorizations to obtain her medical and psychological records from Henry Ford Health System. We have been asking for these authorizations since October 2014. In addtion these most recent interrogatories have not been answered. Please advise as to whether we can expect the authorizations and whether you will be supplementing the interrogatory answers.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938



Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************