UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

            Plaintiff(s),

v.                                           Case No. 2:14–cv–11916–GCS–MJH
                                                    Hon. George Caram Steeh

Henry Ford Hospital,

            Defendant(s),
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

      Motion to Compel – #23

                                              s/George Caram Steeh
                                              George Caram Steeh
                                              United States District Judge

### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/M. Beauchemin
                                              Case Manager

Dated:   February 19, 2015