# EXHIBIT 2

# MICHIGAN LEGAL COPY, LLC

4121 Okemos Road, Suite 12
Okemos, MI 48864

Phone: (517) 349-1700
Fax: (517) 349-1717

DATE   September 18, 2014

TO:      Custodian of Records
         *Davis-Smith, Inc.*

RE:      *Natalie K. Reeser*

**The enclosed subpoena does not require your personal appearance.**

It is for the purpose of photocopying documents and requires only that you submit the designated records or photocopies of the designated records (either by mail or in person) to:

    Michigan Legal Copy, LLC
    4121 Okemos Road, Suite 12
    Okemos, MI 48864

**If the records are extensive enough to have a charge in excess of $75.00, prior approval from Michigan Legal Copy, will be required.**

The records must be received no later than the date specified by the subpoena. Original documents will be promptly returned in the manner received.

---

**Please sign and return this statement verifying that all records in your possession have been submitted.**

I confirm that I have received a subpoena for the referenced records and in response have submitted all requested documents in my possession.

Custodian of Records:

Date:                                                    Number of pages:

### NO RECORD STATEMENT

I certify that a thorough and diligent search of our files was made and no records as identified in the subpoena were located.

Custodian of Records:                                    Date:

Terrence J. Miglio

1

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

NATALIE REESER )
)
Plaintiff )
v. ) Civil Action No.  14-cv-11916
)
HENRY FORD HOSPITAL )
Defendant )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Davis Smith, Inc., Custodian of Employment Records
*(Name of person to whom this subpoena is directed)*

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

any and all employment records, including but not limited to, personnel file, department file, performance evaluations, employment applications, and earnings/payroll records regarding Natalie K. Reeser, dob 12/31/1980; SSN ***-**-8156, for the time period from 1/1/2014 to present date.

| Place:  Michigan Legal Copy, 4121 Okemos Road, Suite 12, Okemos, MI 48864 | Date and Time:  Thurs., Oct. 2, 2014, 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  9/18/2014

*DAVID J. WEAVER, CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Defendant, Henry Ford Hospital _____ , who issues or requests this subpoena, are:

Terrence J. Miglio (P30541), 39500 High Pointe Blvd., Ste. 350, Novi, MI, 48375
248-567-7828; tjmiglio@varnumlaw.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

2

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 14-cv-11916

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   Davis Smith, Inc.

on *(date)*

[X] I served the subpoena by delivering a copy to the named person as follows:   U.S. Mail

Davis Smith Inc., 27764 Franklin Road, Southfield, MI 48034

on *(date)*   9/18/2014   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$   6.00

My fees are $ _____ for travel and $ _____ for services, for a total of $   6.00   .

I declare under penalty of perjury that this information is true.

Date:   9/18/2014

*Cat M Duckett*
*Server's signature*

Catherine M. Duckett, Owner Michigan Legal Copy
*Printed name and title*

4121 Okemos Road, Suite 12, Okemos, MI 48864
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

**Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)**

3