# EXHIBIT 3

# STATE OF MICHIGAN
# ⌐ COURT FOR THE COUNTY OF US DISTRICT COURT/EASTERN DISTRICT OF I

Natalie K. Reeser

-v-                                                              Case No.: 14-cv-11916

Henry Ford Hospital

## NOTICE OF RECORD DEPOSITION

TO:  **Keith D. Flynn**

PLEASE TAKE NOTICE THAT THE FOLLOWING RECORD DEPOSITION(S) WILL BE TAKEN AT 10:00 AM ON 2/27/2015, BEFORE A NOTARY PUBLIC AT MICHIGAN LEGAL COPY, LLC, 4121 Okemos Road, Suite 12, Okemos, MI  48864 PURSUANT TO MCR 2.305 AND MCR 2.306.

**Deponents:**
*Davis-Smith, Inc.*

The undersigned counsel does not propose to interrogate the deponent, the proceedings being solely for the purpose of copying records and documents in the possession and control of the deponent, as identified in the attached subpoena.

**Requested by:**   Terrence J. Miglio
                    Keller Thoma, PC
                    Detroit, MI 48226

**Date:**   Friday, February 13, 2015

I, Catherine Duckett, state that a copy of this notice was mailed/delivered to Keith D. Flynn on 2/13/2015.

*Catherine Duckett*
For Michigan Legal Copy, LLC
4121 Okemos Road, Suite 12
Okemos, MI  48864

cc:  Terrence J. Miglio

Original - Return    1st copy - Witness    2nd copy - File    3rd copy - Extra

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUBPOENA<br>Order to Appear | FILE NO.<br>14-cv-11916 |
|---|---|---|

Court Address: , MI  
Court telephone no.  
Police Report No. (if applicable)

| Plaintiff(s) Petitioner(s)<br>__ People of the State of Michigan<br>X   Natalie K. Reeser | V | Defendant(s) Respondent(s)<br>Henry Ford Hospital |
|---|---|---|
| _x_ Civil    __ Criminal | | Charge |

__ Probate    In the matter of

In the Name of the People of the State of Michigan. TO: **Davis-Smith, Inc.**

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

**YOU ARE ORDERED** to appear personally at the time and place stated below:
You may be required to appear from time to time and day to day until you are excused.

1. __ The court address above   X  Other: Michigan Legal Copy, LLC, 4121 Okemos Road, Suite 12, Okemos, MI  48864

| Day | Date | Time |
|---|---|---|
| 2.  Friday | **February 27, 2015** | **10:00 am** |

**YOU ARE ALSO ORDERED to:**

__ 3. Testify at trial / examination / hearing.
X 4. Produce the following items:
__ 5. Testify as to your assets, and bring with you the items listed in line 4 above.
__ 6. Testify at deposition.    *a copy of UPDATED RECORDS from 9/1/2014-present; including, but not limited to any earnings records, any discipline, and records/reasons regarding her termination, etc.*
__ 7. MCL 600.6119 prohibition against transferring or disposing of property attached.
__ 8. Other:

| 9. | Person requesting subpoena<br>Terrence J. Miglio | Telephone no.<br>(313) 965-7610 |
|---|---|---|
| | Address<br>Keller Thoma, PC | |
| | City     State     Zip<br>Detroit, MI 48226 | |

NOTE: If you are requesting that an examination of a debtor be heard before a judge, or if you checked item 7, the judge must issue the subpoena. For debtor examinations before the judge, the affidavit of debtor examination on the other side of this form must also be completed.

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.**

| February 13, 2015 | Terrence J. Miglio   P30541 | Court use only |
|---|---|---|
| Date | Judge/Clerk/Attorney    Bar no. | __ Served  __ Not Served |

MC 11 (6/97) SUBPOENA, Order to Appear    MCL 600.1455, 600.1701, 600.6110; 600.6119; MSA 27A.1455, 27A.1701, 27A.6110, 27A.6119, MCR 2.506