UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

v.

HENRY FORD HOSPITAL,

    Defendant.

Hon. George Caram Steeh
Case No.: 2:14-cv-11916

_____/

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 39500 High Pointe Blvd., Ste. 350 |
| 313-964-4454 | Novi, MI 48375 |
| kflynn@millercohen.com | 248-567-7828 |
|  | tjmiglio@varnumlaw.com |
|  | bebuchanan@varnumlaw.com |

_____/

**NOTICE OF WITHDRAWAL OF DEFENDANT'S
MOTION TO COMPEL DISCOVERY AND FOR
REASONABLE EXPENSES PURSUANT RULE 37 (Docket # 23)**

    NOW COMES Defendant, HENRY FORD HOSPITAL, by and through its attorneys, VARNUM, LLP, and hereby withdraws its Motion to Compel and for Reasonable Expenses Pursuant to Rule 37 (Docket #23).

        Respectfully submitted,

        **VARNUM, LLP**

    BY:   _/s/ Terrence J. Miglio_
        Terrence J. Miglio (P30541)
        Barbara E. Buchanan (P55084)
        Attorneys for Defendant
        39500 High Pointe Blvd., Ste. 350
        Novi, MI 48375
        248-567-7828
        tjmiglio@varnumlaw.com
        bebuchanan@varnumlaw.com

Dated: March 27, 2015

## **CERTIFICATE OF SERVICE**

  I certify that on March 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

        Keith D. Flynn (P74192)
        MILLER COHEN, P.L.C.
        Attorney for Plaintiff
        kflynn@millercohen.com

        _/s/ Deborah L. Michaelian_
        Deborah L. Michaelian

9294410_1.DOCX