## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**NATALIE REESER,**

       Plaintiff,

v.

**HENRY FORD HOSPITAL,**

       Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh

/

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| *Attorney for Plaintiff* | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | *Attorneys for Defendant* |
| Detroit, MI  48226-0840 | 39500 High Pointe Boulevard, Suite 350 |
| (313) 964-4454 Phone | Novi, Michigan  48375 |
| (313) 964-4490 Fax | (248) 567-7828 Phone |
| kflynn@millercohen.com | (248) 567-7423 Fax |
|  | tjmiglio@varnumlaw.com |
|  | bebuchanan@varnumlaw.com |

/

## PLAINTIFF'S MOTION, AND BRIEF IN SUPPORT, TO ENFORCE SUBPOENA, EXTEND DISCOVERY FOR THE SOLE PURPOSE OF TAKING JILL HOOD'S DEPOSITION, AND TO COMPEL HER ATTENDANCE AT THAT DEPOSITION

### INDEX OF EXHIBITS

EXHIBIT A:    Defendant's Initial Disclosures

EXHIBIT B:    Email dtd December 4, 2014, re Deposition Dates

EXHIBIT C:    Email dtd January 26, 2015, re Reeser

EXHIBIT D:        Email dtd February 18, 2015, re Reeser v HFHS

EXHIBIT E:        Ltr dtd March 4, 2015,
                  enclosing Deposition Notice of Jill Hood & Subpoena

EXHIBIT F:        Ltr dtd March 13, 2015,
                  enclosing Deposition Re-Notice of Jill Hood

EXHIBIT G:        Email dtd March 25, 2015, 10:21am, re Reeser

EXHIBIT H:        Email dtd March 25, 2015, 12:23pm, re Reeser

EXHIBIT I:        Email dtd March 26, 2015, 11:56am, re Reeser
                  enclosing Stipulated Order re Hood

EXHIBIT J:        Email dtd March 27, 2015, 9:31am, re Reeser

EXHIBIT K:        Email dtd March 27, 2015, 10:11am, re Reeser

EXHIBIT L:        Email dtd March 27, 2015, 10:39am, re Reeser

EXHIBIT M:        Email dtd March 27, 2015, 1:36pm, re Reeser
                  enclosing Stipulated Order re Hood

EXHIBIT N:        Email dtd March 27, 2015, 2:20pm, re Reeser

EXHIBIT O:        Email dtd March 27, 2015, 2:15pm, re Reeser

EXHIBIT P:        Email dtd March 27, 2015, 2:44pm, re Reeser

EXHIBIT Q:        Email dtd March 27, 2015, 2:43pm, re Reeser

EXHIBIT R:        Email dtd March 27, 2015, 3:33pm, re Reeser

EXHIBIT S:        Email dtd March 27, 2015, 4:02pm, re Reeser
                  enclosing Stipulated Order re Hood

EXHIBIT T:        Email Chains dtd March 27, 2015, and March 30, 2015, re Reeser

EXHIBIT U:       Ltr dtd March 30, 2015,
enclosing 2nd Re-Notice of Deposition of Jill Hood and copy of
original Subpoena

EXHIBIT V:       Watkins v. New Albany Plain Local Sch.