# EXHIBIT B

## Keith Flynn

**From:** Keith Flynn
**Sent:** Thursday, December 4, 2014 3:27 PM
**To:** Miglio, Terrence J.
**Cc:** Buchanan, Barbara E.; Ada Verloren
**Subject:** Deposition Dates

Good afternoon.

Plaintiff requests dates of availability for the following depositions:

Fiona Bork
Martha Wiseheart
Jill Hood

Please provide several dates of availability for the month of January.

Thank you.

Keith D. Flynn
Attorney at Law
Miller Cohen, P.L.C.
600 West Lafayette Blvd., Fourth Floor
Detroit, MI 48226-0840
(313) 964-4454
Fax: (313) 964-4490

The information contained in and accompanying this e-mail transmission is confidential and is intended for delivery only to the identified addressee(s). It may constitute an attorney-client communication and should not be opened or read by anyone other than the named addressee(s). If you receive this e-mail in error, please reply to sender so advising and then delete this message. Unless otherwise indicated, this e-mail is not intended to constitute legal advice or opinion relative to specific facts, matters, situations, or issues. Legal counsel should be consulted concerning the application of this information to specific circumstances or situations.