# EXHIBIT C

## Keith Flynn

| | |
|---|---|
| **From:** | Miglio, Terrence J. <tjmiglio@varnumlaw.com> |
| **Sent:** | Monday, January 26, 2015 1:55 PM |
| **To:** | Keith Flynn |
| **Cc:** | Buchanan, Barbara E. |
| **Subject:** | Reeser |

Fiona Bork and Martha Wisehart can be available for their deps on February 4th or 5th. Jill Hood no longer works for HFHS but we have reached out to her to ascertain her availability. Please let me know when your client is available for her dep.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

 

Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1