# EXHIBIT D

## Keith Flynn

**From:** Miglio, Terrence J. <tjmiglio@varnumlaw.com>
**Sent:** Wednesday, February 18, 2015 6:26 AM
**To:** Keith Flynn
**Subject:** Reeser v HFHS

None of the dates you offered for depositions are good. Ms. Bork and Ms. Wisehart are available on March 16th. If the 16th is not good provide me with other dates.
Jill Hood no longer works for my client. I have not been able to get ahold of her for dates for her deposition.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

 

Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************

1

## Keith Flynn

**From:** Keith Flynn
**Sent:** Tuesday, February 24, 2015 2:39 PM
**To:** 'Miglio, Terrence J.'
**Subject:** RE: Reeser

The following dates work: March 19-27. My client prefers Tuesdays and Thursdays.

Thanks.

- Keith

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Tuesday, February 24, 2015 2:35 PM
**To:** Keith Flynn
**Subject:** Reeser

I have been able to contact Jill Hood. Give me dates that you are available for her deposition.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938



Varnum LLP                          Main: (248) 567-7400
39500 High Pointe Blvd., Ste. 350   Fax: (248) 567-7423
Novi, Michigan 48375                www.varnumlaw.com

*****************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*****************************

1