# EXHIBIT G

# Keith Flynn

**From:** Miglio, Terrence J. <tjmiglio@varnumlaw.com>
**Sent:** Wednesday, March 25, 2015 10:21 AM
**To:** Keith Flynn
**Subject:** Reeser

Jill Hood informs me that she is only available Friday morning. She said she can start early on that day. I am trying to reach her to see her actual availability that day. If Friday morning starting early won't provide you with enough time I will get alternate dates from her but it would be easier if you let me know your availability.


**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

VARNUM | BEST LAW FIRMS

Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************

1