# EXHIBIT L

**Keith Flynn**

| | |
|---|---|
| **From:** | Keith Flynn |
| **Sent:** | Friday, March 27, 2015 10:39 AM |
| **To:** | 'Miglio,  Terrence J.' |
| **Cc:** | Diane Boxie |
| **Subject:** | RE: Reeser |

May 5th works.  I will re-notice accordingly.

- Keith

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Friday, March 27, 2015 10:15 AM
**To:** Keith Flynn
**Subject:** Reeser

Here is what Ms. Hood gave me as to her availability:
April:  29, 30,
May:  5, 6, 7, 8

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

 

Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*****************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*****************************