# EXHIBIT S

## Keith Flynn

**From:** Keith Flynn
**Sent:** Friday, March 27, 2015 4:02 PM
**To:** 'Miglio, Terrence J.'
**Subject:** RE: Reeser
**Attachments:** STIPULATED ORDER RE HOOD (3d).docx

Pursuant to our conversation, I have attached a new version that should take your concerns into account. Please advise whether this is acceptable.

I would be willing to consent to a similar stip and order allowing for Ms. Reeser's continued deposition post-discovery cutoff, but since Ms. Hood's deposition was scheduled for today, I want to finalize Ms. Hood's stip and order by the end of the day.

- Keith

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Friday, March 27, 2015 3:33 PM
**To:** Keith Flynn
**Subject:** Reeser

## Ms. Hood has authorized me to accept service of the subpoena on her behalf.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

 

Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

       Plaintiff,

v.

HENRY FORD HOSPITAL,

       Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Ada A. Verloren (P57541) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI 48226-0840 | Novi, Michigan 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| averloren@millercohen.com | bebuchanan@varnumlaw.com |

## STIPULATED ORDER TO TAKE DISCOVERY DEPOSITION AFTER THE DISCOVERY CUTOFF

Plaintiff Natalie Reeser and Defendant Henry Ford Hospital stipulate as follows:

Currently, the deadline for discovery is April 6, 2015 pursuant to Dkt. No. 22. Plaintiff noticed and subpoenaed Jill Hood to appear for her deposition on March 23, 2015. This date was re-noticed for March 27th pursuant to an agreement

between the attorneys to instead depose Ms. Reeser on March 23rd. Ms. Hood's deposition must be rescheduled because she is no longer available on March 27th.

Consequently, the parties stipulate that Ms. Hood's discovery deposition will take place after the close of discovery, that the deposition shall be governed by and used for all purposes allowed under the Federal Rules of Civil Procedure, and that Plaintiff may subpoena the witness to compel her attendance even after the close of discovery. Defendant's counsel will accept service of the subpoena on Ms. Hood's behalf via First Class mail.

**IT IS SO ORDERED** that Ms. Hood's discovery deposition will take place after the close of discovery, that the deposition shall be governed by and used for all purposes allowed under the Federal Rules of Civil Procedure, and that Plaintiff may subpoena the witness to compel her attendance even after the close of discovery. Defendant's counsel will accept service of the subpoena on Ms. Hood's behalf via First Class mail.

Dated: _____       _____
                                    HON GEORGE CARAM STEEH


STIPULATED AS TO FORM AND SUBSTANCE:

**MILLER COHEN P.L.C.**              **VARNUM LLP**

By: /s/Keith D. Flynn                By: /s/Terrence J. Miglio *(w/consent)*
    Keith D. Flynn (P-74192)             Terrence J. Miglio (P-30541)