# EXHIBIT T

# Keith Flynn

**From:** Keith Flynn
**Sent:** Monday, March 30, 2015 10:50 AM
**To:** 'Miglio, Terrence J.'
**Cc:** 'bebuchanan@varnumlaw.com'
**Subject:** RE: Reeser

Terrence:

Where are we with this? Do you consent to the stip and order that I sent you last Friday?

If I do not hear back from you today, I will be forced to file a motion. In that case, this email constitutes my request for concurrence.

Please advise.

- Keith

**From:** Keith Flynn
**Sent:** Friday, March 27, 2015 4:02 PM
**To:** 'Miglio, Terrence J.'
**Subject:** RE: Reeser

Pursuant to our conversation, I have attached a new version that should take your concerns into account. Please advise whether this is acceptable.

I would be willing to consent to a similar stip and order allowing for Ms. Reeser's continued deposition post-discovery cutoff, but since Ms. Hood's deposition was scheduled for today, I want to finalize Ms. Hood's stip and order by the end of the day.

- Keith

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Friday, March 27, 2015 3:33 PM
**To:** Keith Flynn
**Subject:** Reeser

## Ms. Hood has authorized me to accept service of the subpoena on her behalf.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

1



Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************

2

# Keith Flynn

**From:** Keith Flynn
**Sent:** Monday, March 30, 2015 4:27 PM
**To:** 'Miglio, Terrence J.'
**Subject:** RE: Reeser

I forwarded a copy to you earlier today. I have not heard anything back from you.

Please advise whether you concur.

If I do not hear back from you by 10am tomorrow morning, I will file a motion with the Court.

Thanks.

- Keith

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Monday, March 30, 2015 1:15 PM
**To:** Keith Flynn
**Subject:** Re: Reeser

I thought I responded. Send it again.

# Terrence J. Miglio Esq.

Direct: (248) 567-7828
Cell: (248) 408-2938



Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you

are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400

***CIRCULAR 230***
To ensure compliance with IRS regulations, we inform you that, unless otherwise expressly indicated herein, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used, for the purpose of (1) avoiding tax penalties or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*****************************



On Mar 30, 2015, at 10:49 AM, Keith Flynn <kflynn@millercohen.com> wrote:

> Terrence:
>
> Where are we with this?  Do you consent to the stip and order that I sent you last Friday?
>
> If I do not hear back from you today, I will be forced to file a motion.  In that case, this email constitutes my request for concurrence.
>
> Please advise.
>
> - Keith
>
> **From:** Keith Flynn
> **Sent:** Friday, March 27, 2015 4:02 PM
> **To:** 'Miglio, Terrence J.'
> **Subject:** RE: Reeser
>
> Pursuant to our conversation, I have attached a new version that should take your concerns into account.  Please advise whether this is acceptable.
>
> I would be willing to consent to a similar stip and order allowing for Ms. Reeser's continued deposition post-discovery cutoff, but since Ms. Hood's deposition was scheduled for today, I want to finalize Ms. Hood's stip and order by the end of the day.
>
> - Keith
>
> **From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
> **Sent:** Friday, March 27, 2015 3:33 PM
> **To:** Keith Flynn
> **Subject:** Reeser

Ms. Hood has authorized me to accept service of the subpoena on her behalf.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

<image001.jpg>

Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Keith Flynn

**From:** Keith Flynn
**Sent:** Monday, March 30, 2015 1:16 PM
**To:** 'Miglio, Terrence J.'
**Subject:** FW: Reeser
**Attachments:** STIPULATED ORDER RE HOOD (3d).docx

**From:** Keith Flynn
**Sent:** Friday, March 27, 2015 4:02 PM
**To:** 'Miglio, Terrence J.'
**Subject:** RE: Reeser

Pursuant to our conversation, I have attached a new version that should take your concerns into account. Please advise whether this is acceptable.

I would be willing to consent to a similar stip and order allowing for Ms. Reeser's continued deposition post-discovery cutoff, but since Ms. Hood's deposition was scheduled for today, I want to finalize Ms. Hood's stip and order by the end of the day.

- Keith

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Friday, March 27, 2015 3:33 PM
**To:** Keith Flynn
**Subject:** Reeser

## Ms. Hood has authorized me to accept service of the subpoena on her behalf.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

 

Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly

prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************

2

# Keith Flynn

**From:** Miglio, Terrence J. <tjmiglio@varnumlaw.com>
**Sent:** Monday, March 30, 2015 1:15 PM
**To:** Keith Flynn
**Subject:** Re: Reeser

I thought I responded. Send it again.

**Terrence J. Miglio Esq.**

Direct: (248) 567-7828
Cell: (248) 408-2938



Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400

\*\*\*CIRCULAR 230\*\*\*
To ensure compliance with IRS regulations, we inform you that, unless otherwise expressly indicated herein, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used, for the purpose of (1) avoiding tax penalties or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



1

On Mar 30, 2015, at 10:49 AM, Keith Flynn <kflynn@millercohen.com> wrote:

> Terrence:
>
> Where are we with this? Do you consent to the stip and order that I sent you last Friday?
>
> If I do not hear back from you today, I will be forced to file a motion. In that case, this email constitutes my request for concurrence.
>
> Please advise.
>
> - Keith
>
> **From:** Keith Flynn
> **Sent:** Friday, March 27, 2015 4:02 PM
> **To:** 'Miglio, Terrence J.'
> **Subject:** RE: Reeser
>
> Pursuant to our conversation, I have attached a new version that should take your concerns into account. Please advise whether this is acceptable.
>
> I would be willing to consent to a similar stip and order allowing for Ms. Reeser's continued deposition post-discovery cutoff, but since Ms. Hood's deposition was scheduled for today, I want to finalize Ms. Hood's stip and order by the end of the day.
>
> - Keith
>
> **From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
> **Sent:** Friday, March 27, 2015 3:33 PM
> **To:** Keith Flynn
> **Subject:** Reeser
>
> ## Ms. Hood has authorized me to accept service of the subpoena on her behalf.
>
> **Terrence J. Miglio, Esq.**
> Direct: (248) 567-7828
> Cell: (248) 408-2938
>
> <image001.jpg>
>
> Varnum LLP
> 39500 High Pointe Blvd., Ste. 350
> Novi, Michigan 48375
>
> Main: (248) 567-7400
> Fax: (248) 567-7423
> www.varnumlaw.com

2

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*******************************