UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

v.

HENRY FORD HOSPITAL,

    Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

_____/

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Ada A. Verloren (P57541) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI 48226-0840 | Novi, MI 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| averloren@millercohen.com | bebuchanan@varnumlaw.com |

_____/

## STIPULATED ORDER TO TAKE DISCOVERY DEPOSITIONS AFTER THE DISCOVERY CUTOFF

Plaintiff Natalie Reeser and Defendant Henry Ford Hospital stipulate as follows:

Currently, the deadline for discovery is April 6, 2015, pursuant to Dkt. No. 22. Plaintiff noticed and subpoenaed Jill Hood to appear for her deposition on March 23, 2015. This date was re-noticed for March 27th pursuant to an agreement

between the attorneys to instead depose Ms. Reeser on March 23rd. Ms. Hood's deposition must be rescheduled because she is no longer available on March 27th.

Plaintiff's deposition was taken on March 23rd. Plaintiff agreed to continue the deposition for the sole purpose of examining Plaintiff regarding documents and other items that she intended to produce after her deposition.

Consequently, the parties stipulate that Ms. Hood's discovery deposition and Plaintiff's continued deposition will take place after the close of discovery and that the depositions shall be governed by and used for all purposes allowed under the Federal Rules of Civil Procedure. Plaintiff and Ms. Hood will appear for their depositions at a mutually agreed upon time. Plaintiff may subpoena Ms. Hood for her deposition after the close of discovery. Defendant's counsel will accept service of the subpoena on Ms. Hood's behalf via First Class mail.

**IT IS SO ORDERED** that Plaintiff will appear for her continued deposition at a mutually agreeable time after the close of discovery for the sole purpose of examination regarding documents and items produced after her deposition and that the depositions shall be governed by and used for all purposes allowed under the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Ms. Hood will appear for her discovery deposition that will take place at a mutually agreeable time after the close of discovery, that the depositions shall be governed by and used for all purposes

allowed under the Federal Rules of Civil Procedure, and that Plaintiff may subpoena Ms. Hood to compel her attendance even after the close of discovery.

**IT IS FURTHER ORDERED** that Defendant's counsel will accept service of the subpoena on Ms. Hood's behalf via First Class mail.

Dated: April 20, 2015

HON. GEORGE CARAM STEEH

STIPULATED AS TO FORM AND SUBSTANCE:

MILLER COHEN P.L.C.

By: /s/Keith D. Flynn
   Keith D. Flynn (P74192)
   Ada A. Verloren (P57541)
   *Attorneys for Plaintiff*
   600 W. Lafayette Blvd., 4th Floor
   Detroit, MI 48226-0840
   (313) 964-4454 Phone
   (313) 964-4490 Fax
   kflynn@millercohen.com
   averloren@millercohen.com

VARNUM LLP

By: /s/Terrence J. Miglio *(w/consent)*
   Terrence J. Miglio (P30541)
   Barbara E. Buchanan (P55084)
   *Attorneys for Defendant*
   39500 High Pointe Blvd., Suite 350
   Novi, MI 48375
   (248) 567-7828 Phone
   (248) 567-7423 Fax
   tjmiglio@varnumlaw.com
   bebuchanan@varnumlaw.com

DATED: April 10, 2015