# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NATALIE REESER**,

    Plaintiff,

v.

**HENRY FORD HOSPITAL**,

    Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh
Mag. Judge Michael J. Hluchaniuk

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| *Attorney for Plaintiff* | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | *Attorneys for Defendant* |
| Detroit, MI 48226-0840 | 39500 High Pointe Boulevard, Suite 350 |
| (313) 964-4454 Phone | Novi, Michigan 48375 |
| (313) 964-4490 Fax | (248) 567-7828 Phone |
| kflynn@millercohen.com | (248) 567-7423 Fax |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ENFORCE SUBPOENA, EXTEND DISCOVERY FOR THE SOLE PURPOSE OF TAKING JILL HOOD'S DEPOSITION, AND TO COMPEL HER ATTENDANCE AT THAT DEPOSITION (Docket # 30)

**NOW COMES** Plaintiff, NATALIE REESER, by and through her attorneys, MILLER COHEN, P.L.C., and hereby withdraws her Motion to Enforce Subpoena, Extend Discovery for the Sole Purpose of Taking Jill Hood's Deposition, and to Compel her Attendance at that Deposition (Docket #30).

2

                          Respectfully submitted,

                          **MILLER COHEN, P.L.C.**

By:   /s/Keith D. Flynn
       Keith D. Flynn (P74192)
       *Attorney for Plaintiff*
       600 W. Lafayette Blvd., 4th Floor
       Detroit, MI 48226
       (313) 964-4454 Phone
       (313) 964-4490 Fax
       kflynn@millercohen.com

Dated: April 20, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

    Plaintiff,

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh

v.

**HENRY FORD HOSPITAL**,

    Defendant.

_____/

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| *Attorneys for Plaintiff* | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | *Attorneys for Defendant* |
| Detroit, MI 48226-0840 | 39500 High Pointe Boulevard, Suite 350 |
| (313) 964-4454 Phone | Novi, Michigan 48375 |
| (313) 964-4490 Fax | (248) 567-7828 Phone |
| kflynn@millercohen.com | (248) 567-7423 Fax |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on *April 20, 2015*, I electronically filed the foregoing document(s) with the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                        Respectfully submitted,

                                        **MILLER COHEN, P.L.C.**

By:    /s/Keith D. Flynn
          Keith D. Flynn (P74192)
          *Attorney for Plaintiff*
          600 W. Lafayette Blvd., 4th Floor
          Detroit, MI 48226
          (313) 964-4454 Phone
          (313) 964-4490 Fax
          kflynn@millercohen.com

Dated: April 20, 2015