# EXHIBIT C

Miglio ▸ HFHS - Reeser ▸ Audio files produced by PI 3.24.15

| Name | Date modified | Type | Size |
|---|---|---|---|
| Voice 003.m4a | 3/24/2015 9:01 AM | Applian media file... | 15,940 KB |
| Voice 004.m4a | 3/24/2015 9:02 AM | Applian media file... | 4,135 KB |
| Voice 005.m4a | 3/24/2015 9:09 AM | Applian media file... | 5,096 KB |
| Voice 006.m4a | 3/24/2015 9:13 AM | Applian media file... | 2,964 KB |
| Voice 007.m4a | 3/24/2015 9:16 AM | Applian media file... | 2,340 KB |
| Voice 008.m4a | 3/24/2015 9:21 AM | Applian media file... | 817 KB |
| Voice 009.m4a | 3/24/2015 9:25 AM | Applian media file... | 229 KB |
| Voice 010.m4a | 3/24/2015 9:34 AM | Applian media file... | 1,863 KB |
| Voice 011.m4a | 3/24/2015 9:35 AM | Applian media file... | 7,971 KB |
| Voice 012.m4a | 3/24/2015 9:48 AM | Applian media file... | 9,399 KB |
| Voice 013.m4a | 3/24/2015 9:54 AM | Applian media file... | 3,869 KB |
| Voice 014.m4a | 3/24/2015 9:56 AM | Applian media file... | 1,167 KB |
| Voice 015.m4a | 3/24/2015 10:07 AM | Applian media file... | 8,576 KB |
| Voice 016.m4a | 3/24/2015 10:16 AM | Applian media file... | 4,215 KB |
| Voice 017.m4a | 3/24/2015 10:18 AM | Applian media file... | 941 KB |
| Voice 018.m4a | 3/24/2015 10:22 AM | Applian media file... | 1,851 KB |
| Voice 019.m4a | 3/24/2015 10:25 AM | Applian media file... | 327 KB |
| Voice 020.m4a | 3/24/2015 10:25 AM | Applian media file... | 1,260 KB |
| Voice 021.m4a | 3/24/2015 10:39 AM | Applian media file... | 10,981 KB |