UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

        Plaintiff(s),

v.                 Case No. 2:14–cv–11916–GCS–MJH
                   Hon. George Caram Steeh

Henry Ford Hospital,

        Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

  Motion to Compel – #34

                s/George Caram Steeh
                George Caram Steeh
                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                s/M. Beauchemin
                Case Manager

Dated: April 29, 2015