UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v.

**HENRY FORD HOSPITAL**,

        Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| *Attorney for Plaintiff* | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | *Attorneys for Defendant* |
| Detroit, MI  48226-0840 | 39500 High Pointe Boulevard, Suite 350 |
| (313) 964-4454 Phone | Novi, MI  48375 |
| (313) 964-4490 Fax | (248) 567-7828 Phone |
| kflynn@millercohen.com | (248) 567-7423 Fax |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S EMERGENCY
MOTION TO EXTEND THE DISPOSITIVE MOTION CUT-OFF DATE**

**INDEX OF EXHIBITS**

EXHIBIT A:    Defendant's Initial Disclosures

EXHIBIT B:    Email dtd December 4, 2014, re Deposition Dates

EXHIBIT C:    Email dtd January 26, 2015, re Reeser

EXHIBIT D:    Email dtd February 18, 2015, re Reeser v HFHS

| | |
|---|---|
| <u>EXHIBIT E</u>: | Ltr dtd March 4, 2015, enclosing Deposition Notice of Jill Hood & Subpoena |
| <u>EXHIBIT F</u>: | Ltr dtd March 13, 2015, enclosing Deposition Re-Notice of Jill Hood |
| <u>EXHIBIT G</u>: | Email dtd March 25, 2015, 10:21am, re Reeser |
| <u>EXHIBIT H</u>: | Email dtd March 25, 2015, 12:23pm, re Reeser |
| <u>EXHIBIT I</u>: | Email dtd March 26, 2015, 11:56am, re Reeser enclosing Stipulated Order re Hood |
| <u>EXHIBIT J</u>: | Email dtd March 27, 2015, 9:31am, re Reeser |
| <u>EXHIBIT K</u>: | Email dtd March 27, 2015, 10:11am, re Reeser |
| <u>EXHIBIT L</u>: | Email dtd March 27, 2015, 10:39am, re Reeser |
| <u>EXHIBIT M</u>: | Email dtd March 27, 2015, 1:36pm, re Reeser enclosing Stipulated Order re Hood |
| <u>EXHIBIT N</u>: | Email dtd March 27, 2015, 2:20pm, re Reeser |
| <u>EXHIBIT O</u>: | Email dtd March 27, 2015, 2:15pm, re Reeser |
| <u>EXHIBIT P</u>: | Email dtd March 27, 2015, 2:44pm, re Reeser |
| <u>EXHIBIT Q</u>: | Email dtd March 27, 2015, 2:43pm, re Reeser |
| <u>EXHIBIT R</u>: | Email dtd May 5, 2015, re Reeser v HFHS |