# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

v.

HENRY FORD HOSPITAL,

    Defendant.

Hon. George Caram Steeh
Case No: 2:14-cv-11916

---

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 39500 High Pointe Blvd., Ste. 350 |
| 313-964-4454 | Novi, MI 48375 |
| kflynn@millercohen.com | 248-567-7828 |
| | tjm@varnumlaw.com |
| | beb@varnumlaw.com |

---

## DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

NOW COMES **HENRY FORD HOSPITAL**, ("Defendant"), by and through its attorneys, **VARNUM LLP**, and states for its Initial Disclosures as follows:

Pursuant to Fed.R.Civ.P. 26(a)(1):

## **SUBSECTION (A):**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

The following persons, as well as other present and former employees who have yet to be identified, are believed to have discoverable information concerning Plaintiff's employment with Defendant including her job duties, performance, and its policies, procedures, work rules, and business practices which governed her employment, as well as facts and circumstances surrounding her termination. Each of these individuals is a current or former management level employee of Defendant and may be contacted only through counsel.

1. Maria Anger
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

2. Fiona Bork
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

3. Nawaal Elhaddi
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

4. Alicia Estell
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

5. Luain Hajjar
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

6. Jill E. Hood, PHR
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

7. Julisa Garcia
   Henry Ford Medical Laboratories
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

8. Kathy Oswald
   Henry Ford Health System
   One Ford Place
   Detroit, Michigan 48202

9. Rebecca Pilarski
   Henry Ford Health System
   2799 W. Grand Blvd.
   Detroit, Michigan 48202

10. Debra Temrowski
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

11. John Waugh
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

12. Martha Wiseheart
    Henry Ford Medical Laboratories
    Henry Ford Health System
    2799 W. Grand Blvd.
    Detroit, Michigan 48202

## SUBSECTION (B):

A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

## RESPONSE:

1) Plaintiff Natalie Reeser's personnel records with Defendant.
2) Employment policies and procedures of Defendant.

## SUBSECTION (C):

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

## RESPONSE:

This is not applicable to Defendant, as its position is that Plaintiff's Complaint should be dismissed, with prejudice, and Plaintiff is not entitled to any damages.

**SUBSECTION (D):**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;

**RESPONSE:**

None.

Respectfully submitted,

VARNUM LLP

_/s/ Miglio_
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Attorneys for Defendant
39500 High Pointe Blvd., Suite 350
Novi, MI 48385
248-567-7828
tjm@varnumlaw.com
beb@varnumlaw.com

Dated: August 21, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2014, I served Defendant's Rule 26(A)(1) Initial Disclosures and this Certificate of Service upon:

Keith D. Flynn, Miller Cohen, P.L.C., 600 W. Lafayette Blvd., 4th Floor, Detroit, MI 48226.

by placing said documents in an envelope with proper postage affixed thereto and placing same in the U.S. Mail.

*Joanne E. Demers, ACP*
Joanne E. Demers, ACP

8553203_1.DOCX