# EXHIBIT F

# MILLER COHEN, P.L.C.
### ATTORNEYS AND COUNSELORS AT LAW

600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840

(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101

(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN (1935-2014)
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
JACK W. SCHULZ
ADAM M. TAUB

JOHANNA L. KONONEN
OF COUNSEL

March 13, 2015

**VARNUM LLP**
Terrance J. Miglio, Esq.
Barbara E. Buchanan, Esq.
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375

      Re:    *Natalie Reeser v. Henry Ford Hospital*
               USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
               Our File No.:14-15246

Dear Counselors:

      Enclosed please find *Re-Notice of Taking Deposition Duces Tecum of Jill Hood* with *Proof of Service*, for the above-referenced matter:

      If you have questions or comments, please contact me.

                                  Sincerely,

                                  **MILLER COHEN, P.L.C.**

                                  Keith D. Flynn, Esq.

KDF/mc
, Enclosure
   cc:    Natalie Reeser (w/enclosure)
           Bruce A. Miller



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

v.

HENRY FORD HOSPITAL,

    Defendant.

Case No.: 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Ada A. Verloren (P57541) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI 48226-0840 | Novi, Michigan 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| averloren@millercohen.com | bebuchanan@varnumlaw.com |

### RE-NOTICE OF TAKING DEPOSITION *DUCES TECUM* OF JILL HOOD

To:   Ms. Jill E. Hood
      c/o VARNUM LLP
      39500 High Pointe Blvd., Suite 350
      Novi, Michigan 48375

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure, the Plaintiff Natalie Reeser will take the deposition of the named individual and the examination will be before a duly authorized stenographer and notary public. Demand is hereby made that Deponent present herself at the date, time and place stated below. Defendant's counsel is invited to attend and examine the witness.

MILLER COHEN, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
DETROIT, MICHIGAN 48226-0840
(313) 964-4454

1

| | |
|---|---|
| **NAME OF DEPONENT:** | JILL E. HOOD |
| **DATE OF DEPOSITION:** | ***Friday, March 27, 2015***<br>and a subsequent date and time until the deposition is concluded |
| **TIME OF DEPOSITION:** | 10:00 a.m. |
| **PLACE OF DEPOSITION:** | Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226-0840 |

Deponent should bring the following to said deposition:

1. All documents in your possession, related to Plaintiff or Defendant, involving Natalie Reeser's termination and the investigation of her claims against Fiona Bork and her employer. This includes, but is not limited to pictures, notes, documents, meeting notes, etc.

Respectfully submitted,

**MILLER COHEN, P.L.C.**

By: _____
Keith D. Flynn (P74192)
Ada A. Verloren (P57541)
*Attorneys for Plaintiff*
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226-0840
(313) 964-4454 Phone
(313) 964-4490 Fax
kflynn@millercohen.com
averloren@millercohen.com

Dated: March 13, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

          Plaintiff,

v.

Case No.: 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

HENRY FORD HOSPITAL,

          Defendant.

_____/

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Ada A. Verloren (P57541) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI 48226-0840 | Novi, Michigan 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| averloren@millercohen.com | bebuchanan@varnumlaw.com |

_____/

## PROOF OF SERVICE

    KEITH D. FLYNN, an employee of MILLER COHEN, P.L.C., says that on *March 13, 2015*, he served *Re-Notice of Taking Deposition Duces Tecum of Jill Hood*, along with this *Proof of Service,* upon:

        **VARNUM LLP**
        Mr. Terrence J. Miglio
        Ms. Barbara E. Buchanan
        39500 High Pointe Blvd., Suite 350
        Novi, MI 48375

via *U.S. First-Class Mail* by enclosing the same in a sealed envelope with postage fully prepaid, and by depositing the same in the United States Postal Receptacle in Detroit, Michigan.

                                                                                     KEITH D. FLYNN

Subscribed and sworn to before me on
this 13th day of March 2015.

Michelle Coil, Notary Public
St. Clair County, acting in Wayne County, MI
My Commission Expires: **10/21/2015**

*(Left margin:)* MILLER COHEN, P.L.C. / ATTORNEYS AND COUNSELORS AT LAW / 600 WEST LAFAYETTE BLVD. / DETROIT, MICHIGAN 48226-0840 / (313) 964-4454

1

