# EXHIBIT R

## Keith Flynn

**From:** Keith Flynn
**Sent:** Tuesday, May 5, 2015 6:33 PM
**To:** 'Miglio, Terrence J.'
**Subject:** RE: Reeser v HFHS

The reason why Hood was not deposed prior to May 5th is because her deposition was unilaterally cancelled by Defendant. The stipulation that Defendant entered into was to resolve Plaintiff's Motion to Compel. It's unfortunate that you waited until now to seek an adjournment. But given how far along we are in the process, the client has not agreed to the requested extension.

- Keith

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Monday, May 4, 2015 11:43 AM
**To:** Keith Flynn
**Subject:** Reeser v HFHS

Defendant will be filing a Motion for Summary Judgment in this case. Presumably you will not concur in the Motion. The deadline for filing the Motion is May 11th. Because we have agreed to allow you to take Jill Hood's deposition tomorrow, her deposition transcript will not be available in enough time to use it in the Motion. Moreover, I will be out of the country from May 9th until May 14th. Judge Steeh's staff has said that we can move the dispositive motion cutoff date by a stipulated order. Will you agree to move the dispositive motion cutoff dated 10 days until may 21st? Please advise.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

 

Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*