UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

        Plaintiff(s),

vs.

Case No.  14-cv-11916

HON. GEORGE CARAM STEEH

HENRY FORD HOSPITAL,

        Defendant(s).
_____/

### ORDER GRANTING DEFENDANT'S MOTION
### TO EXTEND DISPOSITIVE MOTION DEADLINE

      Defendant has filed an Emergency Motion to extend the dispositive motion cut-off date (Doc. 37) by four days.  Plaintiff opposes the motion and has filed a response (Doc. 38) and defendant has replied (Doc. 39).  The court has read and considered all pleadings.  The modest request for extension is based on defense counsel's need to incorporate deposition testimony in the motion that will be unavailable until May 11, 2015.

      Accordingly, defendant's Motion is granted and the Motion Cut-Off date is hereby extended to May 15, 2015.

      IT IS SO ORDERED.

Dated:  May 8, 2015

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 8, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk