UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

          Plaintiff,

v

**HENRY FORD HOSPITAL**,

          Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Detroit, MI 48226-0840 | Novi, MI 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Adam C. Graham of MILLER COHEN, P.L.C., does hereby enter his appearance as counsel for Plaintiff in the above-captioned matter.

          Respectfully submitted,

          **MILLER COHEN, P.L.C.**

          By: /s/Adam C. Graham
              Adam C. Graham (P79361)
              *Attorneys for Plaintiff*
              600 W. Lafayette Blvd., 4th Floor
              Detroit, MI  48226

Dated: May 13, 2015          (313) 964-4454

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

          Plaintiff,

v

**HENRY FORD HOSPITAL**,

          Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Detroit, MI 48226-0840 | Novi, MI 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |

## CERTIFICATE OF SERVICE

    I hereby certify that on *May 13, 2015*, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

          Respectfully submitted,

          **MILLER COHEN, P.L.C.**

          By: /s/Adam C. Graham
               Adam C. Graham (P79361)
               *Attorneys for Plaintiff*
               600 W. Lafayette Blvd., 4th Floor
               Detroit, MI  48226
               (313) 964-4454