# EXHIBIT A



# TRI-COUNTY COURT REPORTERS, INC.

(248)608-9250 Fax (248)608-9252
www.tri-countycourtreporters.com

## Transcript of the Testimony of
## Natalie Reeser

**Date:** March 30, 2015
**Volume:** I

**Case:** Reeser v. Henry Ford Hospital

Printed On: May 11, 2015

Tri County Court Reporters

Natalie Reeser
3/30/2015

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

NATALIE REESER,

        Plaintiff,

                             CASE NO:2:14-cv-11916

vs.

HENRY FORD HOSPITAL,

        Defendant.
_____/

        Volume I of the deposition of NATALIE REESER, taken before me, Lauri A. Sheldon, CSR 4045, RPR, on March 23, 2015, at 39500 High Pointe Boulevard, Suite 350, Novi, Michigan, commencing at or about 10:07 a.m.

APPEARANCES:

MILLER COHEN, P.L.C.
BY:  KEITH D. FLYNN, ESQUIRE
600 W. Lafayette Boulevard, 4th Floor
Detroit, Michigan  48226
313-964-4454
Appearing on behalf of the Plaintiff.

VARNUM, LLP
BY:  TERRENCE J. MIGLIO
39500 High Pointe Boulevard, Suite 350
Novi, Michigan  48375
248-567-7400
tjmiglio@varnumlaw.com
Appearing on behalf of the Defendant.

Natalie Reeser
3/30/2015

Page 334

1  A   Oh. Yes.
2  Q   And how long have you had Sprint carrier service?
3  A   I can't recall how long. I don't know if I've had it for
4      two to three, four years.
5  Q   Well, have you had Sprint as long as you worked at Henry
6      Ford?
7  A   Yes.
8  Q   And that's the only -- The personal cell phone number is
9      the only cell phone that you get calls on.
10 A   Or the work cell phone.
11 Q   Yeah, while you had it, but since you don't have it
12     anymore, it's just your cell phone, correct?
13 A   At the time I got calls on both.
14 Q   Okay. But I'm saying, other than those two phones you
15     don't receive calls from anybody on any other phone.
16 A   No.
17            MR. MIGLIO: Subject to documents I didn't get,
18     tape recordings I didn't get, I insist on continuing the
19     deposition, but I'm done for today.
20            MR. FLYNN: Okay.
21            THE WITNESS: Okay.
22            (Whereupon the deposition was adjourned at or
23     about the hour of 7:09 p.m.)
24
25