# EXHIBIT J

March 24, 2015

**VIA U.S. FIRST CLASS MAIL**

**VARNUM LLP**
Terrence J. Miglio, Esq.
Ms. Barbara E. Buchanan
39500 High Pointe Blvd., Suite 350
Novi, MI 48375

      Re:   *Natalie Reeser v. Henry Ford Hospital*
             USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
             Our File No.:14-15246

Dear Mr. Miglio:

      After her deposition, Ms. Reeser reviewed all audio recordings on her phone to identify recordings that she obtained during the course of her employment. Now that she has had the opportunity to review and send them to her attorney, we are producing them as part of discovery.

      If you have questions or comments, please contact me.

                               Sincerely,

                               **MILLER COHEN, P.L.C.**

                               Keith D. Flynn, Esq.

KDF/db
Enclosures

cc:   Mr. Bruce A. Miller (w/o encl.)
       Ms. Natalie Reeser