# EXHIBIT L

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Tuesday, March 31, 2015 5:48 PM
**To:** Keith Flynn
**Subject:** RE: Reeser

The examination would be by an computer forensic expert to obtain:
    Better recordings of what you produced.
    Other recordings related to the case.
    Text messages and calls about her employment,
to/from  witnesses/employees  of Defendant etc.
    Evidence of spoliation
I don't know what you mean by personal documents. I intend to ask her about what you produced after her dep that you should have produced in response to earlier discovery requests.

You offered to allow me to examine the phone? What a joke.

The originals emails will be more legible and may show when and where they were printed.

Interestingly your client and you said  there were only 2 recordings related to Henry  Ford, yet you produced 19 recordings, numerous text messages and other items. Your client and you had an absolute duty to produce those items long ago. This kind of conduct merits discovery sanctions which I will be asking for.


**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

<image001.jpg>
Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*