# EXHIBIT P

**From:** Miglio, Terrence J. [mailto:tjmiglio@varnumlaw.com]
**Sent:** Monday, April 6, 2015 4:02 PM
**To:** Keith Flynn
**Subject:** RE: Reeser

If you want to avoid a motion, produce the original copies of the emails and other documents Plaintiff produced and agree to have her cell phone examined forensically. If you want to avoid some allegedly personal stuff from being seen or heard, prepare a protective order. Otherwise I am filing a motion. Time is running out and you have already delayed discovery by producing those items from the cell phone so late.

**Terrence J. Miglio, Esq.**
Direct: (248) 567-7828
Cell: (248) 408-2938

<image001.jpg>
Varnum LLP
39500 High Pointe Blvd., Ste. 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*****************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*****************************