# EXHIBIT S

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NATALIE REESER,**

    Plaintiff,

v.

**HENRY FORD HOSPITAL,**

    Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

| | |
|---|---|
| **MILLER COHEN, P.L.C.**<br>Keith D. Flynn (P74192)<br>Ada A. Verloren (P57541)<br>*Attorneys for Plaintiff*<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226-0840<br>(313) 964-4454 Phone<br>(313) 964-4490 Fax<br>kflynn@millercohen.com<br>averloren@millercohen.com | **VARNUM LLP**<br>Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>*Attorneys for Defendant*<br>39500 High Pointe Blvd., Suite 350<br>Novi, Michigan 48375<br>(248) 567-7828 Phone<br>(248) 567-7423 Fax<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

## STIPULATED ORDER ADJOURNING SCHEDULING ORDER DATES

The parties, through their undersigned counsel, hereby stipulate that the scheduling order dates be adjourned by two months and amended as follows:

Discovery due by April 6, 2015

Dispositive Motion Cut-off set for May 11, 2015

Final Pre-Trial Order due August 17, 2015

Final Pretrial Conference: August 24, 2015 at 10:00 a.m.

Jury Trial: September 8, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 17, 2014                s/George Caram Steeh
                                        United States District Judge

STIPULATED AS TO FORM AND SUBSTANCE:

**MILLER COHEN P.L.C.**                 **VARNUM LLP**

By: /s/Keith D. Flynn                   By: /s/Terrence J. Miglio *(w/consent)*
    Keith D. Flynn (P-74192)                Terrence J. Miglio (P30541)