Defendant's Motion for Summary Judgment

Index of Exhibits

1. Offer Letter

2. Deposition Transcript Excerpts of Fiona Bork, dated March 16, 2015

3. Job Description

4. Policy 2.56:  HFML Employees Policies and Guidelines and signature page

5. Deposition Transcript Excerpts of Natalie Reeser, dated March 23, 2015

6. Emails, dated 11/19/12, 10/8/12, 10/23/12, 9/15/13, 7/15/13

7. Defendant's Second Supplemental Responses to Plaintiff's First Set of Interrogatories, No. 6

8. Confidential Personnel Record Excerpts – FILED UNDER SEAL

9. Deposition Transcript Excerpts of Jill Hood, dated May 5, 2015

10. Policy 5.17:  Corrective Action Policy

11. Email chain, dated January 14-16, 2014

12. Email chain, dated January 16, 2014

13. Alicia Estell Text Messages

14. Email, dated September 5, 2013

15. Letter from Natalie Reeser to Jill Hood, dated January 20, 2014

16. Summary of January 20, 2014 Meeting by Jill Hood

17. Investigation Summary

18. Venipuncture Competency Checklist

19. Email from Fiona Bork, dated February 24, 2014

20. Emails regarding Judy Hale

21. Fiona Bork's Call Detail Records

22. Plaintiff's Email, dated February 25, 2014

23. Email chain, dated February 25, 2014

24. Email from Fiona Bork to Jill Hood, dated February 25, 2014

25. Email from Jill Hood, dated March 7, 2014

26. Email from Jill Hood, dated March 21, 2014

27. Defendant's Third Supplemental Responses to Plaintiff's First Set of Interrogatories, No. 8

28. Certificate of Assumed Name

29. 2013 Performance Review

30. Plaintiff's Email, dated February 25, 2014, 11:17 p.m.

31. Emails between Jill Hood and Plaintiff, Post Termination

32. Statements by Bork, Wiseheart, Anger, and Hajjar

33. LARA Determination