# Exhibit 1

05/06/2011  14:11    5862638379                  MICH_WORKS                                    PAGE  02/02

May 6, 2011

Ms. Natalie Reeser
18825 Cass Avenue Apt. #103
Clinton Township, MI 48038

Dear Natalie,

Welcome to the Henry Ford Health System! We look forward to you joining us upon the successful completion of the pre-employment process. The offer of employment is contingent upon clearance of your pre-employment physical, paperwork, education modules, and references. To confirm our recent offer of employment, I have listed the following details for your review:

| | |
|---|---|
| Employment Date: | Monday, May 16, 2011 |
| Position: | Laboratory Assistant |
| Status: | Full-time |
| Benefits: | Full-time |
| Hourly Rate: | $14.00 |
| Permanent Shift: | Days |
| Department/Unit: | Laboratory Outreach – Henry Ford Health System |
| Supervisor: | Fiona Bork (248) 372-1300 |

Your orientation schedule is as follows:

◄System Orientation: **Monday, May 16, 2011**, at the One Ford Place facility from 8:00 a.m. to 12:00 p.m. Please dress in business casual attire. You should park in the Patient/Visitor lot off Third Avenue. *Inform security that you are there for New Hire Orientation.* You will receive your badge on this day. (You will have to complete certain education modules by 12:00 Noon May 13th. More information will be given to you.) Please note in order for the completed WOW session to appear on your transcript and receive your completion certificates (which are to be printed and given to your supervisor as proof for being paid for your attendance), new employees must complete the following procedure:

Log into the University
Click on the link 'WOW Evaluation' and complete the WOW session evaluation
Click on the link 'Hiring Process' and complete the Talent Selection process evaluation
After completing both evaluations, print the WOW certificate

Give a copy of the certificate to your supervisor, which will authorize payment for attending the WOW Session.

◄Site Orientation: **Tuesday, May 17, 2011**, at Henry Ford Hospital Detroit Campus in the Buerki Auditorium from 8:00 a.m. to 12:00 p.m. All Hospital and Health Network employees must also attend the site orientation. Please dress in business causal attire and wear your ID Badge. For those employees who do not have assigned parking at the time of the orientation, they should park in the One Ford Place Patient/Visitor lot and use the Henry Ford shuttle as transportation to and from the campus.

Call your manager prior to your start date to check on your schedule for Tuesday afternoon, May 17, 2011.

Please sign and return one copy of this letter and fax it to me at (313) 874-7303 and keep another for your records. If you have any questions about the conditions of your employment or require additional information, please feel free to call me at your convenience at (313) 876-1397.

Sincerely,

Faye Burke
Talent Selection Specialist

_Natalie K. Reeser_    5/6/11
Signature              Date

cc: Fiona Bork

HFH27