Exhibit 3

Job Title:  Laboratory Service Representative Outreach						Page 1 of 2



**JOB DESCRIPTION**
**NON-SUPERVISORY JOBS**

Job Title: Laboratory Service Representative Outreach			FLSA: Non-exempt

Department: Pathology & Laboratory Medicine Service Line		Title Code: F09761

### GENERAL SUMMARY
Functions with a high degree of independence to perform specimen collection, accessioning, and preparation for transport as a primary function. Helps to identify and meet the needs of laboratory customers. Corresponds within the office and by telephone to provide information and resolve problems related to test requests, submission requirements, and result status. Uses information systems to gather data and track client encounters. Must demonstrate **competency, reliability, productivity, and compassion** on a sustained basis. May transport samples and must be available to cover on short notice.

### PRINCIPLE DUTIES AND RESPONSIBILITIES
1. Interacts with laboratory customers as a resource for test requests, submission and specimen requirements, supplies, results, and use of the Laboratory Information Systems.
2. Demonstrates **strong customer service focus** by serving as a role model to laboratory staffing the areas of communication, teamwork, **ownership, reliability**, and sensitivity.
3. Performs blood sample collection or phlebotomy as a primary job duty. Must demonstrated competency, productivity, and compassion on a sustained basis with all patients presenting for service.
4. Understands and uses **service recovery** concepts and tools.
5. Coordinates expedited handling of routine and special test requests, including specimen processing, transportation, and reporting.
6. Trains employees, students, and/or laboratory customers. May travels to one or more office locations to provide coverage, including short notice staffing assistance.
7. Implements systems to track client encounters and ensure timely follow-up. Maintains and reports performance information on laboratory service standards.
8. Coordinates expedited handling of special test requests, including arrangements for transportation and reporting.
9. Complies with established departmental and institutional policies and procedures, objectives, quality assessment and improvement programs, safety, environmental, and infection control standards.
10. Performs other related duties as assigned or requested.

### KNOWLEDGE, SKILLS AND ABILITIES REQUIRED
1. High school graduate or equivalent required.
2. Ability to follow written and verbal instructions and demonstrate exceptional customer service skills is required.
3. A diploma or certificate of formal phlebotomy training is preferred

HFH81

Job Title:   Laboratory Service Representative Outreach                                               Page 2 of 2

4. Minimum of two years phlebotomy experience with demonstrated competency in specimen collection from patients of all ages is required.
5. Candidates must possess and maintain a valid Michigan motor vehicle license and reliable transportation with insurance, for rotation across sites and sample transport.
6. Must demonstrate successful use of information systems and organized work habits.
7. Experience in a hospital or clinic laboratory is preferred.
8. Familiarity with medical terminology preferred.
9. Must meet or exceed core customer service responsibilities, standards, and behaviors as outlined in the HFHS Customer Service policy as summarized below:

    - Communication
    - Understanding
    - Sensitivity
    - Teamwork
    - Ownership
    - Motivation
    - Excellence
    - Respect

10. Must practice the customer service skills as provided through ongoing training and in-services.
11. Must possess the following personal qualities:
    - Be self-directed;
    - Be flexible and committed to the team concept;
    - Demonstrate teamwork, initiative, and willingness to learn;
    - Possess interpersonal skills and communication skills;
    - Be willing to instruct others; and
    - Be open to new learning experiences.

## WORKING CONDITIONS

Regularly exposed to infection from disease-bearing specimens, organs and tissues. Occasional exposure to radiation hazards. Exposures to odorous and/or toxic chemicals and specimens. Must be capable of standing and walking for prolonged periods to perform work duties. Must be able to perform computer order entry in an accurate manner according to peer based performance standards of productivity.

## REQUIRED EQUIPMENT

Eye and face protection, gown, lab coat, apron, mask, non-sterile medical gloves, and utility gloves, as required by task or duties.

## PHYSICAL DEMANDS

1. Moderate physical effort that may require the ability to lift/carry up to 25 lbs.
2. Occasional prolonged standing/walking or sedentary work.
3. Occasionally pushes/pulls or moves/lifts equipment/supplies.
4. Manual dexterity and mobility.
5. Occasional reaching, stooping, bending, kneeling, crouching.

The above statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities and duties of personnel so classified.

\Job Laboratory Service Representative Outreach