Exhibit 4

 Pathology & Laboratory Medicine

<u>Title</u>: **PER-HFL-2.56-pol: HFML EMPLOYEES POLICIES AND GUIDELINES**

**I.** <u>**Principle or Purpose:**</u>
This Policy addresses requirements that apply to all HFML Lab Assistants ensuring that they have read and understand the guidelines required to maintain high working standards and ensure continuity in our Standards of Excellence.

**II.** <u>**Scope:**</u>
This policy is effective for all HFML Lab Assistants.

**III.** <u>**Policy:**</u>
Each Lab Assistant, regular full-time, part time, or temporary will read, sign off on, and adhere to the following policies:

*Break Policy 5.05*
*Lunches and Breaks*
- Less than 4 hours = no break.
- 8 hours but less than 12 = two 15 min. breaks***
- 8 hours, but less than 12 hours = One 30 minute unpaid lunch

\*\*\*In order to maintain quality customer service standards, break periods may **only** be taken if there is adequate staffing to provide continuity of service. The nature of our business is such that there are ample **naturally occurring breaks throughout the day** due to patient flow that should allow each employee sufficient time to "break" from their daily activities. During these downtimes employees may not leave the job site. Our goal is not to impact or delay patient care.

*Attendance Policy 5.02*
*Signing in and out, email upon arrival:*
- Time in and Time out:
  - Time in
    - Scheduled start time
    - Location
  - Time out
    - Scheduled end time
    - Location
- Failure to email your arrival and departure is a **full occurrence**. Please make sure that you follow this guideline at all times. There are no exceptions.
- If the computer is down, you must call from a landline not your cell phone to report your start time and location.
- Any email sent must be sent under your **User Name and an HFML PC.** Checking in and out cannot be performed on a personal cell phone or an HFML business phone. Doing so is a violation of the attendance policy and will result in termination. Emailing your time in using any other username is a Group 2 violation and will result in immediate termination for both employees.

HFH51

 Pathology & Laboratory Medicine

**Social Media Policy 5.29**
*Email etiquette:*
- Do not share username or passwords with any fellow employee.
- Email must be checked daily.
- All emails must be responded to in a timely manner (same day)
- Checking email at the start of your day, midday and at the end of your day is a **requirement** of the job.
- Internet use-ANY usage that is NOT related to HFML is PROHIBITED. Allowed sites: Atlas, NPI registry, HFH University, HR connect, eLUG, ICD9 code search and Physician search. Our systems are continuously monitored for unauthorized use. Many systems have crashed due to activity to unauthorized sites. Any unauthorized use will result in termination.
- 

*Code of Conduct/Duty to Report:*
- Never leave a site at any time without prior authorization from a manager.
- Should a fellow employee leave the job site without proper authorization, contact a manager immediately so that we may staff site accordingly.
- Report anything to an authority that is against company guidelines and may require intervention from management. .

*Specimen Labeling and Drawing Guidelines: Patient Safety Standards*
- Highlight test on 'written order from physician' to ensure nothing is missed. Please follow the highlighting process in your FYI book.
- Never stick a patient without verifying their name and DOB
- Always put Last Name, First Name and DOB on specimen.
- Always confirm an unclear order before drawing the patient.
- Utilize resources to clarify any part of an unclear requisition (LUG, Client Service, Supervisor, Co-Worker).
- All orders must be double checked **before drawing the patient**
- Initial requisition when you draw the patient on top right corner of Rx.
- Initial the tube of any patient that has been drawn by you.
- Be sure to match up tubes drawn with the name on the Rx that you are putting in the bag with the tubes.
- ALWAYS follow protocol. Patient care requires continuity of care. Always ask the patient first and last name and date of birth. This practice does not change based on personal relationship with the patient or change based on the number of times you have drawn the patient.
- The manual specimen manifest must include the patients name next to ANY specimen that is frozen or refrigerated. The patient names should also be included with 24 hour urine.

