Exhibit 6

| | |
|---|---|
| **From:** | Bork, Fiona |
| **Sent:** | Thursday, May 01, 2014 4:54 PM |
| **To:** | |
| **Cc:** | Hood, Jill |
| **Subject:** | FW: Quick Question Fiona, |

Another example to show that Natalie understood that she had to have my approval to leave a site

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Bork, Fiona
**Sent:** Wednesday, February 26, 2014 1:07 PM
**To:** Hood, Jill
**Subject:** FW: Quick Question Fiona,


Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Monday, November 19, 2012 10:50 AM
**To:** Bork, Fiona
**Subject:** RE: Quick Question Fiona,

Hey Fiona,
You know me I cant go home even if im dying if It would be ruining my chances at a lead position some day :) so Im going to just tough this out, I understand the policy and thank you for letting me know ahead of time, I don't ever want to get into trouble. Thank you again !!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1

HFH41

**From:** Bork, Fiona
**Sent:** Monday, November 19, 2012 10:25 AM
**To:** Reeser, Natalie
**Subject:** Re: Quick Question Fiona,

Hi Natalie
That is fine but leaving would be an occurrence.

---

**From:** Reeser, Natalie
**Sent:** Monday, November 19, 2012 10:14 AM
**To:** Bork, Fiona
**Subject:** Quick Question Fiona,

Good Morning Fiona,
I am just writing to ask you a small favor, I have a really bad head cold, like sinus infection going on all of a sudden this morning like , my head feels like its going to explode, I spoke with deserie, and Julisa, deserie told me they have plenty of coverage today, and Julisa said she has no problem coming here from 11-5 pm if she can then go to Shelby and close til 6 there too ? please let me know asap so I can let her know. Thank you Fiona, Have a great day
ps Im just going to go get some antibiotics and sleep the day off, so im better for this week. either way its ok with me, thank you for your consideration !!!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

2

HFH42

**From:** Bork, Fiona
**Sent:** Thursday, May 01, 2014 4:55 PM
**To:**
**Cc:** Hood, Jill
**Subject:** FW: Quick question ,

Another example

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Bork, Fiona
**Sent:** Wednesday, February 26, 2014 1:04 PM
**To:** Hood, Jill
**Subject:** FW: Quick question ,

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Monday, October 08, 2012 12:48 PM
**To:** Bork, Fiona
**Subject:** RE: Quick question ,

Thank you , Again !!! Have a great Day !!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

**From:** Bork, Fiona
**Sent:** Monday, October 08, 2012 12:47 PM

1

HFH43

To: Reeser, Natalie
Cc: Estell, Alicia
Subject: RE: Quick question ,

Yes that would be fine
**Fiona Bork**
**Laboratory Sales Manager**
**Outreach Laboratory Services**
**Henry Ford Medical Laboratory**
**Cell: 248-372-1300**
**Fax: 313-916-9113**

---

From: Reeser, Natalie
Sent: Monday, October 08, 2012 12:24 PM
To: Bork, Fiona
Subject: Quick question ,

Hey Fiona,
I am writing you to ask you if it would be ok today if Alicia Estell could come over today from 3- 5 pm and close ctpsc , I already asked if she would, and she said yes , I just have a serious tooth ake , Im starting to not feel so good , I am going to try to get in to the dentist if you ok this, please let me know Thank you for your consideration !!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

2

HFH44

**From:** Bork, Fiona
**Sent:** Thursday, May 01, 2014 4:57 PM
**To:**
**Cc:** Hood, Jill
**Subject:** FW: Quick Question

Another example, she was going to leave and shut the site down I did not approve her leaving until there was coverage

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

---

**From:** Bork, Fiona
**Sent:** Wednesday, February 26, 2014 1:05 PM
**To:** Hood, Jill
**Subject:** FW: Quick Question


Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

---

**From:** Reeser, Natalie
**Sent:** Tuesday, October 23, 2012 11:56 AM
**To:** Bork, Fiona
**Subject:** RE: Quick Question

Ok I spoke with erik , he said Him and cher will flip a coin :) and one of them will come over for the 30 minutes I will be gone. and Im so sorry for this , but Im glad I can get this taken care of , Thank you Fiona , I will email when I get back and let you know they are on there way back to their site. Thank you again

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1

HFH45

**From:** Bork, Fiona
**Sent:** Tuesday, October 23, 2012 11:51 AM
**To:** Reeser, Natalie
**Subject:** Re: Quick Question

Hi natalie
Can u see if someone from Shelby can come over and cover your lunch. Thanks

---

**From:** Reeser, Natalie
**Sent:** Tuesday, October 23, 2012 11:11 AM
**To:** Bork, Fiona
**Subject:** Quick Question

Hey Fiona,

I am just wondering if it would be ok with you , if just for today I could take a 30 minute lunch and put a note on the door , I have been dealing with the dentist dr somoni on hayes here at 19 mile because he filled the tooth that was causing problems however when he gave me a shot he hit a major nerve and got my jaw bone and the pain has been incredible , so he wants to take a look a quick look at what is going on, they are aware that I need to be out of there in 20 minutes so I will be back ion time, I need this pain to stop asap. Thanks for considering this request, I would truly appreciate it, Thank you !!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

2

HFH46

Hood, Jill
---

From: Bork, Fiona
Sent: Wednesday, February 26, 2014 2:08 PM
To: Hood, Jill
Subject: FW: Quick question

Example of her knowledge of the working out coverage for herself and getting approval

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Thursday, September 05, 2013 9:06 AM
**To:** Bork, Fiona; Hajjar, Luain
**Cc:** Goldsmith, Denise
**Subject:** Quick question

Good Morning Fiona,

I just have a quick question , tomorrow my brother needs a ride to Karmanos, so I asked if Denise wouldn't mind working for me tomorrow the four hours(7:30 am - 11:30 am ) so I could do that for him ( she is scheduled for sch from 12 noon til 5 ) , if this is ok with you ? I have 11.99 hours in my bank and I would be using four ? please let me know if this is ok so I can let my brother and Denise know. Thanks so much !!! Have a great day !!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1

Hood, Jill
___

**From:** Bork, Fiona
**Sent:** Wednesday, February 26, 2014 1:35 PM
**To:** Hood, Jill
**Subject:** FW: quick question

Evidence showing that she knows she needs coverage and can't leave until it is available and approved

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Monday, July 15, 2013 9:06 AM
**To:** Bork, Fiona; Hajjar, Luain
**Subject:** quick question

Good morning Fiona, there is an emergency going on with my brother, from what I just herd he went into cardiac arrest, I need to go , I asked Alicia if she would come over from Shelby, is this ok, I understand you might have to write me up, but I'm scared, and can't be here if he passes. Thank you please let me know asap.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1

HFH110