UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,                                     Hon. George Caram Steeh
                                                    Case No.: 2:14-cv-11916

v.

HENRY FORD HOSPITAL,

    Defendant.
_____/

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 39500 High Pointe Blvd., Ste. 350 |
| 313-964-4454 | Novi, MI 48375 |
| kflynn@millercohen.com | 248-567-7828 |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

_____/

# "CONFIDENTIAL PERSONNEL RECORDS"
## Exhibit 8 to Defendant's Motion for Summary Judgment

## **PURSUANT TO COURT ORDER (ECF#29), THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION AND HAS BEEN FILED UNDER SEAL**