# Exhibit 12

Email

From: Reeser, Natalie                                          Sent:1/17/2014 10:57:20 AM
To: Bork, Fiona ; Wiseheart, Martha
Subject: RE: conference Call



Fiona,

I will try and move the meeting back, but how do you want me to put this time on my timecard ??

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org



**From:** Bork, Fiona
**Sent:** Friday, January 17, 2014 9:44 AM
**To:** Reeser, Natalie; Wiseheart, Martha
**Subject:** RE: conference Call

Natalie
You have only been trained on how to handle the new changes from a PSC perspective not a physician office
which you will need to know. You will need to be brought up to speed on those changes.

Please ask if you can start your meeting at 12:45 the call should not take that long.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Thursday, January 16, 2014 4:38 PM
**To:** Bork, Fiona; Wiseheart, Martha
**Subject:** conference Call

I will be in a meeting tomorrow at 12 :30, however I am going to training Monday , and am very excited about
epic, and have been in serviced by Martha Wiseheart on Wednesday.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

HFH 446

## Re: IMPORTANT-READ IMMEDIATELY

Hajjar, Luain
**Sent:** Friday, January 17, 2014 10:36 AM
**To:** Deshields, Tanika
**Cc:** Bork, Fiona; Rosati, John; Krueger, Mario; Motes, Allan; Pizzurro, Nick; Adams, Cher; Clayton, Charisse; Cochran, Stephanie; Crawford, LaZenia; Estell, Alicia; Garcia, Julisa; Goldsmith, Denise; Hawkins, Ernestine; Hull, Kelli; Johnson, Shameeka; Miller, Deserie; Montgomery, Ciara; Moore, Vivian; Price, Denise; Rayborn, Sarah; Reeser, Natalie; Anger, Maria

Yes today at 12:30pm.

On Jan 17, 2014, at 10:24 AM, "Deshields, Tanika" <TDESHIE1@hfhs.org> wrote:

On what day Friday (today)

**From:** Bork, Fiona
**Sent:** Thursday, January 16, 2014 4:13 PM
**To:** Rosati, John; Krueger, Mario; Motes, Allan; Pizzurro, Nick; Adams, Cher; Clayton, Charisse; Cochran, Stephanie; Crawford, LaZenia; Deshields, Tanika; Estell, Alicia; Garcia, Julisa; Goldsmith, Denise; Hawkins, Ernestine; Hull, Kelli; Johnson, Shameeka; Miller, Deserie; Montgomery, Ciara; Moore, Vivian; Price, Denise; Rayborn, Sarah; Reeser, Natalie
**Cc:** Anger, Maria; Hajjar, Luain
**Subject:** IMPORTANT-READ IMMEDIATELY

To All
Please read the attached memo. We will have a conference call at 12:30pm to discuss the changes in this memo.
Please call 1-866-537-1617 passcode 5963026

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

