Exhibit 13



REESER474

**Alicia Estell At Wo...**
5865520208

3:31 PM

Ty again girl I owe u one ... your the best and I hope u have a great day ...

10:19 AM

I'm not there

11:05 AM

You never emAiled me back or told me what they said

11:08 AM

I'm no where near there

11:09 AM

U aren't yeah she sent the approval yesterday

11:13 AM

You better go to Shelby cause I have no email from you stating

REESER475



**Alicia Estell At Wo...**
5865520208

- Never so I thought she said no
- So you have to go
- Sorry
- Maybe see if one of the girls can stay late.
- Its ok its not your fault fiona should have sent an approval to u as well
- I swear she didn't Sorry Is one of the girls going to stay to 5 so you

REESER476

**Alicia Estell At Wo...**
5865520205

> I swear she didn't. Sorry is one of the girls going to stay til 5 so you don't have to work ?

No im going to go but on her part im so lucky I tested u ... I would have never known

Texted

> Um you think she did on purpose?

I know she did if I didn't text u I wouldn't have showed up and she told me she would have terminated me

REESER477



**Alicia Estell At Wo...**
5865520208

 Um you think she did on purpose?

12:00 PM

I know she did if I didn't text u I wouldn't have showed up and she told me she would have terminated me

12:05 PM

 I was wondering why she scheduled you like that

12:09 PM

Yup .. dude u have no idea

12:09 PM

Im tired of the intimidating and abuse

12:10 PM

REESER478