Exhibit 14

Hood, Jill
___

| | |
|---|---|
| From: | Bork, Fiona |
| Sent: | Wednesday, February 26, 2014 2:08 PM |
| To: | Hood, Jill |
| Subject: | FW: Quick question |

Example of her knowledge of the working out coverage for herself and getting approval

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Thursday, September 05, 2013 9:06 AM
**To:** Bork, Fiona; Hajjar, Luain
**Cc:** Goldsmith, Denise
**Subject:** Quick question

Good Morning Fiona,

I just have a quick question , tomorrow my brother needs a ride to Karmanos, so I asked if Denise wouldn't mind working for me tomorrow the four hours(7:30 am - 11:30 am ) so I could do that for him ( she is scheduled for sch from 12 noon til 5 ) , if this is ok with you ? I have 11.99 hours in my bank and I would be using four ? please let me know if this is ok so I can let my brother and Denise know. Thanks so much !!! Have a great day !!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1

HFH109