# Exhibit 18

Mar. 5. 2013 8:03AM                                                                 No. 2291   P. 2

PRC-HFMG-5.52-pol-frm: VENIPUNCTURE COMPETENCY CHECKLIST

Initial Venipuncture Competency Checklist
Version Number 11

### Initial Venipuncture Competency Checklist

NAME: Natalie Reeser

TITLE: LaB - iPhlebotomy Team

DATE: 2-25-13

EVALUATOR: Sheri Dedey

| KEY: (1) SAT. (2) UNSAT. (3) SAT. W/REMEDIATION | 1 | 2 | 3 |
|---|---|---|---|
| 1. Make sure lab tags are filled out correctly with: patient's name, MRN, suffix code, test(s) ordered, diagnostic code(s), doctor's name, and the primary doctor's code. | 1 | 1 | 1 |
| 2. Wash hands thoroughly before applying gloves. Change gloves between patients. Wash hands after removing gloves at the end of the process. | 1 | 1 | 1 |
| 3. Use two identifiers to confirm the patient's identity. (Full name and numeric identifier which can be the patients date of birth) | 1 | 1 | 1 |
| 4. Introduce self to patient, give job classification and explain procedure. | 1 | 1 | 1 |
| 5. Assemble tubes, needle and holder. | 1 | 1 | 1 |
| 6. Apply non-latex, disposable tourniquet. | 1 | 1 | 1 |
| 7. Ask patient to close his/her hand. | 1 | 1 | 1 |
| 8. Select a vein site. | 1 | 1 | 1 |
| 9. Palpate the vein several times with index finger. | 1 | 1 | 1 |
| 10. Select the most suitable veins The median cubital vein and the cephalic vein are used more frequently since they are larger, fuller, and remain fixed. | 1 | 1 | 1 |
| 11. Routine Venipuncture: cleanse the venipuncture site with 70% isopropyl alcohol or alcohol preps using a circular motion. Blood Culture collection: Cleanse venipuncture site using CHG with a back and forth motion. Alcohol test collection: Betadine or CHG recommended for cleansing. | 1 | 1 | 1 |
| 12. Position the patient's arm | 1 | 1 | 1 |
| 13. Perform venipuncture using correct order of draw. | 1 | 1 | 1 |
| 14. Release tourniquet. | 1 | 1 | 1 |
| 15. Lightly place dry gauze or cotton above venipuncture. | 1 | 1 | 1 |
| 16. Remove needle, apply pressure. | 1 | 1 | 1 |
| 17. Check for bleeding, then apply pressure. | 3 | 1 | 1 |
| 18. Discard needle in sharps container. | 1 | 1 | 1 |
| 19. Label specimens with full name, MRN, date, and other required information in the presence of the patient. (or apply preordered bar code label to the correct tube). Also put date, time drawn, and the initials of the blood drawer on lab tag. | 1 | 1 | 1 |
| 20. Access the patient's condition, ensuring they are stable, before allowing him or her to leave the laboratory. Apply a band-aid or pressure bandage. | 1 | 1 | 1 |
| 21. Ask the patient "Is there anything else I can do for you today?" | 1 | 1 | 1 |
| 22. Clean up area per infection control guidelines | 1 | 1 | 1 |
| 23. Disposable tourniquets are used only once; discard in regular trash. | 1 | 1 | 1 |
| 24. Process specimens as required (centrifuge, aliquot, transport, etc.) | 1 | 1 | 1 |

Updated 4/23/09 SL
Updated 7/30/11 JS

Print date: 05 Mar 2013; Revision Number: 3; Revision Date: 10 Dec 2012

HFH192