Exhibit 20

**Hood, Jill**

| | |
|---|---|
| **From:** | Bork, Fiona |
| **Sent:** | Monday, February 24, 2014 10:41 AM |
| **To:** | Hood, Jill |
| **Subject:** | FW: |

**Importance:** High

Jill
Here is the email from Natalie



Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Tuesday, July 26, 2011 1:19 PM
**To:** Bork, Fiona
**Subject:** RE:

Hi Fiona ,

As per our conversation, I am putting in writing what happened this morning when I arrived. When I first walked in judy would not talk to me she went in the bathroom , and then came out I asked her whats wrong and she asked me why I wasnt here at 7 :30 this morning I explained to her that I spoke with you and you let me know it was covered til 10 am then judy said BITCH , Im pretty sure that one was for me then she proceeded to say that quote on quote Fiona is a bitch , for not having natalie  come @ 7 30  and she said Dawn and I  should be written up for not answering our phones and how some of us are treated special because we dont get written up when we dont answer our nextel. I proceeded to tell her my phone never rang and she didnt beleive me, then she proceeded to say that the whole world stopped cuz fionas brother was sick but when something personal happens to one of us we are treated unfairly.  I explained I had a good relationship with all my bosses and she said just wait your not here long enough.
she just left , I dont know if she signed out, Yesterday she spent most of her afternoon  in our lobby and in the hally way on the phone crying because her boyfriend the same one in the accident was cheating on her and the reason she left early was to go break up with him and get her stuff out of his house. I again am very sorry about being in this issue but it really hurt my feelings that she treated me in such a way, when I have done nothing but been there for her as a team mate should. we were the only two in the office at the time thank god.
well I am looking forward to a great week at ctpsc !!! you have a good one too !!!


Natalie

1

**Hood, Jill**

| | |
|---|---|
| **From:** | Bork, Fiona |
| **Sent:** | Monday, February 24, 2014 10:48 AM |
| **To:** | Hood, Jill |
| **Subject:** | FW: |

Here is another email from Natalie about Judy and the "bitch" comment that she made
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113



**From:** Reeser, Natalie
**Sent:** Friday, July 29, 2011 2:48 PM
**To:** Bork, Fiona
**Subject:**

Fiona ,

Per our conversation Judy Hale called my personal cell phone restricted at 1:25 pm on Friday 7-29-2011, at 1st just kept asking if she has done anything wrong I had told her over and over I am not in this , what you and everyone else dose at work it non of my business, but then she proceeded to tell me everyone knows its you , your after my job because ( she had talked to dawn , and I had told down a piece of private information cuz I was nervous about filing bankruptcy due to a car I had bought in 1999) and judy said dawn told her I am filing bankruptcy and that thats why I am trying to get judy fired. NOT ONCE did I ever talk to dawn about judy today or any day for that matter. I had also explained to dawn today about the internet polcy and how you can get fired for using the internet in an inaprolate way, and some how when judy was talking to me she told me people are getting fired over internet use, which is nothing like I said to dawn. I did leave a voice mail on dawns phone asking her to call me back and as to why she would tell judy or anyone for that matter about my own personal issue. we were done cleaning and just sitting there, and I just was making conversation being frendly.  I feel judy was recording the conversation because she wanted me to say  that she hadn't done anything wrong and I explained to her I know what you did monday, and I am not apart of this, she then went into a speel of how she would have never call anyone names. I will take a lie detector , I know for a fact and put it into writing what happened Monday July 25th 2011.  At this point Judy knows due to talking to Human resources that the complaint came from someone on monday and I was the only one here. Everyone knows I live right down the street from the lab, and judy Has been to my home once when I first started working for Henry ford. I am very worried that something bad might happen to me or my jeep at this point in time. I just called Boost moblie and they told me there's nothing I can do to find out the number that called me restricted, but again I am willing to take a lie detector test, I have nothing to hide. I am telling the 100 % truth.

Natalie K. Reeser

1

HFH157