Exhibit 21

**Call Detail Inquiry Report**

**For HFHS : 2483721300**

**For Period 1/1/2014 To 2/28/2014: Excerpt re phone no. 248-721-7099**

| Device | Carrier | Date | Time | Duration | To | Orig | Dest | Direction | Call Type | Call Description | Cost |
|--------|---------|------|------|----------|-----|------|------|-----------|-----------|------------------|------|
| **Bork, Fiona** | | | | | | | | | | | |
| 248-372-1300 | Sprint | 2/24/2014 | 11:40 AM | 1.0 | 248-721-7099 | Plymouth MI | Royal Oak, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 1/31/2014 | 9:16 AM | 1.0 | 248-721-7099 | NORTHVILLE MI | Royal Oak, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 1/17/2014 | 9:55 AM | 1.0 | 248-721-7099 | KC-LENEXA | Royal Oak, MI | Out | Message | SMS Text Messages | $0.00 |

**Call Detail Inquiry Report**

**For HFHS : 2483721300**

**For Period 1/1/2014 To 2/28/2014: Excerpt re phone no. 586-228-2774**

| Device | Carrier | Date | Time | Duration | To | Orig | Dest | Direction | Call Type | Call Description | Cost |
|--------|---------|------|------|----------|----|------|------|-----------|-----------|------------------|------|
| **Bork, Fiona** | | | | | | | | | | | |
| 248-372-1300 | Sprint | 2/26/2014 | 1:16 PM | 3.0 | 586-228-2774 | SHELBY TOWNSHIP MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $1.20 |
| 248-372-1300 | Sprint | 2/21/2014 | 10:12 AM | 14.0 | 586-228-2774 | COMMERCE (TWP) MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $5.60 |
| 248-372-1300 | Sprint | 2/21/2014 | 9:52 AM | 1.0 | 586-228-2774 | COMMERCE (TWP) MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/21/2014 | 7:18 AM | 2.0 | 586-228-2774 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 1/27/2014 | 12:40 PM | 4.0 | 586-228-2774 | NORTHVILLE MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $1.60 |
| 248-372-1300 | Sprint | 1/27/2014 | 12:08 PM | 1.0 | 586-228-2774 | NORTHVILLE MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 1/27/2014 | 8:40 AM | 3.0 | 586-228-2774 | Plymouth MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $1.20 |
| 248-372-1300 | Sprint | 1/23/2014 | 1:27 PM | 9.0 | 586-228-2774 | WEST BLOOMFIELD TOWNSHIP MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $3.60 |
| 248-372-1300 | Sprint | 1/17/2014 | 11:27 AM | 9.0 | 586-228-2774 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 1/10/2014 | 10:58 AM | 3.0 | 586-228-2774 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 1/10/2014 | 10:57 AM | 1.0 | 586-228-2774 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 1/2/2014 | 11:22 AM | 8.0 | 586-228-2774 | Plymouth MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |

Copyright Comview Corporation 2014

AT&T

Page 1 of 2

Individual Usage Details for:
Fiona Bork | 313.908.3908
Billing period:  Feb 26, 2014 - Mar 25, 2014
Showing details for Talk usage

Totals for this billing period:   405 calls   1767 minutes   $0.00

Search by   Date   Ex: dd/mm/yyyy



| Date/Time | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|
| 02/27/2014   08:37AM | 586-228-2774 | Mt Clemens, MI | RM21 | 1 | 0.00 |

Natalie was not writing "Suspended"

