Exhibit 22

Case 2:14-cv-11916-GCS-SDD ECF No. 43-23, PageID.1219 Filed 05/15/15 Page 2 of 2

Hood, Jill

| | |
|---|---|
| From: | Bork, Fiona |
| Sent: | Wednesday, March 05, 2014 9:53 AM |
| To: | Hood, Jill |
| Subject: | FW: LUNCH TODAY |

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113



**From:** Reeser, Natalie
**Sent:** Tuesday, February 25, 2014 1:12 PM
**To:** Bork, Fiona; Hajjar, Luain; Wiseheart, Martha
**Subject:** LUNCH TODAY

I AM VERY UPSET AND AM PUTTING A NOTE ON THE DOOR AND TAKING A 30 MINUTE LUNCH TODAY.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1

HFH116