# Exhibit 23

### Email

From: Reeser, Natalie
To: Bork, Fiona
Subject: RE: Schedule for the week of 3-3-14

Sent: 2/25/2014 2:29:30 PM



I just feel like I'm losing my Hub, after I worked so hard to build relationships over the past two and half years. It breaks my heart to think I did all of that for nothing. I go above and beyond everyday and I'm starting to think no matter what I do, it doesn't matter. I feel like I'm always on punishment since I went to HR, and I have to much turmoil going on with my brothers leukemia and my sister finding bone cancer , I come to work as a salvation and I feel like the one place I have to come be happy, and see my patients is being taken from me. I would love for our relationship to go back to before all of this but, I'm starting to see that maybe that is never going to happen. I feel liked I'm being pushed out of my job here, and its truly hurting me to the core.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Bork, Fiona
**Sent:** Tuesday, February 25, 2014 2:10 PM
**To:** Reeser, Natalie
**Subject:** Schedule for the week of 3-3-14

Natalie
You will be covering Julisa's CTO the week of 3-3-14 on Mon 3-3-14, Tues 3-4-14 and Wed 3-5-14 at HFC. I spoke with Julisa and she said that one day of training would be more than enough to cover the site. This site schedules lab draw appts and also draws patients that may be there for an appt. You will also be scheduled there to work on Friday when Julisa rotates over to SPC for training. We cover the site Mon-Thursday from 8:30-5pm and on Friday from 8-4pm. If you have plans Friday afternoon you can leave at noon if not please cover the site until 4pm.
Julisa will go over everything with you when you get there this Thursday 2-27-14.

Please respond with confirmation of receipt of this email.
Thank you,
Fiona
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

## Email

| | | |
|---|---|---|
| From: | Bork, Fiona | Sent: 2/25/2014 2:10:48 PM |
| To: | Reeser, Natalie | |
| Subject: | Schedule for the week of 3-3-14 | |



This message was sent with High importance.

Natalie
You will be covering Julisa's CTO the week of 3-3-14 on Mon 3-3-14, Tues 3-4-14 and Wed 3-5-14 at HFC. I spoke with Julisa and she said that one day of training would be more than enough to cover the site. This site schedules lab draw appts and also draws patients that may be there for an appt. You will also be scheduled there to work on Friday when Julisa rotates over to SPC for training. We cover the site Mon-Thursday from 8:30-5pm and on Friday from 8-4pm. If you have plans Friday afternoon you can leave at noon if not please cover the site until 4pm.
Julisa will go over everything with you when you get there this Thursday 2-27-14.

Please respond with confirmation of receipt of this email.
Thank you,
Fiona
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

📧 Email

From: Reeser, Natalie
To: Bork, Fiona ; Hajjar, Luain
Subject: I am waiting on hearing back from you ?

Sent: 2/25/2014 12:49:48 PM



I also would like to know if you moving me is just temporary or a permanent move ?

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

📧 Email

| | | |
|---|---|---|
| From: | Reeser, Natalie | Sent: 2/25/2014 12:27:25 PM |
| To: | Bork, Fiona ; Hajjar, Luain | |
| Subject: | SCHEDULE | |



I do not understand why I am NOT the one training here at CTPSC, and why I am being moved, I have grown this location by my repor with my customers, not to mention I do 99 % OF ALL REGES, that are done everyday, I think it would be better to train someone else at HFC and keep me here at Clinton twp, otherwise I do not feel they will get done, and this leaves a huge strain on Martha wiseheart.

**Natalie K. Reeser**
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org