# Exhibit 25

## Hood, Jill

| | |
|---|---|
| **From:** | Hood, Jill |
| **Sent:** | Friday, March 07, 2014 10:23 AM |
| **To:** | Natalie K. Reeser |
| **Cc:** | Hood, Jill |
| **Subject:** | RE: RE: Update |
| **Attachments:** | Employee Appeals Form1.doc; HR Policy 4.16 Terminations of Employment.pdf |
| **Importance:** | High |

Natalie,

I wanted to send you some written documentation regarding our conversation this morning at approximately 9:05am, since you abruptly ended the call without allowing me to finish explaining your options.

As stated on that call, the results of the investigation found that your actions on February 25, 2014 were indeed, Job Abandonment. Thus, we will no longer be able to continue your employment at Henry Ford Health System. There are, however, 2 ways in which we can process your separation.

1. We can process it as a "termination", which you would then be eligible to appeal through our "Alternative Dispute Resolution" process.
2. You can chose to "resign in lieu of termination". This would allow you to separate your employment via a resignation, however, would then negate the "appeal" process (as a resignation is not something that can be appealed)"

I have attached both the Employee Appeals Form and the HR Policy for Termination of Employment.

Please let me know, in writing, by 5pm on Monday March 10th if you would like to resign in lieu of termination. If I have not received that writing decision from you by that time, I will process your separation as a termination.

If you have any questions, please let me know.

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*


**From:** Natalie K. Reeser [mailto:natalie_19_99@yahoo.com]
**Sent:** Thursday, March 06, 2014 4:18 PM
**To:** Hood, Jill
**Subject:** Re: RE: Update

Hi Jill I just left a message for u, I am so happy this is over and look forward to speaking with you so I can go back to work, ive missed my patients deeply.

Sent from Yahoo Mail on Android

1

HFH73

**From:** Hood, Jill <JHOOD1@hfhs.org>;
**To:** Natalie K. Reeser <natalie_19_99@yahoo.com>;
**Cc:** Hood, Jill <JHOOD1@hfhs.org>;
**Subject:** RE: Update
**Sent:** Thu, Mar 6, 2014 7:17:15 PM

Natalie,

The investigation has been completed and I would like to speak with you about the results. I have just given you a call (at 586-843-6020) and left a voice message for you. Please call me back so I can discuss the results with you.

Thank you

Jill E. Hood, PHR

Human Resources

Senior Business Partner

Henry Ford Hospital and Volunteer Services

Office: 313-916-8564

---

**From:** Natalie K. Reeser [mailto:natalie_19_99@yahoo.com]
**Sent:** Wednesday, March 05, 2014 10:21 AM
**To:** Hood, Jill
**Subject:** Update

Dear Ms Hood, Could you please share with me an update status of your investigation into my work break ? I was truly expecting to be back at work by now. Reviewing the tapes should go quickly, proving I did not return to the lab or the building. Also, since this latest accusation is preventing me from returning to work, for my records, would you please forward to me a copy of the written statement stating I was in the building ? Thank you for your help. Sincerely, Natalie Reeser

CONFIDENTIALITY NOTICE: This email contains information from the sender that may be CONFIDENTIAL, LEGALLY PRIVILEGED, PROPRIETARY or otherwise protected from disclosure. This email is intended for use only by the person or entity to whom it is addressed. If you are not the intended recipient, any use, disclosure, copying, distribution, printing, or any action taken in reliance on the contents of this email, is strictly prohibited. If you received this email in error, please contact the sending party by reply email, delete the email from your computer system and shred any paper copies.

Note to Patients: There are a number of risks you should consider before using e-mail to communicate with us. See our Privacy & Security page on www.henryford.com for more detailed information as well as information concerning MyChart, our new patient portal. If you do not believe that our policy gives you the privacy and security protection you need, do not send e-mail or Internet communications to us.