Exhibit 26

## Hood, Jill

| | |
|---|---|
| From: | Hood, Jill |
| Sent: | Friday, March 21, 2014 4:36 PM |
| To: | Natalie K. Reeser |
| Cc: | Elhaddi, Nawaal; Hood, Jill |
| Subject: | Appeal closure |
| | |
| Importance: | High |

Natalie,

I have confirmed with my co-worker, Nawaal Elhaddi, that no communication from you has been received, to date, regarding an appeal. As mentioned in my email below, the due date for the appeal process was Wednesday March 19.

Thus, the time frame for you to appeal the termination of your employment has now lapsed.

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*

**From:** Hood, Jill
**Sent:** Wednesday, March 12, 2014 6:16 PM
**To:** Natalie K. Reeser
**Cc:** Elhaddi, Nawaal; Hood, Jill
**Subject:** RE: RE: Update

Natalie,
Since I have not received a statement of your intent to resign, I have processed your separation as a termination. As stated in my previous email, as a "termination" you are eligible for the appeal process. You will have 5 business days to complete and submit the appeal to Human Resources.

Since I was the one who informed you of the decision to end your employment, I have had another HR professional assigned to facilitate your appeal process. Her name is Nawaal Elhaddi (copied herein).

If your appeal has not been received within 5 business days (by 5pm on Wednesday March 19, 2014) the grievance process will be closed.

If you have any questions/concerns about the process, you can contact Nawaal at 313-916-1948.

Jill E Hood, PHR, MSCJ
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

Jill E Hood, PHR, MSCJ
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

1

HFH69

**From:** Hood, Jill
**Sent:** Friday, March 07, 2014 10:23 AM
**To:** Natalie K. Reeser
**Cc:** Hood, Jill
**Subject:** RE: RE: Update

Natalie,

I wanted to send you some written documentation regarding our conversation this morning at approximately 9:05am, since you abruptly ended the call without allowing me to finish explaining your options.

As stated on that call, the results of the investigation found that your actions on February 25, 2014 were indeed, Job Abandonment. Thus, we will no longer be able to continue your employment at Henry Ford Health System. There are, however, 2 ways in which we can process your separation.

1. We can process it as a "termination", which you would then be eligible to appeal through our "Alternative Dispute Resolution" process.
2. You can chose to "resign in lieu of termination". This would allow you to separate your employment via a resignation, however, would then negate the "appeal" process (as a resignation is not something that can be appealed)"

I have attached both the Employee Appeals Form and the HR Policy for Termination of Employment.

Please let me know, in writing, by 5pm on Monday March 10th if you would like to resign in lieu of termination. If I have not received that writing decision from you by that time, I will process your separation as a termination.

If you have any questions, please let me know.

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*


**From:** Natalie K. Reeser [mailto:natalie_19_99@yahoo.com]
**Sent:** Thursday, March 06, 2014 4:18 PM
**To:** Hood, Jill
**Subject:** Re: RE: Update

Hi Jill I just left a message for u, I am so happy this is over and look forward to speaking with you so I can go back to work, ive missed my patients deeply.

Sent from Yahoo Mail on Android

---

**From:** Hood, Jill <JHOOD1@hfhs.org>;
**To:** Natalie K. Reeser <natalie_19_99@yahoo.com>;
**Cc:** Hood, Jill <JHOOD1@hfhs.org>;

2

HFH70