Exhibit 27

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

v.

HENRY FORD HOSPITAL,

    Defendant.

Hon. George Caram Steeh
Case No.: 2:14-cv-11916

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 39500 High Pointe Blvd., Ste. 350 |
| 313-964-4454 | Novi, MI 48375 |
| kflynn@millercohen.com | 248-567-7828 |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

**DEFENDANT'S THIRD SUPPLEMENTAL RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT**

NOW COMES the above-named Defendant, HENRY FORD HOSPITAL, by and through its attorneys, VARNUM LLP, and for its Third Supplemental Responses to Plaintiff's First Interrogatories to Defendant, states as follows:

**GENERAL OBJECTIONS AND RESERVATIONS**

A.    **Relevance:**

Defendant generally objects to each discovery request on the ground that it

**SECOND SUPPLEMENTAL RESPONSE:**

Defendant further objects to Interrogatory No. 7 on the basis that it is vague and ambiguous including its use of the terms "intention" and "paperwork". Without waiving any objections, Defendant states: Ms. Bork was not aware of Plaintiff's intention to file a complaint with the State of Michigan concerning unpaid lunch hour until after such a complaint was filed. In further answering, Defendant states it has not located additional non-privileged documents responsive to Interrogatory 7(d), other than documents that have been produced in response to Plaintiff's Request for Production of Documents.

**INTERROGATORY NO 8:** State the nature of the relationship between Henry Ford Hospital, Henry Ford Medical Laboratories and Henry Ford Health System.

    a.    Identify all persons with knowledge to testify as to this response.

**RESPONSE:**

See General Objections. Defendant further objects to this Discovery Request because it is overly broad, ambiguous, burdensome and seeks information that is neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

13

**SUPPLEMENTAL RESPONSE:**

Without waiving any objections, Defendant states: Henry Ford Medical Laboratories is an assumed name for Henry Ford Health System.

**SECOND SUPPLEMENTAL RESPONSE:**

Without waiving any objections, Defendant states: Henry Ford Medical Laboratories and Henry Ford Hospital are assumed names for Henry Ford Health System.

**INTERROGATORY NO 9:** Identify any and all phone numbers and the phone company, including work, home and cell, from which Fiona Bork made or received any telephone calls during the period January 1, 2014 to February 28, 2014.

    a.    For each number listed, please identify the person to whom the call or text was made or from whom the call or text was received.

    b.    If any of the individuals identified above are or were ever Henry Ford employees, identify those individuals.

**RESPONSE:**

See General Objections. Defendant further objects to this Discovery Request because it is overly broad, ambiguous, burdensome and seeks information that is

| | | |
|---|---|---|
| 27. | Martha Wiseheart<br>Henry Ford Medical Laboratories<br>Henry Ford Health System<br>2799 W. Grand Blvd.<br>Detroit, Michigan 48202 | Ms. Wiseheart may testify to Plaintiff's job duties and performance and Defendant's policies, procedures, work rules, and business practices. |

Respectfully submitted,

**VARNUM LLP**

By: _____
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Attorneys for Defendant
39500 High Pointe Blvd., Suite 350
Novi, MI 48375
(248) 567-7400

Dated: January 13, 2015

21

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2015, I caused the foregoing documents to be served upon all parties of record by placing said documents in an envelope with proper postage affixed thereto and placing same in the U.S. Mail.

Joanne E. Demers, ACP