Exhibit 28

# Michigan Department of Licensing and Regulatory Affairs

## Filing Endorsement

This is to Certify that the CERTIFICATE OF RENEWAL OF ASSUMED NAME

for

HENRY FORD HEALTH SYSTEM

ID NUMBER: 774093

to transact business under the assumed name of

HENRY FORD HOSPITAL

received by facsimile transmission on November 29, 2011 is hereby endorsed

Filed on December 1, 2011 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Expiration Date: December 31, 2016



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 1ST day of December, 2011.

Director

Bureau of Commercial Services

Sent by Facsimile Transmission 11335

BCS/CD-540_3 (Rev. 11)

| DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS |
| BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION |

| Date Received | (FOR BUREAU USE ONLY) |
|---|---|
|  |  |

EXPIRATION DATE: DECEMBER 31, 2016

## CERTIFICATE OF RENEWAL OF ASSUMED NAME
### For use by Corporations
(Please read information and instructions on reverse side)

774093
Identification Number

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations) or Act 162, Public Acts of 1982 (nonprofit corporations), the corporation in item one executes the following Certificate:

1. The corporate name, resident agent, and mailing address of the registered office are:

   HENRY FORD HEALTH SYSTEM

   EDITH L EISENMANN
   HENRY FORD HEALTH SYSTEM
   1 FORD PLACE – 5B GOVERNANCE
   DETROIT MI 48202

2. The assumed name under which business is transacted is:
   HENRY FORD HOSPITAL

3. The registration of the assumed name is extended for a period expiring on December 31 of the fifth full calendar year following the year in which this renewal is filed, unless sooner terminated.

4. The document is hereby signed as required by the Act.

Signed this  29th  day of  November , 2011

By _____
     (Signature of an Authorized Officer or Agent)

David B. Lee, System Vice President & General Counsel
(Type or Print Name)

11/29/2011  11:30AM (GMT-05:00)