Exhibit 29

## 2013 Employee Performance and Development for Natalie Kristen Reeser

### Employee Information

| | |
|---|---|
| Last Name: | Reeser |
| First Name: | Natalie |
| Title: | Lab Service Rep Outreach |
| Department: | Laboratory Outreach |
| Location: | REMOTE |

### Review Information

| | |
|---|---|
| Originator: | HFHS Performance Management |
| Review Period: | 01/01/2013 - 12/31/2013 |
| Due Date: | 01/15/2014 |

### Team Member Standards of Excellence

#### Commit to Team Members (I am Committed)

Description of Performance Ratings for Commit to Team Members

**Rating by Fiona Catherine Bork:**
Supervisor: 3.0 - Fully Successful

Supervisor Comments:
Natalie works well in groups. She asks for ideas and offers her own, and maintains good relations with everyone in the group. Natalie is very passionate about her work and it shines through.

**Rating by Natalie Kristen Reeser:**
Employee: 4.0 - Role Model

Employee Comments:
I am very commited to my team and my job.

#### Display a Positive Attitude/Respond in a Timely Manner (I am Positive & Responsive)

Description of Performance Ratings for Display a Positive Attitude/Respond in a Timely Manner

**Rating by Fiona Catherine Bork:**
Supervisor: 2.0 - Some Success

Supervisor Comments:
Natalie is fully accountable for every choice she makes and never seeks to avoid or shift responsibility to someone else. I can trust that she will act decisively, follow through on her commitments, and quickly correct any problems. Natalie was sent for additional phlebotomy training due to numerous complaints of bruising and pain. She learned a lot from her day of training including how to finish a lab draw as well as the proper pressure to use after a venipuncture.

**Rating by Natalie Kristen Reeser:**
Employee: 4.0 - Role Model

Employee Comments:
I will always take responability for any action that I might do.

#### Foster and Support Innovation (I am Innovative)

Description of Performance Ratings for Foster and Support Innovation

**Rating by Fiona Catherine Bork:**
Supervisor: 2.0 - Some Success

Supervisor Comments:
Natalie has made a contribution to positive change. She knows how to communicate the benefits of change to different people and obtain the necessary resources to implement new ideas.

I have counseled Natalie on her mode of communication with new employees and have asked that when she speaks about a process or process failure that it is not escalated to in inappropriate level. I am looking for a noticeable improvement in Natalie's ability to stay away from destructive gossip and not lead or be any part of it. We are a no gossip employer.

**Rating by Natalie Kristen Reeser:**
Employee: 3.0 - Fully Successful

Employee Comments:
I am always growing and learning new ways to communicate.

### Honor and Respect Diversity (I Honor Diversity)

Description of Performance Ratings for Honor and Respect Diversity

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Supervisor Comments:
Natalie has done her part to maintain an open, respectful workplace. She recognizes and values the different backgrounds, perspectives and opinions of all employees. She also encourages others to show the same respect for each other. Gossiping is very disrespectful to fellow coworkers and can cause great harm. All participation in gossip must stop.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Employee Comments:
I respect everyone always

### Offer Open and Constructive Communications (I am a Communicator)

Description of Performance Ratings for Offer Open and Constructive Communications

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Supervisor Comments:
Natalie is respectful and attentive to people who are speaking, both in group and one-on-one situations. Her good listening skills have been useful to her in her job over the last review period.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Employee Comments:
na

### Respect and Be Sensitive to Privacy/Confidentiality & Maintain a Clean, Safe, and Healthy Workplace Environment (I am Resourceful and Mindful)

Description of Performance Ratings for Respect and Be Sensitive to Privacy/Confidentiality & Maintain a Clean, Safe, and Healthy Workplace Environment

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Supervisor Comments:
Natalie pays close attention to her work environment and is very conscientious about keeping it safe, clean, uncluttered, and free of hazards.

Natalie actively protects confidential information. She is always careful to guard against careless release of important information.

Rating by Natalie Kristen Reeser:
Employee: 5.0 - Leader/Change Agent

Employee Comments:
I make sure clpsc is always in top running standings

**Take Ownership and Be Accountable/Take Pride in the System (I am Accountable & Proud)**

Description of Performance Ratings for Take Ownership and Be Accountable/Take Pride in the System

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Supervisor Comments:
Natalie is always stretching the limits of her ability. When she is finished with her regular assignments she often seeks out new work. She clearly enjoys the challenge of taking on different tasks.

