Exhibit 32

**Hood, Jill**

| | |
|---|---|
| From: | Bork, Fiona |
| Sent: | Wednesday, February 26, 2014 12:04 PM |
| To: | Hood, Jill |
| Cc: | Wiseheart, Martha |
| Subject: | Natalie Suspension |
| Importance: | High |
| Sensitivity: | Confidential |

Jill

At 3:21PM I walked into the Clinton Township PSC building to speak to Natalie about her suspension. When I approached the site Natalie was walking out on her personal cell phone speaking to an unknown party while delivering a report to a client. I waited in the hallway for her to return and when she did a patient came in as well. I walked out of the site and waited for HFH-Macomb security to arrive and briefed them on the situation with Natalie.

Once security was in the hallway I walked back in to our site and Martha came of front where Natalie was sitting to witness my conversation.
Fiona: I told Natalie that I was there to suspend her
Natalie said: "Why"
Fiona: I said for abandoning your work site. I asked for the sign that she put on the door Natalie: "Oh I shredded it"
Fiona: I asked why?
Natalie: ugh I did
Fiona: You did not have permission to leave
Natalie: I sent you an email
Fiona: I said that is not the protocol You are to call me to seek your managers permission to leave a site. I said you have my phone number and my phone is on all of the time and you did not call me
Natalie: Well I was upset I wanted a break and I left I didn't do anything wrong I sent you an email and I told Martha
Fiona: Natalie you did not follow protocol so I need a statement form you about why you thought it was appropriate to abandon your site I need your badge, keys, phone and any other HFML property
Natalie: I am not signing anything for you, not making a statement I am not doing anything for you! I am going straight to HR!
Fiona: OK
Natalie: Am I going to get paid while I am suspended
Fiona: No it is a suspension without pay pending an investigation
Natalie then got very angry and said "I can't believe after all of my work this is happening to me". She started to take personal pictures down and was throwing the push pins on the counter ( I called security in at that point)
When security walked in Natalie said " I can't believe you , you called security on me" I started to explain that this is protocol and the security officer took over and explained that they do this for all suspensions.
Natalie kept going in drawers trying to take HFML property and Martha told her to stop and leave all of that behind and to take her purse and exit the building and that we would return any person property to her. Natalie kept trying to grab folders and Martha told her again to put them down.
Natalie said "Well this folder has my time sheets in them"
Martha said "put the folder down we have not had time to examine what is in the folder"
Natalie did not put the folders down until security stepped in and told her to put the folder down" Natalie threw the folders back in the drawer.
Natalie then got up and said "I am taking all of my food, I have the receipts to prove that it belongs to me" We gave her two bags to put her food in under the supervision of security.
Natalie then said to me " I am never coming back here" and "I will see you in HR"
Fiona: I said Natalie you are not to have any contact with any HFML employees during your suspension. She did not reply or acknowledge my statement

1

Security then escorted her out of the building
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

HFH67

## Hood, Jill

**From:** Wiseheart, Martha
**Sent:** Wednesday, February 26, 2014 9:12 AM
**To:** Hood, Jill; Bork, Fiona
**Subject:** RE: Info needed

My account of the yesterdays event

1230-100pm Natalie was stating that she was not going to be at Clinton on Thursday to do reg's. I said that I was not going to be in either as I am on vacation starting Wed afternoon.
She said that she is being punished. I asked punished how? She said that she is being removed from her site because she knows how much Fiona makes. I told her that I doubt that she is being punished and that moving people from one site to another is something that happens in HFML. She said that she is no longer able to train staff at her site - that it has been taken away.
She rambled on making other statements about how Clinton is her site and the people come to Clinton to see her. That its just not right that she be moved around and its not fair to her patients.
She also made statements to the effect that she trained the only staff who have been here the longest and attributes their longevity to her training. She just continued on, with how unfair it all was to her.

