UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

                     Plaintiff(s),

v.                                           Case No. 2:14−cv−11916−GCS−MJH
                                                       Hon. George Caram Steeh

Henry Ford Hospital,

                     Defendant(s),

**NOTICE OF MOTION HEARING**

    You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 236.  The following motion(s) are scheduled for hearing:

    Motion for Summary Judgment − #43

- RESPONSE DUE:  June 10, 2015
- REPLY DUE:  June 29, 2015
- MOTION HEARING:  July 28, 2015 at 01:30 PM

    **ADDITIONAL INFORMATION:**   Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/M. Beauchemin
                                                                    Case Manager

Dated:  May 28, 2015