UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

    Plaintiff,

v

**HENRY FORD HOSPITAL**,

    Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Detroit, MI  48226-0840 | Novi, MI  48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |

## PLAINTIFF'S MOTION TO AMEND HER COMPLAINT
## INDEX OF EXHIBITS

EXHIBIT A:    Proposed Amended Complaint and Demand for Jury Trial

EXHIBIT B:    Michigan Department of Licensing and Regulatory Affairs Filing Endorsement

EXHIBIT C:    Henry Ford Hospital Minimally Invasive Brain Surgery

EXHIBIT D:    Henry Ford Hospital Natalie Reeser Missed Pay Period Chronology Claim #177607 March 20, 2014

EXHIBIT E:    Proof of Service: Summons and Complaint and Demand for Jury Trial and Return of Service (May 16, 2014)

EXHIBIT F:    Triangle Distribution, Inc., vs. Shafer, Inc.

EXHIBIT G:    Juli Garretson, vs. City of Madison Heights