# EXHIBIT D



HENRY FORD HOSPITAL

## Natalie Reeser Missed Pay Period Chronology
## Claim # 177607
## March 20, 2014

On January 20, 2014, Ms. Natalie Reeser placed Henry Ford Hospital Human Resources on notice that she was normally the sole employee assigned to service customers/patients at our Clinton Township Clinic. Ms. Reeser informed me that her normal schedule Monday – Thursday was a 9.5 hour shift to allow for the 30 minute unpaid lunch break and therefore paid for 9 hours per day. Ms. Reeser stated that she was required to service customer/patients at any time during her shift and thus was not allotted the 30 minute lunch break.

The departmental leadership was contacted at which point it was learned that the 30 minute lunch period was indeed not being paid as that there were numerous days when Ms. Reeser had very few customers/patients to service. The departmental leadership was informed that despite the "idle time", Ms. Reeser was required to be at her workplace for the entire shift to service any customers/patients that arrived and was being "engaged to wait", thus, entitling her to payment for these periods.

At this point, a review commenced to determine the amount owed to Ms. Reeser. The following information was gathered for a time period of 2 years back from the day in which Ms. Reeser placed Henry Ford Hospital on notice:
- Time cards submitted by Ms. Reeser
- Payroll records from Feb 20, 2012 to the March 4, 2014 (end date of investigation):
  - To identify the number of hours worked each day to determine which days were eligible for the paid 30 minute period (8 hours or greater of work time)
  - To identify the number of hours worked each week so overtime could be properly assessed
- Compensation reports from Feb 20, 2012 to March 4, 2014 (end date of investigation):
  - To ensure the correct hourly rate was assessed for each time period, as a merit increase occurred during this 2 year look-back.
- Schedules from Feb 20, 2012 to March 4, 2014 (end date of investigation):
  - To identify which dates there was more than 1 person assigned to work at the site (as Ms. Reeser informed me that when there were 2 people assigned, she was allotted the 30 minute lunch period)

Summary of findings:
It was determined that Ms. Reeser was owed a total of 376 missed lunch breaks (at 30 minutes each). Attached you will find the "Pay Adjustment details" (Attachments #1 – #4) which breaks down the total amount owed to Ms. Reeser including the number of days paid at the regular/overtime rate and the pay rate used for these calculations. Also attached is the compensation history (attachments #9 and #10) showing Ms. Reeser's rates of pay including the

HFH197

effective dates of said rates.

The review was finalized on March 4, 2014 and Ms. Reeser was contacted regarding the pending payment. (See attachment #5). The check was issued on March 4, 2014 and was direct deposited into Ms. Reeser's bank account on March 7, 2014. (Please see attachment #6 - #8).

This net payment of $2469.67 (gross amount of $3572.52) made Ms. Reeser whole for all unpaid lunch payments. Copies of the documents reviewed for this 2+ year period (time cards, payroll, compensation records and schedules) can certainly be provided if required. Attached is also a copy of the Henry Ford Health System Break Period Policy. (See attachment #9)

If you have any questions or concerns about the above/attached information or if you would like additional information please contact me at the below number.

Respectfully submitted,

*Jill E. Hood*

Jill E. Hood, PHR, MSCJ
Senior Business Partner
Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742

HFH198