# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NATALIE REESER,

        Plaintiff,

v.

HENRY FORD HOSPITAL,

        Defendant.

Case No.: 2:14-cv-11916-GCS-MJH

*Hon. George Caram Steeh*

---

**MILLER COHEN, P.L.C.**
Keith D. Flynn (P74192)
*Attorney for Plaintiff*
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226-0840
(313) 964-4454 Phone
(313) 964-4490 Fax
kflynn@millercohen.com

---

*MILLER COHEN, P.L.C.*
*ATTORNEYS AND COUNSELORS AT LAW*
*600 WEST LAFAYETTE BLVD.*
*DETROIT, MICHIGAN 48226-0840*
*(313) 964-4454*

## PROOF OF SERVICE

    DIANE BOXIE, an employee of MILLER COHEN, P.L.C., says that on *May 16, 2014*, she caused to be served SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL and RETURN OF SERVICE, along with this *Proof of Service*, upon:

Ms. Edie Eisenman
Henry Ford Hospital
Risk and Insurance Services
1 Ford Place, Suite 4B
2799 W. Grand Blvd.
Detroit MI, 48202

Mr. Terrance J. Miglio
Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

via *courier service, Independent Express* and *U.S. Registered Mail* to Ms. Edie Eisenman and via *U..S. First Class Mail* to Mr. Terrance J. Miglio by enclosing same in a sealed envelope with postage fully prepaid, and by depositing same in a United States Postal Receptacle in Detroit, Michigan.

_DIANE BOXIE_

Subscribed and sworn to before me on
this 16th day of May 2014

Michelle Coil, Notary Public
St. Clair County, acting in Wayne County, MI
My Commission Expires: **10/21/2015**

MILLER COHEN, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
DETROIT, MICHIGAN 48226-0840
(313) 964-4454

2:14-cv-11916-GCS-MJH   Doc # 2   Filed 05/14/14   Pg 2 of 2   Pg ID 27

AO 440 (Rev. 12/09) Summons in a Civil Action

---

## Summons and Complaint Return of Service

Case No. 2:14–cv–11916–GCS–MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Henry Ford Hospital

Date of Service:     05/16/14

### Method of Service

✓ Personally served at this address: 1 Ford Place, Suite 4B

___ Left copies at defendant's usual place of abode with (name of person): Ms Edie Eisenman

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     Sierra Branch

Signature of Server:

Date:     05/16/14

Server's Address:     24350 Rensselaer Street
OAK PARK, MI 48237

2:14-cv-11916-GCS-MJH   Doc # 2   Filed 05/14/14   Pg 1 of 2   Pg ID 26

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

Natalie Reeser,

<em>Plaintiff,</em>

v.

Henry Ford Hospital,

<em>Defendant.</em>

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

## SUMMONS IN A CIVIL ACTION

To: Henry Ford Hospital

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Keith D. Flynn
> 600 W. Lafayette Blvd.
> 4th Floor
> Detroit, MI
> 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ K Krawczyk _____
*Signature of Clerk or Deputy Clerk*



Date of Issuance: May 14, 2014

**Diane Boxie**

| | |
|---|---|
| **From:** | cmecfadmin@mied.uscourts.gov |
| **Sent:** | Monday, May 19, 2014 12:34 PM |
| **To:** | do_not_reply@mied.uscourts.gov |
| **Subject:** | Certificate of Service/Summons Returned Executed in 2:14-cv-11916-GCS-MJH Reeser v. Henry Ford Hospital |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of Michigan**

**Notice of Electronic Filing**

The following transaction was entered by Flynn, Keith on 5/19/2014 at 12:33 PM EDT and filed on 5/19/2014

| | |
|---|---|
| **Case Name:** | Reeser v. Henry Ford Hospital |
| **Case Number:** | 2:14-cv-11916-GCS-MJH |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CERTIFICATE of Service/Summons Returned Executed. Henry Ford Hospital served on 5/16/2014, answer due 6/6/2014. (Flynn, Keith)**

**2:14-cv-11916-GCS-MJH Notice has been electronically mailed to:**

Keith D. Flynn    kflynn@millercohen.com, dboxie@millercohen.com, kgolba@millercohen.com, suedolesh@millercohen.com

**2:14-cv-11916-GCS-MJH Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/19/2014] [FileNumber=6230747-0

1

] [62bbd725f04c4c9b09cad19f2a4d90f35ab7f273c901aa87dd2546d6c04501a04f8
c95f69ae8bf42995c7eabc18cc9ee6739c01d4001760ec16e58c7a013a5b7]]