UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Detroit, MI 48226-0840 | Novi, MI 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |

INDEX OF EXHIBITS

PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Exhibit A:    Welcome Letter from Henry Ford Health System dated 8/8/11

Exhibit B:    Henry Ford Health System's Job Description Non-Supervisory Jobs for Laboratory Service Representative Outreach

Exhibit C:    Email, Subject: *Re: Pt: Edward Harris* dated 6/5/13

Exhibit D:    2011 Employee Performance Plan & Review for Natalie Kristen Reeser

Exhibit E:    2012 Employee Performance Plan & Review for Natalie Kristen Reeser

| | |
|---|---|
| Exhibit F: | Initial Venipuncture Competency Checklist |
| Exhibit G: | Email, Subject: *Time Out Now at CTPSC is 5:50 PM Thank You* dated 11/21/12 |
| Exhibit H: | Email, Subject: *Dr. Hamzavl* dated 7/1/11 |
| Exhibit I: | Title: PER-HFL-2.56-pol: HFML Employees Policies and Guidelines |
| Exhibit J: | HFH Natalie Reeser Missed Pay Period Chronology; Claim #177607; March 20, 2014 |
| Exhibit K: | Email, Subject: *Requesting a Meeting* dated 1/17/14 |
| Exhibit L: | Email, Subject: *Natalie Reeser* dated 1/17/14 |
| Exhibit M: | Natalie K. Reeser letter to Jill Hood dated 1/20/14 |
| Exhibit N: | Email, Subject: *Time Card* dated 1/27/14 |
| Exhibit O: | Email, Subject: *No Lunches for Last Pay Period* dated 1/27/14 |
| Exhibit P: | Email, Subject: *Lunches* dated 1/27/14  11:21 am |
| Exhibit Q: | Email, Subject: *Lunches* dated 1/27/14  11:25 am |
| Exhibit R: | Email, Subject: *Back Payment for Missed Lunches* dated 2/7/14 10:21 am |
| Exhibit S: | Email, Subject: *Back Payment for Missed Lunches* dated 2/7/14 3:32 pm |
| Exhibit T: | Email, Subject: *?* dated 2/18/14  5:46 pm |
| Exhibit U: | Email, Subject: *?* dated 2/18/14  5:23 pm |
| Exhibit V: | Email, Subject: *I Have Waited Almost a Whole Month* dated 2/18/14 |
| Exhibit W: | Email, Subject: *?* dated 2/18/14  4:17 pm |
| Exhibit X: | Email, Subject: *Natalie and Deserie* dated 2/23/14 |
| Exhibit Y: | Email, Subject: *Back Payment for Missed Lunches* dated 2/24/14 |

| | |
|---|---|
| Exhibit Z: | Email, Subject: *I Am Waiting on Hearing Back from You ?* dated 3/5/14 |
| Exhibit AA: | Email, Subject: *HFC* dated 3/5/14 |
| Exhibit BB: | Email, Subject: *Schedule for the Week of 3-3-14* dated 3/5/14 |
| Exhibit CC: | Title: PER-HFL-2.56-pol: HFML Lab Assistant Policies and Guidelines |
| Exhibit DD: | Payroll Instructions May 2012 |
| Exhibit EE: | Email, Subject: *Time Sheets* dated 9/11/12 |
| Exhibit FF: | Text Message from Bork to Reeser dated 1/26/14 |
| Exhibit GG: | Email, Subject: *Lunch* dated 2/24/14 |
| Exhibit HH: | Door Sign |
| Exhibit II: | Folder that held Door Sign |
| Exhibit JJ: | Email, Subject: *Info Needed* dated 2/26/14 |
| Exhibit KK: | Email, Subject: *Lunch Today* dated 3/5/14 |
| Exhibit LL: | Email, Subject: *Natalie Reeser: Response to Suspension, and Request for Reinstatement of Position* dated 2/25/14 |
| Exhibit MM: | Email, Subject: *Lunch today* dated 2/25/14 |
| Exhibit NN: | Email, Subject: *Natalie Suspension* 2/26/14 |
| Exhibit OO: | Email, Subject: *Update* dated 3/4/14 |
| Exhibit PP: | Jill Hood Letter to Natalie Reeser Re: *Investigation Summary from January 20, 2014 Conversation* dated 3/5/14 |
| Exhibit QQ: | Email, Subject: *"Meal period" Salary Adjustments* dated 3/4/14 |
| Exhibit RR: | Email, Subject: *Lunches* dated 2/28/14 |
| Exhibit SS: | List of Documents and Receipt for Personnel File |
| Exhibit TT: | Corrective Action dated 5/2/12 (*FILED UNDER SEAL*) |

Exhibit UU:      Corrective Action dated 7/13/13 (*FILED UNDER SEAL*)

Exhibit VV:      Corrective Action dated 5/3/11 (*FILED UNDER SEAL*)

Exhibit WW:      Corrective Action dated 12/22/10 (*FILED UNDER SEAL*)

Exhibit XX:      Attendance Policy No: 5.02

Exhibit YY:      *Morris v. Aon Service Corp.*, No. 10–14620, 2011 WL 5864757, at *1 (E.D. Mich. Nov. 22, 2011)

Exhibit ZZ:      Plaintiff's Motion to Amend Her Complaint

Exhibit AAA:     *Peake v. Martinrea Fabco Hot Stamping, Inc.*, No. 09-10348; 2011 WL 1157864, at *5 (E.D. Mich 2011)

Exhibit BBB:     *Markos v. Mt. Brighton, Inc.*, No. 08-CV-12588; 2009 WL 2591372 (E.D. Mich. 2009)

Exhibit CCC:     *Light v. MAPCO Petroleum, Inc.*, No. 3:04-0460, 2005 WL 1868766, at *12 (M.D. Tenn. Aug. 4, 2005)

Exhibit DDD:     *Turpin v. Cable Tel Servs., Inc.*, 3:09-CV-147, 2010 WL 670080, at *3 (E.D. Tenn. Feb. 22, 2010)

Exhibit EEE:     Posting re: Office Closing for Lunch

Exhibit FFF:     System-Wide Break Periods HR Policy No. 5.05

Exhibit GGG:     Attendance Policy No: 5.02

Exhibit HHH:     Email, Subject: *Natalie Reeser* dated 2/28/14  5:06 pm

4