# EXHIBIT C

📧 Email

From: **Bork, Fiona**
To: **Reeser, Natalie**
Subject: Re: Pt: Edward Harris

Sent: 6/5/2013 10:51:07 AM



Thanks!

---

**From:** Reeser, Natalie
**Sent:** Wednesday, June 05, 2013 10:48 AM
**To:** Bork, Fiona
**Subject:** RE: Pt: Edward Harris

Ok Fiona , No problem. : )

# Natalie K. Reeser
**Pathology & Laboratory Medicine
248-721-7099 Cell & 586-228-2774 Office
Henry Ford Medical Laboratories
Out Reach Lab Service**
nreeser1@hfhs.org

[baldrigejpg]

---

**From:** Bork, Fiona
**Sent:** Wednesday, June 05, 2013 10:46 AM
**To:** Reeser, Natalie; Wiseheart, Martha
**Subject:** Re: Pt: Edward Harris

Thank you Natalie
I am sorry you had to deal with that. Please do not tell anyone you are working alone. If asked say no my manager is in the her office down the hallway

---

**From:** Reeser, Natalie
**Sent:** Wednesday, June 05, 2013 10:37 AM
**To:** Wiseheart, Martha; Bork, Fiona
**Subject:** Pt: Edward Harris

@ 10:14 today I had a patient from Dr Thackers office, come in and was talking to me in an explicit manner, Two of the examples are ( he asked if I was the only one working) I answered yes... he then proceeded to go into how "he had a friend that worked in an office just like this and that at lunch , he would bring her lunch and do her in the back" another example is when he was leaving he sais to me " May be next time when I come back I'll bring you lunch and while you eat i'll eat.

I went and spoke to dr thacker , who then spoke to the customer, who then came back and said he was sorry. I am writing this for documentation purposes per Martha wiseheart's request.