# EXHIBIT D

# 2011 Employee Performance Plan & Review for Natalie Kristen Reeser

| Employee Performance Plan & Review Information | |
|---|---|
| Last Name: | Reeser |
| First Name: | Natalie |
| Title: | Lab Assistant |
| Department: | Laboratory Outreach |
| Location: | REMOTE |

You will use this form three times throughout the year:

**Goal Setting:** At the beginning of the calendar year set performance goals, review competencies and create individual development plan.

**Mid-Year Review:** You and your supervisor will update the status of each performance goal and provide comments about your progress and performance on each goal and competency to date.

**Annual Review:** You will conduct a self-evaluation and provide comments for each of your goals and competencies. Your supervisor will rate you on each performance goal and competency and provide comments which will be used to calculate your overall performance score for the review cycle.

You and your supervisor can also refer back to this document at other times as a guide to continued performance and development.

Originator: HFHS Performance Management
Review Period: 01/01/2011 - 12/31/2011
Due Date: 01/15/2012

**Team Member Standards of Excellence**

Review the competencies and use the comment section as needed to write any specific goal expectation or action item.

**Display a Positive Attitude**
Consistently Meets These Expectations by: •Displaying a positive (cheerful, helpful) attitude in their actions resulting in creating a positive lasting impression. •Being sincere, courteous and friendly in interacting with patients, customers, co-workers, and physicians. •Practicing department etiquette standards and not engaging in negative/unconstructive situations or conversations. •Remaining balanced and controlled in difficult situations. •Responding well to changing circumstances/situations/processes. •Being approachable to co-workers and providing support as needed. Behaviors for Ratings 5, 4, 2, 1

| Rating by Fiona Catherine Bork: | Rating by Natalie Kristen Reeser: |
|---|---|
| Supervisor: 4.0 - Exceeds Expectations | Employee: unrated |
| Supervisor Comments:<br>Natalie is doing a fantastic job and is always treating the patients with TLC leaving a lasting impression with all who come in contact with her | Employee Comments:<br>5 - I am always in a good mood and willing to help ! I greet and thank all Customers, I always have a smile on my face and will go out of my way for anyone !! |

**Take Ownership and Be Accountable**
Consistently Meets These Expectations by: •Assuming responsibility for their performance and individual development goals (e.g., HFHS University classes, etc.) by completing on the due date. •Taking full responsibility for their work and accepts accountability for their decisions and learns from their mistakes. •Owning an issue until it is resolved including appropriate follow-up in a timely manner. •Whenever service failures occur with patients/customers/co-workers/physicians uses the HEART Service Recovery Model to remediate the issue (H=Hear the concern; E=Empathize with the customer; A=Apologize; R=Respond that will be addressed in a timely manner; T=Thank the person). •Maintaining focus on priorities and completing projects in a timely manner. Behaviors for Ratings 5, 4, 2, 1

| Rating by Fiona Catherine Bork: | Rating by Natalie Kristen Reeser: |
|---|---|
| Supervisor: 4.0 - Exceeds Expectations | Employee: unrated |
| Supervisor Comments:<br>Natalie is honest and forthright accepts responsibility for errors and looks for way to improve our current porcess's | Employee Comments:<br>4 - I always tell the truth I always accept full responsibilty for all of my own actions at all times and I stay in communication with managers at all times. |

**Offer Open and Constructive Communications**
Consistently Meets These Expectations by: •Demonstrating "Be Here Now", practicing open and honest communication and responding as a participant and supporter. •Anticipating and responding appropriately to customer communication needs. •Listening and communicating clearly, concisely, and respectfully to patients, customers, co-workers, and physicians. •Demonstrating constructive verbal, non-verbal, and written communication skills that enhance the work environment. •Receiving and valuing constructive feedback. •Sharing ideas, opinions, and feedback with leadership and co-workers appropriately (i.e., right time and right place). •Expressing reactions and opinions without intimidating others 'assuming innocence'. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 4.0 - Exceeds Expectations

Supervisor Comments:
Natalie has done a great job acclimating herself to HFML and to our customer base and goes out of her way to be helpful to her coworkers and customers

Rating by Natalie Kristen Reeser:
Employee: unrated

Employee Comments:
4- I take all corrections and use them to make my work better.

