# EXHIBIT E

# 2012 Employee Performance Plan & Review for Natalie Kristen Reeser

**Employee Performance Plan & Review Information**

Last Name: Reeser
First Name: Natalie
Title: Lab Service Rep Outreach
Department: Laboratory Outreach
Location: REMOTE

You will use this form three times throughout the year:

**Goal Setting:** At the beginning of the calendar year set performance goals, review competencies and create individual development plan.

**Mid-Year Review:** You and your supervisor will update the status of each performance goal and provide comments about your progress and performance on each goal and competency to date.

**Annual Review:** You will conduct a self-evaluation and provide comments for each of your goals and competencies. Your supervisor will rate you on each performance goal and competency and provide comments which will be used to calculate your overall performance score for the review cycle.

You and your supervisor can also refer back to this document at other times as a guide to continued performance and development.

Originator: HFHS Performance Management
Review Period: 01/01/2012 - 12/31/2012
Due Date: 01/15/2013

**Team Member Standards of Excellence**

Review the competencies and use the comment section as needed to write any specific goal expectation or action item.

**Display a Positive Attitude**
Consistently Meets These Expectations by: •Displaying a positive (cheerful, helpful) attitude in their actions resulting in creating a positive lasting impression. •Being sincere, courteous and friendly in interacting with patients, customers, co-workers, and physicians. •Practicing department etiquette standards and not engaging in negative/unconstructive situations or conversations. •Remaining balanced and controlled in difficult situations. •Responding well to changing circumstances/situations/processes. •Being approachable to co-workers and providing support as needed. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
I can rely on Natalie to complete assignments and keep commitments. If she says she is going to do something I can be sure she will make it happen. She always makes sure that her work is delivered on time and is well done.

Natalie has an excellent attendance record. She is punctual and can be depended on. When her schedule changes for any reason, she keeps the rest of the team informed.

Natalie, please make sure that you follow all HFML policies - internet usage ( we have discussed this twice this year), as well as making sure that you do not get involved in gossip with coworkers and clients

Rating by Natalie Kristen Reeser:
Employee: 5.0 - Outstanding

Employee Comments:
5 I represent the Baldridge award always and wear it with pride

**Take Ownership and Be Accountable**
Consistently Meets These Expectations by: •Assuming responsibility for their performance and individual development goals (e.g., HFHS University classes, etc.) by completing on the due date. •Taking full responsibility for their work and accepts accountability for their decisions and learns from their mistakes. •Owning an issue until it is resolved including appropriate follow-up in a timely manner. •Whenever service failures occur with patients/customers/co-workers/physicians uses the HEART Service Recovery Model to remediate the issue (H=Hear the concern; E=Empathize with the customer: A=Apologize; R=Respond that will be addressed in a timely manner; T=Thank the person). •Maintaining focus on priorities and completing projects in a timely manner. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 4.0 - Exceeds Expectations

Supervisor Comments:
Natalie deals with problems when they arise, focusing the necessary energy and resources on the situation until it is resolved.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations

Employee Comments:
4

REESER-43

She also identifies new opportunities and takes action to follow up on them.

Natalie will take on new responsibilities when needed. She generally remains flexible about her job duties and will do what is necessary to help the team meet its goals.

Natalie is currently assigned to our lowest patient volume site and has been able to assist leadership with many projects during the significant downtime at her site and has readily accepted any requests

### Offer Open and Constructive Communications

Consistently Meets These Expectations by: •Demonstrating "Be Here Now", practicing open and honest communication and responding as a participant and supporter. •Anticipating and responding appropriately to customer communication needs.•Listening and communicating clearly, concisely, and respectfully to patients, customers, co-workers, and physicians. •Demonstrating constructive verbal, non-verbal, and written communication skills that enhance the work environment. •Receiving and valuing constructive feedback. •Sharing ideas, opinions, and feedback with leadership and co-workers appropriately (i.e., right time and right place).•Expressing reactions and opinions without intimidating others 'assuming innocence'. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:  
Supervisor: 3.0 - Meets Expectations  

Supervisor Comments:  
Natalie communicates very well with others. She does a good job of organizing her thoughts and expressing herself in a clear, understandable way.

