# EXHIBIT F

Mar. 5. 2013  8:03AM                                              No. 2291   P. 1

# Henry Ford Medical Center - Cottage

## Confidential
## Patient Health Information Enclosed

Health Information is personal and sensitive information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

| Date: 3-5-13 | # of pages sent (inc. cover sheet): |
|---|---|
| Time: | Fax Number: 813 - 916 - 9113 |
| To: Fiona Bork | Recipient's Phone Number: 313- 640- 2460 |

## Notify Henry Ford Cottage Laboratory immediately with any changes to your fax number.

From:  Henry Ford Cottage Laboratory
159 Kercheval Avenue
Grosse Pointe Farms, MI 48236
313-640-2190

Sender  Sherri /·Lab                    Fax Number: 313- 886-2126

Message:  / · Competency · on Natalie

## Important Warning:
This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and return or destroy the documents received.

HFH 388

Mar. 5. 2013  8:03AM                                                    No. 2291    P. 2

PRC-HFMG-5.52-pol-frm: VENIPUNCTURE COMPETENCY CHECKLIST

Initial Venipuncture Competency Checklist
Version Number 11

### Initial Venipuncture Competency Checklist

NAME: Natalie Reeser

TITLE: Lab - Phlebotomy Team

DATE: 2-25-13

EVALUATOR: Sheri Pedley

| KEY: (1) SAT.  (2) UNSAT.  (3) SAT. W/ REMEDIATION | 1 | 2 | 3 |
|---|---|---|---|
| 1. Make sure lab tags are filled out correctly with: patient's name, MRN, suffix code, test(s) ordered, diagnostic code(s), doctor's name, and the primary doctor's code. . | 1 | 1 | 1 |
| 2. Wash hands thoroughly before applying gloves. Change gloves between patients. Wash hands after removing gloves at the end of the process. | 1 | 1 | 1 |
| 3. Use two identifiers to confirm the patient's identity. (Full name and numeric identifier which can be the patients date of birth) | 1 | 1 | 1 |
| 4. Introduce self to patient, give job classification and explain procedure. | 1 | 1 | 1 |
| 5. Assemble tubes, needle and holder. | 1 | 1 | 1 |
| 6. Apply non-latex, disposable tourniquet. | 1 | 1 | 1 |
| 7. Ask patient to close his/her hand. | 1 | 1 | 1 |
| 8. Select a vein site. | 1 | 1 | 1 |
| 9. Palpate the vein several times with index finger. | 1 | 1 | 1 |
| 10. Select the most suitable veins The median cubital vein and the cephalic vein are used more frequently since they are larger, fuller, and remain fixed. | 1 | 1 | 1 |
| 11. Routine Venipuncture: cleanse the venipuncture site with 70% isopropyl alcohol or alcohol preps using a circular motion. Blood Culture collection: Cleanse venipuncture site using CHG with a back and forth motion. Alcohol test collection: Betadine or CHG recommended for cleansing. | 1 | 1 | 1 |
| 12. Position the patient's arm | 1 | 1 | 1 |
| 13. Perform venipuncture using correct order of draw. | 1 | 1 | 1 |
| 14. Release tourniquet. | 1 | 1 | 1 |
| 15. Lightly place dry gauze or cotton above venipuncture. | 1 | 1 | 1 |
| 16. Remove needle, apply pressure. | 1 | 1 | 1 |
| 17. Check for bleeding, then apply pressure. | 3 | 1 | 1 |
| 18. Discard needle in sharps container. | 1 | 1 | 1 |
| 19. Label specimens with full name, MRN, date, and other required information in the presence of the patient. (or apply preordered bar code label to the correct tube). Also put date, time drawn, and the initials of the blood drawer on lab log. | 1 | 1 | 1 |
| 20. Access the patient's condition, ensuring they are stable, before allowing him or her to leave the laboratory.  Apply a band-aid or pressure bandage. | 1 | 1 | 1 |
| 21. Ask the patient "Is there anything else I can do for you today?" | 1 | 1 | 1 |
| 22. Clean up area per infection control guidelines | 1 | 1 | 1 |
| 23. Disposable tourniquets are used only once;  discard in regular trash. | 1 | 1 | 1 |
| 24. Process specimens as required (centrifuge, aliquot, transport, etc.) | 1 | 1 | 1 |

Updated 4/23/09 SL
Updated 7/30/11 JS

Print date: 05 Mar 2013; Revision Number: 3; Revision Date: 10 Dec 2012

HFH 389