# EXHIBIT G

Quest Software Archive Manager : Print Message                                  Page 1 of 2

📧 Email

From: Bork, Fiona  Sent: 11/21/2012 7:27:51 AM 
To: Reeser, Natalie
Subject: Re: TIME OUT NOW AT CTPSC IS 5:50 PM THANK YOU

You too!

---

**From:** Reeser, Natalie
**Sent:** Wednesday, November 21, 2012 07:25 AM
**To:** Bork, Fiona; Wiseheart, Martha
**Subject:** RE: TIME OUT NOW AT CTPSC IS 5:50 PM THANK YOU

It was no big deal but thank you, I appreciate it !!
You both ROCK as well !!! :)
HAPPY THANKSGIVING !!!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

[📎 baldrige.jpg]

---

**From:** Bork, Fiona
**Sent:** Tuesday, November 20, 2012 8:04 PM
**To:** Wiseheart, Martha; Reeser, Natalie
**Subject:** Re: TIME OUT NOW AT CTPSC IS 5:50 PM THANK YOU

Thank you Natalie! You ROCK!

---

**From:** Wiseheart, Martha
**Sent:** Tuesday, November 20, 2012 05:58 PM
**To:** Reeser, Natalie; Bork, Fiona
**Subject:** Re: TIME OUT NOW AT CTPSC IS 5:50 PM THANK YOU

Thanks natalie for coming back and taking care of the samples brought over by clinton twp lab. Much appreciated and above and beyond the call of duty
Please excuse typos sent via blackberry. Martha Wiseheart

---

**From:** Reeser, Natalie
**Sent:** Tuesday, November 20, 2012 05:47 PM
**To:** Bork, Fiona; Wiseheart, Martha
**Subject:** TIME OUT NOW AT CTPSC IS 5:50 PM THANK YOU

HFH 375

**Natalie K. Reeser**
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

baldrigejpg