# EXHIBIT H

Quest Software Archive Manager : Print Message                                      Page 1 of 1

📧 Email

From: Reeser, Natalie                    Sent: 7/1/2011 7:36:05 AM        
To: Bork, Fiona
Subject: RE: Dr. Hamzavi

Thank you so Much Fiona !! Anytime, I love my job and my customers, and I will always Keep up the good work ! I was so surprised and thankful for my coin, and your letter ! it makes me feel good to know one person can make a difference !! I hope you have an amazing Holiday weekend !! again Thank you so much !!!

Natalie

---

**From:** Bork, Fiona
**Sent:** Thursday, June 30, 2011 1:49 PM
**To:** Reeser, Natalie
**Cc:** Wiseheart, Martha; Waugh, John; Assarian, Gary; Anger, Maria; Hajjar, Luain
**Subject:** Dr. Hamzavi

Natalie
I wanted to thank you for the outstanding service that you provided to the physician from Dr. Hamvazi's office the other day. Luain shared with me that the physician was poked by a needle and wanted to have her blood drawn for testing, was on her way to HFH Clinton Twp and was told the medical center was closed .She then came to our site around closing time. I heard that you stayed late to take care of her. I know that this was a relief to the patient.

The physician was so impressed by the level of service that was provided to her by you that she now is sending all of her patients to us INSTEAD of one of our biggest competitor!!!!!!

This type of behavior differentiates us from all of our competitors and makes a lasting impression on the patient. Your dedication and commitment to HFML is truly appreciated and has not gone unnoticed. It is the "and then some" mentality that will continue to set us apart from our competitors.

Natalie you are a STAR!!! Thank you for leading the way to providing excellent customer service.

Thank you Luain for sharing this experience with me and recognizing Natalie with a token of appreciation. You are awesome!


**Fiona Bork**
**Laboratory Sales Manager**
**Outreach Laboratory Services**
**Henry Ford Medical Laboratory**
Cell: 248-372-1300
Fax: 313-916-9113


https://archivemanager.hfhs.org/PrintMessage.aspx?CheckSums=ff8fb562-a54e-dd15-46a...    1/16/2014

HFH153