# EXHIBIT L

## Hood, Jill

**From:** Bork, Fiona
**Sent:** Friday, January 17, 2014 9:04 AM
**To:** Hood, Jill
**Subject:** FW: Natalie Reeser

**Sensitivity:** Confidential

Jill

Sorry for being so long winded. When I got home last night I felt I needed to give some additional background and share recent events regarding Natalie.

In short Natalie is very immature and has a tendency to take everything personally. Since she takes everything personally she thinks everyone else does too. I think that is why she feels her review is based on my personal feelings. That is why I used concrete examples to support my rating of a two with phlebotomy skills (due to the remediation she went through)

Natalie likes to make her coworkers believe that she know more than she does and has more access than her coworkers.

Natalie works at the slowest site we have. We have given her assignments to help our department to fill her day. The other sites that we have would never be able to help because they are very busy sites. Natalie has looked at getting these assignments as leverage and thinks that it puts her at a higher level than her coworkers. This is not the case. She simply has more time.

When I completed her review I tried to identify areas that require improvement encourage and thank her for her efforts while remaining balanced.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Bork, Fiona
**Sent:** Thursday, January 16, 2014 10:12 PM
**To:** Hood, Jill
**Subject:** Natalie Reeser
**Sensitivity:** Confidential

Jill
Do you happen to know who is meeting with Natalie at 12:30 tomorrow?

Some notes from our call the other day:
Natalie has a tendency to exaggerate and be very dramatic about any situations that arise. For instance on Wednesday when I walked into the site that she was working at she cornered me right away and send that I was sending her to a site that she had never been to before and that she would be working alone. I told her that was not true. I pulled out the schedule and showed Natalie that she is schedule to work at a new site with the employee that has worked there for several years and that she was not working alone. Natalie then stated "that's not what is says on my schedule" so I asked her to pull her schedule out and sure enough it was the same as mine. Natalie said "Oh" I replied "Natalie please

pay closer attention to the schedule, if you had you wouldn't have upset yourself like you are now" This is very typical of Natalie

Natalie is being rotated to another site because we just lost an employee that worked at that site. Several people have already rotated through and there will be several more that do. She was given the option to rotate at a later date if the scheduled date did not work.
Natalie has a tendency to take a "bit" of information and turn it into a "story" she wants people to feel like she is "informed and the first to know" This has caused problems with the team. I had discussed this habit with her on several occasions.

I had a new person that trained with Natalie one day and was so afraid to go back to the site. The new employee shared with me that during Natalie's training she basically made her feel like she would get fired for doing anything wrong. When I spoke to Natalie about it she said "well it's true". I explained that errors do occur however it depends on the severity of the error, how often errors occur, etc. A better way of teaching a new employee about the importance of following procedure it to talk about why those policies are in place and need to be followed and that failure to follow a procedure could result in disciplinary action and leave it at that.

Most recently Natalie refused to sign her annual review and wanted to meet with HR. I told her that would be absolutely fine. When I was at her site the other day I asked to meet with her and she "refused to meet with me" and stated that "she was meeting with HR Friday" and wouldn't speak to me until after that meeting.
Natalie told me that she feels that my assessment of her are based on my personal feelings. I told her that when an employee and manager complete an annual review their assessment must be based on the entire year and should not be biased. The rating should be a true reflection and not what "hoping" for unless it can be supported.
I had found out this year from several employees that Natalie had accessed a tax document of mine that I had closed down on the pc to allow her to take care of a patient. She intentionally opened the document and instead of closing it right away read the entire document and let several of my employees know about it and discussed my income with them.
When I asked her about it she said that it was true. I asked her why she did what she did and she said "well it's your fault you left it there" I told her the only reason I did was so that she could take care of a patient. She felt that she did not do anything wrong. I explained to her what integrity is and told her that what she did was very wrong. She said to me "Well you would have done the same thing" I told her I absolutely would not have. I shared with her that the fax that is used by my employees to send information to me is also used by the VP of operations and the Chair of our department. I told her if I pick up a fax and accidently pick up one that is intended for the Chair or VP I do not read it because it does not belong to me and it is none of my business. I return it to the fax immediately for the proper owner.
Natalie thinks that this event is the reason why I rated her the way I did. I can say without hesitation it has nothing to do with my assessment. As far as I am concerned it was a bad decision on her part. It's over and done with and I have moved on. As a manager I am used to not being treated fairly by my direct reports....I have come to expect and accept that. It does not affect the way I manage them. I know that it is not always easy for people to accept the fact that they made a poor decision or maybe didn't do the best job possible and in return blame me or think I am being unfair simply because they do not want to accept responsibility for their behavior.

Natalie recently got engaged. As soon as I heard about it I congratulated her and talked to her about her wedding plans the proposal etc. All before her annual review . I have tried to keep things very normal between us so that she knows I don't harbor any bad feelings.

I gave Natalie a "2" as it relates to phlebotomy skills because she had to be sent to remediation due to patient complaints. It was discovered during that remediation that Natalie was not applying enough pressure once the venipuncture was done which can result in a bruise.

I received an email from Natalie yesterday asking if she could switch her schedule on Friday with another co-worker because she did not look at her schedule before making an appt with HR . Her appt with HR was made either Monday or Tuesday of this week. The schedule has been out since Jan 3rd. Her failure to manage her schedule has lead to a co-

2

HFH125

worker working 12 hours on Friday which will result in overtime because she did not properly coordinate her schedule. This type of behavior is very typical of Natalie as well (last minute requests for CTO, wanting to leave a site unattended so that she can "run" to take care of something quickly etc.)

Natalie has been caught twice using the internet for personal business. The last time I caught her I could have terminated her however I gave her a second chance.

When her appt flooded and destroyed almost everything she had I gave her several TV's
When her brother was sick I gave her money to support her fund raising activities to help cover her brothers medical expenses.

I have tried to help Natalie any way that I can.

I hope this information helps.
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

3

HFH126