# EXHIBIT N

**FW: Time Card**

Reeser, Natalie
**Sent:** Monday, January 27, 2014 7:28 AM
**To:** Hood, Jill
**Importance:** High

I got this email this morning, about lunches. I went ahead and put no lunch and I get an email stating, I cannot with out approval, I need some direction on this, because this is upsetting. Thank you

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Bork, Fiona
**Sent:** Sunday, January 26, 2014 9:53 PM
**To:** Reeser, Natalie
**Subject:** Time Card

Natalie
Could you let me know what prevented you from taking lunch 8 out of the 10 days on your time card. Our policy has always been to contact me to get approval to not take a lunch. As you know lunches are mandatory.
Please let me know asap. Thank you
Fiona

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113