# EXHIBIT O

### No Lunches for last pay period

Wiseheart, Martha
**Sent:** Monday, January 27, 2014 10:42 AM
**To:** Reeser, Natalie
**Cc:** Bork, Fiona
**Importance:** High

Natalie

Please be advised that I received one time card from you last Thursday that indicated your regular hours worked and nothing documenting No Lunch for any days during that time period.

Friday I received another document that lists No Lunch for all days worked except Monday 1/20 when you were in training.

At this point in time until Fiona can verify with you that all of these days are indeed No Lunch, I will not be paying you for the No Lunch piece.
I will however pay you for the extra time you worked over your regular shift.

If and when it is determined that you are eligible for the No Lunch pay on the days you indicated, I will resubmit a payroll correction sheet.

Thanks

*Martha M. Wiseheart MT (ASCP)*
Henry Ford Medical Laboratories
Operations Manager
office 313 732 7436
fax 586 228 2761