# EXHIBIT P

## LUNCHES

Reeser, Natalie
**Sent:** Monday, January 27, 2014 11:21 AM
**To:** Hood, Jill; Wiseheart, Martha; Bork, Fiona

Ladies,

please be advised that HR has me recording days that I do not get a lunch. It is illegal to have me work through a lunch break and not pay me .. down town is not considered lunch in the eyes of the law. a lunch is a time where you can sign out and take a break. I do not get this, therefore you must pay me for my lunch breaks I do not get. if you have any questions please contact Jill hood in HR.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org