# EXHIBIT Q

> Email

From: Bork, Fiona
To: Waugh, John (JWAUGH1@hfhs.org)
Subject: FW: LUNCHES

Sent: 1/27/2014 11:25:51 AM



This message was sent with High Importance.

John

We have a huge problem here. Jill did not tell me about this conversation with Natalie and "recording lunches" The CT PSC has hours of downtime and allows several opportunities for lunch. We only staff the site with one person due to the patient volume.
Can you call me when you get a moment. Thank you

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Monday, January 27, 2014 11:22 AM
**To:** Hood, Jill; Wiseheart, Martha; Bork, Fiona
**Subject:** LUNCHES

Ladies,

please be advised that HR has me recording days that I do not get a lunch. It is illegal to have me work through a lunch break and not pay me .. down town is not considered lunch in the eyes of the law. a lunch is a time where you can sign out and take a break. I do not get this, therefore you must pay me for my lunch breaks I do not get. if you have any questions please contact Jill hood in HR.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

HFH 0569