# EXHIBIT R

- Bork, Fiona
- RE: Back payment for missed lunches
  February 7, 2014 at 10:21 AM
- Hood, Jill , Woodring, Rebecca
- Waugh, John , Temrowski, Debra

To All

There is a lot of research that has to be done on my end. I started working on this yesterday. I am pulling the schedules from 12-20-2011 forward to see how many people were scheduled at the site (which would allow for lunches for both people working at the site) and also checking to see who covered on the days that Natalie was off. This is a time consuming task that I am willing to do however I may not have it done before I leave tomorrow for vacation. If I can't get it finished I will work on it Friday Feb 14th when I return from my vacation.

Thank you
Fiona


Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

HFH 0575