# EXHIBIT T

Quest Software Archive Manager : Print Message                                    Page 1 of 4

- Email

From: Waugh, John                                 Sent: 2/18/2014 5:46:31 PM
To: Bork, Fiona ; Hood, Jill
Subject: RE: ?



Fiona / Jill,

In my view Natalie is out of line and appears to be empowered in spite of recent counseling. I'm concerned that this behavior could be spilling over into her work with patients or co-workers.

Jill would you please advise Fiona on appropriate action, and/or revisit with Natalie the Team Member Standards of being Positive, Accountable, and Respectful. This is not about coaching, it's about crossing the line.

Lastly, and very separate from the core issues, the notion of Henry Buck shout outs is a very good one, but the 30 minute time off reward will need to be revisited in the Kronos time recording world which we enter 2/23/14.

John

**From:** Bork, Fiona
**Sent:** Tuesday, February 18, 2014 5:24 PM
**To:** Hood, Jill; Waugh, John
**Subject:** FW: ?
**Importance:** High

Jill
This is getting out of hand.

During our team meeting Dec 2012 the team wanted a way to acknowledge outstanding behavior by their co-workers. So we created the "Henry Buck" system. If an employee wants to recognize a fellow co-worker for going above and beyond they simply send me an email with the details and then I determine if a "Henry Buck" should be given. Once an employee accumulates 10 they get a free 30 minutes (lunch or the end of the day) Everyone on the team understands how it works and everyone has been very happy with the process.

I consider several factors before I give a Henry Buck. It can't be "oh so and so was so nice to me, or was really nice to a patient etc.". I look to see if it is extraordinary. Some "henry buck" examples are:
Example#1
Mario,
Thank you for going the extra mile and showing the HFML difference yesterday. Your commitment to providing the highest level of care to our patients is exceptional and I am so proud of you!

To All,
Yesterday I received a call from Mario regarding specimen that were intended to go to ST John that were accidentally put in our box. Mario took it upon himself to call St. John and make them aware of the situation as well as placing the specimens in an area that would be safe and easy for them to find.

The lab supervisor at St. John called me today to let me know that Mario had not only called to have the specimens picked up he also called later in the evening to confirm that St. John had actually picked up the specimens. She was "blown away" (her words) by Mario's customer service.

HFH 0623