# EXHIBIT U

Quest Software Archive Manager : Print Message                                    Page 1 of 3

- Email

| From: | Bork, Fiona | Sent:2/18/2014 5:23:32 PM |
| To: | Hood, Jill ; Waugh, John | |
| Subject: | FW: ? | |



This message was sent with High Importance.

Jill
This is getting out of hand.

During our team meeting Dec 2012 the team wanted a way to acknowledge outstanding behavior by their co-workers. So we created the "Henry Buck" system. If an employee wants to recognize a fellow co-worker for going above and beyond they simply send me an email with the details and then I determine if a "Henry Buck" should be given. Once an employee accumulates 10 they get a free 30 minutes (lunch or the end of the day) Everyone on the team understands how it works and everyone has been very happy with the process.

I consider several factors before I give a Henry Buck. It can't be "oh so and so was so nice to me, or was really nice to a patient etc.". I look to see if it is extraordinary. Some "henry buck" examples are:
Example#1
Mario,
Thank you for going the extra mile and showing the HFML difference yesterday. Your commitment to providing the highest level of care to our patients is exceptional and I am so proud of you!

To All,
Yesterday I received a call from Mario regarding specimen that were intended to go to ST John that were accidentally put in our box. Mario took it upon himself to call St. John and make them aware of the situation as well as placing the specimens in an area that would be safe and easy for them to find.

The lab supervisor at St. John called me today to let me know that Mario had not only called to have the specimens picked up he also called later in the evening to confirm that St. John had actually picked up the specimens. She was "blown away" (her words) by Mario's customer service.

Thank you Mario!!!!

Example#2
Good Morning Fiona,

I just wanted to send an email regarding Denise Goldsmith. I had to share this story with you. She has gone over and beyond here for a patient who is in a wheelchair and can't get out but every couple of days. The Pt (Joanne Murray), came in our lab yesterday, Wednesday, January 16th, 2013. She did all her lab work but was unable to produce enough urine for the 3 ua's she needed. She told Denise she wasn't for sure when she would be able to come back and drop it off for she has nobody to bring her. Denise being the kind soul that she is, she got her phone number and her address and told Joanne she would call her later that evening and see if she was able to go and swing by her place and pick it up for her. I thought that was really nice gesture. And that is what Denise did this morning (Thursday), she picked up her urine and is sending it out for her today. Way to go Denise!!!

Example # 3
A BIG Henry Buck THANK YOU to Alicia, Julisa, Deserie and Deb for helping me out with the unanticipated scheduling changes over the last couple of weeks. I would like to also thank you for ALWAYS taking the time to look ahead and make recommendations regarding the schedule to ensure that we have the appropriate coverage lined up.

HFH 0620

It a HUGE help to have another set of eyes ...... and in this case 4 sets of eyes looking at the schedule!

Thank you for your continued dedication to our team and for ALWAYS being outstanding ambassadors for HFML and HFHS!

Example #4
TaNika
Thank you for thinking out of the box and coming up with a great solution for STAT specimens that A1 needs to pick up and routine specimens that need to be left for our team to pick up either at the site or in the drop box. As you know when A1 takes all of the specimens it results in an unnecessary trip for our couriers. More importantly if A1 takes all of the specimens they do not go through the same QC check when they get to the lab like the specimens that our team picks up. We want to avoid that as much as possible.
The new stickers should prevent A1 from taking our specimens and only taking the STAT specimens. Two Henry Bucks headed your way!

Great Job!!!! Can you please share how you put the stickers together with our team so that they can create the same stickers for their sites.

As you can see by the examples, they are extraordinary. When I get patient comment cards or letters I send an email to the employee thanking them for doing their job and for making sure that the patient experience is outstanding. (This is what we are supposed to do) I do not give Henry Bucks.


Secondly
I do not have to explain to Natalie why I make schedule changes or validate my choice of mentors. I would never question my managers decisions in such an insubordinate way. (Several question marks) with a very in your face tone. Natalie is out of control. There is no way I would ever subject a new employee to that kind of behavior.

I am not going to answer her email unless either of you think that I should. Please advise.
Thank you,
Fiona
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

From: Reeser, Natalie
Sent: Tuesday, February 18, 2014 4:49 PM
To: Bork, Fiona
Cc: Reeser, Natalie; REESERDK@YAHOO.COM
Subject: ?

Fiona, I asked why I am not the one training the new person at my site, can you please answer my question ? this is the second time you have done this, before I always did the training ?? I've trained for two years all of a sudden I'm not good enough to train at my site ?? Then to pour salt in my wounds, u send another Henry buck to Denise who is the only employee who fell asleep on the job tells everyone in our team meeting and that Ciara covered for her, and they both are still here and she just keeps getting awards yet a customer writes a letter on

HFH 0621

Quest Software Archive Manager : Print Message                                          Page 3 of 3

me and blah NOTHING... I am tired of being treated unfairly and will not allow this to keep happing to me !!!! I am serious when I say I want a meeting with you and your BOSS and HR. the truth is going to come out if its me yelling from the roof tops that this unfairness and favoritism has to stop. You just keep ruining my moral, and Im tired of going home feeling so under appreciated. I can't take much more of this and I shouldn't have to.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org


Tue 2/18/2014 3:32 PM (First email from Natalie)
Fiona ,

why am I not the one training the new people at my site ? why would you have Cher train them when I know everything ???

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

HFH 0622