# EXHIBIT W

Quest Software Archive Manager : Print Message     Page 1 of 2

### Email

| | | |
|---|---|---|
| From: | Bork, Fiona | Sent: 2/18/2014 4:17:18 PM |
| To: | Hood, Jill | |
| BCC: | Bork, Fiona | |
| Subject: | RE: ? | |



Ok thank you
I have Natalie set to train at the new site I am moving her to next Thursday and would like to make the change to the new site the following week. So early in the week Mon or Tuesday would be best so that she is prepared for the move.

Natalie's tone in her emails is very confrontational and insubordinate ( multiple question marks ). Can we address this during the meeting?

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Hood, Jill
**Sent:** Tuesday, February 18, 2014 4:12 PM
**To:** Bork, Fiona
**Subject:** RE: ?

Fiona,
We should have the information from Payroll by the end of this week. Let's plan on meeting early next week - I will take a look at our calendars and set up a meeting
Thanks

Jill E Hood, PHR
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

**From:** Bork, Fiona
**Sent:** Tuesday, February 18, 2014 3:49 PM
**To:** Hood, Jill
**Subject:** FW: ?

I am not going to respond to this email. I don't feel that I have to explain to Natalie or any other employee why I have certain people mentor new employees. I certainly could not have a new employee work with Natalie at this point until her demeanor changes. That is ok right?

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

HFH 0585