# EXHIBIT X

: Bork, Fiona
: Natalie and Deserie
: February 23, 2014 at 8:19 PM
: Hood, Jill

Jill

Could we meet with both on Tuesday at HFH Macomb? That would be much easier for me to cover while they are gone. HFH-Macomb is only 5 minutes or less for Natalie and 15 minutes for Deserie going to HFH-main would take 45 min-1 hour.

Let me know so that I can set up coverage. It would be harder to cover on Wednesday (we cover more sites on Wed and Thursday) Thursday Natalie is training at the new site that she will transition to I would like to move her next Monday.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

HFH 0600