# EXHIBIT Y

Quest Software Archive Manager : Print Message                                    Page 1 of 4

.. Email

From:        Bork, Fiona                          Sent: 2/24/2014 9:52:36 AM
To:          Hood, Jill
CC:          Waugh, John
BCC:         Bork, Fiona
Subject:     RE: Back payment for missed lunches

Ok good. I was under the impression we were waiting for this information before we could meet with Natalie.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113


**From:** Hood, Jill
**Sent:** Monday, February 24, 2014 9:51 AM
**To:** Bork, Fiona
**Cc:** Waugh, John
**Subject:** RE: Back payment for missed lunches

Fiona,
This will not prevent us from moving forward. I have already explained to Natalie that the Payroll department
has her information and that the "lunch corrections" will be forthcoming. We can still proceed, as discussed,
with Natalie.

I understand that the process is not as quick, however, it is not as simple as taking a look at the "hours owing"
and cutting a check based on that. They need to look at each pay period (in that 2 year period) to determine
when OT occurs based on hours worked. This includes ruling out all CTO hours (on a daily basis) so that she can
be paid OT (when applicable) only on "time worked".


**From:** Bork, Fiona
**Sent:** Monday, February 24, 2014 9:45 AM
**To:** Hood, Jill
**Cc:** Waugh, John
**Subject:** FW: Back payment for missed lunches

This is really unacceptable . They have had the information for several weeks and promised to have it to us last
week. The spreadsheet that I gave them was simple and readily identified the days we owed Natalie back pay.
This is really allowing for poor behavior to continue with Natalie and prevent me from making the necessary
changes that I need to make.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248 372.1300

HFH 0608