# EXHIBIT Z

Hood, Jill

**From:** Bork, Fiona
**Sent:** Wednesday, March 05, 2014 9:53 AM
**To:** Hood, Jill
**Subject:** FW: I am waiting on hearing back from you ?

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Tuesday, February 25, 2014 12:50 PM
**To:** Bork, Fiona; Hajjar, Luain
**Subject:** I am waiting on hearing back from you ?

I also would like to know if you moving me is just temporary or a permanent move ?

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1