# EXHIBIT AA

Hood, Jill

From: Bork, Fiona
Sent: Wednesday, March 05, 2014 9:51 AM
To: Hood, Jill
Subject: FW: HFC

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

From: Hajjar, Luain
Sent: Tuesday, February 25, 2014 8:43 AM
To: Reeser, Natalie
Cc: Bork, Fiona
Subject: Re: HFC

I will be there with you.

Thanks!
Luain

On Feb 25, 2014, at 8:35 AM, "Reeser, Natalie" <NREESER1@hfhs.org> wrote:

> Good morning , Just need some information on this Thursday site, I looked up and saw no one from hfml has been there, so I need the run down of who I'm reporting too, and what am I going to be doing ? Thank you

# Natalie K. Reeser
Pathology & Laboratory Medicine
248-721-7099 Cell & 586-228-2774 Office
Henry Ford Medical Laboratories
Out Reach Lab Service
nreeser1@hfhs.org

1

HFH113