# EXHIBIT DD

Payroll Instructions
May 2012

**Please submit payroll to Martha Wiseheart and Theresa Hobbs via email no later than noon on the Friday that the pay period ends. For the pay period ending Sat June 2nd, payroll sheets are due to Friday June 1st at 12 noon.**

**Only submit changes to the Friday and Saturday payroll sheets to Martha and Theresa no later than 10am payroll Mondays.**

Note: Payroll documents are a legal document. All HFML employees need to complete the document accurately.

In an effort to reduce and eliminate the errors on payroll data sheets that staff are completing, please follow these basic steps.

1. You are expected to arrive at your work before your scheduled start time. You must be at your work station at the start of your shift.

    - Payroll start time should not be any earlier than your scheduled start time unless you have prior authorization from HFML management.

2. If you arrive to work, past your scheduled start time:
    - Payroll start time is the actual time you start working.
    - You are considered tardy if your start time is 1 min or more from your scheduled start time.
    - You are to dock yourself based on the attached pay.

3. All staff who work 8 or more hours are to take a 30 min unpaid lunch.
    - It is not acceptable to state no lunch unless it is authorized by HFML management.
    - When completing your time sheet you are only to tally the time that you work.
    - Do not include the 30 min lunch in your total time worked.
        o ie start time 0730 end time 1600-Total time worked 8 hours Not 8.5

4. Additional mins or Reductions in mins of time: Follow the table listed on the time sheet.
    - Note the increments are to one decimal. HFHS does not go out to 2 decimal places (ie: 0.2 or 0.3 NOT 0.25)

5. Overtime is automatically calculated upon me entering into the payroll system.
    - Do not note overtime on the time sheets.

6. If you work over your scheduled end time, you must note the actual end time to the min.
    - Use the table on the payroll sheet to calculate anytime you have worked over.