# EXHIBIT EE

RE: Time Sheets                                                                 Page 1 of 3

## RE: Time Sheets

Bork, Fiona

**Sent:** Tuesday, September 11, 2012 4:06 PM
**To:** Bork, Fiona; Estell, Alicia; Motes, Allan; Adams, Cher; Montgomery, Ciara; Goldsmith, Denise; Miller, Deserie; Lickteig, Erik; Rosati, John; Krueger, Mario; Pizzurro, Nick; Reeser, Natalie; Cochran, Stephanie; Rayborn, Sarah; Stewart, Shantae; Jordan, TaNisha; Moore, Vivian; Garcia, Julisa; Deshields, Tanika; Purdy, Tracy
**Cc:** Wiseheart, Martha; Anger, Maria; Hajjar, Luain
**Importance:** High

---

**From:** Bork, Fiona
**Sent:** Tuesday, September 11, 2012 3:19 PM
**To:** Estell, Alicia; Motes, Allan; Adams, Cher; Montgomery, Ciara; Goldsmith, Denise; Miller, Deserie; Lickteig, Erik; Rosati, John; Krueger, Mario; Pizzurro, Nick; Reeser, Natalie; Cochran, Stephanie; Rayborn, Sarah; Stewart, Shantae; Jordan, TaNisha; Moore, Vivian; Garcia, Julisa; Deshields, Tanika
**Cc:** Wiseheart, Martha; Anger, Maria; Hajjar, Luain
**Subject:** FW: Time Sheets

To All
I am sending the below email as a reminder of how important it is to spend the necessary time that is required to submit an accurate timesheet.

Your timesheet is a **LEGAL** document. Please do **NOT** rush when you are filling your timesheet out. Each day put your time in and add your hours up for that day. **Double** and **Triple check** your math. Martha will not be able to spend the amount of time that she has been correcting your timesheets. This is your pay, take the extra time and care to ensure that you are paid correctly. If you have any questions regarding your timesheets or the errors that have been sent to you, please seek clarification asap. We cannot continue to see the amount of errors on the timesheet each and every week. Continued errors will affect performance evaluations.

**Lunches:**
Lunches are **Mandatory, Not Paid** and are **30 minutes.** Everyone should be taking a lunch everyday that you work. We have multiple staff members at many sites that allow for staggered lunches. Take this time to yourself to relax and regroup for the rest of your shift. We have several sites that naturally provide time to take a lunch, either due to the office closing for lunch or the patient volume fluctuates enough to take your lunch. If we are shorthanded and you feel that taking your lunch will affect patient care then call me for direction.

**Breaks:** Breaks are **NOT** mandatory and are paid. Please make sure that you do not take a break if it will affect patient care. As stated above most of our sites have natural fluctuations in patient volume that allow for numerous "breaks" in the action simply due to lapses in patient contact.

*Lunches and Breaks HFML Policy*
- Less than 4 hours = no break.
- More than 4 hours, but less than 8 hours = One paid 15 minute break.
- 8 hours, but less than 12 hours = Two paid 15 minute breaks, One 30 minute unpaid.
- ****Breaks may be taken at a time that there is adequate staffing to provide continuity of service. Breaks are not mandatory.

Once you have read this email, please sign indicating your understanding of our policy regarding timesheets,

lunches and breaks and fax to my attention 313-916-9113 If you require further clarification please contact me asap. Thank you for your cooperation.
Fiona

_____      9/11/12
Employee signature                Date

**Fiona Bork**
**Laboratory Sales Manager**
**Outreach Laboratory Services**
**Henry Ford Medical Laboratory**
**Cell: 248-372-1300**
**Fax: 313-916-9113**

---

**From:** Bork, Fiona
**Sent:** Monday, July 09, 2012 3:59 PM
**To:** Bork, Fiona
**Subject:** FW: Time Sheets

---

**From:** Bork, Fiona
**Sent:** Monday, July 09, 2012 3:59 PM
**To:** Adams, Cher; Baldwin, Latasha; Cochran, Stephanie; Deshields, Tanika; Estell, Alicia; Garcia, Julisa; Goldsmith, Denise; Jordan, TaNisha; Krueger, Mario; Lickteig, Erik; Miller, Deserie; Montgomery, Ciara; Moore, Vivian; Motes, Allan; Pizzurro, Nick; Rayborn, Sarah; Reeser, Natalie; Rosati, John; Stewart, Shantae
**Cc:** Hajjar, Luain; Wiseheart, Martha; Anger, Maria
**Subject:** Time Sheets
**Importance:** High

To All
Please make sure that you take the necessary time to complete your time sheets accurately. Do not wait until Friday to complete your timesheet and then feel rushed. There are too many errors that are submitted each week that take an enormous amount of Martha's time to correct.

Please refer to the attached documents for time entry. Please replace the ones that were given to you at the meeting with the attached documents.

Your time sheet is a legal document, please make sure that:
you add up your hours accurately-double check
you put your hours in the appropriate category
you submit your time sheet on time

If you have any questions please feel free to contact Martha or me.

Fiona