# EXHIBIT FF

Print                                                                                                   Page 1 of 2

Subject: [No Subject]
From: 5868436020@pm.sprint.com (5868436020@pm.sprint.com)
To: natalie_19_99@yahoo.com;
Date: Friday, March 14, 2014 12:26 AM

Sent from my mobile.

3G   11:57 AM

✓   lunch                                2 of 3

Forwarded on 01/27/2014 7:28 AM



Bork, Fiona
FBORK1@hfhs.org

01/26/2014 9:53 PM                                     !

Natalie
Could you let me know what prevented you from taking lunch 8 out of the 10 days on your time card. Our policy has always been to contact me to get approval to not take a lunch. As you know lunches are mandatory. Please let me know asap. Thank you
Fiona