# EXHIBIT GG

**Subject:** Lunch

**Importance:** High

From: Bork, Fiona
Sent: Monday, February 24, 2014 2:02 PM
To: Rosati, John; Motes, Allan; Krueger, Mario; Green, Patrick; Pizzurro, Nick; Hajjar, Luain; Anger, Maria; Adams, Cher; Baker, Vernita; Chinavare, Paula; Clayton, Charisse; Cochran, Stephanie; Crawford, LaZenia; Deshields, Tanika; Estell, Alicia; Garcia, Julisa; Goldsmith, Denise; Hawkins, Ernestine; Hull, Kelli; Johnson, Shameeka; Miller, Deserie; Montgomery, Ciara; Moore, Vivian; Price, Denise; Rayborn, Sarah; Reeser, Natalie
Cc: Wiseheart, Martha
**Subject:** Lunch
**Importance:** High

To All

Starting tomorrow February 25th, 2014 When you take your lunch please send an email that you are signing out for lunch and when you return from lunch please send an email indicating that you are back from your lunch. Please send the email to "HFML Outreach" the same email that you send your log in and out for your daily schedule.

This is mandatory and failure to do so will result in a full occurrence.

By mid-summer we will have a new timekeeping system that will allow you to "clock" in your arrival and departures times as well as your lunch breaks.

Thank you for your cooperation,
Fiona
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

CONFIDENTIALITY NOTICE: This email contains information from the sender that may be CONFIDENTIAL, LEGALLY PRIVILEGED, PROPRIETARY or protected from disclosure. This email is intended for use only by the person or entity to whom it is addressed. If you are not the intended recipient, any systemic, copying, distribution, printing, or any action taken in reliance on the contents of this email, is strictly prohibited. If you received this email in error, contact the sending party by reply email, delete the email from your computer system and shred any paper copies.

Privacy Policy: There are a number of risks you should consider before using email to communicate with us. See our Privacy & Security page on www.henryford.com for more detailed information as well as information concerning MyChart, our new patient portal. If you do not believe that our policy gives you sufficient security protection you should do not send e-mail or Internet communications to us.

1

HFH 555