# EXHIBIT II

Print

Page 1 of 1

Subject: [No Subject]
From: 5868436020@pm.sprint.com (5868436020@pm.sprint.com)
To: natalie_19_99@yahoo.com;
Date: Friday, March 14, 2014 12:45 AM

Sent from my mobile.



*the folder the sign came from*