# EXHIBIT QQ

Hood, Jill

| | |
|---|---|
| From: | Hood, Jill |
| Sent: | Tuesday, March 04, 2014 1:56 PM |
| To: | Natalie K. Reeser |
| Cc: | Hood, Jill |
| Subject: | "Meal period" salary adjustments |
| Importance: | High |

Hi Natalie,

I wanted to give you a status update in regards to the "unpaid lunches" that we discussed on January 20, 2014. I just received notification from Payroll that the calculations have been finalized and the check is being direct deposited into your account today.

Included on this check is payment for a 30 minute "meal period" any/all days where 8+ hours were worked without a lunch. As I previously mentioned we went back 2 years from the date that you placed me on notice (January 20, 2012 to the current date).

The payment includes Overtime calculations, so anytime that you worked over 40 hours in a week, the lunch period was calculated at the overtime rate of one and a half times your hourly rate.

If you have any questions about this payment once you have received it, please let me know.

Thank you

*Jill E. Hood, PHR.*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*

Attachment #5

HFH205

Natalie Reeser (090084) worked as a Lab Services Rep in our Outreach Lab. She had been employed with us since May of 2011.

Ms. Reeser worked at the Clinton Township Patient Service Center, which is not a Henry Ford site, but rather is a client site that we staff. At any point, this client can choose to end their affiliation with Henry Ford and chose another vendor for their needs.

This site is staffed by 1 employee who attends to the client needs on a walk-in basis. For this reason, there is no designated "lunch period" where the office is closed. When a situation arises that the staff member needs to take time away or needs to leave early, they have been given directions on how to find a replacement for their absence. At no time, however, should the office just be closed.

There have been multiple occasions, as evidenced by the documentation, where Ms. Reeser has needed to leave early, or for a break period, and has followed the proper protocol. Some of these instances, in fact, have been rather emergent situations, but still, protocol was followed each time.

On Tuesday Feb 25, 2014, Ms. Reeser was upset with her Manager, Fiona Bork because she learned that she was going to be temporarily covering at another site. (Please note: at the time of hire all Lab Services Representative are told that they will be rotated between sites as needed). So at 1:12pm, Ms. Reeser emailed her Manager that she was "putting a note on the door and taking a 30 minute lunch". There was a Regional Lab Manager in the back office on a conference call who heard, at 1:13pm, the door chime ring and the deadbolt lock on the front door.

Ms. Reeser gave no notice prior to abandoning her shift and locking the client site. We have no idea how many clients' we lost during this time.

Ms. Reeser was suspended pending investigation for Job Abandonment. After investigation, her employment was terminated. I personally spoke with her over the phone to discuss the termination at which point I was going to offer her the option to resign in lieu of termination, however, Ms. Reeser abruptly ended our phone conversation by hanging up on me. I then emailed her the appeal documents and the name and email address of another HR BP in the event that she wished to appeal (since I was a part of the termination conversation). No further communication was received from Ms. Reeser.

Respectfully submitted,

*Jill E. Hood*

Jill E. Hood, PHR, MSCJ

Sr. Business Partner, Human Resources

Henry Ford Hospital

April 28, 2014

HFH266