# EXHIBIT RR

Quest Software Archive Manager : Print Message     Page 1 of 1

### Email

From: Hood, Jill
To: Bork, Fiona
Subject: Re: Lunches

Sent: 2/28/2014 4:09:08 PM



That may pose a problem. Since we got the official notice that we needed to pay her, we should have been paying her the extra half an hour even though we didn't designate the "closed period" for the office.

Please send a correction to do payroll asking a special check the cut for those half an hour breaks for the days that she worked starting from the day that we spoke about getting the final word from legal, that you have to pay If you do not have that date, because I do not remember if we spoke of the phone about that or if that was also in email so that you have to date, let me know and I will take a look in my information to see what that effective date is.

Thanks

Sent from my iPhone

On Feb 28, 2014, at 3:49 PM, "Bork, Fiona" <FBORK1@hfhs.org> wrote:

> No she hasn't. We were waiting until we had a final word about all of the lunches.
>
> Fiona Bork
> Laboratory Sales Manager
> Outreach Laboratory Services
> Henry Ford Medical Laboratories
> Cell: 248.372.1300
> Fax: 313.916.9113
>
> From: Hood, Jill
> Sent: Friday, February 28, 2014 2:50 PM
> To: Bork, Fiona
> Subject: Lunches
> Importance: High
>
> Fiona,
> Since we spoke about the need for the lunch period for Natalie, I know that we have not yet implemented an official lunch period where the office can be closed but I just wanted to ensure that Natalie has been getting paid her lunches since that time.
>
> Thanks
>
> *Jill E. Hood, PHR*
> *Human Resources*
> *Senior Business Partner*
> *Henry Ford Hospital and Volunteer Services*
> *Office: 313-916-8564*
> *Blackberry: 313-575-6742*

HFH 0606