# EXHIBIT SS

Natalie K. Reeser
Employee number: 090084

List of Documents and Receipt for Personnel File

I, _TAMDRA EALY_ [FULL NAME], _ANALYST, HR, RECORDS_ [TITLE], an employee of Henry Ford Medical Systems, hereby state I have provided Natalie K. Reeser with a true and complete copy of her personnel file. I hereby state I did not remove any documentation from this file before providing copies of the contents of Ms. Reeser's personnel file to Ms. Reeser. I have also provided Ms. Reeser with a copy of my business card.

In addition, below please find a complete list of the documents I have provided to Ms. Reeser today. (*If there are more than 30 documents, please continue to number and list these additional documents on the reverse side of this form. Thank you.*)

| #  | Document           | #  | Document |
|----|--------------------|----|----------|
| 01 | 2013 EVALUATION    | 16 |          |
| 02 | 2012 EVALUATION    | 17 |          |
| 03 | 2011 EVALUATION    | 18 |          |
| 04 | OFFER LETTER       | 19 |          |
| 05 | Resume             | 20 |          |
| 06 |                    | 21 |          |
| 07 |                    | 22 |          |
| 08 |                    | 23 |          |
| 09 |                    | 24 |          |
| 10 |                    | 25 |          |
| 11 |                    | 26 |          |
| 12 |                    | 27 |          |
| 13 |                    | 28 |          |
| 14 |                    | 29 |          |
| 15 |                    | 30 |          |

SIGNATURE: _Tamdra Ealy_

DATE: March 24, 2013

HFH02