# EXHIBIT UU

*THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO THE COURT'S PROTECTIVE ORDER ENTERED MARCH 30, 2015*

WARNING: The information contained herein is protected from disclosure pursuant to Court Order, and shall be opened and/or reviewed by the Honorable George Caram Steeh, U.S. District Court Judge, including his staff, clerks and research attorney(s) only