# EXHIBIT EEE

# Henry Ford Medical Laboratories

## Clinton Township Patient Service Center

PLEASE BE ADVISED THAT EFFECTIVE APRIL 1, 2014 WE WILL CLOSE OUR OFFICE FOR LUNCH FROM 12:30PM TO 1:00PM.

PLEASE FEEL FREE TO WAIT IN OUR PATIENT LOUNGE UNTIL WE RETURN
OR
PLEASE VISIT OUR SHELBY TOWNSHIP PATIENT SERVICE CENTER FOR ALL YOUR LABORATORY NEEDS.

**SHELBY MEDICAL MALL PATIENT SERVICE CENTER**
ADDRESS: 50505 SCHOENHERR ROAD, SUITE 150
SHELBY TWP, MI 48315
PHONE #: (586) 323-4810
HOURS: MON-THURS 7AM-7PM
FRIDAY 7AM-5PM

THANK YOU FOR CHOOSING HENRY FORD MEDICAL LABORATORIES. WE LOOK FORWARD TO TAKING CARE OF YOUR LABORATORY NEEDS.

*[Handwritten notes at bottom of page, rotated 180°:]*

Faxed to their office
✓ Dr. Mishalk
✓ Date sent to Dr. Mishalk's office. Located in the same building as the CTPSC Lab.

REESER-116