# EXHIBIT FFF

Policy No: 5.05

| | |
|---|---|
| Subject: | Break Periods |
| Supersedes: | All existing corporate and business unit policies on this subject |
| Effective: | January 1, 1999 |
| Reviewed: | December 1, 2012 |
| Revised: | September 1, 2008, August 1, 2011 |
| Page(s): | 3 |
| Approved by: | Human Resources Executive Team (HRET) |

1.0     Philosophy/Purpose

Good employee mental and physical health is important to Henry Ford Health System.  A healthy employee team is a productive employee team.  To achieve this goal, HFHS will attempt to provide break periods to employees, based on several factors, whenever possible.

2.0     Scope

This policy applies to all employees at all business units and corporate offices of Henry Ford Health System.

The policy and procedures enumerated below shall apply unless such policy or procedures are otherwise specified in a contract to which Henry Ford Health System, or a covered business unit, is a signatory.  In such cases, the terms of the contract shall govern for employees covered by that contract, and such terms will take precedence over this policy.

3.0     Responsibility

The interpretation, administration and monitoring for compliance of this policy shall be the responsibility of HFHS Human Resources and operational leadership.

4.0     Policy

Although not required by law, it is the policy of Henry Ford Health System to provide break periods to employees whenever possible and based on several factors.  Although break periods are not guaranteed, they may be provided subject to adequate staffing, for durations based on the number of hours worked in the current workday, and may be paid or not paid.

For the purpose of this policy, unless otherwise stated, "break period" includes both paid and unpaid lunch and other break periods.

Attachment E9A

5.0   Practice/Procedure

Employees may be provided break periods according to the following guidelines:

5.1   UNDERLINE SUPERVISOR SCHEDULING OF BREAK PERIOD

In order to maintain quality customer service standards, break periods may only be taken if there is adequate staffing to provide continuity of service. For this reason, break periods will be scheduled by supervisors whenever possible, although the scheduling may change at any time. Supervisors should accordingly strive to afford all employees the appropriate break period(s) as stated in this policy.

HFHS will provide nursing mothers reasonable break time for an employee to express breast milk for her nursing child for one year after the birth of a child. Employees are required to use their break time and will be granted unpaid break times as necessary. The frequency and duration of each break may vary. A space that is shielded from view and free from intrusion of co-workers and the public must be provided. Bathrooms, even if private, are not permissible.

5.2   ALLOTMENT OF BREAK TIME

Allotment of and compensation for break periods, based on the number of hours worked in the current workday, is generally as follows:

| Hours | Break Allotment |
|---|---|
| 4 or less | No Break |
| More than 4 but less than 8 | One (1) paid fifteen minute break |
| 8, but less than 12 | Two (2) paid fifteen minute breaks and one (1) 30 minute unpaid lunch break |
| 12 or more | Three (3) paid fifteen minute breaks and one (1) 30 minute unpaid lunch break |
| Lunch Break | Thirty (30) minutes (Unpaid) |

These are general system-wide guidelines. Practices at specific business units may vary. Consult the regional Human Resources Service Center for more information.

5.3   COMBINING BREAK AND LUNCH PERIODS

Combining break and lunch periods must be approved by the supervisor and may be permitted where it enhances the operation of the requesting employee's department.

Attachment #03

HFH213

5.4   SKIPPING BREAK PERIODS

Employees may not forgo break periods, including lunch periods, in lieu of leaving work early or coming in late.

5.5   MISSED PAID BREAKS

Paid breaks are part of employees' scheduled compensation. Therefore, if a scheduled break is missed, no additional compensation will be provided. Similarly, employees may not work through unpaid break periods unless requested by or otherwise approved by operational leadership. Some employees working over forty (40) hours in an work week must be paid overtime pay for all hours worked in excess of forty (40) regardless of whether the extra time was worked voluntarily or at operational leadership's request. *See Overtime Policy 6.09.*

5.6   LEAVING HFHS PREMISES

Unless approved by department leadership, employees may not leave the premises during paid break periods. Employees may leave the premises during unpaid lunch periods, although employees doing so must return punctually. Breaks and lunch periods taken in the building are to be spent in designated areas, not in public lobby areas or visiting other employees at their work stations. Any disruptions to normal business are not permitted.

Attachments to HR Policy 5.03

   None

*See also:*      *Overtime Compensation Policy 6.09*
                 *Work Day Policy 5.04*

Attachment #9C