# EXHIBIT HHH

Quest Software Archive Manager : Print Message                                              Page 1 of 2

### Email

**From:** Hood, Jill
**To:** Bork, Fiona
**Subject:** Re: Natalie Reeser
**Sent:** 2/28/2014 5:06:59 PM



> Please treat this as Confidential.

I can certainly understand your thought process and if it was questioned we can very easily describe the rationale.

Regarding combining the payment into one big pay, let me ask Sandra, in payroll, which would be faster. I will let you know.

Thanks
Sent from my iPhone

On Feb 28, 2014, at 4:53 PM, "Bork, Fiona" <FBORK1@hfhs.org> wrote:

> I am so sorry if this in any way screwed anything up. Martha and I thought we would make one big payment for the lunches. Could we combine it with your request for pay?
>
> Fiona Bork
> Laboratory Sales Manager
> Outreach Laboratory Services
> Henry Ford Medical Laboratories
> Cell: 248.372.1300
> Fax: 313.916.9113
>
> **From:** Hood, Jill
> **Sent:** Friday, February 28, 2014 4:52 PM
> **To:** Bork, Fiona
> **Subject:** Re: Natalie Reeser
> **Sensitivity:** Confidential
>
> Thank you.
>
> Sent from my iPhone
>
> On Feb 28, 2014, at 4:16 PM, "Bork, Fiona" <FBORK1@hfhs.org> wrote:
>
>> Ok we will put that in asap
>>
>> Fiona Bork
>> Laboratory Sales Manager
>> Outreach Laboratory Services
>> Henry Ford Medical Laboratories
>> Cell: 248.372.1300
>> Fax: 313.916.9113
>>
>> **From:** Hood, Jill
>> **Sent:** Friday, February 28, 2014 4:12 PM
>> **To:** Bork, Fiona
>> **Cc:** Hood, Jill
>> **Subject:** Re: Natalie Reeser
>> **Sensitivity:** Confidential

HFH 0604

Quest Software Archive Manager : Print Message                                Page 1 of 2

## Email

From: Bork, Fiona
To: Hood, Jill
Subject: RE: Natalie Reeser

Sent: 2/28/2014 4:16:28 PM 

Please treat this as Confidential.

Ok we will put that in asap

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Hood, Jill
**Sent:** Friday, February 28, 2014 4:12 PM
**To:** Bork, Fiona
**Cc:** Hood, Jill
**Subject:** Re: Natalie Reeser
**Sensitivity:** Confidential

Actually, you can use the date that Natalie first started writing "no lunches "on her time card. That should have been starting the first day she worked after January 20. Thank you

Sent from my iPhone

On Feb 28, 2014, at 12:55 PM, "Hood, Jill" <JHOOD1@hfhs.org> wrote:

> Thank you for the clarification.
>
> Sent from my iPhone
>
> On Feb 28, 2014, at 12:55 PM, "Bork, Fiona" <FBORK1@hfhs.org> wrote:
>
>> Jill
>> I spoke with both Luain Hajjar and Maria Anger and asked them the following:
>> Have you ever witnessed Natalie Reeser placing a sign on the door at our Clinton
>> Township PSC and closing the site to take a lunch?
>> Luain: No
>> Maria: No , If I did I would have called you and asked you about it
>>
>> Both Luain and Maria have been shown the "We will be back soon" sign that was in
>> the "Emergency sign folder" and neither one have ever seen this sign before
>> February 26th, 2014.
>>
>>
>> Fiona Bork
>> Laboratory Sales Manager

HFH 0605