Reply Brief in Support Defendant's Motion for Summary Judgment

Index of Attachments

A. Chart of Plaintiff's Misrepresentations

B. Declaration of Fiona Bork

C. Deposition Transcript Excerpts of Martha Wiseheart, dated March 17, 2015

D. Additional Deposition Transcript Excerpts of Natalie Reeser, dated March 23, 2015

E. Additional Deposition Transcript Excerpts of Jill Hood, dated May 5, 2015

F. Additional Deposition Transcript Excerpts of Fiona Bork, dated March 16, 2015

G. Email, Bates Nos. HFH 609-611

H. New Lunch Break Policy