# ATTACHMENT F

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

v                         Case No. 2:14-cv-11916-GCS-MJH
                          Hon. George Caram Steeh

HENRY FORD HOSPITAL,

    Defendant.
_____/

DEPOSITION OF FIONA BORK

Taken by the Plaintiff on the 16th day of March, 2015, at the office of Keith D. Flynn, 600 W. Lafayette Blvd., Detroit, Michigan at 11:00 a.m.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | MR. KEITH D. FLYNN (P74192) |
| | Miller Cohen, P.L.C. |
| | 600 W. Lafayette Blvd., 4th Floor |
| | Detroit, Michigan 48226-0840 |
| | 313.964.4454 |
| For the Defendant: | MR. TERRANCE J. MIGLIO (P30541) |
| | MS. BARBARA E. BUCHANAN (P55084) |
| | Varnum LLP |
| | 39500 High Pointe Blvd., Suite 350 |
| | Novi, Michigan 48375 |
| | 248.567.7828 |
| Reported by: | TAMARA A. O'CONNOR |
| | CSMR 2656, CER 2656 |

NATALIE REESER v HENRY FORD HOSPITAL
DEPOSITION OF FIONA BORK

Page 174

| | | |
|---|---|---|
| 1 | | then they get back to the person that they have set |
| 2 | | up the coverage to cover for them. |
| 3 | Q | Is there a policy or procedure that is in place in |
| 4 | | writing that indicates the appropriate procedure for |
| 5 | | seeking to-- |
| 6 | A | No. Everybody knows that. If the schedule is |
| 7 | | already out, they--well, there is--the CTO, there is |
| 8 | | something that states about seeking your coverage |
| 9 | | when the schedule has already been out, working out |
| 10 | | your coverage, I believe. |
| 11 | Q | Any other times between the personnel evaluation |
| 12 | | conversation and the conversation relating to the |
| 13 | | lunch period? |
| 14 | A | I don't know. |
| 15 | Q | There might have been. You just don't recall? |
| 16 | A | Yeah, there could have been. I don't know. |
| 17 | Q | Did you talk to anyone else in that period of time |
| 18 | | about Natalie Reeser? |
| 19 | A | If I did it would have been my boss. |
| 20 | Q | John? |
| 21 | A | John Waugh. |
| 22 | Q | So do you recall having conversations with John |
| 23 | | about Natalie Reeser at the time? |
| 24 | A | I would have had conversations with him, but I don't |
| 25 | | know if it was--it might have been the end of |

NATALIE REESER v HENRY FORD HOSPITAL
DEPOSITION OF FIONA BORK

Page 175

```
 1         January, early February, because I would have to
 2         bring him up to speed on the fact that--about the
 3         lunches.
 4    Q    So then after the conversation that you had with
 5         Jill Hood--so so far I've got three conversations
 6         with Jill Hood in that period of time.
 7                   After the third conversation with Jill
 8         Hood, what is the next following conversation that
 9         you had with Jill Hood?
10              MR. MIGLIO:  Objection as to the form of
11         the question.
12    Q    (By Mr. Flynn)  About Natalie Reeser?
13              MR. MIGLIO:  Objection as to the form of
14         the question.  Go ahead.  You can answer if you
15         understand what he is asking.
16              THE WITNESS:  Well, what are you saying
17         about what three conversations, just so I make sure
18         we're on the same page?
19    Q    (By Mr. Flynn)  The first one is the personnel
20         evaluation.  The next one was about Alicia--
21    A    Yeah, because--yeah.
22    Q    And then the third one was about the lunches.
23    A    Yes, okay.
24    Q    So were there any conversations thereafter with Jill
25         Hood?
```

NATALIE REESER v HENRY FORD HOSPITAL
DEPOSITION OF FIONA BORK

Page 286

1         CERTIFICATE OF COURT REPORTER

2

3   STATE OF MICHIGAN )

4                     )

5   COUNTY OF OAKLAND )

6

7        I certify that this transcript, consisting

8   of 286 pages, is a complete, true and correct record

9   of the testimony of Fiona Bork held in this case on

10  Monday, March 16, 2015.

11       I also certify that prior to taking this

12  deposition Fiona Bork was duly sworn to tell the

13  truth.

14

15      3/20/15

16      _____    _____

17      Date                      TAMARA A. O'CONNOR

18                                CSMR 2656, CER 2656

19                                2385 Jakewood Drive

20      pz                        West Bloomfield, Michigan 48324

O'CONNOR COURT REPORTING
248.360.1331   www.oconnorcourtreporting.com

52452883-3a3f-4243-9141-a75bcdc8ecdc