# ATTACHMENT G

### Email

| | |
|---|---|
| From: Hood, Jill | Sent: 2/24/2014 9:53:08 AM |
| To: Inglis, Sandra | |
| CC: Bork, Fiona ; Temrowski, Debra | |
| Subject: RE: Back payment for missed lunches | |

This message was sent with High importance.

Sandra,
I know there is a lot of data to sort through. Please let us know as soon as this is completed, we really do need this as soon as possible.


**From:** Inglis, Sandra
**Sent:** Monday, February 24, 2014 9:40 AM
**To:** Hood, Jill
**Cc:** Bork, Fiona; Temrowski, Debra
**Subject:** RE: Back payment for missed lunches

Good Morning Jill,
I will try and have this completed by Thursday or Friday of this week. This is a lot of information to go through and we want to be sure that we get it correct. Once you have reviewed and approved, then we can process a check for the employee, for hours that are owed, on our off-cycle direct deposit run rather than have her wait for the next pay period.
Please let me know if you have any further questions or concerns.
Tx,
Sandra

Sandra L. Inglis
Payroll Coordinator
One Ford Place, 4E
Phone 313-874-4899
Fax - 313-874-9110

**From:** Hood, Jill
**Sent:** Monday, February 24, 2014 9:23 AM
**To:** Inglis, Sandra
**Cc:** Bork, Fiona; Temrowski, Debra; Hood, Jill
**Subject:** RE: Back payment for missed lunches
**Importance:** High

HI Sandra,
Just wondering on a status update on this. We are going to be meeting with the Employee this week and would like to discuss this with her.
Thanks

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*

HFH 0609

*Blackberry:* 313-575-6742

**From:** Inglis, Sandra
**Sent:** Friday, February 14, 2014 2:39 PM
**To:** Hood, Jill
**Cc:** Bork, Fiona; Temrowski, Debra
**Subject:** FW: Back payment for missed lunches

Good Afternoon Jill,
Updating you on your request. We hope to have the information together for your review by next week, Wednesday or Thursday. Please let me know if you have any questions or concerns.
Thanks,
sandra

Sandra L. Inglis
Payroll Coordinator
One Ford Place, 4E
Phone 313-874-4899
Fax - 313-874-9110

**From:** Woodring, Rebecca
**Sent:** Friday, February 14, 2014 2:02 PM
**To:** Inglis, Sandra
**Subject:** FW: Back payment for missed lunches


**From:** Bork, Fiona
**Sent:** Friday, February 14, 2014 2:00 PM
**To:** Hood, Jill; Woodring, Rebecca
**Cc:** Waugh, John; Temrowski, Debra
**Subject:** RE: Back payment for missed lunches

I filled in the "notes" section with the dates in question. The spreadsheet with the dates that I have on record that Natalie either did not work, or work alone or was not entitled to a lunch should be completed today.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Hood, Jill
**Sent:** Thursday, February 06, 2014 2:28 PM
**To:** Woodring, Rebecca; Bork, Fiona
**Cc:** Waugh, John; Temrowski, Debra; Hood, Jill
**Subject:** Back payment for missed lunches

HFH 0610

Hi Becky,

An employee, Natalie Reeser (090084), placed us on notice Jan 20, 2014 that she has not been getting paid for her 30 minute lunch break. (Is she the only employee working at one of our outpatient lab client sites – and has not had the ability to close the office or have relief for lunch.) Thus, we have had to assess the monies owed to her from 2 years back from the date that she placed us on notice

Attached you will find a breakdown of our hours per the time stubs that she provided to me. You will note that a few are missing as she was unable to locate those. Fiona, can you please take a look for the ones that are missing?

I have indicated on the spreadsheet the number of days per week that she would have worked long enough to be entitled to a 30 minute paid lunch break. Also, I have included the number of hours she works, cto and holiday hours (per week) so it can be assessed which of those lunch periods should have been paid at OT rather than straight time.

Can you please let me know the amount that would be owed to Natalie and an approximate time as to when she could receive this pay? (Note – we would like to be able to discuss the final amount as well as future plans for ensuring a lunch period with the employee prior to her receiving the retro pay.)

Fiona,
I have indicated on the spreadsheet the actual days that Natalie was off and thus other coverage may have been placed at this site. Can you please take a look at the back scheduled to see who was covering on these days – so that we can then determine which employees are entitled to back pay for missed lunches. (Just take a look at the dates listed in the "Days in Question" column).

Note- I will be out of the office starting this evening and returning next Wednesday. If you have any questions/concerns in my absence, please contact Debra Temrowski.
Thanks!

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*

HFH 0611