# ATTACHMENT H

Subject:                    Clinton Township PSC -Lunch Break

Importance:                 High

From: Bork, Fiona
Sent: Friday, March 14, 2014 11:54 AM
To: Johnson, Shameeka; Waters, Erica; Thomas, Latasha; Adams, Cher
Subject: Clinton Township PSC -Lunch Break
Importance: High

To All
Please make sure that you note on your time card "no lunch" for any days that you worked at the Clinton Twp. PSC starting March 10th until April 1st. Although there is considerable downtime at the site there really isn't an official 30 minute break that allows you to take your lunch without the potential for an interruption by the phone or a patient. Effective April 1st, the Clinton Twp PSC will close from 12:30-1pm for lunch. This break will allow you to take your lunch without any interruption. Please make sure that you are bringing your lunch when you work at this site as the outer door to the suite will not be locked. Patients will be allowed to walk into the suite and wait in our patient lounge until the lunch period ends.

All employees that worked at Clinton Twp PSC between Feb 26th-March 7th will receive compensation for the lunch break on those dates. There is no action required on your part.

Please feel free to contact me with any questions.
Thank you,
Fiona

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

CONFIDENTIALITY NOTICE: This email contains information from the sender that may be CONFIDENTIAL, LEGALLY PRIVILEGED, PROPRIETARY or otherwise protected from disclosure. This email is intended for use only by the person or entity to whom it is addressed. If you are not the intended recipient, any use, disclosure, copying, distribution, printing, or any action taken in reliance on the contents of this email, is strictly prohibited. If you received this email in error please notify the sending party by reply email, delete the email from your computer system and shred any paper copies.

Notice to Patients: There are a number of risks you should consider before using e-mail to communicate with us. See our Privacy & Security page on www.henryford.com for more detailed information as well as information concerning MyChart, our new patient portal. If you do not believe that our policy gives you the privacy and security protection you need, do not send e-mail or Internet communications to us.



1

HFH 558

# Henry Ford Medical Laboratories
## Clinton Township Patient Service Center

PLEASE BE ADVISED THAT EFFECTIVE APRIL 1, 2014 WE WILL CLOSE OUR OFFICE FOR LUNCH FROM 12:30PM TO 1:00PM.

PLEASE FEEL FREE TO WAIT IN OUR PATIENT LOUNGE UNTIL WE RETURN
OR
PLEASE VISIT OUR SHELBY TOWNSHIP PATIENT SERVICE CENTER FOR ALL YOUR LABORATORY NEEDS.

**SHELBY MEDICAL MALL PATIENT SERVICE CENTER**
ADDRESS: 50505 SCHOENHERR ROAD, SUITE 150
SHELBY TWP, MI 48315
PHONE #: (586) 323-4810
HOURS: MON-THURS 7AM-7PM
FRIDAY 7AM-5PM

THANK YOU FOR CHOOSING HENRY FORD MEDICAL LABORATORIES. WE LOOK FORWARD TO TAKING CARE OF YOUR LABORATORY NEEDS.



PLAINTIFF'S EXHIBIT 27 5-16-15

HFH 557