UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,                                        Hon. George Caram Steeh
                                                 Case No.: 2:14-cv-11916

v.

HENRY FORD HOSPITAL,

    Defendant.

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 39500 High Pointe Blvd., Ste. 350 |
| 313-964-4454 | Novi, MI 48375 |
| kflynn@millercohen.com | 248-567-7828 |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I caused *Defendant's Amended Attachment B* to ECF #52 *Reply to Response re [43] Motion for Summary Judgment* to be electronically filed with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record.

                                  /s/ Terrence J. Miglio