UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

       Plaintiff,

v.

HENRY FORD HOSPITAL,

       Defendant.

Hon. George Caram Steeh
Case No.: 2:14-cv-11916

| | |
|---|---|
| MILLER COHEN, P.L.C.<br>Keith D. Flynn (P74192)<br>Attorney for Plaintiff<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226<br>313-964-4454<br>kflynn@millercohen.com | VARNUM LLP<br>Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>248-567-7828<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

## STIPULATION AND ORDER MODIFYING BENCH ORDER (DOCKET #48)

It is hereby stipulated between the parties that the Bench Order rendered at a hearing held on 6/8/2015 shall be modified as follows:

1) The vendor designated by Defendant to forensically examine Plaintiff's Galaxy cell phone shall have until July 13, 2015 to complete his examination of the cell phone and to prepare and provide to the parties, a list of items responsive to Defendant's Request for Production of Electronically Stored Information on Plaintiff's Galaxy Cell Phone.

2)      Plaintiff shall have until July 27, 2015 in which to serve objections on Defendant indicating which items Plaintiff opposes the production to Defendant.

3)      Defendant shall have two weeks from receipt of Plaintiff's objections to file a motion challenging the objections.

All other terms of the Bench Order shall remain in effect.

**IT IS SO ORDERED**

**Dated: July 14, 2015**                          **s/Michael Hluchaniuk**
                                       Magistrate Judge Michael J. Hluchaniuk


APPROVED:                               APPROVED:
*/s/ Keith D. Flynn*                    */s/ Terrence J. Miglio*
Keith D. Flynn (P74192)                 Terrence J. Miglio (P30541)
Adam C. Graham (P79361)                 Barbara E. Buchanan (P55084)
Miller Cohen, P.L.C.                    Varnum LLP
Attorneys for Plaintiff                 Attorneys for Defendants
600 W. Lafayette Blvd., 4th Floor       39500 High Pointe Blvd, Suite 350
Detroit, MI 48226                       Novi, MI  48375
(313) 964-4454                           (248) 567-7828


Dated:    July 8, 2015                  Dated:    July 8, 2015


9570247_1.docx