UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

    Plaintiff,

v.

**HENRY FORD HOSPITAL**,

    Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI 48226-0840 | Novi, MI 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |
| kflynn@millercohen.com | tjmiglio@varnumlaw.com |
| agraham@millercohen.com | bebuchanan@varnumlaw.com |

### STIPULATED ORDER ADJOURNING SCHEDULING DATES

Plaintiff Natalie Reeser and Defendant Henry Ford Hospital stipulate as follows:

Currently, the Final Pre-Trial Order is due August 17, 2015. The Final Pretrial Conference is set to be held on August 24, 2015. A jury trial on this matter is set to begin September 8, 2015.

Although the deadline for discovery in this case was April 6, 2015, the parties are currently still involved in the discovery process. Due to ongoing

discovery issues, the parties may not have an opportunity to complete discovery until immediately before the date trial is currently scheduled to begin.

In addition, the hearing on Defendant's Motion for Summary Judgment will occur before this Court on July 28, 2015. The short time period between the Court's decision on this Motion and the scheduled date of trial offers little time for the parties to prepare for trial.

Consequently, the parties stipulate that the Pre-Trial Order deadline, the Final Pretrial Conference, and the jury trial on this matter be rescheduled to a date to be determined by this Court.

**IT IS SO ORDERED** that the Pre-Trial Order deadline, the Final Pretrial Conference, and the jury trial on this matter will be rescheduled to a date to be determined by this Court after the issuance of a ruling on the pending dispositive motion per Local Rule 16.1(f) .

Dated:  July 27, 2015        s/George Caram Steeh
                             HON GEORGE CARAM STEEH

**STIPULATED AS TO FORM AND SUBSTANCE:**

| **MILLER COHEN P.L.C.** | **VARNUM LLP** |
|---|---|
| By: /s/Keith D. Flynn | By: /s/Terrence J. Miglio *(w/consent)* |
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI  48226-0840 | Novi, MI  48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |