# EXHIBIT B

No Lunches for last 2:14-cv-11916-GCS-MJH Doc # 1-2 Filed 05/13/14 Pg 2 of 4 Pg ID 16 Page 1 of 1

### No Lunches for last pay period

Wiseheart, Martha
**Sent:** Monday, January 27, 2014 10:42 AM
**To:** Reeser, Natalie
**Cc:** Bork, Fiona
**Importance:** High

Natalie

Please be advised that I received one time card from you last Thursday that indicated your regular hours worked and nothing documenting No Lunch for any days during that time period.

Friday I received another document that lists No Lunch for all days worked except Monday 1/20 when you were in training.

At this point in time until Fiona can verify with you that all of these days are indeed No Lunch, I will not be paying you for the No Lunch piece.
I will however pay you for the extra time you worked over your regular shift.

If and when it is determined that you are eligible for the No Lunch pay on the days you indicated, I will resubmit a payroll correction sheet.

Thanks

*Martha M. Wiseheart MT (ASCP)*
Henry Ford Medical Laboratories
Operations Manager
office 313 732 7436
fax 586 228 2761

**LUNCHES**

Reeser, Natalie
Sent: Monday, January 27, 2014 11:21 AM
To:   Hood, Jill; Wiseheart, Martha; Bork, Fiona

Ladies,

please be advised that HR has me recording days that I do not get a lunch. It is illegal to have me work through a lunch break and not pay me .. down town is not considered lunch in the eyes of the law. a lunch is a time where you can sign out and take a break. I do not get this, therefore you must pay me for my lunch breaks I do not get. if you have any questions please contact Jill hood in HR.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org