UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HEALTH SYSTEM,
d/b/a HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Michael Hluchaniuk

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Detroit, MI 48226-0840 | Novi, MI 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |

## STIPULATED ORDER ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT

Plaintiff Natalie Reeser and Defendant Henry Ford Hospital stipulate as follows:

Plaintiff filed a First Amended Complaint on July 29, 2015.

Due to a clerical error, Exhibits A and B attached to Plaintiff's First Amended Complaint were not identical to Exhibits A and B attached to Plaintiff's Complaint and Demand for Jury Trial.

Plaintiff is filing a Second Amended Complaint to correct this error.

1

Consequently, the parties stipulate that Plaintiff will file a Second Amended Complaint to correct the errors to the exhibits attached to the First Amended Complaint. The parties also stipulate that Defendant need only file an Answer to Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED** that Plaintiff will file a Second Amended Complaint and Defendant need only file an Answer to Plaintiff's Second Amended Complaint.

Dated: August 17, 2015        s/George Caram Steeh
                              HON. GEORGE CARAM STEEH

**STIPULATED AS TO FORM AND SUBSTANCE:**

| **MILLER COHEN P.L.C.** | **VARNUM LLP** |
|---|---|
| By: /s/Adam C. Graham | By: /s/Terrence J. Miglio *(w/consent)* |
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Suite 350 |
| Detroit, MI  48226-0840 | Novi, MI  48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |

DATED: August 17, 2015