# EXHIBIT C

RE: I have waited almost a whole month                                        Page 1 of 2

### RE: I have waited almost a whole month
Reeser, Natalie
Sent: Tuesday, February 18, 2014 4:07 PM
To:   Hood, Jill

Jill, My biggest concern is Fiona, and the things that happen to me here and the unfair practices she is doing, and again harassment. I just have no clue how HR could leave her over such a huge department knowing how she conducts business the way she does, and the things she does to people. my mind is blown. and she continues to act the same way. I just don't understand.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Hood, Jill
**Sent:** Tuesday, February 18, 2014 3:59 PM
**To:** Reeser, Natalie
**Cc:** Temrowski, Debra
**Subject:** RE: I have waited almost a whole month

Natalie,
I'm sorry to hear that you are unhappy with the time that this investigation has taken, and you are certainly more than welcome to meet with my Director, Debra Temrowski (copied herein).
As I described in my last email, the information you provided is in the process of being reviewed. You placed me on notice on January 20, 2014 of that fact that you were not being paid for your lunches despite the fact that you were being "engaged to wait" during that time. According to the Fair Labor Standard Act we need to review your information for 2 years back to the date that you placed me on notice. Thus, we have 2 years worth of payroll records, schedules and compensation documents to review. This, as you can imagine, is a lengthy process to fully investigate and correct.

The final review of this "correction" is currently with payroll and we expect a response by the end of this week Again, you are more than welcome to make an appointment to meet with my boss, Debra Temrowski - she has been fully updated on your situation.
Thank you

Jill E Hood, PHR
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

---

**From:** Reeser, Natalie
**Sent:** Tuesday, February 18, 2014 3:43 PM
**To:** Hood, Jill
**Subject:** I have waited almost a whole month

Jill,

Fiona is back to pulling out the rug on me on. Thursday it will be a month that I was in your office. This is NOT fair to me as in employee, that I have no answers from you a month later. I would like to meet with your boss, because I do not feel I have been herd and I still have herd nothing on the lunches I don't get yet am still not paid for either, I have no choice but to file the paperwork with the state. I am tired of being treated so badly

RE: I have waited almost a whole month                                      Page 2 of 2

here, and I came to you for answers and haven't herd a word. I am asking for a meeting with your boss, I do not want to feel like this anymore. I said this to you a month ago, and back then you said you would be back to me by Monday, its been a month. I am beyond frustrated at this time, and do not understand why I have not herd anything back ?

**Natalie K. Reeser**
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org