# EXHIBIT D

**CLAIM NUMBER:**

| **EMPLOYMENT WAGE COMPLAINT** | IMPORTANT: By filing this claim with the Wage and Hour Division, you are electing a remedy which may prevent you from pursuing this claim elsewhere, including civil court. |
|---|---|
| Michigan Department of Licensing and Regulatory Affairs<br>Michigan Occupational Safety and Health Administration<br>Wage & Hour Division<br><br>Mailing Address:            Street Address:<br>P.O. Box 30476              7150 Harris Drive<br>Lansing, MI 48909-7976   Dimondale, MI 48821<br>Telephone: 517.322.1825  Facsimile: 517.322.6352<br>Website: www.michigan.gov/wagehour | LARA is an equal opportunity employer/program. Auxilliary aids, services and other reasonable accommodations are available, upon request, to individuals with disabilities for the purpose of accessibility under the state and federal law. Please call 517.322.1825 to make your needs known to this agency.<br>AUTHORITY: ACT 390, PUBLIC ACTS OF 1978, AS AMENDED<br>                 ACT 154, PUBLIC ACTS OF 1964, AS AMENDED<br>COMPLETION: VOLUNTARY<br>PENALTY:      NONE |

### EMPLOYEE INFORMATION   Please print

| LAST NAME, FIRST NAME, MIDDLE INITIAL  [X] Mr.  [ ] Ms.  [ ] Mrs.  [ ] Miss.  [ ] Dr.<br>Reeser, Natalie K | LAST 4 NUMBERS OF SOCIAL SECURITY NUMBER: |
|---|---|
| ADDRESS (STREET NUMBER AND NAME):<br>20481 Foster Drive | BIRTH DATE:<br>12/31/1980 |
| CITY, STATE, ZIP:<br>Clinton Twp, MI 48036 | COUNTY:<br>macomb |

| EMAIL ADDRESS:<br>natalie_19_99@yahoo.com | PRIMARY TELEPHONE NUMBER:<br>586-843-6020 | DAYTIME TELEPHONE NUMBER:<br>586-843-6020 |
|---|---|---|

CONTACT INFORMATION FOR SOMEONE WHO WILL ALWAYS KNOW HOW TO REACH YOU.

| ADDRESS WHERE YOU WORKED (STREET NUMBER AND NAME): 15945 19 Mile Rd Suite 104 | |
|---|---|
| CITY, STATE, ZIP:<br>Clinton Twp  MI 48038 | COUNTY:<br>Macomb |

| Start date of employment (Month/Day/Year):   05/16/2011 | Last date worked (Month/Day/Year): |
|---|---|
| Employment Status:<br>[ ] QUIT   [ ] DISCHARGED  [X] STILL EMPLOYED | How often were you paid?<br>[ ] WEEKLY  [X] BI-WEEKLY  [ ] SEMI-MONTHLY  [ ] MONTHLY |

| LIST YOUR RATE OF PAY:<br>PROVIDE A COPY OF YOUR CHECK STUB. | PER HOUR<br>$ 14.28 | SALARY<br>$ | COMMISSION<br>$ | PIECE RATE/OTHER<br>$ |
|---|---|---|---|---|
| If salaried, how many days/hours were you required to work each week or pay period? | | What was/is your job title?<br>Phlebotimist / Lab asistant | | |

### EMPLOYER INFORMATION

| BUSINESS NAME:<br>Henry Ford Medical Labortory | TYPE OF BUSINESS:<br>62 Health Care and Social Assistance |
|---|---|
| BUSINESS ADDRESS (STREET NUMBER AND NAME):<br>2799 West Grand Blvd | |
| CITY, STATE, ZIP:<br>Detroit, MI 48202 | COUNTY<br>wayne |

| TELEPHONE NUMBER: | FAX NUMBER: | EMAIL OR WEBSITE ADDRESS OF EMPLOYER (IF KNOWN):<br>jhood1@hfhs.org |
|---|---|---|
| NAME OF PERSON IN CHARGE OF DAY-TO-DAY OPERATIONS:<br>Jill Hood | | LIST THE APPROXIMATE NUMBER OF EMPLOYEES:<br>23000 |

Was Your Employment Governed by One or More Employers? If so, list below the additional employer's name, address, city, state, zip code, and telephone number or attach an addiitional sheet listing the information.

