UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

                    Plaintiff(s),

v.                                      Case No. 2:14–cv–11916–GCS–SDD
                                                                             Hon. George Caram Steeh

Henry Ford Hospital,

                    Defendant(s),
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                    s/George Caram Steeh
                                                    George Caram Steeh
                                                    United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    s/M. Beauchemin
                                                    Case Manager

Dated:  January 19, 2016