**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Natalie Reeser,

    Plaintiff,

v.

Henry Ford Hospital, et al,

    Defendants.     /

Case Number: 14-11916

District Judge George Caram Steeh

Magistrate Judge Mona K. Majzoub

## NOTICE AND ORDER TO APPEAR FOR SETTLEMENT CONFERENCE

You are hereby notified to appear before the Honorable Mona K. Majzoub, United States Magistrate Judge for the above proceeding on:

| DATE | TIME | ROOM |
|---|---|---|
| March 10, 2016 | At 1:30 pm | Theodore Levin U.S. Courthouse<br>231 W. Lafayette, Room 642<br>Detroit, Michigan 48226 |

*Each party and each party's trial counsel is ordered to be personally present at the settlement conference. Each party's representative with <u>ultimate</u> settlement authority is also ordered to attend. Any party and/or any party's representative with ultimate settlement authority who fails to attend in person will be held in <u>contempt</u> of this court.

**Each Party to submit concise written statement (not to exceed 3 pages) of the 1.) Disputed facts, 2.) Undisputed facts and 3.) Legal issues (citing the supporting legal authority of each issue) to be considered for purposes of settlement.

***Submit via email or fax (email address and fax number listed below) to Chambers Room 651 by noon, March 3, 2016.*

Dated:   January 21, 2016

    s/ Mona K. Majzoub
    **UNITED STATES MAGISTRATE JUDGE**

## PROOF OF SERVICE

I hereby certify that a copy of this Notice was served upon Counsel of Record on this date.

    s/ Lisa C. Bartlett
    Case Manager
    Lisa_Bartlett@mied.uscourts.gov
    313-234-5206 Desk,  313-234-5495 (Fax)