Defendant's Motion In Limine To Strike Plaintiff's Claim For Punitive Damages Pursuant To The FLSA And Exclude Any Evidence Relating To Punitive Damages

Index of Exhibits

1. Offer Letter