Defendant's Motion To Strike Plaintiff's Claim For Backpay Or In The Alternative, To Preclude Plaintiff From Introducing Evidence Of Lost Wages

<u>Index of Exhibits</u>

A. LARA Records

B. Deposition Transcript Excerpts of Natalie Reeser, dated March 23, 2015

C. Leelin Home Health Care records excerpts

D. *Logan v Frederico Pena*, No. 91-2389-JWL, 1993 WL 62316 (D. Kan. Feb. 9, 1993)