**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HEALTH SYSTEM**
**d/b/a HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Mona K. Majzoub

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Richard G. Mack, Jr. (P58657) | Terrance J. Miglio (P30541) |
| Keith D. Flynn (P74192) | Barbara E. Buchanan (P55084) |
| Adam C. Graham (P79361) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 39500 High Pointe Blvd., Ste. 350 |
| 600 W. Lafayette Blvd., 4th Floor | Novi, MI  48375 |
| Detroit, MI  48226-0840 | (248) 567-7828 |
| (313) 964-4454 | |

## INDEX OF EXHIBITS

Exhibit A:   Deposition of Natalie Reeser

Exhibit B:   *Anderson v. Abercrombie & Fitch Stores, Inc.*, No. 06CV991-WQH (BLM), 2007 WL 1994059 (S.D. Cal. July 2, 2007)

Exhibit C:   *Dawson v. Burnett*, No. 1:08-CV-363, 2010 WL 2232266 (W.D. Mich. June 3, 2010)

Exhibit D:   *Barrett v. Detroit Heading, LLC*, No. 05-72341; 2006 WL 2310451 (E.D. Mich. Aug. 9, 2006)

Exhibit E:   Deposition of Jill Hood

Exhibit F:   Deposition of Fiona Bork

Exhibit G:   Plaintiff's Complaint and Jury Demand in *Reeser v. Jeffrey Automotive Group, LLC*

Exhibit H: *Mitchell v. Cnty of Wayne*, No. 05-73698; 2007 WL 850997 (E.D. Mich. Mar 16, 2007)

Exhibit I: *Compton v. Pass*, No. 260362; 2010 WL 1050330 (Mich. Ct. App. Mar 23, 2010)

Exhibit J: *Ross v. Am Red Cross*, No. 12-4312; 2014 WL 289430 (6th Cir. Jan. 27, 2014)

Exhibit K: Motion of Law Office of Nanette L. Korpi, P.L.C. to Withdraw as Attorneys for Plaintiff Natalie Reeser

Exhibit L: *Vaughn v. Target Corp.*, No. 3:13-CV-521-DJH, 2015 WL 632255 (W.D. Ky. Feb. 13, 2015)

Exhibit M: *Stewart-Patterson v. Celebrity Cruises, Inc.*, No. 12-20902-CIV, 2012 WL 6061750 (S.D. Fla. Dec. 6, 2012)

Exhibit N: *Walker v. Casey's Gen. Stores, Inc.*, No. 07-3229, 2009 WL 4923385 (C.D. Ill. Dec. 9, 2009)