# EXHIBIT K



**STATE OF MICHIGAN**
**MACOMB COUNTY CIRCUIT COURT**

NATALIE REESER
        Plaintiff,

v.

                                       CASE NO: 09-1589-CD
                                       HON.: Diane Druzinski

JEFFREY AUTOMOTIVE GROUP, LLC,
JEFFREY BUICK-NISSAN, INC.,
CHRISTINA BRIGGS, AND
CHRISTOPHER BROADNAX
        Defendants.



Law Offices of Nanette L. Korpi, P.L.C.
Nanette L. Korpi, Esq. (P43049)
Attorney for Plaintiff
29820 Telegraph Road
Southfield, MI 48034
Tel: (248) 358-1747
Fax: (248) 358-4877

---

## MOTION OF LAW OFFICES OF NANETTE L. KORPI, P.L.C. TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF NATALIE REESER

    Now comes the Law Offices of Nanette L. Korpi, P.L.C. and for this its Motion to Withdraw as Attorneys for Plaintiff Natalie Reeser states as follows:

1. This case arises out of the termination of Natalie Reeser's employment by the Jeffery Automotive car dealership.

2. In discussing and analyzing the case it has become clear that Plaintiff Natalie Reeser and her attorneys the Law Offices of Nanette L. Korpi, P.L.C. have a difference in opinion regarding the exposure and potential value of Ms. Reeser's case.

3. The difference in opinion regarding Plaintiff's case between Ms. Natalie Reeser and the Law Offices of Nanette L. Korpi, P.L.C. will make it very difficult for the Law Offices of Nanette L. Korpi, P.L.C. to continue with the representation of



Ms. Reeser and to fulfill its obligations to communicate with Ms. Reeser as set forth in the Michigan Rules of Professional Conduct 1.4.

4. Michigan Rules of Professional Conduct allow a lawyer to withdraw from representation of a client if there is no material adverse affect on the interest of the client and if good cause for withdrawal exists.

5. In the instant case, good cause for withdrawal exists in that Plaintiff Natalie Reeser and the Law Offices of Nanette L. Korpi, P.L.C., after review and analysis of the case have a difference of opinion regarding strategy and evaluation of Ms. Reeser's matter.

6. Further, this withdraw will not be materially adverse to Ms. Reeser. This case is only recently been filed and is in the very early stages. Ms. Reeser has been informed by the Law Offices of Nanette L. Korpi, P.L.C. that there has arisen a difference of opinion and she needs to seek new counsel. See Exhibit 1. Given the fact that the case is relatively recent Ms. Reeser has ample opportunity to seek new counsel.

WHEREFORE, the Law Offices of Nanette L. Korpi, P.L.C. respectfully request this Honorable Court grant their Motion to Withdraw as Attorneys for Plaintiff Natalie Reeser.

Respectfully Submitted,

Law Offices of Nanette L. Korpi, PLC

By: _____
Nanette L. Korpi (43049)
29820 Telegraph Road
Southfield, MI 48034
(248) 358-1747

Dated: May 19, 2009

# THE LAW OFFICES OF NANETTE L. KORPI, P.L.C.
## Attorneys and Counselors at Law

Nanette L. Korpi, Esq.

**Main Office**

29820 Telegraph Road
Southfield, Michigan 48034
(248) 358-1747– Phone
(248) 358-4877– Fax

May 6, 2009

Ms. Natalie Reeser
31865 Nardelli
Roseville, MI 48066

Dear Ms. Reeser:

    This letter is pursuant to our telephone conversation of May 5, 2009. In that conversation, you had discussed with me that you believed that your case had a high settlement value based upon the information which you had against Jeffery Automotive and you were looking to obtain approximately $150,000.00. As I explained to you, in my opinion there are certain issues with your case, including the need to prove that your termination was based in whole or in part on your refusal to falsify documents rather than any other reason.

