UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

                Plaintiff(s),

v.                                      Case No. 2:14–cv–11916–GCS–SDD
                                         Hon. George Caram Steeh

Henry Ford Hospital,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 236. The following motion(s) are scheduled for hearing:

        Motion to Strike – #69
        Motion to Strike – #70
        Motion in Limine – #71
        Motion in Limine – #72

- RESPONSE DUE: March 24, 2016

- REPLY DUE: April 8, 2016

- MOTION HEARING: April 21, 2016 at 09:30 AM

**ADDITIONAL INFORMATION:** Courtesy copies required ONLY if pleading (including exhibits) exceed 20 pages

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/M. Beauchemin
                                                          Case Manager

Dated: March 15, 2016