# DEPOSITION EXCERPTS



# TRI-COUNTY COURT REPORTERS, INC.

(248)608-9250 Fax (248)608-9252
www.tri-countycourtreporters.com

## Transcript of the Testimony of
## Natalie Reeser

**Date:** March 30, 2015
**Volume:** I

**Case:** Reeser v. Henry Ford Hospital

Printed On: May 11, 2015

Tri County Court Reporters

Natalie Reeser
3/30/2015

Page 12

1  Q    What's the address for Carlyle Place?
2  A    It's right next-door to the Clinton Township location.
3       I'm not sure.
4  Q    And how long did you live there?
5  A    Two years.  And I lived there alone.
6  Q    Currently employed?
7  A    Yes.
8  Q    By whom?
9  A    Leland Home Healthcare.
10 Q    And what do you do for Leland Home Healthcare?
11 A    I'm a home health aide.
12 Q    How much do you make an hour?
13 A    $9.
14 Q    How long have you been working there?
15 A    Since the middle of January.
16 Q    Middle of January?
17 A    2015.
18 Q    Who is your supervisor?
19 A    Couldn't tell you.
20 Q    You don't know your supervisor's name?
21 A    Nope.
22 Q    Who gave you assignments?
23 A    I have the same assignment every day.
24 Q    Who --
25 A    It -- My schedule never changes.  They gave me a schedule

Tri-County  Court  Reporters
248-608-9250

Natalie Reeser
3/30/2015

Page 13

| | | |
|---|---|---|
| 1 | | when I first started there and I've done it ever since. |
| 2 | Q | Who gave you the schedule? |
| 3 | A | Her name is Gwen. |
| 4 | Q | How many hours a week do you work for Leland? |
| 5 | A | Between 9 to 18. |
| 6 | Q | 9 to 18 hours per week? |
| 7 | A | Yep. |
| 8 | Q | That's the only employment you have right now? |
| 9 | A | Correct. |
| 10 | Q | And before you worked at Leland where did you work? |
| 11 | A | Quest Diagnostics. |
| 12 | Q | Which location? |
| 13 | A | East China. |
| 14 | Q | And what did you do for Quest Diagnostics? |
| 15 | A | I was a phlebotomist. |
| 16 | Q | And what was your hourly rate there? |
| 17 | A | $15 an hour. |
| 18 | Q | How long did you work there? |
| 19 | A | Six months. |
| 20 | Q | Starting when? |
| 21 | A | My last day -- It had to have been June.  June, because |
| 22 | | my last day was the last day of the year, December 31st. |
| 23 | Q | June 2014? |
| 24 | A | Hm-hmm.  Yes.  I'm sorry. |
| 25 | Q | And how many hours a week did you work for Quest |

Tri-County Court Reporters
248-608-9250

Natalie Reeser
3/30/2015

Page 14

1  Diagnostics?
2  A  40.
3  Q  What caused you to leave the employment of Quest
4     Diagnostics?
5  A  I lost my house and my fiance.
6  Q  What do you mean you lost your house?
7  A  The modular home in Richmond was a brand-new home, it was
8     a hefty rent price a month, and due to all the issues I
9     was going through with Henry Ford, it caused a lot of
10    strain on my relationship and it ended and he left me
11    with the house.  I couldn't afford it by myself, so I
12    lost the house.
13 Q  Okay.  So did that mean you had to leave your employment?
14 A  Yeah.  I didn't have a place to live, so I had to move up
15    north where the only place I had to live.
16 Q  Where did you move to?
17 A  My boyfriend's family's house.
18 Q  I thought you said you just had a boyfriend.
19 A  I lost my ex-fiance, which was Joseph Candela.  My
20    boyfriend is Jim Boyer.
21 Q  So when did you lose your fiance, Joseph Candela?
22 A  He left in October of 2014.
23 Q  Okay.  And when did you find a new boyfriend?
24 A  November of 2014.
25 Q  How did you find your new boyfriend?

Natalie Reeser
3/30/2015

Page 17

```
1   A    That was like 850, I believe.
2   Q    And then the next place you lived was where?
3   A    Before that it was Carlyle Place, which is right
4        next-door to the Clinton Township PSC.
5   Q    What were you paying there in rent?
6   A    575 a month, but I lived there alone.
7   Q    Where does your fiance, your ex-fiance, live now?
8   A    He lives in Clinton Township at his parents' house.
9   Q    Is he employed?
10  A    I don't know.
11  Q    Was he employed when you -- Was he employed when he was
12       your fiance?
13  A    Yes.
14  Q    What did he do?
15  A    He was a machinist.
16  Q    Do you know where he worked?
17  A    What's the name of it?  I don't recall the name of the
18       place he works.  Hang on.  Oh, I can see his T-shirts
19       right now, but . . .
20            MR. FLYNN:  If you don't recall, you don't
21       recall.
22            THE WITNESS:  I don't recall.
23  Q    (Continuing by Mr. Miglio):  So if I understand your
24       testimony, you're saying that you had to leave your
25       full-time, 40-hour-a-week job at Quest Diagnostics
```

