# EXHIBIT B



Michigan Department of Licensing and Regulatory Affairs
Michigan Occupational Safety and Health Administration
Wage and Hour Program
Audit Form

Claim #:

| Employer Name: | Employee Name: |
|---|---|
| Henry Ford Health System | Natalie Reeser #177607 |
| Address: | Address: |
| City: | City: |
| State:     ZIP | State:     ZIP |
| Records audited: | Last 4 Digits of Social Security #: |
| | Occupation: |
| Employer time, payroll and spreadsheet | Phlebotomis/ Lab Assistant |

| Period Ending: | Name: | Birthdate: | Hours Worked: | Gross Wages Paid: | Check #: | Che |
|---|---|---|---|---|---|---|

Place an "X" in the correct pay period of employee:   Weekly _____   X Biweekly

| (1) Period Ending | (2) Hours Worked Regular | (2) Hours Worked Overtime | (3) Rate of Pay Regular | (3) Rate of Pay Overtime | (4) Regular Wages Earned | (5) Overtime Wages Earned | (6) Total Gross Earned | (7) Gross Wages Paid | (8) Other (tips) |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2013 | 80 | 3.3 | $14.00 | $21.00 | $1,120.00 | $69.30 | $1,189.30 | $1,118.60 | |
| 3/23/2013 | 80 | 4.1 | $14.00 | $21.00 | $1,120.00 | $86.10 | $1,206.10 | $1,124.20 | |
| 4/6/2013 | 60.2 | | $14.00 | $21.00 | $842.80 | $0.00 | $842.80 | $820.40 | |
| 4/20/2013 | 80 | 4 | $14.00 | $21.00 | $1,120.00 | $84.00 | $1,204.00 | $1,120.00 | |
| 5/4/2013 | 72.5 | 2.3 | $14.00 | $21.00 | $1,015.00 | $48.30 | $1,063.30 | $1,004.50 | |
| 5/18/2013 | 74.5 | 2 | $14.00 | $21.00 | $1,043.00 | $42.00 | $1,085.00 | $1,124.20 | |
| 6/1/2013 | 65.5 | 2 | $14.00 | $21.00 | $917.00 | $42.00 | $959.00 | $903.00 | |
| 6/15/2013 | 76 | | $14.00 | $21.00 | $1,064.00 | $0.00 | $1,064.00 | $1,027.60 | |
| 6/29/2013 | 78 | 2 | $14.00 | $21.00 | $1,092.00 | $42.00 | $1,134.00 | $1,068.20 | |
| 7/13/2013 | 59 | 2 | $14.00 | $21.00 | $826.00 | $42.00 | $868.00 | $812.00 | |
| 7/27/2013 | 73.3 | | $14.00 | $21.00 | $1,026.20 | $0.00 | $1,026.20 | $982.80 | |
| 8/10/2013 | 70.5 | | $14.00 | $21.00 | $987.00 | $0.00 | $987.00 | $940.80 | |
| 8/24/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 9/7/2013 | 66 | | $14.28 | $21.42 | $942.48 | $0.00 | $942.48 | $902.50 | |
| 9/21/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 10/5/2013 | 78.2 | 2 | $14.28 | $21.42 | $1,116.70 | $42.84 | $1,159.54 | $1,089.56 | |
| 10/19/2013 | 73.5 | 2 | $14.28 | $21.42 | $1,049.58 | $42.84 | $1,092.42 | $1,021.02 | |
| 11/2/2013 | 68.5 | 2 | $14.28 | $21.42 | $978.18 | $42.84 | $1,021.02 | $956.76 | |
| 11/16/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 11/30/2013 | 68.5 | 2 | $14.28 | $21.42 | $978.18 | $42.84 | $1,021.02 | $956.76 | |
| 12/14/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| Page 1 Total | 1544.2 | 45.7 | | | $21,807.72 | $969.78 | $22,777.50 | $21,542.50 | $0.00 |

