# EXHIBIT C

Chocolate Factory Tour Coordinator (23770 Hall Rd.; Clinton Town...

**robot@craigslist.org**                                                   May 11

To  natalie_19_99@yahoo.com

reeserdk@yahoo.com forwarded you this from craigslist

## Chocolate Factory Tour Coordinator

http://detroit.craigslist.org/mcb/mar/4455560672.html

REESER-1

**robot@craigslist.org**

May 11

To  natalie_19_99@yahoo.com

reeserdk@yahoo.com forwarded you this from craigslist:

# Kennel Staff/Dog Attendant

http://detroit.craigslist.org/mcb/lab/4464032583.html

REESER-2

Delete      Move      Spam      More

Experienced Caregiver Positions Open! Macomb & Oakland Countie...

**robot@craigslist.org**                                                    May 11

To  natalie_19_99@yahoo.com

reeserdk@yahoo.com forwarded you this from craigslist

## Experienced Caregiver Positions Open! Macomb & Oakland Counties

http://detroit.craigslist.org/mcb/hea/4458570473.html

REESER-3

**robot@craigslist.org**                                                   May 11

To  natalie_19_99@yahoo.com

reeserdk@yahoo.com forwarded you this from craigslist:

## Recreation Instructor

http://detroit.craigslist.org/mcb/npo/4460835640.html

Delete      Move        Spam        More

## Self Storage Asscociate (Sterling Hieghts)

**robot@craigslist.org**

May 11

To  natalie_19_99@yahoo.com

reeserdk@yahoo.com forwarded you this from craigslist

## Self Storage Asscociate

http://detroit.craigslist.org/mcb/csr/4460269084.html

REESER-5

Kitchen Positions Hiring at Wabeek CC (Oakland County)

robot@craigslist.org                                                    May 11

To  natalie_19_99@yahoo.com

reeserdk@yahoo.com forwarded you this from craigslist:

# Kitchen Positions Hiring at Wabeek CC

http://detroit.craigslist.org/okl/fbh/4465465552.html

Delete     Move        Spam        More

Comerica Park – Servers/Bartenders (SPORTSERVICE – Comerica Park)

**robot@craigslist.org**                                                                        May 11

To  natalie_19_99@yahoo.com

reeserdk@yahoo.com forwarded you this from craigslist

# Comerica Park - Servers/Bartenders

http://detroit.craigslist.org/wyn/fbh/4465232723.html

Delete     Move        Spam        More

## View this posting on MiTalent.org

webnoreply@michigan.gov                                                    May 13

To: natalie-19-99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title - Lab Assistant (St John Macomb - Laboratory FT/Days)
Link - https://jobs.mitalent.org/job-seeker/job-details/1638633

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

andidate Confirmation at St. John Providence Health System

**Worklife Services**                                                   May 14

To  natalie_19_99@yahoo.com    Natalie Reeser

Req. Number: 0170364159a

Dear Natalie K Reeser,

Thank you for applying to the position of **Lab Assistant (St John Macomb - Laboratory FT/Days)** at St. John Providence Health System, one of the 101 Best & Brightest Companies to work for in Metro Detroit.  Our vision is to provide the highest quality patient care experience everyday, everywhere, for everyone, and we do this by recruiting and retaining top caliber associates.

**Worklife Services**                                                    May '14

To  natalie_19_99@yahoo.com    Natalie Reeser

Req. Number: 01702170656

Dear Natalie K Reeser,

Thank you for applying to the position of **Lab Assistant - Phlebotomist (St. John Health - Outreach/Draw Sites FT/Days)** at St. John Providence Health System, one of the 101 Best & Brightest Companies to work for in Metro Detroit.  Our vision is to provide the highest quality patient care experience everyday, everywhere, for everyone, and we do this by recruiting and retaining top caliber associates.

REESER-10

Candidate Confirmation at St. John Providence Health System

**Worklife Services**                                                        · May 14

To  natalie_19_99@yahoo.com    Natalie Reeser

Req. Number: 0170368124

Dear Natalie K Reeser,

Thank you for applying to the position of **Lab Assistant (St John Macomb - Laboratory CT/Days)** at St. John Providence Health System, one of the 101 Best & Brightest Companies to work for in Metro Detroit.  Our vision is to provide the highest quality patient care experience everyday, everywhere, for everyone, and we do this by recruiting and retaining top caliber associates.

**Worldlife Services**                                                       May 14

To  natalie_19_99@yahoo.com    Natalie Reeser

Req. Number: 01701070656

Dear Natalie K Reeser,

Thank you for applying to the position of **Lab Assistant (SJHMC - Specimen Processing FT/Aftn-Evenings)** at St. John Providence Health System, one of the 101 Best & Brightest Companies to work for in Metro Detroit.  Our vision is to provide the highest quality patient care experience everyday, everywhere, for everyone, and we do this by recruiting and retaining top caliber associates.

REESER-12

didate Confirmation at St. John Providence Health System

Worklife Services                                                                                    May 14

To  natalie_19_99@yahoo.com     Natalie Reeser

Req. Number: 0170312209

Dear Natalie K Reeser,

Thank you for applying to the position of **Lab Tech I (SJH&MC - J Clinical Lab FT/MN)** at St. John Providence Health System, one of the 101 Best & Brightest Companies to work for in Metro Detroit.  Our vision is to provide the highest quality patient care experience everyday, everywhere, for everyone, and we do this by recruiting and retaining top caliber associates.

