# EXHIBIT D

# EMPLOYEE PAY HISTORY

| From | To |
|---|---|
| 01/01/2014 | 12/31/2014 |

**REESER, NATALIE K.**      383048156

| 2010000551 | | 06/20/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 37.50 | 525.00 | |
| FI | FICA DEDUCTION | | | 0.00 | 32.55 | |
| MD | MEDICARE DEDUCTION | | | 0.00 | 7.61 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | | 0.00 | 52.57 | |
| SW | STATE WITHHOLDING DEDUCTION | | | 0.00 | 19.08 | |
| NET | NET PAY PAYMENT | | | 0.00 | 413.19 | 21829 |

| 2010000552 | | 06/27/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 39.00 | 546.00 | |
| FI | FICA DEDUCTION | | | 0.00 | 33.85 | |
| MD | MEDICARE DEDUCTION | | | 0.00 | 7.92 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | | 0.00 | 55.72 | |
| SW | STATE WITHHOLDING DEDUCTION | | | 0.00 | 19.98 | |
| NET | NET PAY PAYMENT | | | 0.00 | 428.53 | 21928 |

| 2010000554 | | 07/03/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 37.50 | 525.00 | |
| FI | FICA DEDUCTION | | | 0.00 | 32.55 | |
| MD | MEDICARE DEDUCTION | | | 0.00 | 7.61 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | | 0.00 | 52.57 | |
| SW | STATE WITHHOLDING DEDUCTION | | | 0.00 | 19.08 | |
| NET | NET PAY PAYMENT | | | 0.00 | 413.19 | 22033 |

| 2010000556 | | 07/11/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 31.50 | 441.00 | |
| FI | FICA DEDUCTION | | | 0.00 | 27.34 | |
| MD | MEDICARE DEDUCTION | | | 0.00 | 6.39 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | | 0.00 | 39.97 | |
| SW | STATE WITHHOLDING DEDUCTION | | | 0.00 | 15.51 | |
| NET | NET PAY PAYMENT | | | 0.00 | 351.79 | 22142 |

| 2010000557 | | 07/18/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 37.25 | 521.50 | |
| FI | FICA DEDUCTION | | | 0.00 | 32.33 | |
| MD | MEDICARE DEDUCTION | | | 0.00 | 7.56 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | | 0.00 | 52.05 | |
| SW | STATE WITHHOLDING DEDUCTION | | | 0.00 | 18.94 | |
| NET | NET PAY PAYMENT | | | 0.00 | 410.62 | 22247 |

| 2010000558 | | 07/25/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 37.75 | 528.50 | |
| FI | FICA DEDUCTION | | | 0.00 | 32.77 | |
| MD | MEDICARE DEDUCTION | | | 0.00 | 7.66 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | | 0.00 | 53.10 | |
| SW | STATE WITHHOLDING DEDUCTION | | | 0.00 | 19.23 | |
| NET | NET PAY PAYMENT | | | 0.00 | 415.74 | 22349 |

| 2010000561 | | 08/01/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 35.25 | 493.50 | |
| FI | FICA DEDUCTION | | | 0.00 | 30.60 | |
| MD | MEDICARE DEDUCTION | | | 0.00 | 7.16 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | | 0.00 | 47.85 | |
| SW | STATE WITHHOLDING DEDUCTION | | | 0.00 | 17.75 | |
| NET | NET PAY PAYMENT | | | 0.00 | 390.14 | 22453 |

| 2010000562 | | 08/08/2014 | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | | 36.75 | 514.50 | |
| FI | FICA DEDUCTION | | | 0.00 | 31.90 | |

16

# EMPLOYEE PAY HISTORY

|  | From | To |
|---|---|---|
|  | 01/01/2014 | 12/31/2014 |

**REESER, NATALIE K.** 383048156

|  |  | | Hours | Amount | Check # |
|---|---|---|---|---|---|
| MD | MEDICARE DEDUCTION | | 0.00 | 7.46 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | 0.00 | 51.00 | |
| SW | STATE WITHHOLDING DEDUCTION | | 0.00 | 18.64 | |
| NET | NET PAY PAYMENT | | 0.00 | 405.50 | 22562 |

**2010000564** 08/15/2014

|  |  | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | 36.50 | 511.00 | |
| FI | FICA DEDUCTION | | 0.00 | 31.68 | |
| MD | MEDICARE DEDUCTION | | 0.00 | 7.41 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | 0.00 | 50.47 | |
| SW | STATE WITHHOLDING DEDUCTION | | 0.00 | 18.49 | |
| NET | NET PAY PAYMENT | | 0.00 | 402.95 | 22662 |

**2010000567** 08/22/2014

|  |  | D/C | Hours | Amount | Check # |
|---|---|---|---|---|---|
| R | REGULAR PAY | QUEST DIAGNOSTICS INC( | 25.25 | 353.50 | |
| FI | FICA DEDUCTION | | 0.00 | 21.92 | |
| MD | MEDICARE DEDUCTION | | 0.00 | 5.13 | |
| FW | FEDERAL WITHHOLDING DEDUCTION | | 0.00 | 26.85 | |
| SW | STATE WITHHOLDING DEDUCTION | | 0.00 | 11.80 | |
| NET | NET PAY PAYMENT | | 0.00 | 287.80 | 22764 |

Davis-Smith

9/25/2014
1:45:43PM

## EMPLOYEE PAY HISTORY

| From | To |
|------|-----|
| 01/01/2014 | 12/31/2014 |

**REESER, NATALIE K.**            383048156

| | TOTALS | | |
|---|---|---|---|
| | | **Hours** | **Amount** |
| R | REGULAR PAY | 354.25 | 4,959.50 |
| FI | FICA DEDUCTION | 0.00 | 307.49 |
| MD | MEDICARE DEDUCTION | 0.00 | 71.91 |
| FW | FEDERAL WITHHOLDING DEDUCTION | 0.00 | 482.15 |
| SW | STATE WITHHOLDING DEDUCTION | 0.00 | 178.50 |
| NET | NET PAY PAYMENT | 0.00 | 3,919.45 |