# EXHIBIT F

## RE: Requesting a meeting

Reeser, Natalie
**Sent:** Friday, January 17, 2014 7:55 AM
**To:**   Hood, Jill

Thank you so much Jill, That puts me more at ease. I look forward to speaking with you.

# Natalie K. Reeser

**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Hood, Jill
**Sent:** Friday, January 17, 2014 7:54 AM
**To:** Reeser, Natalie
**Subject:** RE: Requesting a meeting

Natalie,
I apologize that I can not be in there in person today – but we will discuss over the phone at 12:30. The benefit to the phone conversation first is that if we identify any other documentation for you to provide, you can have that gathered by the time we meet in person on Monday.

You can certainly not get in trouble to speaking with HR. It is the employee's right to come and speak with HR about any concerns or questions that they have.

Once we speak this afternoon, we can decide where to meet on Monday - if you would like me to meet you at NCO or if you would like to come over to my office at the Hospital.

Thanks - talk to you at 12:30

Jill E Hood, PHR
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

---

**From:** Reeser, Natalie
**Sent:** Friday, January 17, 2014 7:45 AM
**To:** Hood, Jill
**Subject:** RE: Requesting a meeting

Hi Jill,

I understand if something came up, but this is a very serious meeting, and I rearranged my schedule to meet with you at 12:30 today.( I just want to make sure I cannot be in trouble for this) I will call you @ 12:30 however I really will need someone to meet with me Monday. I am under major stress and anxiety over things that are going on, and truly no longer want to come to work feeling like this, and Honestly shouldn't have to. I look forward to speaking with you at 12:30. Thank you

# Natalie K. Reeser

**Pathology & Laboratory Medicine**

REESER-205

**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Hood, Jill
**Sent:** Friday, January 17, 2014 7:32 AM
**To:** Reeser, Natalie
**Subject:** RE: Requesting a meeting

Natalie,
I apologize but I I'm afraid I will not be able to meet in person today.  That said, I definitely would like to talk with you over the phone at that time.  Then,  on Monday, once you are done with your meeting at New Center One,  you can drop off any documentation to me you would like me to see.  Or - I could even meet you at New Center One if you like.

Sorry, Natalie.  Please give me a call on my cell (313-575-6742) at 12:30.
Thanks


Jill E Hood, PHR
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

---

**From:** Reeser, Natalie
**Sent:** Friday, January 17, 2014 7:26 AM
**To:** Hood, Jill
**Subject:** RE: Requesting a meeting

Thank you so much Jill, See you @ 12 :30 pm , and Thank you again for allowing to meet with you.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Hood, Jill
**Sent:** Thursday, January 16, 2014 5:21 PM
**To:** Reeser, Natalie
**Subject:** RE: Requesting a meeting

HI Natalie,
Sorry I was not able to get back to you earlier today, I have been in meetings all day.  I am all set to meet with you tomorrow at 12:30.  Just want to make sure you know where my office is (as we are not located at OFP).  We are on the Main Campus.  Just come into the ER entrance and when you get to the stop sign, turn left.  As soon as you turn, you will see several spots for 30 minute parking - just park there.  Then, follow the sidewalk to to to the left - it will bend to the right.  Straight ahead of you will be a building called the Innovation Institute.  Come in that building, through the double glass doors and to the door on your right.  Once you walk through that door - I am the second office you come to.  Just keep my bb number (313-575-6742) incase you need assistance getting there.

REESER-206

Be safe driving!
Jill

Jill E Hood, PHR
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

**From:** Reeser, Natalie
**Sent:** Thursday, January 16, 2014 4:48 PM
**To:** Hood, Jill
**Subject:** RE: Requesting a meeting

Hi Jill,

I'm a little worried I didn't hear from you today about tomorrow, but I am all set to come down town,  I have
coverage and it is very important that I meet with you. Please let me know if we are still on for the meeting
tomorrow at 12:30 down town. I look forward to hearing back from you and really look forward to speaking with
you further tomorrow.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

**From:** Hood, Jill
**Sent:** Wednesday, January 15, 2014 12:35 PM
**To:** Reeser, Natalie
**Subject:** Re: Requesting a meeting

Natalie,
I'm concerned about the thought that Fiona became aware of your meeting request. The only two people that I
should know of that are just the two of us.

I am working with Fiona of concerns at another cite and she did ask that I call her shortly. When I do speak with
her, if she asks about our meeting, I will not be sharing anything with her.

That said, if you can come down on Friday - that would be great.

