# EXHIBIT I

Waugh, John
RE: Back payment for missed lunches
February 14, 2014 at 3:32 PM
Bork, Fiona

Thank you for doing this ridiculously tedious work. I had two good conversations with Jill this week and she planned to reel in the insubordination in the afternoon call today.

HFH 0578