# EXHIBIT J

### Email

**From:** Hood, Jill
**To:** Bork, Fiona
**Subject:** Re: Natalie Reeser

Sent: 2/28/2014 5:06:59 PM



Please treat this as Confidential.

I can certainly understand your thought process and it was questioned we can very easily describe the rationale.

Regarding combining the payment into one big pay, let me ask Sandra, in payroll, which would be faster. I will let you know.

Thanks
Sent from my iPhone

On Feb 28, 2014, at 4:53 PM, "Bork, Fiona" <FBORK1@hfhs.org> wrote:

> I am so sorry if this in any way screwed anything up. Martha and I thought we would make one big payment for the lunches. Could we combine it with your request for pay?
>
> Fiona Bork
> Laboratory Sales Manager
> Outreach Laboratory Services
> Henry Ford Medical Laboratories
> Cell: 248.372.1300
> Fax: 313.916.9113
>
> **From:** Hood, Jill
> **Sent:** Friday, February 28, 2014 4:52 PM
> **To:** Bork, Fiona
> **Subject:** Re: Natalie Reeser
> **Sensitivity:** Confidential
>
> Thank you.
>
> Sent from my iPhone
>
> On Feb 28, 2014, at 4:16 PM, "Bork, Fiona" <FBORK1@hfhs.org> wrote:
>
>> Ok we will put that in asap
>>
>> Fiona Bork
>> Laboratory Sales Manager
>> Outreach Laboratory Services
>> Henry Ford Medical Laboratories
>> Cell: 248.372.1300
>> Fax: 313.916.9113
>>
>> **From:** Hood, Jill
>> **Sent:** Friday, February 28, 2014 4:12 PM
>> **To:** Bork, Fiona
>> **Cc:** Hood, Jill
>> **Subject:** Re: Natalie Reeser
>> **Sensitivity:** Confidential

HFH 0604