# EXHIBIT L

Hood, Jill
___

| | |
|---|---|
| From: | Bork, Fiona |
| Sent: | Wednesday, February 26, 2014 12:04 PM |
| To: | Hood, Jill |
| Cc: | Wiseheart, Martha |
| Subject: | Natalie Suspension |
| Importance: | High |
| Sensitivity: | Confidential |

Jill

At 3:21PM I walked into the Clinton Township PSC building to speak to Natalie about her suspension. When I approached the site Natalie was walking out on her personal cell phone speaking to an unknown party while delivering a report to a client. I waited in the hallway for her to return and when she did a patient came in as well. I walked out of the site and waited for HFH-Macomb security to arrive and briefed them on the situation with Natalie.

Once security was in the hallway I walked back in to our site and Martha came of front where Natalie was sitting to witness my conversation.
Fiona: I told Natalie that I was there to suspend her
Natalie said: "Why"
Fiona: I said for abandoning your work site. I asked for the sign that she put on the door Natalie: "Oh I shredded it"
Fiona: I asked why?
Natalie: ugh I did
Fiona: You did not have permission to leave
Natalie: I sent you an email
Fiona: I said that is not the protocol You are to call me to seek your managers permission to leave a site. I said you have my phone number and my phone is on all of the time and you did not call me
Natalie: Well I was upset I wanted a break and I left I didn't do anything wrong I sent you an email and I told Martha
Fiona: Natalie you did not follow protocol so I need a statement form you about why you thought it was appropriate to abandon your site I need your badge, keys, phone and any other HFML property
Natalie: I am not signing anything for you, not making a statement I am not doing anything for you! I am going straight to HR!
Fiona: OK
Natalie: Am I going to get paid while I am suspended
Fiona: No It is a suspension without pay pending an investigation
Natalie then got very angry and said "I can't believe after all of my work this is happening to me". She started to take personal pictures down and was throwing the push pins on the counter ( I called security in at that point)
When security walked in Natalie said " I can't believe you , you called security on me" I started to explain that this is protocol and the security officer took over and explained that they do this for all suspensions.
Natalie kept going in drawers trying to take HFML property and Martha told her to stop and leave all of that behind and to take her purse and exit the building and that we would return any person property to her. Natalie kept trying to grab folders and Martha told her again to put them down.
Natalie said "Well this folder has my time sheets in them"
Martha said "put the folder down we have not had time to examine what is in the folder"
Natalie did not put the folders down until security stepped in and told her to put the folder down" Natalie threw the folders back in the drawer.
Natalie then got up and said "I am taking all of my food, I have the receipts to prove that it belongs to me" We gave her two bags to put her food in under the supervision of security.
Natalie then said to me " I am never coming back here" and "I will see you in HR"
Fiona: I said Natalie you are not to have any contact with any HFML employees during your suspension. She did not reply or acknowledge my statement

1

Security then escorted her out of the building
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

HFH67