# EXHIBIT M

**From:** Hood, Jill
**Sent:** Friday, March 07, 2014 10:23 AM
**To:** Natalie K. Reeser
**Cc:** Hood, Jill
**Subject:** RE: RE: Update

Natalie,

I wanted to send you some written documentation regarding our conversation this morning at approximately 9:05am, since you abruptly ended the call without allowing me to finish explaining your options.

As stated on that call, the results of the investigation found that your actions on February 25, 2014 were indeed, Job Abandonment. Thus, we will no longer be able to continue your employment at Henry Ford Health System. There are, however, 2 ways in which we can process your separation.

1. We can process it as a "termination", which you would then be eligible to appeal through our "Alternative Dispute Resolution" process.
2. You can chose to "resign in lieu of termination". This would allow you to separate your employment via a resignation, however, would then negate the "appeal" process (as a resignation is not something that can be appealed)"

I have attached both the Employee Appeals Form and the HR Policy for Termination of Employment.

Please let me know, in writing, by 5pm on Monday March 10th if you would like to resign in lieu of termination. If I have not received that writing decision from you by that time, I will process your separation as a termination.

If you have any questions, please let me know.

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*


**From:** Natalie K. Reeser [mailto:natalie_19_99@yahoo.com]
**Sent:** Thursday, March 06, 2014 4:18 PM
**To:** Hood, Jill
**Subject:** Re: RE: Update

Hi Jill I just left a message for u, I am so happy this is over and look forward to speaking with you so I can go back to work, ive missed my patients deeply.

Sent from Yahoo Mail on Android

---

**From:** Hood, Jill <JHOOD1@hfhs.org>;
**To:** Natalie K. Reeser <natalie_19_99@yahoo.com>;
**Cc:** Hood, Jill <JHOOD1@hfhs.org>;

2

HFH70