Defendant's Response in Opposition to Plaintiff's Motion In Limine

Index of Exhibits

1. Offer Letter

2. Deposition Transcript Excerpts of Natalie Reeser, dated March 23, 2015

3. Unpublished Cases
   - *McCleland v Montgomery Ward & Co., Inc.*, No. 95-C-23, 1995 WL 571324 (N.D. Ill. Sept. 25, 1995)
   - *Boddicker v Esurance Inc.*, No. CIV. 09-4027-KES, 2011 WL 873473 (D.S.D. March 8, 2011)
   - *Zhou v State Univ. of New York Inst. Of Tech.*, No. 6:08-cv-0444, 2013 WL 2237842 (N.D.N.Y. May 21, 2013)
   - *Baskerville v Culligan Int'l Co.*, No. 93C5367, 1994 WL 162800 (N.D. Ill. April 25, 1994)
   - *DeMarco v West Hills Montessori*, No. 09-0499-cv, 2009 WL 3463778 (2nd Cir. Oct. 29, 2009)
   - *Brewer v Jones*, No. 05-4442-pr, 2007 WL 926850 (2nd Cir. March 28, 2007)
   - *VanDeelen v Johnson*, No. 05-4039-SAC, 2008 WL 4683022 (D. Kan. Oct. 22, 2008)
   - *Wilkins v Ford Motor Co.*, No. 01-CV-931-E(J), 2003 WL 25694928 (N.D. Okla. April 23, 2003)
   - *Arauio v Treasure Chest Casino*, No. 97-3043, 1999 WL 219771 (E.D. La. April 14, 1999)

4. Dryden Police Department Report

5. Bork Email to Hood, dated January 16, 2014

6. Plaintiff's HFHS Employment Application

7. Jeffrey Automotive lawsuit

8. Jeffrey Automotive – Motion to Withdraw

9. Emails containing patient information produced by Plaintiff, redacted by Defendant

10. Policy 5.17: Corrective Action Policy