Exhibit 2

Natalie Reeser
3/30/2015

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

NATALIE REESER,

                Plaintiff,

                                   CASE NO:2:14-cv-11916

vs.

HENRY FORD HOSPITAL,

                Defendant.
_____/


                Volume I of the deposition of NATALIE

        REESER, taken before me, Lauri A. Sheldon, CSR 4045, RPR,

        on March 23, 2015, at 39500 High Pointe Boulevard, Suite

        350, Novi, Michigan, commencing at or about 10:07 a.m.

APPEARANCES:


        MILLER COHEN, P.L.C.
        BY:  KEITH D. FLYNN, ESQUIRE
        600 W. Lafayette Boulevard, 4th Floor
        Detroit, Michigan  48226
        313-964-4454
        Appearing on behalf of the Plaintiff.

        VARNUM, LLP
        BY:  TERRENCE J. MIGLIO
        39500 High Pointe Boulevard, Suite 350
        Novi, Michigan  48375
        248-567-7400
        tjmiglio@varnumlaw.com
        Appearing on behalf of the Defendant.

Natalie Reeser
3/30/2015

                                                        Page 73

1    A    20 milligrams of Paxil.

2    Q    Okay.  And what were you seeing the person for?  Anxiety?

3    A    Anxiety.

4    Q    And you said that you had some kind of traumatic

5         experience which caused you to seek counseling with this

6         person; is that right?

7    A    Correct.

8    Q    And what was that?

9    A    I was raped.

10   Q    When was that?

11   A    In 2000.

12   Q    Okay.  Where was that -- did that occur?

13   A    It occurred in Dryden.

14   Q    Dryden, Michigan?

15   A    Yes.

16   Q    Did you make a police report?

17   A    I'm sure there was a police report.

18   Q    Was there a prosecution?

19   A    No.

20   Q    Was the perpetrator apprehended?

21   A    Yes.

22   Q    And what happened to him?

23   A    You would have to understand the whole story, but he

24        was -- the evidence was signed away, so he got away

25        scot-free.

Natalie Reeser
3/30/2015

Page 74

1   Q   Tell me what that means.

2   A   My stepsister Jody has cerebral palsy and can't sleep

3       without her Barney dolls.  Because the rape took place in

4       her bedroom, they confiscated everything out of her

5       bedroom.  My stepmother gave my father an ultimatum,

6       either my -- she gets her daughter's stuff back or she

7       divorces him.  He chose them, so I signed the waiver.

8       All the evidence was released and he was released.

9   Q   Who was the perpetrator?

10  A   Jamie Perani.

11  Q   How do you spell that?

12  A   I have no clue.

13  Q   And who is he?

14  A   He was a stalker that I had from winning beauty pageants

15      that I did not know about.

16  Q   Jamie Peroni?

17  A   Perani.  That's all I know.

18  Q   So tell me about your -- Tell me what happened to the

19      evidence.

20  A   I signed a piece of paper to release the evidence so my

21      stepmother could get back all of my stepsister's things.

22  Q   Okay.  And what was the evidence that you're talking

23      about?  Stuff that was in your --

24  A   Blankets, pillows, her Barney doll.  Everything in her

25      bedroom.

Natalie Reeser
3/30/2015

Page 75

1   Q   And did the police do any sampling or testing on this
2       stuff?
3   A   I have no clue.
4   Q   Did they do a rape kit?
5   A   Yes.
6   Q   And what did the rape kit come back as?  Positive?
7   A   Yes.
8   Q   For him?
9   A   He used a condom, sir.  There was no semen in me.
10  Q   So was he -- Were charges pressed?
11  A   They were later dismissed against him.
12  Q   Okay.
13  A   Because of lack of evidence.
14  Q   Why would your stepfather want the return of the items?
15  A   That was my stepmother.
16  Q   Why would your stepmother want the return of the items to
17      the exclusion of a criminal prosecution against somebody
18      who raped you?
19  A   Because she was a gold digger.  Married my father for
20      money and wanted him away from his children.
21  Q   So did you make a -- You said you made a police
22      complaint?
23  A   I'm not sure what all happened.  I was taken to the
24      hospital.  The police came to the hospital.
25  Q   Who reported the rape?

Natalie Reeser
3/30/2015

Page 76

1    A    I did.

2    Q    So you saw this social worker for, you said, a year or

3         two?

4    A    Yes.

5    Q    Is that clinic still there?

6    A    I have no clue.

7    Q    And then what caused you to stop seeing the social

8         worker?

9    A    I probably didn't have insurance anymore.

10   Q    Where were you working at the time?

11   A    I wasn't working.  I was going to college.  Well, I was

12        working probably for a gym at the time during college.  I

13        don't remember the name of the gym.  That was early --

14        early when I was a freshman, so.

15   Q    What gym was it, do you remember?

16   A    I have no clue.  It's not there anymore.  It was in

17        Rochester Hills.  They now have built a big fitness

18        center over it.

19   Q    So since seeing this psychologist, social worker, have

20        you seen anybody else for any depression, anxiety, any

21        mental or emotional conditions?

22   A    Yes.  I went to my personal primary care doctor, Dr.

23        Kahnamoui, after this incident with Henry Ford, because

24        my anxiety came back, my panic attacks came back, I

25        needed medicine.  This has put so much stress on me that

Natalie Reeser
3/30/2015

Page 78

1    Q    -- fiance dropping you?

2    A    -- me going to the State and what Fiona did to me.

3    Q    So are you saying that prior to leaving the -- Strike

4         that.  Prior to leaving the employment of Henry Ford

5         Health System you weren't being treated by Dr. Kahnamoui

6         for any anxiety for depression.

7    A    Just my regular Paxil pills that I've been taking for 10

8         years, but he had to up them -- up it because the

9         depression was huge and the anxiety got worse.  Like I

10        was having panic attacks on a daily basis to the point

11        where I almost went agoraphobic and couldn't leave the

12        house, so.

13   Q    And how often before that, your termination from Henry

14        Ford, were you taking Paxil?

15   A    I took Paxil every day since 2001.  However, after the

16        termination at Henry Ford it needed to be upped and

17        adjusted, and now I take 50 milligrams of Paxil instead

18        of 20 milligrams of Paxil, and I also take Xanax to calm

19        my nerves for the anxiety and panic attacks this lawsuit

20        has caused me.

21   Q    And what do you mean this lawsuit has caused you?

22   A    The stress of knowing I have to testify about my rape and

23        you're going to ask me questions about that has caused

24        tremendous stress, the questions that you want to ask me

25        about, just this whole thing.  I mean it's caused a lot

Natalie Reeser
3/30/2015

Page 335

1

2     STATE OF MICHIGAN        )
                              )        ss:
3     COUNTY OF MACOMB         )

4

5

6          I hereby certify that the foregoing attached

7     pages are a full and complete transcript of the

8     proceedings held on the date and at the place

9     hereinbefore set forth.  I reported stenographically

10    the proceedings held in the matter hereinbefore set

11    forth, and the testimony so reported was

12    subsequently transcribed under my direction and

13    supervision, and the foregoing is a full, true and

14    accurate transcript of my original stenotype notes.

15

16    _____

17          Lauri A. Sheldon CSR-4045,RPR

18

19

      Notary Public
20    Macomb County, Michigan
      My Commission Expires:
21    February 8, 2022

22

23

24

25