# Exhibit 4

```
Name Number:       97636
Last: Reeser                      Fst: Natalie        Mid: Kristen
Addr& 4677 Havens Road                          Prev:
City: Dryden            St: MI   Zip: 48428
Deceased:    /  /       Alias For:
Personal Identification
DL Numbr:            8-998     Name Typ:              SSN:       -   -
DL State: MI   Class:          Image:                 Local ID:
Home Tel: (810)796-3290                               State ID:
Work Tel: (   )    -                                  FBI Number:
Physical Description
   DOB:      /80       yrs    Eyes:                   Cmplxn:
  Race: W White/Non His  Glasses:                     Speech:
   Sex: F Female         Hair:                        Teeth:
Height:   '   "    cm    Hstyle:                      Build:
Weight:   0lbs     kg    Beard:                       Ethnic:
Traits                   SMT:                 /   /
MO:
Alert Codes:
   Comments:
            Premis:     Xtra:     Visited Inmates:    Had Visitors:

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

```
07/27/00                   DRYDEN TOWNSHIP POLICE DEPARTMENT                        386
04:13                          LAW Incident Table:                        Page:      1

Incident Number: DT2781-00
Nature: CSC                Case Number: ____ ____ ____        Image:· ____ __
  Addr: 4677 Havens RD                              Area: 07    Dryden Townsh>
  City: Dryden       St: MI  Zip: 48428       Contact: 12
+- Complainant:      97636 --------------------------------------------------+
| Lst: Reeser                       Fst: Natalie         Mid: Kristen        |
| DOB: ▮▮▮▮/80  SSN:   -  -   Adr: 4677 Havens Road                          |
| Rac: W Sx: F Tel: (810)796-3290  Cty: Dryden         St: MI Zip: 48428     |
+----------------------------------------------------------------------------+
   Offense Codes: CSC3  ____ ____ ____ ____ _    Reported:      Observed:
   Circumstances: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ _
Rspndg Officers: Daniels, T
Rspnsbl Officer: Daniels, T        Agency: DTPD         CAD Call ID:
    Received By: Daniels, T        Last RadLog:   :   :     / /
   How Received: T  Telephone      Clearance: SR    See Report
  When Reported: 22:50:00 07/26/00  Disposition: ACT  Disp Date: 07/27/00
Occurrd between: 21:00:00 07/26/00  Judicial Sts: CC  Case Complete
            and: 21:40:00 07/26/00  Misc Entry: DT-2781-00
MO: ____ ____ ____ ____ ____ ____ ____ ____ ____ __
 Narrative: (None)                                                          +
 Supplement: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

==========================================================================

INVOLVEMENTS:
Type  Record #      Date        Description                 Relationship
 NM     97636       / /         Reeser, Natalie Kristen     *Complainant

LAW Incident Offenses Detail:
                   Offense Codes
Seq  Code                                          Amount
  1  CSC3 Criminal Sexual Conduct 3                 0.00


LAW Incident Responders Detail
    Responding Officers
Seq Name                  Unit
  1 Daniels, T
```

Narrative:

INFORMATION:

This officer was dispatched to 3781 Fox Chase Dr by TX on 07-26-00 at 22:50 hrs for a CSC complaint.

VENUE:

Incident took place at 4677 Havens Rd, Lapeer County, Dryden, Michigan, in the north east corner bedroom.

DATE & TIME:

Incident took place between 21:20 and 21:40 hrs on Wednesday, 07-26-00.

VICTIM:

Victim is one Natalie Kristen Reeser, DOB ▮▮▮▮-80, TX (810) 796-3290. Reeser resides at 4677 Havens Rd, Dryden, MI. Reeser was wearing a purple skirt, purple and black underwear, and a blouce.

INTERVIEW VICTIM (NATALIE REESER):

This officer interviewed Reeser at 3781 Fox Chase Dr on 07-26-00 at approx 23:10 hrs.

At first Reeser stated that she had met suspect at Video Update in Imlay City. While at Lapeer Regional Hospital Reeser stated that she had been talking with suspect via the internet in a chat room on Yahoo Messenger and agreed to meet each other at Video Update on 07-22-00.

On 07-25-00 suspect and Reeser went to dinner at AppleBee's. After dinner they went to 4677 Havens Rd, where Reeser's dad was out of town. From approx 20:00 to 23:00 hrs Reeser and suspect danced and kissed.

On 07-26-00 at approx 20:40 hrs to 21:00 hrs suspect arrived at Reeser's residence, 4677 Havens Rd. At approx 21:20 hrs suspect, after sitting on couch in living room, asked Reeser to show him around the house. When they reached the north east corner bedroom they started kissing. Reeser sat down on bed. Suspect started taking off Reeser's shirt, Reeser took off suspect's shirt. Reeser then stated that she did not want to do this and stood up. Suspect grabbed Reeser's head and pushed her back down on on the bed. Reeser hit her head on the wall.

Reeser stated that she grabbed her head, suspect grabbed her legs and began having sex with Reeser. Reeser stated that it happened so quick that he must of had his pants down prior. Suspect was on top of Reeser. Reeser stated that she stop struggling after approx one minute. Reeser stated that the rape lasted approx four minutes.

Reeser stated that suspect went in to the bathroom and than came back

and said thank you, now I need to go and make some money and left out the back door.

SUSPECT:

Suspect is described as being 5'11" to 6'00", 200 lbs, white, shaved head, stocky build, brown eyes, believe to live at 16428 Netney, Capac, MI 48014.

Victim wishes to not press charges.

This officer met Reeser at Lapeer Regional Hospital, Reeser refused rape kit. Reeser was unwilling to disclose all information pertinent to investigation. Clothing and bedding was collected by this officer, Reeser asked for evidence back.

Respectfully submitted,
Officer Tim Daniels #12


Dryden Twp. Police
Thu Jul 27 04:07:07 EDT 2000