# Exhibit 6

# Employment Application

False, Misleading or Incomplete Information will Prevent Applicants from Being Hired

## Applicant Data

| First Name | Middle Name | Last Name | Former Names |
|---|---|---|---|
| **Natalie** | **Kristen** | **Reeser** | |

| Address | Apt/Unit # | City | State/Province | Zip/Postal Code |
|---|---|---|---|---|
| 18825 Cass Ave. | 103 | Clinton Twp. | MI | 48038 |

| Primary Phone # | Mobile Phone # | Work Phone # |
|---|---|---|
| 586-843-6020 | | |

E-mail Address
natalie_19_99@yahoo.com

| Have you ever worked for Henry Ford Health System or an affiliate, directly or through an agency or as a contractor?<br>☐ Yes  ☑ No | If yes, please provide location<br><br>Name of Agency |
|---|---|

| Do you have an outstanding loan obligation to Henry Ford Health System or an affiliate?<br>☐ Yes  ☑ No | If yes, please provide details |
|---|---|

| Are you at least 18 years of age?<br>☑ Yes  ☐ No | Are you legally authorized to work in the USA?<br>☑ Yes  ☐ No | Will you require future sponsorship for employment visa status?<br>☐ Yes  ☑ No |
|---|---|---|

| Are you able, with or without reasonable accommodation, to perform the essential functions of the job for which you are applying?<br>☑ Yes  ☐ No |
|---|

| Are you or have you ever been excluded from participation in a Governmental Heath Care Payment Program?<br>☐ Yes  ☑ No | If yes, please provide details |
|---|---|

## Work Experience

| Have you ever been fired or asked to resign by an employer?<br>☐ Yes  ☑ No | If yes, please provide details |
|---|---|

| Do you have any time commitments to any other employer which may affect your employment with Henry Ford Health System?<br>☐ Yes  ☑ No | If yes, please provide details |
|---|---|

| Do you have any gap in your employment history that is greater than 30 days?<br>☐ Yes  ☑ No |
|---|

| If yes, please provide details |
|---|

List all employers, beginning with your present or most recent and include temporary experience and job related volunteer experience.

Please complete employment section for your current and/or most recent employer and your last three employers! The fields highlighted in yellow for the first employer are required. For each additional employer; the same fields are also required, but not highlighted in yellow. (See resume is not acceptable)

| 1. Company Name<br>Right at Home | Address | | City<br>Sterling Heights | State/Province<br>MI | Zip/Postal Code |
|---|---|---|---|---|---|
| Dates of Employment<br>From:        To:<br>12/2009 | Your Title<br>Phlebotomist / PCA | | | Pay Rate | |
| | Your Department | | | | |
| Are you currently employed with this Employer?<br>☑ Yes    ☐ No | | | | | |
| Supervisor's Name | | Supervisor's Title | | Supervisor's Phone Number | |
| Reason for Leaving: | | Have you ever been disciplined by this employer?<br>☐ Yes    ☑ No | If yes, please provide details: | | |
| Describe your major duties:<br>I draw blood from patients for analysis or transfusion through venipuncture. | | | | | |
| 2. Company Name<br>Home Helper Inc | Address<br>66707 Vandyke ave | | City<br>Wahington twp | State/Province<br>MI | Zip/Postal Code<br>48095 |
| Dates of Employment<br>From:        To:<br>5/2006       12/2009 | Your Title<br>PCA | | | Pay Rate | |
| | Your Department | | | | |
| Supervisor's Name<br>Bridget , or Joann | | Supervisor's Title<br>Owner | | Supervisor's Phone Number<br>586-752-3797 | |
| Reason for Leaving: | | Have you ever been disciplined by this employer?<br>☐ Yes    ☑ No | If yes, please provide details: | | |
| Describe your major duties:<br>Experienced caring for adults, including those with dementia, with bathing, dressing, cleaning homes, preparing meals, handling daily documentation and other paperwork, and taking clients on outings. Also dispense medications per physician orders. | | | | | |
| 3. Company Name | Address | | City | State/Province | Zip/Postal Code |
| Dates of Employment<br>From:        To: | Your Title | | | Pay Rate | |
| | Your Department | | | | |
| Supervisor's Name | | Supervisor's Title | | Supervisor's Phone Number | |
| Reason for Leaving: | | Have you ever been disciplined by this employer?<br>☐ Yes    ☐ No | If yes, please provide details: | | |
| Describe your major duties: | | | | | |
| 4. Company Name | Address | | City | State/Province | Zip/Postal Code |
| Dates of Employment<br>From:        To: | Your Title | | | Pay Rate | |
| | Your Department | | | | |

| Supervisor's Name | Supervisor's Title | | Supervisor's Phone Number |
|---|---|---|---|
| Reason for Leaving: | Have you ever been disciplined by this employer?<br>☐ Yes  ☐ No | If yes, please provide details: | |
| Describe your major duties: | | | |

