Exhibit 9

Deborah Reeser                                                                                           Mar 14

To: Reeser, Natalie

---

**From:** Reeser, Natalie &lt;NREESER1@hfhs.org&gt;;
**To:** REESERDK@YAHOO.COM &lt;REESERDK@YAHOO.COM&gt;;
**Subject:** FW: Excellent service
**Sent:** Thu, Feb 13, 2014 8:18:45 PM

got this letter today : )

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** [redacted]@hotmail.com]
**Sent:** Thursday, February 13, 2014 3:10 PM
**To:** Bork, Fiona
**Subject:** Excellent service

Dear Ms. Bork,
    My name is [redacted]. I visit Dr. Mishack and Dr. Ghaffanoo in the offices in the same building where Natalie Reeser works. The doctors send me to your lab for blood tests.

I am writing to say how pleased I am with the care, expertise and gentleness of Natalie while taking my blood. I have never felt the needle; there has never been a bruise. This is quite significant since I am prone to bruising and everywhere else that I get blood tests, the phlebotomists find my veins difficult.

In the hospital for my last surgery this year, the first nurse could not get the needle in correctly for the initial IV bag. It was quite painful and the nurse in the pre-op room said that it was inserted wrong since nothing was coming in from the IV. He had to find another vein and redo the procedure. I had another nurse at my gynecologist's office hit the nerve in my arm (verified by my family doctor) when she took blood. It took a year for that nerve to heal. So consequently, I am quite nervous when it comes to blood tests every time.

So you see that by my experiences, I am a challenge to nurses. But not to

Natalie! Natalie has been absolutely fabulous every time I have come there. I tell her every time that this is the only lab I want to visit as long as she is the one assigned to take my blood. I am confident in her and have no fear. I hope you are pleased with this report. I am recommending her to everyone I talk to. Natalie is definitely one in a million.

Thank you for taking the time to read my letter. I asked Natalie for your name so I could sing her praises. I feel it is important to recognize those people who are excellent at their jobs. Please feel free to contact me if you would like any further information.

Sincerely,

███████ ███████
███ @hotmail.com

**Email**

From: Bork, Fiona
To: Reeser, Natalie
Subject: Re: Pt: ███

Sent: 6/5/2013 10:51:07 AM



Thanks!

**From:** Reeser, Natalie
**Sent:** Wednesday, June 05, 2013 10:48 AM
**To:** Bork, Fiona
**Subject:** RE: Pt: ███

Ok Fiona , No problem.  : )

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

baldrigejpg

**From:** Bork, Fiona
**Sent:** Wednesday, June 05, 2013 10:46 AM
**To:** Reeser, Natalie; Wiseheart, Martha
**Subject:** Re: Pt: ███

Thank you Natalie
I am sorry you had to deal with that. Please do not tell anyone you are working alone. If asked say no my manager is in the her office down the hallway

**From:** Reeser, Natalie
**Sent:** Wednesday, June 05, 2013 10:37 AM
**To:** Wiseheart, Martha; Bork, Fiona
**Subject:** Pt: ███

@ 10:14 today I had a patient from Dr Thackers office, come in and was talking to me in an explicit manner, Two of the examples are ( he asked if I was the only one working) I answered yes... he then proceeded to go into how "he had a friend that worked in an office just like this and that at lunch , he would bring her lunch and do her in the back" another example is when he was leaving he sais to me " May be next time when I come back I'll bring you lunch and while you eat i'll eat.

I went and spoke to dr thacker , who then spoke to the customer, who then came back and said he was sorry. I am writing this for documentation purposes per Martha wiseheart's request.

## Email

**From:** Bork, Fiona
**To:** Reeser, Natalie ; Anger, Marla ; Hajjar, Luain
**CC:** Wiseheart, Martha
**Subject:** Re: Customer

Sent: 6/13/2013 9:19:02 AM

Thank you Natalie!

