Defendant's Reply in Support of Its Motion To Strike Plaintiff's Claim For Backpay Or In The Alternative, To Preclude Plaintiff From Introducing Evidence Of Lost Wages

Index of Exhibits

A. LARA Records

B. Deposition Transcript Excerpts of Natalie Reeser, dated March 23, 2015

C. Leelin Home Health Care records excerpts