# Exhibit A

**LARA**
LICENSING AND REGULATORY AFFAIRS
CUSTOMER DRIVEN BUSINESS MINDED.

Michigan Department of Licensing and Regulatory Affairs
Michigan Occupational Safety and Health Administration
Wage and Hour Program
Audit Form

Claim #:

Employer Name: Henry Ford Health System

Address:
City:
State:                  ZIP

Records audited: Employer time, payroll and spreadsheet

Employee Name: Natalie Reeser #177607

Address:
City:
State:                  ZIP

Last 4 Digits of Social Security #:
Occupation: Phlebotomis/ Lab Assistant

| Period Ending: | Name: | Birthdate: | Hours Worked: | Gross Wages Paid: | Check #: | Che |
|---|---|---|---|---|---|---|
| | | | | | | |

Place an "X" in the correct pay period of employee:  Weekly ___   X Biweekly

| (1) Period Ending | (2) Hours Worked Regular | (2) Hours Worked Overtime | (3) Rate of Pay Regular | (3) Rate of Pay Overtime | (4) Regular Wages Earned | (5) Overtime Wages Earned | (6) Total Gross Earned | (7) Gross Wages Paid | (8) Other (tips) |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2013 | 80 | 3.3 | $14.00 | $21.00 | $1,120.00 | $69.30 | $1,189.30 | $1,118.60 | |
| 3/23/2013 | 80 | 4.1 | $14.00 | $21.00 | $1,120.00 | $86.10 | $1,206.10 | $1,124.20 | |
| 4/6/2013 | 60.2 | | $14.00 | $21.00 | $842.80 | $0.00 | $842.80 | $820.40 | |
| 4/20/2013 | 80 | 4 | $14.00 | $21.00 | $1,120.00 | $84.00 | $1,204.00 | $1,120.00 | |
| 5/4/2013 | 72.5 | 2.3 | $14.00 | $21.00 | $1,015.00 | $48.30 | $1,063.30 | $1,004.50 | |
| 5/18/2013 | 74.5 | 2 | $14.00 | $21.00 | $1,043.00 | $42.00 | $1,085.00 | $1,124.20 | |
| 6/1/2013 | 65.5 | 2 | $14.00 | $21.00 | $917.00 | $42.00 | $959.00 | $903.00 | |
| 6/15/2013 | 76 | | $14.00 | $21.00 | $1,064.00 | $0.00 | $1,064.00 | $1,027.60 | |
| 6/29/2013 | 78 | 2 | $14.00 | $21.00 | $1,092.00 | $42.00 | $1,134.00 | $1,068.20 | |
| 7/13/2013 | 59 | 2 | $14.00 | $21.00 | $826.00 | $42.00 | $868.00 | $812.00 | |
| 7/27/2013 | 73.3 | | $14.00 | $21.00 | $1,026.20 | $0.00 | $1,026.20 | $982.80 | |
| 8/10/2013 | 70.5 | | $14.00 | $21.00 | $987.00 | $0.00 | $987.00 | $940.80 | |
| 8/24/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 9/7/2013 | 66 | | $14.28 | $21.42 | $942.48 | $0.00 | $942.48 | $902.50 | |
| 9/21/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 10/5/2013 | 78.2 | 2 | $14.28 | $21.42 | $1,116.70 | $42.84 | $1,159.54 | $1,089.56 | |
| 10/19/2013 | 73.5 | 2 | $14.28 | $21.42 | $1,049.58 | $42.84 | $1,092.42 | $1,021.02 | |
| 11/2/2013 | 68.5 | 2 | $14.28 | $21.42 | $978.18 | $42.84 | $1,021.02 | $956.76 | |
| 11/16/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| 11/30/2013 | 68.5 | 2 | $14.28 | $21.42 | $978.18 | $42.84 | $1,021.02 | $956.76 | |
| 12/14/2013 | 80 | 4 | $14.28 | $21.42 | $1,142.40 | $85.68 | $1,228.08 | $1,142.40 | |
| Page 1 Total | 1544.2 | 45.7 | | | $21,807.72 | $969.78 | $22,777.50 | $21,542.50 | $0.00 |

HFH264

Michigan Department of Licensing and Regulatory Affairs
Michigan Occupational Safety and Health Administration
Wage and Hour Program
Audit Form

| (1) Period Ending | (2) Hours Worked Regular | (2) Hours Worked Overtime | (3) Rate of Pay Regular | (3) Rate of Pay Overtime | (4) Regular Wages Earned | (5) Overtime Wages Earned | (6) Total Gross Earned | (7) Gross Wages Paid | (8) Other (tips) |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/2013 | 55.5 | 2 | $14.28 | $21.42 | $792.54 | $42.84 | $835.38 | $785.40 | |
| 1/11/2014 | 53.5 | 2.2 | $14.28 | $21.42 | $763.98 | $47.12 | $811.10 | $763.27 | |
| 1/25/2014 | 80 | 15.6 | $14.28 | $21.42 | $1,142.40 | $334.15 | $1,476.55 | $1,399.44 | |
| 2/8/2014 | 75.3 | 2 | $14.28 | $21.42 | $1,075.28 | $42.84 | $1,118.12 | $1,055.29 | |
| 2/22/2014 | 78 | 2 | $14.28 | $21.42 | $1,113.84 | $42.84 | $1,156.68 | $1,142.40 | |
| 3/8/2014 | 17.5 | | $14.28 | $21.42 | $249.90 | $0.00 | $249.90 | $249.90 | |
| 3/22/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 4/5/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 4/19/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 5/3/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 5/17/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 5/31/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 6/14/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 6/28/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 7/12/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 7/26/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 8/9/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 8/23/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 9/6/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 9/20/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 10/4/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 10/18/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 11/1/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 11/15/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 11/29/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 12/13/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 12/27/2014 | | | | | $0.00 | $0.00 | $0.00 | | |
| 1/10/2015 | | | | | $0.00 | $0.00 | $0.00 | | |
| 1/24/2015 | | | | | $0.00 | $0.00 | $0.00 | | |
| 2/7/2015 | | | | | $0.00 | $0.00 | $0.00 | | |
| 2/21/2015 | | | | | $0.00 | $0.00 | $0.00 | | |
| Page 2 total | 359.8 | 23.8 | | | $5,137.94 | $509.80 | $5,647.74 | $5,395.70 | $0.00 |
| Page 1 total | 1544.2 | 45.7 | | | $21,807.72 | $969.78 | $22,777.50 | $21,542.50 | $0.00 |
| Grand Total | 1904 | 69.5 | | | $26,945.66 | $1,479.58 | $28,425.24 | $26,938.20 | $0.00 |

I acknowledge completion of the audit for the above named individual.

_____        Investigator
Bayer            ,Wage & Hour Program    Title            _____        Date

HFH265