# Exhibit B

Natalie Reeser
3/30/2015

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

                         CASE NO:2:14-cv-11916

vs.

HENRY FORD HOSPITAL,

    Defendant.
_____/

        Volume I of the deposition of NATALIE

REESER, taken before me, Lauri A. Sheldon, CSR 4045, RPR,

on March 23, 2015, at 39500 High Pointe Boulevard, Suite

350, Novi, Michigan, commencing at or about 10:07 a.m.

APPEARANCES:

    MILLER COHEN, P.L.C.
    BY:   KEITH D. FLYNN, ESQUIRE
    600 W. Lafayette Boulevard, 4th Floor
    Detroit, Michigan   48226
    313-964-4454
    Appearing on behalf of the Plaintiff.

    VARNUM, LLP
    BY:   TERRENCE J. MIGLIO
    39500 High Pointe Boulevard, Suite 350
    Novi, Michigan   48375
    248-567-7400
    tjmiglio@varnumlaw.com
    Appearing on behalf of the Defendant.

Natalie Reeser
3/30/2015

Page 12

| | | |
|---|---|---|
| 1 | Q | What's the address for Carlyle Place? |
| 2 | A | It's right next-door to the Clinton Township location. |
| 3 | | I'm not sure. |
| 4 | Q | And how long did you live there? |
| 5 | A | Two years.  And I lived there alone. |
| 6 | Q | Currently employed? |
| 7 | A | Yes. |
| 8 | Q | By whom? |
| 9 | A | Leland Home Healthcare. |
| 10 | Q | And what do you do for Leland Home Healthcare? |
| 11 | A | I'm a home health aide. |
| 12 | Q | How much do you make an hour? |
| 13 | A | $9. |
| 14 | Q | How long have you been working there? |
| 15 | A | Since the middle of January. |
| 16 | Q | Middle of January? |
| 17 | A | 2015. |
| 18 | Q | Who is your supervisor? |
| 19 | A | Couldn't tell you. |
| 20 | Q | You don't know your supervisor's name? |
| 21 | A | Nope. |
| 22 | Q | Who gave you assignments? |
| 23 | A | I have the same assignment every day. |
| 24 | Q | Who -- |
| 25 | A | It -- My schedule never changes.  They gave me a schedule |

Natalie Reeser
3/30/2015

```
                                                              Page 13
 1            when I first started there and I've done it ever since.
 2     Q      Who gave you the schedule?
 3     A      Her name is Gwen.
 4     Q      How many hours a week do you work for Leland?
 5     A      Between 9 to 18.
 6     Q      9 to 18 hours per week?
 7     A      Yep.
 8     Q      That's the only employment you have right now?
 9     A      Correct.
10     Q      And before you worked at Leland where did you work?
11     A      Quest Diagnostics.
12     Q      Which location?
13     A      East China.
14     Q      And what did you do for Quest Diagnostics?
15     A      I was a phlebotomist.
16     Q      And what was your hourly rate there?
17     A      $15 an hour.
18     Q      How long did you work there?
19     A      Six months.
20     Q      Starting when?
21     A      My last day -- It had to have been June.  June, because
22            my last day was the last day of the year, December 31st.
23     Q      June 2014?
24     A      Hm-hmm.  Yes.  I'm sorry.
25     Q      And how many hours a week did you work for Quest
```

