# Exhibit C

11:50 AM
03/23/15

**LEELIN HOME HEALTH CARE INC**
**Payroll Summary**
September 1, 2014 through March 23, 2015

|  | REESER, NATALIE K | | | TOTAL | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Hours | Rate | Sep 1, '14 - Mar 23, 15 | Hours | Rate | Sep 1, '14 - Mar 23, 15 |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| HHA Hourly Rate | 104 | 9.00 | 936.00 | 104.00 | | 936.00 |
| Total Gross Pay | 104 | | 936.00 | 104.00 | | 936.00 |
| Adjusted Gross Pay | 104 | | 936.00 | 104.00 | | 936.00 |
| **Taxes Withheld** | | | | | | |
| Federal Withholding | | | -18.00 | | | -18.00 |
| Medicare Employee | | | -13.57 | | | -13.57 |
| Social Security Employee | | | -58.03 | | | -58.03 |
| MI - Withholding | | | -18.64 | | | -18.64 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| Total Taxes Withheld | | | -108.24 | | | -108.24 |
| Net Pay | 104 | | 827.76 | 104.00 | | 827.76 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 5.62 | | | 5.62 |
| Medicare Company | | | 13.57 | | | 13.57 |
| Social Security Company | | | 58.03 | | | 58.03 |
| MI - Unemployment Company | | | 33.70 | | | 33.70 |
| Workers Compensation | | | 52.57 | | | 52.57 |
| MI - Obligation Assessment | | | 11.89 | | | 11.89 |
| Total Employer Taxes and Contributions | | | 175.36 | | | 175.36 |

Page 1

4

## Leelin Home Health Care

### Confirmed Shift Report

9/1/2014 — 3/23/2015

| Caregiver | Client | Date | Start Time | End Time |
|---|---|---|---|---|
| REESER, NATALIE | | 1/28/2015 | 09:00 AM | 01:00 PM |
| | | 2/4/2015 | 11:00 AM | 02:00 PM |
| | | 2/6/2015 | 10:00 AM | 03:00 PM |
| | | 2/8/2015 | 11:00 AM | 02:00 PM |
| | | 2/9/2015 | 11:00 AM | 02:00 PM |
| | | 2/11/2015 | 09:00 AM | 01:00 PM |
| | | 2/11/2015 | 01:30 PM | 04:30 PM |
| | | 2/13/2015 | 10:00 AM | 03:00 PM |
| | | 2/16/2015 | 11:00 AM | 02:00 PM |
| | | 2/18/2015 | 09:00 AM | 01:00 PM |
| | | 2/18/2015 | 01:30 PM | 04:30 PM |
| | | 2/19/2015 | 11:00 AM | 02:00 PM |
| | | 2/20/2015 | 10:00 AM | 03:00 PM |
| | | 2/22/2015 | 11:00 AM | 02:00 PM |
| | | 2/23/2015 | 11:00 AM | 02:00 PM |
| | | 2/25/2015 | 09:00 AM | 01:00 PM |
| | | 2/25/2015 | 01:30 PM | 04:30 PM |
| | | 2/27/2015 | 10:00 AM | 03:00 PM |
| | | 3/2/2015 | 11:00 AM | 02:00 PM |
| | | 3/4/2015 | 09:00 AM | 01:00 PM |
| | | 3/4/2015 | 01:30 PM | 04:30 PM |
| | | 3/6/2015 | 10:00 AM | 03:00 PM |
| | | 3/8/2015 | 11:00 AM | 02:00 PM |
| | | 3/9/2015 | 11:00 AM | 02:00 PM |
| | | 3/11/2015 | 09:00 AM | 01:00 PM |
| | | 3/11/2015 | 01:30 PM | 04:30 PM |
| | | 3/12/2015 | 10:00 AM | 03:00 PM |
| | | 3/13/2015 | 10:00 AM | 03:00 PM |

2:53 PM
12/09/15

# LEELIN HOME HEALTH CARE INC
## Payroll Summary
### March 24 through December 9, 2015

|  | REESER, NATALIE K | | | TOTAL | | |
|---|---|---|---|---|---|---|
|  | Hours | Rate | Mar 24 - Dec 9, 15 | Hours | Rate | Mar 24 - Dec 9, 15 |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| Back Pay - HHA | 4 | 9.00 | 36.00 | 4.00 | | 36.00 |
| HHA Hourly Rate | 100.5 | 9.00 | 904.50 | 100.50 | | 904.50 |
| Total Gross Pay | 104.5 | | 940.50 | 104.50 | | 940.50 |
| Adjusted Gross Pay | 104.5 | | 940.50 | 104.50 | | 940.50 |
| **Taxes Withheld** | | | | | | |
| Federal Withholding | | | 0.00 | | | 0.00 |
| Medicare Employee | | | -13.64 | | | -13.64 |
| Social Security Employee | | | -58.31 | | | -58.31 |
| MI - Withholding | | | -3.31 | | | -3.31 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| Total Taxes Withheld | | | -75.26 | | | -75.26 |
| Net Pay | 104.5 | | 865.24 | 104.50 | | 865.24 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 5.64 | | | 5.64 |
| Medicare Company | | | 13.64 | | | 13.64 |
| Social Security Company | | | 58.31 | | | 58.31 |
| MI - Unemployment Company | | | 37.61 | | | 37.61 |
| Workers Compensation | | | 52.84 | | | 52.84 |
| MI - Obligation Assessment | | | 12.69 | | | 12.69 |
| Total Employer Taxes and Contributions | | | 180.73 | | | 180.73 |

# Leelin Home Health Care
## Confirmed Shift Report

3/14/2015 — 12/9/2015

| Caregiver | Client | Date | Start Time | End Time |
|---|---|---|---|---|
| REESER, NATALIE | | 3/18/2015 | 09:00 AM | 01:00 PM |
| | | 3/18/2015 | 01:30 PM | 04:30 PM |
| | | 3/20/2015 | 10:00 AM | 03:00 PM |
| | | 3/30/2015 | 11:00 AM | 02:00 PM |
| | | 4/1/2015 | 09:00 AM | 01:00 PM |
| | | 4/1/2015 | 01:30 PM | 04:30 PM |
| | | 4/3/2015 | 10:00 AM | 01:00 PM |
| | | 4/8/2015 | 09:00 AM | 01:00 PM |
| | | 4/10/2015 | 10:00 AM | 03:00 PM |
| | | 4/15/2015 | 09:00 AM | 03:00 PM |
| | | 4/17/2015 | 10:00 AM | 03:00 PM |
| | | 4/22/2015 | 09:00 AM | 01:30 PM |
| | | 4/29/2015 | 09:00 AM | 01:00 PM |
| | | 5/1/2015 | 10:00 AM | 03:00 PM |
| | | 5/6/2015 | 09:00 AM | 01:00 PM |
| | | 5/8/2015 | 10:00 AM | 03:00 PM |
| | | 5/12/2015 | 10:00 AM | 03:00 PM |
| | | 5/13/2015 | 09:00 AM | 01:00 PM |
| | | 5/14/2015 | 10:00 AM | 03:00 PM |
| | | 5/18/2015 | 10:00 AM | 03:00 PM |
| | | 5/20/2015 | 09:00 AM | 01:00 PM |
| | | 5/29/2015 | 10:00 AM | 03:00 PM |
| | | 6/3/2015 | 09:00 AM | 01:00 PM |
| | | 6/5/2015 | 07:30 AM | 12:30 PM |