Defendant's Reply In Support Of Its Motion In Limine To Bar Plaintiff
From Introducing Any Evidence Regarding Her Alleged Medical
Or Psychological Condition

Index of Exhibits

A. Unpublished Cases:
- *Jama v. City of Memphis*, No. 03-2965 Ma/P., 2006 WL 5499283 (W.D. Tenn. Dec. 29, 2006)

- *Lynch v. L'Oreal USA S/D, Inc.*, No. 11-cv-01343-RBJ-MWJ, 2012 WL 4356231  (D. Colo. Sept. 24, 2012)

- *Villalba v. Consol. Freightways Corp. of Delaware*, No. 98 C 5347, 2000 WL 1154073  (W.D. La. Aug. 14, 2000)

- *Barlow v Riley*, No. 12-2058, 2013 WL 2300762 (C.D. Ill. May 24, 2013)