# EXHIBIT C



(248)608-9250 Fax (248)608-9252
www.tri-countycourtreporters.com

# Transcript of the Testimony of
## Natalie Reeser

**Date:** March 30, 2015
**Volume:** I

**Case:** Reeser v. Henry Ford Hospital

Printed On: May 11, 2015

Tri County Court Reporters

Natalie Reeser
3/30/2015

Page 78

| | | |
|---|---|---|
| 1 | Q | -- fiance dropping you? |
| 2 | A | -- me going to the State and what Fiona did to me. |
| 3 | Q | So are you saying that prior to leaving the -- Strike |
| 4 | | that. Prior to leaving the employment of Henry Ford |
| 5 | | Health System you weren't being treated by Dr. Kahnamoui |
| 6 | | for any anxiety for depression. |
| 7 | A | Just my regular Paxil pills that I've been taking for 10 |
| 8 | | years, but he had to up them -- up it because the |
| 9 | | depression was huge and the anxiety got worse. Like I |
| 10 | | was having panic attacks on a daily basis to the point |
| 11 | | where I almost went agoraphobic and couldn't leave the |
| 12 | | house, so. |
| 13 | Q | And how often before that, your termination from Henry |
| 14 | | Ford, were you taking Paxil? |
| 15 | A | I took Paxil every day since 2001. However, after the |
| 16 | | termination at Henry Ford it needed to be upped and |
| 17 | | adjusted, and now I take 50 milligrams of Paxil instead |
| 18 | | of 20 milligrams of Paxil, and I also take Xanax to calm |
| 19 | | my nerves for the anxiety and panic attacks this lawsuit |
| 20 | | has caused me. |
| 21 | Q | And what do you mean this lawsuit has caused you? |
| 22 | A | The stress of knowing I have to testify about my rape and |
| 23 | | you're going to ask me questions about that has caused |
| 24 | | tremendous stress, the questions that you want to ask me |
| 25 | | about, just this whole thing. I mean it's caused a lot |