UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

          Plaintiff,

v

**HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL**,

          Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Mona K. Majzoub

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Richard G. Mack, Jr. (P58657) | Terrance J. Miglio (P30541) |
| Keith D. Flynn (P74192) | Barbara E. Buchanan (P55084) |
| Adam C. Graham (P79361) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 160 W. Fort St., 5th Floor |
| 600 W. Lafayette Blvd., 4th Floor | Detroit, MI 48226 |
| Detroit, MI 48226-0840 | (313) 481-7300 |
| (313) 964-4454 | |

## PROPOSED VERDICT FORM

We, the jury, answer the questions submitted as follows:

**Section 1 – Whistleblower Protection Act**

    1.    Did Plaintiff engage in protected activity under the Michigan Whistleblowers' Protection Act by reporting a violation of the Fair Labor Standards Act to a public body?

Yes \_\_\_\_          No \_\_\_\_


    2.    Did Plaintiff engage in protected activity under the Michigan Whistleblowers' Protection Act by being about to report a violation of the Fair Labor Standards Act to a public body?

Yes \_\_\_\_          No \_\_\_\_

*If your answer is "no" to Question 1 and 2, go on to Section 3. If your answer is "yes" to either Question 1 or Question 2, go on to Question No. 3.*

    3.    Did Defendants discharge Plaintiff?

Yes \_\_\_\_        No \_\_\_\_

*If your answer is "no," go on to Section 3. If your answer is "yes," go on to Question No. 3.*

    4.    Was plaintiff's protected activity one of the motives or reasons for her discharge?

Yes \_\_\_\_        No \_\_\_\_

*If your answer is "no," go on to Section 3. If your answer is "yes," go on to Section 2.*

**Section 2 – Whistleblower Protection Act Damages.**

    Only answer the following questions if you answered "yes" to question 4 in Section 1.

    5.    What is the total amount of plaintiff's damages to the present date for lost wages, and fringe benefits?

**Answer:**    $_____.\_\_\_\_

    6.    What is the total amount of plaintiff's damages to the present date for noneconomic damages such as pain and suffering, extreme mental and emotional distress, humiliation, outrage, harm to reputation*?*

**Answer:**    $_____.\_\_\_\_

7. If you find that the plaintiff will sustain damages in the future for lost wages and fringe benefits or earnings or lost earning capacity or lost employment opportunity, give the total amount for each year in which the plaintiff will sustain damages.

**Answer:**

$_____.\_\_\_\_  2016

$_____.\_\_\_\_  2017

$_____.\_\_\_\_  2018

$_____.\_\_\_\_  2019

$_____.\_\_\_\_  2020

$_____.\_\_\_\_  2021

$_____.\_\_\_\_  2022

$_____.\_\_\_\_  2023

$_____.\_\_\_\_  2024

$_____.\_\_\_\_  2025

$_____.\_\_\_\_  2026

$_____.\_\_\_\_  2027

$_____.\_\_\_\_  2028

$_____.\_\_\_\_  2029

$_____.\_\_\_\_  2030

$_____.\_\_\_\_  2031

$_____.\_\_\_\_  2032

$_____.\_\_\_\_  2033

$_____.\_\_\_\_  2034

$_____.\_\_\_\_  2035

        $_____._____  2036

        $_____._____  2037

        $_____._____  2038

        $_____._____  2039

        $_____._____  2040

        $_____._____  2041

        $_____._____  2042

        $_____._____  2043

        $_____._____  2044

        $_____._____  2045 (retirement age)

Total:    $_____._____

8. If you find that the plaintiff will sustain noneconomic damages in the future such as pain and suffering, extreme mental and emotional distress, humiliation, outrage, harm to reputation, give the total amount for each year in which the plaintiff will sustain damages.

**Answer:**

        $_____._____  2016

        $_____._____  2017

        $_____._____  2018

        $_____._____  2019

        $_____._____  2020

        $_____._____  2021

        $_____._____  2022

        $_____._____  2023

$_____._____  2024

$_____._____  2025

$_____._____  2026

$_____._____  2027

$_____._____  2028

$_____._____  2029

$_____._____  2030

$_____._____  2031

$_____._____  2032

$_____._____  2033

$_____._____  2034

$_____._____  2035

$_____._____  2036

$_____._____  2037

$_____._____  2038

$_____._____  2039

$_____._____  2040

$_____._____  2041

$_____._____  2042

$_____._____  2043

$_____._____  2044

$_____._____  2045 (retirement age)

Total:    $_____._____

9.  How much in exemplary damages is plaintiff entitled to under the Whistleblower Protection Act only?

Answer: _____

TOTAL OF ALL DAMAGES IN SECTION 2:    $_____.____

**Section 3 – Fair Labor Standards Act**

10.  Did Plaintiff engage in protected activity under the Fair Labor Standards Act by asserting her rights under Fair Labor Standards Act to wages for unpaid work she performed during her lunch?

