UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HEALTH SYSTEM d/b/a HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Stephanie Dawkins Davis

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI 48226-0840 | Detroit, MI 48226 |
| (313) 964-4454 | (313) 481-7300 |

## DEFENDANT'S PROPOSED VOIR DIRE

**NOW COMES** the above-named Defendant, **HENRY FORD HEALTH SYSTEM**, by and through its attorneys, **VARNUM LLP**, and respectfully requests the following questions be asked of the prospective jurors during voir dire:

1. Have you ever served on a jury? If so:

    a. When and in what court did you serve on a jury?

    b. On what type of case did you serve as a juror?

    c. Did the jury reach a verdict? If so, what was the verdict?

      d.      What did you think of the process?

2.      Are you employed?  If so:

      a.      Who do you work for?

      b.      What job do you hold?

      c.      What job duties do you have?

      d.      Do you consider your job responsibilities managerial or supervisory in nature?

      e.      Are you a member of a labor union?

      f.      Are you paid on an hourly basis or by a salary?

      g.      Do you receive overtime pay?

      h.      How long are the shifts you work?

      i.      Do you get a paid lunch break?

      j.      Do you ever work through lunch?

      k.      Do you get paid for working through lunch?

3.      If you are not currently employed, have you been previously employed?  How long have you been off work?

      a.      What job did you hold?

      b.      What job duties did you have?

      c.      Did you consider your job responsibilities managerial or supervisory in nature?

        d.      Were you a member of a labor union?

4.      Have you ever been in a position to fire employees? If so:

        a.      Have you ever fired an employee?

        b.      For what reason?

        c.      If so, how did you feel about terminating the employee?

**5.**      Have you or any member of your family ever made a complaint against or sued an employer for being terminated? If so, what were the circumstances surrounding the lawsuit? What was the outcome?

**6.**      Have you or any member of your family ever been sued by any person, company, or corporation? If so, what were the circumstances surrounding the lawsuit? What was the outcome?

7.      Have any of you ever felt that you have been [were] treated unfairly by your employer? If so, please describe the incident.

8.      Have you ever made a complaint that you were discriminated or retaliated against by an employer? If so:

        a.      How was it handled?

        b.      Were you satisfied with the outcome?

9.      Do you feel that employers generally treat their employees fairly?

10.     Have you ever been terminated from employment? If so, please describe the circumstances.

11. Do you know the Plaintiff in this case, Natalie Reeser or her attorneys Keith Flynn and Adam Graham?

12. Do you know the Defendant in this case Henry Ford Health System, or its lawyers, Terry Miglio or Barbara Buchanan?

13. Ms. Reeser alleges that Henry Ford Health System improperly discharged her. Do you have any personal knowledge about any of the circumstances concerning Ms. Reeser's employment with Henry Ford Health System?

14. Have you or any of your family members of friends done business with or been involved in any relationship with Henry Ford Health System?

15. Have you or any of your family members been patients of or been treated by Henry Ford Health System?  If yes, were you pleased with the service and quality of care you received?

16. Do you know anyone who works for Henry Ford Health System?

17. Have you or any of your family members, friends, or acquaintances ever had any bad or negative experience in dealing with Henry Ford Health System or its physicians or employees? If so, explain.

18. Do you or any member(s) of your family know or have any dealings, either directly or indirectly, with these witnesses:

4

      a.    Fiona Bork

      b.    Martha Wiseheart

      c.    Jill Hood

      d.    Maria Anger

      e.    Luain Hajjar

      f.    Debra Temrowski

      g.    John Waugh

      h.    John Douglass

      i.    Nawaal Elhaddi

      j.    Denise Goldsmith

19. Have you, or any friend, relative or acquaintance, ever been involved in a dispute with an employer? If so, please describe the dispute.

20. Under the rules of procedure applicable to this Court, Plaintiff presents her case first, than Defendant presents its case, then rebuttal evidence may be presented by each side, and finally the Court instructs you on the applicable law. Do you believe that you can keep an open mind in this matter until the Court instructs you as to the applicable law?

5

21. This case will probably take one (1) week to try. Would the mere fact that the trial may be of that duration in any way affect your willingness or ability to carefully sift the evidence on all issues?

22. Do you believe that you have any tendency to favor Plaintiffs in suits against corporations? If so, please describe why you feel that way.

23. Do you believe that you have any tendency to favor employees in suits against employers? If so, please describe why you feel that way.

24. According to the law, Plaintiff has the burden of proof to establish by a preponderance of the evidence each and every element of her case. Are you aware of any reason why you cannot accept this principle in rendering your judgment?

25. Under our system of law, a corporation is entitled to the same fair and impartial trial as any individual party to a lawsuit. Are you aware of any reason why you could not accept this principle in rendering your judgment?

26. Our system of law does not permit you to be governed or swayed by sympathy or prejudice. Sympathy and prejudice are not relevant to this case. Will you promise to accept this principle in rendering your judgment?

27. Is there anything that would affect your ability to sit as a juror in this case and to render a fair and impartial verdict based solely upon the evidence which is presented? If so, please describe.

28. If, after you have heard all of the testimony in the case and consider the instructions as to the law, which the Court will give you, and you conclude that Defendant is not legally liable, will you send the Plaintiff from the courtroom without giving her any money?

29. Do you have any feelings in favor of or against either the Plaintiff or Defendant?

30. If you find your beliefs differ from those of others on the jury, would you be able to stand up for your own beliefs?

31. Do you know any reason, whether I have asked you about it or not, why you cannot give the Plaintiff or the Defendant a fair and impartial trial?

Defendant, **HENRY FORD HEALTH SYSTEM**, reserves the right to supplement Voir Dire Questions at the time of jury selection.

        Respectfully submitted,

        **VARNUM LLP**

        BY:   <u>/s/ *Terrence J. Miglio*</u>
               Terrence J. Miglio (P30541)
               Barbara E. Buchanan (P55084)
               Attorneys for Defendant
               160 W. Fort Street, Fifth Floor
               Detroit, MI
               (313) 481-7300
               tjmiglio@varnumlaw.com
Dated: May 2, 2016         bebuchanan@varnumlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                    /s/ Terrence J. Miglio
                Terrence J. Miglio (P30541)