**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HEALTH SYSTEM**
**d/b/a HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Stephanie Dawkins Davis

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI 48226-0840 | Detroit, MI 48226 |
| (313) 964-4454 | (313) 481-7300 |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

NOW COMES Defendant Henry Ford Health System, by and through its attorneys, VARNUM LLP, and for its objections to Plaintiff's proposed jury instructions states as follows:

| Plaintiff's Proposed Jury Instruction | Defendant's Objections |
|---|---|
| No. 1. 101.01 Opening Instructions | Does not comply with the law; modifications inappropriate. |
| No. 2. Jury's Responsibility | Does not comply with the law; modifications inappropriate. |

| Plaintiff's Proposed Jury Instruction | Defendant's Objections |
|---|---|
| No. 3. Jurors' Duties | Does not comply with the law; Plaintiff's jury instructions are criminal not civil and not identified as such; modifications inappropriate. |
| No. 4. Evidence Defined | Does not comply with the law; Plaintiff's jury instructions are criminal not civil and not identified as such; modifications inappropriate. |
| No. 5. Direct and Circumstantial Evidence | Does not comply with the law; Plaintiff's jury instructions are criminal not civil and not identified as such; modifications inappropriate. |
| No. 6. Consideration of Evidence | Does not comply with the law; Plaintiff's jury instructions are criminal not civil and not identified as such; modifications inappropriate. |
| No. 7. Inferences | Does not comply with the law; modifications inappropriate. |
| No. 8. Credibility of Witnesses | Does not comply with the law; modifications inappropriate. |
| No. 9. Impeachment – Inconsistent Statement or Conduct | Does not comply with the law; modifications inappropriate. |
| No. 10. Prior Inconsistent Statement - Standard | Does not comply with the law; modifications inappropriate. |
| No. 11. Witness Who Has Been Interviewed by and Attorney | Does not comply with the law; modifications inappropriate. |
| No. 12. Lawyers' Objections | Does not comply with the law; Plaintiff's jury instructions are criminal not civil and not identified as such; modifications inappropriate. |
| No. 13. Use of Depositions As Evidence (If necessary) | Does not comply with the law; modifications inappropriate. |

| **Plaintiff's Proposed Jury Instruction** | **Defendant's Objections** |
| --- | --- |
| No. 14. Consideration of Deposition Evidence | Does not comply with the law; modifications inappropriate. |
| No. 15. Communications Between Court and Jury During Jury Deliberations | Does not comply with the law; modifications inappropriate. |
| No. 16. Number of Witnesses | Does not comply with the law; Plaintiff's jury instructions are criminal not civil and not identified as such; modifications inappropriate. |
| No. 17. Burden of Proof | Does not comply with the law; modifications inappropriate. |
| No. 18. Burden of Proof – Knowledge | Does not comply with the law; modifications inappropriate. |
| No. 19. Retaliatory Motive of Direct Supervisors Can Be Imputed to the Decision-Makers | Does not comply with the law; modifications inappropriate. |
| No. 20. Fair Labor Standards Act Retaliation | Does not comply with the law; modifications inappropriate. |
| No. 21. FLSA – Causation | Does not comply with the law; modifications inappropriate. |
| No. 22. Whistleblowers' Protection Act: Explanation | Does not comply with the law; modifications inappropriate. |
| No. 23. Whistleblowers' Protection Act: Protected Activity – Definition | Does not comply with the law; modifications inappropriate. |
| No. 24. Whistleblowers' Protection Act: Causation | Does not comply with the law; modifications inappropriate. |
| No. 25. Whistleblowers' Protection Act: Good Faith Belief | Does not comply with the law; modifications inappropriate. |
| No. 26. Whistleblowers' Protection Act: Burden of Proof | Does not comply with the law; modifications inappropriate. |
| No. 27. Defendant's Nondiscriminatory Reason | Does not comply with the law; modifications inappropriate. |

| Plaintiff's Proposed Jury Instruction | Defendant's Objections |
|---|---|
| No. 28. Plaintiff's Showing of Pretext | Does not comply with the law; modifications inappropriate. |
| No. 29. Backpay | Does not comply with the law; modifications inappropriate. |
| No. 30. Front Pay | Does not comply with the law; modifications inappropriate. |
| No. 31. Liquidated Damages | Does not comply with the law; modifications inappropriate. |
| No. 32. Compensatory Damages | Does not comply with the law; modifications inappropriate. |
| No. 33. Defendant Takes Plaintiff As It Finds Her | Does not comply with the law; modifications inappropriate. |
| No. 34. Exemplary Damages – Whistleblower Protection Act | Does not comply with the law; modifications inappropriate. |
| No. 35. Punitive Damages Under The FLSA | Does not comply with the law; modifications inappropriate. |
| No. 36. Duty To Mitigate | Does not comply with the law; modifications inappropriate. |
| No. 37. After Acquired Evidence | Does not comply with the law; modifications inappropriate. |

Respectfully submitted,

**VARNUM LLP**

BY:  /s/ *Terrence J. Miglio*
     Terrence J. Miglio (P30541)
     Barbara E. Buchanan (P55084)
     Attorneys for Defendant
     160 W. Fort Street, Fifth Floor
     Detroit, MI
     (313) 481-7300

Dated:  May 3, 2016

tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

        /s/ Terrence J. Miglio
Terrence J. Miglio (P30541)