UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

    Plaintiff,

v.

HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL,

    Defendant.

Hon. George Caram Steeh
Mag. Judge Stephanie Dawkins Davis
Case No.: 2:14-cv-11916

---

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Richard G. Mack, Jr. (P58657) | Terrence J. Miglio (P30541) |
| Keith D. Flynn (P74192) | Barbara E. Buchanan (P55084) |
| Adam C. Graham (P79361) | Attorneys for Defendant |
| Attorneys for Plaintiff | 160 W. Fort, 5th Floor |
| 600 W. Lafayette Blvd., 4th Floor | Detroit, MI 48226 |
| Detroit, MI 48226 | (313) 481-7300 |
| 313-964-4454 | tjmiglio@varnumlaw.com |
| kflynn@millercohen.com | bebuchanan@varnumlaw.com |

---

## **DEFENDANT'S PROPOSED JURY VERDICT FORM**

1. Do you find that Plaintiff has proven by a preponderance of the evidence that she engaged in a protected activity under the Fair Labor Standards Act?

    Yes _____   No _____

If the answer is "No" to Question 1, skip to Question 3.  If your answer is "Yes" to Question 1, proceed to Question 2.

2. Do you find that Plaintiff has proved by a preponderance of the evidence that she would not have been terminated but for her engaging in a protected activity under the Fair Labor Standards Act?

   Yes _____   No _____

Proceed to Question 3.

3. Do you find that Plaintiff has proven by a preponderance of the evidence that she engaged in a protected activity under the Michigan Whistleblowers' Protection Act?

   Yes _____   No _____

If the answer is "No" to Questions 1 or 2, and the answer is "No" to Question 3, you have completed this Verdict Form. Have the Foreperson Sign the Verdict Form and call the clerk.

If the answer is "Yes" to Question 3, proceed to Question 4.

4. Do you find that Plaintiff has proved by a preponderance of the evidence that she would not have been terminated by Defendant but for her engaging in a protected activity under the Whistleblowers Protection Act?

   Yes _____   No _____

If the answer is "No" to Questions 1 or 2, and the answer is "No" to Question 4, you have completed this Verdict Form. Have the Foreperson Sign the Verdict Form and call the clerk.

If the answer is "Yes" to Question 4, proceed to Question 5.

5. Do you find that Plaintiff suffered any economic losses as a result of being terminated by Defendant because she engaged in a protected activity?

Yes _____   No _____

If the answer is "Yes" to Question 5, what, if any, economic losses do you find that Plaintiff incurred as a result of being terminated because she engaged in a protected activity?

Amount: _____.

Proceed to Question 6.

6.  Do you find that Plaintiff suffered any damages for emotional distress as a result of being terminated by Defendant for engaging in a protected activity?

    Yes _____   No _____

If the answer is "No" to Question 6, you have completed the Verdict Form. Have the Foreperson Sign the Verdict Form and call the clerk.

If the answer is "Yes" to Question 6, what, if any, emotional distress damages do you find that Plaintiff suffered as a result of being terminated by Defendant for engaging in a protected activity?

Amount: _____.

Jury Foreperson _____

Dated:_____