Defendant's Response to Plaintiff's Emergency Motion to Quash Subpoenas

<u>Index of Exhibits</u>

A. Email, dated April 29, 2016

B. Trial subpoena for Custodian of Records for AT&T, dated November 12, 2015

C. Unpublished Cases
   - El Camino Resources Ltd. V Huntington Nat. Bank, No. 1:07-cv-598, 2009 WL 1228680 (W.D. Mich. April 30, 2009)

   - Burket v Hyman Lippitt, Nos. 05-72110, 05-72221, 2008 WL 1741875 (E.D. Mich. April 11, 2008)