# Exhibit A

| | |
|---|---|
| **From:** | Miglio, Terrence J. |
| **Sent:** | Friday, April 29, 2016 5:32 PM |
| **To:** | Keith Flynn (KFlynn@millercohen.com); Adam Graham (agraham@millercohen.com) |
| **Cc:** | Buchanan, Barbara E. |
| **Subject:** | Notice of De Bene Esse Depositions of Custodian of Records |
| **Attachments:** | 153_Notice of Taking De Bene Esse Deposition of ATT Custodian of Records.PDF; 154_Notice of Taking De Bene Esse Deposition of Sprint Custodian of Records.PDF |

Counsel,

Attached please find Subpoenas and Notices of Taking Depositions De Benne Esse. Please advise if you are agreeable to conducting these depositions telephonically.

**Terrence J. Miglio, Esq.**
Direct: (313) 481-7335
Cell: (248) 408-2938



| | |
|---|---|
| Varnum LLP | Main: (313) 481-7300 |
| 160 W. Fort St., 5th Floor | Fax: (313) 481-7340 |
| Detroit, Michigan 48226 | www.varnumlaw.com |

*******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (313) 481-7300
*******************************