## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**NATALIE REESER**,

               Plaintiff,

v

**HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL**,

               Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Stephanie Dawkins Davis

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI  48226-0840 | Detroit, MI  48226 |
| (313) 964-4454 | (313) 481-7300 |

## ORDER COMMANDING PRODUCTION OF MEDICAL AND/OR PSYCHOTHERAPY NOTES AND RECORDS

TO:

      You are hereby commanded to produce any medical and/or psychotherapy records in your possession or control regarding Natalie Kristen Reeser, d/o/b December 31, 1980, SSN ***-**-8156, including but not limited to intake notes, therapy notes, counseling session records and/or progress notes.

      If you are in possession of any documents responsive to this Order, they must be produced by **Wednesday, May 18, 2016** to:

The Honorable George Caram Steeh
United States District Court for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 238
Detroit, MI 48226
FAX: (313) 234-5364

If you have no such records in your possession or control, please respond by

**Wednesday, May 18, 2016**, by completing the attached NO RECORDS

CERTIFICATION, and submitting it to the Honorable George Caram Steeh at the

FAX number listed above.

IT IS SO ORDERED.


s/George Caram Steeh
U.S. DISTRICT JUDGE

Dated:  May 12, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Stephanie Dawkins Davis

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI 48226-0840 | Detroit, MI 48226 |
| (313) 964-4454 | (313) 481-7300 |

## NO RECORDS CERTIFICATION

1.    My name is _____.

2.    I am a Records Custodian with _____.

3.    I hereby certify that _____ has no medical and/or psychotherapy records in your possession or control regarding Natalie Kristen Reeser, d/o/b December 31, 1980, SSN ***-**-8156, including but not limited to intake notes, therapy notes, counseling session records and/or progress notes.

Dated: _____        By:_____

                                     [typed or written name]