UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



NATALIE REESER,

        Plaintiff,

v.

        CASE NO. 14-CV-11916
        HONORABLE GEORGE CARAM STEEH

HENRY FORD HEALTH SYSTEM,
d/b/a HENRY FORD HOSPITAL,

        Defendant.
_____/

## VERDICT FORM

1. Did Plaintiff prove by a preponderance of the evidence that she engaged in a protected activity under the Fair Labor Standards Act?

    Yes **X**    No ___

If the answer to Question 1 is "No," proceed to Question 3. If the answer to Question 2 is "Yes," proceed to Question 2.

2. Did Plaintiff prove by a preponderance of the evidence that she was terminated because she engaged in a protected activity under the Fair Labor Standards Act?

    Yes ___    No **X**

Proceed to Question 3.

3. Did Plaintiff prove by a preponderance of the evidence that she engaged in a protected activity under the Michigan Whistleblowers' Protection Act?

    Yes **X**    No ___

If the answer is "No" to Question 1 or 2, and the answer is "No" to Question 3, this ends your deliberations, and your Foreperson should sign and date the last page of this verdict form. If your answer to Question 3 is "Yes," proceed to Question 4.

4. Did Plaintiff prove by a preponderance of the evidence that plaintiff's protected activity under the Whistleblowers' Protection Act was one of the motivating reasons for her discharge?

Yes **X** No \_\_\_\_

If the answer is "No" to Questions 1 or 2, and the answer is "No" to Question 4, this ends your deliberations, and your Foreperson should sign and date the last page of this verdict form. If the answer to Question 2 or 4 is "Yes," proceed to Question 5.

5. Did Plaintiff suffer any economic loss damages as a result of being terminated by Defendant for engaging in a protected activity?

Yes **X** No \_\_\_\_

If the answer to Question 5 is "No," proceed to Question 8. If the answer to Question 5 is "Yes," proceed to Question 6.

6. What is the total amount of Plaintiff's damages to the date of this verdict for lost wages and fringe benefits?

$ **3,200 00/100**

Proceed to Question 7.

7. If you find that the Plaintiff will sustain damages in the future for lost wages and fringe benefits or earnings or lost earning capacity or lost employment opportunity, give the total amount for each year in which the Plaintiff will sustain damages:

$_____ 2016
$_____ 2017
$_____ 2018
$_____ 2019
$_____ 2020
$_____ 2021
$_____ 2022
$_____ 2023
$_____ 2024
$_____ 2025
$_____ 2026
$_____ 2027
$_____ 2028
$_____ 2029
$_____ 2030
$_____ 2031

-3-

8. Do you find that Plaintiff suffered any damages for emotional distress as a result of being terminated by Defendant for engaging in a protected activity?

Yes ____ No _X__

If the answer is "No" to Question 8, this ends your deliberations, and your Foreperson should sign and date the last page of this verdict form. If the answer to Question 8 is "Yes," proceed to Question 9.

9. What is the total amount of Plaintiff's emotional distress damages?

Amount $_____

Dated: _May 18, 2016_

**s/Jury Foreperson**

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.