UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

            Plaintiff(s),

v.                                            Case No. 2:14–cv–11916–GCS–SDD
                                                   Hon. George Caram Steeh

Henry Ford Hospital,

            Defendant(s).

**JUDGMENT FOR PLAINTIFF(S)**
**Jury Verdict**

   This action came before the Court for a trial by jury.  This action was tried and the jury has rendered its verdict.

   IT IS ORDERED that Plaintiff(s) recover of Defendant(s) the amount of $3,200.00 with interest at the rate provided by law.

DAVID J. WEAVER, CLERK OF COURT

By: s/ M. Beauchemin
     Deputy Clerk

Dated:  May 19, 2016

Approved as to form:

s/ George Caram Steeh