# EXHIBIT B

STATE BAR OF MICHIGAN

# 2014 Economics of Law Practice
# Attorney Income and Billing Rate Summary Report



SBM
State Bar of Michigan

July 2014

# Contents

# Economics of Law Practice in Michigan
## 2014 Attorney Income and Billing Rate Summary Report

July 2014

Methods and Measures .......................................................................................................... 1

## I  2013 Attorney Income

Table 1 — 2013 Reported Attorney Income — Private Practitioners ...................................... 3

Table 2 — 2013 Reported Attorney Income — Non-Private Practitioners ............................. 3

## II 2013 Attorney Hourly Billing Rates

Table 3 — 2013 Attorney Hourly Billing Rates ...................................................................... 4

Table 4 — 2013 Attorney Hourly Billing Rates by Years in Practice ...................................... 4

Table 5 — 2013 Attorney Hourly Billing Rates by Firm Size in a Single Location ................. 5

Table 6 — 2013 Attorney Hourly Billing Rates by Office Location ........................................ 5

Table 7 — 2013 Attorney Hourly Billing Rates by Field of Practice ....................................... 6

Table 8 — 2013 Attorney Hourly Billing Rates by County ..................................................... 7

Table 9 — 2013 Attorney Hourly Billing Rates by Circuit ...................................................... 9

# Economics of Law Practice in Michigan
## 2014 Attorney Income and Billing Rate Key Findings Report

*The survey was conducted in May 2014 and requested income and billing rate information for 2013.*

The State Bar of Michigan Economics of Law Practice Survey provides Michigan attorneys with a resource that allows access to the most current law practice economic information available. The survey results are provided as a service to members of the State Bar of Michigan.

The survey has two practical objectives:

- To provide timely, relevant and accurate information to inform and guide the practical management decisions of Michigan attorneys
- To track and illustrate changes and trends within the legal profession

The survey monitors and reports on several points of information useful to attorneys:

- Attorney income
- Prevailing average hourly billing rates by several indicators including fields of practice, judicial circuit, and geographic location
- Time allocated to billable and non-billable professional activities
- Management practices
- Perceptions regarding current and future economic circumstances related to the practice of law

The key finding report contains information pertaining to attorney income and billing rates. It is produced as an early and separate report to provide attorneys with this target information as quickly as possible, as it is the most requested information from all attorneys. All other information will be contained in the full 2014 Economics of Law Practice Summary Report that will follow.

## Methods and Measures

The 2014 Economics of Law Practice Survey was conducted in May of 2014. An electronic survey was sent to 18,610 private practice members of the State Bar of Michigan, and 14,861 non-private practice members, inviting their participation. 2,734 completed questionnaires were returned by private practitioners (14.7% response rate) and 1,158 completed questionnaires were returned by non-private practitioners (7.8%). Questionnaires were tabulated by Dr. James McComb, an independent consultant statistician.

To help interpret the information presented in the surveys the following is a brief description of statistical terms of measures of central tendency (median and mean) and measures of dispersion (spread).

**Mean**—The mean (also called the average) is calculated by adding the values of all responses then dividing by the number of responses. Example: Three responses (30, 1, 2) are reported. The average or mean is calculated by adding 30+1+2=33 and then by dividing by 3 = 11.

**Median**—The median is the middle value in a series or distribution of values (50th percentile, which is initially rank-ordered (from low to high or vice versa). By definition half of the numbers are greater and half are less than the median. Example: Three responses (30, 1, 2) are reported. The median is the middle number of the order of distribution (1, 2, 30), or 2. By comparison, the average of this distribution as shown above is 11.

Use of the median as a statistical metric of central tendency reduces the effects of 'outliers' (extremely high or low values, such as the data point of 30 in the previous example) while the average does not. Median values are utilized throughout the survey results to denote the measure of central tendency.



**Percentiles**—In addition to the median, four other percentile values are used in the survey results to reveal the spread of a particular data distribution. The percentiles include:

- 25th percentile—Also referred to as the "lower quartile." One-fourth of the values are less and three-fourths are more than this value.
- Median or 50th percentile—Half of the values are less and half are more than the "median" value.
- 75th percentile—Also referred to as the "upper quartile." Three-fourths of the values are less and one-fourth are more than this value.
- 95th percentile—Ninety-five percent of the values are less and five percent of the values are more than this value.

