Defendant's Renewed Motion
for Judgment as a Matter of Law Pursuant to Rule 50(b)

## INDEX OF EXHIBITS

Trial
Exhibit

| | |
|---|---|
| 121 | HFHS Pathology and Lab Policy No. 2.56, dated October 19, 2013 |
| 122 | HFHS Pathology and Lab Policy No. 2.56, dated December 13, 2011 |
| 126 | Team Meeting Sign-In Sheet, dated December 13, 2011 |
| 162 | Team Meeting with Sign-In Sheet, dated October 19, 2013 |
| 140 | Email re Quick Question, dated October 23, 2012 |
| 141 | Email re Quick Question, dated October 8, 2012 |
| 142 | Email re Quick Question Fiona, dated November 19, 2012 |
| 154 | Email re TB Test, dated April 22, 2013 |
| 158 | Email re Just Now, dated July 11, 2013 |
| 118 | HFHS Policy No: 5.17 – Corrective Action |
| 47 | (Plaintiff's Trial Exhibit) Shantae Stewart Termination |
| 51 | (Plaintiff's Trial Exhibit) Stephanie Hope Resignation in Lieu of Termination |
| 52 | (Plaintiff's Trial Exhibit) Hather Adamo Termination |
| 53 | (Plaintiff's Trial Exhibit) Rachel Holloman Termination |
| 8 | (Plaintiff's Trial Exhibit) Attendance Policy |

| | |
|---|---|
| 191 | Letter from Plaintiff to Jill Hood, dated January 20, 2014 |
| 192 | Jill Hood Summary re January 20, 2014 Meeting |
| 226 | Email re LUNCH TODAY, dated February 25, 2014 |
| 228 | Email re Natalie Reeser Response to Suspension, dated February 25, 2014 |
| 233 | Email re Plaintiff's Responses to Jill Hood's Three Questions |
| Ex. 21 | *Saulter v. Detroit Area Agency on Aging*, 562 F. App'x 346, 357 (6th Cir. 2014) |