Defendant's Trial Exhibit 140

**From:** Bork, Fiona
**Sent:** Thursday, May 01, 2014 4:57 PM
**To:**
**Cc:** Hood, Jill
**Subject:** FW: Quick Question

Another example, she was going to leave and shut the site down I did not approve her leaving until there was coverage

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

---

**From:** Bork, Fiona
**Sent:** Wednesday, February 26, 2014 1:05 PM
**To:** Hood, Jill
**Subject:** FW: Quick Question


Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

---

**From:** Reeser, Natalie
**Sent:** Tuesday, October 23, 2012 11:56 AM
**To:** Bork, Fiona
**Subject:** RE: Quick Question

Ok I spoke with erik , he said Him and cher will flip a coin :) and one of them will come over for the 30 minutes I will be gone. and Im so sorry for this , but Im glad I can get this taken care of , Thank you Fiona , I will email when I get back and let you know they are on there way back to their site. Thank you again

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1


EXHIBIT 140

HFH45

**From:** Bork, Fiona
**Sent:** Tuesday, October 23, 2012 11:51 AM
**To:** Reeser, Natalie
**Subject:** Re: Quick Question

Hi natalie
Can u see if someone from Shelby can come over and cover your lunch. Thanks

---

**From:** Reeser, Natalie
**Sent:** Tuesday, October 23, 2012 11:11 AM
**To:** Bork, Fiona
**Subject:** Quick Question

Hey Fiona,

I am just wondering if it would be ok with you , if just for today I could take a 30 minute lunch and put a note on the door , I have been dealing with the dentist dr somoni on hayes here at 19 mile because he filled the tooth that was causing problems however when he gave me a shot he hit a major nerve and got my jaw bone and the pain has been incredible , so he wants to take a look a quick look at what is going on, they are aware that I need to be out of there in 20 minutes so I will be back ion time, I need this pain to stop asap. Thanks for considering this request, I would truly appreciate it, Thank you !!

# Natalie K. Reeser

**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

2

HFH46