Defendant's Trial Exhibit 141

From: Bork, Fiona
Sent: Thursday, May 01, 2014 4:55 PM
To:
Cc: Hood, Jill
Subject: FW: Quick question ,

Another example

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

From: Bork, Fiona
Sent: Wednesday, February 26, 2014 1:04 PM
To: Hood, Jill
Subject: FW: Quick question ,

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

From: Reeser, Natalie
Sent: Monday, October 08, 2012 12:48 PM
To: Bork, Fiona
Subject: RE: Quick question ,

Thank you , Again !!! Have a great Day !!

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

From: Bork, Fiona
Sent: Monday, October 08, 2012 12:47 PM

1


EXHIBIT 141

HFH43

To: Reeser, Natalie
Cc: Estell, Alicia
Subject: RE: Quick question ,

Yes that would be fine
**Fiona Bork**
**Laboratory Sales Manager**
**Outreach Laboratory Services**
**Henry Ford Medical Laboratory**
**Cell: 248-372-1300**
**Fax: 313-916-9113**

---

From: Reeser, Natalie
Sent: Monday, October 08, 2012 12:24 PM
To: Bork, Fiona
Subject: Quick question ,

Hey Fiona,
I am writing you to ask you if it would be ok today if Alicia Estell could come over today from 3- 5 pm and close ctpsc , I already asked if she would, and she said yes , I just have a serious tooth ake , Im starting to not feel so good , I am going to try to get in to the dentist if you ok this, please let me know Thank you for your consideration !!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

2

HFH44