Plaintiff's Trial Exhibit 51

#096270

Ealy, Tandra

From: Hood, Jill
Sent: Thursday, October 17, 2013 5:19 PM
To: Ealy, Tandra
Subject: FW: Resignation Letter

Importance: High

Tandra,
Can you please print and place in Stephanie Hope's file?
Thank you!

*Jill E. Hood, PHR*
*Human Resources*
*Senior Business Partner*
*Henry Ford Hospital and Volunteer Services*
*Office: 313-916-8564*
*Blackberry: 313-575-6742*


From: Bork, Fiona
Sent: Thursday, October 17, 2013 5:00 PM
To: Hood, Jill
Subject: FW: Resignation Letter
Importance: High

Jill
I met with Stephanie this afternoon to discuss the unsatisfactory patient encounter that occurred last Friday Oct 11th.
The patient told me that Stephanie Hope was going to draw her blood, had the tourniquet on her arm when her personal phone rang. Stephanie answered the phone and then walked over to the patient, released the tourniquet, and told the patient that she was sorry and needed to take a phone call.

The patient was left unattended for over 10 minutes. After 10 minutes another HFML employee came in and took care of the patient.
The patient stated that she saw Stephanie in the parking lot, on her phone, at least 20 minutes after her first encounter with her.

When I met with Stephanie I told her that her behavior was a violation of our patient safety standards, cell phone policy, break policy and patient abandonment.

Stephanie stated that she did take the phone call and was gone for an extended period of time. She said that she did not hand off the patient to another employee or tell anyone that she was leaving the patient.

Stephanie was given the option to resign in lieu of termination and choose that option. She understands that this option does not allow her to grieve this decision and does not disqualify her for unemployment.

I gave Stephanie all of the information that she needs to discuss options for future coverage and any other benefits she is entitled to.

Her termination is effective 10-18-13

Fiona Bork

**PLAINTIFF'S EXHIBIT 51**

1

Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

From: Hope, Stephanie
Sent: Thursday, October 17, 2013 2:41 PM
To: Bork, Fiona; shope610@gmail.com
Subject: FW: Resignation Letter

# Stephanie Hope
**Pathology & Laboratory Medicine
Henry Ford Medical Laboratories
Out Reach Lab Service**
shope1@hfhs.org

From: Hope, Stephanie
Sent: Thursday, October 17, 2013 2:38 PM
To: Bork, Fiona
Subject: Resignation Letter

I Stephanie Hope am submitting my letter of resignation to Fiona Bork effective October 18th 2013.

# Stephanie Hope
**Pathology & Laboratory Medicine
Henry Ford Medical Laboratories
Out Reach Lab Service**
shope1@hfhs.org

2