Plaintiff's Trial Exhibit 52



T-11

# CORRECTIVE ACTION

**EMPLOYEE NAME:** Hather Adamo     **DATE OF VIOLATION:** April 18th,20th,,22nd,2011

**EMPLOYEE ID #088690     GROUP 1 OR 2 _Group 2Violation**

**JOB TITLE/DEPT:** Lab     **SUPERVISOR / PHONE :** Fiona MacPhail 248-372-1300

CURRENT LEVEL OF ACTION
☐ Documented Counseling     ☐ Written Warning     Written Warning with __ days of suspension     ● Termination 5-3-11

STANDARDS OF CONDUCT VIOLATION

Describe the conduct violation and all relevant information (time, place, parties involved, etc.) Attach supportive documents.
On Thursday April 28th, 2011 Martha Wiseheart and I met with you to discuss several performance standards that were not being met. One of the performance measures and expectations that we discussed at this meeting is the integrity of the information submitted on your time card. At that time we reminded you of the importance of providing truthful information on your time card and that the time submitted must precisely reflect the time worked. I explained to you that failing to accurately report this information would result in termination. We specifically discussed the start time reported on April 18th , April 22nd and the finish time on Wednesday April 20th.  On April 18th you indicated on your time card that you started at 7am, 7:10am on April 22nd and on Wednesday, April 20th that you finished at 6pm. During this discussion you confessed that you did not start at 7am on Monday or Friday and that you left the office that you were assigned to work until 6:30pm after 3:30pm and did not return.

Your early departure on Wednesday April 20th was not authorized or noted on your time card.  This had a negative impact on the patients as well as your co-worker. On Friday April 22nd you were scheduled to start work at 7am and did not arrive until 7:18am. Several patients were waiting and very upset. In fact the patient's physician called and complained to me about your tardiness on both Monday and Friday.  We discussed the importance of being to work on time. This is an expectation of every employee. It is standard practice and an expectation that you email Luain Hajjar when you arrive and when you depart from a site.  This did not occur on Monday April18th in the am, Wednesday April 20th in the pm and Friday April 22nd in the am. This expectation has been discussed with you previously as well.

DEPARTMENT EXPECTATIONS/RECOMMENDATIONS

After a thorough review of the above circumstances, it has been determined that you are being terminated effective immediately for abandoning your work area without permission and fraudulent submission of work hours/dishonesty. It is expected of all HFML employees to adhere to the service excellence performance standards that have been set by our organization and to abide by the work rules. These standards provide guidance to us regarding acceptable behavior and help us represent the organization in a positive way. Integrity is an integral performance standard that MUST be met at all times.

EMPLOYEE COMMENT SECTION

RECORDS DIVISION
AP PRIVED

JUN 0 2 2011

_Signature_  5/3/11

**SUPERVISOR SIGNATURE     DATE     EMPLOYEE SIGNATURE     DATE**

ORIGINAL–HUMAN RESOURCES  COPY - EMPLOYEE

*Employee chose to resign in lieu of termination AD 5/3/11 See Attached*

PLAINTIFF'S
EXHIBIT
52

*CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER*     HFH 567