Plaintiff's Trial Exhibit 53



# CORRECTIVE ACTION

**EMPLOYEE NAME:** Rachel Holloman       **DATE OF VIOLATION:** November 26, 2010

**EMPLOYEE ID#** 084490       **GROUP 1 OR 2** _Group 2 Violation

**JOB TITLE/DEPT:** Lab       **SUPERVISOR / PHONE:** Fiona MacPhail 248-372-1300

**PLAINTIFF'S EXHIBIT 53**

### PREVIOUS DATES OF CORRECTIVE ACTION
Documented Counseling 2-16-10

### CURRENT TYPE OF ACTION
☐ Documented Counseling    ☐ Written Warning    Written Warning with __ days of suspension    * Termination 12-22-10

### STANDARDS OF CONDUCT VIOLATION
Describe the conduct violation and all relevant information (time, place, parties involved, etc.) Attach supportive documents.

We met in February 2010 to discuss several performance standards that were not being met. One of the performance measures and expectations that were discussed at this meeting is the integrity of the information submitted on your time card. At that time we discussed the importance of providing truthful information on your time card and that the time submitted must precisely reflect the time worked. I explained to you that failure to accurately report this information in the future would result in termination.

It was brought to my attention that you left our patient service center twice on November 26th for extended periods of time. At least one of the times that you left was greater than two hours. The extended breaks were not authorized or noted on your time card. Your time card reflects a lunch break with no notation of the extended breaks. This submission was not an accurate depiction of your work day or hours worked.

On December 16th Martha Wisehart, Regional Laboratories Manager, and I interviewed you regarding your workday on Friday the 26th of November. During that interview you did admit to leaving a couple of times that day and that you did not have authorization to do so. When I told you that your time card did not reflect the unauthorized extended breaks and that what you submitted was inaccurate you agreed. I reminded you of the meeting that we had earlier in your tenure regarding integrity of time cards and you acknowledged that meeting. During this meeting I asked you to submit in writing the exact details of November 26th, 2010. I received that information last night at 6:04pm December 20th, 2010.

Your time card for the work period that included November 26th was submitted to Theresa Hobbs on Friday December 3rd 2010 at 4:34pm. As I mentioned earlier this time card DID NOT reflect the extended breaks. Rachel you had enough time to review what you were submitting and make any corrections before you submitted your time card. It is your responsibility to provide accurate information regarding your work hours.

### DEPARTMENT EXPECTATIONS & RECOMMENDATIONS

After a thorough review of the above circumstances it has been determined that you are being terminated for leaving your work area without permission and fraudulent submission of work hours/dishonesty. It is expected of all HFML employees to adhere to the service excellence performance standards that have been set by our organization. These standards provide guidance to us regarding acceptable behavior and help us represent the organization in a positive way. Integrity is an integral performance standard that MUST be met at all times.

### EMPLOYEE COMMENTS SECTION

I have received a copy of this corrective action. I understand my right to grieve this corrective action within 5 working days by contacting Debbie Saoud, HR, at 313-916-2970. I understand that further violations may result in corrective action up to and including termination.

_I received a copy_    22 Dec 10

**SUPERVISOR SIGNATURE**   **DATE** 12/22/10    **EMPLOYEE SIGNATURE**   **DATE**

ORIGINAL–HUMAN RESOURCES   COPY–EMPLOYEE

*CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER*    HFH 565