Defendant's Trial Exhibit 192

## Meeting with Natalie Reeser:  January 20, 2014

**Performance Review Concerns:** (see Performance Review notes)
- Respond in a timely manner/display a positive attitude:  Received a 2 due to the need for additional training (patient complaints about bruising).  Natalie stated: She was sent for a day of training at Cottage, however, during the training, instead of having her training, they sent her down to the clinic to process people.  The need for that training was due to 2 complaints out of 3026 blood draws that year.  The complaints came only after they removed the necessary tools (took away the proper tape but then returned it on 5/1/2013 with an email mandating that the new tape stop being used).  Since this "tape error" an email was sent to the operations manager attention, there could not have been just her that had complaints.
- Foster and Support Innovation: (Score changed prior to this meeting):
I received a score of 2.  I explained to Natalie that I spoke with Fiona about the score she received on "Foster and Support Innovation", in which Fiona told me that she mistakenly listed it as a "2" and meant to score it as a "3".
- People Pillar: (Goal deleted prior to this meeting):
I shared with Natalie that I spoke with Fiona about the People Pillar Goal of "To Grow CTPSC to 20 plus customers a day."  I asked Fiona if that goal was applicable to Natalie, given that you are not in the "sales" side of the business.  Fiona shared with me that, no, but that you had written that goal for yourself.  Fiona and I agreed that this goal would be removed (note: the score was under that of "satisfactory") and the 5% weight would be attributed to another goal with was appropriate to your job description.

**Concerns re: Fiona's behavior:**
- Nov 18th:  Natalie told Fiona that 2 people were given 2 bonus: TaNisha Jordan and Martha Wiseheart.. Natalie asked Fiona, on Nov 21st, Fiona told her it that was gossip and thanked her for bringing hit to her attention.

- January 2013 - Fiona used her computer and left the end of the year total pay stub up on her computer.  Fiona went to the bathroom and left it up on the screen.  At this time, a patient came in and Natalie had to use the computer and saw the document on the screen.  Natalie told TaNisha that she saw the paycheck but did not tell her any numbers.  Shortly there after, TaNisha got a corrective action and told Fiona that Natalie had told her about the tax form.  Shortly thereafter, Fiona called several times "yelling at her" and hung up on her several times.  During the call, Natalie stated that Fiona said "This is personal, this is really personal, this is not ending any time soon."  Natalie had taped the conversation and played the tape for me.  Fiona did mention that this was "personal information" that never should have been shared.  At no time, on the recording, did she say "this is not ending any time soon."

- Since this time, my (performance evaluation) ratings went down. (See evaluation notes).



EXHIBIT 192

- In regards to meeting with HR, Natalie feels that Fiona set her up to get fired. Natalie found coverage (Alisha), but Fiona did not send the approval email to Alisha (she only sent it to Natalie). Thus, Alisha did not know that the time was approved and was not planning on covering. Natalie stated that had she not called her to say "thank you for covering me", I would not have known that she didn't get the approval letter and it would have been seen as "abandoning my job" and would have been terminated. I spoke with Fiona about the "approval" process. Fiona stated that sometimes she sends the "approval" email to both or, if there is a personal note that needs to be placed in the email, she sends it only to that specific person. In that case, the employee knows to redact the personal email and forward the approval to the person covering. I recommended that in the future Fiona needs to send the approval to both and send a separate email, if necessary, with a personal note.

**After telling Fiona about her pending meeting with HR:** (See notes in red)
- Wednesday, January 15, 2014: Natalie said that Fiona found out about her meeting with HR. When she found out, Fiona, came out and said "how dare you, how dare you." Then said, you know what, never mind then started humming. I asked Natalie how Fiona "found out" about the meeting. Natalie said that she personally told her. Natalie informed her that she didn't want to sign her performance eval until she spoke with HR and then told her about the appointment.
- Same day Fiona found out, she told me that my "computer desktop" picture needed to be changed. I had placed it on there in June of 2013, both Fiona and Martha have seen it since that time. It was a symbol for strength that I put on after my brother was diagnosed with Leukemia (I spoke with Fiona about this, she did ask Natalie to change the picture as the computer is at a "client" site and need to be the company issued background. Fiona stated that she had not seen it prior to the day she asked Natalie to change it.)
- Embarrassed Natalie in front of a Patient. A patient came in who had just been there the day before, Natalie said "I guess there is no insurance difference since yesterday." Thus, she did not take a copy of the card. (Fiona stated that this was the first time the patient had been since the New Year. Fiona reminded Natalie that it is the policy that all insurance cards must be copied/confirmed, especially now since many insurances change after the 1st of the year.)

