Defendant's Trial Exhibit 226

Hood, Jill

From: Bork, Fiona
Sent: Wednesday, March 05, 2014 9:53 AM
To: Hood, Jill
Subject: FW: LUNCH TODAY

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113



Δ π EXHIBIT Reeser
Deponent 79
Date 3/23/15 Rptr

From: Reeser, Natalie
Sent: Tuesday, February 25, 2014 1:12 PM
To: Bork, Fiona; Hajjar, Luain; Wiseheart, Martha
Subject: LUNCH TODAY

I AM VERY UPSET AND AM PUTTING A NOTE ON THE DOOR AND TAKING A 30 MINUTE LUNCH TODAY.

**Natalie K. Reeser**
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org



EXHIBIT 226

HFH116