Defendant's Trial Exhibit 126

TEAM MEETING  12/13/11

Δπ EXHIBIT Reeser #31
Deponent
Date 3/23/15 Rptr

| phone | expectations | Name | Signature |
|---|---|---|---|
| ✓ | | Fiona Bork | SMoore |
| ✓ | ✓ | Mana Anger | M Anger |
| ✓ | ✓ | Lorem Hajjar | Lorem Hajjar |
| ✓ | ✓ | Martha Wiseheart | MWiseheart |
| ✓ | ✓ | Alan Motes | Alan Motes |
| | | ~~struck through~~ | |
| ✓ | ✓ | John Kosah | JKosah |
| ✓ | ✓ | Benjih Fulilove | Bryin F |
| | ✓ | Cara Montgomery | Cara Montgomery |
| | | ~~struck through~~ | |
| ✓ | ✓ | Vivian Moore | Vivian M Moore |
| ✓ | ✓ | Deserie Miller | Deserie Miller |
| ✓ | ✓ | Steve Peterson | Steve Peterson |
| ✓ | ✓ | Latasha Baldwin | LaTasha Baldwin |
| ✓ | ✓ | Denise Goldsmith | Denise G |
| | | ~~struck through~~ | |
| ✓ | ✓ | TaNisha Jordan | (signature) |
| ✓ | ✓ | Nick Pizzurro | |
| ✓ | ✓ | Alicia Esteel | Alicia Esteel |
| ✓ | ✓ | Natalie Reeser | NReeser |
| | | ~~struck through~~ | |

EXHIBIT 126

HFH86



# Meeting Agenda
### Tuesday December 13, 2011 4:30pm

Topics:
- Introductions — Fire Drill Training
- Working session with couriers and lab assistants to streamline pick up process
- HFML Lab Assistant Policies and Guidelines
    - Lunches and breaks  Denise, Alison, Elodie, Vivian
    - Signing in and out, email upon arrival
    - Time cards
    - Email etiquette
    - General responsibilities
    - Specimen labeling and drawing guidelines
    - Phone etiquette
    - Patient care protocol
    - Treatment of co-workers
- Cell phone use policy
- New fax cover sheet
- AutoPrint troubleshooting checklist
- HFML 24 hr urine guide
- Adding a physician and faxing to HFH main
    - Drawing and processing a non-HFMG patient at HFMG facility
    - HFML-HFMG staff instructions for filling out a rx
    - Known sample defect form
    - MIQ
- Quality measures
    - Review all of the requisitions that have been input for the day
    - Check for dx codes and tests that have been ordered
    - Spelling of names
    - Male/Female
    - Insurance verification
- Bill to account should only be used at Nursing Homes
- Ordering cultures
    - Orders for multiple cultures on a single patient must be placed with a collect date and time difference of at least 1 min apart.
    - Do not order multiple cultures on a single patient with the same collect date and time.
- Pediatric draws
- Patient results
    - We are not allowed to release results or give copies of results directly to patients.
    - The release of results to a patient is between the patient and the ordering physician.
- "Copy to"
- 2012 Forecast
    - Where we are
    - Where we want to be in 2012
    - Importance of keeping business and taking care of our Clients
- Recognitions

***Note***
Please add this agenda to your FYI books for reference.

HFH87