Defendant's Trial Exhibit 162





## Agenda
### HFML Team Meeting October 9, 2013

- Pumpkin decorating contest voting
- Introductions
  - Introduce yourself and what site you work at.
- Service Excellence
  - 2012 Service Excellence Champion John Rosati will share key learnings
  - Vote for new 2013 Service Excellence Champion
  - Does anyone have a story to share about how a patient appreciated our caring?
- Lean Training
- HFHS University training
  - Annual training
  - Emergency preparedness fire drill training
- CTO requests
- Annual Compliance Training
- Employee Engagement / Impact Plans
- Policies and Procedures
  - Dress code
  - Electronic business communications
  - Eating and drinking in patient areas
  - Cellular phone policy
  - Email policy
- Signing in and out
- STATS
  - Send all specimens at the same time
  - Package STATS separate from other specimens
  - Package STATS in a STAT bag
  - Couriers need to make sure they pick up the manifest that goes with the STAT for all Atlas sites and complete a manual STAT manifest when it is a paper site.
  - For our HFML IOP sites the STAT must be ordered STAT in Atlas and for our HFML draw their own sites the couriers need to make sure for the Atlas draw their own sites that they have ordered the test STAT in Atlas which will print an Atlas STAT manifest
  - Always have STAT stickers on hand
- Specimen Preparation and Patient Identification
  - Verify all patient information in the correct manner
  - BLug
  - Placement of labels
  - Orange labels, make sure they know to send back all blue labels if they still have them in stock
  - Label cleaner (new monthly process)
  - Frozen specimens, freezer pack not ice cubes
- Questions/Concerns
- Henry Bucks
- Completing the ABN
  - Staple to requisition
  - Make a copy
  - Keep on file
  - Assist client sites in remembering to obtain an ABN when a pap or culture is collected in the room (ie price example sent earlier)
- New ATLAS access form for client binder
- EPIC
- FOBT
- APS
  - contact information
    - 800.288.8325, jlforgette@apsmedbill.com
  - Adding Ins-never call APS add to local



October 19, 2013 Meeting Sign in Sheet

Print          Sign

1. Chasity Jones
2. MARIO KRUEGER
3. Natalie Reeser
4. Sarah Rayborn
5. Stephanie Cochran
6. Tanika Deshields
7. LaZenia Crawford
8. Denise Price
9. Debra Ball
10. Julisa Garcia
11. Deserie Miller
12. Alicia Estell
13. Denise Goldsmith
14. Ziyad Ankawi
15. Shameeka Johnson
16. Kelli Hull
17. Chev Adams
18. Ernestine Hawkins
19. Ms Tanisha Jordan
20. Allan Motes
21. Nick Pizzullo
22. Charisse Clayton
23. Vivian Moore
24. John Rosati
25. Ciara Montgomery
26. Luain Hijjar
27. MARTHA WISEHEART
28.
29.
30.
31.
32.
33.
34.
35.
36.

HFH55