Defendant's Trial Exhibit 142

| | |
|---|---|
| From: | Bork, Fiona |
| Sent: | Thursday, May 01, 2014 4:54 PM |
| To: | |
| Cc: | Hood, Jill |
| Subject: | FW: Quick Question Fiona, |

Another example to show that Natalie understood that she had to have my approval to leave a site

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

---

From: Bork, Fiona
Sent: Wednesday, February 26, 2014 1:07 PM
To: Hood, Jill
Subject: FW: Quick Question Fiona,

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

---

From: Reeser, Natalie
Sent: Monday, November 19, 2012 10:50 AM
To: Bork, Fiona
Subject: RE: Quick Question Fiona,

Hey Fiona,
You know me I cant go home even if im dying if It would be ruining my chances at a lead position some day :) so Im going to just tough this out, I understand the policy and thank you for letting me know ahead of time, I don't ever want to get into trouble. Thank you again !!

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1



EXHIBIT 142

HFH41

**From:** Bork, Fiona
**Sent:** Monday, November 19, 2012 10:25 AM
**To:** Reeser, Natalie
**Subject:** Re: Quick Question Fiona,

Hi Natalie
That is fine but leaving would be an occurrence.

---

**From:** Reeser, Natalie
**Sent:** Monday, November 19, 2012 10:14 AM
**To:** Bork, Fiona
**Subject:** Quick Question Fiona,

Good Morning Fiona,
I am just writing to ask you a small favor, I have a really bad head cold, like sinus infection going on all of a sudden this morning like , my head feels like its going to explode, I spoke with deserie, and Julisa, deserie told me they have plenty of coverage today, and Julisa said she has no problem coming here from 11-5 pm if she can then go to Shelby and close til 6 there too ? please let me know asap so I can let her know. Thank you Fiona, Have a great day
ps Im just going to go get some antibiotics and sleep the day off, so im better for this week. either way its ok with me, thank you for your consideration !!!

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

2

HFH42