Defendant's Trial Exhibit 154



**From:** Bork, Fiona
**Sent:** Wednesday, February 26, 2014 9:18 AM
**To:** Hood, Jill
**Cc:** Wiseheart, Martha
**Subject:** FW: TB Test

Jill
Here is an email string that shows that she does not have approval to just close a site without any authorization from me.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Bork, Fiona
**Sent:** Monday, January 13, 2014 7:26 PM
**To:** Bork, Fiona
**Subject:** FW: TB Test

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Monday, April 22, 2013 10:47 AM
**To:** Bork, Fiona
**Subject:** RE: TB Test

1



HFH47

Its all done : ) Martha watched the front desk nobody came and I was gone for 7 minutes. I am glad we were able to work this out and next time I will coordinate with you before I go : ) Have a great day : )

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Bork, Fiona
**Sent:** Monday, April 22, 2013 9:01 AM
**To:** Reeser, Natalie
**Subject:** RE: TB Test

I am going to call you

---

**From:** Reeser, Natalie
**Sent:** Monday, April 22, 2013 8:59 AM
**To:** Bork, Fiona
**Subject:** RE: TB Test

I have not spoken to Martha , I was just saying she is here, if you would like me to discuss this with her, That's all I was trying to say.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Bork, Fiona
**Sent:** Monday, April 22, 2013 8:57 AM
**To:** Reeser, Natalie
**Subject:** RE: TB Test

Natalie
I am not upset, this is a mandatory requirement, however it could have been coordinated with preplanning. Martha is in the back office working and may be on a conference call when patients arrive. What would you have done if Martha wasn't there? You can't count on Martha unless you preplanned that with her and have her approval to watch the desk while you are gone. Did you speak to her about it prior to day when you scheduled your TB test? Did you talk to her about watching the desk today? Let me know.

---

**From:** Reeser, Natalie
**Sent:** Monday, April 22, 2013 8:51 AM

2

**To:** Bork, Fiona
**Subject:** RE: TB Test

we can keep it open Martha is here they would just have to wait for me to return ?? would you like me to do this ? Im sorry you are upset with me, but I had to have this done during business hours either way. I was just trying to get it done for you asap.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Bork, Fiona
**Sent:** Monday, April 22, 2013 8:49 AM
**To:** Reeser, Natalie
**Subject:** RE: TB Test

Please let me know when you are leaving and when you get back. In the future please coordinated something like this with me. We are running a business and cannot just shut down a site without notice or coverage.Thanks

---

**From:** Reeser, Natalie
**Sent:** Monday, April 22, 2013 8:46 AM
**To:** Bork, Fiona
**Subject:** RE: TB Test

For the Tb test you have 72 hours ( 3 days) to have it read, yes, they told me it would only take a few minutes for someone to look at my arm and record the results on my chart, I think they open at 9 am , we have only had one customer so far, that was at 7:30 am , so I will see when we are really slow today to go run and do so.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

---

**From:** Bork, Fiona
**Sent:** Monday, April 22, 2013 8:41 AM
**To:** Reeser, Natalie
**Subject:** RE: TB Test

Natalie
I wish you would have worked this out before your test so that we would not have to close the site. Also the TB test is supposed to be read in 48 hours did they tell that it would be ok to have it read today? I couldn't have mine on a Friday.

What time is it really slow? Did they tell  you it would only take 15 minutes?

---

**From:** Reeser, Natalie
**Sent:** Monday, April 22, 2013 8:35 AM

3

HFH49

**To:** Bork, Fiona
**Subject:** TB Test

Good Morning Fiona,
I am writing you to ask you what time you would like me to put a sign on the door and close for 15 minutes today so I can run across the street , so they can read my tb test I had Friday ?? Please let me know. Thank you

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

4

HFH50