Defendant's Trial Exhibit 158

**From:** Bork, Fiona
**Sent:** Wednesday, February 26, 2014 1:34 PM
**To:** Hood, Jill
**Subject:** FW: just now

An example of Natalie been very upset and understandably so however she did not leave or take a break

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Thursday, July 11, 2013 4:57 PM
**To:** Bork, Fiona
**Subject:** just now

Hey Fiona , I just got a call from my mother my brother was rushed to the hospital this afternoon , they can't get his fever down , so they were going to move up the transplant , however when they talked to the person today , they decided they no longer wanted to take the risk for a perfect stranger, so im not even sure if my brothers going to make it through tonight right now. they are trying to get a hold of the number two canadate who is an 8 out of 10 match to still use the same dates for the transplant,  but hes failing fast and I dont know if we are going to lose him, Martha wanted me to tell you right away, I have already put calls in for tomorrow just waiting on response if he passes tonight. Im sorry Im totally fallen apart. im so angry that hes suffering and now the person we all were counting on backed out. just wanted you to know , can't really talk ive been crying so hard so I just typed it to you. I will keep in touch Thanks

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

1


EXHIBIT
158

HFH30