Plaintiff's Trial Exhibit 47



# CORRECTIVE ACTION

**EMPLOYEE NAME: Shantae Stewart DATE OF VIOLATION: 10-17-12**

**EMPLOYEE ID  067701  GROUP  2 Violation**

**JOB TITLE/DEPT: Lab     SUPERVISOR / PHONE : Fiona Bork 248-372-1300**

### CURRENT TYPE OF Action
3-26-12 Counseling     Written Warning     Written Warning with _1_ days of suspension 5-2-12     Termination  12-6-12

### STANDARDS OF CONDUCT VIOLATION –Falsifying Time Card

Shantae,

I was confidentially made aware this week of a significant safety and integrity issue that occurred on 10-17-12. It was reported to me that you brought your son to work, signed in indicating your arrival to work and left the client site with your son and returned later to take care of patients. When I met with you today you indicated that you did indeed sign in, left the client site to take your son to the babysitter and returned to work On October 17th, 2012. You stated that you did not want to be late for work so you signed in and then left.
When we met today, I explained to you that signing in your arrival and leaving a site and then indicating on your time card ( a legal document) that you were at the client site the entire time is falsification of a time card, which is a terminable offense. There were other viable options that we could have explored if you would have been forthright with me the morning of October 17th, 2012.

### DEPARTMENT EXPECTATIONS & RECOMMENDATIONS
Shantae it is an expectation that all employees follow the service excellence standards that were shared with you during your orientation. every team meeting and are included on the badge that you wear each and every day. Integrity is an integral and mandatory expectation all employees. Effective today you are being terminated for falsifying your time card.

### EMPLOYEE COMMENT SECTION
I have received a copy of this corrective action. I understand my right to grieve this corrective action within 5 working days by contacting Jill Hood, HR, at 313-916-8564. I understand that further violations may result in corrective action up to and including termination.

---

Discussed, in person, with Shantae on 12/6/2012.  Written
Document emailed 12/6/12 certified copy mailed 12/6/12

*Fiona Bork*
**SUPERVISOR SIGNATURE/ DATE 12/6/12**

**EMPLOYEE SIGNATURE/DATE 12/6/12**

ORIGINAL –HUMAN RESOURCES  COPY - EMPLOYEE


PLAINTIFF'S
EXHIBIT
47

*CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER*     HFH 560