UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

                        Plaintiff(s),

v.                                          Case No. 2:14–cv–11916–GCS–SDD
                                                         Hon. George Caram Steeh

Henry Ford Hospital,

                        Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

       Motion for Judgment – #116

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge George Caram Steeh *without* oral argument.

- RESPONSE DUE:  July 12, 2016

- REPLY DUE:  July 29, 2016

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/M. Beauchemin
                                                   Case Manager

Dated:  June 20, 2016