UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

      Plaintiff,

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

v

**HENRY FORD HEALTH SYSTEM**
d/b/a **HENRY FORD HOSPITAL**,

      Defendant.

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Detroit, MI 48226-0840 | Novi, MI 48375 |
| (313) 964-4454 Phone | (248) 567-7828 Phone |
| (313) 964-4490 Fax | (248) 567-7423 Fax |

### PLAINTIFFS' SUPPLEMENTAL EXHIBIT
### TO HER MOTION FOR ATTORNEYS' FEES

NOW COMES Plaintiff Natalie Reeser, by and through her attorneys MILLER COHEN, P.L.C., and for her Supplemental Exhibit to her Motion for Attorneys' Fees attaches Exhibit D adding in the Affidavit of Ada A. Verloren.

      Respectfully submitted,

      **MILLER COHEN, P.L.C.**

      By: /s/ Adam C. Graham
           Adam C. Graham (P79361)
           *Attorneys for Plaintiff*
           600 W. Lafayette Blvd., 4th Floor
           Detroit, Michigan 48226

Dated: June 23, 2016           (313) 964-4454

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**NATALIE REESER**,

      Plaintiff,

v

**HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL**,

      Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| **MILLER COHEN, P.L.C.**<br>Richard G. Mack, Jr. (P58657)<br>Keith D. Flynn (P74192)<br>Adam C. Graham (P79361)<br>*Attorneys for Plaintiff*<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI  48226-0840<br>(313) 964-4454 | **VARNUM LLP**<br>Terrance J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>*Attorneys for Defendant*<br>160 W. Fort St., 5th Floor<br>Detroit, MI 48226<br>(313) 481-7300 |

## CERTIFICATE OF SERVICE

I hereby certify that on *June 23, 2016*, the foregoing document was electronically filed by the undersigned's authorized representative, using the ECF system, which will send notification of such filing to all parties of record.

      Respectfully submitted,

      **MILLER COHEN, P.L.C.**

      By: /s/ Adam C. Graham
           Adam C. Graham (P79361)
           *Attorneys for Plaintiff*
           600 W. Lafayette Blvd., 4th Floor
           Detroit, Michigan 48226
           (313) 964-4454