# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NATALIE REESER**,

          Plaintiff,

v

**HENRY FORD HOSPITAL**,

          Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Stephanie Dawkins Davis

| | |
|---|---|
| **MILLER COHEN, P.L.C.**<br>Keith D. Flynn (P74192)<br>Adam C. Graham (P79361)<br>*Attorneys for Plaintiff*<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI  48226-0840<br>(313) 964-4454 Phone<br>(313) 964-4490 Fax | **VARNUM LLP**<br>Terrance J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>*Attorneys for Defendant*<br>160 W. Fort, 5th Floor<br>Detroit, MI 48226<br>(313) 481-7300 Phone |

## INDEX OF EXHIBITS

**EXHIBIT A**   February 18, 2014 email between Plaintiff and Jill Hood

**EXHIBIT B**   HFH policies and guidelines

**EXHIBIT C**   Emails between Bork, Hood & Waugh

**EXHIBIT D**   Plaintiff's Employment Records

**EXHIBIT E**   Other Employees' Employment Records (*FILED UNDER SEAL*)