# EXHIBIT B

Payroll Instructions
May 2012

<u>**Please submit payroll to Martha Wiseheart and Theresa Hobbs via email no later than noon on the Friday that the pay period ends. For the pay period ending Sat June 2nd, payroll sheets are due to Friday June 1st at 12 noon.**</u>

<u>**Only submit changes to the Friday and Saturday payroll sheets to Martha and Theresa no later than 10am payroll Mondays.**</u>

**Note:** Payroll documents are a legal document. All HFML employees need to complete the document accurately.

In an effort to reduce and eliminate the errors on payroll data sheets that staff are completing, please follow these basic steps.

1. You are expected to arrive at your work before your scheduled start time. You must be at your work station at the start of your shift.

   - Payroll start time should not be any earlier than your scheduled start time unless you have prior authorization from HFML management.

2. If you arrive to work, past your scheduled start time:
   - Payroll start time is the actual time you start working.
   - You are considered tardy if your start time is 1 min or more from your scheduled start time.
   - You are to dock yourself based on the attached pay.

3. All staff who work 8 or more hours are to take a 30 min unpaid lunch.

   - It is not acceptable to state no lunch unless it is authorized by HFML management.
   - When completing your time sheet you are only to tally the time that you work.
   - Do not include the 30 min lunch in your total time worked.
     - ie start time 0730 end time 1600-Total time worked 8 hours  Not 8.5

4. Additional mins or Reductions in mins of time: Follow the table listed on the time sheet.
   - Note the increments are to one decimal. HFHS does not go out to 2 decimal places (ie: 0.2 or 0.3 NOT 0.25)

5. Overtime is automatically calculated upon me entering into the payroll system.
   - Do not note overtime on the time sheets.

6. If you work over your scheduled end time, you must note the actual end time to the min.
   - Use the table on the payroll sheet to calculate anytime you have worked over.

 Pathology & Laboratory Medicine

### Title: PER-HFL-2.56-pol: HFML LAB ASSISTANT POLICIES AND GUIDELINES

**I. Principle or Purpose:**
This Policy addresses requirements that apply to all HFML Lab Assistants ensuring that they have read and understand the guidelines required to maintain high working standards and ensure continuity in our Standards of Excellence.

**II. Scope:**
This policy is effective for all HFML Lab Assistants.

**III. Policy:**
Each Lab Assistant, regular full-time, part time, or temporary will read, sign off on, and adhere to the following policies:

*Lunches and Breaks*
- Less than 4 hours = no break.
- More than 4 hours, but less than 8 hours = One paid 15 minute break.
- 8 hours, but less than 12 hours = Two paid 15 minute breaks, One 30 minute unpaid.
- *****Only take a one hour lunch based on specific client request (i.e. TCF) [struck through]
- *****Breaks may be taken at a time that there is adequate staffing to provide continuity of service.

*Signing in and out, email upon arrival:*
- When scheduled to go to a nursing home followed by a Medical Center, you must take your lunch prior to arriving at the Medical Center.
- Upon arrival and departure at Danto / Heartland, any physician office or medical center, email your supervisor (no texting) to let them know you have arrived, and before leaving email supervisor to let them know of your departure.
- Any email sent must be sent under your User Name and not a co-workers. Emailing using any other username is a Group 2 violation and will result in immediate termination for both employees.

*Time Cards:*
- Time sheets must be legible, and accurate.
- Time sheets should reflect the time you actually started and finished working. Employees should be ready for their first patient at their scheduled start time. NO rounding up or down for time sheets, only exact time.
- Timecards MUST be turned in on time (Friday) to Theresa Hobbs. It is your responsibility to ensure that a faxed time card was received.

*Email etiquette:*
- Do not share username or passwords with any fellow employee.

[Handwritten annotations in right margin: "12/13/11", "Told every team member to sign out this is an ongoing issue all sites honor this PB"]

 Pathology & Laboratory Medicine

## Title: PER-HFL-2.56-pol: HFML EMPLOYEES POLICIES AND GUIDELINES

### I. Principle or Purpose:
This Policy addresses requirements that apply to all HFML Lab Assistants ensuring that they have read and understand the guidelines required to maintain high working standards and ensure continuity in our Standards of Excellence.

