# EXHIBIT C

Quest Software Archive Manager : Print Message                           Page 1 of 1

⌐ **Email**

From:     Hood, Jill                                          Sent:2/28/2014 4:09:08 PM
To:       Bork, Fiona                                                                      
Subject:  Re: Lunches

That may pose a problem. Since we got the official notice that we needed to pay her, we should have been paying her the
extra half an hour even though we didn't designate the "closed period" for the office.

Please send a correction to do payroll asking a special check be cut for those half an hour breaks for the days that she
worked starting from the day that we spoke about getting the final word from legal, that you have to pay if you do not
have that date, because I do not remember if we spoke of the phone about that or if that was also in email so that you
have to date, let me know and I will take a look in my information to see what that effective date is.

Thanks

Sent from my iPhone

On Feb 28, 2014, at 3:49 PM, "Bork, Fiona" <FBORK1@hfhs.org> wrote:

> No she hasn't. We were waiting until we had a final word about all of the lunches.
>
> Fiona Bork
> Laboratory Sales Manager
> Outreach Laboratory Services
> Henry Ford Medical Laboratories
> Cell: 248.372.1300
> Fax: 313.916.9113
>
> **From:** Hood, Jill
> **Sent:** Friday, February 28, 2014 2:50 PM
> **To:** Bork, Fiona
> **Subject:** Lunches
> **Importance:** High
>
> Fiona,
> Since we spoke about the need for the lunch period for Natalie, I know that we have not yet
> implemented an official lunch period where the office can be closed but I just wanted to ensure
> that Natalie has been getting paid her lunches since that time.
>
> Thanks
>
> *Jill E. Hood, PHR*
> *Human Resources*
> *Senior Business Partner*
> *Henry Ford Hospital and Volunteer Services*
> *Office: 313-916-8564*
> *Blackberry: 313-575-6742*

HFH 0606

Quest Software Archive Manager : Print Message                                    Page 1 of 2

⌐ **Email**

From:          Bork, Fiona                              Sent: 2/18/2014 4:17:18 PM      
To:            Hood, Jill
BCC:           Bork, Fiona
Subject:       RE: ?

Ok thank you
I have Natalie set to train at the new site I am moving her to next Thursday and would like to make the change
to the new site the following week. So early in the week Mon or Tuesday would be best so that she is prepared
for the move.

Natalie's tone in her emails is very confrontational and insubordinate ( multiple question marks ). Can we
address this during the meeting?

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Hood, Jill
**Sent:** Tuesday, February 18, 2014 4:12 PM
**To:** Bork, Fiona
**Subject:** RE: ?

Fiona,
We should have the information from Payroll by the end of this week. Let's plan on meeting early next week - I will take a
look at our calendars and set up a meeting
Thanks

Jill E Hood, PHR
Sr. Business Partner, Human Resources and Volunteer Services
Henry Ford Hospital
313-575-6742 (bb)

**From:** Bork, Fiona
**Sent:** Tuesday, February 18, 2014 3:49 PM
**To:** Hood, Jill
**Subject:** FW: ?

I am not going to respond to this email. I don't feel that I have to explain to Natalie or any other employee why
I have certain people mentor new employees. I certainly could not have a new employee work with Natalie at
this point until her demeanor changes. That is ok right?

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

HFH 0585

Quest Software Archive Manager : Print Message                                      Page 1 of 3

· Email

| From: | Bork, Fiona | Sent:2/18/2014 5:23:32 PM |
| To: | Hood, Jill ; Waugh, John | |
| Subject: | FW: ? | |



This message was sent with High Importance.

Jill
This is getting out of hand.

During our team meeting Dec 2012 the team wanted a way to acknowledge outstanding behavior by their co-workers. So we created the "Henry Buck" system. If an employee wants to recognize a fellow co-worker for going above and beyond they simply send me an email with the details and then I determine if a "Henry Buck" should be given. Once an employee accumulates 10 they get a free 30 minutes (lunch or the end of the day) Everyone on the team understands how it works and everyone has been very happy with the process.

