# **EXHIBIT E**

*THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO THE COURT'S PROTECTIVE ORDER ENTERED MARCH 30, 2015*