Defendant's Response in Opposition to Plaintiff's Motion for Attorneys' Fees

Index of Exhibits

1. Unpublished Cases:
   - *Bailey v Scoutware, LLC*, No. 12-10281, 2014 WL 11309770 (E.D. Mich. Aug. 19, 2014)
   - *Gomery v Crest Fin., Inc.*, No. 250881, 2005 WL 658818 (Mich. Ct. App. Mar. 22, 2005)
   - *Richard v Oak Tree Grp. Inc.*, No. 1:06-362, 2009 WL 3234159 (W.D. Mich. Sept. 30, 2009)
   - *Fialka-Feldman v Oakland Univ. Bd. of Trustees*, No. 08-14922, 2010 WL 2572768 (E.D. Mich. June 23, 2010)
   - *Dallas v Commr. of Soc. Sec.*, No. 1:13-CV-00591, 2014 WL 1767815 (N.D. Ohio May 2, 2014)
   - *Sykes v Anderson*, 2008 WL 4776837 (E.D. Mich. Oct. 31, 2008)
   - *Disabled Patriots of Am. V Genesis Dreamplex, LLC*, No. 3:05-CV-7153, 2006 WL 2404140, (N.D. Ohio Aug. 18, 2006)
   - *Project Vote v Blackwell*, No. 06-CV-1628, 2009 WL 917737, (N.D. Ohio Mar. 31, 2009)
   - *Helfman v GE Group Life Assurance Co.*, No. 06-13528, 2011 WL 1464678 (E.D. Mich. April 18, 2011)
   - *Chad Youth Enhancement Ctr., Inc. v Colony Nat'l Ins. Co.*, No. 3:09-9545, 2010 WL 4007300 (M.D. Tenn. Oct. 12, 2010)
   - *EEOC v Whirlpool Corp.*, No. 3:06-CV-0593, 2011 WL 3321291 (M.D. Tenn. Aug. 2, 2011)
   - *Gibson v Scott*, No. 2:12-CV-1128, 2014 WL 661716 (S.D. Ohio Feb. 19 2014)
   - *Heath v Metro. Life Ins. Co.*, No. 3:09-CV-0138, 2011 WL 4005409 (M.D. Tenn. Sept. 8, 2011)
   - *Konstantinov v Findlay Ford Lincoln Mercury*, No. 04-CV-74928, 2008 WL 2922621, (E.D. Mich. July 28, 2008)
   - Crown Enterprises, Inc. v City of Romulus, No. 286525, 2011 WL 1687625 (Mich. Ct. App. May 3, 2011)
   - Terry v Al-Naimi, No. 07-141-30, 2009 WL 728542 (E.D. Mich. March 19, 2009)

2. Miglio Affidavit

3. Miglio Email, dated May 6, 2016
4. Emails produced by Plaintiff
5. HFHS System-Wide Corrective Action Program HR Policy No. 5.17
6. Defendant's First and Second Supplemental Responses to Plaintiff's First Interrogatories (Interrogatory No. 8)
7. Spreadsheet re Unnecessary Tasks Billing Entries
8. Spreadsheet re Redundant/Excessive Tasks Billing Entries
9. Spreadsheet re Conference/Strategy Tasks Billing Entries
10. Spreadsheet re Inconsistent Tasks Billing Entries
11. Spreadsheet re Block Billed Tasks Billing Entries
12. Spreadsheet re Clerical Tasks Billing Entries
13. Spreadsheet re Vague Tasks Billing Entries
14. Verloren Affidavit
15. Jury Verdict Form