# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL,

      Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Stephanie Dawkins Davis

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI 48226-0840 | Detroit, MI 48226 |
| (313) 964-4454 | (313) 481-7300 |

## AFFIDAVIT OF TERRENCE J. MIGLIO, ESQ.

Terrence J. Miglio, Esq., first duly sworn, deposes and states as follows:

1. I am an attorney, licensed to practice in the states of Michigan and Ohio. I am a partner at the law firm of Varnum LLP.

2. I am one of the attorneys representing Defendant Henry Ford Health System ("HFHS") in the present lawsuit.

3. During a settlement conference with Magistrate Judge Mona Majzoub on March 11, 2016, Defendant offered $10,000 to settle the matter. Plaintiff rejected this settlement offer.

4. On May 6, 2016, three days before trial, Defendant offered $15,000 to settle the matter. Plaintiff countered with an unreasonable demand of $100,000, which was rejected by Defendant.

5. I make this Affidavit based upon my personal knowledge and, if called as a witness, I am competent to testify to the truth of the matters asserted herein.

\_\_\_7/12/16_____  _____
Date                                                                      Terrence J. Miglio, Esq.

Subscribed and sworn to before me
this 12th day of July, 2016.

_____
Joanne E. Demers, Notary Public
Macomb County, MI
My Commission Expires: 7/27/2017
Acting in Wayne County, MI

2