# Exhibit 3

**Subject:** RE: Reeser

**From:** Miglio, Terrence J.
**Sent:** Friday, May 06, 2016 12:10 PM
**To:** Keith Flynn (KFlynn@millercohen.com); Adam Graham (agraham@millercohen.com)
**Cc:** Buchanan, Barbara E.
**Subject:** RE: Reeser

We relayed your settlement demand of $100,000 to our client and it has been rejected. Given your statement that this is your client's final position, our client is not inclined to extend any further offers.

**Terrence J. Miglio, Esq.**
Direct: (313) 481-7335
Cell: (248) 408-2938



Varnum LLP                           Main: (313) 481-7300
160 W. Fort St., 5th Floor           Fax: (313) 481-7340
Detroit, Michigan 48226              www.varnumlaw.com

*****************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (313) 481-7300
*****************************

**From:** Miglio, Terrence J.
**Sent:** Friday, May 06, 2016 8:08 AM
**To:** Keith Flynn (KFlynn@millercohen.com); Adam Graham (agraham@millercohen.com)
**Cc:** Buchanan, Barbara E.
**Subject:** Reeser

Counsel,

In order to avoid the costs of trial, our client has authorized us to make an offer to settle this case on the following terms (all to be included in a written settlement agreement):

1)   Complete release of all claims by Plaintiff;
2)   Promise not to reapply for employment with HFHS;
3)   Confidentiality of settlement terms;
4)   Dismissal of lawsuit with prejudice;
5)   non-admission of liability clause; and
6)   Payment of $15,000

This offer will expire at close of business today.
Call if you wish to discuss.

**Terrence J. Miglio, Esq.**
Direct: (313) 481-7335
Cell: (248) 408-2938



Varnum LLP                          Main: (313) 481-7300
160 W. Fort St., 5th Floor          Fax: (313) 481-7340
Detroit, Michigan 48226             www.varnumlaw.com

******************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (313) 481-7300
******************************