Exhibit 7

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**UNNECESSARY TASKS***
**EX. 7**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Time Entry |
|---|---|---|---|---|---|
| 3/23/2015 | AdaV | 4 | Research HIPAA violation and after-acquired evidence | $ 1,100.00 | |
| 3/25/2015 | KeithF | 2 | Researched after acquired evidence | $ 550.00 | |
| 4/1/2015 | KeithF | 1.7 | Emailed OC re forensic examination of phone and discussed with RGM | $ 467.50 | Conference/strategy Excessive Block Billing |
| 4/6/2015 | KeithF | 1.5 | Emailed OC and client re forensic examination of phone and discussed with RGM | $ 412.50 | Conference/strategy Excessive Block Billing |
| 4/28/2015 | KeithF | 1 | Reviewed Defendant's motion to compel forensic examination of phone | $ 275.00 | |
| 5/6/2015 | KeithF | 1.5 | Reviewed defendant's motion to extend and strategized | $ 412.50 | Conference/strategy Excessive Block Billing |
| 5/6/2015 | AGraham | 3 | Draft motion to Extend Response | $ 750.00 | Vague |
| 5/7/2015 | KeithF | 5 | Edited response to motion to extend | $ 1,375.00 | Excessive |
| 5/7/2015 | KeithF | 1 | Reviewed reply brief to motion to extend | $ 275.00 | Excessive |
| 5/11/2015 | AGraham | 3.5 | Draft response to Emergency Motion, Response to Forensic Inspection | $ 875.00 | |
| 5/12/2015 | AGraham | 8 | Draft plaintiff's Response to Motion to Compel | $ 2,000.00 | |
| 5/13/2015 | KeithF | 3 | Edited response to motion to compel forensic exam | $ 825.00 | |
| 5/13/2015 | AGraham | 8.2 | Draft response to Motion to Compel | $ 2,050.00 | |
| 5/14/2015 | KeithF | 3 | Edited response brief to motion to compel | $ 825.00 | |
| 5/14/2015 | AGraham | 1 | Draft response to motion to compel | $ 250.00 | |
| 5/19/2015 | KeithF | 2 | Researched amending the complaint | $ 550.00 | Vague Excessive |
| 5/26/2015 | KeithF | 0.5 | Reviewed D's reply brief to motion to compel | $ 137.50 | |
| 5/27/2015 | KeithF | 2.5 | Edited motion to amend the complaint | $ 687.50 | Excessive |
| 6/8/2015 | KeithF | 4 | Edited motion to amend | $ 1,100.00 | Excessive |
| 6/8/2015 | KeithF | 1.5 | Hearing on Motion to Compel | $ 412.50 | |
| 6/8/2015 | KeithF | 2 | Reviewed file and strategized with AG re forensic exam and MSJ response | $ 550.00 | Conference/strategy Vague Block Billing |

*the portion of the time that is clearly unnecessary is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**UNNECESSARY TASKS***
**EX. 7**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Time Entry |
|---|---|---|---|---|---|
| 6/8/2015 | AGraham | 10.2 | Draft MSJ Response and **Prepare for Hearing and Argue Hearing on Motion to Compel** | $ 2,550.00 | Block Billing |
| 6/22/2015 | KeithF | 2 | **Drafting reply brief to motion to amend** | $ 550.00 | Excessive |
| 6/23/2015 | KeithF | 4 | **Drafted reply brief** | $ 1,100.00 | Excessive |
| 6/29/2015 | KeithF | 1 | **Edited reply brief** | $ 275.00 | Excessive |
| 6/29/2015 | AGraham | 5.7 | **Draft Reply Brief to Motion to Amend** | $ 1,425.00 | |
| 6/30/2015 | KeithF | 2 | **Reviewed discovery issues re cell phone** | $ 550.00 | Vague Excessive |
| 6/30/2015 | AGraham | 1.2 | **Reviewing and discussing Cell Phone discovery issues with client and Keith Flynn** | $ 300.00 | Conference/strategy Block Billing |
| 7/1/2015 | KeithF | 0.7 | **Several emails to OC re disassembling the phone** | $ 192.50 | Vague |
| 7/2/2015 | KeithF | 0.5 | **Emailed OC about phone and spoke to client** | $ 137.50 | Vague Block Billing |
| 7/7/2015 | KeithF | 0.5 | Reviewed scheduling order and **emailed OC re forensic exam** and jury trial | $ 137.50 | Block Billing |
| 7/13/2015 | AGraham | 1 | **Review Reeser Phone Extraction data** | $ 250.00 | |
| 7/14/2015 | AGraham | 2 | **Review cell phone extraction** and communicate with client | $ 500.00 | Block Billing |
| 7/16/2015 | AGraham | 0.5 | **[Email to] Reeser re: phone review for extraction data** | $ 125.00 | |
| 7/17/2015 | AGraham | 2 | **[Review] Cell phone extraction data** | $ 500.00 | |
| 7/22/2015 | AGraham | 2.5 | **[Review] Cell phone documents with Reeser** | $ 625.00 | |
| 7/26/2015 | KeithF | 0.5 | **[Review and Revise] Objections to phone records** | $ 137.50 | Vague |
| 8/14/2015 | AGraham | 2 | Reeser Stip and Order and **Second Amended Complaint** | $ 500.00 | |
| 8/17/2015 | AGraham | 1 | **Second Amended Complaint** | $ 250.00 | |
| 11/19/2015 | AGraham | 1.5 | **[Draft] Memo on after acquired evidence for Motion in Limine** | $ 375.00 | |
| 11/20/2015 | AGraham | 1.5 | **[Draft] Memo on HIPAA violation defenses and discussion with Keith re: subpoenas** | $ 375.00 | Conference/strategy Block Billing |

***the portion of the time that is clearly unnecessary is bolded**

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**UNNECESSARY TASKS\***

**EX. 7**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Time Entry | |
|---|---|---|---|---|---|---|
| 11/23/2015 | AGraham | 2.7 | **Research and draft memo on HIPAA violations** | $ 675.00 | Block Billing | |
| 11/24/2015 | AGraham | 1 | **[Draft] Memo on HIPAA/after acquired evidence** | $ 250.00 | | |
| | Total: | 105.9 | | Total: $ 27,660.00 | | |

**\*the portion of the time that is clearly unnecessary is bolded**