Exhibit 8

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**REDUNDANT/EXCESSIVE TASKS***
**EX. 8**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 4/9/2014 | KeithF | 5 | Drafting complaint and reviewing documents provided by the client | $ 1,375.00 | Block Billing |
| 4/16/2014 | KeithF | 3 | Drafting complaint | $ 825.00 | |
| 4/22/2014 | KeithF | 3 | Edited complaint and discussed complaint with RGM | $ 825.00 | Conference/Strategy Block Billing Inconsistent |
| 5/6/2014 | KeithF | 2 | Edited complaint | $ 550.00 | |
| 5/7/2014 | KeithF | 2 | Researched relationship between remedies under FLSA and WFBA | $ 550.00 | Vague |
| 5/12/2014 | KeithF | 2 | Researched WPA and FLSA retailiation relationship | $ 550.00 | Vague |
| 5/16/2014 | KeithF | 3 | Researched issues regarding service of process and strategized with RGM | $ 825.00 | Conference/strategy Block Billing Inconsistent |
| 6/26/2014 | KeithF | 4 | Drafting 26(f) plan | $ 1,100.00 | |
| 7/10/2014 | KeithF | 2 | 26(f) telephone conference and edited 26(f) plan | $ 550.00 | Block Billing |
| 7/17/2014 | KeithF | 1.5 | prepped for and attended 26f conference | $ 412.50 | Block Billing |
| 8/12/2014 | AdaV | 3.5 | Draft interrogatories and requests to produce | $ 962.50 | |
| 8/13/2014 | KeithF | 2 | Reviewed initial disclosures and our discovery requests and made edits | $ 550.00 | Block Billing |
| 8/13/2014 | AdaV | 6 | Draft interrogatories and requests to produce | $ 1,650.00 | |
| 8/14/2014 | KeithF | 1 | Edited initial disclosures | $ 275.00 | |
| 10/16/2014 | KeithF | 1 | Edited second draft of motion to compel | $ 275.00 | |
| 10/16/2014 | AdaV | 2.5 | Draft motion to compel discovery | $ 687.50 | |
| 10/17/2014 | KeithF | 0.5 | Edited motion to compel | $ 137.50 | |
| 10/20/2014 | KeithF | 0.5 | Edited motion to compel | $ 137.50 | |
| 10/20/2014 | AdaV | 2 | Review and revise motion to compel | $ 550.00 | |
| 11/18/2014 | AdaV | 6.5 | Draft reply to response to motion to compel | $ 1,787.50 | |
| 11/19/2014 | KeithF | 1 | Edited reply brief to Defendant's response to motion to compel | $ 275.00 | |
| 11/19/2014 | AdaV | 5.5 | Review and revise reply to response to motion to compel | $ 1,512.50 | |

*the portion of the time that is clearly excessive is bolded.

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**REDUNDANT/EXCESSIVE TASKS***

**EX. 8**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 11/24/2014 | KeithF | 0.5 | Edited reply brief to Defendant's response to our motion to compel | $ 137.50 | |
| 12/4/2014 | KeithF | 2 | Reviewed discovery and strategized way to resolve the motion to compel | $ 550.00 | Vague Conference/strategy Block Billing |
| 12/8/2014 | KeithF | 1 | Reviewed and emailed resolved unresolved issues regarding our motion to compel | $ 275.00 | Block Billing |
| 12/8/2014 | AdaV | 3 | Draft statement of resolved and unresolved issues regarding our motion to compel | $ 825.00 | |
| 12/9/2014 | KeithF | 0.2 | Reviewed OC's changes to resolved/unresolved issues | $ 55.00 | |
| 12/10/2014 | KeithF | 2 | Edited resolved/unresolved issues | $ 550.00 | |
| 12/11/2014 | AdaV | 1 | Draft stipulated orders re motion to compel and adjournment of scheduling order dates | $ 275.00 | |
| 1/5/2015 | AdaV | 2.5 | Review supplemental discovery responses | $ 687.50 | Vague |
| 1/20/2015 | AdaV | 5 | Review supplemental discovery responses | $ 1,375.00 | Vague |
| 1/22/2015 | KeithF | 1 | Drafted supplemental discovery responses and emailed client | $ 275.00 | Vague Block Billing |
| 1/22/2015 | AdaV | 0.5 | Review supplemental responses to discovery | $ 137.50 | Vague |
| 2/4/2015 | KeithF | 2 | Reviewed discovery responses from Defendant in prep for depositions | $ 550.00 | |
| 2/5/2015 | KeithF | 2 | Reviewed documents produced in discovery in prep for depositions | $ 550.00 | |
| 2/6/2015 | KeithF | 5.5 | Reviewed documents produced in discovery and emailed client | $ 1,512.50 | Vague Block Billing |
| 2/9/2015 | KeithF | 2 | Reviewed discovery documents | $ 550.00 | |
| 2/10/2015 | KeithF | 6 | Reviewed discovery documents and drafting deposition questions for Bork | $ 1,650.00 | Block Billing |
| 2/11/2015 | KeithF | 6 | Reviewed discovery responses and drafting deposition questions for Bork and Wisheart | $ 1,650.00 | Block Billing |
| 2/12/2015 | KeithF | 3 | Researched law re authorization forms and looked up Jill Hood and strategized with AV | $ 825.00 | Conference/strategy Inconsistent Block Billing |

