Exhibit 9

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CONFERENCE/STRATEGY TASKS***

**EX. 9**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 4/22/2014 | KeithF | 3 | Edited complaint and **discussed complaint with RGM** | $ 825.00 | Excessive / Vague / Block Billing / Inconsistent |
| 5/16/2014 | KeithF | 3 | Researched issues regarding service of process and **strategized with RGM** | $ 825.00 | Excessive / Block Billing / Inconsistent |
| 6/10/2014 | KeithF | 0.7 | Reviewed file and **strategized with RGM regarding settlement discussions** | $ 192.50 | Vague / Block Billing |
| 6/10/2014 | RichardM | 0.75 | Review offer letter to employer, **discussion with Keith Flynn,** review matters in file | $ 225.00 | Vague / Block Billing |
| 6/14/2014 | RichardM | 1.5 | Review letter to employer, **discussion with associates** | $ 450.00 | Vague / Block Billing |
| 10/2/2014 | KeithF | 0.2 | Reviewed file and **strategized regarding discovery** | $ 55.00 | Vague / Block Billing |
| 11/6/2014 | KeithF | 0.2 | Reviewed discovery responses from defendant and **strategized with AV** | $ 55.00 | Block Billing / Inconsistent |
| 12/4/2014 | KeithF | 2 | Reviewed discovery and **strategized way to resolve the motion to compel** | $ 550.00 | Vague / Excessive / Block Billing |
| 2/12/2015 | KeithF | 3 | Researched law re authorization forms and looked up Jill Hood and **strategized with AV** | $ 825.00 | Inconsistent / Excessive / Block Billing |
| 2/13/2015 | KeithF | 1 | Reviewed our discovery responses and **strategized with AV** | $ 275.00 | Vague / Block Billing / Inconsistent |
| 2/18/2015 | KeithF | 0.5 | Reviewed file and **strategized** | $ 137.50 | Vague / Block Billing |
| 3/2/2015 | KeithF | 0.2 | Emailed OC and client and reviewed file and **strategized** | $ 55.00 | Vague / Block Billing |
| 3/3/2015 | KeithF | 1 | Emailed client and **strageized with AV** | $ 275.00 | Vague / Excessive / Block Billing / Inconsistent |

*the portion of the time that is clearly Conference/Strategy is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CONFERENCE/STRATEGY TASKS***

**EX. 9**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/17/2015 | KeithF | 2 | Reviewed discovery responses after taking Wisheart's dep and **strategized** | $ 550.00 | Vague / Excessive / Block Billing |
| 3/20/2015 | KeithF | 3 | Reviewed discovery document in preparation for client's deposition and **strategized** | $ 825.00 | Vague / Excessive / Block Billing |
| 3/24/2015 | KeithF | 3 | Reviewed reordings to supplement and **strategized** | $ 825.00 | Vague / Block Billing |
| 3/24/2015 | RichardM | 1.25 | Review draft letter, **discussion with associates** | $ 375.00 | Vague / Block Billing |
| 3/25/2015 | KeithF | 2 | Emailed OC re protective order and OC unilaterily modifiying Hood's dep and **strategized with AV** and reviewed protective order | $ 550.00 | Excessive / Block Billing / Inconsistent |
| 3/30/2015 | KeithF | 2 | Edited motion to compel and **meeting with Richard** | $ 550.00 | Vague / Block Billing / Inconsistent |
| 3/31/2015 | KeithF | 2.5 | Emailed OC and edited stip and order re Hood and **discussed with Richard** | $ 687.50 | Excessive / Block Billing |
| 3/31/2015 | RichardM | 0.75 | Review emails about phone issues, **discuss issue with associates** | $ 225.00 | Vague / Block Billing |
| 4/1/2015 | KeithF | 1.7 | Emailed OC re forensic examination of phone and **discussed with RGM** | $ 467.50 | Excessive / Block Billing / Unnecessary |
| 4/1/2015 | RichardM | 0.1 | Review emails from opposing counsel, **discuss issue with associates concerning motions** | $ 30.00 | Vague / Block Billing |
| 4/6/2015 | KeithF | 1.5 | Emailed OC and client re forensic examination of phone and **discussed with RGM** | $ 412.50 | Excessive / Block Billing / Unnecessary |
| 4/6/2015 | RichardM | 1.25 | Review emails from opposing counsel, **discussion with associates about motion for discovery** | $ 375.00 | Vague / Block Billing / Unnecessary |

*the portion of the time that is clearly Conference/Strategy is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CONFERENCE/STRATEGY TASKS***

