# Exhibit 10

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**INCONSISTENT TASKS***

**EX. 10**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 4/22/2014 | KeithF | 3 | Edited complaint and **discussed complaint with RGM** | $ 825.00 | Excessive<br>Conference/Strategy<br>Block Billing |
| 5/16/2014 | KeithF | 3 | Researched issues regarding service of process and **strategized with RGM** | $ 825.00 | Conference/strategy<br>Excessive<br>Block Billing |
| 11/6/2014 | KeithF | 0.2 | Reviewed discovery responses from defendant and **strategized with AV** | $ 55.00 | Conference/strategy<br>Block Billing |
| 2/12/2015 | KeithF | 3 | Researched law re authorization forms and looked up Jill Hood and **strategized with AV** | $ 825.00 | Conference/strategy<br>Excessive<br>Block Billing |
| 2/13/2015 | KeithF | 1 | Reviewed our discovery responses and **strategized with AV** | $ 275.00 | Conference/strategy<br>Vague<br>Block Billing |
| 3/3/2015 | KeithF | 1 | Emailed client and **strageized with AV** | $ 275.00 | Vague<br>Conference/strategy<br>Excessive<br>Block Billing |
| 3/25/2015 | KeithF | 2 | Emailed OC re protective order and OC unilaterily modifiying Hood's dep and **strategized with AV** and reviewed protective order | $ 550.00 | Conference/strategy<br>Excessive<br>Block Billing |
| 3/30/2015 | KeithF | 2 | Edited motion to compel and **meeting with Richard** | $ 550.00 | Conference/strategy<br>Vague<br>Block Billing |
| 6/3/2015 | KeithF | 2 | Reviewed depositions and discovery for response to MSJ and **discussed with AG** | $ 550.00 | Conference/strategy<br>Block Billing |
| 6/5/2015 | KeithF | 2.5 | Reviewed file re MSJ motion and **strategized with AG** | $ 687.50 | Conference/strategy<br>Excessive<br>Block Billing |
| 6/8/2015 | KeithF | 2 | Reviewed file and **strategized with AG re forensic exam and MSJ response** | $ 550.00 | Conference/strategy<br>Vague<br>Block Billing<br>Unnecessary |

*the portion of the time that is clearly inconsistent is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**INCONSISTENT TASKS***
**EX. 10**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 6/30/2015 | AGraham | 1.2 | Reviewing and **discussing Cell Phone discovery issues with client and Keith Flynn** | $ 300.00 | Conference/strategy Block Billing Unnecessary |
| 7/6/2015 | AGraham | 0.5 | **Keith Flynn re: Motion to Adjourn Trial** | $ 125.00 | Conference/strategy |
| 7/7/2015 | AGraham | 0.2 | **Keith Flynn re: motion to adjourn trial** | $ 50.00 | Conference/strategy |
| 8/14/2015 | KeithF | 0.5 | Reviewed amended complaint and **discussed with AG** | $ 137.50 | Conference/strategy Vague Block Billing |
| 11/4/2015 | AGraham | 1 | **[Meeting with] Keith re: trial prep** and emails to opposing counsel re: subpoenas | $ 250.00 | Conference/strategy Vague Block Billing |
| 11/6/2015 | AGraham | 1 | **[Meeting with] Keith Flynn re: Motion in Limine revisions,** drafting Motion in Limine revisions | $ 250.00 | Conference/strategy Block Billing |
| 11/9/2015 | KeithF | 0.1 | Emailed OC re final pre-trial conference date and **discussed with AG** | $ 27.50 | Conference/strategy Block Billing |
| 11/10/2015 | AGraham | 1.7 | Email client re: pretrial meeting and **discussion with Keith Flynn re: same**, prepare exhibits with Michelle Coil | $ 425.00 | Conference/strategy CLERICAL Block Billing |
| 11/17/2015 | KeithF | 4 | Reviewed file, edited pre-trial order, and **discussed case with AG and RGM** | $ 1,100.00 | Conference/strategy Vague Block Billing |
| 11/21/2015 | AGraham | 10.5 | **Trial prep with Keith Flynn** and client and travel time to and from Flint | $ 2,625.00 | Conference/strategy Block Billing |
| 11/23/2015 | KeithF | 2 | Reviewed file, **discussed case with RGM** and emailed client | $ 550.00 | Conference/strategy Vague Block Billing |
| 12/3/2015 | AGraham | 0.5 | [Email to] Keith Flynn and opposing counsel re: pretrial conference and **discussion with Keith re: settlement** | $ 125.00 | Conference/strategy Block Billing |
| 12/7/2015 | AGraham | 0.7 | Call court for pretrial conference times and call client to schedule pretrial conference, **discussions with Keith Flynn regarding scheduling** | $ 175.00 | Conference/strategy Block Billing |

