Exhibit 11

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS***

**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/24/2014 | KeithF | 1.5 | **Reviewed file and drafted demand letter** | $ 412.50 | |
| 4/9/2014 | KeithF | 5 | Drafting complaint and **reviewing documents provided by the client** | $ 1,375.00 | Excessive |
| 4/22/2014 | KeithF | 3 | **Edited complaint and discussed complaint with RGM** | $ 825.00 | Excessive Conference/Strategy |
| 5/16/2014 | KeithF | 3 | **Researched issues regarding service of process and strategized with RGM** | $ 825.00 | Conference/strategy Excessive |
| 6/10/2014 | KeithF | 0.7 | **Reviewed file and strategized with RGM regarding settlement discussions** | $ 192.50 | Conference/strategy |
| 6/10/2014 | RichardM | 0.75 | **Review offer letter to employer, discussion with Keith Flynn, review matters in file** | $ 225.00 | Vague Conference/strategy |
| 6/14/2014 | RichardM | 1.5 | **Review letter to employer, discussion with associates** | $ 450.00 | Vague Conference/strategy |
| 7/10/2014 | KeithF | 2 | **26(f) telephone conference and edited 26(f) plan** | $ 550.00 | |
| 7/17/2014 | KeithF | 1.5 | prepped for and attended 26f conference | $ 412.50 | |
| 8/13/2014 | KeithF | 1 | **Reviewed changes to protective order with the client** | $ 275.00 | |
| 8/13/2014 | KeithF | 2 | **Reviewed initial disclosures and our discovery requests and made edits** | $ 550.00 | Excessive |
| 9/30/2014 | KeithF | 0.5 | **Drafted witness list and reviewed file** | $ 137.50 | |
| 10/2/2014 | KeithF | 0.2 | **Reviewed file and strategized regarding discovery** | $ 55.00 | Conference/strategy Vague |
| 11/6/2014 | KeithF | 0.2 | **Reviewed discovery responses from defendant and strategized with AV** | $ 55.00 | Conference/strategy |
| 12/4/2014 | KeithF | 2 | **Reviewed discovery and strategized way to resolve the motion to compel** | $ 550.00 | Conference/strategy Excessive |
| 12/5/2014 | KeithF | 1 | **Reviewed discovery responses and phone call with opposing counsel** | $ 275.00 | |
| 12/8/2014 | KeithF | 1 | **Reviewed and emailed resolved unresolved issues regarding our motion to compel** | $ 275.00 | |
| 12/12/2014 | KeithF | 0.5 | **Reviewed stip and orders and emailed OC** | $ 137.50 | |
| 12/15/2014 | KeithF | 0.1 | **Emailed court and opposing counsel; responded to an email from opposing counsel** | $ 27.50 | Vague |

***the portion of the time that is clearly Block Billing is bolded**

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS\***

**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 1/8/2015 | KeithF | 0.7 | Phone call with client and reviewed file re Defendant's subpoena requests | $ 192.50 | |
| 1/14/2015 | KeithF | 0.5 | Reviewed file and emailed opposing counsel | $ 137.50 | Vague |
| 1/22/2015 | KeithF | 1 | Drafted supplemental discovery responses and emailed client | $ 275.00 | Vague |
| 1/26/2015 | KeithF | 0.25 | Emailed opposing counsel and spoke with client re scheduling depositions | $ 68.75 | |
| 2/2/2015 | KeithF | 0.25 | Reviewd proir correspondence and emailed OC about Defendant's schedule for depositions and our discovery responses | $ 68.75 | |
| 2/3/2015 | KeithF | 1 | Reviewed file and emailed client and OC | $ 275.00 | Vague |
| 2/6/2015 | KeithF | 5.5 | Reviewed documents produced in discovery and emailed client | $ 1,512.50 | Vague Excessive |
| 2/10/2015 | KeithF | 6 | Reviewed discovery documents and drafting deposition questions for Bork | $ 1,650.00 | Excessive |
| 2/11/2015 | KeithF | 6 | Reviewed discovery responses and drafting deposition questions for Bork and Wisheart | $ 1,650.00 | Excessive |
| 2/12/2015 | KeithF | 1 | Reviewed correspondence and emailed OC several times re discovery issues | $ 275.00 | |
| 2/12/2015 | KeithF | 3 | Researched law re authorization forms and looked up Jill Hood and strategized with AV | $ 825.00 | Conference/strategy Excessive |
| 2/12/2015 | KeithF | 4 | Reviewed discovery documents and prepping deposition questions | $ 1,100.00 | Excessive |
| 2/13/2015 | KeithF | 0.5 | Reviewed file and emailed OC | $ 137.50 | Vague |
| 2/13/2015 | KeithF | 1 | Reviewed our discovery responses and strategized with AV | $ 275.00 | Conference/strategy Vague |
| 2/18/2015 | KeithF | 0.5 | Emailed OC to schedule dep dates with OC and discussing discovery issues and followed up with client | $ 137.50 | |

