# Exhibit 12

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**CLERICAL TASKS***

**EX. 12**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 5/29/2015 | AGraham | 1 | **Prepare MSJ exhibits** | $ 250.00 | |
| 5/30/2015 | AGraham | 1 | **Prepare MSJ exhibits** | $ 250.00 | |
| 5/31/2015 | AGraham | 1 | **Prepare MSJ exhibits** | $ 250.00 | |
| 7/2/2015 | AGraham | 3 | **Prepare Deposition Transcript pages for Motion** | $ 750.00 | |
| 10/30/2015 | AGraham | 0.2 | **[Meeting with] Michelle re: putting trial binder together** | $ 50.00 | |
| 11/10/2015 | AGraham | 1.7 | Email client re: pretrial meeting and discussion with Keith Flynn re: same, **prepare exhibits with Michelle Coil** | $ 425.00 | Conference/strategy Block Billing |
| 11/16/2015 | AGraham | 0.1 | **[Meeting with] Michelle Coil re: preparing Reeser witness subpoenas** | $ 25.00 | |
| 11/30/2015 | AGraham | 1 | Email to opposing counsel re: conference dates and call with client re: dates and **call to case manager re: dates** | $ 250.00 | Block Billing |
| 1/14/2016 | AGraham | 0.1 | **Discuss subpoena issues with Michelle Coil** | $ 25.00 | |
| 4/12/2016 | AGraham | 0.5 | **Call to court, deliver documents to court** | $ 125.00 | Block Billing |
| 4/28/2016 | KeithF | 6 | Prepped notes, reviewed deps, **put together trial binder**, reviewed law | $ 1,650.00 | Vague Block Billing |
| | Total: | 15.6 | Total: | $ 4,050.00 | |

*the portion of the time that is clearly clerical is bolded