# Exhibit 13

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**VAGUE TASKS***
**EX. 13**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/24/2014 | KeithF | 1.5 | **Reviewed file and drafted demand letter** | $ 412.50 | Block Billing |
| 5/7/2014 | KeithF | 2 | **Researched relationship between remedies under FLSA and WFBA** | $ 550.00 | Excessive |
| 5/12/2014 | KeithF | 2 | **Researched WPA and FLSA retailiation relationship** | $ 550.00 | Excessive |
| 5/14/2014 | KeithF | 0.5 | **Reviewed filing and service of the complaint** | $ 137.50 | |
| 5/20/2014 | KeithF | 0.5 | **Emailed opposing counsel twice** | $ 137.50 | |
| 6/9/2014 | KeithF | 0.5 | **Researched corporate status** | $ 137.50 | |
| 6/10/2014 | KeithF | 0.7 | **Reviewed file and strategized with RGM regarding settlement discussions** | $ 192.50 | Conference/strategy Block Billing |
| 6/10/2014 | RichardM | 0.75 | **Review offer letter to employer, discussion with Keith Flynn, review matters in file** | $ 225.00 | Conference/strategy Block Billing |
| 6/11/2014 | KeithF | 0.5 | **Ltter to opposing counsel** | $ 137.50 | |
| 6/14/2014 | RichardM | 1.5 | **Review letter to employer, discussion with associates** | $ 450.00 | Conference/strategy Block Billing |
| 7/8/2014 | KeithF | 0.1 | **Emailed opposing counsel after reviewing FRCP** | $ 27.50 | |
| 7/15/2014 | KeithF | 0.5 | **Spoke with client** | $ 137.50 | |
| 7/31/2014 | KeithF | 2 | **Reviewed file** | $ 550.00 | |
| 8/11/2014 | AdaV | 1.5 | **Review pleadings and documents** | $ 412.50 | |
| 8/19/2014 | AdaV | 0.1 | **Email client re waivers** | $ 27.50 | |
| 8/19/2014 | AdaV | 0.1 | **Email client re waivers** | $ 27.50 | |
| 8/25/2014 | KeithF | 1 | **Letter to client** | $ 275.00 | |
| 9/1/2014 | KeithF | 0.5 | **Email client** | $ 137.50 | |
| 9/30/2014 | KeithF | 0.5 | **Drafted witness list and reviewed file** | $ 137.50 | Block Billing |
| 9/30/2014 | AdaV | 1.5 | **Review discovery responses** | $ 412.50 | |
| 10/2/2014 | KeithF | 0.2 | **Reviewed file and strategized regarding discovery** | $ 55.00 | Conference/strategy Block Billing |
| 11/6/2014 | AdaV | 3.5 | **Review discovery responses** | $ 962.50 | |
| 11/17/2014 | AdaV | 0.5 | **Review responses to discovery** | $ 137.50 | |
| 12/4/2014 | KeithF | 2 | **Reviewed discovery and strategized way to resolve the motion to compel** | $ 550.00 | Conference/strategy Excessive Block Billing |
| 12/5/2014 | KeithF | 0.2 | **Emailed client** | $ 55.00 | |

