UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Stephanie Dawkins Davis

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI 48226-0840 | Detroit, MI 48226 |
| (313) 964-4454 Phone | (313) 481-7300 Phone |
| (313) 964-4490 Fax | |

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE
TO EXCEED PAGE LIMIT FOR REPLY BRIEF
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**

    NOW COMES Plaintiff NATALIE REESER, by and through her counsel, requests that this Court allow Plaintiff to file a Reply Brief in Support of her Motion for Attorneys' Fees that exceeds the seven page limit established by L.R. 7.1(d)(3)(B) by an additional thirteen (13) pages. Defendant's Brief in Opposition to Plaintiff's Motion is **33 pages long** with an additional **215 pages of exhibits**. Many of these exhibits are charts that include **four alleged justifications** to exclude or reduce attorney fees for each time entry over a two year case. Such a length is

1

absurd and quite frankly ironic for a post-judgment response that asks this court to deny attorney fees, because Plaintiff's actions have led to excessive litigation. It is simply impossible to reply to each of the issues raised in Defendant's **250 page tome** in 7 pages. For this reason, Plaintiff requests an extension to twenty (20) pages to adequately address Defendant's arguments.

    Plaintiff sought concurrence and was unable to obtain a response.

Respectfully submitted,

**MILLER COHEN, P.L.C.**

By: /s/Adam C. Graham
Keith D. Flynn (P74192)
Adam C. Graham (P79361)
*Attorneys for Plaintiff*
600 W. Lafayette Blvd., 4th Floor
Detroit, MI  48226
(313) 964-4454

Dated: July 15, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

   Plaintiff,

v

**HENRY FORD HOSPITAL**,

   Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Stephanie Dawkins Davis

| | |
|---|---|
| **MILLER COHEN, P.L.C.**<br>Keith D. Flynn (P74192)<br>Adam C. Graham (P79361)<br>*Attorneys for Plaintiff*<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI  48226-0840<br>(313) 964-4454 Phone<br>(313) 964-4490 Fax | **VARNUM LLP**<br>Terrance J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>*Attorneys for Defendant*<br>160 W. Fort, 5th Floor<br>Detroit, MI 48226<br>(313) 481-7300 Phone |

## CERTIFICATE OF SERVICE

  I hereby certify that on *July 15, 2016*, I electronically filed the foregoing document(s) with the Court using the ECF system, which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        **MILLER COHEN, P.L.C.**

        By: /s/Adam C. Graham
          Keith D. Flynn (P74192)
          Adam C. Graham (P79361)
          *Attorneys for Plaintiff*
          600 W. Lafayette Blvd., 4th Floor
          Detroit, MI  48226
          (313) 964-4454