UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

                Plaintiff(s),

v.                                          Case No. 2:14–cv–11916–GCS–SDD
                                          Hon. George Caram Steeh

Henry Ford Hospital,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

    Sealed Motion – #123

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge George Caram Steeh *without* oral argument.

- RESPONSE DUE:  August 4, 2016

- REPLY DUE:  August 23, 2016

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

Courtesy copies must be securely bound

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/M. Beauchemin
                                                     Case Manager

Dated:  July 20, 2016