# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

                Plaintiff(s),

v.                                        Case No. 2:14−cv−11916−GCS−SDD
                                        Hon. George Caram Steeh

Henry Ford Hospital,

                Defendant(s).

_____

**JUDGMENT FOR PLAINTIFF(S)**
**Jury Verdict**

    This action came before the Court for a trial by jury. This action was tried and the jury has rendered its verdict.

    IT IS ORDERED that Plaintiff(s) recover of Defendant(s) the amount of $3,200.00 with interest at the rate provided by law.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ M. Beauchemin
                                                 Deputy Clerk

Dated: May 19, 2016

Approved as to form:

s/ George Caram Steeh