# EXHIBIT F

BIOGRAPHICAL SKETCH OF
**KEITH D. FLYNN**

Keith D. Flynn graduated summa cum laude from Albion College with a Bachelor's degree in Political Science and Management. Keith Flynn graduated from Michigan State University in 2010 where he attained his Juris Doctorate cum laude and a Master's degree in Human Resources and Labor Relations. While at Michigan State, he served on the editorial board of the Michigan State Law Review. He has worked for the National Labor Relations Board in Detroit and acted as a member of the Bargaining Support Team at Michigan State University negotiating the first contract for a newly certified bargaining unit of non-tenured track faculty.

Mr. Flynn has been an attorney with Miller Cohen PLC since 2010 where his primary practice area has been labor and employment law.  Since that time, Attorney Flynn has represented labor unions and employees in numerous matters involving complex civil litigation, including but not limited to, claims brought under the U.S. and Michigan Constitutions, the National Labor Relations Act, the Michigan Employment Relations Act, Title VII of the Civil Rights Act, the Americans with Disabilities Act, the Age Discrimination in Employment Act, the Family Medical Leave Act, the Surface Transportation Assistance Act, the Michigan Wage and Fringe Benefits Act, the Fair Labor Standards Act, and the Whistleblower Protection Act.  Attorney Flynn has litigated several whistleblower and retaliation claims, including but not limited to: Phelps – Lapeer County Circuit Court, 11-044336-CZ(H), Wenz – Oakland County Circuit Court, 12-126515-CK, Majchrzak – United States District Court, Eastern District of Michigan, 10-13971, Reeder – United States District Court, Eastern District of Michigan, 15-10177, Watson – United States District Court, Eastern District of Michigan, 15-15461, Turner – United States District Court, Eastern District of Michigan, 11-00300, Menary – Macomb County Circuit Court, 15-2129-CD, Gammon/Paige – United States District Court, Eastern District of Michigan, 09-11657, Pfund – Genesee County Circuit Court, 15-105697, Ramsey – United States District Court, Eastern District of Michigan, 12-10192.