MIED (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| Natalie Reeser | ) | |
|---|---|---|
| | ) | Case No. 2:14-cv-11916-GCS-MJH |
| v. | ) | |
| Henry Ford Health System d/b/a Henry Ford Hospital | ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __5/19/16__ against __Henry Ford Health System d/b/a Henry Ford Hosp__,
the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
|---|---|---|
| A. Fees of the Clerk | | |
| B. Fees for service of summons and subpoena | See attached exhibits | 554.84 |
| C. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | See attached Deposition Breakdown | 4247.06 |
| D. Fees and disbursements for printing | | |
| E. Fees for witnesses *(itemize on page two)* | See attached exhibits | 278.83 |
| F. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | See attached exhibits | 726.50 |
| G. Docket fees under 28 U.S.C. 1923 | See attached exhibits | 400.00 |
| H. Costs as shown on Mandate of Court of Appeals | | |
| I. Compensation of court-appointed experts | | |
| J. Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K. Other costs *(please itemize)* | See attached exhibits | 4208.37 |
| | TOTAL | 11,372.74 |

***SPECIAL NOTE:*** **Attach to your bill an itemization and documentation for requested costs in all categories.**

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✓ Electronic service  ☐ First class mail postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: Adam C. Graham

For: Natalie Reeser                                                                 Date: 8/24/16
     *Name of Claiming Party*

AO 133 (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jill Hood, 1154 Surrey Ln, South Lyon, MI 48178 | 1 | $12.00 | | | 80 | $46.75 | $58.75 |
| Jill Hood, c/o Barnum LLP, 39500 High Pte Blvd, Novi, MI 48375 | 1 | $12.00 | | | 53.66 | $30.85 | $42.85 |
| HFHS, Ford Pl, Detroit, MI 48202 | | | | | 3.4 | | $1.96 |
| HFHS, Ford Pl, Detroit, MI 48202 | | | | | 3.4 | | $1.96 |
| Jill Hood, c/o Terry Miglio, 160 W Fort St, 5th Fl, Detroit, MI 48226 | 1 | $12.00 | | | | $12.50 | $24.50 |
| Deserie Miller, 32836 Kathleen Dr, Chesterfield, MI 48047 | | | | | 34.50 | $19.84 | $19.84 |
| Debra Reeser, 1853 Muskegon, St Helen, MI 48656 | | | | | 177.5 | $102.06 | $102.06 |
| Chanda Gibson, 16242 Carlisle St, Detroit, MI 48205 | | | | | 12.3 | $7.07 | $7.07 |
| Deserie Miller, 32836 Kathleen Dr, Chesterfield, MI 48047 | | | | | 34.5 | $19.84 | $19.84 |
| | | | | | **TOTAL** | | $278.83 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## DEPOSITION BREAKDOWN

Deposition transcripts used in **Post-Judgment Motions** filed after the submission of the Bill of Costs:

1. Deposition of Natalie Reeser – used in Plaintiff's Response to Defendant's Motion for Judgment filed July 12, 2016, pg. 11 (attached)

Deposition transcripts necessarily obtained for use in the case under 28 U.S.C. §1920(2) to support motions, examination of witnesses, the scope of discovery, and argument at trial. See *MacDonald v. United Parcel Serv.*, No. 07-12022, 2010 WL 1254607 (E.D. Mich. Mar. 26, 2010) (attached)

1. Deposition of Natalie Reeser
2. Deposition of Jill Hood
3. Deposition of Martha Wiseheart
4. Deposition of Fiona Bork

Deposition transcripts used for impeachment at trial:

1. Deposition of Jill Hood – read into the record on or about May 12, 2016
2. Deposition of Fiona Bork - read into the record on or about May 11, 2016 and May 12, 2016

Deposition transcripts used in motions:

1. Deposition of Natalie Reeser – used in Plaintiff's Response to Defendant's Motion for Summary Judgment filed June 10, 2015 – pg. 1, 2, 3, 6, 7, 9, 10, 11, 14, 17, 24, 25
2. Deposition of Jill Hood - used in Plaintiff's Response to Defendant's Motion for Summary Judgment filed June 10, 2015 – pg. 4, 5, 6, 7, 8, 11, 12, 13, 17, 18, 19, 20, 22, 23, 25
3. Deposition of Martha Wiseheart filed June 10, 2015 – used in Plaintiff's Response to Defendant's Motion for Summary Judgment – pg. 1, 2, 3, 14, 20, 21
4. Deposition of Fiona Bork filed June 10, 2015 - used in Plaintiff's Response to Defendant's Motion for Summary Judgment – pg. 2, 12, 20, 21, 22

## Costs for Natalie Reeser

| Delivery | Date | Cost | Description |
|---|---|---|---|
| | 7/22/2015 | $80.00 | Area Delivery to Spectrum Computer Forensics |
| Total | | $80.00 | |

