# EXHIBIT A

| 6/2/2016 | Miller Cohen PLC | | |
| 10:16 AM | Slip Listing | Page | 1 |

---

### Selection Criteria

| Clie.Selection | Include: Reeser, Natalie |
| Slip.Transaction Typ | Expense |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID | | Units | Rate | Slip Value |
| Dates and Time | Timekeeper | | | |
| Posting Status | Activity | DNB Time | Rate Info | |
| Description | Client | Est. Time | Bill Status | |
| | Reference | Variance | | |
|---|---|---|---|---|
| 80731          EXP | LizM | 1 | 35.00 | 35.00 |
| 5/19/2014 | Delivery Fee | | | |
| WIP | Reeser, Natalie | | | |
| Delivery Fee Serve Summons & Complaint/Return POS Detroit on May 14th | | | | |
| 80732          EXP | LizM | 1 | 60.00 | 60.00 |
| 5/19/2014 | Delivery Fee | | | |
| WIP | Reeser, Natalie | | | |
| Delivery Fee - Serve Summons & Complaint/Return POS (Novi) | | | | |
| 80757          EXP | LizM | 1 | 58.32 | 58.32 |
| 5/19/2014 | Computerized Researc | | | |
| WIP | Reeser, Natalie | | | |
| Computerized Research for the month of May | | | | |
| 81062          EXP | LizM | 1 | 275.00 | 275.00 |
| 6/10/2014 | Delivery Fee | | | |
| WIP | Reeser, Natalie | | | |
| Delivery Fee - Serve Summons & Complaint/Return POS Detroit on May 16,2014 | | | | |
| 81329          EXP | LizM | 1 | 167.17 | 167.17 |
| 7/9/2014 | Computerized Researc | | | |
| WIP | Reeser, Natalie | | | |
| Computerized Research for the month of June | | | | |
| 81352          EXP | LizM | 1 | 400.00 | 400.00 |
| 6/18/2014 | Filing Fee | | | |
| WIP | Reeser, Natalie | | | |
| Filing Fee - Complaint and demand for Jury Trial | | | | |
| 81920          EXP | LizM | 1 | 24.78 | 24.78 |
| 7/31/2014 | Computerized Researc | | | |
| WIP | Reeser, Natalie | | | |
| Computerized Research for the month of July | | | | |

6/2/2016                          Miller Cohen PLC
10:16 AM                          Slip Listing                        Page    2

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 84434 | EXP | Jennifer B | 1 | 11.08 | 11.08 |
| 10/21/2014 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| September Computerized Research | | | | | |
| 85190 | EXP | LizM | 1 | 9.87 | 9.87 |
| 11/24/2014 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of November | | | | | |
| 86049 | EXP | LizM | 1 | 227.98 | 227.98 |
| 12/22/2014 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of November | | | | | |
| 86934 | EXP | LizM | 1 | 30.50 | 30.50 Copies |
| 1/8/2015 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous document production | | | | | |
| 87816 | EXP | LizM | 1 | 38.54 | 38.54 UPS |
| 2/16/2015 | | UPS Overnight | | | |
| WIP | | Reeser, Natalie | | | |
| UPS Overnight to Natalie Reeser on 1/16 | | | | | |
| 87819 | EXP | LizM | 1 | 58.75 | 58.75 W |
| 2/20/2015 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - Witness Fee and Round Trip Travel Expenses for Deposition Duces Tecum and Subpoena to Testify on March 19, 2015 | | | | | |
| 87821 | EXP | LizM | 1 | 13.47 | 13.47 UPS |
| 2/24/2015 | | UPS Overnight | | | |
| WIP | | Reeser, Natalie | | | |
| UPS Overnight | | | | | |
| 87850 | EXP | LizM | 1 | 36.81 | 36.81 C |
| 2/24/2015 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of February | | | | | |
| 88638 | EXP | LizM | 1 | 189.75 | 189.75 Copies |
| 3/1/2015 | | Copy Corps | | | |
| WIP | | Reeser, Natalie | | | |
| Copy Corps Record Copys | | | | | |

6/2/2016                          Miller Cohen PLC
10:16 AM                           Slip Listing                          Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 88642                    EXP<br>3/24/2015<br>WIP<br>Process Server - on Wed 2/25/15 | LizM<br>Process Server<br>Reeser, Natalie | 1 | 15.00 | 15.00<br>*Returned papers* |
| 88643                    EXP<br>3/24/2015<br>WIP<br>Court Reporter - Transcript of the Deposition of<br>Fiona Bork on March 16,2015 | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 2036.00 | 2036.00  R |
| 88649                    EXP<br>4/8/2015<br>WIP<br>Court Reporter Natalie Reese Deposition | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 79.50 | 79.50  R |
| 88732                    EXP<br>3/13/2015<br>WIP<br>Computerized Research for the month of March | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 77.49 | 77.49  C |
| 89560                    EXP<br>4/22/2015<br>WIP<br>Court Reporter - Volume 1 Natalie Reeser<br>Deposition | LizM<br>Court Reporter<br>Reeser, Natalie | *Duplicate entry* | ~~773.75~~ | ~~778.75~~  R |
| 89561                    EXP<br>4/22/2015<br>WIP<br>Copy Corps - Personnel records for Natalie Reeser | LizM<br>Copy Corps<br>Reeser, Natalie | 1 | 33.00 | 33.00  *Copies* |
| 89564                    EXP<br>4/29/2015<br>WIP<br>Copy Corps - Cell phone records | LizM<br>Copy Corps<br>Reeser, Natalie | 1 | 63.25 | 63.25  *Copies* |
| 89600                    EXP<br>4/22/2015<br>WIP<br>Computerized Research for the month of April | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 370.51 | 370.51  C |
| 89968                    EXP<br>5/14/2015<br>WIP<br>Court Reporter - transcript of the Deposition of Jill<br>Hood | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 1275.00 | 1275.00  R |
| 90833                    EXP<br>6/23/2015<br>WIP<br>Copy Corps - Personnel Records from Quest | LizM<br>Copy Corps<br>Reeser, Natalie | 1 | 318.00 | 318.00  *Copies* |

6/2/2016                              Miller Cohen PLC
10:16 AM                              Slip Listing                              Page      4

