UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER,**

    Plaintiff,

v

**HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL,**

    Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Mona K. Majzoub

| MILLER COHEN, P.L.C. | VARNUM LLP |
|---|---|
| Richard G. Mack, Jr. (P58657) | Terrance J. Miglio (P30541) |
| Keith D. Flynn (P74192) | Barbara E. Buchanan (P55084) |
| Adam C. Graham (P79361) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 160 W. Fort St., 5th Floor |
| 600 W. Lafayette Blvd., 4th Floor | Detroit, MI 48226 |
| Detroit, MI 48226-0840 | (313) 481-7300 |
| (313) 964-4454 | |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Plaintiff's Bill of Costs dated 6/16/16 |
| B | Taxed Bill of Cost dated 8/19/16 |
| C | Order Denying Defendant's Renewed Motion for Judgment as a Matter of Law (Doc 116) |
| D (Parts 1 & 2) | Plaintiff's Bill of Costs dated 8/24/16 |
| E | Opinion and Order Denying Defendant's Motion for Summary Judgment (Doc. 43) |
| F | *Fitchett v. Stroehmann Bakeries, Inc.*, No. CIV. A. 95-284, 1996 WL 47977, at *4 (E.D. Pa. Feb. 5, 1996) |

1

| | |
|---|---|
| G | *Ambat v. City & Cty. of San Francisco*, No. C 07-03622 SI, 2012 WL 2598278, at *4 (N.D. Cal. July 5, 2012) |
| H | Bill of Costs Handbook (for United States District Court, Eastern District of Michigan – Revised November 2013) |
| I | *Sterling Heights v. United Nat'l. Ins. Co.*, No. 03-72773, 2008 WL 920135, at *3 (E.D. Mich. Apr. 3, 2008) |
| J | *BDT Prods., Inc. v. Lexmark Int'l., Inc.*, 405 F.3d 415, 417 (6th Cir.2005) |