 Pathology & Laboratory Medicine

*Cell Phone Policy-Phone Etiquette:*
- Company phone is to be used only for **business use only.** Voice mails should be checked promptly, **throughout the day** and answered promptly.
- The cellular phone should be on and available during the entirety of your shift, and during all business hours 5am-8pm, Monday through Saturday.
- **Personal cell phones** should not be used during working hours. The only phone that you should have on you and using is your HFML phone fully charged.
- NEVER answer your phone when you are with a patient or leave the patient unattended.
- If you have any issues with your HFML phone you must contact the helpdesk at 248-853-4900 immediately.
- The HFML phone is used by many departments to get a hold of you regarding patients.

*Treatment of co-workers:*
- Offer help to fellow co-workers whenever possible. Treat co-workers with honesty, respect, courtesy, and work together as a team.
- Do not participate in gossip.
- Do not share pay scale information.
- Respect the diversity of any team member.
- Welcome and support new employees and help them become part of the team.

Name (printed): Natalie Besser     Manager: F. Borll

Signature: Natalie     Signature:

Date: 10/19/2013     Date: 10-19-13

**IV. References**
N/A

**V. Supporting Documents**
N/A

**VI. Attachments**
N/A

HFH53

 Pathology & Laboratory Medicine

## Title: PER-HFL-2.56-pol: HFML LAB ASSISTANT POLICIES AND GUIDELINES

**I. Principle or Purpose:**
This Policy addresses requirements that apply to all HFML Lab Assistants ensuring that they have read and understand the guidelines required to maintain high working standards and ensure continuity in our Standards of Excellence.

**II. Scope:**
This policy is effective for all HFML Lab Assistants.

**III. Policy:**
Each Lab Assistant, regular full-time, part time, or temporary will read, sign off on, and adhere to the following policies:

*Lunches and Breaks*
- Less than 4 hours = no break.
- More than 4 hours, but less than 8 hours = One paid 15 minute break.
- 8 hours, but less than 12 hours = Two paid 15 minute breaks, One 30 minute unpaid.
- ***Only take a one hour lunch based on specific client request (i.e. TCE)
- ****Breaks may be taken at a time that there is adequate staffing to provide continuity of service.

*Signing in and out, email upon arrival:*
- When scheduled to go to a nursing home followed by a Medical Center, you must take your lunch prior to arriving at the Medical Center.
- Upon arrival and departure at Danto / Heartland, any physician office or medical center, email your supervisor (no texting) to let them know you have arrived, and before leaving email supervisor to let them know of your departure.
- Any email sent must be sent under your User Name and not a co-workers. Emailing using any other username is a Group 2 violation and will result in immediate termination for both employees.

*Time Cards:*
- Time sheets must be legible, and accurate.
- Time sheets should reflect the time you actually started and finished working. Employees should be ready for their first patient at their scheduled start time. NO rounding up or down for time sheets, only exact time.
- Timecards MUST be turned in on time (Friday) to Theresa Hobbs. It is your responsibility to ensure that a faxed time card was received.

*Email etiquette:*
- Do not share username or passwords with any fellow employee.

HFH83

 Pathology & Laboratory Medicine

- Email must be checked daily.
- Checking email at the start of your day, midday and at the end of your day is a requirement of the job.

*General Responsibilities:*

- Never leave a site at any time without prior authorization from a manager.
- Should a fellow employee leave the job site without proper authorization, contact a manager immediately so that we may staff site accordingly.
- Report anything to an authority that is against company guidelines and may require intervention from management.
- Internet use-ANY usage that is NOT related to HFML is PROHIBITED. Allowed sites: Atlas, NPI registry, HFH University, HR connect, eLUG, ICD9 code search and Physician search. Our systems are continuously monitored for unauthorized use. Many systems have crashed due to activity to unauthorized sites. Any unauthorized use will result in termination.
- Be sure that all tubes are stocked at your respective site and that all expired tubes are disposed of.
- Never 'Bill Client' unless specified by client.