open PSC and review

HFH 533

**Call Detail Inquiry Report**

**For HFHS : 2483721300**

**For Period 1/1/2014 To 2/28/2014**

| Device | Carrier | Date | Time | Duration | To | Orig | Dest | Direction | Call Type | Call Description | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bork, Fiona** | | | | | | | | | | | |
| 248-372-1300 | Sprint | 2/28/2014 | 4:22 PM | 4.0 | 248-361-9206 | Plymouth MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/28/2014 | 4:21 PM | 1.0 | 586-292-0279 | NORTHVILLE MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/28/2014 | 3:02 PM | 3.0 | 586-421-3150 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $1.20 |
| 248-372-1300 | Sprint | 2/28/2014 | 2:25 PM | 2.0 | 313-732-7300 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/28/2014 | 1:51 PM | 1.0 | 313-916-3514 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/28/2014 | 1:51 PM | 1.0 | 313-916-3514 | Plymouth MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/28/2014 | 12:56 PM | 6.0 | 248-497-7496 | Plymouth MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/28/2014 | 12:41 PM | 6.0 | 248-372-1324 | NORTHVILLE MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/28/2014 | 10:15 AM | 4.0 | 313-640-2468 | COMMERCE (TWP) MI | Detroit, MI | Out | Voice | Anytime Minutes | $1.60 |
| 248-372-1300 | Sprint | 2/28/2014 | 9:56 AM | 1.0 | 248-372-1324 | COMMERCE (TWP) MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/28/2014 | 8:45 AM | 1.0 | 734-474-9336 | COMMERCE (TWP) MI | Ann Arbor, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/28/2014 | 7:52 AM | 2.0 | 248-688-2499 | NORTHVILLE MI | Troy, MI | Incoming | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/27/2014 | 8:16 PM | 5.0 | 734-474-9336 | Plymouth MI | Ann Arbor, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 8:14 PM | 2.0 | 586-822-4634 | NORTHVILLE MI | Warren, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 7:06 PM | 11.0 | 313-575-6742 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 6:46 PM | 1.0 | 313-575-6742 | SOUTHFIELD MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 6:45 PM | 1.0 | 734-474-9336 | SOUTHFIELD MI | Ann Arbor, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/27/2014 | 6:43 PM | 1.0 | 313-995-8909 | Oak Park MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 6:24 PM | 19.0 | 248-688-2499 | STERLING HEIGHTS MI | Troy, MI | Out | Voice | Anytime Minutes | $7.60 |
| 248-372-1300 | Sprint | 2/27/2014 | 5:46 PM | 3.0 | 586-350-9849 | Clinton Township MI | Roseville, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 5:19 PM | 1.0 | 586-350-9849 | SHELBY MI | Roseville, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 5:11 PM | 2.0 | 313-916-5227 | BUFFALO NY | Detroit, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/27/2014 | 5:05 PM | 3.0 | 313-205-6089 | SHELBY TOWNSHIP MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 3:08 PM | 3.0 | 248-931-9941 | STERLING HEIGHTS MI | Pontiac, MI | Out | Voice | Anytime Minutes | $1.20 |
| 248-372-1300 | Sprint | 2/27/2014 | 3:00 PM | 1.0 | 313-575-6742 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 2:23 PM | 2.0 | 734-421-0780 | Clinton Township MI | Livonia, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/27/2014 | 2:08 PM | 1.0 | 313-575-6742 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 2:06 PM | 1.0 | 586-323-5451 | Clinton Township MI | Utica, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/27/2014 | 2:05 PM | 1.0 | 586-323-3668 | Clinton Township MI | Utica, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/27/2014 | 2:03 PM | 2.0 | 313-799-4097 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 1:51 PM | 7.0 | 248-372-1324 | Clinton Township MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 1:45 PM | 5.0 | 248-372-1324 | Clinton Township MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 1:34 PM | 2.0 | 313-876-1314 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/27/2014 | 1:08 PM | 4.0 | 248-931-9941 | Clinton Township MI | Pontiac, MI | Out | Voice | Anytime Minutes | $1.60 |
| 248-372-1300 | Sprint | 2/27/2014 | 12:57 PM | 4.0 | 248-931-9941 | Clinton Township MI | Pontiac, MI | Incoming | Voice | Anytime Minutes | $1.60 |
| 248-372-1300 | Sprint | 2/27/2014 | 12:55 PM | 1.0 | 248-497-7496 | Clinton Township MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 12:53 PM | 2.0 | 313-799-4097 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 12:35 PM | 16.0 | 248-931-9941 | Clinton Township MI | Pontiac, MI | Out | Voice | Anytime Minutes | $6.40 |