I am pleased with Natalie's flexible attitude toward her job responsibilities. She willingly adapts to changing circumstances, volunteers to take on new work, and adjusts her schedule when necessary.

Natalie is currently assigned to one of our lower volume PSC and has been able to use the significant downtime to perform other duties and has done a great job doing so.

Natalie is very pleasant with the patients. Every patient that she handles clearly feels like they are the most important patient. Thank you Natalie for being so committed to always doing your best. You are a pleasure to work with and I appreciate all of your hard work.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Employee Comments:
its a joy to work for such a wonderful boss !! I look forward to coming to work and growing through experence and daily activitys interacting with new people everyday.

**Role Specific Assessment**

If using this section to assess clinical and/or non clinical job related skills:

1. Click the "Add Competencies" button below to open the competency library.
2. Select the category specific to your role found in the "jump to category section".
3. Check the "select all competencies" box in your category section.
4. Scroll up or down and click the box that says "Add Selected Competencies".

Your selected job related skills/competencies will then appear in your performance review form to be rated during your performance review. This section is not weighted.

Role Specific Assessment Overall Comments
Managers Comments:
No comments

Employees Comments: No comments

**Performance Goal Plan**

Pillar:: People

Goal : To Grow CTPSC to 20 plus customers a day

Measurement : 1- make sure I am doing my part following procedure
2- encourage people to come back
3- let people know they can come here anytime not just when the doctors in this building send them
4- ensure all tubes and needles are with in expiration dates, and make sure all tubes needed are on hand
5- keep the customers I do see on a daily basis happy

Weight : 5.0%     Status : Off Target     % Complete : 100.0%     Start : 01/01/2013     Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 2.0 - Some Success

Supervisor Comments:
The volume per day for 2013 did not hit an ave of 20pts/day

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Employee Comments:
FOR THE Month of Jan 2013 we had an avg. of 17 cst per day : )

**Pillar:: People**
Goal : To deliver high quality care and exceptional service, it is essential that we create an environment of emotionally engaged employees.
1. Employee will participate in department discussions regarding engagement including reviewing results of the most recent survey.
2. Employee will participate in development and implementation of Employee Engagement Impact Plans.
3. Employee will actively participate in departmental engagement initiatives.
4. Employee led an engagement initiative in the department; e.g., continuing education presentation, enhanced training session, organize departmental community service event, member of lab social event planning committee, organize departmental social event, etc.

Measurement : 1-No participation in Employee Engagement activities
2-Evidence of 1 of the 4 measures
3-Evidence of 2 of the 4 measures
4-Evidence of 3 of the 4 measures
5-Evidence of all 4 measures

Weight : 10.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2013   Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
*No comments*

Employee Comments:
*No comments*

---

**Pillar:: People**

Goal : Goal : Goal: Employees are expected to attend and participate in meetings and discussions to further employee engagement. 100% participation in the Gallup Employee Engagement survey is encouraged. Employees will discuss engagement with their leaders and co-workers. Employees drive engagement by actively participating and volunteering to lead efforts to that improve customer satisfaction, communication, and teamwork in their work area.

Measurement : 1=employee did not participate in or actively worked against engagement efforts in the department. Less than 20% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
2= 21%-80% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
3=>80% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
4=#3 above and lead an employee engagement effort in the laboratory
5=#4 above and gave a presentation on employee engagement at a lab meeting.

Weight : 10.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2013   Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
*No comments*

Employee Comments:
*No comments*

---

**Pillar:: Service**
Goal : To ensure the long term success of HFHS, it is essential that we are focused on creating a culture of world class service for our customers and increasing the number of patients served by HFHS and the services they use at our facility.
1. Lead a customer service initiative project for HFML
2. Show evidence of participation in the completion of a KPI or Strategic Plan item in the laboratory
3. Employees will utilize AIDET principles during all encounters with patients and customers as assessed through an individually kept log (by employee) of such events

Measurement : Rating: 1-No evidence of measures 1, 2, or 3
2-Evidence of 1 of the 3 measures
3-Evidence of 2 of the 3 measures
4-Evidence of 3 of the 3 measures

Weight : 15.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2013   Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
*No comments*

Employee Comments:
*No comments*

**Pillar:: Quality and Safety**

Goal : To remain successful, it is essential that all employees participate in creating a culture of continuous improvement utilizing LEAN tools.
1. Employees will complete Henry Ford Production System (LEAN) training or a refresher course AND all LEAN Education Modules by the due date in HealthStream/HFHS University
2. Participate in 1 or more Lean process improvements.
3. Employee will demonstrate documented participation in 5S and audit activities.
4. Employee will lead a LEAN process improvement project from start to finish.