I tried to explain that everyone is moving and that the employees who have been here were also trained by other employees and that they work at like 5 different sites.
She was getting herself worked up. She made a comment to me that she had to close down and go to lunch. Next thing I know, I see an email pop up on my computer stating that she was closing the site down and putting up a sign. I did not give her any permission to do this, nor did she ask me for permission.
Please be advised that given the recent events surrounding her stating no lunches, I was not aware if any arrangements that she made with Fiona regarding lunches. I do know that Fiona was going to be speaking to her and making arrangements at some point in time for her to start taking lunches.
I did see her leave with her coat and took her keys. approx 112 pm I am extremely busy with conf calls and Epic most of the day so I dont pay
much attention to what she is doing.
- I find it a little amusing that Natalie interrupts me almost on a daily basis while I m on conf calls and doing other items - but did not do anything other than send me an email

I have no recollection that anyone has ever been able to leave a site without prior permission from Fiona. Even if staff ask me, I end up calling Fiona for approval as she is the manager who over sees the staff and the sites.

At one time sales distributed signs to staff to put up in the event that a site has to close in case of an emergency. These signs were to be posted at the direction of the HFML management.

Martha Wiseheart MT(ASCP)
Henry Ford Medical Laboratories Operations Manager

Phone  313 732-7436
Fax 586 228 27461

---

From: Hood, Jill
Sent: Wednesday, February 26, 2014 7:21 AM
To: Bork, Fiona; Wiseheart, Martha
Cc: Hood, Jill

HFH 535

1

Subject: Info needed

Hi ladies, I received Natalie's statement last night regarding leaving the facility for lunch. In her statement she mentioned that she has been allowed to take emergency brakes in the past and simply post a sign on the door stating that the office would be close for lunch. Is this correct? Has she been allowed to do this in the past without prior authorization? In her statement she mentioned that she has a sign that has been given to her to post on the door for when issues arise and she needs to close the facility for a designated period of time. Is this correct? If not what is the normal protocol and or policy around the usage of the sign?

Martha, Natalie mentioned that before she left the facility yesterday she had spoken with you and you had witnessed her Putting on her jacket and her boots to leave the facility. Is this correct? Did she ever ask you if she could close the facility and leave? Did she ask you to cover her for her lunch? Was anything at all said in regards to her taking a break? Please provide me with any information you have on the events from yesterday.
Thank you
Sent from my iPhone

HFH 536

HFH65

## Hood, Jill

**To:** Anger, Maria
**Cc:** Bork, Fiona
**Subject:** RE: HFML Clinton Twp PSC

**From:** Anger, Maria
**Sent:** Wednesday, March 05, 2014 11:00 AM
**To:** Hood, Jill
**Cc:** Bork, Fiona; Anger, Maria
**Subject:** HFML Clinton Twp PSC

I have never come into the CT PSC to find a note on the door that stated the site was closed. The door is always open and unlocked with no indication otherwise. I have never given permission to any employee, including Natalie Reeser, to utilize non-approved HFML signage. Had I ever witnessed this type of signage I would have called my manager, Fiona Bork.

Maria Anger
Laboratory Sales Specialist
Pathology & Laboratory Medicine
Henry Ford Medical Laboratories
cell: (248)372-1324
fax: (313)916-9113

1

# Hood, Jill

**From:** Hajjar, Luain
**Sent:** Wednesday, March 05, 2014 11:04 AM
**To:** Hood, Jill
**Subject:** Permission to close site

I have never given Natalie Reeser permission to close any site, including CTPSC, to take a break or lunch.
I have never seen a sign posted on the door indicating the Patient Service Center is closed and someone will be back. If I were ever asked to close a site, I would tell the person asking to get approval from their manager, Fiona Bork.

Thanks,

Luain Hajjar
Laboratory Sales Specialist
Henry Ford Medical Laboratories
Lhajjar2@hfhs.org
p 248.497.7496
f 313.916.9113

HFH 546