Respond in a Timely Manner
Consistently Meets These Expectations by: •Responding courteously to patients, customers, co-workers, and physicians' needs and questions, and by providing information according to the department standards. •Informing patients, customers, co-workers, and physicians' of service timeline and changes that may impact delivery of service. •Being flexible with their time and demonstrating a willingness to be responsive, by making themselves fully available to patients, customers, co-workers, and physicians. Following through on all inquiries, requests and complaints. •Handling multiple demands and competing priorities; making efficient use of their time. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie foes not gte involved in gossip and looks for ways to maintain a positive work environment

Rating by Natalie Kristen Reeser:
Employee: unrated

Employee Comments:
5- I never.have a bad word to say about anyone, I am always use my time wisely, I follow through on everything I do, and if a manager asks I am willing at anytime for any reason to go to any site to help out !

Take Pride in the System
Consistently Meets These Expectations by: •Adhering to established dress codes and takes accountability for their appearance. •Behaving like an owner of HFHS by taking accountability for its overall physical appearance. •Ensuring professionalism in their actions, and communications. •Taking pride in the work and fully accepting the responsibilities of the job. •Serving as an ambassador of Henry Ford Health System/BU, by living the values and taking pride in representing the System/BU through a positive manner; including being able to describe/demonstrate the System Standards of Excellence, Pillars, Vision and Mission with the community, including referring family and friends. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natlaie always presents herself in a professional manner

Rating by Natalie Kristen Reeser:
Employee: unrated

Employee Comments:
4- I always wear clean scrubs, make up and try to represent hf very well

Respect and Be Sensitive to Privacy/Confidentiality
Consistently Meets These Expectations by: •Respecting the need for privacy in all instances (e.g., hallways, elevators, etc.) and is sensitive to employee/patient privacy. •Maintaining confidentiality of all proprietary business and protected health information. • Maintaining and safeguarding the confidentiality of all HFHS files in accordance with HIPAA rules. •Completing and adhering to all mandatory HIPAA Privacy and Security training. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie adheres to all confidentiality policies

Rating by Natalie Kristen Reeser:
Employee: unrated

Employee Comments:
5- I can keep secrets always, I over hear alot here at clinton twp and I will take it to my grave.

Commit to Team Members
Consistently Meets These Expectations by: •Contributing to a team atmosphere by listening to others, valuing opinions, sharing information, knowledge and resources with new and existing team members. •Discouraging the "us versus them" thinking. •Taking initiative and offers help to other team members as needed without being asked. •Developing and maintaining effective working relationship with co-workers. •Contributing their share to the teams' work by consistently delivering on their commitments. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie always provides valueable feedback and looks for way to take HFML to the next level

Rating by Natalie Kristen Reeser:
Employee: unrated

Employee Comments:
5- I always listen to my teammates, I buy water and snacks for them just so when they are working my site thety have everything they need. I take pride in my work relationships and will always do my best to help out another teammate at any time for any reason.

Honor and Respect Diversity
Consistently Meets These Expectations by: •Being aware of tone of voice, body language and word choice and how it may be perceived by others. •Displaying sincerity by listening without judgment, and practicing patience and understanding, considering the "whole person". •Supporting an open and inclusive environment by appreciating similarities and differences. •Embracing the diversity of our customers,

patients, and their families and providing their needs.•Respecting the contributions and diversity of all people by being open to new ideas and perspectives. •Being sensitive to any health disparities and practicing healthcare equity. Behaviors for Ratings 5, 4, 2, 1

**Rating by Fiona Catherine Bork:**
Supervisor: 4.0 - Exceeds Expectations

Supervisor Comments:
Natalie has fully embraced the HFML culture and works in a fashion that will set HFML apart from the competitors