Natalie promotes an atmosphere where all team members feel comfortable sharing and discussing their ideas. She takes the lead in offering information and uses her listening skills to encourage her colleagues to be open with her.

Natalie must work on shutting coworkers down when they want to gossip or get information about coworkers

Rating by Natalie Kristen Reeser:  
Employee: 4.0 - Exceeds Expectations  

Employee Comments:  
4

### Respond in a Timely Manner

Consistently Meets These Expectations by: •Responding courteously to patients, customers, co-workers, and physicians' needs and questions, and by providing information according to the department standards.•Informing patients, customers, co-workers, and physicians' of service timeline and changes that may impact delivery of service. •Being flexible with their time and demonstrating a willingness to be responsive, by making themselves fully available to patients, customers, co-workers, and physicians. Following through on all inquiries, requests and complaints.•Handling multiple demands and competing priorities; making efficient use of their time. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:  
Supervisor: 5.0 - Outstanding  

Supervisor Comments:  
Natalie is always available to her customers. She spends time whenever necessary at the customer's location. She is flexible with her time and demonstrates a willingness to be responsive.

Natalie maintains a professional appearance and demeanor when dealing with customers. She is phenomenal with patients that come in to her site and goes the extra mile to ensure that they are comfortable and have an outstanding experience

Rating by Natalie Kristen Reeser:  
Employee: 4.0 - Exceeds Expectations  

Employee Comments:  
4

### Take Pride in the System

Consistently Meets These Expectations by: •Adhering to established dress codes and takes accountability for their appearance. •Behaving like an owner of HFHS by taking accountability for its overall physical appearance. •Ensuring professionalism in their actions, and communications. •Taking pride in the work and fully accepting the responsibilities of the job. •Serving as an ambassador of Henry Ford Health System/BU, by living the values and taking pride in representing the System/BU through a positive manner; including being able to describe/demonstrate the System Standards of Excellence, Pillars, Vision and Mission with the community, including referring family and friends. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:  
Supervisor: 3.0 - Meets Expectations  

Supervisor Comments:  
Natalie takes responsibility for correcting service problems, only bringing in others to help when necessary.

Natalie maintains clear communication with her customers. She keeps deadlines in mind while keeping customers informed of

Rating by Natalie Kristen Reeser:  
Employee: 4.0 - Exceeds Expectations  

Employee Comments:  
4

progress and any changes that may affect them.

Natalie must adhere to all HFML policies-internet use, volume of music played

### Respect and Be Sensitive to Privacy/Confidentiality
Consistently Meets These Expectations by: •Respecting the need for privacy in all instances (e.g., hallways, elevators, etc.) and is sensitive to employee/patient privacy. •Maintaining confidentiality of all proprietary business and protected health information. • Maintaining and safeguarding the confidentiality of all HFHS files in accordance with HIPAA rules. •Completing and adhering to all mandatory HIPAA Privacy and Security training. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie actively protects confidential information. She is always careful to guard against careless release of important information and makes sure that others follow her lead.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations

Employee Comments:
5 always following hippa and understanding the role I play in the day to day activities I might hear.

### Commit to Team Members
Consistently Meets These Expectations by: •Contributing to a team atmosphere by listening to others, valuing opinions, sharing information, knowledge and resources with new and existing team members. •Discouraging the "us versus them" thinking. •Taking initiative and offers help to other team members as needed without being asked. •Developing and maintaining effective working relationship with co-workers. •Contributing their share to the teams' work by consistently delivering on their commitments. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 4.0 - Exceeds Expectations

Supervisor Comments:
Natalie always seeks out feedback about her work on team projects and incorporates it into new tasks. She also gives valuable constructive criticism to others.

Natalie's enthusiasm has helped the group gel as a unit. She goes out of her way to include others in meetings and to get people working together.