**THE CLAIM WILL BE RETURNED IF A CLAIM AMOUNT AND A CLAIM PERIOD ARE NOT PROVIDED.**
**Filing this complaint does not guarantee payment or a finding in your favor.**
**Please provide documentation to substantiate your claim, for example, pay stubs, time sheets, written policies and ect.**

| Your Reason for Filing this Claim | Period Claimed Month/Day/Year | to | Month/Day/Year | Calculate Amount Claimed (Attach additional sheets if necessary) | Amount Claimed |
|---|---|---|---|---|---|
| **WAGES** | | | | from 5/16/2011 to around 5/16/2012 everyone was taking an hour lunch, and was paid for a half hour of that, I never got a lunch and they still took out 1/2 everyday from my check, I was working from 7:30 am to 6 pm with no breaks or lunches but they still took it out of my pay check so for the first year 200 days at time and a half for one hour that is 200 x 14 ..28 + over time of 7.14 = 21.42 x 200 = 4,282 then from 5/17/2012 to 2/25/2014 they made lunches 30 minutes, across the board in my department, except I never got one and they continue to take 30 minutes out of my check everyday, even though I never get a break or lunch so for those extra 400 days at time and a half .... 0.30 x 400 = 120 x 21.42 is 2,570.40 for a total asking amount of 6,852.40 | |
| Hourly Wages | 5/16/2011 | | 02/25/2014 | | 14.28 |
| Salary | / / | | / / | | |
| Commissions (Provide list of commissions) | / / | | / / | | |
| Piece Rate/Other | / / | | / / | | |
| Unauthorized Deductions | / / | | / / | | |
| **FRINGE BENEFITS** (Provide written policy or contract) | | | | | |
| Vacation Pay | / / | | / / | | |
| Paid Time Off | / / | | / / | | |
| Holiday Pay | / / | | / / | | |
| Sick Pay | / / | | / / | | |
| Expense Reimbursement (Provide list of expenses) | / / | | / / | | |
| Bonus (List type of bonus) | / / | | / / | | |
| MINIMUM WAGE | / / | | / / | | |
| OVERTIME | / / | | / / | | |
| **TOTAL GROSS (before tax deductions) AMOUNT CLAIMED** | | | | | 6852.40 |

| | YES | NO |
|---|---|---|
| Are you filing a complaint for pay stubs or wage statements you did not receive?<br>If yes, please list dates you did not receive a pay stub or wage statement<br>I have been employed by Henry ford since 5/16/2011 I have had a lunch maybe ten times in those almost three years, | X | |

### PLEASE ANSWER THE FOLLOWING

| | YES | NO |
|---|---|---|
| Have you filed a law suit against the employer on the issues of this claim? | | X |
| If claiming fringe benefits, was a written policy or contract in effect during your employment? If yes, please provide a copy of the written policy or contract. | | X |
| Does the business make more than $500,000/year or transport goods outside of Michigan? | | X |
| Was your employment covered by a union contract? If yes, please submit a copy of the contract. | | X |

**CERTIFICATION** I certify that to the best of my knowledge and belief, this is a true statement of wages and/or fringe benefits due me. I will inform the department if any of the following occur: Change of name, address, and/or telephone number for myself and/or employer, or a direct payment or settlement of the claim.

| Signature of Complainant: | DATE: |
|---|---|

NO ADDITIONAL INFORMATION WILL BE SENT

| ONLINE REFERENCE NUMBER: 586-843-6020 | DATE: 02/27/2014 |
|---|---|