    As we discussed, we do have a disagreement regarding our opinions of your case and the likely value of your case. As I explained to you, because of this difference in opinion I find it necessary to exercise the rights under the Agreement for Legal Service and inform you that the Law Offices of Nanette L. Korpi, P.L.C. will be withdrawing from your representation. I will be filing a Motion to Withdraw to be heard by the Judge in your case Diane Druzinski on May 26, 2009. At that time I will be requesting that Judge Druzinski allow my offices to withdraw from the representation and to allow you adequate time to find a new attorney.

    As we discussed, the Complaint in your matter has been filed in the Macomb County Circuit Court naming as Defendant Christopher Broadnax, Christina Briggs, Jeffery Automotive Group, LLC and Jeffery Buick Nissan, Inc. **As I explained to you, the Summons will expire on July 6, 2009 meaning the Defendants will need to be served with Summons and Complaint before that date.** I had asked if you wanted my offices to serve this Summons in order to ensure that they were served prior to July 6, 2009. You instructed me that you did not want my offices to serve the Summons since you will be in the process of seeking a new attorney. I am also returning to you, all materials, including notes in your file. I am retaining copies of all of these materials for my records.

    I would advise that you begin seeking a new attorney as soon as possible in order not to miss any deadlines, including the July 6, 2009 deadline.

Ex. 1

Ms. Natalie Reeser
Page 2 of 2

There was a charge in your case of $235.00 to file the Complaint and I am enclosing a copy of the receipt for the filing fee. There is also a charge of $16.70 (334 copies at .05 cents per page) for the copies of your file. Please send a check for $251.70 to my offices upon receipt of this letter.

Thank you for your attention to this matter.

Very truly yours,

Nanette L. Korpi, Esq.
Law Offices of Nanette L. Korpi, P.L.C.
NLK/mlp

STATE OF MICHIGAN
MACOMB COUNTY CIRCUIT COURT

NATALIE REESER
        Plaintiff,                                  CASE NO.:09-1589-CD

v.                                              HON.: Diane Druzinski

JEFFREY AUTOMOTIVE GROUP, LLC,
JEFFREY BUICK-NISSAN, INC.,
CHRISTINA BRIGGS, AND
CHRISTOPHER BROADNAX
        Defendants.

---

Law Offices of Nanette L. Korpi, P.L.C.
Nanette L. Korpi, Esq. (P43049)
Attorney for Plaintiff
29820 Telegraph Road
Southfield, MI 48034
Tel: (248) 358-1747
Fax: (248) 358-4877

---

## BRIEF IN SUPPORT OF LAW OFFICES OF NANETTE L. KORPI, P.L.C.'S MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF NATALIE REESER

      Now comes the Law Offices of Nanette L. Korpi, P.L.C. and for this its Brief in Support of Law Offices of Nanette L. Korpi, P.L.C.'s Motion to Withdraw as Attorneys for Plaintiff Natalie Reeser states that it relies upon the facts and law as more fully set forth in Law Offices of Nanette L. Korpi, P.L.C.'s Motion to Withdraw as Attorneys for Plaintiff Natalie Reeser.

      WHEREFORE, the Law Offices of Nanette L. Korpi, P.L.C. respectfully request this Honorable Court grant their Motion to Withdraw as Attorneys for Plaintiff Natalie Reeser.

                                  Respectfully Submitted,

                                  Law Offices of Nanette L. Korpi, PLC

                                  By:

                                      Nanette L. Korpi (43049)
                                      29820 Telegraph Road
                                      Southfield, MI 48034
                                      (248) 358-1747

Dated: May 19, 2009

## STATE OF MICHIGAN
## MACOMB COUNTY CIRCUIT COURT

NATALIE REESER
           Plaintiff,

v.

JEFFREY AUTOMOTIVE GROUP, LLC,
JEFFREY BUICK-NISSAN, INC.,
CHRISTINA BRIGGS, AND
CHRISTOPHER BROADNAX
           Defendants.

CASE NO.: 09-1589-CD
HON.: Diane Druzinski

---

Law Offices of Nanette L. Korpi, P.L.C.
Nanette L. Korpi, Esq. (P43049)
Attorney for Plaintiff
29820 Telegraph Road
Southfield, MI 48034
Tel: (248) 358-1747
Fax: (248) 358-4877

---

### PROOF OF SERVICE

Now comes the undersigned and states that she caused the Law Offices of Nanette L.