Page 18

1    because you broke up with your fiance and couldn't afford
2    the modular home you were living in; is that right?
3              MR. FLYNN:  Objection.  Misconstrues the
4    witness' testimony.  You can answer.
5              THE WITNESS:  I had to leave my place of
6    employment because I couldn't find a new place to live
7    during that time, correct.  I had to move up north.
8  Q  (Continuing by Mr. Miglio):  And that was a result of you
9    breaking up with your fiance.
10 A  He broke up with me, sir.
11 Q  All right.  Well, as a result of him, your fiance,
12   breaking up with you --
13 A  Correct.  He paid half the bills.
14 Q  Okay.  So when did you decide that you weren't going to
15   have -- Strike that.
16             When were you asked to move in with Mr. Boyer?
17 A  I didn't.  I asked him if I could move in with him
18   because I didn't have a place to go.
19 Q  So now you're living with Mr. Boyer and you're working
20   for a home healthcare facility at $9 an hour.
21 A  Correct.
22 Q  9 to 18 hours a week?
23 A  Hm-hmm.
24 Q  Is that right?
25 A  Yes.

Natalie Reeser
3/30/2015

Page 19

1  Q    Since leaving your job -- Strike that.
2       And I'm assuming that you voluntarily resigned
3       from your position at Quest Diagnostics?
4  A    I didn't have a choice.
5  Q    You voluntarily -- You submitted a voluntary resignation
6       to them.
7               MR. FLYNN:  Objection.  Asked and answered.
8               MR. MIGLIO:  Submitted a letter of resignation
9       to them?
10              MR. FLYNN:  Objection.  Asked and answered.
11              THE WITNESS:  I had no choice.
12 Q    (Continuing by Mr. Miglio):  Did you submit a letter of
13      resignation?
14 A    I had to move up north.
15              MR. FLYNN:  Objection.  Asked and answered.
16              THE WITNESS:  I didn't have a house.
17 Q    (Continuing by Mr. Miglio):  Did you write, "I hereby
18      resign" or words to that effect?
19              MR. FLYNN:  Objection.  Asked and answered.
20 Q    (Continuing by Mr. Miglio):  Go ahead.  He won't instruct
21      you not to answer.
22              MR. FLYNN:  I didn't.  You can answer.
23              THE WITNESS:  I don't know what else to say.  I
24      answered.
25 Q    (Continuing by Mr. Miglio):  Do you know what a letter of

Page 20

1           resignation is?
2    A      Yeah.
3    Q      What is a letter of resignation?
4    A      Where you write that you no longer want to work for a
5           company or something.
6    Q      Did you submit a letter of resignation to Quest
7           Diagnostics?
8    A      I informed them.  I put my two weeks' notice in, yeah.
9    Q      Okay.  Did you put anything in writing?
10   A      I don't remember if I had to put anything in writing.
11   Q      So when did you first know that you were going to have to
12          leave your residence, the modular home?
13   A      In December.
14   Q      Okay.
15   A      Of 2014.
16   Q      And that was the first time after breaking up with your
17          fiance that you knew you were going to have to leave?
18   A      Correct.  Because I paid two months' rent by myself and I
19          couldn't afford December's -- or January's rent anymore,
20          so.
21   Q      So at the first sign that you knew you had to move out of
22          the modular home where did you first apply for
23          employment?
24   A      My first objection (sic) when I moved out of my modular
25          home was finding a home.

Natalie Reeser
3/30/2015

Page 21

1  Q   Okay.  So that's not what I asked you.  When did you
2      first apply for employment after learning that you had to
3      move out of your modular home?
4  A   You mean after I left Quest?
5  Q   When you learned that you had to move -- In December when
6      you learned that you had to move out of the modular home,
7      when was the first time after you learned that did you
8      apply for employment somewhere?
9  A   Shortly in January.  My last day at Quest was December
10     31st, 2014.
11 Q   And where did you apply for employment?
12 A   MidMichigan Medical Centers, McLaren Health, Gladwin
13     Hospital.  A whole bunch of different places.
14 Q   All right.  Well, you said MidMichigan, what was it,
15     Medical --
16 A   Medical Center.
17 Q   McLaren?
18 A   Hm-hmm.  Yes.
19 Q   Where else?
20 A   Gladwin Hospital and Leland Home Healthcare.
21 Q   Anywhere else that you applied for employment after
22     leaving Quest Diagnostics?
23 A   I'm sure there's more.  I just can't recall the names
24     right now.
25 Q   Where is MidMichigan Hospital or MidMichigan Medical