HFH264



**Michigan Department of Licensing and Regulatory Affairs**
**Michigan Occupational Safety and Health Administration**
**Wage and Hour Program**
**Audit Form**

Claim #:

| Employer Name: | Employee Name: |
|---|---|
| Henry Ford Health System | Natalie Reeser #177607 |
| Address: | Address: |
| City: | City: |
| State:  ZIP | State:  ZIP |
| Records audited: | Last 4 Digits of Social Security #: |
| Employer time, payroll and spreadsheet | Occupation: Phlebotomis/ Lab Assistant |

| Period Ending: | Name: | Birthdate: | Hours Worked: | Gross Wages Paid: | Check #: | Che |
|---|---|---|---|---|---|---|

Place an "X" in the correct pay period of employee:   Weekly ___   X Biweekly

| (1) Period Ending | (2) Hours Worked Regular | (2) Hours Worked Overtime | (3) Rate of Pay Regular | (3) Rate of Pay Overtime | (4) Regular Wages Earned | (5) Overtime Wages Earned | (6) Total Gross Earned | (7) Gross Wages Paid | (8) Other (tips) |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2013 | 80 | 3.3 | $14.00 | $21.00 | $1,120.00 | $69.30 | $1,189.30 | $1,118.60 | |
| 3/23/2013 | 80 | 4.1 | $14.00 | $21.00 | $1,120.00 | $86.10 | $1,206.10 | $1,124.20 | |
| 4/6/2013 | 60.2 | | $14.00 | $21.00 | $842.80 | $0.00 | $842.80 | $620.40 | |
| 4/20/2013 | 80 | 4 | $14.00 | $21.00 | $1,120.00 | $84.00 | $1,204.00 | $1,120.00 | |
| 5/4/2013 | 72.5 | 2.3 | $14.00 | $21.00 | $1,015.00 | $48.30 | $1,063.30 | $1,004.50 | |
| 5/18/2013 | 74.5 | 2 | $14.00 | $21.00 | $1,043.00 | $42.00 | $1,085.00 | $1,124.20 | |
| 6/1/2013 | 65.5 | 2 | $14.00 | $21.00 | $917.00 | $42.00 | $959.00 | $903.00 | |
| 6/15/2013 | 76 | | $14.00 | $21.00 | $1,064.00 | $0.00 | $1,064.00 | $1,027.60 | |
| 6/29/2013 | 78 | 2 | $14.00 | $21.00 | $1,092.00 | $42.00 | $1,134.00 | $1,068.20 | |
| 7/13/2013 | 59 | 2 | $14.00 | $21.00 | $826.00 | $42.00 | $868.00 | $812.00 | |
| 7/27/2013 | 73.3 | | $14.00 | $21.00 | $1,026.20 | $0.00 | $1,026.20 | $982.80 | |
| 8/10/2013 | 70.5 | | $14.00 | $21.00 | $987.00 | $0.00 | $987.00 | $940.80 | |
| 8/24/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 9/7/2013 | 66 | | $14.28 | $21.42 | $942.48 | $0.00 | $942.48 | $902.50 | |
| 9/21/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 10/5/2013 | 78.2 | 2 | $14.28 | $21.42 | $1,116.70 | $42.84 | $1,159.54 | $1,089.56 | |
| 10/19/2013 | 73.5 | 2 | $14.28 | $21.42 | $1,049.58 | $42.84 | $1,092.42 | $1,021.02 | |
| 11/2/2013 | 68.5 | 2 | $14.28 | $21.42 | $978.18 | $42.84 | $1,021.02 | $956.76 | |
| 11/16/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 11/30/2013 | 68.5 | 2 | $14.28 | $21.42 | $978.18 | $42.84 | $1,021.02 | $956.76 | |
| 12/14/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| Page 1 Total | 1544.2 | 45.7 | | | $21,807.72 | $969.78 | $22,777.50 | $21,542.50 | $0.00 |

HFH264