Please note that submitting an employment application is the first step in our employment screening process.  A SJPHS representative will thoroughly review your application to determine whether you will proceed to the next step.  If selected, you will be contacted via email or telephone and given further instruction regarding completing the next step in our process.

The SJPHS representatives are unable to provide you with an application status update over the telephone, but you may review your submission status online. Please select the "my JobPage" tab upon logging into your online profile and scroll down to view the "Completed Submissions" heading.  This heading precedes a listing of applications you have submitted and a submission status is listed underneath each application.  This page is currently updated to reflect any new status updates that may occur.

Thank you for considering SJPHS as your future employer, and we look forward to working with you.


Sincerely,
Human Resources
St. John Providence Health System


Replies to this message are undeliverable and will not reach Human Resources. Please do not reply.

Delete    Move       Spam       More

## SJPHS - Skills Assessment - Laboratory Support

**Worklife Services**                                                           May 21

To natalie_19_99@yahoo.com

Dear Natalie K Reeser,

This is an invitation to take our brief skills assessment, "Laboratory Support." Please visit the following link: http://es.eskill.com/es/quiz/?testId=b30d4634d0b22abf

The test will begin only after you've logged in and read the Directions.  Alternatively, you can go to http://www.eskill.com/ and under "Here for a Test?" click Enter.  Then provide the following ID b30d4634d0b22abf.

St John Providence Health System is a great place to work and grow professionally – thanks again for considering us as your future employer.

Best regards,

Talent Center – Human Resources
St John Providence Health System
www.stjohnprovidence.org

(Replies to this message are undeliverable and will not reach Human Resources.  Please do not reply.)

## Thank you for applying at Shelby Crossing Health Campus

autoreply@icims.com                                                      Jun 2

To  natalie_19_99@yahoo.com

Dear Natalie,

Thank you very much for your recent resume submission to Trilogy Health Services. Your information will be
reviewed by our recruiting staff, and we will contact you soon, should we feel that your background meets
our current needs. If you have not completed our full employment application, we encourage you to do so,
at your convenience.

https://trilogyhs.icims.com/forms?form=Application_for_Employment&item=127373

Sincerely,

**Trilogy Recruiting Team**

REESER-15

ew this posting on MiTalent.org

**webnoreply@michigan.gov**                                    Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title - Collections Tech I Macomb Oakland County Territor
Link - https://jobs.mitalent.org/job-seeker/job-details/1658262

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

# View this posting on MiTalent.org

webnoreply@michigan.gov                                                    Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title – Experienced Phlebotomist
Link – https://jobs.mitalent.org/job-seeker/job-details/1673544

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

iew this posting on MiTalent.org

webnoreply@michigan.gov                                              Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title - Cake Decorator – 26 Mile Rd, Washington Twp MI
Link – https://jobs.mitalent.org/job-seeker/job-details/1661445

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

REESER-18

View this posting on MiTalent.org

webnoreply@michigan.gov                                                    Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title – RESERVATIONS AGENT
Link – https://jobs.mitalent.org/job-seeker/job-details/1668534

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

Delete    Move    Spam    More

## View this posting on MiTalent.org

**webnoreply@michigan.gov**                                            Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title – Activity Assistant
Link – https://jobs.mitalent.org/job-seeker/job-details/1668116

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

**webnoreply@michigan.gov**                                                                 Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title – Administration Assistant
Link – https://jobs.mitalent.org/job-seeker/job-details/1677899

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

**webnoreply@michigan.gov**                                                      Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title - After Hours Coordinator
Link - https://jobs.mitalent.org/job-seeker/job-details/1405768

Thank you,
Pure Michigan Talent Connect
www.mitalent.org

webnoreply@michigan.gov                                          Jun 1

To  natalie_19_99@yahoo.com

Hello,

The below job has been recommended for you.

Job Title – Photo Lab Technician
Link – https://jobs.mitalent.org/job-seeker/job-details/1678597

Thank you;
Pure Michigan Talent Connect
www.mitalent.org

REESER-23

**jobs@cslplasma.etracksystem.net**                                                    Mar 7

To  natalie_19_99@yahoo.com

Dear Natalie Reeser,

Thank you for applying to the Phlebotomist **(Part Time)** position in the  Roseville 077 location.

Your assessment has been successfully completed.  Due to the high volume of applications we receive, your
application will be reviewed and only those candidates whose qualifications best match our needs will be
contacted.

In the event there is not a current opening for the position you are interested, your information will be retained
for future openings.

We appreciate your interest in CSL Plasma.

Delete       Move          Spam          More

## CSL Plasma – Your Assessment has been successfully completed!

jobs@cslplasma.etracksystem.net                                        Mar 7

To  natalie_19_99@yahoo.com

Dear Natalie Reeser,

Thank you for applying to the Phlebotomist **(Full Time)** position in the  Pontiac 121 location.

Your assessment has been successfully completed.  Due to the high volume of applications we receive, your application will be reviewed and only those candidates whose qualifications best match our needs will be contacted.

In the event there is not a current opening for the position you are interested, your information will be retained for future openings.

We appreciate your interest in CSL Plasma.

REESER-25

Natalie K. Reeser                                                    Mar 18

To  mlandrum@cashischool.com    Natalie 19_99

Hello,

Please See Attached Resume, I am perfect for this Position.

Thank you.

Natalie Reeser