Jill Hood
Sr. Business Partner
Human Resources
Henry Ford Hospital
Office: 313 916 8564
BB: 313 575 6742
( Please excuse errors response sent via Blackberry)

REESER-207

**From:** Reeser, Natalie
**Sent:** Wednesday, January 15, 2014 12:31 PM
**To:** Hood, Jill
**Subject:** RE: Requesting a meeting

Hi, Jill ... the problem is , is Fiona caught win that I asked for a meeting with HR, she showed up this morning to my office, which is kind of out of the ordinary, but then all of her sales people left and it was just us two. I feel like I am walking on egg shells. she tried to pull me into a meeting with her, however I just said I am in the process of making an appointment with HR and I would like to speak to them first. she was just appalled and how dare I kind of an attitude, and now is walking around humming and laughing and I'm just over whelmed by this. I couldn't call and talk to you if I wanted to. she also then starting right away attacking me, she said my screen savor is unacceptable even though she has seen it for the year and a half that it has been there, because my brother has leukemia. it was a picture of strength. so I changed it no problem. I am working on getting Friday afternoon off so I can come downtown. I can't feel like I am trapped in here with her like this. I'm shaking. I really am an excellent employee and I should never feel the way I do at this moment. I will get back to you asap, about Friday 12:30 as soon as I know something again Thank you for your time on this matter.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

**From:** Hood, Jill
**Sent:** Wednesday, January 15, 2014 10:16 AM
**To:** Reeser, Natalie
**Subject:** RE: Requesting a meeting

Natalie,

I'm sorry to hear that you are so stress and are feeling intimidated. Would it be better for you to discuss over the phone – even sometime today – so that you don't have to wait until Monday? Perhaps we could even talk over the phone today and then on Monday, you could just drop off to me the documentation you mentioned (as I have a meeting at 4:45 on Monday so wouldn't have very long to talk by the time you got her after your 4pm meeting).

If this would be alright, just let me know what time you have break or take lunch and I will clear my schedule so that we can discuss over the phone.

**From:** Reeser, Natalie
**Sent:** Wednesday, January 15, 2014 10:10 AM
**To:** Hood, Jill
**Subject:** RE: Requesting a meeting

Good Morning Jill,

This Friday They have put me on the schedule to cover at Shelby twp PSC this Friday. I will be downtown on Monday at new center one for epic training till 4 pm if I could meet with you after that would be perfect. please let me know or I could see if I could be taking off the schedule for Friday, because I

am feeling intimidated now and stressed to the max it is incredibly important this happens asap. Thank you Jill for being so understandable and working with me.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Hood, Jill
**Sent:** Wednesday, January 15, 2014 8:05 AM
**To:** Reeser, Natalie
**Subject:** Re: Requesting a meeting

Natalie,
Would Friday at 12:30 work?
Jill Hood
Sr. Business Partner
Human Resources
Henry Ford Hospital
Office: 313 916 8564
BB: 313 575 6742
( Please excuse errors response sent via Blackberry)

---

**From:** Reeser, Natalie
**Sent:** Tuesday, January 14, 2014 03:04 PM
**To:** Hood, Jill
**Subject:** RE: Requesting a meeting

Hi, Jill I work out in Clinton twp Monday-Thursday 7:30-am to 5 pm and Fridays 7:30 - 11 :30 am I really would like to have a meeting in person, so I can show you everything I have to support my concerns. Friday afternoon I would be able to drive down town, or if we had to, just to get these issues settled I would do an over the phone conversation with you as well. Please let me know what works best for you !! Thank you so much for getting back to me on this matter.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Hood, Jill
**Sent:** Tuesday, January 14, 2014 2:08 PM
**To:** Reeser, Natalie
**Subject:** RE: Requesting a meeting

Natalie,

REESER-209

We can certainly set up a meeting! Prior to us meeting with Fiona, I would like to meet with you individually so that I can better understand your concerns. Do you have time to meet this coming Thursday? Any time prior to 2pm will work for me.
Thanks

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*

---

**From:** Reeser, Natalie
**Sent:** Tuesday, January 14, 2014 10:55 AM
**To:** Hood, Jill
**Subject:** Requesting a meeting

Good Morning Jill , I had left you a message this morning, but I truly feel it is very important that I meet with you, alone, as well as my supervisor Fiona Bork. and maybe even her boss John Waugh. There is an personal issue Fiona has with me as of last month, and she is using her feelings towards me to mark me down in my annul review. I have rejected the review and am requesting a meeting with HR. I also work on a daily basis in the same office as our operations Manager Martha Wiseheart and I would like her at the meeting with Fiona, due to the fact that she hears and see's my job performance on a daily basis. but I would like to meet with you alone first and share everything I have to confirm my statements above. Thank you for this opportunity and I look forward to speaking with you soon. Thank you and I hope you have a wonderful day.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

REESER-210