## Education/License/Certifications/Registration

| List all the schools you have attended beginning with high school. | | | | | |
|---|---|---|---|---|---|
| Please complete education section entirely; please include any college, licenses or certificates that you have received relevant to the position you have applied to. (See resume is not acceptable; please complete all fields relevant for the position you are applying to and your education background.) | | | | | |
| High School/GED Testing Center/Adult Education Center Name | Graduated? | Dates Attended | Degree Type | | Major |
| Roscommon High School | ☑ Yes<br>☐ No<br>☐ Still Attending | | | | |
| City | State/Province | | Country | | |
| Rosecommon | MI | | United States | | |
| College/University/Trade School Name | Graduated? | Dates Attended | Degree Type | | Major |
| | ☐ Yes<br>☐ No<br>☐ Still Attending | From:<br><br>To: | | | |
| City | State/Province | | Country | | |
| College/University/Trade School Name | Graduated? | Dates Attended | Degree Type | | Major |
| | ☐ Yes<br>☐ No<br>☐ Still Attending | From:<br><br>To: | | | |
| City | State/Province | | Country | | |

| List your Licenses/Certifications/Registrations | | | | |
|---|---|---|---|---|
| Type | State/Province | Number | Year Issued | Expiration Date |
| | | | | |
| | | | | |
| | | | | |
| Has any action or investigation been taken or threatened against your professional license/certification/registration?<br>☐ Yes  ☑ No  ☐ Not Applicable | | If yes, please provide details including dates. | | |

## Criminal History

| | |
|---|---|
| 1. Have you ever been charged with, indicted for, convicted of, or pled guilty or no contest to any felony, regardless of the sentence you received, whether you were given probation, received a deferred adjudication or a pardon, or the conviction was sealed?<br><br>☐ Yes   ☑ No | If yes, please provide details, including dates, location, results, fine paid or time served, etc. |
| 2. Have you ever been convicted of, or pled guilty or no contest to any misdemeanor, or other criminal offence or violation (excluding minor traffic violations, but including any substance abuse related offense e.g., driving while intoxicated or under the influence) regardless of the sentence you received, whether you were given probation, received a deferred adjudication or a pardon, or the conviction was sealed?<br><br>☐ Yes   ☑ No | If yes, please provide details, including dates, location, results, fine paid or time served, etc. |
| 3. Are there any pending charges or investigations filed against you in a court of law, regulatory agency and/or licensing agency that are related to performing the duties of the position for which you are applying<br><br>☐ Yes   ☑ No | If yes, please provide details |

## Preferences

| | |
|---|---|
| Desired Shift (check all that apply)<br>☑ Days   ☐ Afternoons   ☐ Nights   ☐ Rotating | Desired Status<br>☑ Full Time   ☐ Part Time   ☐ Temporary   ☐ Contingent |
| Desired Start Date<br>5/2011 | Minimum Acceptable Pay Rate<br>USD $14.00/Hr. |
| Can you work weekends?<br>☑ Yes   ☐ No | Willing to relocate?<br>☐ Yes   ☑ No |
| Preferred Location | |
| Specialty(s) | |
| **NURSING APPLICANTS ONLY** ||
| Areas of Interest | |

I certify that the information provided by me on this form as well as all statements made and information submitted by me in connection with my application for employment are true and accurate. I authorize Henry Ford Health System or its designated agents to investigate all such information for accuracy. I release from all liability anyone providing information in response to such investigation. I understand and agree that if any of the information or statements is false, misleading or incomplete, it will prevent me from being hired, or if hired, it will be grounds for my termination from employment. I declare that I am not using any illegal drug and do not engage in improper self-medication. I understand that in accordance with HFHS policies and procedures, following a conditional offer of employment, I will be subjected to a pre-employment health screen. The health screen will include drug testing and I understand that a positive result on the drug test may disqualify me from employment.

I understand that while the initial hours, shifts, facility and days of work were explained during the interview process, they are not guaranteed during my employment and that I may be required to work other shifts, hours, days, or at other facilities as organizational needs require. I understand that employment is not guaranteed and that I can be terminated at will without cause and without notice. I understand that this application does not constitute a contractual agreement; and that policies and procedures may be changed with or without notice.

Henry Ford Health System is an equal opportunity employer and does not discriminate on the basis of race, color, gender, religion, national origin, age, height, weight, marital status, military or veteran status, disability, or any other illegal criteria. Henry Ford Health System is committed to making reasonable accommodations for qualified disabled applicants and employees if the accommodation will allow the individual to perform the essential functions of the job. A qualified disabled applicant or employee who feels he/she needs an accommodation to enable him/her to perform the essential functions of a job at Henry Ford Health System should notify the Human Resource department in writing within 182 days of the date he/she knows or should have known that an accommodation is needed. Failure to provide such notice precludes a claim that Henry Ford Health System failed to make an accommodation under the Michigan Persons with Disability Act.

**PLEASE READ THE ABOVE STATEMENTS AND SIGN APPLICATION**

| Natalie Reeser | 5/9/2011 5:53 PM |
|---|---|
| Signature | Date |