---

**From:** Reeser, Natalie
**Sent:** Thursday, June 13, 2013 09:05 AM
**To:** Bork, Fiona; Anger, Marla; Hajjar, Luain
**Cc:** Wiseheart, Martha
**Subject:** Customer

Good morning Ladies,
I just wanted to let you know that a customer this morning, inquired on if we do blood draws at nursing homes. She is the Manager @ ▉▉▉▉▉▉▉▉▉▉ , @ hall rd & schoenherr rd . Her name is ▉▉▉▉▉ phone number ▉▉▉▉▉▉▉ she said they use st johns hospital and they are not happy with them. I just let her know that I would have someone call and talk with her. Hope this is ok.


Thanks Have a great day

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

[x] baldrige.jpg

## RE: A Patient Complaint in CRM - Mother is waiting for a call-back with resolution.

Wiseheart, Martha
Sent: Thursday, August 22, 2013 3:55 PM
To: Benitez, Ralph
Cc: Hajjar, Luain; Reeser, Natalie

I called the mother back. She will contact the physician's office and will most likely bring her daughter back in a few weeks. They live by Clinton PSC and will probably come there for Natalie to take care of her.

I will make sure that Natalie knows exactly what to do with this patient and her samples.

The mother was informed that a Meijer gift card will be sent to her home to spend how she see's fit - on gas or something for her daughter.

Luain - you may want to follow up with the clients office. It appears to be a case of he said, she said and no clear order from the physician on the urine test.

Martha Wiseheart MT(ASCP)
Henry Ford Medical Laboratories Operations Manager

Phone 313 732-7436
Fax 586 228 27461

---

**From:** Benitez, Ralph
**Sent:** Thursday, August 22, 2013 3:10 PM
**To:** Wiseheart, Martha
**Subject:** A Patient Complaint in CRM - Mother is waiting for a call-back with resolution.

### Mother is waiting for a call-back with resolution.

Martha,

The mother of a patient has lodged a complaint on specimen collection. The complaint is in CRM.

The Issue:

Patient: ▬▬▬▬▬▬▬▬▬▬▬
Mother: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Mother brought daughter into the Henry Ford Macomb Fraser site on 8.20.13 to be collected for Vitamin B6, Zinc, and Urine HPL/ Hydroxyhemopyrrolin.

Melissa/HFMF called the L.C.S. for collection information. TS assisted Melissa with the information. TS conveyed the LUG information to Melissa as shown below on the Vitamin B6 and the Zinc. TS could not find any information on the Urine HPL/ Hydroxyhemopyrrolin. She Googled what was conveyed to her with no luck. I suspect it was written illegibly so when Melissa asked TS to search, TS searched for "Urine Hydroxyhemopyroluira". The reason I suspect this is b/c when I asked the mother to spell it to me, she conveyed "Urine Hydroxyhemopyroluira".

Now, since TS could not locate any info, she instructed Melissa to send a urine in a UA container and she would investigate further. Unbeknownst to TS, Urine HPL/ Hydroxyhemopyrrolin is part of an amino acid screen and thus had to be frozen.

The mother is quite upset. Could you arrange for contact with the mother ASAP. I did tell her that I would call her back w/in 45 min from 14:40.



**Enlarge Picture**

# Vitamin B6

**Synonyms (Alias):** Pyridoxal Phosphate



**See Special Instruction**

| Specimen Container | Test Code | Collect Volume | Min Volume | Availability | Test Priority |
|---|---|---|---|---|---|
| Lavender (EDTA) Tube | WVITB6 | | 1.0 mL plasma | Monday through Friday | ROUTINE |

Session Id : 3

**Special Instruction:** Patient must follow an overnight fast, and be restricted from alcohol and vitamins for at least 24 hours before sample collection. Separate plasma from cells and freeze within 6 hours in an amber tube to protect from light. Collect infant samples before next feeding.
**Collection Instruction:** Venipuncture
**Storage Instruction:** Centrifuge, separate plasma and FREEZE
**Transport Instruction:** Keep specimen frozen
**Request Form:** Multi-Lab Request Form - Blood   *Click here to view request form*
**Performing Lab:** Reference Laboratory
**Turnaround Time:** 5 to 7 days
**Specimen Type:** Plasma
**Reference Range Units:** ug/L
**Reference Range:** 5-50
**Causes for Rejection:** Samples not protected from light.
**Last Review Date:** 7/18/2012
**Note:** Stability: Room temperature for 6 hours, refrigerated for 12 hours, and frozen for 2 weeks.