Natalie Reeser
3/30/2015

Page 14

| | | |
|---|---|---|
| 1 | | Diagnostics? |
| 2 | A | 40. |
| 3 | Q | What caused you to leave the employment of Quest |
| 4 | | Diagnostics? |
| 5 | A | I lost my house and my fiance. |
| 6 | Q | What do you mean you lost your house? |
| 7 | A | The modular home in Richmond was a brand-new home, it was |
| 8 | | a hefty rent price a month, and due to all the issues I |
| 9 | | was going through with Henry Ford, it caused a lot of |
| 10 | | strain on my relationship and it ended and he left me |
| 11 | | with the house.  I couldn't afford it by myself, so I |
| 12 | | lost the house. |
| 13 | Q | Okay.  So did that mean you had to leave your employment? |
| 14 | A | Yeah.  I didn't have a place to live, so I had to move up |
| 15 | | north where the only place I had to live. |
| 16 | Q | Where did you move to? |
| 17 | A | My boyfriend's family's house. |
| 18 | Q | I thought you said you just had a boyfriend. |
| 19 | A | I lost my ex-fiance, which was Joseph Candela.  My |
| 20 | | boyfriend is Jim Boyer. |
| 21 | Q | So when did you lose your fiance, Joseph Candela? |
| 22 | A | He left in October of 2014. |
| 23 | Q | Okay.  And when did you find a new boyfriend? |
| 24 | A | November of 2014. |
| 25 | Q | How did you find your new boyfriend? |

Natalie Reeser
3/30/2015

Page 17

| | | |
|---|---|---|
| 1 | A | That was like 850, I believe. |
| 2 | Q | And then the next place you lived was where? |
| 3 | A | Before that it was Carlyle Place, which is right |
| 4 | | next-door to the Clinton Township PSC. |
| 5 | Q | What were you paying there in rent? |
| 6 | A | 575 a month, but I lived there alone. |
| 7 | Q | Where does your fiance, your ex-fiance, live now? |
| 8 | A | He lives in Clinton Township at his parents' house. |
| 9 | Q | Is he employed? |
| 10 | A | I don't know. |
| 11 | Q | Was he employed when you -- Was he employed when he was |
| 12 | | your fiance? |
| 13 | A | Yes. |
| 14 | Q | What did he do? |
| 15 | A | He was a machinist. |
| 16 | Q | Do you know where he worked? |
| 17 | A | What's the name of it? I don't recall the name of the |
| 18 | | place he works. Hang on. Oh, I can see his T-shirts |
| 19 | | right now, but . . . |
| 20 | | MR. FLYNN: If you don't recall, you don't |
| 21 | | recall. |
| 22 | | THE WITNESS: I don't recall. |
| 23 | Q | (Continuing by Mr. Miglio): So if I understand your |
| 24 | | testimony, you're saying that you had to leave your |
| 25 | | full-time, 40-hour-a-week job at Quest Diagnostics |

Natalie Reeser
3/30/2015

Page 18

1 because you broke up with your fiance and couldn't afford
2 the modular home you were living in; is that right?
3     MR. FLYNN: Objection. Misconstrues the
4 witness' testimony. You can answer.
5     THE WITNESS: I had to leave my place of
6 employment because I couldn't find a new place to live
7 during that time, correct. I had to move up north.
8 Q (Continuing by Mr. Miglio): And that was a result of you
9 breaking up with your fiance.
10 A He broke up with me, sir.
11 Q All right. Well, as a result of him, your fiance,
12 breaking up with you --
13 A Correct. He paid half the bills.
14 Q Okay. So when did you decide that you weren't going to
15 have -- Strike that.
16     When were you asked to move in with Mr. Boyer?
17 A I didn't. I asked him if I could move in with him
18 because I didn't have a place to go.
19 Q So now you're living with Mr. Boyer and you're working
20 for a home healthcare facility at $9 an hour.
21 A Correct.
22 Q 9 to 18 hours a week?
23 A Hm-hmm.
24 Q Is that right?
25 A Yes.