Yes ____        No ____

*If your answer is "no" to Question 10, do not answer any further questions.  If your answer is "yes" to Question , go on to Question No. 11.*

11.  Did Defendants discharge Plaintiff?

Yes ____        No ____

*If your answer is "no," do not answer any further questions. If your answer is "yes," go on to Question No. 12.*

12.  Was plaintiff's protected activity the reason for her discharge?

Yes ____        No ____

*If your answer is "no," do not answer any further questions. If your answer is "yes," go on to Section 4.*

**Section 4 – Fair Labor Standards Act Damages.**

Only answer the following questions if you answered "yes" to question 3 in Section 3.

6

13. What is the total amount of plaintiff's damages to the present date for lost wages, and fringe benefits? [**NOTE: IF YOU HAVE AWARDED PAST-ECONOMIC DAMAGES IN QUESTION NO. 5, DO NOT ANSWER THIS QUESTION**]

**Answer:** $_____.\_\_\_\_

14. What is the total amount of plaintiff's damages to the present date for noneconomic damages such as pain and suffering, extreme mental and emotional distress, humiliation, outrage, harm to reputation? [**NOTE: IF YOU HAVE AWARDED PAST-NON-ECONOMIC DAMAGES IN QUESTION NO. 6, DO NOT ANSWER THIS QUESTION**]

**Answer:** $_____.\_\_\_\_

15. If you find that the plaintiff will sustain damages in the future for lost wages and fringe benefits or earnings or lost earning capacity or lost employment opportunity, give the total amount for each year in which the plaintiff will sustain damages. [**NOTE: IF YOU HAVE AWARDED PAST-ECONOMIC DAMAGES IN QUESTION NO. 7, DO NOT ANSWER THIS QUESTION**]

**Answer:**

$_____.\_\_\_\_  2016

$_____.\_\_\_\_  2017

$_____.\_\_\_\_  2018

$_____.\_\_\_\_  2019

$_____.\_\_\_\_  2020

$_____.\_\_\_\_  2021

$_____.\_\_\_\_  2022

$_____.\_\_\_\_  2023

$_____.\_\_\_\_  2024

$_____._____ 2025

$_____._____ 2026

$_____._____ 2027

$_____._____ 2028

$_____._____ 2029

$_____._____ 2030

$_____._____ 2031

$_____._____ 2032

$_____._____ 2033

$_____._____ 2034

$_____._____ 2035

$_____._____ 2036

$_____._____ 2037

$_____._____ 2038

$_____._____ 2039

$_____._____ 2040

$_____._____ 2041

$_____._____ 2042

$_____._____ 2043

$_____._____ 2044

$_____._____ 2045 (retirement age)

Total: $_____._____

16. If you find that the plaintiff will sustain noneconomic damages in the future such as pain and suffering, extreme mental and emotional distress, humiliation, outrage, harm to reputation, give the total amount for each year in which the plaintiff will sustain damages. [**NOTE: IF YOU HAVE AWARDED PAST-NON-ECONOMIC DAMAGES IN QUESTION NO. 8, DO NOT ANSWER THIS QUESTION**]

**Answer:**

$_____.____  2016

$_____.____  2017

$_____.____  2018

$_____.____  2019

$_____.____  2020

$_____.____  2021

$_____.____  2022

$_____.____  2023

$_____.____  2024

$_____.____  2025

$_____.____  2026

$_____.____  2027

$_____.____  2028

$_____.____  2029

$_____.____  2030

$_____.____  2031

$_____.____  2032

$_____.____  2033

$_____._____   2034

$_____._____   2035

$_____._____   2036

$_____._____   2037

$_____._____   2038

$_____._____   2039

$_____._____   2040

$_____._____   2041

$_____._____   2042

$_____._____   2043

$_____._____   2044

$_____._____   2045 (retirement age)

Total:   $_____._____

17. How much in punitive damages is plaintiff entitled to under the Fair Labor Standards Act only?

Answer: _____

TOTAL OF ALL DAMAGES IN SECTION 4:   $_____._____

18. Was defendant's violation of the Fair Labor Standards Act willful?

Yes ____        No ____

Signed,

_____              _____
Foreperson                                                                    Date