**Note of clarification:** Extreme values (multiple thousands per hour) were excluded due to their unrepresentative qualities; four were excluded for reporting $10,000 or above per hour.



# I  2013 Attorney Income

### Table 1—2013 Reported Attorney Income—Private Practitioners

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Sole Practitioner, office outside of home | 444 | 40,000 | 75,000 | 120,929 | 145,000 | 325,000 |
| Sole Practitioner, working out of home office | 222 | 9,563 | 25,083 | 47,881 | 64,000 | 175,000 |
| Sole Practitioner, sharing space | 138 | 40,000 | 70,000 | 92,728 | 103,000 | 300,000 |
| Managing Partner | 161 | 104,000 | 200,000 | 329,036 | 350,000 | 1,100,000 |
| Equity Partner/Shareholder | 528 | 132,287 | 215,000 | 300,921 | 350,000 | 750,000 |
| Non-Equity Partner | 142 | 121,000 | 174,500 | 181,482 | 211,000 | 360,000 |
| Of Counsel | 49 | 45,000 | 114,000 | 134,404 | 180,000 | 362,352 |
| Senior Associate | 109 | 85,000 | 105,000 | 123,595 | 143,000 | 250,000 |
| Associate | 342 | 50,000 | 70,000 | 79,412 | 97,000 | 139,935 |
| Arbitrator/Mediator | 8 | 4,250 | 42,500 | 131,688 | 230,000 | 500,000 |
| Assigned Counsel | * | - | - | - | - | - |
| Other | 51 | 60,000 | 100,000 | 559,055 | 150,000 | 950,000 |
| **Total** | **2,196** | **52,900** | **100,000** | **178,340** | **200,000** | **500,000** |

*Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.

### Table 2—2013 Reported Attorney Income—Non-Private Practitioners

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Academia | 41 | 50,000 | 75,000 | 101,131 | 141,500 | 200,000 |
| Law School | 38 | 58,000 | 81,695 | 96,208 | 149,000 | 200,000 |
| In-House Counsel | 246 | 87,000 | 125,000 | 167,194 | 185,000 | 400,000 |
| Judge | 55 | 138,000 | 139,900 | 139,646 | 140,000 | 176,000 |
| Other Judiciary | 76 | 49,000 | 68,747 | 258,477 | 90,175 | 125,000 |
| Legal Service Agency | 70 | 42,132 | 55,000 | 56,944 | 71,938 | 95,000 |
| Federal Government | 70 | 83,000 | 111,100 | 112,053 | 144,000 | 165,000 |
| Local Government | 147 | 52,000 | 75,000 | 75,125 | 98,500 | 116,000 |
| State Government | 152 | 67,500 | 90,000 | 87,722 | 107,570 | 134,000 |
| Governmental Relations | * | - | - | - | - | - |
| Military | 5 | 70,000 | 80,000 | 71,363 | 80,000 | 85,000 |
| Non-Law Related | 22 | 30,000 | 58,000 | 72,701 | 96,000 | 180,000 |
| Non-Profit Org | 59 | 42,000 | 58,000 | 76,968 | 102,000 | 220,000 |
| Retired | 15 | 2,000 | 20,000 | 57,333 | 130,000 | 155,500 |
| Other | 45 | 50,000 | 69,000 | 99,002 | 102,458 | 300,000 |
| **Total** | **1043** | **58,000** | **90,000** | **119,378** | **125,000** | **220,000** |

*Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the total.



# II 2013 Attorney Hourly Billing Rates

### Table 3—2013 Attorney Hourly Billing Rates

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Sole Practitioner, office outside of home | 468 | 185 | 225 | 231 | 250 | 383 |
| Sole Practitioner, working out of home office | 230 | 150 | 200 | 199 | 250 | 350 |
| Sole Practitioner, sharing space | 146 | 175 | 211 | 231 | 275 | 350 |
| Managing Partner | 171 | 205 | 250 | 282 | 325 | 500 |
| Equity Partner/Shareholder | 569 | 225 | 310 | 333 | 417 | 545 |
| Non-Equity Partner | 159 | 250 | 325 | 330 | 400 | 500 |
| Of Counsel | 50 | 225 | 300 | 315 | 408 | 500 |
| Senior Associate | 115 | 200 | 250 | 264 | 300 | 445 |
| Associate | 351 | 175 | 208 | 218 | 250 | 320 |
| Arbitrator/Mediator | 8 | 188 | 275 | 261 | 329 | 400 |
| Assigned Counsel | * | - | - | - | - | - |
| Other | 41 | 180 | 250 | 254 | 300 | 523 |
| **Total** | **2,310** | **192** | **245** | **265** | **315** | **490** |

*Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.