**Lunch Break:** (Time owed: being prepared for payment. Future plans for a "lunch period" in progress. After discussions with other lab employees, there was no substation of a "threat of termination" if reported to HR. Additionally, when asked to put this in writing, Natalie would not)
- There is no "lunch period" at Clinton Twp, for any employee who works there, as there is only 1 person scheduled.. At Shelby they all get lunches, in fact, they all used to get 1 hour until this year, when it was decreased to 30 minutes.
- Fiona told me that if you want to keep Clinton township as your site, you can not have a lunch or break. Natalie stated that she says this to all employees that

- work at Clinton.
- Fiona told her that if she brought the lack of a lunch break to the attention of HR, she would be terminated. Has never been paid for this 30 minute break. Natalie stated that Fiona says this to every employee who works at Clinton)
- Needs to have this fixed - has gotten an external attorney, but wanted to give us a chance to handle it internally first
- Martha submits the time for the paycheck, and Fiona approves all time. There isn't even a place for us to indicate it we don't get a lunch
- I asked Natalie if there were any other cites that do not get a lunch. She said yes but could not remember which sites – stated she would send me a list.
- Natalie stated that many Physicians in the office are very unhappy that Natalie does not get a break or lunch. They told Natalie that they has asked Fiona about this and that Fiona tells them yes, she does get a chance to eat. Natalie told them that she cannot confirm with them that I don't, however, they have seen that she doesn't and they will sometimes bring her in food and Department of Labor papers. (Insert notes from conversation with Fiona about Physicians)

**Claim of Perjury:** (Unsubstantiated – appears to be a false claim)
- A few weeks after Natalie started working, Fiona called her into her office and asked that she participate in an employment hearing for Judy Hale. Fiona told her that she needed to lie at the hearing and say that she overheard Judy: Calling Fiona a "Bitch", over wise swearing, and saying something about quitting. When Natalie told Fiona that she had not heard this, Fiona told her that this was a "condition of employment" and that she would be "terminated". I asked Natalie to document this claim in writing and send it to me so that I could investigate.
- Perjury: See 2 emails dated 7.29.11 from Natalie to Fiona.
- Condition of employment: See email dated: January 24, 2014

**Other:**
- I wish people Martha was the Manager over the people, she gives a chance to educated and lets you make the necessary correction. She will teach where Fiona will threaten. Fiona does not like that I have as close of a relationship that I do with Martha

**Next Steps:**
- Natalie requested that I speak with Martha Wiseheart. Natalie stated that Martha is aware of "everything" going on in the office. (I spoke with Martha about the lunch breaks, Martha stated that all employees are informed that if there is a day that they are not able to take a "lunch break", they are to put "No Lunch" on their time card and they would then be paid for their time. I also asked Martha to tell me about her conversation with Natalie in regarding's to her seeing Fiona's tax document. Martha stated that Natalie came to her one day and was upset about the lack of significant raises to HFHS pay. Natalie told Martha that she had seen Fiona's tax document for 2013 and knows that she made that year. Martha stated that Natalie asked her "don't you want to know what Fiona makes?"

<span style="color:red">Martha replied: "No, I don't'. That is none of my business. Actually, that is no one's business for Fiona's. ")</span>

- TaNisha Jordan resigned because she no longer wanted to work with Fiona. Natalie stated that TaNisha also worked at Clinton, occasionally, and would be able to confirm that Fiona threated to "terminate" her if she went to HR about not getting a lunch break. I told Natalie that I, or another HR Lab Business Partner, would speak with other staff members. (I spoke with TaNisha, she reiterated that she was not paid for her lunch time. I informed her that I would look into this and make sure she was compensation for all "time worked". I asked if she asked Fiona about this "lunch time". Fiona told her that since it was such a slow site with significant "down time", there was more than enough time for the staff to eat, they were just not allowed to leave the site as then their would be no coverage. I asked if Fiona ever said anything to her about going to HR with this concern, or if TaNisha said "No". I asked TaNisha is she was aware of the policy of placing "no lunch" on her time card so that she could be compensated for this time. TaNisha said that she was aware of this, however, she never did this.)