### II. Scope:
This policy is effective for all HFML Lab Assistants.

### III. Policy:
Each Lab Assistant, regular full-time, part time, or temporary will read, sign off on, and adhere to the following policies:

*Break Policy 5.05*
*Lunches and Breaks*
- Less than 4 hours = no break.
- 8 hours but less than 12 = two 15 min. breaks***
- 8 hours, but less than 12 hours = One 30 minute unpaid lunch

***In order to maintain quality customer service standards, break periods may only be taken if there is adequate staffing to provide continuity of service. The nature of our business is such that there are ample naturally occurring breaks throughout the day due to patient flow that should allow each employee sufficient time to "break" from their daily activities. During these downtimes employees may not leave the job site. Our goal is not to impact or delay patient care.

*Attendance Policy 5.02*
*Signing in and out, email upon arrival:*
- Time in and Time out:
    - Time in
        - Scheduled start time
        - Location
    - Time out
        - Scheduled end time
        - Location
- Failure to email your arrival and departure is a full occurrence. Please make sure that you follow this guideline at all times. There are no exceptions.
- If the computer is down, you must call from a landline not your cell phone to report your start time and location.
- Any email sent must be sent under your User Name and an HFML PC. Checking in and out cannot be performed on a personal cell phone or an HFML business phone. Doing so is a violation of the attendance policy and will result in termination. Emailing your time in using any other username is a Group 2 violation and will result in immediate termination for both employees.

 Pathology & Laboratory Medicine

### Social Media Policy 5.29
*Email etiquette:*
- Do not share username or passwords with any fellow employee.
- Email must be checked daily.
- All emails must be responded to in a timely manner (same day)
- Checking email at the start of your day, midday and at the end of your day is a requirement of the job.
- Internet use-ANY usage that is NOT related to HFML is PROHIBITED. Allowed sites: Atlas, NPI registry, HFH University, HR connect, eLUG, ICD9 code search and Physician search. Our systems are continuously monitored for unauthorized use. Many systems have crashed due to activity to unauthorized sites. Any unauthorized use will result in termination.
- 

### *Code of Conduct/Duty to Report:*
- Never leave a site at any time without prior authorization from a manager.
- Should a fellow employee leave the job site without proper authorization, contact a manager immediately so that we may staff site accordingly.
- Report anything to an authority that is against company guidelines and may require intervention from management.

### *Specimen Labeling and Drawing Guidelines: Patient Safety Standards*
- Highlight test on 'written order from physician' to ensure nothing is missed. Please follow the highlighting process in your FYI book.
- Never stick a patient without verifying their name and DOB
- Always put Last Name, First Name and DOB on specimen.
- Always confirm an unclear order before drawing the patient.
- Utilize resources to clarify any part of an unclear requisition (LUG, Client Service, Supervisor, Co-Worker).
- All orders must be double checked before drawing the patient
- Initial requisition when you draw the patient on top right corner of Rx.
- Initial the tube of any patient that has been drawn by you.
- Be sure to match up tubes drawn with the name on the Rx that you are putting in the bag with the tubes.
- ALWAYS follow protocol. Patient care requires continuity of care. Always ask the patient first and last name and date of birth. This practice does not change based on personal relationship with the patient or change based on the number of times you have drawn the patient.
- The manual specimen manifest must include the patients name next to ANY specimen that is frozen or refrigerated. The patient names should also be included with 24 hour urine.



Pathology & Laboratory Medicine

### Cell Phone Policy-Phone Etiquette:
- Company phone is to be used only for business use only. Voice mails should be checked promptly, throughout the day and answered promptly.
- The cellular phone should be on and available during the entirety of your shift, and during all business hours 5am-8pm, Monday through Saturday.
- Personal cell phones should not be used during working hours. The only phone that you should have on you and using is your HFML phone fully charged.
- NEVER answer your phone when you are with a patient or leave the patient unattended.
- If you have any issues with your HFML phone you must contact the helpdesk at 248-853-4900 immediately.
- The HFML phone is used by many departments to get a hold of you regarding patients.

### Treatment of co-workers:
- Offer help to fellow co-workers whenever possible. Treat co-workers with honesty, respect, courtesy, and work together as a team.
- Do not participate in gossip.
- Do not share pay scale information.
- Respect the diversity of any team member.
- Welcome and support new employees and help them become part of the team.

Name (printed): Natalie Beeser          Manager: F. Boyle

Signature: Natalie Beeser              Signature: [signature]

Date: 10/19/2013                        Date: 10-19-13

### IV. References
N/A

### V. Supporting Documents
N/A

### VI. Attachments
N/A

HFH53