I consider several factors before I give a Henry Buck. It can't be "oh so and so was so nice to me, or was really nice to a patient etc.". I look to see if it is extraordinary. Some "henry buck" examples are:
Example#1
Mario,
Thank you for going the extra mile and showing the HFML difference yesterday. Your commitment to providing the highest level of care to our patients is exceptional and I am so proud of you!

To All,
Yesterday I received a call from Mario regarding specimen that were intended to go to ST John that were accidentally put in our box. Mario took it upon himself to call St. John and make them aware of the situation as well as placing the specimens in an area that would be safe and easy for them to find.

The lab supervisor at St. John called me today to let me know that Mario had not only called to have the specimens picked up he also called later in the evening to confirm that St. John had actually picked up the specimens. She was "blown away" (her words) by Mario's customer service.

Thank you Mario!!!!

Example#2
Good Morning Fiona,

I just wanted to send an email regarding Denise Goldsmith. I had to share this story with you. She has gone over and beyond here for a patient who is in a wheelchair and can't get out but every couple of days. The Pt (Joanne Murray), came in our lab yesterday, Wednesday, January 16th, 2013. She did all her lab work but was unable to produce enough urine for the 3 ua's she needed. She told Denise she wasn't for sure when she would be able to come back and drop it off for she has nobody to bring her. Denise being the kind soul that she is, she got her phone number and her address and told Joanne she would call her later that evening and see if she was able to go and swing by her place and pick it up for her. I thought that was really nice gesture. And that is what Denise did this morning (Thursday), she picked up her urine and is sending it out for her today. Way to go Denise!!!

Example # 3
A BIG Henry Buck THANK YOU to Alicia, Julisa, Deserie and Deb for helping me out with the unanticipated scheduling changes over the last couple of weeks. I would like to also thank you for ALWAYS taking the time to look ahead and make recommendations regarding the schedule to ensure that we have the appropriate coverage lined up.

HFH 0620

It a HUGE help to have another set of eyes ...... and in this case 4 sets of eyes looking at the schedule!

Thank you for your continued dedication to our team and for ALWAYS being outstanding ambassadors for HFML and HFHS!

Example #4
TaNika
Thank you for thinking out of the box and coming up with a great solution for STAT specimens that A1 needs to pick up and routine specimens that need to be left for our team to pick up either at the site or in the drop box. As you know when A1 takes all of the specimens it results in an unnecessary trip for our couriers. More importantly if A1 takes all of the specimens they do not go through the same QC check when they get to the lab like the specimens that our team picks up. We want to avoid that as much as possible.
The new stickers should prevent A1 from taking our specimens and only taking the STAT specimens. Two Henry Bucks headed your way!

Great Job!!!! Can you please share how you put the stickers together with our team so that they can create the same stickers for their sites.

As you can see by the examples, they are extraordinary. When I get patient comment cards or letters I send an email to the employee thanking them for doing their job and for making sure that the patient experience is outstanding. (This is what we are supposed to do) I do not give Henry Bucks.


Secondly
I do not have to explain to Natalie why I make schedule changes or validate my choice of mentors. I would never question my managers decisions in such an insubordinate way. (Several question marks) with a very in your face tone.  Natalie is out of control. There is no way I would ever subject a new employee to that kind of behavior.

I am not going to answer her email unless either of you think that I should. Please advise.
Thank you,
Fiona
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113


**From:** Reeser, Natalie
**Sent:** Tuesday, February 18, 2014 4:49 PM
**To:** Bork, Fiona
**Cc:** Reeser, Natalie; REESERDK@YAHOO.COM
**Subject:** ?

Fiona, I asked why I am not the one training the new person at my site, can you please answer my question ? this is the second time you have done this, before I always did the training ?? I've trained for two years all of a sudden I'm not good enough to train at my site ?? Then to pour salt in my wounds, u send another Henry buck to Denise who is the only employee who fell asleep on the job tells everyone in our team meeting and that Ciara covered for her, and they both are still here and she just keeps getting awards yet a customer writes a letter on

HFH 0621

me and blah NOTHING... I am tired of being treated unfairly and will not allow this to keep happing to me !!!! I am serious when I say I want a meeting with you and your BOSS and HR. the truth is going to come out if its me yelling from the roof tops that this unfairness and favoritism has to stop. You just keep ruining my moral, and Im tired of going home feeling so under appreciated. I can't take much more of this and I shouldn't have to.