*the portion of the time that is clearly excessive is bolded.

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**REDUNDANT/EXCESSIVE TASKS***

**EX. 8**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 2/12/2015 | KeithF | 4 | Reviewed discovery documents and prepping deposition questions | $ 1,100.00 | Vague<br>Block Billing |
| 2/19/2015 | KeithF | 0.5 | Reviewed dep notices | $ 137.50 | Vague |
| 2/20/2015 | KeithF | 1 | Reviewed our discovery responses | $ 275.00 | Vague |
| 3/3/2015 | KeithF | 1 | Emailed client and strageized with AV | $ 275.00 | Vague<br>Conference/strategy<br>Block Billing<br>Inconsistent |
| 3/4/2015 | KeithF | 1 | Emailed client and reviewed file | $ 275.00 | Vague<br>Block Billing |
| 3/11/2015 | KeithF | 3 | Reviewed defendants requests and reviewed Defendant's reply re Defendant's motion to compel | $ 825.00 | Block Billing |
| 3/12/2015 | KeithF | 1.5 | Emailed OC and client re scheduling deps and OC's refusal to turn over documents relating to their employees identified as having been terminated for job abandonment | $ 412.50 | Block Billing |
| 3/12/2015 | KeithF | 3 | Reviewed deposition exhibits in preparation for deps | $ 825.00 | |
| 3/13/2015 | KeithF | 0.5 | Emailed OC on several occasions re OC unilaterally rescheduling the Bork dep | $ 137.50 | |
| 3/13/2015 | KeithF | 3 | Reviewed discovery and prep for depositions | $ 825.00 | Vague<br>Block Billing |
| 3/15/2015 | KeithF | 3 | Reviewed discovery and prep for depositions | $ 825.00 | Vague<br>Block Billing |
| 3/16/2015 | KeithF | 10 | Prep for and attended Bork dep | $ 2,750.00 | Block Billing |
| 3/17/2015 | KeithF | 7 | Prep for and attended Wiseheart dep | $ 1,925.00 | Block Billing |
| 3/17/2015 | KeithF | 2 | Reviewed discovery responses after taking Wisheart's dep and strategized | $ 550.00 | Vague<br>Conference/strategy<br>Block Billing |
| 3/20/2015 | KeithF | 3 | Reviewed discovery document in preparation for client's deposition and strategized | $ 825.00 | Vague<br>Conference/strategy<br>Block Billing |

*the portion of the time that is clearly excessive is bolded.