**EX. 9**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry | |
|---|---|---|---|---|---|---|
| 4/10/2015 | KeithF | 1 | Reviewed prior correspondence and changes to the stip and order and emailed OC re stip and order and **discussed with RGM** | $ 275.00 | Vague Excessive Block Billing | |
| 4/10/2015 | RichardM | 0.75 | Review matters in file concerning stipulation and order, **discussion with associates** | $ 225.00 | Vague Block Billing | |
| 5/5/2015 | KeithF | 9 | Hood dep and emailed OC re his attempt to use the earliest cancellation of Hood's dep to extend the summary judgement deadline and **discussed with RGM** | $ 2,475.00 | Excessive Block Billing | |
| 5/5/2015 | RichardM | 1 | Review emails from opposing counsel, **discuss matter with associates** | $ 300.00 | Vague Block Billing | |
| 5/6/2015 | KeithF | 1.5 | Reviewed defendant's motion to extend and **strategized** | $ 412.50 | Excessive Block Billing Unnecessary | |
| 5/7/2015 | RichardM | 0.75 | Review matters in file, concerning filing from attorney for defendant, **discuss issues with associates (5/7 - 5/8)** | $ 225.00 | Vague Block Billing | |
| 5/20/2015 | RichardM | 1 | Review emails, **discussion with associates regarding proper representation** | $ 300.00 | Vague Block Billing | |
| 6/3/2015 | KeithF | 2 | Reviewed depositions and discovery for response to MSJ and **discussed with AG** | $ 550.00 | Block Billing Inconsistent | |
| 6/5/2015 | KeithF | 2.5 | Reviewed file re MSJ motion and **strategized with AG** | $ 687.50 | Vague Excessive Block Billing Inconsistent | |
| 6/8/2015 | KeithF | 2 | Reviewed file and **strategized with AG re forensic exam and MSJ response** | $ 550.00 | Vague Block Billing Unnecessary Inconsistent | |
| 6/30/2015 | AGraham | 1.2 | **Reviewing and discussing Cell Phone discovery issues with client and Keith Flynn** | $ 300.00 | Block Billing Unnecessary Inconsistent | |

*the portion of the time that is clearly Conference/Strategy is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CONFERENCE/STRATEGY TASKS***

**EX. 9**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 7/1/2015 | RichardM | 2 | Review matters in file, **discuss issue of forensic examination of cell phone of client**, review various emails | $ 600.00 | Vague<br>Block Billing<br>Unnecessary |
| 7/6/2015 | AGraham | 0.5 | **Keith Flynn re: Motion to Adjourn Trial** | $ 125.00 | Inconsistent |
| 7/7/2015 | AGraham | 0.2 | **Keith Flynn re: motion to adjourn trial** | $ 50.00 | Inconsistent |
| 7/13/2015 | KeithF | 0.5 | Reviewed stip and order and **discussed case with AG** | $ 137.50 | Vague<br>Block Billing |
| 7/13/2015 | AGraham | 3 | Stipulated order, **communications with Keith Flynn and opposing counsel** | $ 750.00 | Block Billing |
| 7/15/2015 | RichardM | 0.75 | Review matters in file, **discuss matters in file with associates** | $ 225.00 | Vague<br>Block Billing |
| 8/14/2015 | KeithF | 0.5 | Reviewed amended complaint and **discussed with AG** | $ 137.50 | Vague<br>Block Billing<br>Inconsistent |
| 9/25/2015 | KeithF | 2.7 | Researched jury verdict reports, drafted a demand letter, reviewed the file and **strategized with RGM and AG** | $ 742.50 | Vague<br>Block Billing |
| 9/25/2015 | RichardM | 0.5 | Review matters in file, **discuss settlement strategy with associates** | $ 150.00 | Vague<br>Block Billing |
| 9/25/2015 | AGraham | 0.5 | **Conversation re: settlement offer and review of settlement communication** | $ 125.00 | Block Billing |
| 10/26/2015 | KeithF | 1 | Jury trial prep; reviewed file and **strategized and discussed case with AG** | $ 275.00 | Block Billing |
| 10/26/2015 | AGraham | 1 | **[Meeting with] Keith Flynn re: trial prep schedule** | $ 250.00 | |
| 11/4/2015 | AGraham | 1 | **[Meeting with] Keith re: trial prep** and emails to opposing counsel re: subpoenas | $ 250.00 | Vague<br>Block Billing<br>Inconsistent |
| 11/6/2015 | AGraham | 1 | **[Meeting with] Keith Flynn re: Motion in Limine revisions**, drafting Motion in Limine revisions | $ 250.00 | Block Billing<br>Inconsistent |
| 11/9/2015 | KeithF | 0.1 | Emailed OC re final pre-trial conference date and **discussed with AG** | $ 27.50 | Block Billing<br>Inconsistent |