*the portion of the time that is clearly inconsistent is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

### INCONSISTENT TASKS*
### EX. 10

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 1/6/2016 | AGraham | 3.5 | [Review and Revise] Final pretrial order and **meeting with Keith re: order** | $ 875.00 | Conference/strategy Block Billing |
| 1/22/2016 | AGraham | 0.2 | **Discuss supplement to interrogatories with Keith Flynn,** call Client | $ 50.00 | Conference/strategy Vague Block Billing |
| 3/5/2016 | AGraham | 0.5 | **Talk to Keith Flynn about settlement conference,** email, call, text Client | $ 125.00 | Conference/strategy Vague Block Billing |
| 3/30/2016 | AGraham | 5 | Reply review docs and draft response motions in Limine and **discuss with Keith Flynn** | $ 1,250.00 | Conference/strategy Block Billing |
| 3/31/2016 | AGraham | 1.7 | Call with client re: Motions in Limine, **discussion with Keith Flynn and Michelle Coil,** review response to Motions in Limine | $ 425.00 | Conference/strategy Block Billing |
| 4/1/2016 | AGraham | 0.5 | Draft letter and **discussion with Keith** | $ 125.00 | Conference/strategy Block Billing |
| 4/6/2016 | AGraham | 3 | **Discussion with Keith re: Reeser,** research for reply brief | $ 750.00 | Conference/strategy Vague Block Billing |
| 4/11/2016 | AGraham | 0.5 | **Discuss with Keith and Michelle re: subpoenas, Reeser- discuss subpoenas with Keith**, call Desiree Miller | $ 125.00 | Conference/strategy Block Billing |
| 4/14/2016 | AGraham | 0.7 | **Kris Goodroe discussion with Keith Flynn** | $ 175.00 | Conference/strategy |
| 4/25/2016 | AGraham | 0.7 | Schedule trial prep and **discuss with Keith Flynn** | $ 175.00 | |
| 5/2/2016 | AGraham | 0.2 | **Meeting with Richard Mack re: upcoming trial** | $ 50.00 | Conference/strategy |
| 5/5/2016 | AGraham | 1.7 | **Discuss trial prep with Keith Flynn and Michelle Coil**, review exhibits for trial and follow up call with Debra Reeser | $ 425.00 | Conference/strategy Block Billing |
| 5/6/2016 | AGraham | 2 | Phone call with Debra Reeser re: trial prep, **discuss Debra Reeser as potential witness with Keith Flynn** | $ 500.00 | Conference/strategy Block Billing |
| 5/15/2016 | AGraham | 0.2 | **Phone call with Keith re: closing** | $ 50.00 | |
| 5/19/2016 | AGraham | 0.6 | **Discuss verdict with Richard Mack** | $ 150.00 | Conference/strategy |
| | Total: | 66.6 | | Total: $ 17,357.50 | |

*the portion of the time that is clearly inconsistent is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**INCONSISTENT TASKS*** \
**EX. 10**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry | |
|------|------|-----|-------------|------|-------------------------------|---|
|      |      |     |             |      |                               |   |

*the portion of the time that is clearly inconsistent is bolded