**\*the portion of the time that is clearly Block Billing is bolded**

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS***
**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 2/18/2015 | KeithF | 0.5 | **Reviewed file and strategized** | $ 137.50 | Review Conference/strategy Vague |
| 2/24/2015 | KeithF | 0.5 | **Reviewed file and emailed OC** | $ 137.50 | Vague |
| 2/25/2015 | KeithF | 0.7 | **Reviewed prior correspondence and emailed OC re dates for deps and followed up with client** | $ 192.50 | Vague |
| 2/27/2015 | KeithF | 0.2 | **Emailed OC and client** | $ 55.00 | Vague |
| 3/2/2015 | KeithF | 0.2 | **Emailed OC and client and reviewed file and strategized** | $ 55.00 | Vague Conference/strategy |
| 3/3/2015 | KeithF | 1 | **Emailed client and strageized with AV** | $ 275.00 | Vague Conference/strategy Excessive |
| 3/4/2015 | KeithF | 1 | **Emailed client and reviewed file** | $ 275.00 | Vague Excessive |
| 3/4/2015 | KeithF | 0.5 | Reviewed prior correspondence and emailed OC re his unilateral dep notice and emailed back and forth about scheduling deps. | $ 137.50 | |
| 3/5/2015 | KeithF | 0.1 | Reviewed file and emailed OC re Hood's dep | $ 27.50 | |
| 3/11/2015 | KeithF | 3 | **Reviewed defendants requests and reviewed Defendant's reply re Defendant's motion to compel** | $ 825.00 | Excessive |
| 3/12/2015 | KeithF | 1.5 | Emailed OC and client re scheduling deps and OC's refusal to turn over documents relating to their employees identified as having been terminated for job abandonment | $ 412.50 | Excessive |
| 3/13/2015 | KeithF | 3 | **Reviewed discovery and prep for depositions** | $ 825.00 | Excessive |
| 3/15/2015 | KeithF | 3 | **Reviewed discovery and prep for depositions** | $ 825.00 | Excessive |
| 3/16/2015 | KeithF | 10 | **Prep for and attended Bork dep** | $ 2,750.00 | Excessive |
| 3/17/2015 | KeithF | 7 | **Prep for and attended Wiseheart dep** | $ 1,925.00 | Excessive |

***the portion of the time that is clearly Block Billing is bolded**

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS***
**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/17/2015 | KeithF | 2 | Reviewed discovery responses after taking Wisheart's dep and strategized | $ 550.00 | Conference/strategy Excessive |
| 3/18/2015 | KeithF | 1 | Emailed OC and client regarding discovery issues | $ 275.00 | Vague |
| 3/19/2015 | KeithF | 0.1 | Reviewed protective order and email to OC re proposed changes to protective order | $ 27.50 | |
| 3/20/2015 | KeithF | 3 | Reviewed discovery document in preparation for client's deposition and strategized | $ 825.00 | Conference/strategy Excessive |
| 3/23/2015 | KeithF | 13 | Prepped for and attended Plaintiff's dep and reviewed discovery and legal research re HIPAA | $ 3,575.00 | Excessive |
| 3/24/2015 | KeithF | 3 | Reviewed reordings to supplement and strategized | $ 825.00 | Conference/strategy |
| 3/24/2015 | RichardM | 1.25 | Review draft letter, discussion with associates | $ 375.00 | Vague Conference/strategy |
| 3/25/2015 | KeithF | 2 | Emailed OC re protective order and OC unilaterily modifiying Hood's dep and strategized with AV and reviewed protective order | $ 550.00 | Conference/strategy Excessive |
| 3/25/2015 | KeithF | 2 | Reviewed discovery and editing questions in prep for Hood's dep | $ 550.00 | |
| 3/26/2015 | KeithF | 2 | Emails to OC re Hood's dep being rescheduled and drafting stipulated order re Hood | $ 550.00 | |
| 3/26/2015 | KeithF | 2 | Reviewed dep exhibits and questions for Hood dep | $ 550.00 | |
| 3/27/2015 | KeithF | 3 | Spoke with client and OC via email and phone and drafted stip and order re Hood | $ 825.00 | |
| 3/30/2015 | KeithF | 2 | Edited motion to compel and meeting with Richard | $ 550.00 | Conference/strategy Vague |
| 3/31/2015 | KeithF | 2.5 | Emailed OC and edited stip and order re Hood and discussed with Richard | $ 687.50 | Conference/strategy Excessive |
| 3/31/2015 | RichardM | 0.75 | Review emails about phone issues, discuss issue with associates | $ 225.00 | Vague Conference/strategy |