*the portion of the time that is clearly vague is bolded

<u>FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES</u>

<u>VAGUE TASKS\*</u>
<u>EX. 13</u>

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 12/12/2014 | KeithF | 0.5 | **Reviewed stip and orders and emailed OC** | $ 137.50 | Block Billing |
| 12/15/2014 | KeithF | 0.1 | **Emailed court and opposing counsel; responded to an email from opposing counsel** | $ 27.50 | Block Billing |
| 12/19/2014 | KeithF | 0.5 | **Letter to client** | $ 137.50 | |
| 12/28/2014 | KeithF | 0.1 | **Emailed client** | $ 27.50 | |
| 1/5/2015 | AdaV | 2.5 | **Review supplemental discovery responses** | $ 687.50 | |
| 1/13/2015 | KeithF | 0.2 | **Emailed opposing counsel** | $ 55.00 | |
| 1/14/2015 | KeithF | 0.5 | Reviewed file and **emailed opposing counsel** | $ 137.50 | Block Billing |
| 1/20/2015 | AdaV | 5 | **Review supplemental discovery responses** | $ 1,375.00 | |
| 1/22/2015 | KeithF | 1 | Drafted supplemental discovery responses and **emailed client** | $ 275.00 | Block Billing |
| 1/22/2015 | AdaV | 0.5 | **Review supplemental responses to discovery** | $ 137.50 | |
| 1/27/2015 | KeithF | 0.2 | **Spoke with client** | $ 55.00 | |
| 1/28/2015 | KeithF | 0.5 | **Spoke with client via email and telephone** | $ 137.50 | |
| 2/3/2015 | KeithF | 1 | **Reviewed file and emailed client and OC** | $ 275.00 | Block Billing |
| 2/5/2015 | KeithF | 0.2 | **Emailed client** | $ 55.00 | |
| 2/6/2015 | KeithF | 5.5 | Reviewed documents produced in discovery and **emailed client** | $ 1,512.50 | Excessive Block Billing |
| 2/11/2015 | KeithF | 1 | **Letter to client** | $ 275.00 | |
| 2/13/2015 | KeithF | 0.5 | **Letter to client** | $ 137.50 | |
| 2/13/2015 | KeithF | 0.5 | **Reviewed file and emailed OC** | $ 137.50 | Block Billing |
| 2/13/2015 | KeithF | 1 | **Reviewed our discovery responses and strategized with AV** | $ 275.00 | Conference/strategy Block Billing |
| 2/17/2015 | KeithF | 0.5 | **Emailed client** | $ 137.50 | |
| 2/18/2015 | KeithF | 0.5 | **Reviewed file and strategized** | $ 137.50 | Conference/strategy Block Billing |
| 2/19/2015 | KeithF | 0.5 | **Reviewed dep notices** | $ 137.50 | Excessive |
| 2/20/2015 | KeithF | 0.5 | **Emailed client** | $ 137.50 | |
| 2/20/2015 | KeithF | 1 | **Reviewed our discovery responses** | $ 275.00 | Excessive |
| 2/24/2015 | KeithF | 0.5 | **Reviewed file and emailed OC** | $ 137.50 | Block Billing |
| 2/25/2015 | KeithF | 0.7 | **Reviewed prior correspondence and emailed OC re dates for deps and followed up with client** | $ 192.50 | Block Billing |
| 2/27/2015 | KeithF | 0.2 | **Emailed OC and client** | $ 55.00 | Block Billing |

\*the portion of the time that is clearly vague is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**VAGUE TASKS\***
**EX. 13**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/2/2015 | KeithF | 0.2 | **Emailed OC and client** and reviewed file and strategized | $ 55.00 | Conference/strategy Block Billing |
| 3/3/2015 | KeithF | 1 | **Emailed client and strageized with AV** | $ 275.00 | Conference/strategy Excessive Block Billing |
| 3/4/2015 | KeithF | 1 | **Emailed client and reviewed file** | $ 275.00 | Excessive Block Billing |
| 3/4/2015 | KeithF | 0.5 | **Reviewed prior correspondence** and emailed OC re his unilateral dep notice and emailed back and forth about scheduling deps. | $ 137.50 | Block Billing |
| 3/5/2015 | KeithF | 0.1 | **Reviewed file** and emailed OC re Hood's dep | $ 27.50 | Block Billing |
| 3/6/2015 | KeithF | 0.1 | **Emailed OC** | $ 27.50 | |
| 3/9/2015 | KeithF | 0.5 | **Emailed client** | $ 137.50 | |
| 3/10/2015 | KeithF | 0.5 | **Emailed client** | $ 137.50 | |
| 3/11/2015 | KeithF | 0.1 | **Emailed client** | $ 27.50 | |
| 3/13/2015 | KeithF | 3 | **Reviewed discovery** and prep for depositions | $ 825.00 | Excessive Block Billing |
| 3/15/2015 | KeithF | 3 | **Reviewed discovery** and prep for depositions | $ 825.00 | Excessive Block Billing |
| 3/17/2015 | KeithF | 2 | **Reviewed discovery responses after taking Wisheart's dep and strategized** | $ 550.00 | Conference/strategy Excessive Block Billing |
| 3/17/2015 | AdaV | 5 | Review responses to interrogatories and requests to produce; draft 4th discovery requests | $ 1,375.00 | |
| 3/18/2015 | KeithF | 0.5 | **Email and letter to client** | $ 137.50 | |
| 3/18/2015 | KeithF | 1 | **Emailed OC and client regarding discovery issues** | $ 275.00 | Block Billing |
| 3/19/2015 | KeithF | 0.1 | **Reviewed protective order** and email to OC re proposed changes to protective order | $ 27.50 | Block Billing |
| 3/20/2015 | KeithF | 3 | **Reviewed discovery document in preparation for client's deposition and strategized** | $ 825.00 | Conference/strategy Excessive Block Billing |