### Fees of Service of Summons and Subpoena

| Date | Cost | Description |
|---|---|---|
| 5/19/2014 | $35.00 | Serve Summons & Complaint/Return POS Detroit |
| 5/19/2014 | $60.00 | Serve Summons & Complaint/Return POS (Novi) |
| 6/10/2014 | $275.00 | Serve Summons and Complaint/Return POS Detroit |
| 12/29/2015 | $60.00 | Process Service on Chanda Gibson |
| 12/15/2015 | $60.00 | Process Service Henry Ford Health System |
| 4/28/2016 | $19.84 | Process Service to Desire Miller |
| 12/15/2015 | $25.00 | Process Service Henry Ford Health System |
| 4/28/2016 | $20.00 | Process Service Henry Ford Hospital |
| Total | $554.84 | |

### Computerized Research

| Date | Cost | Description |
|---|---|---|
| 5/19/2014 | $58.32 | Computerized Research for the Month of May |
| 7/9/2014 | $167.17 | Computerized Research for the Month of June |
| 7/31/2014 | $24.76 | Computerized Research for the Month of July |
| 10/21/2014 | $11.08 | Computerized Research for the Month of August |
| 11/24/2014 | $9.87 | Computerized Research for the Month of September |
| 12/22/2014 | $227.98 | Computerized Research for the Month of November |
| 2/24/2015 | $36.81 | Computerized Research for the Month of February |
| 3/13/2015 | $77.49 | Computerized Research for the Month of March |
| 4/22/2015 | $370.51 | Computerized Research for the Month of April |
| 6/30/2015 | $55.91 | Computerized Research for the Month of May |
| 7/31/2015 | $597.97 | Computerized Research for the Month of June |
| 8/30/2015 | $746.77 | Computerized Research for the Month of July |
| 10/27/2015 | $174.91 | Computerized Research for the Month of October |
| 12/23/2015 | $870.53 | Computerized Research for the Month of December |
| 2/29/2016 | $23.43 | Computerized Research for the Month of February |
| 3/31/2016 | $744.75 | Computerized Research for the Month of March |

## Costs for Natalie Reeser

| | | |
|---|---|---|
| 4/12/2016 | $779.58 | Computerized Research for the Month of April |
| **Total** | **$4,977.84** | |

### Filing Fees

| | | |
|---|---|---|
| 6/18/2014 | $400.00 | Complaint and Demand for Jury Trial |
| | **$400.00** | |

### Court Reporter

| | | |
|---|---|---|
| 3/24/2015 | $2,036.00 | Transcript of the Deposition of Fiona Bork on March 16/2015 |
| 4/8/2015 | $79.50 | Natalie Reeser Deposition |
| 4/22/2015 | $773.75 | Natalie Reeser Deposition |
| 5/14/2015 | $1,275.00 | Transcript of the Deposition of Jill Hood |
| 4/27/2016 | $82.80 | Transcript of motion hearing held on April 21,2016 |
| **Total** | **$4,247.05** | |

### Witness Fees

| | | Name and address |
|---|---|---|
| 3/4/2015 | $42.85 | Jill Hood, C/O Varnum LLP, 39500 High Pointe Blvd. Suite 350, Novi, MI 48375 |
| 2/20/2015 | $58.75 | Natalie Reeser, 9801 Merideth Grade, Harrison, MI 48625 |
| 11/24/2015 | $19.84 | Desirie Miller, 32836 Kathleen Drive, Chesterfield Township, MI 48047 |
| 11/19/2015 | $7.07 | Chanda Gibson, 16242 Carlisle Street, Detroit, MI 48205 |
| 4/12/2016 | $102.06 | Debra Reeser, 1853 Muskegon, St. Helen, MI 48656 |
| 4/12/2016 | $19.84 | Desirie Miller, 32836 Kathleen Drive, Chesterfield Township, MI 48047 |
| 4/14/2016 | $3.92 | Henry Ford Health System, Detroit, MI |
| 4/12/2016 | $24.50 | Jill Hood, C/O Terry Miglio 160 W. Fort Street,5th Floor, Detroit, MI 48226 |
| **Total** | **$278.83** | |

### Document Production/Copies

| | | |
|---|---|---|
| 1/8/2015 | $30.50 | Document Production from Varnum LLP |
| 3/1/2015 | $189.75 | Human Resource Records from Various Employers, Michigan Legal Copy LLC |
| 6/23/2015 | $318.00 | Human Resource Records from Various Employers, Michigan Legal Copy LLC |
| 2/26/2016 | $92.00 | Quest Diagnostics, Michigan Legal Copy LLC |
| 4/22/2015 | $33.00 | Personnel Records from Ledin Home Health Care |
| 4/29/2015 | $63.25 | Cell phone records |
| | **$726.50** | |

## Costs for Natalie Reeser

Total

### Travel Expenses

| Total | 11/16/2015 | $98.52 | Hotel Accomodations in Flint, Michgan |
|---|---|---|---|
| | | $98.52 | |
| UPS | 2/16/2015 | $38.54 | UPS overnight |
| | 2/24/2016 | $13.47 | UPS overnight |
| Total | | $52.01 | |

Grand Total   $11,415.59