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Diagnostics, HFHS-Macomb-Clinton Township,
Processing fee HFHS- Detroit

| 90862 | EXP | LizM | 1 | 55.91 | 55.91 |
| 6/30/2015 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of May | | | | | |

| 91801 | EXP | LizM | 1 | 80.00 | 80.00 |
| 7/22/2015 | | Delivery Fee | | | |
| WIP | | Reeser, Natalie | | | |
| Delivery Fee - Area Delivery to Spectrum Computer Forensics | | | | | |

| 91872 | EXP | LizM | 1 | 597.97 | 597.97 |
| 7/31/2015 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of June | | | | | |

| 92236 | EXP | LizM | 1 | 746.77 | 746.77 |
| 8/30/2015 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of July | | | | | |

| 92257 | EXP | LizM | 1 | 773.75 | 773.75 |
| 8/28/2015 | | Court Reporter | | | |
| WIP | | Reeser, Natalie | | | |
| Court Reporter - Tri-County Court Reporter Fees | | | | | |

| 94854 | EXP | LizM | 1 | 174.91 | 174.91 |
| 10/27/2015 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of October | | | | | |

| 95302 | EXP | LizM | 1 | 60.00 | 60.00 |
| 12/29/2015 | | Process Server | | | |
| WIP | | Reeser, Natalie | | | |
| Process Server  on Chanda Gibson | | | | | |

| 95313 | EXP | LizM | | 9.95 | 9.95 |
| 11/19/2015 | | Mileage | | | |
| WIP | | Reeser, Natalie | | | |
| Mileage for Shameeka Johnson Buck | | | | | |

*Voided to need to remove* (handwritten)

| 95326 | EXP | LizM | 1 | 19.84 | 19.84 |
| 11/24/2015 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - Witness fee for Desierie Miller | | | | | |

6/2/2016                              Miller Cohen PLC
10:16 AM                              Slip Listing                              Page      5

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95327 | EXP | LizM | 1 | 7.07 | 7.07 |
| 11/19/2015 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous witness fee for Chanda Gibson | | | | | |
| 95328 | EXP | LizM | 1 | 25.00 | 25.00 |
| 12/15/2015 | | Process Server | | | |
| WIP | | Reeser, Natalie | | | |
| Process Server -Henry Ford Health System | | | | | |
| 95329 | EXP | LizM | 1 | 60.00 | 60.00 |
| 12/15/2015 | | Process Server | | | |
| WIP | | Reeser, Natalie | | | |
| Process Server - Henry Ford Health System for hourly pay | | | | | |
| 95382 | EXP | LizM | 1 | 870.53 | 870.53 |
| 12/23/2015 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of December | | | | | |
| 95385 | EXP | LizM | 1 | 95.82 | 95.82 |
| 12/29/2015 | | Hotel | | | |
| WIP | | Reeser, Natalie | | | |
| Hotel accommodations on 11/16 in Flint Michigan | | | | | |
| 97264 | EXP | LizM | 1 | 23.43 | 23.43 |
| 2/29/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of February | | | | | |
| 97853 | EXP | LizM | 1 | 92.00 | 92.00 |
| 3/3/2016 | | Court Reporter | | | |
| WIP | | Reeser, Natalie | | | |
| Court Reporter - Natalie Reeser - Quest Diagnostics records | | | | | |
| 97886 | EXP | LizM | 1 | 744.75 | 744.75 |
| 3/31/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of March | | | | | |
| 98511 | EXP | LizM | 1 | 19.84 | 19.84 |
| 4/28/2016 | | Process Server | | | |
| WIP | | Reeser, Natalie | | | |
| Process Server to Desire Miller | | | | | |

6/2/2016                              Miller Cohen PLC
10:16 AM                                Slip Listing                          Page      6

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 98517 | EXP | LizM | 1 | 102.06 | 102.06 |
| 4/12/2016 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - witeness and mileage fee for trial | | | | | |
| 98518 | EXP | LizM | 1 | 19.84 | 19.84 |
| 4/12/2016 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - witness  and mileage fee for Trial | | | | | |
| 98519 | EXP | LizM | 1 | 24.50 | 24.50 |
| 4/12/2016 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - witness and mileage fee Jill Hood | | | | | |
| 98525 | EXP | LizM | 1 | 3.92 | 3.92 |
| 4/14/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Witness fees for Henry Ford Health System | | | | | |
| 98528 | EXP | LizM | 1 | 82.80 | 82.80 |
| 4/27/2016 | | Court Reporter | | | |
| WIP | | Reeser, Natalie | | | |
| Court Reporter - Transcript of motion hearing held on April 21,2016 | | | | | |
| 98532 | EXP | LizM | 1 | 20.00 | 20.00 |
| 4/28/2016 | | Delivery Fee | | | |
| WIP | | Reeser, Natalie | | | |
| Delivery Fee - Process Service Henry Ford Hospital | | | | | |
| 98547 | EXP | LizM | 1 | 779.58 | 779.58 |
| 4/12/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of April | | | | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 0.00 | | 12168.76 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 12168.76 |

**Diane Boxie**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, May 13, 2014 5:28 PM |
| **To:** | Diane Boxie |
| **Subject:** | Pay.gov Payment Confirmation: MIED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact MIED CM ECF Helpdesk at (313) 234-5042.

Application Name: MIED CM ECF
Pay.gov Tracking ID: 25FNDMAU
Agency Tracking ID: 0645-4640155
Transaction Type: Sale
Transaction Date: May 13, 2014 5:28:29 PM

Account Holder Name: Bruce A. Miller
Transaction Amount: $400.00
Billing Address: 600 W. Lafayette Blvd.
Billing Address 2: 4th Floor
City: Detroit
State/Province: MI
Zip/Postal Code: 48226
Country: USA
Card Type: Visa
Card Number: ************8264

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

## Diane Boxie

| | |
|---|---|
| **From:** | cmecfadmin@mied.uscourts.gov |
| **Sent:** | Tuesday, May 13, 2014 5:30 PM |
| **To:** | do_not_reply@mied.uscourts.gov |
| **Subject:** | Complaint in 2:14-cv-11916-GCS-MJH v. Henry Ford Hospital |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of Michigan

### Notice of Electronic Filing

The following transaction was entered by Flynn, Keith on 5/13/2014 at 5:29 PM EDT and filed on 5/13/2014

| | |
|---|---|
| **Case Name:** | v. Henry Ford Hospital |
| **Case Number:** | 2:14-cv-11916-GCS-MJH |
| **Filer:** | Natalie Reeser |
| **Document Number:** | 1 |
| **Judge(s) Assigned:** | George Caram Steeh (presiding), Michael J. Hluchaniuk (referral) |

**Docket Text:**
**COMPLAINT *and Demand for Jury Trial* filed by Natalie Reeser against Henry Ford Hospital with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-4640155 - Fee: $ 400. County of 1st Plaintiff: Macomb - County Where Action Arose: Wayne - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D) (Flynn, Keith)**

**2:14-cv-11916-GCS-MJH Notice has been electronically mailed to:**

Keith D. Flynn    kflynn@millercohen.com, dboxie@millercohen.com, kgolba@millercohen.com, suedolesh@millercohen.com