*Specimen Labeling and Drawing Guidelines:*

- Highlight test on 'written order from physician' to ensure nothing is missed. Please follow the highlighting process in your FYI book.
- Never stick a patient without knowing their name
- Always put first and last name, and DOB on specimen.
- Always confirm an unclear order before drawing the patient.
- Utilize resources to clarify any part of an unclear requisition (LUG, Client Service, Supervisor, Co-Worker).
- Initial requisition when you draw the patient on top right corner of rx.
- Initial the tube of any patient that has been drawn by you.
- Be sure to match up tubes drawn with the name on the rx that you are putting in the bag with the tubes.
- The manual specimen manifest must include the patients name next to ANY specimen that is frozen or refrigerated.  The patient names should also be included with 24 hour urine.

*Phone Etiquette:*

- Company phone is to be used only for business use.  Voice mails should be checked promptly, throughout the day and answered promptly.
- The cellular phone should be on and available during the entirety of your shift, and during all business hours 5am-8pm, Monday through Saturday.
- Personal cell phones should not be used during working hours. The only phone that you should have on you and using is your HFML phone fully charged.
- NEVER answer your phone when you are with a patient or leave the patient unattended.
- If you have any issues with your HFML phone you must contact the helpdesk at 248-853-4900 immediately.

 Pathology & Laboratory Medicine

- The HFML phone is used by many departments to get a hold of you regarding patients.

*Patient Care Protocol:*
- ALWAYS follow protocol.  Patient care requires continuity of care.  Always ask the patient first and last name and date of birth.  This practice does not change based on personal relationship with the patient or change based on the number of times you have drawn the patient.

*Treatment of co-workers:*
- Offer help to fellow co-workers whenever possible.  Treat co-workers with honesty, respect, courtesy, and work together as a team.
- Do not participate in gossip.

- Respect the diversity of any team member.
- Welcome and support new employees and help them become part of the team.

Name (printed): Natalie Reaser          Manager: Fiona Bork

Signature: _____          Signature: _____

Date: 12-13-2011          Date: 12/18/2011

**IV. References**
   N/A

**V. Supporting Documents**
   N/A

**VI. Attachments**
   N/A

HFH85

 Pathology & Laboratory Medicine

<u>Title</u>: **PER-HFL-2.56-pol: HFML LAB ASSISTANT POLICIES AND GUIDELINES**

**I. <u>Principle or Purpose</u>:**
This Policy addresses requirements that apply to all HFML Lab Assistants ensuring that they have read and understand the guidelines required to maintain high working standards and ensure continuity in our Standards of Excellence.

**II. <u>Scope</u>:**
This policy is effective for all HFML Lab Assistants.

**III. <u>Policy</u>:**
Each Lab Assistant, regular full-time, part time, or temporary will read, sign off on, and adhere to the following policies:

*Lunches and Breaks*
- Less than 4 hours = no break.
- More than 4 hours, but less than 8 hours = One paid 15 minute break.
- 8 hours, but less than 12 hours = Two paid 15 minute breaks, One 30 minute unpaid.
- ***Only take a one hour lunch based on specific client request (i.e. TCF)*** *(struck through)*
- ****Breaks may be taken at a time that there is adequate staffing to provide continuity of service.

*Signing in and out, email upon arrival:*
- When scheduled to go to a nursing home followed by a Medical Center, you must take your lunch prior to arriving at the Medical Center.
- Upon arrival and departure at Danto / Heartland, any physician office or medical center, email your supervisor (no texting) to let them know you have arrived, and before leaving email supervisor to let them know of your departure.
- Any email sent must be sent under your User Name and not a co-workers. Emailing using any other username is a Group 2 violation and will result in immediate termination for both employees.

*Time Cards:*
- Time sheets must be legible, and accurate.
- Time sheets should reflect the time you actually started and finished working. Employees should be ready for their first patient at their scheduled start time. NO rounding up or down for time sheets, only exact time.
- Timecards MUST be turned in on time (Friday) to Theresa Hobbs. It is your responsibility to ensure that a faxed time card was received.

*Email etiquette:*
- Do not share username or passwords with any fellow employee.

*[handwritten note in right margin]* 12/3/11 Told every team member to cross this out this is an error Ath 8/13/12 honor wid PB