| 248-372-1300 | Sprint | 2/27/2014 | 12:32 PM | 2.0 | 313-575-6742 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 248-372-1300 | Sprint | 2/27/2014 | 12:30 PM | 2.0 | 586-292-0279 | Clinton Township MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 12:28 PM | 2.0 | 313-970-8356 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:58 AM | 29.0 | 313-575-6742 | Clinton Township MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:52 AM | 1.0 | 248-372-1324 | Clinton Township MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:50 AM | 2.0 | 586-822-4634 | Clinton Township MI | Warren, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:45 AM | 5.0 | 248-931-9941 | Clinton Township MI | Pontiac, MI | Out | Voice | Anytime Minutes | $2.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:35 AM | 1.0 | 313-575-6742 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:32 AM | 3.0 | 313-732-7436 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:02 AM | 1.0 | 313-732-7436 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 11:00 AM | 2.0 | 586-323-5451 | Clinton Township MI | Utica, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/27/2014 | 10:13 AM | 1.0 | 248-372-1324 | SOUTHFIELD MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 9:52 AM | 1.0 | 313-300-7514 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/27/2014 | 9:28 AM | 4.0 | 586-229-2732 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $1.60 |
| 248-372-1300 | Sprint | 2/27/2014 | 8:40 AM | 6.0 | 313-732-7300 | Plymouth MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 2:06 PM | 2.0 | 313-995-4227 | SHELBY TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 1:37 PM | 3.0 | 248-372-1324 | SHELBY TOWNSHIP MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 1:22 PM | 1.0 | 248-372-1324 | Macomb MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 1:19 PM | 3.0 | 313-799-4097 | SHELBY TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 1:16 PM | 3.0 | 586-228-2774 | SHELBY TOWNSHIP MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $1.20 |
| 248-372-1300 | Sprint | 2/26/2014 | 1:15 PM | 1.0 | 248-372-1324 | BUFFALO NY | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 12:22 PM | 47.0 | 313-575-6742 | Macomb MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 9:49 AM | 1.0 | 313-510-4014 | Macomb MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/26/2014 | 8:48 AM | 1.0 | 248-372-1324 | SHELBY TOWNSHIP MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/26/2014 | 8:36 AM | 1.0 | 586-323-5451 | Sterling Heights MI | Utica, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/26/2014 | 8:35 AM | 1.0 | 734-474-9336 | Sterling Heights MI | Ann Arbor, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/26/2014 | 8:32 AM | 3.0 | 734-474-9336 | WARREN MI | Ann Arbor, MI | Incoming | Voice | Anytime Minutes | $1.20 |
| 248-372-1300 | Sprint | 2/25/2014 | 6:41 PM | 4.0 | 313-732-7436 | Plymouth MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 5:30 PM | 1.0 | 313-732-7300 | NOVI MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 5:11 PM | 1.0 | 313-850-4993 | Warren MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/25/2014 | 5:10 PM | 1.0 | 313-732-7300 | WARREN MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 5:04 PM | 2.0 | 248-372-1324 | WARREN MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 5:02 PM | 2.0 | 313-575-6742 | WARREN MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 5:00 PM | 2.0 | 586-292-0279 | Sterling Heights MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 3:42 PM | 1.0 | 313-732-7436 | Clinton Township MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 3:38 PM | 2.0 | 586-421-3138 | Clinton Township MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/25/2014 | 3:24 PM | 2.0 | 248-853-4950 | Clinton Township MI | Auburn Hts, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/25/2014 | 3:14 PM | 2.0 | 313-205-6089 | ROCHESTER HILLS MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 3:06 PM | 1.0 | 586-263-2445 | BLOOMFIELD TOWNSHIP MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/25/2014 | 3:00 PM | 1.0 | 313-732-7436 | Bloomfield Township MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 2:57 PM | 1.0 | 458-201-1376 | WEST BLOOMFIELD TOWNSHIP MI | Eugene, OR | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/25/2014 | 2:53 PM | 1.0 | 313-732-7436 | WEST BLOOMFIELD MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 2:12 PM | 2.0 | 313-575-6742 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 2:04 PM | 1.0 | 313-732-7436 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |

Copyright Comview Corporation 2014

| 248-372-1300 | Sprint | 2/25/2014 | 2:01 PM | 1.0 313-732-7436 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 1:51 PM | 10.0 313-575-6742 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 1:38 PM | 1.0 313-205-6089 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 1:37 PM | 1.0 313-575-6742 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 12:54 PM | 1.0 313-205-6089 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 11:48 AM | 1.0 734-474-9336 | WEST BLOOMFIELD TOWNSHIP MI | Ann Arbor, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/25/2014 | 11:15 AM | 3.0 586-292-0279 | WEST BLOOMFIELD TOWNSHIP MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 11:02 AM | 7.0 586-822-4634 | WEST BLOOMFIELD TOWNSHIP MI | Warren, MI | Incoming | Voice | Anytime Minutes | $2.80 |
| 248-372-1300 | Sprint | 2/25/2014 | 10:57 AM | 2.0 586-421-3379 | WEST BLOOMFIELD TOWNSHIP MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/25/2014 | 10:57 AM | 1.0 586-421-3379 | WEST BLOOMFIELD TOWNSHIP MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/25/2014 | 10:46 AM | 2.0 313-575-6742 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 10:39 AM | 3.0 313-916-2323 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $1.20 |
| 248-372-1300 | Sprint | 2/25/2014 | 10:38 AM | 1.0 313-916-2322 | Walled Lake MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/25/2014 | 10:31 AM | 4.0 313-205-6089 | NOVI MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/25/2014 | 9:32 AM | 44.0 248-372-1324 | NORTHVILLE MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 6:42 PM | 1.0 586-323-5454 | Plymouth MI | Utica, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/24/2014 | 6:41 PM | 1.0 313-575-6742 | Plymouth MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 6:32 PM | 9.0 586-738-2119 | Plymouth MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 6:20 PM | 2.0 586-323-4810 | NORTHVILLE MI | Utica, MI | Incoming | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/24/2014 | 4:16 PM | 1.0 586-265-9502 | NORTHVILLE MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 3:07 PM | 13.0 734-283-3609 | NORTHVILLE MI | Wyandotte, MI | Out | Voice | Anytime Minutes | $5.20 |
| 248-372-1300 | Sprint | 2/24/2014 | 2:48 PM | 12.0 586-552-0208 | NORTHVILLE MI | Roseville, MI | Incoming | Voice | Anytime Minutes | $4.80 |
| 248-372-1300 | Sprint | 2/24/2014 | 2:37 PM | 4.0 248-372-1324 | NORTHVILLE MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 2:23 PM | 2.0 248-688-2499 | Plymouth MI | Troy, MI | Out | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/24/2014 | 1:38 PM | 7.0 586-323-4810 | Plymouth MI | Utica, MI | Incoming | Voice | Anytime Minutes | $2.80 |
| 248-372-1300 | Sprint | 2/24/2014 | 1:04 PM | 2.0 248-497-7496 | NORTHVILLE MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 12:51 PM | 12.0 313-575-6742 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 12:44 PM | 1.0 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 12:28 PM | 2.0 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 12:21 PM | 3.0 313-732-7436 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 12:19 PM | 1.0 313-205-6089 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 12:16 PM | 1.0 313-732-7436 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 12:05 PM | 14.0 586-738-2119 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:56 AM | 9.0 248-497-7496 | NORTHVILLE MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:47 AM | 1.0 586-421-3150 | Plymouth MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:46 AM | 1.0 586-421-3050 | NORTHVILLE MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:45 AM | 1.0 313-995-8799 | Plymouth MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:45 AM | 1.0 313-995-8799 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:45 AM | 1.0 313-995-8799 | Plymouth MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 248-372-1300 | Sprint | 2/24/2014 | 11:44 AM | 1.0 | 248-497-7496 | NORTHVILLE MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:40 AM | 1.0 | 248-721-7099 | Plymouth MI | Royal Oak, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 11:14 AM | 13.0 | 248-361-9206 | NORTHVILLE MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 10:54 AM | 3.0 | 313-575-6742 | Plymouth MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/24/2014 | 10:08 AM | 47.0 | 313-575-6742 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/23/2014 | 1:23 PM | 4.0 | 313-595-1985 | PLYMOUTH MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/22/2014 | 11:33 AM | 1.0 | 248-361-9206 | NORTHVILLE MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 2:32 PM | 1.0 | 248-361-9206 | NORTHVILLE MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 1:36 PM | 2.