Measurement : Rating: 1-Completion of #1
2-Completion of #1 and one of other measures (2-4)
3-Completion of #1 and two of other measures (2-4)
4-Completion of #1 and three of other measures (2-4)

Weight : 10.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2013   Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
No comments

Employee Comments:
No comments

---

**Pillar:: Quality and Safety**

Goal : The employee will participate in at least one departmental key quality safety initiative

Measurement : : We will be monitoring proper patient identification eliminating wrong patient drawn or tubes labeled with the wrong patient name, we will be verifying that all specimens are collected and accounted for and that there is an exact match between the rx and manifest. A second confirmation will be performed once specimens arrive at the main facility with specimen receiving.

Weight : 10.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2013   Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
No comments

Employee Comments:
No comments

---

**Pillar:: Quality and Safety**

Goal : Capturing and reducing all controllable defects-wrong test ordered, submitted in wrong tube, QNS, mislabeled tube, missed test etc

Measurement : 1-send log
2-send log with all appropriate details and submit to client service
3-send log with all appropriate details, submit to client service and potential resolution
4-send log with all appropriate details, potential resolution and traning guide to prevent future errors
5-All controllable errors are eliminated

Weight : 15.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2013   Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
No comments

Employee Comments:
No comments

---

**Pillar:: Quality and Safety**

Goal : All employees will check email at least 3 times a day and respond to all emails acknowledging comprehension of the message that is being delivered

Measurement : TAT in response to emails sent out

Weight : 5.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2013   Due : 12/31/2013
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model

Supervisor Comments:
No comments

Employee Comments:
No comments

HFH175

**Pillar:: Research and Education**

Goal: : Goal: Compete HFHS annual mandatory education (AME) on time, and support clinical rotations and orientation of new employees. In addition each employee will be engaged in continuing education

Measurement: 1= annual mandatory education not completed on time.
2= annual mandatory education complete and <4 hours of learning
3= AME complete on time and 4-8 hours contact hours of learning
4= AME complete on time and 8-16 hours contact hours of learning
5= AME complete on time and >16 hours contact hours of learning

Weight: 10.0%    Status: Complete    % Complete: 100.0%    Start: 01/01/2013    Due: 12/31/2013
Action Items:
Actual Achievement:

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful
Supervisor Comments:
*No comments*

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model
Employee Comments:
*No comments*

**Pillar:: Finance**

Goal: To help meet Department budget targets by managing labor, supply, and purchased service expenses at budgeted levels or below. Measured at the Department Total Expense and Net Income levels as adjusted for new initiatives using the latest available report

Measurement: 5=>3% variance from budget
4=1% to 3% variance from budget
3=+/- 1% variance from budget
2= -1% to -3% variance from budget
1= more than 3% unfavorable to budget

Weight: 10.0%    Status: Complete    % Complete: 100.0%    Start: 01/01/2013    Due: 12/31/2013
Action Items:
Actual Achievement:

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Fully Successful
Supervisor Comments:
*No comments*

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Role Model
Employee Comments:
*No comments*

### Individual Development Plan

Click following link to access HFHS University content: HFHS University

### Orientation/Onboarding and No Longer Applicable

### Mid-Year Review

Manager and employee meet to review employee progress on business and development goals and document the date and results of this discussion in the "Comments" sections provided.

Mid-year Review Meeting Held on: 07/31/2013

### Competency Assessment & Annual Requirements

☐ Please check this box to indicate that the employee has completed all Business Unit/Department specific annual competencies, if applicable.

☐ Please check this box to indicate that the employee has completed all Population Served competencies, if applicable.

Annual Mandatory Education (met on HFHS University):

☐ This employee has successfully completed annual requirements.