**Rating by Natalie Kristen Reeser:**
Employee: unrated

Employee Comments:
4- I treat everyone how I would like my family treated

### Maintain a Clean and Safe Workplace Environment

Consistently Meets These Expectations by: •Actively supporting and maintaining a safe workplace aligned with the established standards to ensure the safety of self, patients, co-workers and visitors. •Demonstrating knowledge of applicable health and safety regulations by complying with HFHS and department safety policies/procedures. •Speaking Up and Speaking Out to prevent any errors and reporting all identified risks, customer service violations or incidents and hazards. •Paying close attention to work environment and being conscientious about keeping it safe, clean, uncluttered and free of hazards. •Completing and/or attending required training and successfully applying and sharing knowledge gained to work environments. •Following safe working practices, obeying rules and regulations in a way that maintains safety, health & prevents injuries and illnesses. Behaviors for Ratings 5, 4, 2, 1

**Rating by Fiona Catherine Bork:**
Supervisor: 4.0 - Exceeds Expectations

Supervisor Comments:
Natalie maintains a clean and very well organized work area

**Rating by Natalie Kristen Reeser:**
Employee: unrated

Employee Comments:
5- I scrub my office from head to toe every friday, and I do what is needed to keep it sparkling through the week

### Foster and Support Innovation

Consistently Meets These Expectations by: •Demonstrating knowledge of unit/department issues and objectives. •Providing innovative and additional ways to support HFHS and its customers •Suggesting new ideas for continuous improvement of the department/business unit. •Being open to and supporting new ideas, changes and new ways of doing things. Behaviors for Ratings 5, 4, 2, 1

**Rating by Fiona Catherine Bork:**
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie is very open to constructive feedback she is always looking for ways to improve communication as well as tools to help her team with patient care

**Rating by Natalie Kristen Reeser:**
Employee: unrated

Employee Comments:
4- I am open to change and can deal with anything one or thing that comes my way.

### Role Specific Assessment

If using this section to assess clinical and/or non clinical job related skills:

1. Click the "Add Competencies" button below to open the competency library.
2. Select the category specific to your role found in the "jump to category section".
3. Check the "select all competencies" box in your category section.
4. Scroll up or down and click the box that says "Add Selected Competencies".

Your selected job related skills/competencies will then appear in your performance review form to be rated during your performance review. This section is not weighted.

#### Role Specific Assessment Overall Comments

Managers Comments:
Natalie you are doing a fantastic job Your attitude and work ethic is beyond reproach. Thank you for setting such a great example for your team mates you have definitely raised the bar. Our patients are so happy with your performance and I have observed how well you have treated them. Thank you for always being so willing to help out when we are in a bind.

Employees Comments:
No comments

### Performance Goal Plan

The Performance Goal Plan is a basic tool used to align an individual's goals with Department, Business Unit, and System goals and helps to manage performance throughout the year. Performance goals align to the System's performance pillars of People, Service, Quality & Safety, Growth, Research & Education, Community and Finance. This helps an individual understand how s/he contributes to System outcomes.

Pillar:: People
Goal : To reduce patient wait times meet the goal of less than 10 minutes
Measurement : daily measurement of wait times at our sites
Weight : 20.0%   Status : On Target   % Complete : 70.0%   Start : 01/01/2011   Due : 12/31/2011
Action Items :

| Action | Resource Requirements | Accountability | Start Date | Finish Date |
|---|---|---|---|---|
| bring any defects to light, to make everything else run smoother | | self | | 08/15/2011 |

Actual Achievement :
Date   Actual Achievement
   about 99 % of my customers wait less than 5 minutes

Rating by Fiona Catherine Bork:  
Supervisor: 3.0 - Meets Expectations  
Managers Comments:  
*No comments*

Rating by Natalie Kristen Reeser:  
Employee: unrated  
Employees Comments:  
*No comments*

Pillar:: Service

Goal : To have less than a 1% error rate

Measurement : measure the number of callbacks and defects reported

Weight : 30.0%   Status : On Target   % Complete : 70.0%   Start : 01/01/2011   Due : 12/31/2011  
Action Items :

| Action | Resource Requirements | Accountability | Start Date | Finish Date |
|---|---|---|---|---|
| re go over everything I input to make sure it is done right the 1st time | | self | | 08/15/2011 |