Natalie always asks what she can do to help the project leader meet team goals. She is willing to pitch in even if a task is outside her usual work area.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations

Employee Comments:
4

### Honor and Respect Diversity
Consistently Meets These Expectations by: •Being aware of tone of voice, body language and word choice and how it may be perceived by others. •Displaying sincerity by listening without judgment, and practicing patience and understanding, considering the "whole person". •Supporting an open and inclusive environment by appreciating similarities and differences. •Embracing the diversity of our customers, patients, and their families and providing their needs•Respecting the contributions and diversity of all people by being open to new ideas and perspectives. •Being sensitive to any health disparities and practicing healthcare equity. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie has done her part to maintain an open, respectful workplace. She recognizes and values the different backgrounds, perspectives and opinions of all employees. She also encourages others to show the same respect for each other.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations

Employee Comments:
4

### Maintain a Clean and Safe Workplace Environment
Consistently Meets These Expectations by: •Actively supporting and maintaining a safe workplace aligned with the established standards to ensure the safety of self, patients, co-workers and visitors. •Demonstrating knowledge of applicable health and safety regulations by complying with HFHS and department safety policies/procedures. •Speaking Up and Speaking Out to prevent any errors and reporting all identified risks, customer service violations or incidents and hazards. •Paying close attention to work environment and being conscientious about keeping it safe, clean, uncluttered and free of hazards. •Completing and/or attending required training and successfully applying and sharing knowledge gained to work environments. •Following safe working practices, obeying rules and regulations in a way that maintains safety, health & prevents injuries and illnesses. Behaviors for Ratings 5, 4, 2, 1

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie pays close attention to her work environment and is very conscientious about keeping it safe, clean, uncluttered, and free of hazards.

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations

Employee Comments:
4

Natalie is well-versed in the company's safety programs and is very committed to supporting them. She is an excellent role model for others in this respect.

Please keep an eye on the upkeep of the CT PSC

### Foster and Support Innovation

Consistently Meets These Expectations by: •Demonstrating knowledge of unit/department issues and objectives. •Providing innovative and additional ways to support HFHS and its customers •Suggesting new ideas for continuous improvement of the department/business unit. •Being open to and supporting new ideas, changes and new ways of doing things. Behaviors for Ratings 5, 4, 2, 1

**Rating by Fiona Catherine Bork:**
Supervisor: 3.0 - Meets Expectations

Supervisor Comments:
Natalie has made a contribution to positive change. She knows how to communicate the benefits of change to different people and obtain the necessary resources to implement new ideas.

Natalie willingly shares with the team her ideas for potential improvements. She offers helpful input and comes up with innovative suggestions.

**Rating by Natalie Kristen Reeser:**
Employee: 4.0 - Exceeds Expectations

Employee Comments:
4

### Role Specific Assessment

If using this section to assess clinical and/or non clinical job related skills:

1. Click the "Add Competencies" button below to open the competency library.
2. Select the category specific to your role found in the "jump to category section".
3. Check the "select all competencies" box in your category section.
4. Scroll up or down and click the box that says "Add Selected Competencies".

Your selected job related skills/competencies will then appear in your performance review form to be rated during your performance review. This section is not weighted.

#### Role Specific Assessment Overall Comments

Managers Comments:
Natalie Thank you for all of your hard work thus far we really missed you when you were off please continue to represent HFML in such a positive manner. Continue to raise the bar!

Employees Comments:
No comments

### Performance Goal Plan

The Performance Goal Plan is a basic tool used to align an individual's goals with Department, Business Unit, and System goals and helps to manage performance throughout the year. Performance goals align to the System's performance pillars of People, Service, Quality & Safety, Growth, Research & Education, Community and Finance. This helps an individual understand how s/he contributes to System outcomes.

**Pillar:: People**

Goal : Goal: All Henry Ford Health System employees will commit to creating a culture of world-class service excellence for our patients/customers by consistently demonstrating AIDET service principles.

Measurement : 1=AIDET class NOT taken by end of year or taken after 09/30/2012
2= AIDET class taken by 09/30/2012
3=AIDET class taken by 06/30/2012
4=#3 above and evidence of working on implementing principles of AIDET in the laboratory
5=#4 above and evidence of taking the lead on implementation of AIDET principles in the laboratory.