Korpi, P.L.C.'s Motion to Withdraw as Attorneys for Plaintiff Natalie Reeser, Brief in Support

of Law Offices of Nanette L. Korpi, P.L.C.'s Motion to Withdraw as Attorneys for Plaintiff

Natalie Reeser, Notice of Hearing and this Proof of Service to be hand delivered to:

Ms. Natalie Reeser
31865 Nardelli
Roseville, MI 48066

           Nanette L. Korpi, Esq.

Dated: May 19, 2009

STATE OF MICHIGAN
MACOMB COUNTY CIRCUIT COURT

NATALIE REESER
      Plaintiff,
                                    CASE NO.: 09-1589-CD
v.                                   HON.: Diane Druzinski

JEFFREY AUTOMOTIVE GROUP, LLC,
JEFFREY BUICK-NISSAN, INC.,
CHRISTINA BRIGGS, AND
CHRISTOPHER BROADNAX
      Defendants.

---

Law Offices of Nanette L. Korpi, P.L.C.
Nanette L. Korpi, Esq. (P43049)
Attorney for Plaintiff
29820 Telegraph Road
Southfield, MI 48034
Tel: (248) 358-1747
Fax: (248) 358-4877

---

### NOTICE OF HEARING

    Please take notice that the Law Offices of Nanette L. Korpi, P.L.C.'s Motion to

Withdraw as Attorneys for Plaintiff Natalie Reeser will be heard before the Honorable Diane

Druzinski on Tuesday, June /i, 2009 at 8:30 a.m. or as soon thereafter as counsel may be heard.

                                         Respectfully Submitted,

                                       Law Offices of Nanette L. Korpi, PLC

                                    By:

                                      Nanette L. Korpi (43049)
                                      29820 Telegraph Road
                                      Southfield, MI 48034
                                      (248) 358-1747

Dated: May 19, 2009

STATE OF MICHIGAN
COUNTY OF MACOMB
CIRCUIT COURT
CIVIL/CRIMINAL DIVISION

# ORDER

Case No.

**09-1589-cd**

| | | | | |
|---|---|---|---|---|
| **Natalie Reeser** | Plaintiff(s) | Attorney: | **Nanette L. Korpi** | P# **43049** |
| vs | | | | |
| **Jeffrey Automotive Grpup, LLC** | Defendant(s) | Attorney: | | P# |

At a session of the Court, held on     **June 1, 2009**

### ORDER OF   WITHDRAWAL OF COUNSEL

Title of Order

**IT IS ORDERED:**

**The Law Offices of Nanette L. Korpi, PLC's Motion to Withdraw as counsel for plaintiff Natalie Reeser is granted. No status conference has been set since Defendants have not been served with the Complaint. Natalie reeser's last known address and phone number is 31865 Nardelli Roseville, MI 48066, phone number 586-843-6020**

_Diane M. Druzinski_

**DIANE M. DRUZINSKI**                    CIRCUIT JUDGE

Approved as to form and substance by:

_____
Signature of attorney(s) for plaintiff(s)

_____
Signature of attorney(s) for defendant(s)

_____
Signature of attorney(s) for plaintiff(s)

_____
Signature of attorney(s) for defendant(s)

(9/24/04)

| STATE OF MICHIGAN<br>COUNTY OF MACOMB<br>16TH JUDICIAL CIRCUIT COURT | ORDER OF DISMISSAL FOR<br>NON-SERVICE | Case Number:<br><br>2009-001589-CD |
|---|---|---|

| Plaintiff Name:<br><br>NATALIE REESER | v | Defendant Name:<br><br>JEFFREY AUTOMOTIVE GROUP, LLC et al |
|---|---|---|

40 N. Main   Mt. Clemens, MI 48043                    Phone:  (586) 469-5133

The court records disclose that the defendant(s) have not been timely served with process according to court rule MCR 2.102(E)(2).

**IT IS ORDERED** that this case is dismissed without prejudice as to all parties.


Date:  7/22/09                         DIANE M DRUZINSKI
                                       Circuit Judge


File Copy