**In House Note (for Lab only):** Frozen serum is also acceptable.



## Zinc



Se

**Enlarge Picture**

| Specimen Container | Test Code | Collect Volume | Min Volume | Availability | Test Priority |
|---|---|---|---|---|---|
| Navy Blue (EDTA) Tube | WZINC | 2.0 mL | 0.7 mL | Monday through Friday | ROUTINE |

Session Id : 3

**Special Instruction:** Draw blood in a dark blue EDTA tube Spin, pour off plasma from cells within 2 hours and send 2.0 mL plasma (0.7 mL minimum) refrigerated in a screw-capped plastic vial. Do not pipette serum or plasma.
**Collection Instruction:** Venipuncture
**Storage Instruction:** Store at ROOM TEMPERATURE
**Transport Instruction:** Transport at room temperature.
**Request Form:** Multi-Lab Request Form - Blood    *Click here to view request form*
**Performing Lab:** Reference Laboratory
**Turnaround Time:** 4 to 6 days
**Reference Range Units:** mcg/dL
**Additional Reference Range:**

| Age | Range |
|---|---|
| <6 months | 26-141 |
| <12 months | 29-131 |
| <2 years | 31-120 |
| <4 years | 29-115 |
| <6 years | 48-119 |
| <10 years | 48-129 |
| <14 years | 25-148 |
| <18 years | 46-130 |
| > or = 18 years | 60-130 |

**Causes for Rejection:** Hemolysis, serum or plasma not separated from cells within 2 hours.
**Last Review Date:** 4/9/2013
**Note:** Specimen stability: Room Temperature: 24 hours Refrigerated: 7 days Frozen: 14 days Alternative specimen - Navy blue no-additive



Ralph G. Benitez, Supervisor
Lab Customer Service/ Lab Support Services
Department of Pathology and Lab Medicine
Henry Ford Hospital
ph: 313.916.3983

"Be a yardstick of quality. Some people aren't used to an environment where excellence is expected."
-Steve Jobs

📧 **Email**

From: Bork, Fiona
To: Reeser, Natalie
Subject: Re: Pt: ▮▮▮▮▮

Sent: 6/5/2013 10:51:07 AM



Thanks!

---

**From:** Reeser, Natalie
**Sent:** Wednesday, June 05, 2013 10:48 AM
**To:** Bork, Fiona
**Subject:** RE: Pt: ▮▮▮▮

Ok Fiona , No problem.  : )

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

📎 baldrigo.jpg

---

**From:** Bork, Fiona
**Sent:** Wednesday, June 05, 2013 10:46 AM
**To:** Reeser, Natalie; Wiseheart, Martha
**Subject:** Re: Pt: ▮▮▮▮

Thank you Natalie
I am sorry you had to deal with that. Please do not tell anyone you are working alone. If asked say no my manager is in the her office down the hallway

---

**From:** Reeser, Natalie
**Sent:** Wednesday, June 05, 2013 10:37 AM
**To:** Wiseheart, Martha; Bork, Fiona
**Subject:** Pt: ▮▮▮▮

@ 10:14 today I had a patient from Dr Thackers office, come in and was talking to me in an explicit manner, Two of the examples are ( he asked if I was the only one working) I answered yes... he then proceeded to go into how "he had a friend that worked in an office just like this and that at lunch , he would bring her lunch and do her in the back" another example is when he was leaving he sais to me " May be next time when I come back I'll bring you lunch and while you eat i'll eat.