Natalie Reeser
3/30/2015

Page 19

1  Q   Since leaving your job -- Strike that.
2      And I'm assuming that you voluntarily resigned
3      from your position at Quest Diagnostics?
4  A   I didn't have a choice.
5  Q   You voluntarily -- You submitted a voluntary resignation
6      to them.
7      MR. FLYNN: Objection. Asked and answered.
8      MR. MIGLIO: Submitted a letter of resignation
9      to them?
10     MR. FLYNN: Objection. Asked and answered.
11     THE WITNESS: I had no choice.
12 Q   (Continuing by Mr. Miglio): Did you submit a letter of
13     resignation?
14 A   I had to move up north.
15     MR. FLYNN: ObjectIon. Asked and answered.
16     THE WITNESS: I didn't have a house.
17 Q   (Continuing by Mr. Miglio): Did you write, "I hereby
18     resign" or words to that effect?
19     MR. FLYNN: Objection. Asked and answered.
20 Q   (Continuing by Mr. Miglio): Go ahead. He won't instruct
21     you not to answer.
22     MR. FLYNN: I didn't. You can answer.
23     THE WITNESS: I don't know what else to say. I
24     answered.
25 Q   (Continuing by Mr. Miglio): Do you know what a letter of

Natalie Reeser
3/30/2015

```
                                                          Page 327
 1    Q    -- a week.  Okay.  And you started that job when?
 2               MR. FLYNN:  Objection.  Asked and answered.
 3               THE WITNESS:  The second week of January, I
 4         believe.  Or the third week of January.  Late January.
 5    Q    (Continuing by Mr. Miglio):  So what do you do with the
 6         other part of your time that you have because you're --
 7         since you're only working maximum of 18 hours a week?
 8         What are you doing to keep busy?
 9    A    I'm up there.  I -- My boyfriend's father has brain
10         cancer, so I take care of him.
11    Q    Do you get paid for that?
12    A    No.  He's family.
13    Q    Okay.  So your boyfriend's father, what's his name?
14    A    Jack Boyer.
15    Q    Okay.  And where does he reside?
16               MR. FLYNN:  Objection.  Asked and answered.
17               THE WITNESS:  In Harrison, Michigan.
18               MR. MIGLIO:  I didn't ask him about Jack Boyer.
19               THE WITNESS:  Harrison, Michigan.
20               MR. FLYNN:  Yeah, you did.
21    Q    (Continuing by Mr. Miglio):  So you spend how much time
22         during the week taking care of Jack Boyer?
23    A    Well, it's not direct care.  It's more like taking care
24         of the house, doing the laundry, making food for him.
25    Q    Okay.
```

Natalie Reeser
3/30/2015

Page 332

```
 1    Q    (Continuing by Mr. Miglio):  Anything else that you got
 2         from anybody in Dr. Meshach's office in terms of emails,
 3         notices, anything like that?
 4    A    No.
 5    Q    When's the last time you talked to anybody in Meshach's
 6         office?
 7    A    I don't talk to her on a daily basis, but we're friends
 8         on Facebook.
 9    Q    Okay.  And you don't know her last name?
10    A    I can't recall it right now, no.  I'm not like -- I don't
11         talk to her every day.  I mean this was years ago that we
12         became friends, and I haven't talked to her usually
13         since.  This was the only thing she really sent me and
14         this was right after.
15    Q    I think I asked you this, but I don't know:  What's your
16         mother's address?
17    A    I don't know my mom's address.
18    Q    She lives in St. Helen?
19    A    Oh, that's 1853 Muskegon, St. Helen, Michigan 48656.
20    Q    Does she live there by herself?
21    A    She used to live there.  She now lives down here in
22         Plymouth.
23    Q    What's her address in Plymouth?
24    A    I have no clue.  She lives at the Extended Stay.
25    Q    Where is the Extended Stay?
```

Natalie Reeser
3/30/2015

Page 335

STATE OF MICHIGAN     )
                     )    ss:
COUNTY OF MACOMB     )

I hereby certify that the foregoing attached pages are a full and complete transcript of the proceedings held on the date and at the place hereinbefore set forth. I reported stenographically the proceedings held in the matter hereinbefore set forth, and the testimony so reported was subsequently transcribed under my direction and supervision, and the foregoing is a full, true and accurate transcript of my original stenotype notes.

_____
Lauri A. Sheldon CSR-4045, RPR

Notary Public
Macomb County, Michigan
My Commission Expires:
February 8, 2022