### Table 4—2013 Attorney Hourly Billing Rates by Years in Practice

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| <1 | 8 | 138 | 163 | 172 | 214 | 250 |
| 1 to 2 | 140 | 150 | 189 | 189 | 225 | 284 |
| 3 to 5 | 197 | 160 | 200 | 205 | 250 | 317 |
| 6 to 10 | 326 | 180 | 225 | 236 | 283 | 370 |
| 11 to 15 | 228 | 195 | 250 | 260 | 300 | 435 |
| 16 to 25 | 544 | 200 | 269 | 291 | 350 | 488 |
| 26 to 30 | 264 | 200 | 250 | 279 | 347 | 500 |
| 31 to 35 | 319 | 200 | 250 | 276 | 300 | 515 |
| >35 | 540 | 200 | 250 | 285 | 350 | 525 |
| **Total** | **2566** | **192** | **245** | **264** | **310** | **483** |



### Table 5—2013 Attorney Hourly Billing Rates by Firm Size in a Single Location

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| 1 | 902 | 175 | 210 | 222 | 250 | 375 |
| 2 | 249 | 183 | 225 | 248 | 275 | 400 |
| 3 | 155 | 200 | 250 | 259 | 300 | 400 |
| 4 to 6 | 302 | 192 | 235 | 259 | 300 | 450 |
| 7 to 10 | 201 | 192 | 250 | 273 | 325 | 455 |
| 11 to 20 | 184 | 201 | 260 | 290 | 366 | 500 |
| 21 to 50 | 217 | 212 | 288 | 299 | 340 | 520 |
| >50 | 277 | 280 | 375 | 377 | 475 | 570 |
| **Total** | **2487** | **192** | **245** | **265** | **313** | **485** |

### Table 6—2013 Attorney Hourly Billing Rates by Office Location

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Downtown Detroit & New Center area | 159 | 195 | 275 | 304 | 400 | 550 |
| Detroit, not downtown | 16 | 150 | 250 | 243 | 313 | 538 |
| Remainder Wayne County | 139 | 195 | 225 | 227 | 250 | 350 |
| Oakland County (north of M-59) | 69 | 200 | 250 | 266 | 300 | 563 |
| Oakland County (south of M-59) | 625 | 200 | 250 | 280 | 325 | 495 |
| Southfield | 157 | 210 | 275 | 308 | 395 | 550 |
| Mount Clemens area | 40 | 181 | 225 | 232 | 258 | 383 |
| Remainder Macomb County | 94 | 192 | 225 | 237 | 285 | 400 |
| Ann Arbor area | 127 | 200 | 275 | 290 | 350 | 520 |
| Livingston County | 29 | 192 | 200 | 213 | 250 | 275 |
| Battle Creek area | 24 | 163 | 200 | 203 | 250 | 250 |
| Bay City/Midland/Saginaw area | 52 | 178 | 216 | 228 | 250 | 450 |
| Flint area | 66 | 180 | 215 | 238 | 275 | 400 |
| Grand Rapids area | 330 | 210 | 280 | 298 | 370 | 510 |
| Jackson area | 29 | 167 | 185 | 210 | 240 | 370 |
| Traverse City area | 42 | 175 | 200 | 206 | 240 | 288 |
| Kalamazoo area | 68 | 178 | 243 | 242 | 295 | 400 |
| Muskegon area | 44 | 175 | 200 | 231 | 250 | 455 |
| Lansing area | 171 | 175 | 230 | 241 | 297 | 400 |
| Mid-Michigan area | 38 | 150 | 184 | 202 | 250 | 350 |
| Other metro areas | 20 | 150 | 175 | 190 | 207 | 363 |
| Out state, lower peninsula | 47 | 175 | 200 | 212 | 242 | 383 |
| Upper Peninsula | 33 | 123 | 173 | 158 | 195 | 225 |
| Northern Michigan, lower peninsula | 58 | 153 | 200 | 197 | 222 | 333 |
| Out of state | 103 | 225 | 300 | 312 | 355 | 613 |
| **Total** | **2580** | **192** | **245** | **265** | **312** | **485** |