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

Tue 2/18/2014 3:32 PM (First email from Natalie)
Fiona ,

why am I not the one training the new people at my site ? why would you have Cher train them when I know everything ???

## Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

Waugh, John
RE: Back payment for missed lunches
February 14, 2014 at 3:32 PM
Bork, Fiona

Thank you for doing this ridiculously tedious work. I had two good conversations with Jill this week and she planned to reel in the insubordination in the afternoon call today.

HFH 0578

Quest Software Archive Manager : Print Message                                    Page 1 of 1

⁄ Email

From:      Bork, Fiona                                              Sent:1/27/2014 11:25:51 AM      
To:        Waugh, John (JWAUGH1@hfhs.org)
Subject:   FW: LUNCHES

This message was sent with High Importance.

John
We have a huge problem here. Jill did not tell me about this conversation with Natalie and "recording lunches"
The CT PSC has hours of downtime and allows several opportunities for lunch. We only staff the site with one
person due to the patient volume.
Can you call me when you get a moment. Thank you

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Reeser, Natalie
**Sent:** Monday, January 27, 2014 11:22 AM
**To:** Hood, Jill; Wiseheart, Martha; Bork, Fiona
**Subject:** LUNCHES

Ladies,

please be advised that HR has me recording days that I do not get a lunch. It is illegal to have me work through
a lunch break and not pay me .. down town is not considered lunch in the eyes of the law. a lunch is a time
where you can sign out and take a break. I do not get this, therefore you must pay me for my lunch breaks I do
not get. if you have any questions please contact Jill hood in HR.

# Natalie K. Reeser
**Pathology & Laboratory Medicine**
**248-721-7099 Cell & 586-228-2774 Office**
**Henry Ford Medical Laboratories**
**Out Reach Lab Service**
nreeser1@hfhs.org

HFH 0569

**Hood, Jill**

| | |
|---|---|
| From: | Bork, Fiona |
| Sent: | Friday, January 17, 2014 9:04 AM |
| To: | Hood, Jill |
| Subject: | FW: Natalie Reeser |
| | |
| Sensitivity: | Confidential |

Jill

Sorry for being so long winded. When I got home last night I felt I needed to give some additional background and share recent events regarding Natalie.

In short Natalie is very immature and has a tendency to take everything personally. Since she takes everything personally she thinks everyone else does too. I think that is why she feels her review is based on my personal feelings.  That is why I used concrete examples to support my rating of a two with phlebotomy skills (due to the remediation she went through)

Natalie likes to make her coworkers believe that she know more than she does and has more access than her coworkers.

Natalie works at the slowest site we have. We have given her assignments to help our department to fill her day. The other sites that we have would never be able to help because they are very busy sites. Natalie has looked at getting these assignments as leverage and thinks that it puts her at a higher level than her coworkers. This is not the case. She simply has more time.

When I completed her review I tried to identify areas that require improvement encourage and thank her  for her efforts while remaining balanced.

Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

**From:** Bork, Fiona
**Sent:** Thursday, January 16, 2014 10:12 PM
**To:** Hood, Jill
**Subject:** Natalie Reeser
**Sensitivity:** Confidential

Jill
Do you happen to know who is meeting with Natalie at 12:30 tomorrow?

Some notes from our call the other day:
Natalie has a tendency to exaggerate and be very dramatic about any situations that arise. For instance on Wednesday when I walked into the site that she was working at she cornered me right away and send that I was sending her to a site that she had never been to before and that she would be working alone. I told her that was not true. I pulled out the schedule and showed Natalie that she is schedule to work at a new site with the employee that has worked there for several years and that she was not working alone. Natalie then stated "that's not what is says on my schedule" so I asked her to pull her schedule out and sure enough it was the same as mine. Natalie said "Oh" I replied "Natalie please

1

HFH124

pay closer attention to the schedule, if you had you wouldn't have upset yourself like you are now" This is very typical of Natalie

Natalie is being rotated to another site because we just lost an employee that worked at that site. Several people have already rotated through and there will be several more that do. She was given the option to rotate at a later date if the scheduled date did not work.
Natalie has a tendency to take a "bit" of information and turn it into a "story" she wants people to feel like she is "informed and the first to know" This has caused problems with the team. I had discussed this habit with her on several occasions.