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

### REDUNDANT/EXCESSIVE TASKS*
### EX. 8

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/23/2015 | KeithF | 13 | Prepped for and attended Plaintiff's dep and reviewed discovery and legal research re HIPAA | $ 3,575.00 | Block Billing |
| 3/23/2015 | AdaV | 4 | Research HIPAA violation and after-acquired evidence | $ 1,100.00 | |
| 3/25/2015 | KeithF | 2 | Emailed OC re protective order and OC unilaterily modifiying Hood's dep and strategized with AV and reviewed protective order | $ 550.00 | Conference/strategy Block Billing Inconsistent |
| 3/25/2015 | KeithF | 0.5 | Drafted supplemental discovery responses | $ 137.50 | |
| 3/25/2015 | KeithF | 2 | Researched after acquired evidence | $ 550.00 | |
| 3/31/2015 | KeithF | 2.5 | Emailed OC and edited stip and order re Hood and discussed with Richard | $ 687.50 | Conference/strategy Block Billing |
| 4/1/2015 | KeithF | 1.7 | Emailed OC re forensic examination of phone and discussed with RGM | $ 467.50 | Conference/strategy Block Billing Unnecessary |
| 4/6/2015 | KeithF | 2 | Research re discovery issues | $ 550.00 | Vague |
| 4/6/2015 | KeithF | 1.5 | Emailed OC and client re forensic examination of phone and discussed with RGM | $ 412.50 | Conference/strategy Block Billing Unnecessary |
| 4/10/2015 | KeithF | 1 | Reviewed prior correspondence and changes to the stip and order and emailed OC re stip and order and discussed with RGM | $ 275.00 | Vague Conference/strategy Block Billing |
| 4/20/2015 | KeithF | 0.5 | Reviewed stip and order and emailed OC | $ 137.50 | Block Billing |
| 5/1/2015 | KeithF | 4.5 | Jill Hood dep prep | $ 1,237.50 | |
| 5/1/2015 | AGraham | 4 | Review pleadings, discovery for Hood Deposition | $ 1,000.00 | Vague Block Billing |
| 5/4/2015 | KeithF | 6 | Prep for Hood dep | $ 1,650.00 | |
| 5/5/2015 | KeithF | 9 | Hood dep and emailed OC re his attempt to use the earliest cancellation of Hood's dep to extend the summary judgement deadline and discussed with RGM | $ 2,475.00 | Conference/strategy Block Billing |
| 5/6/2015 | KeithF | 1.5 | Reviewed defendant's motion to extend and strategized | $ 412.50 | Conference/strategy Block Billing Unnecessary |

*the portion of the time that is clearly excessive is bolded.

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**REDUNDANT/EXCESSIVE TASKS***

**EX. 8**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 5/7/2015 | KeithF | 5 | Edited response to motion to extend | $ 1,375.00 | Unnecessary |
| 5/7/2015 | KeithF | 1 | Reviewed reply brief to motion to extend | $ 275.00 | Unnecessary |
| 5/18/2015 | AGraham | 1 | Review Defendant's Motion for Summary Judgement | $ 250.00 | |
| 5/19/2015 | KeithF | 2 | Researched amending the complaint | $ 550.00 | Unnecessary |
| 5/19/2015 | AGraham | 1 | Review Defendant's Motion for Summary Judgement | $ 250.00 | |
| 5/19/2015 | AGraham | 1 | Review discovery for MSJ Response | $ 250.00 | |
| 5/21/2015 | AGraham | 1 | Review case file and cases for MSJ Response | $ 250.00 | Vague |
| 5/22/2015 | AGraham | 3.5 | Review case materials for MSJ Response | $ 875.00 | Vague |
| 5/23/2015 | AGraham | 2.5 | Draft MSJ material | $ 625.00 | Vague |
| 5/24/2015 | AGraham | 3 | Draft MSJ Response | $ 750.00 | |
| 5/25/2015 | AGraham | 4 | Draft MSJ Response | $ 1,000.00 | |
| 5/27/2015 | KeithF | 2.5 | Edited motion to amend the complaint | $ 687.50 | Unnecessary |
| 5/29/2015 | AGraham | 1 | Prepare MSJ exhibits | $ 250.00 | CLERICAL |
| 5/30/2015 | AGraham | 1 | Prepare MSJ exhibits | $ 250.00 | CLERICAL |
| 5/31/2015 | AGraham | 1 | Prepare MSJ exhibits | $ 250.00 | CLERICAL |
| 6/1/2015 | KeithF | 2 | [Review] Resolved unresolved issues motion to compel | $ 550.00 | |
| 6/1/2015 | AGraham | 2.2 | Draft MSJ Response | $ 550.00 | |
| 6/2/2015 | AGraham | 4.2 | Draft MSJ Response | $ 1,050.00 | |
| 6/2/2015 | AGraham | 4.2 | Draft MSJ Response | $ 1,050.00 | |
| 6/3/2015 | AGraham | 4.5 | Draft MSJ Response | $ 1,125.00 | |
| 6/4/2015 | AGraham | 3.2 | Draft MSJ Response | $ 800.00 | |
| 6/5/2015 | KeithF | 2.5 | Reviewed file re MSJ motion and strategized with AG | $ 687.50 | Vague<br>Conference/strategy<br>Block Billing<br>Inconsistent |
| 6/5/2015 | AGraham | 3 | Draft MSJ Response | $ 750.00 | |
| 6/6/2015 | AGraham | 8 | Draft MSJ Response | $ 2,000.00 | |
| 6/7/2015 | KeithF | 5 | Edited response to MSJ | $ 1,375.00 | |
| 6/7/2015 | AGraham | 6 | Draft MSJ Response | $ 1,500.00 | |
| 6/8/2015 | KeithF | 4 | Edited motion to amend | $ 1,100.00 | Unnecessary |

*the portion of the time that is clearly excessive is bolded.