*the portion of the time that is clearly Conference/Strategy is bolded

## FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES

### CONFERENCE/STRATEGY TASKS*
### EX. 9

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 11/10/2015 | AGraham | 1.7 | Email client re: pretrial meeting and **discussion with Keith Flynn re: same,** prepare exhibits with Michelle Coil | $ 425.00 | CLERICAL Block Billing Inconsistent |
| 11/12/2015 | KeithF | 6 | Reviewed deps for trial and **discussed subpoenas with AG** | $ 1,650.00 | Vague Block Billing |
| 11/12/2015 | AGraham | 0.5 | **Discussion with Keith Flynn re: subpoenas** | $ 125.00 | |
| 11/13/2015 | KeithF | 3 | Reviewed final pre-trial and **discussed case with AG** | $ 825.00 | Vague Block Billing Excessive |
| 11/13/2015 | AGraham | 0.5 | **Discussion re: rescheduling final pretrial conference** and call to court re: rescheduling pretrial conference | $ 125.00 | Block Billing |
| 11/13/2015 | AGraham | 0.5 | **Reeser- discussion with Keith and Michelle re: subpoenas** | $ 125.00 | |
| 11/16/2015 | KeithF | 8 | Reviewing exhibits and deps for trial and **strategized with AG** | $ 2,200.00 | Vague Block Billing |
| 11/16/2015 | AGraham | 2.7 | [Draft] Final pretrial order and **discussions with Keith Flynn re: order** | $ 675.00 | Block Billing |
| 11/17/2015 | KeithF | 4 | Reviewed file, edited pre-trial order, and **discussed case with AG and RGM** | $ 1,100.00 | Vague Block Billing Inconsistent |
| 11/18/2015 | KeithF | 8 | Reviewed subpoenas, pretrial order and exhibits and **discussed case with AG** | $ 2,200.00 | Block Billing |
| 11/18/2015 | AGraham | 0.5 | [Prepare] Subpoenas of Witnesses Chanda and Shameeka, **discussion with Keith Flynn re: subpoenas** | $ 125.00 | Block Billing |
| 11/18/2015 | AGraham | 1 | **Pre-trial conference discussion with Keith Flynn and witness discussion** | $ 250.00 | Block Billing |
| 11/19/2015 | AGraham | 0.5 | **Discussion re: subpoenas and subpoena costs** | $ 125.00 | |
| 11/20/2015 | KeithF | 7 | Drafted Bork cross exam questions and **discussed case with AG** | $ 1,925.00 | Block Billing |
| 11/20/2015 | AGraham | 1.5 | [Draft] Memo on HIPAA violation defenses and **discussion with Keith re: subpoenas** | $ 375.00 | Block Billing |

*the portion of the time that is clearly Conference/Strategy is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CONFERENCE/STRATEGY TASKS***

**EX. 9**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry | |
|---|---|---|---|---|---|---|
| 11/21/2015 | AGraham | 10.5 | **Trial prep with Keith Flynn** and client and travel time to and from Flint | $ 2,625.00 | Block Billing Inconsistent | |
| 11/23/2015 | KeithF | 2 | Reviewed file, **discussed case with RGM** and emailed client | $ 550.00 | Vague Block Billing Inconsistent | |
| 11/25/2015 | KeithF | 1 | Reviewed file and **discussed case with AG** | $ 275.00 | Vague Block Billing | |
| 11/25/2015 | AGraham | 1.1 | Email client and opposing counsel re: new pretrial conference date, **discussion with Keith Flynn re: rescheduling conference** | $ 275.00 | Block Billing | |
| 12/3/2015 | AGraham | 0.5 | **[Email to] Keith Flynn and opposing counsel re: pretrial conference and discussion with Keith re: settlement** | $ 125.00 | Block Billing Inconsistent | |
| 12/7/2015 | AGraham | 0.7 | Call court for pretrial conference times and call client to schedule pretrial conference, **discussions with Keith Flynn regarding scheduling** | $ 175.00 | Block Billing Inconsistent | |
| 12/8/2015 | AGraham | 0.5 | **And meeting to discuss final pretrial conference dates** and informing witnesses of change to trial date | $ 125.00 | Block Billing | |
| 1/6/2016 | AGraham | 3.5 | [Review and Revise] Final pretrial order and **meeting with Keith re: order** | $ 875.00 | Block Billing Inconsistent | |
| 1/22/2016 | AGraham | 0.2 | **Discuss supplement to interrogatories with Keith Flynn,** call Client | $ 50.00 | Vague Block Billing Inconsistent | |
| 3/4/2016 | KeithF | 0.5 | Reviewed our Motion in Limine and **discussed case with AG** | $ 137.50 | Block Billing | |
| 3/4/2016 | AGraham | 1 | Discussion with Kriss Goodroe re: deposition, review motion in limine, **discuss case with Keith Flynn** | $ 250.00 | Block Billing | |
| 3/5/2016 | AGraham | 0.5 | **Talk to Keith Flynn about settlement conference,** email, call, text Client | $ 125.00 | Vague Block Billing Inconsistent | |
| 3/28/2016 | AGraham | 0.7 | **Discuss and review response brief** | $ 175.00 | | |