*the portion of the time that is clearly Block Billing is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS***

**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 4/1/2015 | KeithF | 1.7 | Emailed OC re forensic examination of phone and discussed with RGM | $ 467.50 | Conference/strategy Excessive |
| 4/1/2015 | RichardM | 0.1 | Review emails from opposing counsel, discuss issue with associates concerning motions | $ 30.00 | Vague Conference/strategy |
| 4/6/2015 | KeithF | 1.5 | Emailed OC and client re forensic examination of phone and discussed with RGM | $ 412.50 | Conference/strategy Excessive |
| 4/6/2015 | RichardM | 1.25 | Review emails from opposing counsel, discussion with associates about motion for discovery | $ 375.00 | Vague Conference/strategy |
| 4/10/2015 | KeithF | 1 | Reviewed prior correspondence and changes to the stip and order and emailed OC re stip and order and discussed with RGM | $ 275.00 | Conference/strategy Excessive |
| 4/10/2015 | RichardM | 0.75 | Review matters in file concerning stipulation and order, discussion with associates | $ 225.00 | Vague Conference/strategy |
| 4/20/2015 | KeithF | 0.5 | Reviewed stip and order and emailed OC | $ 137.50 | Excessive |
| 4/27/2015 | KeithF | 1 | Reviewed subpoena documents and emailed court reporter | $ 275.00 | Vague |
| 4/28/2015 | KeithF | 0.2 | Emailed OC re continuation of client's dep and spoke with client | $ 55.00 | |
| 5/1/2015 | AGraham | 4 | Review pleadings, discovery for Hood Deposition | $ 1,000.00 | Vague Excessive |
| 5/5/2015 | KeithF | 9 | Hood dep and emailed OC re his attempt to use the earliest cancellation of Hood's dep to extend the summary judgement deadline and discussed with RGM | $ 2,475.00 | Conference/strategy Excessive |
| 5/5/2015 | RichardM | 1 | Review emails from opposing counsel, discuss matter with associates | $ 300.00 | Vague Conference/strategy |
| 5/6/2015 | KeithF | 1.5 | Reviewed defendant's motion to extend and strategized | $ 412.50 | Conference/strategy Excessive |
| 5/7/2015 | RichardM | 0.75 | Review matters in file, concerning filing from attorney for defendant, discuss issues with associates (5/7 -5/8) | $ 225.00 | Vague Conference/strategy |
| 5/20/2015 | RichardM | 1 | Review emails, discussion with associates regarding proper representation | $ 300.00 | Vague Conference/strategy |