**\*the portion of the time that is clearly vague is bolded**

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**VAGUE TASKS***
**EX. 13**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/24/2015 | KeithF | 3 | **Reviewed reordings to supplement and strategized** | $ 825.00 | Conference/strategy Block Billing |
| 3/24/2015 | RichardM | 1.25 | **Review draft letter, discussion with associates** | $ 375.00 | Conference/strategy Block Billing |
| 3/25/2015 | KeithF | 2 | **Reviewed discovery** and editing questions in prep for Hood's dep | $ 550.00 | Block Billing |
| 3/30/2015 | KeithF | 2 | Edited motion to compel and **meeting with Richard** | $ 550.00 | Conference/strategy Block Billing |
| 3/30/2015 | RichardM | 0.25 | **Review emails** | $ 75.00 | |
| 3/31/2015 | RichardM | 0.75 | Review emails about phone issues, discuss issue with associates | $ 225.00 | Conference/strategy Block Billing |
| 4/1/2015 | RichardM | 0.1 | Review emails from opposing counsel, discuss issue with associates concerning motions | $ 30.00 | Conference/strategy Block Billing |
| 4/6/2015 | KeithF | 2 | **Research re discovery issues** | $ 550.00 | Excessive |
| 4/6/2015 | RichardM | 1.25 | Review emails from opposing counsel, discussion with associates about motion for discovery | $ 375.00 | Conference/strategy Block Billing |
| 4/10/2015 | KeithF | 1 | Reviewed prior correspondence and changes to the stip and order and emailed OC re stip and order and discussed with RGM | $ 275.00 | Conference/strategy Excessive Block Billing |
| 4/10/2015 | RichardM | 0.75 | Review matters in file concerning stipulation and order, discussion with associates | $ 225.00 | Conference/strategy Block Billing |
| 4/27/2015 | KeithF | 1 | Reviewed subpoena documents and **emailed court reporter** | $ 275.00 | Block Billing |
| 5/1/2015 | AGraham | 4 | **Review pleadings, discovery for Hood Deposition** | $ 1,000.00 | Excessive Block Billing |
| 5/5/2015 | AGraham | 7 | **Attend Hood Deposition** | $ 1,750.00 | |
| 5/5/2015 | RichardM | 1 | Review emails from opposing counsel, discuss matter with associates | $ 300.00 | Conference/strategy Block Billing |
| 5/6/2015 | AGraham | 3 | **Draft motion to Extend Response** | $ 750.00 | |
| 5/7/2015 | RichardM | 0.75 | Review matters in file, concerning filing from attorney for defendant, discuss issues with associates (5/7 -5/8) | $ 225.00 | Conference/strategy Block Billing |

*the portion of the time that is clearly vague is bolded

FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES

## VAGUE TASKS*
## EX. 13

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 5/20/2015 | RichardM | 1 | Review emails, discussion with associates regarding **proper representation** | $ 300.00 | Conference/strategy Block Billing |
| 5/21/2015 | AGraham | 1 | Review case file and cases for MSJ Response | $ 250.00 | |
| 5/22/2015 | AGraham | 3.5 | Review case materials for MSJ Response | $ 875.00 | |
| 5/23/2015 | AGraham | 2.5 | **Draft MSJ material** | $ 625.00 | |
| 6/5/2015 | KeithF | 2.5 | **Reviewed file re MSJ motion** and strategized with AG | $ 687.50 | Conference/strategy Excessive Block Billing |
| 6/8/2015 | KeithF | 2 | **Reviewed file** and strategized with AG re forensic exam and MSJ response | $ 550.00 | Conference/strategy Block Billing |
| 6/16/2015 | KeithF | 0.2 | Phone call with witness | $ 55.00 | |
| 6/17/2015 | KeithF | 0.5 | **Emailed client** | $ 137.50 | |
| 6/19/2015 | KeithF | 2.5 | **Met with client** | $ 687.50 | |
| 6/22/2015 | KeithF | 1 | **Reviewed pleadings** | $ 275.00 | |
| 6/30/2015 | KeithF | 2 | **Reviewed discovery issues re cell phone** | $ 550.00 | Excessive |
| 7/1/2015 | KeithF | 0.7 | Several emails to OC re disassembling the phone | $ 192.50 | |
| 7/1/2015 | RichardM | 2 | **Review matters in file**, discuss issue of forensic examination of cell phone of client, review various emails | $ 600.00 | Conference/strategy Block Billing |
| 7/2/2015 | KeithF | 0.5 | Emailed OC about phone and spoke to client | $ 137.50 | Block Billing |
| 7/13/2015 | KeithF | 0.5 | **Reviewed stip and order** and discussed case with AG | $ 137.50 | Conference/strategy Block Billing |
| 7/15/2015 | RichardM | 0.75 | **Review matters in file**, discuss matters in file with associates | $ 225.00 | Conference/strategy Block Billing |
| 7/26/2015 | KeithF | 0.5 | **Objections to phone records** | $ 137.50 | |
| 8/14/2015 | KeithF | 0.5 | Reviewed amended complaint and discussed with AG | $ 137.50 | Conference/strategy Block Billing |
| 9/24/2015 | KeithF | 0.5 | **Spoke with client** | $ 137.50 | |
| 9/25/2015 | KeithF | 2.7 | Researched jury verdict reports, drafted a demand letter, **reviewed the file** and strategized with RGM and AG | $ 742.50 | Conference/strategy Block Billing |
| 9/25/2015 | RichardM | 0.5 | **Review matters in file**, discuss settlement strategy with associates | $ 150.00 | Conference/strategy Block Billing |