**2:14-cv-11916-GCS-MJH Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

1

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-0
] [3cfa68d9ff458d9b24936aa21d75059f98506dfef3ef5890d8bde121c35031245ce
11c42735b35ff35a5214c81f7276d0d86b244cc274c884bc6d7518dfb29a3]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-1
] [8f0c0ef900df83a8cb56bf424b1d59e3f367225b1a423627a3e96fbee20f6d0d277
bd8f35b1fa60f257bdb5ecd9f4b25b74e5f3002136398812540d7cc445b33]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-2
] [2e1f4ffe55d3d207aed09f8d3c18a50d654b0115264f6c597965e10ff3a60f774c9
9c8c0995bdf7915977b2c95ed2e26c9875ea0ac57473d772e8bc0251dc308]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-3
] [544ce2f6a3358a3b984f485e29c60b43e76b10f896d7c8560f494ca23fcbca8670f
593e61390067564c3ddc3a46592d922f082e56ce0565f0ee9d4023be500d6]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-4
] [771c9e6fd0d3dafd6e98da1cad68cd0cf08f08f44ee0071449ba0be5471cee7108c
cfad4b38889e2d4f5f7501287937b8c2542111620f17acb370220931c3efb]]

# MILLER COHEN, P.L.C.

ATTORNEYS AND COUNSELORS AT LAW

600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840

(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101

(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
TERI L. DENNINGS
JACK W. SCHULZ

JOHANNA L. KONONEN
OF COUNSEL

May 14, 2014

**VIA HAND-DELIVERY**

Mr. Edie Eisenman
Henry Ford Hospital
Risk and Insurance Services
1 Ford Place, Suite 4B
2799 W. Grand Blvd.
Detroit MI, 48202

> Re: *Natalie Reeser v. Henry Ford Hospital*
> USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
> Our File No.:14-15246

Dear Mr. Eisenman:

Please find enclosed a **SUMMONS IN A CIVIL ACTION** in the above-referenced matter.

If you should you have any questions, please do not hesitate to contact me.

Sincerely,

**MILLER COHEN, P.L.C.**

Keith D. Flynn, Esq.

/db
Enclosure

cc:     Mr. Bruce A. Miller (w/o encl.)
        Ms. Natalie Reeser



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:14−cv−11916−GCS−MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Henry Ford Hospital

Date of Service:    _SP 5-14-14_

# Method of Service

✓ Personally served at this address: _2799 W. Grand Blvd, Suite 4B Detroit, MI 48202_

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

# Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _Sirron Branch_

Signature of Server: _(signature)_

Date: _SP 5/14/14_

Server's Address: _24350 Rensselaer Street Oak Park, MI 48237_

# MILLER COHEN, P.L.C.
### ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840

(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101

(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
TERI L. DENNINGS
JACK W. SCHULZ

JOHANNA L. KONONEN
OF COUNSEL

May 15, 2014

**VIA HAND-DELIVERY**

Mr. Terrance J. Miglio
Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Re:  *Natalie Reeser v. Henry Ford Hospital*
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
Our File No.:14-15246

Dear Mr. Miglio:

Please find enclosed the following documents in the above-referenced matter, along with *Proof of Service*:

1. **COMPLAINT AND DEMAND FOR JURY TRIAL**
2. **SUMMONS IN A CIVIL ACTION**

If you should you have any questions, please do not hesitate to contact me.

Sincerely,

**MILLER COHEN, P.L.C.**

Keith D. Flynn, Esq.

/db
Enclosures

cc:   Mr. Bruce A. Miller (w/o encl.)



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:14–cv–11916–GCS–MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Henry Ford Hospital

Date of Service:  5/15/14

## Method of Service

☑ Personally served at this address: 39500 High Pointe Boulevard Suite 350
Novi, MI 48375

____ Left copies at defendant's usual place of abode with (name of person): Mr. Terrance J. Miglio

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  Sirrau Brand

Signature of Server:

Date:  5/15/14

Server's Address:  24350 Rensselaer Street
Oak Park, MI 48237

# MILLER COHEN, P.L.C.

### ATTORNEYS AND COUNSELORS AT LAW

600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840

(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101

(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
TERI L. DENNINGS
JACK W. SCHULZ

JOHANNA L. KONONEN
OF COUNSEL

May 16, 2014

**VIA HAND-DELIVERY and U.S. REGISTERED MAIL**

Ms. Edie Eisenman
Henry Ford Hospital
Risk and Insurance Services
1 Ford Place, Suite 4B
2799 W. Grand Blvd.
Detroit MI, 48202

Re:   *Natalie Reeser v. Henry Ford Hospital*
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
Our File No.:14-15246

Dear Ms. Eisenman:

Please find enclosed a **SUMMONS AND COMPLAINT AND DEMAND FOR A JURY TRIAL** in the above-referenced matter, along with *Proof of Service*.

If you should you have any questions, please do not hesitate to contact me.

Sincerely,

**MILLER COHEN, P.L.C.**

Keith D. Flynn, Esq.

KDF/db
Enclosures

cc:   Mr. Bruce A. Miller (w/o encl.)
Mr. Terrence J. Miglio (Varnum LLP)
Ms. Natalie Reeser



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:14–cv–11916–GCS–MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Henry Ford Hospital

Date of Service:     05|16|14

## Method of Service

✓ Personally served at this address: 1 Ford Place, Suite 4B

_____ Left copies at defendant's usual place of abode with (name of person): Ms Edie Eisenman

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     Simon Brand

Signature of Server:     SB

Date:     05|16|14

Server's Address:     24350 Rensselaer Street
OAK PARK, MI 48237

**Michigan Legal Copy, LLC**

**4121 Okemos Road**
**Suite 12**
**Okemos, MI 48864-3220**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/21/2015 | 27865 |

| Ship To |
|---------|
| Mr. Keith D. Flynn |
| Miller Cohen, P.L.C. |
| 600 W. Lafayette Blvd., 4th Floor |
| Detroit, MI  48226 |

| Bill To |
|---------|
| same |

TIMESLIPS
5/26/16

| Claim Number | Terms | File Number | Attorney |
|--------------|-------|-------------|----------|
|  | Net 30 |  | **Keith Flynn** |

| Description | Amount |
|-------------|--------|
| Processing Fee | 30.00 |
| Per Page Fee | 3.00 |
| Postage | 0.00 |
|  |  |
| Re: Natalie K. Reeser |  |
| Deponent: Leelin Home Health Care- HR/Personnel Records |  |

PAID
4/22/15
# 28079

**MILLER COHEN PLC**
   Michigan Legal Copy

Item to be Paid - Description

Personnel records Natalie Reeser

| Check Number: | 28079 |
| Check Date: | Apr 22, 2015 |
| Check Amount: | $33.00 |
| Discount Taken | |