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 1:26 PM | 3.0 | 313-300-7514 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 1:11 PM | 3.0 | 313-970-8356 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 1:08 PM | 1.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 12:26 PM | 10.0 | 248-931-9941 | Plymouth MI | Pontiac, MI | Out | Voice | Anytime Minutes | $4.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 12:22 PM | 3.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 12:21 PM | 1.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 10:28 AM | 4.0 | 313-595-1985 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/21/2014 | 10:12 AM | 14.0 | 586-228-2774 | COMMERCE (TWP) MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $5.60 |
| 248-372-1300 | Sprint | 2/21/2014 | 10:11 AM | 1.0 | 586-323-4810 | COMMERCE (TWP) MI | Utica, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/21/2014 | 9:52 AM | 1.0 | 586-228-2774 | COMMERCE (TWP) MI | Mt Clemens, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/21/2014 | 9:52 AM | 1.0 | 586-323-4810 | COMMERCE (TWP) MI | Utica, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/21/2014 | 7:18 AM | 2.0 | 586-228-2774 | NORTHVILLE MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.80 |
| 248-372-1300 | Sprint | 2/20/2014 | 7:23 PM | 4.0 | 248-931-9941 | NORTHVILLE MI | Pontiac, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/20/2014 | 6:42 PM | 4.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/20/2014 | 5:25 PM | 3.0 | 248-497-7496 | NORTHVILLE MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/20/2014 | 5:13 PM | 4.0 | 248-931-9941 | NORTHVILLE MI | Pontiac, MI | Out | Voice | Anytime Minutes | $1.60 |
| 248-372-1300 | Sprint | 2/20/2014 | 4:00 PM | 16.0 | 734-246-6000 | NORTHVILLE MI | Wyandotte, MI | Incoming | Voice | Anytime Minutes | $6.40 |
| 248-372-1300 | Sprint | 2/20/2014 | 3:07 PM | 1.0 | 313-595-1985 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/20/2014 | 10:40 AM | 1.0 | 248-465-0427 | FARMINGTON MI | Northville, MI | Out | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/20/2014 | 10:26 AM | 4.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/20/2014 | 10:25 AM | 1.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/20/2014 | 4:56 AM | 1.0 | 313-303-1248 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 8:50 PM | 1.0 | 402-779-7673 | NORTHVILLE MI | Omaha, NE | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 7:20 PM | 1.0 | 313-732-7436 | Plymouth MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 6:28 PM | 2.0 | 313-595-1985 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 3:01 PM | 4.0 | 586-323-4810 | NORTHVILLE MI | Utica, MI | Incoming | Voice | Anytime Minutes | $0.40 |
| 248-372-1300 | Sprint | 2/19/2014 | 1:13 PM | 5.0 | 313-595-1985 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 1:00 PM | 6.0 | 313-732-7436 | NORTHVILLE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 1:00 PM | 1.0 | 313-732-7436 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 12:56 PM | 1.0 | 313-732-7436 | Plymouth MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 12:10 PM | 9.0 | 248-853-4900 | NORTHVILLE MI | Auburn Hts, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 11:30 AM | 1.0 | 313-732-7436 | LIVONIA MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 11:29 AM | 1.0 | 313-732-7436 | LIVONIA MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 11:29 AM | 1.0 | 313-732-7436 | Detroit MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 11:20 AM | 9.0 | 248-497-7496 | Detroit MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 11:06 AM | 1.0 | 313-916-2449 | DETROIT MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 10:59 AM | 1.0 | 248-465-0427 | Taylor MI | Northville, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/19/2014 | 9:29 AM | 2.0 | 313-874-4335 | SOUTHGATE MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |

Copyright Comview Corporation 2014

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 248-372-1300 | Sprint | 2/19/2014 | 9:01 AM | 17.0 | 248-372-1324 | Detroit MI | Southfield, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 4:04 PM | 7.0 | 313-732-7436 | Plymouth MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 2:06 PM | 2.0 | 586-552-0208 | NORTHVILLE MI | Roseville, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 1:52 PM | 3.0 | 248-931-9941 | NORTHVILLE MI | Pontiac, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 1:25 PM | 10.0 | 248-931-9941 | NORTHVILLE MI | Pontiac, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 12:51 PM | 1.0 | 248-497-7496 | Plymouth MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 12:38 PM | 10.0 | 248-497-7496 | Plymouth MI | Southfield, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 11:38 AM | 5.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 8:46 AM | 4.0 | 313-687-8738 | Plymouth MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 8:31 AM | 10.0 | 248-931-9941 | NORTHVILLE MI | Pontiac, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 8:09 AM | 8.0 | 248-931-9941 | NORTHVILLE MI | Pontiac, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 7:49 AM | 2.0 | 313-205-6089 | Plymouth MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/18/2014 | 6:20 AM | 2.0 | 248-721-7067 | Plymouth MI | Royal Oak, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 7:47 PM | 3.0 | 313-595-1985 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 6:20 PM | 12.0 | 313-510-4014 | WIXOM MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 6:05 PM | 2.0 | 586-323-4810 | WIXOM MI | Utica, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 6:00 PM | 3.0 | 248-931-9941 | WIXOM MI | Pontiac, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 5:58 PM | 1.0 | 586-822-4634 | WIXOM MI | Warren, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 5:58 PM | 1.0 | 313-995-8799 | WIXOM MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 5:57 PM | 2.0 | 248-931-9941 | WIXOM MI | Pontiac, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 5:51 PM | 4.0 | 248-931-9941 | WIXOM MI | Pontiac, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 5:48 PM | 3.0 | 313-522-3752 | WIXOM MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 3:31 PM | 6.0 | 586-751-2020 | COMMERCE (TWP) MI | Centerline, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 2:25 PM | 2.0 | 313-205-6089 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 9:59 AM | 1.0 | 586-859-4242 | Plymouth MI | Roseville, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 9:31 AM | 26.0 | 866-537-1617 | Plymouth MI | Toll Free | Out | Toll Free | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/17/2014 | 9:02 AM | 10.0 | 586-738-2119 | Plymouth MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/16/2014 | 8:35 PM | 4.0 | 248-853-4900 | NORTHVILLE MI | Auburn Hts, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 5:47 PM | 1.0 | 248-464-1400 | ASH TOWNSHIP MI | Pontiac, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 5:09 PM | 38.0 | 248-464-1400 | NORTHVILLE MI | Pontiac, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 2:00 PM | 22.0 | 313-916-8564 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 12:51 PM | 2.0 | 586-350-9849 | WEST BLOOMFIELD TOWNSHIP MI | Roseville, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 12:19 PM | 3.0 | 734-282-2020 | WEST BLOOMFIELD TOWNSHIP MI | Wyandotte, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 12:12 PM | 3.0 | 586-212-0353 | WEST BLOOMFIELD TOWNSHIP MI | Mt Clemens, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 12:04 PM | 2.0 | 313-876-1314 | WEST BLOOMFIELD TOWNSHIP MI | Detroit, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 10:36 AM | 3.0 | 586-819-9902 | WEST BLOOMFIELD TOWNSHIP MI | Warren, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/14/2014 | 7:31 AM | 1.0 | 248-721-7067 | Plymouth MI | Royal Oak, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/7/2014 | 8:43 PM | 9.0 | 248-853-4900 | NORTHVILLE MI | Auburn Hts, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/7/2014 | 8:38 PM | 1.0 | 734-301-0141 | Plymouth MI | Trenton, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/7/2014 | 5:29 PM | 3.0 | 313-671-6126 | Plymouth MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/7/2014 | 5:17 PM | 12.0 | 313-671-6126 | NORTHVILLE MI | Detroit, MI | Incoming | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/7/2014 | 4:19 PM | 25.0 | 248-702-1670 | Plymouth MI | Wbloomfiel, MI | Out | Voice | Anytime Minutes | $0.00 |
| 248-372-1300 | Sprint | 2/7/2014 | 3:30 PM | 2.0 | 586-323-4810 | NORTHVILLE MI | Utica, MI | Incoming | Voice | Anytime Minutes | $0.00 |