Other Training/Certification
Licensure Expiration Date
Health Screen Date

### Overall Performance Summary

Use this section to summarize the employee's overall performance during the review period. As you finalize ratings be on the lookout for these common rating errors

Overall Performance Rating 2.85 / 5.0

| | Rating | Weights |
|---|---|---|
| Team Member Standards of Excellence | 2.71 / 5.0 | 40.0% |

| Competency | Rating | Weight |
|---|---|---|
| Commit to Team Members {I am Committed} | 3.0 - Fully Successful | |
| Display a Positive Attitude/Respond in a Timely Manner {I am Positive & Responsive} | 2.0 - Some Success | |
| Foster and Support Innovation {I am Innovative} | 2.0 - Some Success | |
| Honor and Respect Diversity {I Honor Diversity} | 3.0 - Fully Successful | |
| Offer Open and Constructive Communications {I am a Communicator} | 3.0 - Fully Successful | |
| Respect and Be Sensitive to Privacy/Confidentiality & Maintain a Clean, Safe, and Healthy Workplace Environment {I am Respectful & Meticulous} | 3.0 - Fully Successful | |
| Take Ownership and Be Accountable/Take Pride in the System {I am Accountable & Proud} | 3.0 - Fully Successful | |
| Role Specific Assessment | unrated | 0.0% |
| Performance Goal Plan | 2.95 / 5.0 | 60.0% |
| To Grow CTPSC to 20 plus customers a day | 2.0 - Some Success | 5.0% |
| To deliver high quality care and exceptional service, it is essential that we create an environment of emotionally engaged employees. 1.Employee will participate in department discussions regarding engagement including reviewing results of the most recent survey. 2.Employee will participate in development and implementation of Employee Engagement Impact Plans. 3.Employee will actively participate in departmental engagement initiatives. 4.Employee led an engagement initiative in the department; e.g., continuing education presentation, enhanced training session, organize departmental community service event, member of lab social event planning committee, organize departmental social event, etc. | 3.0 - Fully Successful | 10.0% |
| Goal : Goal: Employees are expected to attend and participate in meetings and discussions to further employee engagement. 100% participation in the Gallup Employee Engagement survey is encouraged. Employees will discuss engagement with their leaders and co-workers. Employees drive engagement by actively participating and volunteering to lead efforts to that improve customer satisfaction, communication, and teamwork in their work area. | 3.0 - Fully Successful | 10.0% |
| To ensure the long term success of HFHS, it is essential that we are focused on creating a culture of world class service for our customers and increasing the number of patients served by HFHS and the services they use at our facility. 1.Lead a customer service initiative project for HFML 2.Show evidence of participation in the completion of a KPI or Strategic Plan item in the laboratory 3.Employees will utilize AIDET principles during all encounters with patients and customers as assessed through an individually kept log (by employee) of such events | 3.0 - Fully Successful | 15.0% |
| To remain successful, it is essential that all employees participate in creating a culture of continuous improvement utilizing LEAN tools. 1.Employees will complete Henry Ford Production System (LEAN) training or a refresher course AND all LEAN Education Modules by the due date in HealthStream/HFHS University 2.Participate in 1 or more Lean process improvements. 3.Employee will demonstrate documented participation in 5S and audit activities. 4. Employee will lead a LEAN process improvement project from start to finish. | 3.0 - Fully Successful | 10.0% |
| The employee will participate in at least one departmental key quality safety initiative | 3.0 - Fully Successful | 10.0% |
| Capturing and reducing all controllable defects-wrong test ordered, submitted in wrong tube, QNS, mislabeled tube, missed test etc | 3.0 - Fully Successful | 15.0% |
| All employees will check email at least 3 times a day and respond to all emails acknowledging comprehension of the message that is being delivered | 3.0 - Fully Successful | 5.0% |
| : Goal: Compete HFHS annual mandatory education (AME) on time, and support clinical rotations and orientation of new employees. In addition each employee will be engaged in continuing education | 3.0 - Fully Successful | 10.0% |
| To help meet Department budget targets by managing labor, supply, and purchased service expenses at budgeted levels or below. Measured at the Department Total Expense and Net Income levels as adjusted for new initiatives using the latest available report | 3.0 - Fully Successful | 10.0% |

## Signatures

Employee signature does not imply agreement or disagreement, only the acknowledgement that the discussion occurred.

Employee: _____
Natalie Kristen Reeser

Manager: _____
Fiona Catherine Bork