Actual Achievement :
Date   Actual Achievement
   I think clinton twp has very little errors

Rating by Fiona Catherine Bork:  
Supervisor: 3.0 - Meets Expectations  
Managers Comments:  
*No comments*

Rating by Natalie Kristen Reeser:  
Employee: unrated  
Employees Comments:  
*No comments*

Pillar:: Quality and Safety  
Goal : Become an Atlas expert , orders and results as well as troubleshooting and being able to transfer those skills to our teammates

Measurement : Atlas competency checks

Weight : 30.0%   Status : On Target   % Complete : 70.0%   Start : 01/01/2011   Due : 12/31/2011  
Action Items :

| Action | Resource Requirements | Accountability | Start Date | Finish Date |
|---|---|---|---|---|
| Learning new things everyday thru atlas | | self | 05/16/2011 | 08/15/2011 |

Actual Achievement :
Date   Actual Achievement  
08/01/2011   Trained a new employee atlas

Rating by Fiona Catherine Bork:  
Supervisor: 3.0 - Meets Expectations  
Managers Comments:  
*No comments*

Rating by Natalie Kristen Reeser:  
Employee: unrated  
Employees Comments:  
*No comments*

Pillar:: Growth  
Goal : Learn as much as I can about everything we do, and continue to treat people how I would like to be treated. Help anyone out as often as possible !!

Measurement : see returning customers walk through the door

Weight : 10.0%   Status : On Target   % Complete : 50.0%   Start : 05/16/2011   Due : 12/31/2011  
Action Items :

| Action | Resource Requirements | Accountability | Start Date | Finish Date |
|---|---|---|---|---|
| Completed all classes through Henry Ford University | Self | Self | | |

Actual Achievement :
Date   Actual Achievement
   Finished all online classes assigned from Mgt

Rating by Fiona Catherine Bork:  
Supervisor: 3.0 - Meets Expectations  
Managers Comments:  
*No comments*

Rating by Natalie Kristen Reeser:  
Employee: unrated  
Employees Comments:  
I enjoyed Learning and growing through education and experience

Pillar:: Research and Education

Goal : To successfully complete all 3 classes assigned this year

Measurement : successful cmpletion of classes and applying that knowledge to work performed

Weight : 10.0%   Status : On Target   % Complete : 0.0%   Start : 01/01/2011   Due : 12/31/2011  
Action Items :

| Action | Resource Requirements | Accountability | Start Date | Finish Date |
|---|---|---|---|---|

Actual Achievement :
Date  Actual Achievement

Rating by Fiona Catherine Bork:  
Supervisor: 3.0 - Meets Expectations  
Managers Comments:  
No comments

Rating by Natalie Kristen Reeser:  
Employee: unrated  
Employees Comments:  
No comments

### Individual Development Plan

The Individual Development Plan includes identifying competency areas (i.e. HFHS Leadership competencies, etc.) to develop and then identifying activities (i.e. HFHS University courses, stretch assignments, etc.) to address each of the areas.

Click following link to access HFHS University content: HFHS University

Category:  
Developmental Goal Description : Memorize as meny codes as I can  Measurement :  
Action Items :

| Action | Resource Requirements/Support Needed | Target Date | Actual Achievement |
|---|---|---|---|
| take codes home and learn them | code book | | I have alot of them memorized already !! |

Managers Comments:  
No comments

Employees Comments:  
I enjoy learning new codes to make in putting data faster !

### Mid-Year Review

Manager and employee meet to review employee progress on business and development goals and document the date and results of this discussion in the "Comments" sections provided.

Mid-year Review Meeting Held on: 07/21/2011

### Competency Assessment & Annual Requirements

 Please check this box to indicate that the employee has completed all Business Unit/Department specific annual competencies, if applicable.

 Please check this box to indicate that the employee has completed all Population Served competencies, if applicable.

Annual Mandatory Education (met on HFHS University):

 This employee has successfully completed annual requirements.

Other Training/Certification

Licensure Expiration Date

Health Screen Date

### Overall Performance Summary

Use this section to summarize the employee's overall performance during the review period. As you finalize ratings be on the lookout for these common rating errors.