Weight : 30.0%    Status : Complete    % Complete : 100.0%    Start : 01/01/2012    Due : 12/31/2012
Action Items :
Actual Achievement :

**Rating by Fiona Catherine Bork:**
Supervisor: 4.0 - Exceeds Expectations

Managers Comments:
No comments

**Rating by Natalie Kristen Reeser:**
Employee: 5.0 - Outstanding

Employees Comments:
No comments

**Pillar:: People**

Goal : Goal: Employees are expected to attend and participate in meetings and discussions to further employee engagement. 100% participation in the Gallup Employee Engagement survey is

Measurement : 1=employee did not participate in or actively worked against engagement efforts in the department. Less than 20% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
2= 21%-80% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could

REESER-46

encouraged. Employees will discuss engagement with their leaders and co-workers. Employees drive engagement by actively participating and volunteering to lead efforts to that improve customer satisfaction, communication, and teamwork in their work area.

not attend
3=>80% of either attendance at lab meetings, or indication of review of minutes and presentations for those meeting they could not attend
4=#3 above and lead an employee engagement effort in the laboratory
5=#4 above and gave a presentation on employee engagement at a lab meeting.

Weight : 15.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2012   Due : 12/31/2012
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations
Managers Comments:
No comments

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations
Employees Comments:
No comments

Pillar:: People
Goal : Grow Clinton twp to more than 25 customers a day   Measurement : we are hitting an average of 17 a day
Weight : 5.0%   Status : Complete   % Complete : 50.0%   Start : 01/01/2012   Due : 12/31/2012
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations
Managers Comments:
No comments

Rating by Natalie Kristen Reeser:
Employee: unrated
Employees Comments:
No comments

Pillar:: Service

Goal : HCAHPS

Measurement : HCAHPS survey

To improve HCAHPS results of above 50% in 7 of 10 categories

5 = >9 of categories
4 = 8 of 10 categories
3 = 7 of 10 categories
2 = 5 of 10 categories
1 = <5 categories

Weight : 5.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2012   Due : 12/31/2012
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 1.0 - Unsatisfactory
Managers Comments:
we only hit 2 categories ell employees receieved a 1

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations
Employees Comments:
No comments

Pillar:: Service

Goal : Objective: Best-in-class service to our customers among US healthcare organizations
Goal: Achieve "Top Box Likely to Recommend" of 68.2 for Henry Ford Hospital

Measurement : Measurement:
5 = 69.8 or greater
4 = 68.3 - 69.7
3 = 68.2
2 = 67.5 - 68.1
1 = less than 67.4

Weight : 10.0%   Status : Complete   % Complete : 100.0%   Start : 01/01/2012   Due : 12/31/2012
Action Items :
Actual Achievement :

Rating by Fiona Catherine Bork:
Supervisor: 1.0 - Unsatisfactory
Managers Comments:
our score 65.3 we all got a 1

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations
Employees Comments:
No comments

Pillar:: Service

Goal : Goal: All Department of Pathology and Laboratory medicine (PALM) employee's will actively participate in Quality Improvement using lean tools during 2012.

Measurement : 1=No evidence of active participation in quality improvement using Lean.
2=Participate in one process improvements using Lean tools
3=Participation in two or more process improvements using Lean tools.
4=Complete #3, AND initiate a process improvement from start to finish

|  |  |
|---|---|
|  | 5=Complete #4, AND help prepare or present a process improvement to others.<br>Pillar: Research and Education-10% |

**Weight:** 5.0%   **Status:** No Longer Applicable   **% Complete:** 100.0%   **Start:** 01/01/2012   **Due:** 12/31/2012

Action Items:
Actual Achievement:

Rating by Fiona Catherine Bork:
Supervisor: 1.0 - Unsatisfactory
Managers Comments:
*No comments*

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations
Employees Comments:
*No comments*

**Pillar:: Quality and Safety**

Goal: Capturing and reducing all controllable defects-wrong test ordered, submitted in wrong tube, QNS, mislabeled tube, missed test etc

Measurement: 1-send log
2-send log with all appropriate details and submit to client service
3-send log with all appropriate details, submit to client service and potential resolution
4-send log with all appropriate details, potential resolution and traning guide to prevent future errors
5-All controllable errors are eliminated

**Weight:** 10.0%   **Status:** Complete   **% Complete:** 100.0%   **Start:** 01/01/2012   **Due:** 12/31/2012

Action Items:
Actual Achievement:

Rating by Fiona Catherine Bork:
Supervisor: 4.0 - Exceeds Expectations
Managers Comments:
*No comments*

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations
Employees Comments:
*No comments*

**Pillar:: Growth**

Goal: To Become a Lead Phlebotomist, by growing business further at clinton twp psc, Helping out any co workers, on anything for any reason, covering shifts if need be, and going above and beyond doing any extra work management gives me, That would truly be my personal business goal for 2012 !!!