I went and spoke to dr thacker , who then spoke to the customer, who then came back and said he was sorry. I am writing this for documentation purposes per Martha wischearl's request.

**Natalie K. Reeser**
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

baldrigo.jpg

📧 Email

From: Bork, Fiona
To: Reeser, Natalie ; Anger, Maria ; Hajjar, Luain
CC: Wiseheart, Martha
Subject: Re: Customer

Sent: 6/13/2013 9:19:02 AM

Thank you Natalie!

---

**From:** Reeser, Natalie
**Sent:** Thursday, June 13, 2013 09:05 AM
**To:** Bork, Fiona; Anger, Maria; Hajjar, Luain
**Cc:** Wiseheart, Martha
**Subject:** Customer

Good morning Ladies,
I just wanted to let you know that a customer this morning, inquired on if we do blood draws at nursing homes. She is the Manager @ ███████████, @ hall rd & schoenherr rd . Her name is ███████ phone number ███████, she said they use st johns hospital and they are not happy with them. I just let her know that I would have someone call and talk with her. Hope this is ok.


Thanks Have a great day

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

[x] baldrigo.jpg

### RE: A Patient Complaint in CRM - Mother is waiting for a call-back with resolution.

Wiseheart, Martha
Sent: Thursday, August 22, 2013 3:55 PM
To: Benitez, Ralph
Cc: Hajjar, Luain; Reeser, Natalie

I called the mother back. She will contact the physician's office and will most likely bring her daughter back in a few weeks. They live by Clinton PSC and will probably come there for Natalie to take care of her.

I will make sure that Natalie knows exactly what to do with this patient and her samples.

The mother was informed that a Meijer gift card will be sent to her home to spend how she see's fit - on gas or something for her daughter.

Luain - you may want to follow up with the clients office. It appears to be a case of he said, she said and no clear order from the physician on the urine test.

Martha Wiseheart MT(ASCP)
Henry Ford Medical Laboratories Operations Manager

Phone 313 732-7436
Fax 586 228 27461

---

From: Benitez, Ralph
Sent: Thursday, August 22, 2013 3:10 PM
To: Wiseheart, Martha
Subject: A Patient Complaint in CRM - Mother is waiting for a call-back with resolution.

**Mother is waiting for a call-back with resolution.**

Martha,

The mother of a patient has lodged a complaint on specimen collection. The complaint is in CRM.

The issue:

Patient:
Mother:

Mother brought daughter into the Henry Ford Macomb Fraser site on 6.20.13 to be collected for Vitamin B6, Zinc, and Urine HPL/ Hydroxyhemopyrrolin.

Melissa/HFMF called the L.C.S. for collection information. TS assisted Melissa with the information. TS conveyed the LUG information to Melissa as shown below on the Vitamin B6 and the Zinc. TS could not find any information on the Urine HPL/ Hydroxyhemopyrrolin. She Googled what was conveyed to her with no luck. I suspect it was written illegibly so when Melissa asked TS to search, TS searched for "Urine Hydroxyhemopyroluira". The reason I suspect this is b/c when I asked the mother to spell it to me, she conveyed "Urine Hydroxyhemopyroluira".

Now, since TS could not locate any info, she instructed Melissa to send a urine in a UA container and she would investigate further. Unbeknownst to TS, Urine HPL/ Hydroxyhemopyrrolin is part of an amino acid screen and thus had to be frozen.

The mother is quite upset. Could you arrange for contact with the mother ASAP. I did tell her that I would call her back w/in 45 min from 14:40.