### Table 7—2013 Attorney Hourly Billing Rates by Field of Practice

| | | | VALUE BY PERCENTILE | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Administrative law | 85 | 200 | 250 | 284 | 350 | 520 |
| Appellate law | 139 | 195 | 275 | 274 | 350 | 480 |
| Arbitration/Mediation | 89 | 200 | 260 | 285 | 325 | 550 |
| Auto (not lemon) law | 38 | 250 | 350 | 344 | 400 | 550 |
| Auto no fault | 142 | 150 | 250 | 300 | 400 | 550 |
| Bankruptcy, creditor | 73 | 250 | 295 | 327 | 350 | 510 |
| Bankruptcy, debtor | 124 | 195 | 223 | 230 | 260 | 350 |
| Business planning | 337 | 215 | 260 | 289 | 325 | 520 |
| Civil litigation | 768 | 210 | 275 | 290 | 345 | 500 |
| Civil rights | 74 | 200 | 250 | 276 | 350 | 450 |
| Collections, creditor | 107 | 175 | 200 | 225 | 260 | 375 |
| Collections, debtor | 14 | 225 | 300 | 295 | 385 | 400 |
| Condemnation law | 5 | 250 | 300 | 291 | 330 | 400 |
| Construction law | 70 | 225 | 275 | 287 | 325 | 465 |
| Consumer law (including lemon law) | 44 | 200 | 335 | 321 | 400 | 500 |
| Criminal (private defendant) | 293 | 175 | 200 | 222 | 250 | 360 |
| Criminal (public defendant) | 111 | 50 | 85 | 112 | 190 | 250 |
| Employment law (plaintiff) | 94 | 200 | 250 | 274 | 330 | 450 |
| Employment law (defense) | 145 | 225 | 275 | 285 | 340 | 455 |
| Environmental law | 40 | 245 | 300 | 319 | 363 | 528 |
| Family law | 509 | 175 | 200 | 221 | 250 | 350 |
| Foreclosure, debtor | 6 | 200 | 210 | 237 | 350 | 350 |
| Foreclosure, lender | 48 | 198 | 215 | 237 | 250 | 435 |
| General practice | 284 | 175 | 210 | 227 | 250 | 360 |
| Health & hospital law | 62 | 245 | 298 | 330 | 420 | 550 |
| Immigration law | 27 | 175 | 250 | 254 | 300 | 405 |
| Insurance law | 149 | 150 | 195 | 236 | 300 | 455 |
| Intellectual property/trade secrets | 120 | 250 | 333 | 342 | 425 | 550 |
| Landlord/tenant (commercial) | 30 | 190 | 250 | 254 | 300 | 445 |
| Landlord/tenant (residential) | 67 | 165 | 200 | 189 | 210 | 250 |
| Medical malpractice (plaintiff) | 39 | 350 | 400 | 474 | 500 | 1000 |
| Medical malpractice (defendant) | 51 | 150 | 175 | 171 | 185 | 238 |
| Other civil law | 261 | 200 | 250 | 272 | 325 | 500 |
| Other professional liability | 40 | 223 | 315 | 320 | 388 | 500 |
| Personal injury (defendant) | 119 | 150 | 165 | 190 | 200 | 325 |
| Personal injury (plaintiff) | 184 | 250 | 350 | 358 | 400 | 600 |
| Probate, administration, decedent's estates | 371 | 195 | 225 | 234 | 250 | 395 |
| Guardianship & conservatorship | 103 | 175 | 210 | 215 | 250 | 350 |
| Probate litigation, decedent's estates | 90 | 200 | 243 | 250 | 275 | 460 |
| Probate, trust administration | 198 | 200 | 250 | 272 | 300 | 475 |
| Probate, trust litigation | 68 | 243 | 295 | 300 | 350 | 460 |
| Product liability | 29 | 220 | 300 | 304 | 350 | 500 |



### Table 7—2013 Attorney Hourly Billing Rates by Field of Practice

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Public benefits | 14 | 180 | 225 | 231 | 250 | 395 |
| Public corporation law (including city & village) | 71 | 140 | 175 | 196 | 225 | 445 |
| Real estate | 369 | 200 | 250 | 257 | 300 | 450 |
| Securities law | 31 | 275 | 400 | 387 | 500 | 600 |
| Tax law | 137 | 250 | 300 | 331 | 410 | 550 |
| Workers' compensation employee | 25 | 200 | 250 | 244 | 300 | 400 |
| Workers' compensation employer | 27 | 100 | 115 | 115 | 125 | 145 |
| **Total** | **6321** | **195** | **250** | **263** | **300** | **480** |