I had a new person that trained with Natalie one day and was so afraid to go back to the site. The new employee shared with me that during Natalie's training she basically made her feel like she would get fired for doing anything wrong. When I spoke to Natalie about it she said "well it's true", I explained that errors do occur however it depends on the severity of the error, how often errors occur, etc. A better way of teaching a new employee about the importance of following procedure it to talk about why those policies are in place and need to be followed and that failure to follow a procedure could result in disciplinary action and leave it at that.

Most recently Natalie refused to sign her annual review and wanted to meet with HR. I told her that would be absolutely fine. When I was at her site the other day I asked to meet with her and she "refused to meet with me" and stated that "she was meeting with HR Friday" and wouldn't speak to me until after that meeting.
Natalie told me that she feels that my assessment of her are based on my personal feelings. I told her that when an employee and manager complete an annual review their assessment must be based on the entire year and should not be biased. The rating should be a true reflection and not what "hoping" for unless it can be supported.
I had found out this year from several employees that Natalie had accessed a tax document of mine that I had closed down on the pc to allow her to take care of a patient. She intentionally opened the document and instead of closing it right away read the entire document and let several of my employees know about it and discussed my income with them.
When I asked her about it she said that it was true. I asked her why she did what she did and she said "well it's your fault you left it there" I told her the only reason I did was so that she could take care of a patient. She felt that she did not do anything wrong. I explained to her what integrity is and told her that what she did was very wrong. She said to me "Well you would have done the same thing" I told her I absolutely would not have. I shared with her that the fax that is used by my employees to send information to me is also used by the VP of operations and the Chair of our department. I told her If I pick up a fax and accidently pick up one that is intended for the Chair or VP I do not read it because it does not belong to me and it is none of my business. I return it to the fax immediately for the proper owner.
Natalie thinks that this event is the reason why I rated her the way I did. I can say without hesitation it has nothing to do with my assessment. As far as I am concerned it was a bad decision on her part. It's over and done with and I have moved on. As a manager I am used to not being treated fairly by my direct reports....I have come to expect and accept that. It does not affect the way I manage them. I know that it is not always easy for people to accept the fact that they made a poor decision or maybe didn't do the best job possible and in return blame me or think I am being unfair simply because they do not want to accept responsibility for their behavior.

Natalie recently got engaged. As soon as I heard about it I congratulated her and talked to her about her wedding plans the proposal etc. All before her annual review . I have tried to keep things very normal between us so that she knows I don't harbor any bad feelings.

I gave Natalie a "2" as it relates to phlebotomy skills because she had to be sent to remediation due to patient complaints. It was discovered during that remediation that Natalie was not applying enough pressure once the venipuncture was done which can result in a bruise.

I received an email from Natalie yesterday asking if she could switch her schedule on Friday with another co-worker because she did not look at her schedule before making an appt with HR . Her appt with HR was made either Monday or Tuesday of this week. The schedule has been out since Jan 3rd. Her failure to manage her schedule has lead to a co-

2

HFH125

worker working 12 hours on Friday which will result in overtime because she did not properly coordinate her schedule.  This type of behavior is very typical of Natalie as well (last minute requests for CTO, wanting to leave a site unattended so that she can "run" to take care of something quickly etc.)

Natalie has been caught twice using the internet for personal business. The last time I caught her I could have terminated her however I gave her a second chance.

When her appt flooded and destroyed almost everything she had I gave her  several TV's
When her brother was sick I gave her money to support her fund raising activities to help cover her brothers medical expenses.

I have tried to help Natalie any way that I can.

I hope this information helps.
Fiona Bork
Laboratory Sales Manager
Outreach Laboratory Services
Henry Ford Medical Laboratories
Cell: 248.372.1300
Fax: 313.916.9113

3

HFH126