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**REDUNDANT/EXCESSIVE TASKS***

**EX. 8**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 6/8/2015 | KeithF | 2 | **Reviewed file and strategized with AG re forensic exam and MSJ response** | $ 550.00 | Conference/strategy<br>Vague<br>Block Billing<br>Unnecessary<br>Inconsistent |
| 6/9/2015 | KeithF | 9 | **Edited response brief** | $ 2,475.00 | |
| 6/9/2015 | AGraham | 10 | **Revise MSJ Response** | $ 2,500.00 | |
| 6/10/2015 | KeithF | 3.5 | **Edited response brief** | $ 962.50 | |
| 6/10/2015 | AGraham | 3.5 | **Revise MSJ Response** | $ 875.00 | |
| 6/22/2015 | KeithF | 2 | **Drafting reply brief to motion to amend** | $ 550.00 | Unnecessary |
| 6/23/2015 | KeithF | 4 | **Drafted reply brief** | $ 1,100.00 | Unnecessary |
| 6/29/2015 | KeithF | 1 | **Edited reply brief** | $ 275.00 | Unnecessary |
| 6/30/2015 | KeithF | 2 | **Reviewed discovery issues re cell phone** | $ 550.00 | Vague<br>Unnecessary |
| 7/2/2015 | KeithF | 0.1 | **Reviewed response to MSJ** | $ 27.50 | |
| 7/15/2015 | KeithF | 0.7 | **Reviewed MSJ pleadings** | $ 192.50 | |
| 7/20/2015 | AGraham | 2 | **Prepare response to MSJ Reply for hearing** | $ 500.00 | |
| 7/24/2015 | AGraham | 4 | **Prepare response to MSJ reply for hearing** | $ 1,000.00 | |
| 7/26/2015 | KeithF | 6 | **Motion hearing prep** | $ 1,650.00 | |
| 7/27/2015 | KeithF | 9 | **Motion hearing prep** | $ 2,475.00 | |
| 7/28/2015 | KeithF | 8 | **Prepared for and attended motion hearing** | $ 2,200.00 | Block Billing |
| 8/12/2015 | KeithF | 1 | **Reviewed order re MSJ, reviewed file, and spoke with client** | $ 275.00 | Vague<br>Block Billing |
| 11/11/2015 | AGraham | 1.7 | **Contact potential witnesses** | $ 425.00 | |
| 11/13/2015 | KeithF | 3 | **Reviewed final pre-trial and discussed case with AG** | $ 825.00 | Conference/strategy<br>Block Billing |
| 11/18/2015 | AGraham | 0.5 | **Research HIPAA violations for Motion in Limine** | $ 125.00 | |
| 11/19/2015 | AGraham | 1.5 | **[Draft] Memo on after acquired evidence for Motion in Limine** | $ 375.00 | |
| 11/20/2015 | AGraham | 1.5 | **[Draft] Memo on HIPAA violation defenses and discussion with Keith re: subpoenas** | $ 375.00 | Conference/strategy<br>Block Billing |
| 11/23/2015 | AGraham | 2.7 | **Research and draft memo on HIPAA violations** | $ 675.00 | Block Billing |
| 11/24/2015 | AGraham | 1 | **[Draft] Memo on HIPAA/after acquired evidence** | $ 250.00 | |

*the portion of the time that is clearly excessive is bolded.

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**REDUNDANT/EXCESSIVE TASKS***
**EX. 8**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry | |
|---|---|---|---|---|---|---|
| 5/4/2016 | KeithF | 8 | **Prepped for and met with client** | $ 2,200.00 | Vague Block Billing | |
| 5/5/2016 | KeithF | 10 | **Prepped for and met with client** | $ 2,750.00 | Vague Block Billing | |
| 5/6/2016 | KeithF | 7 | **Prepped for and met with client** | $ 1,925.00 | Vague Block Billing | |
| 5/7/2016 | KeithF | 8 | **Met with client** | $ 2,200.00 | Vague | |
| | | | | | | |
| | Total: | 395.9 | | $ 106,680.00 | | |

*the portion of the time that is clearly excessive is bolded.