*the portion of the time that is clearly Conference/Strategy is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CONFERENCE/STRATEGY TASKS***

**EX. 9**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry | |
|---|---|---|---|---|---|---|
| 3/30/2016 | AGraham | 5 | Reply review docs and draft response motions in Limine and **discuss with Keith Flynn** | $ 1,250.00 | Block Billing Inconsistent | |
| 3/31/2016 | AGraham | 1.7 | Call with client re: Motions in Limine, **discussion with Keith Flynn and Michelle Coil,** review response to Motions in Limine | $ 425.00 | Block Billing Inconsistent | |
| 4/1/2016 | AGraham | 0.5 | Draft letter and **discussion with Keith** | $ 125.00 | Block Billing Inconsistent | |
| 4/6/2016 | AGraham | 3 | **Discussion with Keith re: Reeser**, research for reply brief | $ 750.00 | Vague Block Billing Inconsistent | |
| 4/11/2016 | AGraham | 0.5 | **Discuss with Keith and Michelle re: subpoenas, Reeser- discuss subpoenas with Keith**, call Desiree Miller | $ 125.00 | Block Billing Inconsistent | |
| 4/14/2016 | AGraham | 2.2 | Phone call with Natalie Reeser - **discussion with Adam Taub**, review- Reeser discovery disclosures and reply, Natalie Reeser email, Reeser - discussion re: subpoena | $ 550.00 | Block Billing | |
| 4/14/2016 | AGraham | 0.7 | **Kris Goodroe discussion with Keith Flynn** | $ 175.00 | Inconsistent | |
| 4/20/2016 | KeithF | 7 | Prepping testimony of Wisheart and Hood and **discussed case with AG** | $ 1,925.00 | Vague Block Billing | |
| 4/20/2016 | AGraham | 0.7 | **Discuss Reeser motion hearing with Keith Flynn** and deal with subpoena issues | $ 175.00 | Block Billing | |
| 4/22/2016 | KeithF | 1 | Reviewed file re medical records and **discussed with AG** | $ 275.00 | Vague Block Billing | |
| 4/22/2016 | AGraham | 1.6 | **Call with Keith Flynn re: discovery**, discussion with Michelle Coil re: reissuing subpoenas, emails to opposing counsel, telephone to client | $ 400.00 | Vague Block Billing | |
| 4/26/2016 | KeithF | 4 | Reviewed file and prepped testimony and **discussed case with AG** | $ 1,100.00 | Vague Block Billing | |
| 4/26/2016 | AGraham | 1.5 | **Reeser discovery issues discussion with Keith Flynn** | $ 375.00 | | |
| 5/2/2016 | AGraham | 0.2 | **Meeting with Richard Mack re: upcoming trial** | $ 50.00 | Inconsistent | |

***the portion of the time that is clearly Conference/Strategy is bolded**

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CONFERENCE/STRATEGY TASKS***

**EX. 9**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry | |
|---|---|---|---|---|---|---|
| 5/5/2016 | AGraham | 1.7 | **Discuss trial prep with Keith Flynn and Michelle Coil,** review exhibits for trial and follow up call with Debra Reeser | $ 425.00 | Block Billing Inconsistent | |
| 5/6/2016 | AGraham | 2 | Phone call with Debra Reeser re: trial prep, **discuss Debra Reeser as potential witness with Keith Flynn** | $ 500.00 | Block Billing Inconsistent | |
| 5/15/2016 | AGraham | 0.2 | **Phone call with Keith re: closing** | $ 50.00 | | |
| 5/19/2016 | AGraham | 0.6 | **Discuss verdict with Richard Mack** | $ 150.00 | Inconsistent | |
| | | | | | | |
| | Total: | 178.25 | Total: | $ 47,850.00 | | |

*the portion of the time that is clearly Conference/Strategy is bolded