*the portion of the time that is clearly Block Billing is bolded

FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES

**BLOCK BILLING TASKS***
**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 6/3/2015 | KeithF | 2 | Reviewed depositions and discovery for response to MSJ and discussed with AG | $ 550.00 | Conference/strategy |
| 6/5/2015 | KeithF | 2.5 | Reviewed file re MSJ motion and strategized with AG | $ 687.50 | Conference/strategy Excessive |
| 6/8/2015 | AGraham | 10.2 | Draft MSJ Response and Prepare for Hearing and Argue Hearing on Motion to Compel | $ 2,550.00 | |
| 6/8/2015 | KeithF | 2 | Reviewed file and strategized with AG re forensic exam and MSJ response | $ 550.00 | Conference/strategy Vague |
| 6/30/2015 | AGraham | 1.2 | Reviewing and discussing Cell Phone discovery issues with client and Keith Flynn | $ 300.00 | Conference/strategy |
| 7/1/2015 | RichardM | 2 | Review matters in file, discuss issue of forensic examination of cell phone of client, review various emails | $ 600.00 | Vague Conference/strategy |
| 7/2/2015 | KeithF | 0.5 | Emailed OC about phone and spoke to client | $ 137.50 | Vague |
| 7/7/2015 | KeithF | 0.5 | Reviewed scheduling order and emailed OC re forensic exam and jury trial | $ 137.50 | |
| 7/13/2015 | AGraham | 3 | Stipulated order, communications with Keith Flynn and opposing counsel | $ 750.00 | Conference/strategy |
| 7/13/2015 | KeithF | 0.5 | Reviewed stip and order and discussed case with AG | $ 137.50 | Conference/strategy Vague |
| 7/14/2015 | AGraham | 1 | Prepare stipulated order to adjourn our trial dates and email opposing counsel | $ 250.00 | |
| 7/14/2015 | AGraham | 2 | Review cell phone extraction and communicate with client | $ 500.00 | |
| 7/15/2015 | RichardM | 0.75 | Review matters in file, discuss matters in file with associates | $ 225.00 | Vague Conference/strategy |
| 7/28/2015 | KeithF | 8 | Prepared for and attended motion hearing | $ 2,200.00 | |
| 8/12/2015 | KeithF | 1 | Reviewed order re MSJ, reviewed file, and spoke with client | $ 275.00 | |
| 8/14/2015 | AGraham | 2 | [Prepare] Reeser Stip and Order and Second Amended Complaint | $ 500.00 | |
| 8/14/2015 | KeithF | 0.5 | Reviewed amended complaint and discussed with AG | $ 137.50 | Conference/strategy Vague |

*the portion of the time that is clearly Block Billing is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS***
**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry | |
|---|---|---|---|---|---|---|
| 9/25/2015 | AGraham | 0.5 | Conversation re: settlement offer and review of settlement communication | $ 125.00 | Conference/strategy | |
| 9/25/2015 | KeithF | 2.7 | Researched jury verdict reports, drafted a demand letter, reviewed the file and strategized with RGM and AG | $ 742.50 | Conference/strategy Vague | |
| 9/25/2015 | RichardM | 0.5 | Review matters in file, discuss settlement strategy with associates | $ 150.00 | Vague Conference/strategy | |
| 10/26/2015 | KeithF | 1 | Jury trial prep; reviewed file and strategized and discussed case with AG | $ 275.00 | Conference/strategy | |
| 11/3/2015 | AGraham | 5.2 | [Draft] Motion in Limine and prepare trial binder | $ 1,300.00 | | |
| 11/4/2015 | AGraham | 1 | [Meeting with] Keith re: trial prep and emails to opposing counsel re: subpoenas | $ 250.00 | Conference/strategy Vague | |
| 11/5/2015 | AGraham | 1.2 | Call and email client re: trial prep dates and witnesses, email opposing counsel re: moving date of final pre-trial conference | $ 300.00 | | |
| 11/6/2015 | AGraham | 1 | [Meeting with] Keith Flynn re: Motion in Limine revisions, drafting Motion in Limine revisions | $ 250.00 | Conference/strategy | |
| 11/9/2015 | KeithF | 0.1 | Emailed OC re final pre-trial conference date and discussed with AG | $ 27.50 | Conference/strategy | |
| 11/10/2015 | AGraham | 1.7 | Email client re: pretrial meeting and discussion with Keith Flynn re: same, prepare exhibits with Michelle Coil | $ 425.00 | Conference/strategy CLERICAL | |
| 11/12/2015 | KeithF | 6 | Reviewed deps for trial and discussed subpoenas with AG | $ 1,650.00 | Vague Conference/strategy | |
| 11/13/2015 | AGraham | 0.5 | Discussion re: rescheduling final pretrial conference and call to court re: rescheduling pretrial conference | $ 125.00 | Conference/strategy | |
| 11/13/2015 | KeithF | 3 | Reviewed final pre-trial and discussed case with AG | $ 825.00 | Excessive Conference/strategy | |
| 11/16/2015 | AGraham | 2.7 | [Draft] Final pretrial order and discussions with Keith Flynn re: order | $ 675.00 | Conference/strategy | |