***the portion of the time that is clearly vague is bolded**

## FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES

### VAGUE TASKS*
### EX. 13

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 11/4/2015 | AGraham | 1 | Keith re: trial prep and **emails to opposing counsel re: subpoenas** | $ 250.00 | Conference/strategy Block Billing |
| 11/10/2015 | KeithF | 8 | **Reviewed deps and pleadings for trial** | $ 2,200.00 | |
| 11/11/2015 | KeithF | 4 | **Reviewed deps for trial** | $ 1,100.00 | |
| 11/12/2015 | KeithF | 6 | **Reviewed deps for trial and discussed subpoenas with AG** | $ 1,650.00 | Conference/strategy Block Billing |
| 11/14/2015 | KeithF | 5 | **Reviewed exhibits** | $ 1,375.00 | |
| 11/15/2015 | AGraham | 1.5 | **Interviews of Reeser witnesses** | $ 375.00 | |
| 11/16/2015 | KeithF | 8 | **Reviewing exhibits and deps for trial and strategized with AG** | $ 2,200.00 | Conference/strategy Block Billing |
| 11/16/2015 | AGraham | 0.7 | **Reeser Witnesses telephone calls** | $ 175.00 | |
| 11/17/2015 | KeithF | 4 | Reviewed file, edited pre-trial order, and **discussed case with AG and RGM** | $ 1,100.00 | Conference/strategy Block Billing |
| 11/21/2015 | KeithF | 8 | **Meeting with client re jury trial** | $ 2,200.00 | |
| 11/23/2015 | KeithF | 2 | Reviewed file, discussed case with RGM and **emailed client** | $ 550.00 | Conference/strategy Block Billing |
| 11/24/2015 | KeithF | 3 | Met with OC re pre-trial conference and **spoke to client** | $ 825.00 | Block Billing |
| 11/24/2015 | AGraham | 3 | Final pretrial meeting with opposing counsel and **call to client re: meeting** | $ 750.00 | Block Billing |
| 11/25/2015 | KeithF | 1 | **Reviewed file and discussed case with AG** | $ 275.00 | Conference/strategy Block Billing |
| 12/4/2015 | AGraham | 0.1 | **Email re: rescheduling pretrial conference dates** | $ 25.00 | |
| 12/9/2015 | AGraham | 0.6 | **Email re: scheduling dates** | $ 150.00 | |
| 1/18/2016 | KeithF | 3.5 | **Prep for final pre-trial conference** | $ 962.50 | |
| 1/19/2016 | KeithF | 4 | **Prepared for** and attended final pre-trial conference | $ 1,100.00 | Block Billing |
| 1/22/2016 | KeithF | 0.5 | **Reviewed file re supplemental discovery responses and the verification page** | $ 137.50 | |
| 1/22/2016 | AGraham | 0.2 | Discuss supplement to interrogatories with Keith Flynn, **call Client** | $ 50.00 | Conference/strategy Block Billing |
| 3/1/2016 | KeithF | 0.5 | **Reviewed file** and edited settlement statement | $ 137.50 | Block Billing |