28079

Amount Paid

33.00

**Michigan Legal Copy, LLC**

# Invoice

4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

| Date | Invoice # |
|------|-----------|
| 4/28/2015 | 27932 |

| Ship To . |
|-----------|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI  48226 |

| Bill To |
|---------|
| same |

| Claim Number | Terms | File Number | Attorney |
|--------------|-------|-------------|----------|
| | Net 30 | | Keith Flynn |

| Description | Amount |
|-------------|--------|
| Processing Fee | 30.00 |
| Per Page Fee | 33.25 |
| | 0.00 |

**MILLER COHEN PLC**

Michigan Legal Copy

**TIMESLIPS**

Check Number: 28134      28134
Check Date: Apr 29, 2015

Item to be Paid - Description

records copy Natalie Reeser

Check Amount: $63.25
Discount Taken

Amount Paid

63.25

**TIMESLIPS** 5/26/13

SSLM102   USE WITH 91500 ENVELOPE

Deluxe For Business 1-800-225-6380 or www.nebs.com

PRINTED IN U.S.A.

140  C7A8DD  STXRX5  03/25/2015 04:08

ID #009889
EIN 61-1597782

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

**Michigan Legal Copy, LLC**

**4121 Okemos Road**
**Suite 12**
**Okemos, MI 48864-3220**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/24/2015 | 27517 |

| Ship To | Bill To |
|---------|---------|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI  48226 | same |

**MILLER COHEN PLC**                                                                                    27920

Michigan Legal Copy

Check Number:    27920
Check Date:    Feb 1, 2015

Check Amount:    $189.75
Discount Taken          Amount Paid

Item to be Paid - Description

record copies                                                                     189.75

PRODUCT SSLM102    USE WITH 91500 ENVELOPE          Deluxe For Business 1-800-225-6380 or www.nebs.com          PRINTED IN U.S.A.         A
                                                                                                               180  AC1368  STXRX1  12/05/2014 05:22

Processing Fee                                                                              30.00
Re: Natalie Reeser
Deponent: Davis Smith- HR Records

Processing Fee                                                                              30.00
Per Page Fee                                                                                  4.50

| ID #009889 | | **Total** | |
|---|---|---|---|
| EIN 61-1597782 | | | |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

# Statement

Michigan Legal Copy, LLC
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

TIMESLIPS
8/4/15 bg

| Date |
| --- |
| 6/16/2015 |

Ms. Michelle Coil

To: ACCOUNTS PAYABLE

Mr. Keith D. Flynn
Miller Cohen, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226

PAID
6/23/15
#28265

| Amount Due | Amount Enc. |
| --- | --- |
| $318.00 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 04/27/2015 | INV #27921. Due 05/27/2015. Orig. Amount $318.00. | 318.00 | 318.00 |

**MILLER COHEN PLC**

Michigan Legal Copy

28265

Check Number: 28265
Check Date: Jun 23, 2015

Check Amount: $318.00
Discount Taken     Amount Paid

Item to be Paid - Description

records copy

318.00

PRODUCT SSLM102   USE WITH 91500 ENVELOPE   Deluxe For Business 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.

21 C7A8DD STXRX5 03/25/2015 04:08

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 318.00 | 0.00 | 0.00 | 0.00 | $318.00 |

*A/P's local fees*
*11900.025*

**Michigan Legal Copy, LLC**

**4121 Okemos Road**
**Suite 12**
**Okemos, MI 48864-3220**


TIMESLIPS
4/26/16 4/5

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2016 | 30147 |

| Ship To | Bill To |
|---------|---------|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same |

3/3/16 LMZ #29147

| Claim Number | Terms | File Number | Attorney |
|--------------|-------|-------------|----------|
|  | Net 30 |  |  |

| Description | Amount |
|-------------|--------|
| Processing Fee<br>Re:  Natalie K. Reeser<br>Deponent:  Main Street Family Practice- Ms. Marilyn Louis, MSN, CFNP | 30.00 |
|  | 30.00 |
|  | 2.00 |

**MILLER COHEN PLC**

*Michigan Legal Copy*

Item to be Paid - Description

Transcript of Quest Diagnostics

Check Number:  29147
Check Date:  Mar 3, 2016

29147

Check Amount:  $92.00
Discount Taken

Amount Paid

92.00

T SSLM102     USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

| (517) 349-1700 | (517) 349-1717 |

# U. S. FEDERAL

P.O. Box 07340
2200 Hunt Street
Detroit
MI  48207-3210
313-393-3200
38-3429267



TIME... P...
4/9/15b

| Invoice Date: | March 18,2015 |
|---|---|

MILLER COHEN, P. L. C.
Attorneys & Counselors At Law
600  W. Lafayette Blvd.
Fourth Floor
Detroit  MI  48226-0840
**Attention:**   KEITH D FLYNN

| | |
|---|---|
| **Control#:** | **5128** |
| **Invoice Number:** | 5017 |
| **Case Number:** | 2:14-cv-11916-GCS- |
| **Expiration Date:** | 03/10/2015 |
| | **01-536** |

Case Caption:   Reeser, Natalie vs Henry Ford Hospital

Notice of taking Dep Duces

**MILLER COHEN PLC**

U. S. Federal

27978

| | |
|---|---|
| Check Number: | 27978 |
| Check Date: | Mar 24, 2015 |
| Check Amount: | $15.00 |

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| Process Service | | 15.00 |

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

238  AC1368  STXRX1  12/05/2014 05:22

# CHECK REQUEST

Need By: _ASAP_    Date Requested: _11/24/15_

Amount: $_19.84_    Regular Acct.: _____ I.D. No. _____

Payable to: _Reserie Miller_    IOLTA _____

Address: _32836 Kathleen Dr._    _345 miles_

_Chesterfield, MI 48047_

Purpose: _Witness fee_    _11/24/15_

Client: _Reiser_    _$5.05_

Requested By: _MKGP/ag 11/24/15_    Time/Trips _1/7/16 up_

Responsible Attorney: _KDE_

n/shop    PRINTED IN U.S.A.