Overall Performance Rating 3.2 / 5.0

| | Rating | Weights |
|---|---|---|
| Team Member Standards of Excellence | 3.5 / 5.0 | 40.0% |
| Display a Positive Attitude | 4.0 - Exceeds Expectations | |
| Take Ownership and Be Accountable | 4.0 - Exceeds Expectations | |
| Offer Open and Constructive Communications | 4.0 - Exceeds Expectations | |
| Respond in a Timely Manner | 3.0 - Meets Expectations | |
| Take Pride in the System | 3.0 - Meets Expectations | |
| | 3.0 - Meets | |

| | | |
|---|---|---|
| Respect and Be Sensitive to Privacy/Confidentiality | Expectations | |
| Commit to Team Members | 3.0 - Meets Expectations | |
| Honor and Respect Diversity | 4.0 - Exceeds Expectations | |
| Maintain a Clean and Safe Workplace Environment | 4.0 - Exceeds Expectations | |
| Foster and Support Innovation | 3.0 - Meets Expectations | |
| Role Specific Assessment | unrated | 0.0% |
| Performance Goal Plan | 3.0 / 5.0 | 60.0% |
| To reduce patient wait times meet the goal of less than 10 minutes | 3.0 - Meets Expectations | 20.0% |
| To have less than a 1% error rate | 3.0 - Meets Expectations | 30.0% |
| Become an Atlas expert , orders and results as well as troubleshooting and being able to transfer those skills to our teammates | 3.0 - Meets Expectations | 30.0% |
| Learn as much as I can about everything we do, and continue to treat people how I would like to be treated. Help anyone out as often as possible !! | 3.0 - Meets Expectations | 10.0% |
| To successfully complete all 3 classes assigned this year | 3.0 - Meets Expectations | 10.0% |

**Signatures**

Employee signature does not imply agreement or disagreement, only the acknowledgement that the discussion occurred.

Employee: _____ 01/17/2012
          Natalie Kristen Reeser
Manager:  _____ 01/17/2012
          Fiona Catherine Bork

**Objective/Competency Summary**

null

Calculated Overall Competency Rating: 3.5 / 5.0

| | Ratings | Weights |
|---|---|---|
| Team Member Standards of Excellence | 3.5 / 5.0 | 50.0% |
| Display a Positive Attitude | 4.0 - Exceeds Expectations | |
| Take Ownership and Be Accountable | 4.0 - Exceeds Expectations | |
| Offer Open and Constructive Communications | 4.0 - Exceeds Expectations | |
| Respond in a Timely Manner | 3.0 - Meets Expectations | |
| Take Pride in the System | 3.0 - Meets Expectations | |
| Respect and Be Sensitive to Privacy/Confidentiality | 3.0 - Meets Expectations | |
| Commit to Team Members | 3.0 - Meets Expectations | |
| Honor and Respect Diversity | 4.0 - Exceeds Expectations | |
| Maintain a Clean and Safe Workplace Environment | 4.0 - Exceeds Expectations | |
| Foster and Support Innovation | 3.0 - Meets Expectations | |
| Role Specific Assessment | unrated | 0.0% |

Calculated Overall Objective Rating: 3.0 / 5.0

| | Ratings | Weights |
|---|---|---|
| Performance Goal Plan | 3.0 / 5.0 | 100.0% |
| To reduce patient wait times meet the goal of less than 10 minutes | 3.0 - Meets Expectations | 20.0% |
| | 3.0 - Meets | |

| | | |
|---|---|---|
| To have less than a 1% error rate | Expectations | 30.0% |
| Become an Atlas expert , orders and results as well as troubleshooting and being able to transfer those skills to our teammates | 3.0 - Meets Expectations | 30.0% |
| Learn as much as I can about everything we do, and continue to treat people how I would like to be treated. Help anyone out as often as possible !! | 3.0 - Meets Expectations | 10.0% |
| To successfully complete all 3 classes assigned this year | 3.0 - Meets Expectations | 10.0% |