Measurement: The Lead phlebotomist, is a leader, they teach all new employees the right way of doing our job, so learning as much as I can about policy and procedure so I can teach all new employees correctly. Learn how to do the scheduling from luain, so I can take that responsibility on, showing great customer service, leadership skills. Reaching for the next level in my job.

**Weight:** 5.0%   **Status:** Off Target   **% Complete:** 85.0%   **Start:** 01/01/2012   **Due:** 12/31/2012

Action Items:
Actual Achievement:

Rating by Fiona Catherine Bork:
Supervisor: 3.0 - Meets Expectations
Managers Comments:
Natalie, being a leader means following all HFML policies at all times, not gettting involved in gossip, stoping others when they try to involve you and always keeping the HFML business within our group and not sharing that information with clients, keeping our business ours. When coworkers notice or know that you get involved in activity that is not meeting service excellence standards it will be hard for them to look to you as a leader. When you do your work you always want to make sure every t is crossed and i is dotted. Never assume anything always make sure that what you are doing or telling someone to do is 100% accurate. When you speak to the group or to leaders you have to make sure that you speak in a diplomatic professional manner (no exaggeration or drama) state the facts. I am telling you this as a leader so that if you are looking to become a leader one day that you embody the traits and skills necessary to be a great leader. We had an issue with a vacation request this year that I was surprised occurred (booking a trip without an approved vacation) I was diappointed that this occurred because you are not a new employee and the vacation policy has been in place for a long time. This is where the rubber hits the road. You have to be able to to represent HFML in all aspects and I am happy to help you any way that I can

Rating by Natalie Kristen Reeser:
Employee: 4.0 - Exceeds Expectations
Employees Comments:
would love to take on a more leadership role

**Pillar:: Research and Education**

Goal: Goal: Compete HFHS annual mandatory education (AME) on time, and support clinical rotations and orientation of new employees. In addition each employee will be engaged in continuing education

Measurement: 1= annual mandatory education not completed on time.
2= annual mandatory education complete and <4 hours of learning
3= AME complete on time and 4-8 hours contact hours of learning
4= AME complete on time and 8-16 hours contact hours of learning

|  |  |  |  | 5= AME complete on time and >16 hours contact hours of learning |
|---|---|---|---|---|

Weight : 10.0%    Status : Complete    % Complete : 100.0%    Start : 01/01/2012    Due : 12/31/2012

Action Items :

Actual Achievement :

Rating by Fiona Catherine Bork:            Rating by Natalie Kristen Reeser:
Supervisor: 3.0 - Meets Expectations       Employee: 4.0 - Exceeds Expectations

Managers Comments:                         Employees Comments:
*No comments*                              *No comments*

Pillar:: Finance
Goal : Pillar: Finance-10%                                  Measurement : 5=>3% variance from budget
Goal: To help meet Department budget targets by managing labor,    4=1% to 3% variance from budget
supply, and purchased service expenses at budgeted levels or below.  3=+/- 1% variance from budget
Measured at the Department Total Expense and Net Income levels as   2= -1% to -3% variance from budget
adjusted for new initiatives using the latest available report.     1= more than 3% unfavorable to budget

Weight : 10.0%    Status : Complete    % Complete : 100.0%    Start : 01/01/2012    Due : 12/31/2012

Action Items :

Actual Achievement :

Rating by Fiona Catherine Bork:            Rating by Natalie Kristen Reeser:
Supervisor: 4.0 - Exceeds Expectations     Employee: 4.0 - Exceeds Expectations

Managers Comments:                         Employees Comments:
*No comments*                              *No comments*

---

**Individual Development Plan**

The Individual Development Plan includes identifying competency areas (i.e. HFHS Leadership competencies, etc.) to develop and then identifying activities (i.e. HFHS University courses, stretch assignments, etc.) to address each of the areas.