# Vitamin B6

Synonyms (Alias): Pyridoxal Phosphate



See Special Instruction

Enlarge Picture

| Specimen Container | Test Code | Collect Volume | Min Volume | Availability | Test Priority |
|---|---|---|---|---|---|
| Lavender (EDTA) Tube | WVITB6 | | 1.0 mL plasma | Monday through Friday | ROUTINE |

Session Id : 3

**Special Instruction:** Patient must follow an overnight fast, and be restricted from alcohol and vitamins for at least 24 hours before sample collection. Separate plasma from cells and freeze within 6 hours in an amber tube to protect from light. Collect infant samples before next feeding.
**Collection Instruction:** Venipuncture
**Storage Instruction:** Centrifuge, separate plasma and FREEZE
**Transport Instruction:** Keep specimen frozen
**Request Form:** Multi-Lab Request Form - Blood  *Click here to view request form*
**Performing Lab:** Reference Laboratory
**Turnaround Time:** 5 to 7 days
**Specimen Type:** Plasma
**Reference Range Units:** ug/L
**Reference Range:** 5-50
**Causes for Rejection:** Samples not protected from light.
**Last Review Date:** 7/18/2012
**Note:** Stability: Room temperature for 6 hours, refrigerated for 12 hours, and frozen for 2 weeks.

**In House Note (for Lab only):** Frozen serum is also acceptable.

REESER-272



Zinc



Se

Enlarge Picture

| Specimen Container | Test Code | Collect Volume | Min Volume | Availability | Test Priority |
|---|---|---|---|---|---|
| Navy Blue (EDTA) Tube | WZINC | 2.0 mL | 0.7 mL | Monday through Friday | ROUTINE |

Session Id : 3

**Special Instruction:** Draw blood in a dark blue EDTA tube. Spin, pour off plasma from cells within 2 hours and send 2.0 mL plasma (0.7 mL minimum) refrigerated in a screw-capped plastic vial. Do not pipette serum or plasma.
**Collection Instruction:** Venipuncture
**Storage Instruction:** Store at ROOM TEMPERATURE
**Transport Instruction:** Transport at room temperature.
**Request Form:** Multi-Lab Request Form - Blood  *Click here to view request form*
**Performing Lab:** Reference Laboratory
**Turnaround Time:** 4 to 6 days
**Reference Range Units:** mcg/dL
**Additional Reference Range:**

| Age | Range |
|---|---|
| <6 months | 26-141 |
| <12 months | 29-131 |
| <2 years | 31-120 |
| <4 years | 29-115 |
| <6 years | 48-119 |
| <10 years | 48-129 |
| <14 years | 25-148 |
| <18 years | 46-130 |
| > or = 18 years | 60-130 |

**Causes for Rejection:** Hemolysis, serum or plasma not separated from cells within 2 hours.
**Last Review Date:** 4/9/2013
**Note:** Specimen stability: Room Temperature: 24 hours Refrigerated: 7 days Frozen: 14 days Alternative specimen - Navy blue no-additive



Ralph G. Benitez, Supervisor
Lab Customer Service / Lab Support Services
Department of Pathology and Lab Medicine
Henry Ford Hospital
ph- 313.916.5985

"Be a yardstick of quality. Some people aren't used to an environment where excellence is expected."
-Steve Jobs

📧 Email

From: Bork, Fiona
To: Reeser, Natalie
Subject: Re: June 9th 2011

Sent: 6/10/2011 8:49:16 AM



Thank you Natalie I will look into this asap

**From:** Reeser, Natalie
**Sent:** Friday, June 10, 2011 08:47 AM
**To:** Bork, Fiona
**Subject:** June 9th 2011

Good Morning Fiona,

Please Be Advised that on June 9th 2011, while I was assigned to the Shelby office for the day, The following has come to my attention.

As reported by the Mother to ▇▇▇▇ our 1st patient this morning at 7:30 am, The Clinton twp office Failed to open on time Yesterday by at least 15 minutes, causing Ms. ▇▇▇ and her son to return this morning June 10th 2011. Ms. ▇▇▇ stated she was upset because this problem caused her son to be Late for school twice, and she felt like her voice needs to be herd.

Also, the test results from Wedensday night June 8th, and all day June 9th went undelivered to the doctors' offices. As Clinton twp is my Primary location these issues are also a concern to me.

Sincerly,

Natalie Reeser