### Table 8—2013 Attorney Hourly Billing Rates by County

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Alcona | 3 | 153 | 195 | 183 | 200 | 200 |
| Alger | 5 | 175 | 197 | 181 | 200 | 225 |
| Allegan | 55 | 193 | 225 | 249 | 290 | 425 |
| Alpena | 9 | 180 | 185 | 188 | 200 | 210 |
| Antrim | 26 | 175 | 210 | 208 | 233 | 275 |
| Arenac | * | - | - | - | - | - |
| Baraga | 5 | 110 | 175 | 152 | 180 | 195 |
| Barry | 16 | 223 | 258 | 259 | 292 | 333 |
| Bay | 47 | 175 | 225 | 233 | 275 | 450 |
| Benzie | 14 | 150 | 205 | 219 | 235 | 625 |
| Berrien | 47 | 175 | 217 | 238 | 267 | 400 |
| Branch | 11 | 150 | 190 | 195 | 240 | 250 |
| Calhoun | 54 | 175 | 201 | 220 | 250 | 375 |
| Cass | 21 | 160 | 200 | 228 | 255 | 400 |
| Charlevoix | 18 | 200 | 220 | 251 | 280 | 545 |
| Cheboygan | 8 | 175 | 200 | 215 | 252 | 333 |
| Chippewa | 4 | 165 | 183 | 184 | 203 | 205 |
| Clare | 8 | 204 | 255 | 259 | 320 | 350 |
| Clinton | 56 | 186 | 225 | 234 | 263 | 350 |
| Crawford | 5 | 150 | 180 | 187 | 225 | 250 |
| Delta | 7 | 105 | 133 | 136 | 175 | 200 |
| Dickinson | 4 | 131 | 181 | 184 | 238 | 250 |
| Eaton | 91 | 175 | 213 | 220 | 250 | 340 |
| Emmet | 24 | 198 | 226 | 242 | 254 | 445 |
| Genesee | 129 | 180 | 217 | 241 | 275 | 400 |
| Gladwin | * | - | - | - | - | - |
| Gogebic | * | - | - | - | - | - |
| Grand Traverse | 66 | 167 | 211 | 213 | 250 | 325 |
| Gratiot | 11 | 183 | 225 | 255 | 307 | 500 |



Table 8—2013 Attorney Hourly Billing Rates by County

| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| | | VALUE BY PERCENTILE | | | | |
| Hillsdale | 4 | 179 | 190 | 235 | 292 | 383 |
| Houghton | 8 | 123 | 167 | 163 | 185 | 250 |
| Huron | 3 | 320 | 325 | 363 | 445 | 445 |
| Ingham | 218 | 175 | 232 | 249 | 300 | 480 |
| Ionia | 11 | 185 | 200 | 226 | 250 | 375 |
| Iosco | 8 | 139 | 193 | 198 | 260 | 325 |
| Iron | * | - | - | - | - | - |
| Isabella | 20 | 179 | 220 | 223 | 250 | 342 |
| Jackson | 49 | 167 | 190 | 231 | 300 | 400 |
| Kalamazoo | 121 | 190 | 242 | 258 | 320 | 450 |
| Kalkaska | 8 | 125 | 200 | 178 | 220 | 250 |
| Kent | 389 | 208 | 280 | 298 | 370 | 510 |
| Keweenaw | * | - | - | - | - | - |
| Lake | 0 | - | - | - | - | - |
| Lapeer | 37 | 175 | 205 | 242 | 250 | 450 |
| Leelanau | 27 | 157 | 223 | 210 | 250 | 300 |
| Lenawee | 34 | 183 | 241 | 250 | 300 | 420 |
| Livingston | 86 | 185 | 225 | 231 | 267 | 350 |
| Luce | * | - | - | - | - | - |
| Mackinac | 6 | 200 | 228 | 214 | 250 | 250 |
| Macomb | 675 | 200 | 250 | 262 | 300 | 450 |
| Manistee | 5 | 205 | 210 | 209 | 225 | 255 |
| Marquette | 23 | 137 | 180 | 181 | 225 | 300 |
| Mason | 4 | 153 | 190 | 179 | 205 | 210 |
| Mecosta | 9 | 150 | 200 | 210 | 250 | 335 |
| Menominee | 3 | 75 | 143 | 131 | 175 | 175 |
| Midland | 33 | 185 | 228 | 249 | 275 | 470 |
| Missaukee | 3 | 125 | 150 | 162 | 210 | 210 |
| Monroe | 35 | 167 | 183 | 253 | 250 | 900 |
| Montcalm | 18 | 195 | 241 | 254 | 333 | 450 |
| Montmorency | 9 | 175 | 200 | 193 | 210 | 233 |
| Muskegon | 72 | 182 | 233 | 269 | 328 | 455 |
| Newaygo | 13 | 175 | 193 | 194 | 200 | 275 |
| Oakland | 1226 | 200 | 250 | 278 | 325 | 500 |
| Oceana | 9 | 127 | 180 | 188 | 200 | 383 |
| Ogemaw | 6 | 125 | 163 | 150 | 180 | 195 |
| Ontonagon | 3 | 83 | 173 | 186 | 300 | 300 |
| Osceola | 5 | 167 | 200 | 185 | 210 | 250 |
| Oscoda | * | - | - | - | - | - |
| Otsego | 13 | 150 | 200 | 198 | 225 | 300 |
| Ottawa | 182 | 200 | 250 | 278 | 325 | 485 |
| Presque Isle | 5 | 185 | 200 | 192 | 200 | 210 |
| Roscommon | 6 | 150 | 165 | 174 | 192 | 250 |
| Saginaw | 80 | 172 | 225 | 244 | 299 | 468 |