***the portion of the time that is clearly Block Billing is bolded**

FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES

**BLOCK BILLING TASKS***
**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 11/16/2015 | KeithF | 8 | Reviewing exhibits and deps for trial and strategized **with AG** | $ 2,200.00 | Vague Conference/strategy |
| 11/17/2015 | AGraham | 5 | [Draft] Final pretrial order- **and calls to opposing counsel re: final pretrial order** | $ 1,250.00 | |
| 11/17/2015 | KeithF | 4 | Reviewed file, edited pre-trial order, **and discussed case with AG and RGM** | $ 1,100.00 | Conference/strategy Vague |
| 11/18/2015 | AGraham | 0.5 | [Prepare] Subpoenas of Witnesses Chanda and Shameeka, **discussion with Keith Flynn re: subpoenas** | $ 125.00 | Conference/strategy |
| 11/18/2015 | AGraham | 1 | Pre-trial conference discussion with Keith Flynn and witness discussion | $ 250.00 | Conference/strategy |
| 11/18/2015 | KeithF | 8 | Reviewed subpoenas, pretrial order and exhibits **and discussed case with AG** | $ 2,200.00 | Conference/strategy |
| 11/20/2015 | AGraham | 1.5 | [Draft] Memo on HIPAA violation defenses **and discussion with Keith re: subpoenas** | $ 375.00 | Conference/strategy |
| 11/20/2015 | KeithF | 7 | Drafted Bork cross exam questions **and discussed case with AG** | $ 1,925.00 | Conference/strategy |
| 11/21/2015 | AGraham | 10.5 | Trial prep with Keith Flynn and client **and travel time to and from Flint** | $ 2,625.00 | Conference/strategy |
| 11/23/2015 | AGraham | 0.7 | Phone call to opposing counsel re: subpoenas and pretrial conference meeting, review draft of proposed pretrial materials | $ 175.00 | |
| 11/23/2015 | AGraham | 2.7 | Research and draft memo on HIPAA violations | $ 675.00 | |
| 11/23/2015 | KeithF | 2 | Reviewed file, **discussed case with RGM and emailed client** | $ 550.00 | Conference/strategy Vague |
| 11/24/2015 | AGraham | 3 | Final pretrial meeting with opposing counsel and call to client re: meeting | $ 750.00 | Vague |
| 11/24/2015 | AGraham | 0.7 | Interview witness Desiree Miller and prepare subpoena | $ 175.00 | |
| 11/24/2015 | KeithF | 3 | Met with OC re pre-trial conference and spoke to client | $ 825.00 | Vague |

*the portion of the time that is clearly Block Billing is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS\***

**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 11/25/2015 | AGraham | 1.1 | Email client and opposing counsel re: new pretrial conference date, discussion with Keith Flynn re: rescheduling conference | $ 275.00 | Conference/strategy |
| 11/25/2015 | KeithF | 1 | Reviewed file and discussed case with AG | $ 275.00 | Conference/strategy Vague |
| 11/30/2015 | AGraham | 1 | Email to opposing counsel re: conference dates and call with client re: dates and call to case manager re: dates | $ 250.00 | CLERICAL |
| 12/3/2015 | AGraham | 0.5 | [Email to] Keith Flynn and opposing counsel re: pretrial conference and discussion with Keith re: settlement | $ 125.00 | Conference/strategy |
| 12/4/2015 | AGraham | 0.5 | [Email to] Re: rescheduling pretrial dates and call to court re: rescheduling pretrial dates | $ 125.00 | |
| 12/7/2015 | AGraham | 0.7 | Call court for pretrial conference times and call client to schedule pretrial conference, discussions with Keith Flynn regarding scheduling | $ 175.00 | Conference/strategy |
| 12/8/2015 | AGraham | 0.5 | And meeting to discuss final pretrial conference dates and informing witnesses of change to trial date | $ 125.00 | Conference/strategy |
| 1/6/2016 | AGraham | 3.5 | [Review and Revise] Final pretrial order and meeting with Keith re: order | $ 875.00 | Conference/strategy |
| 1/8/2016 | AGraham | 4.2 | Review and revise Reeser final pretrial order - objections, phone calls and emails to opposing counsel | $ 1,050.00 | |
| 1/12/2016 | AGraham | 0.5 | [Draft] Joint final pretrial order - call to case manager, email to opposing counsel, call with opposing counsel re order | $ 125.00 | |
| 1/13/2016 | AGraham | 2.7 | Review defendant's changes to the final pretrial order and email opposing counsel | $ 675.00 | |
| 1/19/2016 | AGraham | 4.5 | Final pretrial conference, meet with client re: conference, prepare supplemental responses | $ 1,125.00 | |
| 1/19/2016 | KeithF | 4 | Prepared for and attended final pre-trial conference | $ 1,100.00 | Vague |