**\*the portion of the time that is clearly vague is bolded**

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**VAGUE TASKS***
**EX. 13**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 3/5/2016 | AGraham | 0.5 | Talk to Keith Flynn about settlement conference, **email, call, text Client** | $ 125.00 | Conference/strategy Block Billing |
| 3/7/2016 | KeithF | 1.5 | **Reviewed file re Motions in Limine and dep of Goodroe** | $ 412.50 | |
| 3/7/2016 | AGraham | 3.2 | Motion in limine, and **Kris Goodroe call** | $ 800.00 | Block Billing |
| 3/10/2016 | KeithF | 4 | **Prepped for** and attended Mediation and discussed with client | $ 1,100.00 | Block Billing |
| 3/23/2016 | KeithF | 3 | **Research for Motions in Limine** | $ 825.00 | |
| 3/24/2016 | KeithF | 7 | **Edited responses to Motion in Limine** | $ 1,925.00 | |
| 4/6/2016 | AGraham | 3 | Discussion with Keith re: Reeser, **research for reply brief** | $ 750.00 | Conference/strategy Block Billing |
| 4/7/2016 | KeithF | 3 | **Reeser reply to Defendant's Motions in Limine** | $ 825.00 | |
| 4/15/2016 | KeithF | 4 | **Reviewed the trial exhibits** | $ 1,100.00 | |
| 4/18/2016 | KeithF | 6 | **Reviewed pleadings and began preparing trial prep materials** | $ 1,650.00 | Block Billing |
| 4/20/2016 | KeithF | 7 | Prepping testimony of Wisheart and Hood and **discussed case with AG** | $ 1,925.00 | Conference/strategy Block Billing |
| 4/21/2016 | KeithF | 5 | **Reviewing trial exhibits** | $ 1,375.00 | |
| 4/22/2016 | KeithF | 1 | **Reviewed file re medical records and discussed with AG** | $ 275.00 | Conference/strategy Block Billing |
| 4/22/2016 | AGraham | 1.6 | Call with Keith Flynn re: discovery, discussion with Michelle Coil re: reissuing subpoenas, **emails to opposing counsel, telephone to client** | $ 400.00 | Conference/strategy CLERICAL Block Billing |
| 4/24/2016 | KeithF | 4 | **Reviewed exhibits** | $ 1,100.00 | |
| 4/24/2016 | KeithF | 1 | **Reviewed prior correspondence** | $ 275.00 | |
| 4/26/2016 | KeithF | 4 | Reviewed file and prepped testimony and **discussed case with AG** | $ 1,100.00 | Conference/strategy Block Billing |
| 4/27/2016 | KeithF | 4 | **Drafted opening statement** | $ 1,100.00 | |
| 4/28/2016 | KeithF | 4 | **Met with witness** | $ 1,100.00 | |
| 4/28/2016 | KeithF | 6 | **Prepped notes, reviewed deps, put together trial binder, reviewed law** | $ 1,650.00 | CLERICAL Block Billing |
| 5/1/2016 | KeithF | 3 | **Reviewed exhibits** | $ 825.00 | |
| 5/2/2016 | KeithF | 2 | **Reviewed summary of the law** | $ 550.00 | |
| 5/2/2016 | AGraham | 0.7 | **Draft two page summary to file** | $ 175.00 | |

*the portion of the time that is clearly vague is bolded

**FEES ANALYSIS OF OPPOSING COUNSELS' BILLING ENTRIES**

**VAGUE TASKS\***
**EX. 13**

| Date | Atty | Hrs | Description | Fees | Other Reasons to Exclude Entry |
|---|---|---|---|---|---|
| 5/2/2016 | AGraham | 0.1 | Emails to opposing counsel | $ 25.00 | |
| 5/3/2016 | KeithF | 4 | Meeting with client | $ 1,100.00 | |
| 5/3/2016 | KeithF | 2 | Meeting with witness | $ 550.00 | |
| 5/3/2016 | KeithF | 2 | Reviewed exhibits | $ 550.00 | |
| 5/4/2016 | KeithF | 8 | Prepped for and met with client | $ 2,200.00 | Excessive Block Billing |
| 5/5/2016 | KeithF | 10 | Prepped for and met with client | $ 2,750.00 | Excessive Block Billing |
| 5/6/2016 | KeithF | 7 | Prepped for and met with client | $ 1,925.00 | Excessive Block Billing |
| 5/6/2016 | KeithF | 2 | Spoke with witness | $ 550.00 | |
| 5/7/2016 | KeithF | 8 | Met with client | $ 2,200.00 | Excessive |
| 5/8/2016 | KeithF | 4 | Edited and practiced opening statement | $ 1,100.00 | Block Billing |
| 5/9/2016 | KeithF | 4.5 | Met with client | $ 1,237.50 | |
| 5/10/2016 | KeithF | 4 | Met with client | $ 1,100.00 | |
| 5/14/2016 | RichardM | 2 | Review matters in preparation for trial | $ 600.00 | |
| 5/16/2016 | RichardM | 0.75 | Review matters in preparation for trial | $ 225.00 | |
| 5/17/2016 | RichardM | 0.5 | Assist in preparation for trial, review matters in file | $ 150.00 | Block Billing |
| 5/18/2016 | KeithF | 4 | Met with client | $ 1,100.00 | |
| | Total: | 336.85 | | $ 92,100.00 | |

\*the portion of the time that is clearly vague is bolded