Check Number: 28825
Check Date: Nov 24, 2015

Check Amount: $19.84
Discount Taken    Amount Paid

19.84

28825

'335 F12C7E STXRX5 08/27/2015 19:47

## CHECK REQUEST

Need By: _ASAP_  Date Requested: _4/27/16_

Amount: _$82.80_  Regular Acct.: ___ IOLTA

Payable to: _Ronald DiBartolomeo_  I.D. No. _____

Address: _231 W Lafayette_

_Detroit, MI_

Purpose: _Motion Transcript_

PAID
4/27/16
#29343

Client: _Reeser_

Requested By: _WP_

Responsible Attorney: _KDF_

® NUMBER ONE 105

---

_____RICT COURT

___0715  **MAKE CHECKS PAYABLE TO:**

__nald A. DiBartolomeo, CSR
__fficial Federal Court Reporter
__1 W. Lafayette
__8 U.S. Courthouse
__troit, MI 48226

__one:   (313) 962-1234
__X        (313) 234-5364
__x ID:   26-3739595
__nald_DiBartolomeo@mied.uscourts.gov

TIMESLIPS
5/3/16

| | DATE DELIVERED: |
|---|---|
| __7-2016 | 04-27-2016 |

__H SYSTEM
__ 21, 2016.
__.format.

| | | 2ND COPY | | | TOTAL |
|---|---|---|---|---|---|
| | OTAL | PAGES | PRICE | SUBTOTAL | CHARGES |
| | | | | | |
| | | | | | |
| | 82.80 | | | | 82.80 |
| | | | | | |

Daily

MILLER COHEN PLC
Ron DiBartolomeo

MISC. CHARGES:

82.80

Item to be Paid - Description

Motion Transcript (Reeser)

Check Number:   29343
Check Date:   Apr 27, 2016

29343

Check Amount:   $82.80
Discount Taken

Amount Paid
82.80

RLM102   USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

PRINTED IN U.S.A.

_(All previous editions of this form are
cancelled and should be destroyed)_



**Shipped from:**
MILLER COHEN PLC
600 W LAFAYETTE FLR 4
DETROIT, MI 48226-2711

**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **February 7, 2015** |
| Invoice number | 0000F555F0065 |
| Shipper number | F555F0 |
| Control ID | 0Z73 |
| Page 1 of 3 | |

TIMESLIPS



```
0764A0000F555F05    77422100048964
AB 01 055303 40773 H 178 D
```

MILLER COHEN PLC
600 W LAFAYETTE BLVD FLR 4TH
DETROIT, MI 48226-3191

**Sign up for electronic billing today!**
**Visit ups.com/billing**

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

---

**MILLER COHEN PLC**                                                27878

United Parcel Service

Check Number:  27878
Check Date:  Feb 16, 2015

Check Amount:  $131.37

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| UPS ovenight for Natalie Reeser | | 38.54 |
| UPS overnight for Natalie Reeser | | 40.51 |
| UPS overnight for | | 52.32 |

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

138  AC1368  STXRX1  12/05/2014 05:22



**Shipped from:**
MILLER COHEN PLC
600 W LAFAYETTE FLR 4
DETROIT, MI 48226-2711

**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **February 14, 2015** |
| Invoice number | 0000F555F0075 |
| Shipper number | F555F0 |
| Control ID | 963Z |
| Page  1 of 3 | |

*TIMESLIPS*

0764A0000F555F05    77422200051904
AB  01  054572  48748  H  176  A

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:

**MILLER COHEN PLC**

United Parcel Service

**27907**

Check Number:    27907
Check Date:    Feb 24, 2015

Check Amount:    $47.47

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| UPS overnight for | | |
| | | 34.00 |
| UPS overnight for Natalie Reeser | | |
| | | 13.47 |

PRODUCT SSLM102    USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.

167  AC1368  STXRX1  12/05/2014 05:22

# INVOICE

**Independent Express**
**19957 Archdale**
**Detroit, MI 48235**
Phone #313-721-9692

TIMESLIPS

5/3/16

PAID
4/28/16d
29349

TO   Miller Cohen P.L.C
     600 Lafayette Blvd.
     Detroit, MI 48226

| COURIER | JOB | PAYMENT TERMS | SERVICE DATE |
|---------|-----|---------------|--------------|
| Sirron Branch | Process Service | Cash/Check | 04/20/16 - 04/26/16 |

| INVOICE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---------|-------------|------------|------------|
| | Process Service (20.00)<br>Natalie Reeser v Henry Ford Hospital<br>Terrance Miglio<br>160 W. Fort Street<br>Detroit, MI 48226<br>File # 14-15246<br>Dates of Service: 04/20/16<br><br>IBEW and Gaylor Electric (140.00)<br>NLRB Case # 07-RC-173082 | | |

**MILLER COHEN PLC**

Independent Express

29349

| | Check Number: | 29349 |
|---|---|---|
| | Check Date: | Apr 28, 2016 |

Item to be Paid - Description

Delivery fees

| Check Amount: | $395.00 |
|---|---|
| Discount Taken | |
| | Amount Paid |
| | 395.00 |

DUCT SSLM102   USE WITH 91500 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.     A

TIMESLIPS

*TAMARA A. O'CONNOR*
*2385 Jakewood Drive*
*West Bloomfield, Michigan 48324*
**Phone: 248.360.1331    FAX: 248.363.9182**
*E-Mail: toconnorrptg@aol.com*

May 11, 2015

MR. KEITH FLYNN, ESQUIRE
Miller Cohen
600 W. Lafayette Blvd, 4th Floor
Detroit, Michigan 48226

RE:  NATALIE REESER v HENRY FORD HOSPITAL
      Case No. 2:14-cv-11916-GCS-MJH

Transcript of the Deposition of JILL HOOD taken in the
above-entitled matter on May 5, 2015.
One printed E-trans full size, condensed E-trans and
scanned exhibits;                                        $ 1100.50
Attendance;                                              $  175.00
                                                        _____
            TOTAL AMOUNT DUE            $ 1275.50

## PLEASE MAKE CHECKS PAYABLE TO TAMARA A. O'CONNOR AND MAIL TO THE ADDRESS ON THE INVOICE

<u>THANK YOU</u>

# TRI-COUNTY COURT REPORTERS

# Invoice

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 1-844-270-7115
tricountyreporters@wowway.com

PAID
4/22/15ℓ
#28093

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2015 | 22827 |

BILL TO:

Keith D. Flynn, Esq.
Miller Cohen, P.L.C.
600 W. Lafayette Blvd.
4th Floor
Detroit, MI 48226

TIMESLIPS

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|-------|-----|-----------|----------|--------------|
| Net 30 | LAM | 4/1/2015 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 3/25/2015 | One Copy to Attorney (per page rate) | 335 | 2.25 | 753.75 |
| | SUBTOTAL | | | 753.75 |
| | CASE:Reeser v. Henry Ford Hospital | | | |
| | DEPONENT: Natalie Reeser, Volume I | | | |
| | | | | |
| | Multi-Page, Keyword Indexing | 1 | 0.00 | 0.00 |
| | E-trans | 1 | 10.00 | 10.00 |
| | Shipping & Handling | 1 | 10.00 | 10.00 |
| | Regular Exhibits | 318 | 0.25 | 79.50 |

**MILLER COHEN PLC**

Tri-City Court Reporters, Inc.