Click following link to access HFHS University content: HFHS University

Category:
Developmental Goal Description : Grow CTPSC to 20 plus customers    Measurement : Just do and be the best I can to bring everyone that
a day                                                                walks through the door, back again
Action Items :

Managers Comments:                         Employees Comments:
*No comments*                              *No comments*

---

**Mid-Year Review**

Manager and employee meet to review employee progress on business and development goals and document the date and results of this discussion in the "Comments" sections provided.

Mid-year Review Meeting Held on: 07/31/2012

---

**Competency Assessment & Annual Requirements**

 Please check this box to indicate that the employee has completed all Business Unit/Department specific annual competencies, if applicable.

 Please check this box to indicate that the employee has completed all Population Served competencies, if applicable.

---

Annual Mandatory Education (met on HFHS University):

 This employee has successfully completed annual requirements.

Other Training/Certification

Licensure Expiration Date

Health Screen Date

Section Comments:
Comments by Natalie Kristen Reeser:
I love my job have the best Boss in the world and am happy and enjoy comming to work everyday !!

---

**Overall Performance Summary**

Use this section to summarize the employee's overall performance during the review period. As you finalize ratings be on the lookout for these common rating errors.

                                                                Overall Performance Rating 3.22 / 5.0

REESER-49

| | Rating | Weights |
|---|---|---|
| Team Member Standards of Excellence | 3.4 / 5.0 | 40.0% |
| Display a Positive Attitude | 3.0 - Meets Expectations | |
| Take Ownership and Be Accountable | 4.0 - Exceeds Expectations | |
| Offer Open and Constructive Communications | 3.0 - Meets Expectations | |
| Respond in a Timely Manner | 5.0 - Outstanding | |
| Take Pride in the System | 3.0 - Meets Expectations | |
| Respect and Be Sensitive to Privacy/Confidentiality | 3.0 - Meets Expectations | |
| Commit to Team Members | 4.0 - Exceeds Expectations | |
| Honor and Respect Diversity | 3.0 - Meets Expectations | |
| Maintain a Clean and Safe Workplace Environment | 3.0 - Meets Expectations | |
| Foster and Support Innovation | 3.0 - Meets Expectations | |
| Role Specific Assessment | unrated | 0.0% |
| Performance Goal Plan | 3.1 / 5.0 | 60.0% |
| Goal: All Henry Ford Health System employees will commit to creating a culture of world-class service excellence for our patients/customers by consistently demonstrating AIDET service principles. | 4.0 - Exceeds Expectations | 30.0% |
| Goal: Employees are expected to attend and participate in meetings and discussions to further employee engagement. 100% participation in the Gallup Employee Engagement survey is encouraged. Employees will discuss engagement with their leaders and co-workers. Employees drive engagement by actively participating and volunteering to lead efforts to that improve customer satisfaction, communication, and teamwork in their work area. | 3.0 - Meets Expectations | 15.0% |
| Grow Clinton twp to more than 25 customers a day | 3.0 - Meets Expectations | 5.0% |
| HCAHPS | 1.0 - Unsatisfactory | 5.0% |
| Objective: Best-in-class service to our customers among US healthcare organizations Goal: Achieve "Top Box Likely to Recommend" of 68.2 for Henry Ford Hospital | 1.0 - Unsatisfactory | 10.0% |
| Goal: All Department of Pathology and Laboratory medicine (PALM) employee's will actively participate in Quality Improvement using lean tools during 2012. | 1.0 - Unsatisfactory | 5.0% |
| Capturing and reducing all controllable defects-wrong test ordered, submitted in wrong tube. QNS, mislabeled tube, missed test etc | 4.0 - Exceeds Expectations | 10.0% |
| To Become a Lead Phlebotomist , by growing business further at clinton two psc. Helping out any co workers, on anything for any reason, covering shifts if need be, and going above and beyond doing any extra work management gives me. That would truly be my personal business goal for 2012 !!! | 3.0 - Meets Expectations | 5.0% |
| Goal: Compete HFHS annual mandatory education (AME) on time, and support clinical rotations and orientation of new employees. In addition each employee will be engaged in continuing education | 3.0 - Meets Expectations | 10.0% |
| Pillar: Finance-10% Goal: To help meet Department budget targets by managing labor, supply, and purchased service expenses at budgeted levels or below. Measured at the Department Total Expense and Net Income levels as adjusted for new initiatives using the latest available report. | 4.0 - Exceeds Expectations | 10.0% |

### Signatures

Employee signature does not imply agreement or disagreement, only the acknowledgement that the discussion occurred.