### Table 8—2013 Attorney Hourly Billing Rates by County

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Sanilac | 3 | 57 | 60 | 106 | 200 | 200 |
| Schoolcraft | 3 | 107 | 175 | 159 | 197 | 197 |
| Shiawassee | 23 | 175 | 200 | 282 | 250 | 900 |
| St. Clair | 29 | 180 | 200 | 215 | 250 | 325 |
| St. Joseph | 21 | 200 | 235 | 230 | 250 | 300 |
| Tuscola | 13 | 155 | 200 | 189 | 220 | 238 |
| Van Buren | 36 | 155 | 201 | 215 | 250 | 360 |
| Washtenaw | 245 | 200 | 250 | 284 | 342 | 510 |
| Wayne | 1195 | 200 | 250 | 275 | 325 | 500 |
| Wexford | 10 | 167 | 230 | 238 | 288 | 350 |
| Statewide Practice | 45 | 201 | 263 | 301 | 375 | 560 |
| Out of state practice | 125 | 223 | 300 | 336 | 425 | 625 |
| **Total** | **5968** | **192** | **245** | **264** | **309** | **480** |

*Data is not displayed for counties with fewer than three respondents due to insufficient information but is included in the totals.

### Table 9—2013 Attorney Hourly Billing Rates by Circuit

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | Count | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| 1 Hillsdale | 4 | 179 | 190 | 235 | 292 | 383 |
| 2 Berrien | 47 | 175 | 217 | 238 | 267 | 400 |
| 3 Wayne | 1195 | 200 | 250 | 275 | 325 | 500 |
| 4 Jackson | 49 | 167 | 190 | 231 | 300 | 400 |
| 5 Barry | 16 | 223 | 258 | 259 | 292 | 333 |
| 6 Oakland | 1226 | 200 | 250 | 278 | 325 | 500 |
| 7 Genesee | 129 | 180 | 217 | 241 | 275 | 400 |
| 8 Ionia, Montcalm | 29 | 193 | 240 | 244 | 300 | 375 |
| 9 Kalamazoo | 121 | 190 | 242 | 258 | 320 | 450 |
| 10 Saginaw | 80 | 172 | 225 | 244 | 299 | 468 |
| 11 Alger, Luce, Mackinac, Schoolcraft | 15 | 175 | 200 | 191 | 225 | 250 |
| 12 Baraga, Houghton, Keweenaw | 14 | 110 | 174 | 160 | 180 | 250 |
| 13 Antrim, Grand Traverse, Leelanau | 119 | 167 | 213 | 211 | 250 | 300 |
| 14 Muskegon | 72 | 182 | 233 | 269 | 328 | 455 |
| 15 Branch | 11 | 150 | 190 | 195 | 240 | 250 |
| 16 Macomb | 675 | 200 | 250 | 262 | 300 | 450 |
| 17 Kent | 389 | 208 | 280 | 298 | 370 | 510 |
| 18 Bay | 47 | 175 | 225 | 233 | 275 | 450 |
| 19 Benzie, Manistee | 19 | 150 | 205 | 217 | 235 | 625 |
| 20 Ottawa | 182 | 200 | 250 | 278 | 325 | 485 |
| 21 Isabella | 20 | 179 | 220 | 223 | 250 | 342 |
| 22 Washtenaw | 245 | 200 | 250 | 284 | 342 | 510 |