**\*the portion of the time that is clearly Block Billing is bolded**

FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES

**BLOCK BILLING TASKS***
**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 1/22/2016 | AGraham | 0.2 | Discuss supplement to interrogatories with Keith Flynn, call Client | $ 50.00 | Conference/strategy Vague |
| 3/1/2016 | KeithF | 0.5 | Reviewed file and edited settlement statement | $ 137.50 | |
| 3/3/2016 | AGraham | 0.1 | Email to client, call to Kriss Goodroe | $ 22.50 | |
| 3/4/2016 | AGraham | 1 | Discussion with Kriss Goodroe re: deposition, review motion in limine, discuss case with Keith Flynn | $ 250.00 | Conference/strategy |
| 3/4/2016 | KeithF | 0.5 | Reviewed our Motion in Limine and discussed case with AG | $ 137.50 | Conference/strategy |
| 3/5/2016 | AGraham | 0.5 | Talk to Keith Flynn about settlement conference, email, call, text Client | $ 125.00 | Conference/strategy Vague |
| 3/7/2016 | AGraham | 3.2 | [Draft] Motion in limine, and Kris Goodroe call | $ 800.00 | Vague |
| 3/10/2016 | AGraham | 3.7 | Settlement conference and prep for conference | $ 925.00 | |
| 3/10/2016 | KeithF | 4 | Prepped for and attended Mediation and discussed with client | $ 1,100.00 | Vague |
| 3/30/2016 | AGraham | 5 | Reply review docs and draft response motions in Limine and discuss with Keith Flynn | $ 1,250.00 | Conference/strategy |
| 3/31/2016 | AGraham | 1.7 | Call with client re: Motions in Limine, discussion with Keith Flynn and Michelle Coil, review response to Motions in Limine | $ 425.00 | Conference/strategy |
| 4/1/2016 | AGraham | 0.5 | Draft letter and discussion with Keith | $ 125.00 | Conference/strategy |
| 4/6/2016 | AGraham | 3 | Discussion with Keith re: Reeser, research for reply brief | $ 750.00 | Conference/strategy Vague |
| 4/11/2016 | AGraham | 0.5 | Discuss with Keith and Michelle re: subpoenas, Reeser- discuss subpoenas with Keith, call Desiree Miller | $ 125.00 | Conference/strategy |
| 4/12/2016 | AGraham | 0.5 | Call to court, deliver documents to court | $ 125.00 | CLERICAL |
| 4/14/2016 | AGraham | 2.2 | Phone call with Natalie Reeser - discussion with Adam Taub, review- Reeser discovery disclosures and reply, Natalie Reeser email, Reeser - discussion re: subpoena | $ 550.00 | Conference/strategy |
| 4/15/2016 | AGraham | 8 | Attend deposition of Kris Goodroe and travel time | $ 2,000.00 | |