PAID
APR 14 2015

28093

Check Number:   28093
Check Date:   Apr 22, 2015

Item to be Paid - Description

Balance on Deposition

Check Amount:   $773.75
Discount Taken
Amount Paid

773.75

UCT SSLM102      USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.



99  C7A8DD  STXRX5  03/25/2015 04:08

# TRI-COUNTY COURT REPORTERS

# Invoice

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 1-844-270-7115
tricountyreporters@wowway.com

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2015 | 22827 |

*TIMESLIPS*

**BILL TO:**

Keith D. Flynn, Esq.
Miller Cohen, P.L.C.
600 W. Lafayette Blvd.
4th Floor
Detroit, MI  48226

PAID
4/8/15
# 28037

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|-------|-----|-----------|----------|--------------|
| Net 30 | LAM | 4/1/2015 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 3/25/2015 | One Copy to Attorney (per page rate) | 335 | 2.25 | 753.75 |
| | SUBTOTAL | | | 753.75 |
| | CASE:Reeser v. Henry Ford Hospital | | | |
| | DEPONENT: Natalie Reeser, Volume I | | | |
| | | | | |
| | Multi-Page, Keyword Indexing | 1 | 0.00 | 0.00 |
| | E-trans | 1 | 10.00 | 10.00 |
| | ~~ & Handling~~ | 1 | 10.00 | 10.00 |
| | | 318 | 0.25 | 79.50 |

MILLER COHEN PLC
Tri-County Court Reporters

Please pay
28037

Item to be Paid - Description
Deposition Natalie Reeser

Check Number:  28037
Check Date:  Apr 8, 2015

Check Amount:  $79.50
Discount Taken

Amount Paid
79.50

4102   USE WITH 91500 ENVELOPE

Deluxe For Business 1-800-225-6380 or www.nebs.com

PRINTED IN U.S.A.

43  C7A8DD  STXRX5    03/25/2015

### TAMARA A. O'CONNOR
### 2385 Jakewood Drive
### West Bloomfield, Michigan 48324
### Phone: 248.360.1331    FAX: 248.363.9182
### E-Mail: toconnorrptg@aol.com

March 20, 2015

MR. KEITH FLYNN, ESQUIRE
Miller Cohen
600 W. Lafayette Blvd, 4th Floor
Detroit, Michigan 48226

RE:  NATALIE REESER v HENRY FORD HOSPITAL
     Case No. 2:14-cv-11916-GCS-MJH

**Transcript of the Deposition of FIONA BORK  on March 16, 2015, and**
~~MARTHA WISEHEART on March 17, 2015 taken in the~~

---

**MILLER COHEN PLC**                                                                 27983

O'Connor Court Reporting LLC                            Check Number:    27983
                                                        Check Date:      Mar 24, 2015
                                                                         Duplicate
                                                        Check Amount:    $2,036.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| Deposition of Fiona Bark | | 2,036.00 |

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

243  AC1368  STXRX1  12/05/2014 05:22

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28715
Check Date: 4/14/16
Check Amount: $1.96

*Reeser*

28715

VOID VOID VOID VOID VOID
VOID VOID VOID
VOID VOID

**MILLER COHEN PLC**
600 W. LAFAYETTE BLVD., FOURTH FLOOR
DETROIT, MICHIGAN 48226
(313) 964-4454

PNC BANK
6-12/410

HOLD TO LIGHT TO VIEW WATERMARK IN PAPER   HEAT SENSITIVE INK: IMAGE DISAPPEARS WITH HEAT   DETECTION CIRCLE REVEALS A LOCK WHEN TESTED

| DATE | AMOUNT |
|------|--------|
| April 14, 2016 | ***$1.96*** |

PAY
TO THE
ORDER
OF

One Dollar and 96 Cents

Henry Ford Health System

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

**MILLER COHEN PLC**

28715

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28715
Check Date: 4/14/16
Check Amount: $1.96

DUCT SSLM102   USE WITH 91500 ENVELOPE          Deluxe Corporation.1-800-328-0304 or www.deluxe.com/shop          PRINTED IN U.S.A.

A
225 F12C7E STXRX5 08/27/2015 19:47

DUCT SSLM102   USE WITH 91500 ENVELOPE          Deluxe Corporation.1-800-328-0304 or www.deluxe.com/shop          PRINTED IN U.S.A.

A
225 F12C7E STXRX5 08/27/2015 19:47

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28714
Check Date: 4/14/16
Check Amount: $1.96



28714

**MILLER COHEN PLC**
600 W. LAFAYETTE BLVD., FOURTH FLOOR
DETROIT, MICHIGAN 48226
(313) 964-4454

PNC BANK
6-12/410

DATE
April 14, 2016

AMOUNT
***$1.96***

MILLER COHEN PLC

28714

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28714
Check Date: 4/14/16
Check Amount: $1.96

PRODUCT SSLM102    USE WITH 91500 ENVELOPE      Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

A
224  F12C7E  STXRX5  08/27/2015  19:47

PRODUCT SSLM102    USE WITH 91500 ENVELOPE      Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

A
224  F12C7E  STXRX5  08/27/2015  19:47

**CHECK REQUEST**

Need By: _EH_

Date Requested: _11/19/15_

Amount: _$1.96_

Regular Acct.: _____ IOLTA _____

Payable to: _Henry Ford Health System_ _3.11_

I.D. No. _____ $.85

Address: _1 Ford Place, 5B Governance_

_Detroit MI 48202_

Purpose: _Witness Fee_

_(Subpoena to keeper of records)_

Client: _Reese 14-152946_

Requested By: _[signature]_

Responsible Attorney: _[signature]_

Check No. 28815
Check Date: 11/19/15
Check Amount: $1.96

28815

29290

Check Number: 29290
Check Date: Apr 12, 2016

Check Amount: $24.50

Discount Taken          Amount Paid
                              24.50

PRINTED IN U.S.A.

## CHECK REQUEST

Need By: _____ ASAP _____ Date Requested 4/12/16

Amount: _____ 24.50 _____ Regular Acct.: _____ IOLTA _____

Payable to: _____ Dell Hood _____ I.D. No. _____

Address: _____ c/o Terry Miszia _____
_____ 160 W. Fort St. 5 th fl. 48226 _____

Purpose: _____ Witness fee + mileage fee _____
_____ for Trial _____

Client: _____ Reeser _____

Requested By: _____

Responsible Attorney: _____ AG _____

# CHECK REQUEST

**MILL**

Need By: _ASAP_    Date Requested: _4/12/16_

Amount: _19.84_    Regular Acct.: _____ IOLTA _____

Payable to: _Reserie Miller_    I.D. No. _____

Item

Address: _3-28.36 Hawthorn Dr._

_Chesterfield, MI 48047_

Purpose: _Witness Mileage_

Client: _Walker_

_Rogers Trial_

Requested By: _MJP_

Responsible Attorney: _AGT_

TIMESLIPS

PRODUCT SSLA

PRINTED IN U.S.A.