Employee: _____  01/08/2013
          Natalie Kristen Reeser

Manager: _____  01/08/2013
          Fiona Catherine Bork

### Objective/Competency Summary

null

Calculated Overall Competency Rating: 3.4 / 5.0

| | Ratings | Weights |
|---|---|---|
| Team Member Standards of Excellence | 3.4 / 5.0 | 50.0% |
| Display a Positive Attitude | 3.0 - Meets Expectations | |

| | |
|---|---|
| Take Ownership and Be Accountable | 4.0 - Exceeds Expectations |
| Offer Open and Constructive Communications | 3.0 - Meets Expectations |
| Respond in a Timely Manner | 5.0 - Outstanding |
| Take Pride in the System | 3.0 - Meets Expectations |
| Respect and Be Sensitive to Privacy/Confidentiality | 3.0 - Meets Expectations |
| Commit to Team Members | 4.0 - Exceeds Expectations |
| Honor and Respect Diversity | 3.0 - Meets Expectations |
| Maintain a Clean and Safe Workplace Environment | 3.0 - Meets Expectations |
| Foster and Support Innovation | 3.0 - Meets Expectations |
| Role Specific Assessment | unrated | 0.0% |

Calculated Overall Objective Rating: 3.1 / 5.0

| | Ratings | Weights |
|---|---|---|
| Performance Goal Plan | 3.1 / 5.0 | 100.0% |
| Goal: All Henry Ford Health System employees will commit to creating a culture of world-class service excellence for our patients/customers by consistently demonstrating AIDET service principles. | 4.0 - Exceeds Expectations | 30.0% |
| Goal: Employees are expected to attend and participate in meetings and discussions to further employee engagement. 100% participation in the Gallup Employee Engagement survey is encouraged. Employees will discuss engagement with their leaders and co-workers. Employees drive engagement by actively participating and volunteering to lead efforts to that improve customer satisfaction, communication, and teamwork in their work area. | 3.0 - Meets Expectations | 15.0% |
| Grow Clinton twp to more than 25 customers a day | 3.0 - Meets Expectations | 5.0% |
| HCAHPS | 1.0 - Unsatisfactory | 5.0% |
| Objective: Best-in-class service to our customers among US healthcare organizations Goal: Achieve "Top Box Likely to Recommend" of 68.2 for Henry Ford Hospital | 1.0 - Unsatisfactory | 10.0% |
| Goal: All Department of Pathology and Laboratory medicine (PALM) employee's will actively participate in Quality improvement using lean tools during 2012. | 1.0 - Unsatisfactory | 5.0% |
| Capturing and reducing all controllable defects-wrong test ordered, submitted in wrong tube, QNS, mislabeled tube, missed test etc | 4.0 - Exceeds Expectations | 10.0% |
| To Become a Lead Phlebotomist , by growing business further at clinton twp psc. Helping out any co workers, on anything for any reason, covering shifts if need be, and going above and beyond doing any extra work management gives me. That would truly be my personal business goal for 2012 !!! | 3.0 - Meets Expectations | 5.0% |
| Goal: Compete HFHS annual mandatory education (AME) on time, and support clinical rotations and orientation of new employees. In addition each employee will be engaged in continuing education | 3.0 - Meets Expectations | 10.0% |
| Pillar: Finance-10% Goal: To help meet Department budget targets by managing labor, supply, and purchased service expenses at budgeted levels or below. Measured at the Department Total Expense and Net Income levels as adjusted for new initiatives using the latest available report. | 4.0 - Exceeds Expectations | 10.0% |

REESER-51