## Table 9—2013 Attorney Hourly Billing Rates by Circuit

| | | VALUE BY PERCENTILE | | | | |
|---|---|---|---|---|---|---|
| | Count | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| 23 Alcona, Arenac, Iosco, Oscoda | 26 | 150 | 198 | 191 | 222 | 320 |
| 24 Sanilac | 3 | 57 | 60 | 106 | 200 | 200 |
| 25 Marquette | 23 | 137 | 180 | 181 | 225 | 300 |
| 26 Alpena, Montmorency | 18 | 175 | 188 | 190 | 210 | 233 |
| 27 Newaygo, Oceana | 22 | 160 | 187 | 192 | 200 | 275 |
| 28 Missaukee, Wexford | 13 | 150 | 210 | 220 | 275 | 350 |
| 29 Clinton, Gratiot | 67 | 185 | 225 | 238 | 275 | 350 |
| 30 Ingham | 218 | 175 | 232 | 249 | 300 | 480 |
| 31 St. Clair | 29 | 180 | 200 | 215 | 250 | 325 |
| 32 Gogebic, Ontonagon | 5 | 83 | 173 | 183 | 275 | 300 |
| 33 Charlevoix | 18 | 200 | 220 | 251 | 280 | 545 |
| 34 Ogemaw, Roscommon | 12 | 138 | 163 | 162 | 186 | 250 |
| 35 Shiawassee | 23 | 175 | 200 | 282 | 250 | 900 |
| 36 Van Buren | 36 | 155 | 201 | 215 | 250 | 360 |
| 37 Calhoun | 54 | 175 | 201 | 220 | 250 | 375 |
| 38 Monroe | 35 | 167 | 183 | 253 | 250 | 900 |
| 39 Lenawee | 34 | 183 | 241 | 250 | 300 | 420 |
| 40 Lapeer | 37 | 175 | 205 | 242 | 250 | 450 |
| 41 Dickinson, Iron, Menominee | 9 | 125 | 143 | 159 | 175 | 250 |
| 42 Midland | 33 | 185 | 228 | 249 | 275 | 470 |
| 43 Cass | 21 | 160 | 200 | 228 | 255 | 400 |
| 44 Livingston | 86 | 185 | 225 | 231 | 267 | 350 |
| 45 St. Joseph | 21 | 200 | 235 | 230 | 250 | 300 |
| 46 Crawford, Kalkaska, Otsego | 13 | 130 | 200 | 181 | 225 | 250 |
| 47 Delta | 7 | 105 | 133 | 136 | 175 | 200 |
| 48 Allegan | 55 | 193 | 225 | 249 | 290 | 425 |
| 49 Mecosta, Osceola | 14 | 150 | 200 | 201 | 250 | 335 |
| 50 Chippewa | 4 | 165 | 183 | 184 | 203 | 205 |
| 51 Lake, Mason | 4 | 153 | 190 | 179 | 205 | 210 |
| 52 Huron | 3 | 320 | 325 | 363 | 445 | 445 |
| 53 Cheboygan, Presque Isle | 13 | 185 | 200 | 206 | 210 | 333 |
| 54 Tuscola | 13 | 155 | 200 | 189 | 220 | 238 |
| 55 Clare, Gladwin | 10 | 183 | 250 | 249 | 307 | 350 |
| 56 Eaton | 91 | 175 | 213 | 220 | 250 | 340 |
| 57 Emmet | 24 | 198 | 226 | 242 | 254 | 445 |
| 84 Statewide Practice | 45 | 201 | 263 | 301 | 375 | 560 |
| 85 Out Of State Practice | 125 | 223 | 300 | 336 | 425 | 625 |
| **Total** | **5968** | **192** | **245** | **264** | **309** | **480** |



SBM
-----
STATE BAR OF MICHIGAN

MICHAEL FRANCK BUILDING
306 TOWNSEND STREET
LANSING, MI 48933-2012

www.michbar.org