*the portion of the time that is clearly Block Billing is bolded

FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES

**BLOCK BILLING TASKS***

**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 4/18/2016 | KeithF | 6 | Reviewed pleadings and began preparing trial prep materials | $ 1,650.00 | |
| 4/20/2016 | AGraham | 0.7 | Discuss Reeser motion hearing with Keith Flynn and deal with subpoena issues | $ 175.00 | Conference/strategy |
| 4/20/2016 | KeithF | 7 | Prepping testimony of Wisheart and Hood and discussed case with AG | $ 1,925.00 | Vague Conference/strategy |
| 4/21/2016 | AGraham | 7 | Reeser hearing prep and hearing on motions in limine | $ 1,750.00 | |
| 4/22/2016 | AGraham | 1.6 | Call with Keith Flynn re: discovery, discussion with Michelle Coil re: reissuing subpoenas, emails to opposing counsel, telephone to client | $ 400.00 | Conference/strategy Vague |
| 4/22/2016 | KeithF | 1 | Reviewed file re medical records and discussed with AG | $ 275.00 | Conference/strategy |
| 4/26/2016 | KeithF | 4 | Reviewed file and prepped testimony and discussed case with AG | $ 1,100.00 | Vague Conference/strategy |
| 4/27/2016 | AGraham | 2 | Discuss subpoenas with Michelle Coil, Reeser- research subpoena issues, Reeser- prepare for trial | $ 500.00 | |
| 4/28/2016 | AGraham | 4.5 | Meeting with Debra Reeser and trial prep | $ 1,125.00 | |
| 4/28/2016 | KeithF | 6 | Prepped notes, reviewed deps, put together trial binder, reviewed law | $ 1,650.00 | CLERICAL Vague |
| 5/2/2016 | KeithF | 1 | Edited Voir Dire questions and theory of the case | $ 275.00 | |
| 5/2/2016 | KeithF | 0.7 | Reviewed subpoena to Plaintiff and medical authorizations and discussed with client | $ 192.50 | |
| 5/2/2016 | KeithF | 2 | Reviewed jury instructions and objections to jury instructions | $ 550.00 | |
| 5/4/2016 | KeithF | 8 | Prepped for and met with client | $ 2,200.00 | Vague Excessive |
| 5/5/2016 | AGraham | 1.7 | Discuss trial prep with Keith Flynn and Michelle Coil, review exhibits for trial and follow up call with Debra Reeser | $ 425.00 | Conference/strategy |
| 5/5/2016 | KeithF | 10 | Prepped for and met with client | $ 2,750.00 | Vague Excessive |

*the portion of the time that is clearly Block Billing is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**BLOCK BILLING TASKS***
**EX. 11**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 5/6/2016 | AGraham | 2 | Phone call with Debra Reeser re: trial prep, discuss Debra Reeser as potential witness with Keith Flynn | $ 500.00 | Conference/strategy |
| 5/6/2016 | KeithF | 7 | Prepped for and met with client | $ 1,925.00 | Vague Excessive |
| 5/8/2016 | KeithF | 4 | Edited and practiced opening statement | $ 1,100.00 | Vague |
| 5/8/2016 | KeithF | 4 | Prepped for motion practice, jury instructions, and reviewed law | $ 1,100.00 | |
| 5/9/2016 | AGraham | 12.2 | Attend trial and trial preparation with client before and after trial | $ 3,050.00 | |
| 5/10/2016 | AGraham | 11.2 | Attend trial and trial preparation with client before and after trial | $ 2,800.00 | |
| 5/11/2016 | AGraham | 11.2 | Attend trial and trial preparation with client before and after trial | $ 2,800.00 | |
| 5/12/2016 | AGraham | 8.5 | Attend Reeser trial and discuss with client | $ 2,125.00 | |
| 5/13/2016 | AGraham | 9.5 | Attend trial and discuss trial with client, inform witnesses of schedule | $ 2,375.00 | |
| 5/13/2016 | KeithF | 9 | Prepped for and attended trial | $ 2,475.00 | |
| 5/15/2016 | KeithF | 6 | Edited and practiced closing statement | $ 1,650.00 | |
| 5/16/2016 | AGraham | 10.2 | Attend trial and discuss with client, assist in preparing closing | $ 2,550.00 | |
| 5/16/2016 | KeithF | 10 | Prepped for and attended trial | $ 2,750.00 | |
| 5/16/2016 | KeithF | 4.5 | Edited and practiced closing statement | $ 1,237.50 | |
| 5/17/2016 | AGraham | 12.2 | Attend Trial, discuss trial with client, compile admitted exhibit list, finish drafting damages brief | $ 3,050.00 | |
| 5/17/2016 | KeithF | 9 | Prepped for and attended trial | $ 2,475.00 | |
| 5/17/2016 | RichardM | 0.5 | Assist in preparation for trial, review matters in file | $ 150.00 | Vague |
| 5/18/2016 | AGraham | 7.2 | Attend trial, discuss verdict with client | $ 1,800.00 | |
| 5/18/2016 | KeithF | 4 | Prepped for and attended trial | $ 1,100.00 | |
| | Total: | 545.25 | Total: | $ 144,905.00 | |

*the portion of the time that is clearly Block Billing is bolded