Check Number:    29289
Check Date:      Apr 12, 2016

Check Amount:        $19.84
Discount Taken    Amount Paid

                      19.84

29289

**CHECK REQUEST**

Need By: _FYI_    Date Requested: _11/19/15_

Amount: $ _1.96_    Regular Acct.: _____ IOLTA

Payable to: _Henry Ford Health System_   I.D. No.: _____

Address: _1 Ford Pl., 5B Governance_

_Detroit MI 48202_

Purpose: _Witness Fee_

_(subpoena beyond empl. fees)_

Client: _Ross et 14-15246_

Requested By: _CM ??_

Responsible Attorney: _KDF/KGA_

Check No. 28814
Check Date: 11/19/15
Check Amount: $1.96

28814

## CHECK REQUEST

Need By: _____ Date Requested: 4/11/16

Payable to: Petch fees 26

Amount: _____ Regular Acct.: _____ IOLTA _____ TIMESLIPS

Address: 1853 Muskegon St. Helen, MI 48656

Purpose: Witness & mileage fee

Client: .575/permile Person

Requested By: _____

Responsible Attorney: _____

175
partial 102.06

Check Number: 29288
Check Date: Apr 12, 2016

Check Amount: $102.06
Discount Taken        Amount Paid

102.06

29288

PRINTED IN U.S.A.

e.com/shop

**MILLER COHEN PLC**                                                27890

*Natalie Reeser v. Henry Ford Hospital*
No. 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*), Our File No.:14-15246

**MILLER COHEN PLC**                                                27890

TIMESLIPS
3/18/15

*Natalie Reeser v. Henry Ford Hospital*
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*), Our File No.:14-15246
$58.75 / KDF
February 20, 2015
For Witness Fee and Round-Trip Travel Expenses for Deposition Duces Tecum and Subpoena to Testify on
March 19, 2015, at 10:00am at the law firm of Miller Cohen, P.L.C.

PRODUCT SSLM102   USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.

150  AC1368  STXRX1  12/05/2014 05:22

Fifty-Eight Dollars and Seventy-Five Cents

PAY TO THE ORDER OF
Ms. Jill E. Hood
1154 Surrey Lane
South Lyon, MI 48178

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈000 27890⑈ ⑆041000124⑆ 4254300 298⑈

**MILLER COHEN PLC**                                                27890

*Natalie Reeser v. Henry Ford Hospital*
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*), Our File No.:14-15246
$58.75 / KDF
February 20, 2015
For Witness Fee and Round-Trip Travel Expenses for Deposition Duces Tecum and Subpoena to Testify on
March 19, 2015, at 10:00am at the law firm of Miller Cohen, P.L.C.

## CHECK REQUEST

Need By:            03/04/15            Date Requested:       03/03/15

Amount:             $42.85             Regular Acct.: _____       IOLTA _____

Payable to:         **Jill E. Hood**        I.D. No. _____

Address:            c/o Varnum LLP
                    39500 High Pointe Blvd., Suite 350
                    Novi, MI  48375

Purpose:            $12.00/day deposition fee (1 day) plus round-trip mileage (53.66 miles @
                    $0.575 cents per mile) to/from Miller Cohen, P.L.C., to/from Varnum LLP

**MILLER COHEN PLC**

Jill Hood

Check Number:   27932
Check Date:     Mar 4, 2015

27932

Item to be Paid - Description

Check Amount:   $42.85
Discount Taken          Amount Paid

Deposition Fee                                              42.85

ODUCT SSLM102      USE WITH 91500 ENVELOPE      Deluxe For Business 1-800-225-6380 or www.nebs.com      PRINTED IN U.S.A.

A
192  AC1368  STXRX1  12/05/2014 05:22



TIMESLIPS

5/3/16

PAID
4/28/16
29356

$ 19.84

29356

**MILLER COHEN PLC**

Michelle Coil Plesky

Check Number: 29356
Check Date: Apr 28, 2016

Check Amount: $19.84

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| mileage to serve suponea to Desire Miller | | 19.84 |

PRODUCT SSLM102    USE WITH 91500 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop        PRINTED IN U.S.A.

28813

Check No. 28813
Check Date: 11/19/15
Check Amount: $7.07

**CHECK REQUEST**

Need By: _ASAP_  Date Requested: _11/19/15_

Amount: _$7.07_  Regular Acct.: _____ IOLTA _____

Payable to: _Shirelle Gibson_  I.D. No. _____

Address: _16342 Carlisle St._

_Det., MI 48205_  _12.3 mile_

_57.5_

Purpose: _Witness Fee_

Client: _Reeser_  _14/16-246_

Requested By: _____

Responsible Attorney: _KDE/ttg_

# INVOICE

**Independent Express**
**24350 Rensselaer Street**
**Oak Park, MI 48237**
Phone #313-721-9692

TI... SLIPS



TO  Miller Cohen P.L.C
    600 Lafayette Blvd.
    Detroit, MI 48226

| COURIER | JOB | PAYMENT TERMS | SERVICE DATE |
|---|---|---|---|
| Sirron Branch | Delivery | Cash/Check | 06/22/15 |

| INVOICE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 00-062215-A | Area Delivery: Job for Michelle<br>File# 14-15246<br>Reeser<br><br>J.Stott Mathews<br>Spectrum Computer Forensics<br>32440 Susanne Drive<br>Franklin, MI 48025<br>Date of Service: 06/22/15-Delivery $40<br>Date of Service: 07/08/15-Pick up $40 | | 80.00 |



## INVOICE

Invoice #HNR-2015007576
12/16/2015

**Send Payments To:**
**H&R PROCESS SERVING GROUP, LLC**
**18701 Grand River**
**#121**
**Detroit, MI 48223**
**Phone: (866) 939-4442**
**Fax: (313) 262-6428**

ADAM GRAHAM
MILLER COHEN, P.L.C.
600 WEST LAFAYETTE
FOURTH FLOOR BLVD
DETROIT, MI 48226

Reference Number: 14-15246

**Case Number: Oakland 14-11916-GCS**

Plaintiff:
**NATALIE REESER**

Copy to
Liz 12/16/15

TIMESLIPS
1/6/16

MILLER COHEN PLC

H&R Process Serving

Check Number:  28924      28924
Check Date:  Dec 29, 2015

| Item to be Paid - Description | Check Amount: | $60.00 |
| --- | --- | --- |
| Process server for Natalie Reeser | Discount Taken | |
| | Amount Paid | 60.00 |

ICT SSLM102   USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

PRINTED IN U.S.A.

434  F12C7E  STXRX5  08/27/2015 19:47

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Copyright © 1992-2015 Database Services, Inc. - Process Server's Toolbox V7.1b

Page 1 / 1



# INVOICE

Invoice #HNR-2015006877
12/3/2015

Send Payments To:
**H&R PROCESS SERVING GROUP, LLC**
**18701 Grand River**
**#121**
**Detroit, MI 48223**
**Phone: (866) 939-4442**
**Fax: (313) 262-6428**

ADAM GRAHAM
MILLER COHEN, P.L.C.
600 WEST LAFAYETTE
FOURTH FLOOR BLVD
DETROIT, MI 48226

Reference Number: 14-15246

**Case Number: Oakland 14-11916-GCS**

MILLER COHEN PLC

H&R Process Serving

Item to be Paid - Description

Henry Ford Health

Check Number: 28894
Check Date: Dec 15, 2015

28894

Check Amount: $25.00
Discount Taken

Amount Paid
25.00

TIMESLIPS

SSLM102    USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

PRINTED IN U.S.A.

404  F12C7E  STXRX5  08/27/2015 19:47

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Page 1 / 1

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r



# INVOICE

Invoice #HNR-2015006876
12/3/2015

**Send Payments To:**
**H&R PROCESS SERVING GROUP, LLC**
**18701 Grand River**
**#121**
**Detroit, MI 48223**
**Phone: (866) 939-4442**
**Fax: (313) 262-6428**

ADAM GRAHAM
MILLER COHEN, P.L.C.
600 WEST LAFAYETTE
FOURTH FLOOR BLVD
DETROIT, MI 48226

Reference Number: 14-15246

**Case Number: Oakland 14-11916-GCS**

Plaintiff:
**NATALIE REESER**

Defendant:
**HENRY FORD HEALTH SYSTEM D/B/A HENRY FORD HOSPITAL USDC**

Non-Served: 11/23/2015

CUSTODIAN OF RECORDS HENRY FORD HEALTH SYSTEM FOR SALARY AND HOURLY PAY

*TIMESLIPS*

P A I D
12/15/15
#28897

MILLER COHEN PLC

H&R Process Serving

Item to be Paid - Description

Process Service Henry Ford Health System

Check Number:  28897       28897
Check Date:    Dec 15, 2015
               Duplicate
Check Amount:  $60.00
Discount Taken
               Amount Paid
               60.00

SSLM102   USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

PRINTED IN U.S.A.

407 F12C7E STXRX5 08/27/2015 19:47

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Page 1 / 1

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

**Michelle Coil**

| | |
|---|---|
| **From:** | confirmations@reservation-desk.com |
| **Sent:** | Wednesday, November 11, 2015 11:15 AM |
| **To:** | Michelle Coil |
| **Subject:** | Holiday Inn Flint Confirmed Booking | Itinerary: R458774214 |

888-978-6509

# Holiday Inn Flint
5353 Gateway Blvd | Flint, MI, 48507, US

Print ReceiptManage BookingBook This Hotel Again

# Reservation Confirmation
view hotel info

## Itinerary Number: R458774214We have charged your credit card for the full payment of this reservation.

| | | | |
|---|---|---|---|
| **Check-In:** | Nov 21, 2015 | **Check-Out:** | Nov 22, 2015 (12:00 PM) |
| **Nights:** | 1 | | |

| | |
|---|---|
| **Room:** | **1 King bed leisure nonsmoking - Advance Purchase Savings, nonrefundable** |
| **Guests:** | Natalie Reeser, 1 Adult, 0 Child |
| **Cancellation Policy:** | Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts. |

| | |
|---|---|
| **Customer Name:** | Miller Cohen |
| **Customer Email:** | mcoil@millercohen.com |
| **Customer Phone:** | 3139644454 |

| | |
|---|---|
| **Subtotal:** | $77.00 USD |

1

| **Taxes & Fees:** | $18.82 USD |
|---|---|
| **Total Cost:** | $95.82 USD |

| **Billing Name:** | Miller Cohen |
|---|---|
| **CC Type:** | Visa |
| **CC Number:** | xxxx-xxxx-xxxx-8264 |

# Hotel Policies

You must present a photo ID when checking in. Your credit card is charged at the time you book. Your reservation is prepaid and is guaranteed for late arrival. The total charge includes all room charges and taxes, as well as fees for access and booking. Any incidental charges such as parking, phone calls, and room service will be handled directly between you and the property.Extra-person charges may apply and vary depending on hotel policy. Government-issued photo identification and a credit card or cash deposit are required at check-in for incidental charges. Special requests and preferences are subject to availability upon check-in and may incur additional charges. Special requests cannot be guaranteed.

# Notifications and Fees

**Optional Services and Upgrades**

The following fees and deposits are for optional services and are charged by the property at time of service, check-in, or check-out.

- Breakfast fee: between USD 6.00 and USD 12.00 per person (approximately)
- Pet fee: USD 25.00 per accommodation, per stay
- Rollaway bed fee: USD 10.00 per stay

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

# Cancellation Policy

Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts.

## Map & Directions





HomeMy ReservationFAQsContact UsTerms and ConditionsPrivacy PolicyAbout Us

Copyright © 2015 - ReservationDesk.com - All Rights Reserved

If you'd like to unsubscribe and stop receiving these emails click here.

**Elizabeth Miller**

| | |
|---|---|
| **From:** | Ada Verloren |
| **Sent:** | Thursday, January 08, 2015 10:21 AM |
| **To:** | Elizabeth Miller |
| **Cc:** | Keith Flynn |
| **Subject:** | FW: Reeser v Henry Ford |

Hi Liz,
Please make out a check in the amount of $30.50 to Varnum LLP.
Thank you.
Ada

*Ada Verloren*
Attorney, Miller Cohen, P.L.C.
600 West Lafayette Blvd., Fourth Floor
Detroit. Michigan 48226-0840

**MILLER COHEN PLC**

Varnum LLP

27674

| | |
|---|---|
| Check Number: | 27674 |
| Check Date: | Jan 8, 2015 |
| Check Amount: | $30.50 |

Item to be Paid - Description

| | Discount Taken | Amount Paid |
|---|---|---|
| Reeser copies | | 30.50 |

RODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

83  F7EBBD  STXRX3  10/30/2014 21:18



**VARNUM**
ATTORNEYS AT LAW
CELEBRATING 125 YEARS

LAW FIRMS
USNews
2014

Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*********************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*********************************