# EXHIBIT D
# Part 1

MIED (Rev. 06/11)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Natalie Reeser

        v.

Henry Ford Health System d/b/a Henry
Ford Hospital

)
)
)
)
)

Case No. 2:14-cv-11916-GCS-MJH

| BILL OF COSTS | | | |
|---|---|---|---|

Judgment having been entered in the above entitled action on   5/19/16   against   Henry Ford Health System d/b/a Henry Ford Hosp  ,
                                        *Date*

the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
|---|---|---|
| A.  Fees of the Clerk | | |
| B.  Fees for service of summons and subpoena | See attached exhibits | 554.84 |
| C.  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | See attached Deposition Breakdown | 4247.06 |
| D.  Fees and disbursements for printing | | |
| E.  Fees for witnesses *(itemize on page two)* | See attached exhibits | 278.83 |
| F.  Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | See attached exhibits | 726.50 |
| G.  Docket fees under 28 U.S.C. 1923 | See attached exhibits | 400.00 |
| H.  Costs as shown on Mandate of Court of Appeals | | |
| I.  Compensation of court-appointed experts | | |
| J.  Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K.  Other costs *(please itemize)* | See attached exhibits | 4208.37 |
| | TOTAL | 11,372.74 |

*SPECIAL NOTE:* **Attach to your bill an itemization and documentation for requested costs in all categories.**

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✓    Electronic service            First class mail/postage prepaid

        Other:

        s/ Attorney:

        Name of Attorney:    Adam C. Graham

For:   Natalie Reeser                                   Date:  8/24/16

            *Name of Claiming Party*

AO 133    (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| Jill Hood, 1154 Surrey Ln, South Lyon, MI 48178 | 1 | $12.00 | | | 80 | $46.75 | $58.75 |
| Jill Hood, c/o Barnum LLP, 39500 High Pte Blvd, Novi, MI 48375 | 1 | $12.00 | | | 53.66 | $30.85 | $42.85 |
| HFHS, Ford Pl, Detroit, MI 48202 | | | | | 3.4 | | $1.96 |
| HFHS, Ford Pl, Detroit, MI 48202 | | | | | 3.4 | | $1.96 |
| Jill Hood, c/o Terry Miglio, 160 W Fort St, 5th Fl, Detroit, MI 48226 | 1 | $12.00 | | | | $12.50 | $24.50 |
| Deserie Miller, 32836 Kathleen Dr, Chesterfield, MI 48047 | | | | | 34.50 | $19.84 | $19.84 |
| Debra Reeser, 1853 Muskegon, St Helen, MI 48656 | | | | | 177.5 | $102.06 | $102.06 |
| Chanda Gibson, 16242 Carlisle St, Detroit, MI 48205 | | | | | 12.3 | $7.07 | $7.07 |
| Deserie Miller, 32836 Kathleen Dr, Chesterfield, MI 48047 | | | | | 34.5 | $19.84 | $19.84 |
| | | | | | **TOTAL** | | $278.83 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## DEPOSITION BREAKDOWN

Deposition transcripts used in **Post-Judgment Motions** filed after the submission of the Bill of Costs:

1. Deposition of Natalie Reeser – used in Plaintiff's Response to Defendant's Motion for Judgment filed July 12, 2016, pg. 11 (attached)

Deposition transcripts necessarily obtained for use in the case under 28 U.S.C. §1920(2) to support motions, examination of witnesses, the scope of discovery, and argument at trial. See *MacDonald v. United Parcel Serv.*, No. 07-12022, 2010 WL 1254607 (E.D. Mich. Mar. 26, 2010) (attached)

1. Deposition of Natalie Reeser
2. Deposition of Jill Hood
3. Deposition of Martha Wiseheart
4. Deposition of Fiona Bork

Deposition transcripts used for impeachment at trial:

1. Deposition of Jill Hood – read into the record on or about May 12, 2016
2. Deposition of Fiona Bork - read into the record on or about May 11, 2016 and May 12, 2016

Deposition transcripts used in motions:

1. Deposition of Natalie Reeser – used in Plaintiff's Response to Defendant's Motion for Summary Judgment filed June 10, 2015 – pg. 1, 2, 3, 6, 7, 9, 10, 11, 14, 17, 24, 25
2. Deposition of Jill Hood - used in Plaintiff's Response to Defendant's Motion for Summary Judgment filed June 10, 2015 – pg. 4, 5, 6, 7, 8, 11, 12, 13, 17, 18, 19, 20, 22, 23, 25
3. Deposition of Martha Wiseheart filed June 10, 2015 – used in Plaintiff's Response to Defendant's Motion for Summary Judgment – pg. 1, 2, 3, 14, 20, 21
4. Deposition of Fiona Bork filed June 10, 2015 - used in Plaintiff's Response to Defendant's Motion for Summary Judgment – pg. 2, 12, 20, 21, 22

## Costs for Natalie Reeser

| Delivery | Date | Cost | Description |
|---|---|---|---|
| | 7/22/2015 | $80.00 | Area Delivery to Spectrum Computer Forensics |
| Total | | $80.00 | |

### Fees of Service of Summons and Subpoena

| | Date | Cost | Description |
|---|---|---|---|
| | 5/19/2014 | $35.00 | Serve Summons & Complaint/Return POS Detroit |
| | 5/19/2014 | $60.00 | Serve Summons & Complaint/Return POS (Novi) |
| | 6/10/2014 | $275.00 | Serve Summons and Complaint/Return POS Detroit |
| | 12/29/2015 | $60.00 | Process Service on Chanda Gibson |
| | 12/15/2015 | $60.00 | Process Service Henry Ford Health System |
| | 4/28/2016 | $19.84 | Process Service to Desire Miller |
| | 12/15/2015 | $25.00 | Process Service Henry Ford Health System |
| | 4/28/2016 | $20.00 | Process Service Henry Ford Hospital |
| Total | | $554.84 | |

### Computerized Research

| | Date | Cost | Description |
|---|---|---|---|
| | 5/19/2014 | $58.32 | Computerized Research for the Month of May |
| | 7/9/2014 | $167.17 | Computerized Research for the Month of June |
| | 7/31/2014 | $24.76 | Computerized Research for the Month of July |
| | 10/21/2014 | $11.08 | Computerized Research for the Month of August |
| | 11/24/2014 | $9.87 | Computerized Research for the Month of September |
| | 12/22/2014 | $227.98 | Computerized Research for the Month of November |
| | 2/24/2015 | $36.81 | Computerized Research for the Month of February |
| | 3/13/2015 | $77.49 | Computerized Research for the Month of March |
| | 4/22/2015 | $370.51 | Computerized Research for the Month of April |
| | 6/30/2015 | $55.91 | Computerized Research for the Month of May |
| | 7/31/2015 | $597.97 | Computerized Research for the Month of June |
| | 8/30/2015 | $746.77 | Computerized Research for the Month of July |
| | 10/27/2015 | $174.91 | Computerized Research for the Month of October |
| | 12/23/2015 | $870.53 | Computerized Research for the Month of December |
| | 2/29/2016 | $23.43 | Computerized Research for the Month of February |
| | 3/31/2016 | $744.75 | Computerized Research for the Month of March |

## Costs for Natalie Reeser

| | | |
|---|---|---|
| | 4/12/2016 | $779.58 Computerized Research for the Month of April |
| Total | | $4,977.84 |

**Filing Fees**

| | | |
|---|---|---|
| | 6/18/2014 | $400.00 Complaint and Demand for Jury Trial |
| | | $400.00 |

**Court Reporter**

| | | |
|---|---|---|
| | 3/24/2015 | $2,036.00 Transcript of the Deposition of Fiona Bork on March 16/2015 |
| | 4/8/2015 | $79.50 Natalie Reeser Deposition |
| | 4/22/2015 | $773.75 Natalie Reeser Deposition |
| | 5/14/2015 | $1,275.00 Transcript of the Deposition of Jill Hood |
| | 4/27/2016 | $82.80 Transcript of motion hearing held on April 21,2016 |
| Total | | $4,247.05 |

**Witness Fees**

| | | Name and address |
|---|---|---|
| | 3/4/2015 | $42.85 Jill Hood, C/O Varnum LLP, 39500 High Pointe Blvd. Suite 350, Novi, MI 48375 |
| | 2/20/2015 | $58.75 Natalie Reeser, 9801 Merideth Grade, Harrison, MI 48625 |
| | 11/24/2015 | $19.84 Desirie Miller, 32836 Kathleen Drive, Chesterfield Township, MI 48047 |
| | 11/19/2015 | $7.07 Chanda Gibson, 16242 Carlisle Street, Detroit, MI 48205 |
| | 4/12/2016 | $102.06 Debra Reeser, 1853 Muskegon, St. Helen, MI 48656 |
| | 4/12/2016 | $19.84 Desirie Miller, 32836 Kathleen Drive, Chesterfield Township, MI 48047 |
| | 4/14/2016 | $3.92 Henry Ford Health System, Detroit, MI |
| | 4/12/2016 | $24.50 Jill Hood, C/O Terry Miglio 160 W. Fort Street,5th Floor, Detroit, MI 48226 |
| Total | | $278.83 |

**Document Production/Copies**

| | | |
|---|---|---|
| | 1/8/2015 | $30.50 Document Production from Varnum LLP |
| | 3/1/2015 | $189.75 Human Resource Records from Various Employers, Michigan Legal Copy LLC |
| | 6/23/2015 | $318.00 Human Resource Records from Various Employers, Michigan Legal Copy LLC |
| | 2/26/2016 | $92.00 Quest Diagnostics, Michigan Legal Copy LLC |
| | 4/22/2015 | $33.00 Personnel Records from Ledin Home Health Care |
| | 4/29/2015 | $63.25 Cell phone records |
| | | $726.50 |

## Costs for Natalie Reeser

**Total**

**Travel Expenses**

| Total | 11/16/2015 | $98.52 | Hotel Accomodations in Flint, Michigan |
|-------|------------|--------|----------------------------------------|
|       |            | $98.52 |                                        |

| UPS | 2/16/2015 | $38.54 | UPS overnight |
|-----|-----------|--------|---------------|
|     | 2/24/2016 | $13.47 | UPS overnight |
| Total |         | $52.01 |               |

**Grand Total**   $11,415.59

# EXHIBIT A

| 6/2/2016 | Miller Cohen PLC | |
|----------|------------------|--|
| 10:16 AM | Slip Listing | Page    1 |

---

| Selection Criteria |
|--------------------|

---

| Clie.Selection | Include: Reeser, Natalie |
|----------------|--------------------------|
| Slip.Transaction Typ | Expense |
| Slip.Classification | Open |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 80731<br>5/19/2014<br>WIP<br>Delivery Fee Serve Summons & Complaint/Return<br>POS Detroit on May 14th | EXP | LizM<br>Delivery Fee<br>Reeser, Natalie | 1 | 35.00 | 35.00 |
| 80732<br>5/19/2014<br>WIP<br>Delivery Fee - Serve Summons &<br>Complaint/Return POS (Novi) | EXP | LizM<br>Delivery Fee<br>Reeser, Natalie | 1 | 60.00 | 60.00 |
| 80757<br>5/19/2014<br>WIP<br>Computerized Research for the month of May | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 58.32 | 58.32 |
| 81062<br>6/10/2014<br>WIP<br>Delivery Fee - Serve Summons &<br>Complaint/Return POS Detroit on May 16,2014 | EXP | LizM<br>Delivery Fee<br>Reeser, Natalie | 1 | 275.00 | 275.00 |
| 81329<br>7/9/2014<br>WIP<br>Computerized Research for the month of June | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 167.17 | 167.17 |
| 81352<br>6/18/2014<br>WIP<br>Filing Fee - Complaint and demand for Jury Trial | EXP | LizM<br>Filing Fee<br>Reeser, Natalie | 1 | 400.00 | 400.00 |
| 81920<br>7/31/2014<br>WIP<br>Computerized Research for the month of July | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 24.78 | 24.78 |

| 6/2/2016<br>10:16 AM | | Miller Cohen PLC<br>Slip Listing | | | Page 2 |
|---|---|---|---|---|---|

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 84434<br>10/21/2014<br>WIP<br>September Computerized Research | EXP | Jennifer B<br>Computerized Researc<br>Reeser, Natalie | 1 | 11.08 | 11.08 |
| 85190<br>11/24/2014<br>WIP<br>Computerized Research for the month of<br>November | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 9.87 | 9.87 |
| 86049<br>12/22/2014<br>WIP<br>Computerized Research for the month of<br>November | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 227.98 | 227.98 |
| 86934<br>1/8/2015<br>WIP<br>Miscellaneous document production | EXP | LizM<br>Miscellaneous<br>Reeser, Natalie | 1 | 30.50 | 30.50 |
| 87816<br>2/16/2015<br>WIP<br>UPS Overnight to Natalie Reeser on 1/16 | EXP | LizM<br>UPS Overnight<br>Reeser, Natalie | 1 | 38.54 | 38.54 |
| 87819<br>2/20/2015<br>WIP<br>Miscellaneous - Witness Fee and Round Trip<br>Travel Expenses for Deposition Duces Tecum and<br>Subpoena to Testify on March 19, 2015 | EXP | LizM<br>Miscellaneous<br>Reeser, Natalie | 1 | 58.75 | 58.75 |
| 87821<br>2/24/2015<br>WIP<br>UPS Overnight | EXP | LizM<br>UPS Overnight<br>Reeser, Natalie | 1 | 13.47 | 13.47 |
| 87850<br>2/24/2015<br>WIP<br>Computerized Research for the month of February | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 36.81 | 36.81 |
| 88638<br>3/1/2015<br>WIP<br>Copy Corps Record Copys | EXP | LizM<br>Copy Corps<br>Reeser, Natalie | 1 | 189.75 | 189.75 |

6/2/2016                    Miller Cohen PLC
10:16 AM                  Slip Listing                        Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 88642<br>3/24/2015<br>WIP<br>Process Server - on Wed 2/25/15 | EXP | LizM<br>Process Server<br>Reeser, Natalie | 1 | 15.00 | 15.00 |
| 88643<br>3/24/2015<br>WIP<br>Court Reporter - Transcript of the Deposition of<br>Fiona Bork on March 16,2015 | EXP | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 2036.00 | 2036.00 |
| 88649<br>4/8/2015<br>WIP<br>Court Reporter Natalie Reese Deposition | EXP | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 79.50 | 79.50 |
| 88732<br>3/13/2015<br>WIP<br>Computerized Research for the month of March | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 77.49 | 77.49 |
| 89560<br>4/22/2015<br>WIP<br>Court Reporter - Volume 1 Natalie Reeser<br>Deposition | EXP | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 773.75 | 773.75 |
| 89561<br>4/22/2015<br>WIP<br>Copy Corps - Personnel records for Natalie Reeser | EXP | LizM<br>Copy Corps<br>Reeser, Natalie | 1 | 33.00 | 33.00 |
| 89564<br>4/29/2015<br>WIP<br>Copy Corps - Cell phone records | EXP | LizM<br>Copy Corps<br>Reeser, Natalie | 1 | 63.25 | 63.25 |
| 89600<br>4/22/2015<br>WIP<br>Computerized Research for the month of April | EXP | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 370.51 | 370.51 |
| 89968<br>5/14/2015<br>WIP<br>Court Reporter - transcript of the Deposition of Jill<br>Hood | EXP | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 1275.00 | 1275.00 |
| 90833<br>6/23/2015<br>WIP<br>Copy Corps - Personnel Records from Quest | EXP | LizM<br>Copy Corps<br>Reeser, Natalie | 1 | 318.00 | 318.00 |

*(Handwritten annotations: "Returned papers" next to 88642; "R" next to 88643; "R" next to 88649; "C" next to 88732; "Duplicate entry" with "R" next to 89560; "Copies" next to 89561; "Copies" next to 89564; "C" next to 89600; "R" next to 89968; "Copies" next to 90833)*

6/2/2016                  Miller Cohen PLC
10:16 AM                Slip Listing                    Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Diagnostics, HFHS-Macomb-Clinton Township,<br>Processing fee HFHS- Detroit | | | | |
| 90862       EXP<br>6/30/2015<br>WIP<br>Computerized Research for the month of May | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 55.91 | 55.91 |
| 91801       EXP<br>7/22/2015<br>WIP<br>Delivery Fee - Area Delivery to Spectrum<br>Computer Forensics | LizM<br>Delivery Fee<br>Reeser, Natalie | 1 | 80.00 | 80.00 |
| 91872       EXP<br>7/31/2015<br>WIP<br>Computerized Research for the month of June | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 597.97 | 597.97 |
| 92236       EXP<br>8/30/2015<br>WIP<br>Computerized Research for the month of July | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 746.77 | 746.77 |
| 92257       EXP<br>8/28/2015<br>WIP<br>Court Reporter - Tri-County Court Reporter Fees | LizM<br>Court Reporter<br>Reeser, Natalie | 1 | 773.75 | 773.75 |
| 94854       EXP<br>10/27/2015<br>WIP<br>Computerized Research for the month of October | LizM<br>Computerized Researc<br>Reeser, Natalie | 1 | 174.91 | 174.91 |
| 95302       EXP<br>12/29/2015<br>WIP<br>Process Server  on Chanda Gibson | LizM<br>Process Server<br>Reeser, Natalie | 1 | 60.00 | 60.00 |
| 95313       EXP<br>11/19/2015<br>WIP<br>Mileage for Shameeka Johnson Buck | LizM<br>Mileage<br>Reeser, Natalie | | 9.95 | 9.95 |
| 95326       EXP<br>11/24/2015<br>WIP<br>Miscellaneous - Witness fee for Desierie Miller | LizM<br>Miscellaneous<br>Reeser, Natalie | 1 | 19.84 | 19.84 |

*Voided to need to remove* (handwritten annotation)

6/2/2016                                     Miller Cohen PLC
10:16 AM                                      Slip Listing                                      Page      5

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95327 | EXP | LizM | 1 | 7.07 | 7.07 |
| 11/19/2015 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous witness fee for Chanda Gibson | | | | | |
| 95328 | EXP | LizM | 1 | 25.00 | 25.00 |
| 12/15/2015 | | Process Server | | | |
| WIP | | Reeser, Natalie | | | |
| Process Server -Henry Ford Health System | | | | | |
| 95329 | EXP | LizM | 1 | 60.00 | 60.00 |
| 12/15/2015 | | Process Server | | | |
| WIP | | Reeser, Natalie | | | |
| Process Server - Henry Ford Health System for hourly pay | | | | | |
| 95382 | EXP | LizM | 1 | 870.53 | 870.53 |
| 12/23/2015 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of December | | | | | |
| 95385 | EXP | LizM | 1 | 95.82 | 95.82 |
| 12/29/2015 | | Hotel | | | |
| WIP | | Reeser, Natalie | | | |
| Hotel accommodations on 11/16 in Flint Michigan | | | | | |
| 97264 | EXP | LizM | 1 | 23.43 | 23.43 |
| 2/29/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of February | | | | | |
| 97853 | EXP | LizM | 1 | 92.00 | 92.00 |
| 3/3/2016 | | Court Reporter | | | |
| WIP | | Reeser, Natalie | | | |
| Court Reporter - Natalie Reeser - Quest Diagnostics records | | | | | |
| 97886 | EXP | LizM | 1 | 744.75 | 744.75 |
| 3/31/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of March | | | | | |
| 98511 | EXP | LizM | 1 | 19.84 | 19.84 |
| 4/28/2016 | | Process Server | | | |
| WIP | | Reeser, Natalie | | | |
| Process Server to Desire Miller | | | | | |

6/2/2016                                Miller Cohen PLC
10:16 AM                                Slip Listing                                    Page      6

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 98517 | EXP | LizM | 1 | 102.06 | 102.06 |
| 4/12/2016 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - witeness and mileage fee for trial | | | | | |
| 98518 | EXP | LizM | 1 | 19.84 | 19.84 |
| 4/12/2016 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - witness and mileage fee for Trial | | | | | |
| 98519 | EXP | LizM | 1 | 24.50 | 24.50 |
| 4/12/2016 | | Miscellaneous | | | |
| WIP | | Reeser, Natalie | | | |
| Miscellaneous - witness and mileage fee Jill Hood | | | | | |
| 98525 | EXP | LizM | 1 | 3.92 | 3.92 |
| 4/14/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Witness fees for Henry Ford Health System | | | | | |
| 98528 | EXP | LizM | 1 | 82.80 | 82.80 |
| 4/27/2016 | | Court Reporter | | | |
| WIP | | Reeser, Natalie | | | |
| Court Reporter - Transcript of motion hearing held on April 21,2016 | | | | | |
| 98532 | EXP | LizM | 1 | 20.00 | 20.00 |
| 4/28/2016 | | Delivery Fee | | | |
| WIP | | Reeser, Natalie | | | |
| Delivery Fee - Process Service Henry Ford Hospital | | | | | |
| 98547 | EXP | LizM | 1 | 779.58 | 779.58 |
| 4/12/2016 | | Computerized Researc | | | |
| WIP | | Reeser, Natalie | | | |
| Computerized Research for the month of April | | | | | |

Grand Total

|  | | | Billable | 0.00 | 12168.76 |
|---|---|---|---|---|---|
|  | | | Unbillable | 0.00 | 0.00 |
|  | | | Total | 0.00 | 12168.76 |

**Diane Boxie**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, May 13, 2014 5:28 PM |
| **To:** | Diane Boxie |
| **Subject:** | Pay.gov Payment Confirmation: MIED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact MIED CM ECF Helpdesk at (313) 234-5042.

Application Name: MIED CM ECF
Pay.gov Tracking ID: 25FNDMAU
Agency Tracking ID: 0645-4640155
Transaction Type: Sale
Transaction Date: May 13, 2014 5:28:29 PM

Account Holder Name: Bruce A. Miller
Transaction Amount: $400.00
Billing Address: 600 W. Lafayette Blvd.
Billing Address 2: 4th Floor
City: Detroit
State/Province: MI
Zip/Postal Code: 48226
Country: USA
Card Type: Visa
Card Number: ************8264

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Diane Boxie**

| | |
|---|---|
| **From:** | cmecfadmin@mied.uscourts.gov |
| **Sent:** | Tuesday, May 13, 2014 5:30 PM |
| **To:** | do_not_reply@mied.uscourts.gov |
| **Subject:** | Complaint in 2:14-cv-11916-GCS-MJH  v. Henry Ford Hospital |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Eastern District of Michigan

**Notice of Electronic Filing**

The following transaction was entered by Flynn, Keith on 5/13/2014 at 5:29 PM EDT and filed on 5/13/2014
**Case Name:**      v. Henry Ford Hospital
**Case Number:**    2:14-cv-11916-GCS-MJH
**Filer:**          Natalie Reeser
**Document Number:** 1
**Judge(s) Assigned:**  George Caram Steeh (presiding), Michael J. Hluchaniuk (referral)

**Docket Text:**
COMPLAINT *and Demand for Jury Trial* filed by Natalie Reeser against Henry Ford Hospital with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-4640155 - Fee: $ 400. County of 1st Plaintiff: Macomb - County Where Action Arose: Wayne - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D) (Flynn, Keith)

**2:14-cv-11916-GCS-MJH Notice has been electronically mailed to:**

Keith D. Flynn    kflynn@millercohen.com, dboxie@millercohen.com, kgolba@millercohen.com, suedolesh@millercohen.com

**2:14-cv-11916-GCS-MJH Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

1

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-0
] [3cfa68d9ff458d9b24936aa21d75059f98506dfef3ef5890d8bde121c35031245ce
11c42735b35ff35a5214c81f7276d0d86b244cc274c884bc6d7518dfb29a3]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-1
] [8f0c0ef900df83a8cb56bf424b1d59e3f367225b1a423627a3e96fbee20f6d0d277
bd8f35b1fa60f257bdb5ecd9f4b25b74e5f3002136398812540d7cc445b33]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-2
] [2e1f4ffe55d3d207aed09f8d3c18a50d654b0115264f6c597965e10ff3a60f774c9
9c8c0995bdf7915977b2c95ed2e26c9875ea0ac57473d772e8bc0251dc308]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-3
] [544ce2f6a3358a3b984f485e29c60b43e76b10f896d7c8560f494ca23fcbca8670f
593e61390067564c3ddc3a46592d922f082e56ce0565f0ee9d4023be500d6]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=5/13/2014] [FileNumber=6221305-4
] [771c9e6fd0d3dafd6e98da1cad68cd0cf08f08f44ee0071449ba0be5471cee7108c
cfad4b38889e2d4f5f7501287937b8c2542111620f17acb370220931c3efb]]

# MILLER COHEN, P.L.C.
### ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840

(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101

(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
TERI L. DENNINGS
JACK W. SCHULZ

JOHANNA L. KONONEN
OF COUNSEL

May 14, 2014

**VIA HAND-DELIVERY**

Mr. Edie Eisenman
Henry Ford Hospital
Risk and Insurance Services
1 Ford Place, Suite 4B
2799 W. Grand Blvd.
Detroit MI, 48202

      Re:    *Natalie Reeser v. Henry Ford Hospital*
           USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
           Our File No.:14-15246

Dear Mr. Eisenman:

      Please find enclosed a **SUMMONS IN A CIVIL ACTION** in the above-referenced matter.

      If you should you have any questions, please do not hesitate to contact me.

                Sincerely,

                **MILLER COHEN, P.L.C.**

                Keith D. Flynn, Esq.

/db
Enclosure

cc:    Mr. Bruce A. Miller (w/o encl.)
       Ms. Natalie Reeser



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:14−cv−11916−GCS−MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Henry Ford Hospital

Date of Service:   SD 5-14-14

## Method of Service

✓ Personally served at this address: 2799 W. Grand Blvd, Suite 4B
     Detroit, MI 48202

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sirron Branch

Signature of Server:

Date: SD 5/14/14

Server's Address: 24350 Rensselaer Street
Oak Park, MI 48237

# MILLER COHEN, P.L.C.
## ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840

(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101

(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
TERI L. DENNINGS
JACK W. SCHULZ

JOHANNA L. KONONEN
OF COUNSEL

May 15, 2014

**VIA HAND-DELIVERY**

Mr. Terrance J. Miglio
Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Re:  *Natalie Reeser v. Henry Ford Hospital*
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
Our File No.:14-15246

Dear Mr. Miglio:

Please find enclosed the following documents in the above-referenced matter, along with *Proof of Service*:

1. COMPLAINT AND DEMAND FOR JURY TRIAL
2. SUMMONS IN A CIVIL ACTION

If you should you have any questions, please do not hesitate to contact me.

Sincerely,

MILLER COHEN, P.L.C.

Keith D. Flynn, Esq.

/db
Enclosures

cc:  Mr. Bruce A. Miller (w/o encl.)



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:14−cv−11916−GCS−MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Henry Ford Hospital

Date of Service:     5|15|14

## Method of Service

✓ Personally served at this address: 39500 High Pointe Boulevard Suite 350
Novi, MI 48375

____ Left copies at defendant's usual place of abode with (name of person): Mr. Terrance J. Miglio

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     Sirrau Brand

Signature of Server:

Date:     5|15|14

Server's Address:     24350 Rensselaer Street
Oak Park, MI 48237

# MILLER COHEN, P.L.C.
### ATTORNEYS AND COUNSELORS AT LAW
600 WEST LAFAYETTE BLVD.
FOURTH FLOOR
DETROIT, MICHIGAN 48226-0840

(313) 964-4454
FAX (313) 964-4490
TOLL FREE (IN MICHIGAN) 1-800-221-6021
E-MAIL: YOURLAWYERS@MILLERCOHEN.COM
WWW.MILLERCOHEN.COM

ALLEN PARK OFFICE:
6715 PARK AVENUE
ALLEN PARK, MICHIGAN 48101

(313) 383-2422

BRUCE A. MILLER
NORTON J. COHEN
RICHARD G. MACK, JR.
ANDREA HAMM
ROBERT D. FETTER
ADA VERLOREN
KEITH D. FLYNN
TERI L. DENNINGS
JACK W. SCHULZ

JOHANNA L. KONONEN
OF COUNSEL

May 16, 2014

## VIA HAND-DELIVERY and U.S. REGISTERED MAIL

Ms. Edie Eisenman
Henry Ford Hospital
Risk and Insurance Services
1 Ford Place, Suite 4B
2799 W. Grand Blvd.
Detroit MI, 48202

Re:   *Natalie Reeser v. Henry Ford Hospital*
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*)
Our File No.:14-15246

Dear Ms. Eisenman:

Please find enclosed a SUMMONS AND COMPLAINT AND DEMAND FOR A JURY TRIAL in the above-referenced matter, along with *Proof of Service*.

If you should you have any questions, please do not hesitate to contact me.

Sincerely,

MILLER COHEN, P.L.C.

Keith D. Flynn, Esq.

KDF/db
Enclosures

cc:   Mr. Bruce A. Miller (w/o encl.)
Mr. Terrence J. Miglio (Varnum LLP)
Ms. Natalie Reeser



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:14–cv–11916–GCS–MJH
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Henry Ford Hospital

Date of Service:    05|16|14

## Method of Service

✓ Personally served at this address: 1 Ford Place, Suite 4B

_____ Left copies at defendant's usual place of abode with (name of person): Ms. Edie Eisenman

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Sierra Branch

Signature of Server:

Date:    05|16|14

Server's Address:    24350 Rensselaer Street
OAK PARK, MI 48237

**Michigan Legal Copy, LLC**

**4121 Okemos Road**
**Suite 12**
**Okemos, MI 48864-3220**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/21/2015 | 27865 |

| Ship To |
|---------|
| Mr. Keith D. Flynn |
| Miller Cohen, P.L.C. |
| 600 W. Lafayette Blvd., 4th Floor |
| Detroit, MI  48226 |

| Bill To |
|---------|
| same |

TIMESLIPS
5/26/15

| Claim Number | Terms | File Number | Attorney |
|--------------|-------|-------------|----------|
|  | Net 30 |  | **Keith Flynn** |

| Description | Amount |
|-------------|--------|
| Processing Fee | 30.00 |
| Per Page Fee | 3.00 |
| Postage | 0.00 |
|  |  |
| Re: Natalie K. Reeser |  |
| Deponent: Leelin Home Health Care- HR/Personnel Records |  |

MILLER COHEN PLC
Michigan Legal Copy

PAID
4/22/15b
# 28079

Item to be Paid - Description

Personnel records Natalie Reeser

| | Check Number: | 28079 | 28079 |
| Check Date: | Apr 22, 2015 |
| Check Amount: | $33.00 |
| Discount Taken | |
| Amount Paid | 33.00 |

Deluxe For Business 1-800-225-6380 or www.nebs.com

PRINTED IN U.S.A.

**Michigan Legal Copy, LLC**

**4121 Okemos Road**
**Suite 12**
**Okemos, MI 48864-3220**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/28/2015 | 27932 |

| Ship To . | Bill To |
|-----------|---------|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same |

| Claim Number | Terms | File Number | Attorney |
|--------------|-------|-------------|----------|
|  | Net 30 |  | Keith Flynn |

| Description | Amount |
|-------------|--------|
| Processing Fee | 30.00 |
| Per Page Fee | 33.25 |
|  | 0.00 |

**MILLER COHEN PLC**
Michigan Legal Copy

**TIMESLIPS**

Item to be Paid - Description

records copy Natalie Reeser

Check Number: 28134
Check Date: Apr 29, 2015

Check Amount: $63.25
Discount Taken

Amount Paid
63.25

28134

**TIMESLIPS**
5/26/13 kj

SSLM102    USE WITH 91500 ENVELOPE

Deluxe For Business 1-800-225-6380 or www.nebs.com

PRINTED IN U.S.A.

ID #009889
EIN 61-1597782

140 C7ABDD STXRX5 03/25/2015 04:08

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

**Michigan Legal Copy, LLC**

**4121 Okemos Road**
**Suite 12**
**Okemos, MI 48864-3220**

*Liz - Pls pay this - Deanie 02/04/15*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/24/2015 | 27517 |

| Ship To | Bill To |
|---------|---------|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same |

*TIMESLIPS 4/9/15 by*

**MILLER COHEN PLC**                                                                  27920

Michigan Legal Copy

| | |
|---|---|
| Check Number: | 27920 |
| Check Date: | Feb 1, 2015 |

| | |
|---|---|
| Check Amount: | $189.75 |
| Discount Taken | Amount Paid |

Item to be Paid - Description

record copies                                                                          189.75

---

PRODUCT SSLM102   USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.        A
180  AC1368  STXRX1  12/05/2014 05:22

| | |
|---|---|
| Processing Fee<br>Re: Natalie Reeser<br>Deponent: Davis Smith- HR Records | 30.00 |
| Processing Fee | 30.00 |
| Per Page Fee | 4.50 |

| ID #009889<br>EIN 61-1597782 | **Total** |
|---|---|

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

Page 1

Michigan Legal Copy, LLC
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

TIMESLIPS
8/4/15

# Statement

| Date |
|------|
| 6/16/2015 |

Ms. Michelle Coil

To: ACCOUNTS PAYABLE

Mr. Keith D. Flynn
Miller Cohen, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226

PAID
6/23/15
#28265

| | Amount Due | Amount Enc. |
|---|------------|-------------|
| | $318.00 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 04/27/2015 | INV #27921. Due 05/27/2015. Orig. Amount $318.00. | 318.00 | 318.00 |

**MILLER COHEN PLC**

Michigan Legal Copy

28265

Check Number: 28265
Check Date: Jun 23, 2015

Item to be Paid - Description

Check Amount: $318.00
Discount Taken        Amount Paid

records copy

318.00

ODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

21 C7A8DD STXRX5 03/25/2015 04:08

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|--------------------|------------|
| 0.00 | 318.00 | 0.00 | 0.00 | 0.00 | $318.00 |

11900.025

**Michigan Legal Copy, LLC**

4121 Okemos Road
Suite 12
Okemos, MI 48864-3220


TIMESLIPS
4/26/16

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2016 | 30147 |

| Ship To | Bill To |
|---------|---------|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same<br><br>3/3/16 LMZ<br>#29147 |

| Claim Number | Terms | File Number | Attorney |
|--------------|-------|-------------|----------|
| | Net 30 | | |

| Description | Amount |
|-------------|--------|
| Processing Fee<br>Re: Natalie K. Reeser<br>Deponent: Main Street Family Practice- Ms. Marilyn Louis, MSN, CFNP | 30.00 |
| | 30.00 |
| | 2.00 |

**MILLER COHEN PLC**

Michigan Legal Copy

Item to be Paid - Description

Transcript of Quest Diagnostics

Check Number: 29147
Check Date: Mar 3, 2016

Check Amount: $92.00
Discount Taken

Amount Paid
92.00

29147

SSLM102   USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

PRINTED IN U.S.A.

(517) 349-1700    (517) 349-1717

# U. S. FEDERAL

P.O. Box 07340
2200 Hunt Street
Detroit
MI 48207-3210
313-393-3200
38-3429267

TIME ~ ~
4/9/15 6



PAID
3/24/15 H
#

| | |
|---|---|
| | **Invoice Date:** March 18, 2015 |

MILLER COHEN, P. L. C.
Attorneys & Counselors At Law
600 W. Lafayette Blvd.
Fourth Floor
Detroit MI 48226-0840
**Attention:** KEITH D FLYNN

**Control#:** **5128**
**Invoice Number:** 5017
**Case Number:** 2:14-cv-11916-GCS-
**Expiration Date:** 03/10/2015

**01-536**

Case Caption: Reeser, Natalie vs Henry Ford Hospital

~~~~ Notice of taking Dep Duces

**MILLER COHEN PLC**

U. S. Federal

**27978**

Check Number: 27978
Check Date: Mar 24, 2015

Check Amount: $15.00

| Item to be Paid - Description | | Discount Taken | Amount Paid |
|---|---|---|---|
| Process Service | | | 15.00 |

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

A
238 AC1368 STXRX1 12/05/2014 05:22

## CHECK REQUEST

Need By: _ASAP_

Date Requested: _11/24/15_

Amount: _$19.84_

Regular Acct.: _____  IOLTA ____

Payable to: _Reserie Miller_  I.D. No. _34.5 miles_

Address: _32836 Kathleen Dr_

_Chesterfield, MI 48047_

Purpose: _Witness fee_

Client: _Keiser_

Requested By: _[signature]_

Responsible Attorney: _KDE_

Check Number: 28825
Check Date: Nov 24, 2015

Check Amount: $19.84
Discount Taken         Amount Paid

19.84

28825

PRINTED IN U.S.A.

'335 F12C7E STXR05 08/27/2015 19:47

## CHECK REQUEST

Need By: _ASAP_   Date Requested: _4/27/16_

Amount: _$82.80_   Regular Acct.: ___ IOLTA ___

Payable to: _Ronald DiBartolomeo_   I.D. No. _____

Address: _231 W Lafayette_

_Detroit, MI_

Purpose: _Motion Transcript_

Client: _Reeser_   PAID 4/27/16 #29343

Requested By: _WP_

Responsible Attorney: _KDF_

---

RICT COURT

0715   **MAKE CHECKS PAYABLE TO:**

onald A. DiBartolomeo, CSR
fficial Federal Court Reporter
1 W. Lafayette
8 U.S. Courthouse
etroit, MI 48226

one:   (313) 962-1234
X   (313) 234-5364
x ID:   26-3739595
onald_DiBartolomeo@mied.uscourts.gov

7-2016   DATE DELIVERED: 04-27-2016

H SYSTEM
21, 2016.
.format.

| | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|
| TOTAL | PAGES | PRICE | SUBTOTAL | |
| 82.80 | | | | 82.80 |

MISC. CHARGES:

82.80

Daily

**MILLER COHEN PLC**
Ron DiBartolomeo

Item to be Paid - Description

Motion Transcript (Reeser)

Check Number: 29343
Check Date: Apr 27, 2016

Check Amount: $82.80
Discount Taken

Amount Paid
82.80

29343

M102   USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

Sign...

(All previous editions of this form are
cancelled and should be destroyed)

PRINTED IN U.S.A.



**Shipped from:**
MILLER COHEN PLC
600 W LAFAYETTE FLR 4
DETROIT, MI 48226-2711

**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **February 7, 2015** |
| Invoice number | 0000F555F0065 |
| Shipper number | F555F0 |
| Control ID | 0Z73 |
| Page 1 of 3 | |

TIMESLIPS

P A I D

0764A0000F555F05    77422100048964
AB 01 055303 40773 H 178 D

MILLER COHEN PLC
600 W LAFAYETTE BLVD FLR 4TH
DETROIT, MI 48226-3191

**Sign up for electronic billing today!**
**Visit ups.com/billing**

For questions about your invoice, call:
**(800) 811-1648**
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

**MILLER COHEN PLC**                                                     27878

United Parcel Service

| | |
|---|---|
| Check Number: | 27878 |
| Check Date: | Feb 16, 2015 |
| Check Amount: | $131.37 |

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| UPS ovenight for Natalie Reeser | | 38.54 |
| UPS overnight for Natalie Reeser | | 40.51 |
| UPS overnight for | | 52.32 |

RODUCT SSLM102    USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.        A

138 AC1368 STXRX1 12/05/2014 05:22



**Shipped from:**
MILLER COHEN PLC
600 W LAFAYETTE FLR 4
DETROIT, MI 48226-2711

### *Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **February 14, 2015** |
| Invoice number | 0000F555F0075 |
| Shipper number | F555F0 |
| Control ID | 963Z |
| Page 1 of 3 | |

*TIMESLIPS*

0764A0000F555F05    77422200051904
AB  01  054572  48748  H  176  A

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:

**MILLER COHEN PLC**

United Parcel Service

27907

| | |
|---|---|
| Check Number: | 27907 |
| Check Date: | Feb 24, 2015 |
| Check Amount: | $47.47 |

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| UPS overnight for | | |
| UPS overnight for Natalie Reeser | | 34.00 |
| | | 13.47 |

RODUCT SSLM102   USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    167  AC1368  STXRX1/12/05/2014 05:22    A

# INVOICE

**Independent Express**
**19957 Archdale**
**Detroit, MI 48235**
Phone #313-721-9692

TIMESLIPS
5/3/16

P A I D
4/28/16
29349

TO    Miller Cohen P.L.C
      600 Lafayette Blvd.
      Detroit, MI 48226

| COURIER | JOB | PAYMENT TERMS | SERVICE DATE |
|---|---|---|---|
| Sirron Branch | Process Service | Cash/Check | 04/20/16 - 04/26/16 |

| INVOICE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Process Service (20.00) | | |
| | Natalie Reeser v Henry Ford Hospital | | |
| | Terrance Miglio | | |
| | 160 W. Fort Street | | |
| | Detroit, MI 48226 | | |
| | File # 14-15246 | | |
| | Dates of Service: 04/20/16 | | |
| | | | |
| | IBEW and Gaylor Electric (140.00) | | |
| | NLRB Case # 07-RC-173082 | | |

**MILLER COHEN PLC**

Independent Express

                                                    29349

Item to be Paid - Description                    Check Number:    29349
                                                 Check Date:      Apr 28, 2016
      Delivery fees

                                                 Check Amount:    $395.00
                                                 Discount Taken   Amount Paid

                                                                  395.00

UCT SSLM102    USE WITH 91500 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop        PRINTED IN U.S.A.

TIMESLIPS
_____

*TAMARA A. O'CONNOR*
*2385 Jakewood Drive*
*West Bloomfield, Michigan 48324*
*Phone: 248.360.1331    FAX: 248.363.9182*
*E-Mail: toconnorrptg@aol.com*

May 11, 2015

MR. KEITH FLYNN, ESQUIRE
Miller Cohen
600 W. Lafayette Blvd, 4th Floor
Detroit, Michigan 48226

RE: NATALIE REESER v HENRY FORD HOSPITAL
     Case No. 2:14-cv-11916-GCS-MJH

Transcript of the Deposition of JILL HOOD taken in the
above-entitled matter on May 5, 2015.
One printed E-trans full size, condensed E-trans and
scanned exhibits;                                          $ 1100.50
Attendance;                                                $  175.00
                                                          _____
                    **TOTAL AMOUNT DUE**            $ 1275.50

# PLEASE MAKE CHECKS PAYABLE TO TAMARA A. O'CONNOR AND MAIL TO THE ADDRESS ON THE INVOICE

<u>**THANK YOU**</u>

# TRI-COUNTY COURT REPORTERS

# Invoice

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 1-844-270-7115
tricountyreporters@wowway.com

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2015 | 22827 |

PAID
4/22/15
#28093

**BILL TO:**

Keith D. Flynn, Esq.
Miller Cohen, P.L.C.
600 W. Lafayette Blvd.
4th Floor
Detroit, MI  48226

**TIMESLIPS**

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|-------|-----|-----------|----------|--------------|
| Net 30 | LAM | 4/1/2015 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 3/25/2015 | | | | |
| | One Copy to Attorney (per page rate) | 335 | 2.25 | 753.75 |
| | SUBTOTAL | | | 753.75 |
| | CASE:Reeser v. Henry Ford Hospital | | | |
| | DEPONENT: Natalie Reeser, Volume I | | | |
| | | | | |
| | Multi-Page, Keyword Indexing | 1 | 0.00 | 0.00 |
| | E-trans | 1 | 10.00 | 10.00 |
| | Shipping & Handling | 1 | 10.00 | 10.00 |
| | Regular Exhibits | 318 | 0.25 | 79.50 |

**MILLER COHEN PLC**

Tri-City Court Reporters, Inc.

PAID
APR 14 2015

28093

Check Number: 28093
Check Date: Apr 22, 2015

Item to be Paid - Description

Balance on Deposition

Check Amount: __ $773.75
Discount Taken

Amount Paid

773.75

CT SSLM102    USE WITH 91500 ENVELOPE      Deluxe For Business 1-800-225-6380 or www.nebs.com      PRINTED IN U.S.A.

99  C7A8DD  STXRX5  03/25/2015

# TRI-COUNTY COURT REPORTERS

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 1-844-270-7115
tricountyreporters@wowway.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2015 | 22827 |

**BILL TO:**

Keith D. Flynn, Esq.
Miller Cohen, P.L.C.
600 W. Lafayette Blvd.
4th Floor
Detroit, MI 48226

*TIMESLIPS*

PAID
4/8/15
# 28037

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|-------|-----|-----------|----------|--------------|
| Net 30 | LAM | 4/1/2015 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 3/25/2015 | One Copy to Attorney (per page rate) | 335 | 2.25 | 753.75 |
| | SUBTOTAL | | | 753.75 |
| | CASE:Reeser v. Henry Ford Hospital | | | |
| | DEPONENT: Natalie Reeser, Volume I | | | |
| | Multi-Page, Keyword Indexing | 1 | 0.00 | 0.00 |
| | E-trans | 1 | 10.00 | 10.00 |
| | ___ & Handling | 1 | 10.00 | 10.00 |
| | | 318 | 0.25 | 79.50 |

MILLER COHEN PLC
Tri-County Court Reporters

Please pay AC
28037

Item to be Paid - Description
Deposition Natalie Reeser

Check Number: 28037
Check Date: Apr 8, 2015

Check Amount: $79.50
Discount Taken

Amount Paid
79.50

102   USE WITH 91500 ENVELOPE

Deluxe For Business 1-800-225-6380 or www.nebs.com

PRINTED IN U.S.A.

43  C7A8DD  STXRX5

*TAMARA A. O'CONNOR*
*2385 Jakewood Drive*
*West Bloomfield, Michigan 48324*
*Phone: 248.360.1331   FAX: 248.363.9182*
*E-Mail: toconnorrptg@aol.com*

March 20, 2015

MR. KEITH FLYNN, ESQUIRE
Miller Cohen
600 W. Lafayette Blvd, 4th Floor
Detroit, Michigan 48226

RE: NATALIE REESER v HENRY FORD HOSPITAL
     Case No. 2:14-cv-11916-GCS-MJH

Transcript of the Deposition of FIONA BORK on March 16, 2015, and
MARTHA WISEHEART on March 17, 2015 taken in the

**MILLER COHEN PLC**                                                      27983

    O'Connor Court Reporting LLC                      Check Number:   27983
                                                                         Check Date:     Mar 24, 2015
                                                                                         Duplicate
                                                                         Check Amount:   $2,036.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| Deposition of Fiona Bark | — | 2,036.00 |

PRODUCT SSLM102   USE WITH 91500 ENVELOPE   Deluxe For Business 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.   A

243  AC136B  STXRX1  12/05/2014 05:22

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28715
Check Date: 4/14/16
Check Amount: $1.96



28715

MILLER COHEN PLC
600 W. LAFAYETTE BLVD., FOURTH FLOOR
DETROIT, MICHIGAN 48226
(313) 964-4454

PNC BANK

6-12/410

DATE
April 14, 2016

AMOUNT
***$1.96***

One Dollar and 96 Cents

Henry Ford Health System



VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MILLER COHEN PLC

28715

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28715
Check Date: 4/14/16
Check Amount: $1.96

DUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

225  F12C7E  STXRX5  08/27/2015 19:47

DUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

225  F12C7E  STXRX5  08/27/2015 19:47

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28714
Check Date: 4/14/16
Check Amount: $1.96

28714

**MILLER COHEN PLC**
600 W. LAFAYETTE BLVD., FOURTH FLOOR
DETROIT, MICHIGAN 48226
(313) 964-4454

PNC BANK

6-12/410

| DATE | AMOUNT |
|------|--------|
| April 14, 2016 | ***$1.96*** |

MILLER COHEN PLC

28714

**Henry Ford Health System**
Witness Fee
April 14, 2016

Check No. 28714
Check Date: 4/14/16
Check Amount: $1.96

ODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

224  F12C7E  STXRX5  08/27/2015 19:47

ODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

224  F12C7E  STXRX5  08/27/2015 19:47

## CHECK REQUEST

Date Requested: 11/19/15

Need By: FH

Amount: $1.96

Regular Acct.: _____ IOLTA

Payable to: Henry Ford Health System — 3.4 5

I.D. No.

Address: 1 Ford Place, 5B Governance

Detroit, MI 48202

Purpose: Witness fee

(Check made to Henry of Harding)

Client: Reeves 14-152416

Requested By: [signature]

Responsible Attorney: [signature]

Check No. 28815
Check Date: 11/19/15
Check Amount: $1.96

28815

29290

**CHECK REQUEST**

Need By: _ASAP_    Date Requested _4/4/16_

Amount: _24.50_    Regular Acct.: ___ IOLTA ___

Payable to: _Cull Hood_    I.D. No. ___

Address: _c/o Terry Miglio Detroit_
_160 W. Fort St. S 4th Fl. 48226_

Purpose: _Witness & mileage fee_
_for Trial_

Client: _Reeves_

Requested By: _____

Responsible Attorney: _AG_

| | |
|---|---|
| Check Number: | 29290 |
| Check Date: | Apr 12, 2016 |
| Check Amount: | $24.50 |
| Discount Taken | Amount Paid |
| | 24.50 |

PRINTED IN U.S.A.

e.com/shop

# CHECK REQUEST

Need By: _ASAP_  Date Requested: 4/12/16

**MILL**

Amount: _19.84_  Regular Acct.: _____  IOLTA _____

Payable to: _Reserve Miller_  I.D. No. _____

Item

Address: _3-2836 Hollyleer Dr._

_Chesterfield, MI 48047_

Purpose: _Witness mileage_

Client: _Foster Trial_

Requested By: _____

Responsible Attorney: _AGT_

PRODUCT SSLA

TIMESLIPS

PRINTED IN U.S.A.

Check Number: 29289
Check Date: Apr 12, 2016

Check Amount: $19.84
Discount Taken          Amount Paid

                        19.84

29289

## CHECK REQUEST

Need By: _EVN_  Date Requested: _11/19/15_

Amount: $ _1.96_  Regular Acct: _____ IOLTA

Payable to: _Henry Ford Health System_  I.D. No.: _____

Address: _1 Ford Pl., 5B Governance_

_Detroit, MI 48202_

Purpose: _Witness fee_

_(subpoena deposition dupl. rec.)_

Client: _Rees et 14-15246_

Requested By: _[signature]_

Responsible Attorney: _KDF/BGT_

Check No. 28814
Check Date: 11/19/15
Check Amount: $1.96

28814

## CHECK REQUEST

Need By: _____

Amount: _____ Regular Acct.: _____ IOLTA _____

Payable to: Pedri Fees PC I.D. No. _____

Address: 1853 Mc Stephen
St. Helen, MI 48656

Purpose: Withdrawal mileage fee
Port paid 102.06

Client: .575 per mile Pedri

Requested By: _____

Responsible Attorney: _____

Due Requested: 4/12/16
#29288

TIMESLIPS

Check Number: 29288
Check Date: Apr 12, 2016

Check Amount: $102.06
Discount Taken        Amount Paid
                      102.06

e.com/shop

PRINTED IN U.S.A.

29288

MILLER COHEN PLC                                                    27890

**Natalie Reeser v. Henry Ford Hospital**
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*), Our File No.:14-15246

MILLER COHEN PLC                                                    27890

TIMESLIPS
3/18/15

**Natalie Reeser v. Henry Ford Hospital**
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*), Our File No.:14-15246
$58.75 / KDF
February 20, 2015
For Witness Fee and Round-Trip Travel Expenses for Deposition Duces Tecum and Subpoena to Testify on
March 19, 2015, at 10:00am at the law firm of Miller Cohen, P.L.C.

PRODUCT SSLM102    USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.        A    150 AC1368 STXRX1 12/05/2014 05:22

Fifty-Eight Dollars and Seventy-Five Cents

Ms. Jill E. Hood
1154 Surrey Lane
South Lyon, MI 48178

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈000 27890⑈ ⑆041000124⑆ 425430029 8⑈

MILLER COHEN PLC                                                    27890

**Natalie Reeser v. Henry Ford Hospital**
USDC Case No.: 2:14-cv-11916-GCS-MJH (*Hon. George Caram Steeh*), Our File No.:14-15246
$58.75 / KDF
February 20, 2015
For Witness Fee and Round-Trip Travel Expenses for Deposition Duces Tecum and Subpoena to Testify on
March 19, 2015, at 10:00am at the law firm of Miller Cohen, P.L.C.

## CHECK REQUEST

Need By:        03/04/15          Date Requested:     03/03/15

Amount:         $42.85            Regular Acct.: _____        IOLTA _____

Payable to:     **Jill E. Hood**          I.D. No. _____

Address:        c/o Varnum LLP
                39500 High Pointe Blvd., Suite 350
                Novi, MI  48375

Purpose:        $12.00/day deposition fee (1 day) plus round-trip mileage (53.66 miles @
                $0.575 cents per mile) to/from Miller Cohen, P.L.C., to/from Varnum LLP

**MILLER COHEN PLC**

Jill Hood

| | | |
|---|---|---|
| | Check Number: | 27932 |
| | Check Date: | Mar 4, 2015 |

Item to be Paid - Description

| | Check Amount: | $42.85 |
|---|---|---|
| | Discount Taken | Amount Paid |
| Deposition Fee | | |
| | | 42.85 |

27932

DUCT SSLM102    USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.

A
192 AC1368 STXRX1 12/05/2014 05:22



TIMESLIPS

5/3/16 4

P A I D
4/28/16 5
29356

$ 19.84

**MILLER COHEN PLC**                                                    29356

Michelle Coil Plesky

Check Number: 29356
Check Date: Apr 28, 2016

Check Amount: $19.84
Discount Taken        Amount Paid

Item to be Paid - Description

mileage to serve suponea to Desire Miller                              19.84

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

28813

Check No. 28813
Check Date: 11/19/15
Check Amount: $7.07

## CHECK REQUEST

Need By: _ASAP_ Date Requested: _11/19/15_

Amount: _$7.07_ Regular Acct.: _IOLTA_

Payable to _Glenda Gibson_ I.D. No.

Address: _16242 Carlisle St._

_Det., MI 48205_    _62.3 mile_

_57.5_

Purpose: _Witness Fee_

Client: _Reeser 1416246_

Requested By: _[signature]_

Responsible Attorney: _KDF/ka_

# INVOICE

## Independent Express
## 24350 Rensselaer Street
## Oak Park, MI 48237
Phone #313-721-9692



TI... SLIPS

TO   Miller Cohen P.L.C
600 Lafayette Blvd.
Detroit, MI 48226

| COURIER | JOB | PAYMENT TERMS | SERVICE DATE |
|---|---|---|---|
| Sirron Branch | Delivery | Cash/Check | 06/22/15 |

| INVOICE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 00-062215-A | Area Delivery: Job for Michelle<br>File# 14-15246<br>Reeser<br><br>J.Stott Mathews<br>Spectrum Computer Forensics<br>32440 Susanne Drive<br>Franklin, MI 48025<br>Date of Service: 06/22/15-Delivery $40<br>Date of Service: 07/08/15-Pick up $40 | | 80.00 |



## INVOICE

Invoice #HNR-2015007576
12/16/2015

Send Payments To:
**H&R PROCESS SERVING GROUP, LLC
18701 Grand River
#121
Detroit, MI 48223
Phone: (866) 939-4442
Fax: (313) 262-6428**

ADAM GRAHAM
MILLER COHEN, P.L.C.
600 WEST LAFAYETTE
FOURTH FLOOR BLVD
DETROIT, MI 48226

Reference Number: 14-15246

**Case Number: Oakland 14-11916-GCS**

Plaintiff:
**NATALIE REESER**

MILLER COHEN PLC

H&R Process Serving

TIMESLIPS

28924

Check Number: 28924
Check Date: Dec 29, 2015

| Item to be Paid - Description | Check Amount: $60.00 | |
| --- | --- | --- |
| Process server for Natalie Reeser | Discount Taken | Amount Paid |
| | | 60.00 |

IT SSLM102    USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.

434  F12C7E  STXRX5  08/27/2015 19:47

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Page 1 / 1

Copyright © 1992-2015 Database Services, Inc. - Process Server's Toolbox V7.1b



## INVOICE

Invoice #HNR-2015006877
12/3/2015

**Send Payments To:**
**H&R PROCESS SERVING GROUP, LLC**
**18701 Grand River**
**#121**
**Detroit, MI 48223**
**Phone: (866) 939-4442**
**Fax: (313) 262-6428**

ADAM GRAHAM
MILLER COHEN, P.L.C.
600 WEST LAFAYETTE
FOURTH FLOOR BLVD
DETROIT, MI 48226

Reference Number: 14-15246

**Case Number: Oakland 14-11916-GCS**

MILLER COHEN PLC

H&R Process Serving

Item to be Paid - Description

Henry Ford Health

Check Number:   28894        28894
Check Date:   Dec 15, 2015

Check Amount:   $25.00
Discount Taken

Amount Paid
25.00

TIMESLIPS

SLM102   USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

PRINTED IN U.S.A.

404  F12C7E  STXRX5  08/27/2015 19:47   A

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Page 1 / 1



## INVOICE

Invoice #HNR-2015006876
12/3/2015

Send Payments To:
**H&R PROCESS SERVING GROUP, LLC**
18701 Grand River
#121
Detroit, MI 48223
Phone: (866) 939-4442
Fax: (313) 262-6428

ADAM GRAHAM
MILLER COHEN, P.L.C.
600 WEST LAFAYETTE
FOURTH FLOOR BLVD
DETROIT, MI 48226

Reference Number: 14-15246

**Case Number: Oakland 14-11916-GCS**

Plaintiff:
**NATALIE REESER**

Defendant:
**HENRY FORD HEALTH SYSTEM D/B/A HENRY FORD HOSPITAL USDC**

Non-Served: 11/23/2015
CUSTODIAN OF RECORDS HENRY FORD HEALTH SYSTEM FOR SALARY AND HOURLY PAY
MAGLIO

TIMESLIPS

PAID
12/15/15
# 28897

MILLER COHEN PLC
H&R Process Serving

28897

Item to be Paid - Description

Process Service Henry Ford Health System

Check Number: 28897
Check Date: Dec 15, 2015
Duplicate
Check Amount: $60.00
Discount Taken
Amount Paid
60.00

X

3LM102    USE WITH 91500 ENVELOPE

Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

PRINTED IN U.S.A.

407 F12C7E STXRX5 08/27/2015 19:47

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

Page 1 / 1

**Michelle Coil**

| | |
|---|---|
| **From:** | confirmations@reservation-desk.com |
| **Sent:** | Wednesday, November 11, 2015 11:15 AM |
| **To:** | Michelle Coil |
| **Subject:** | Holiday Inn Flint Confirmed Booking \| Itinerary: R458774214 |

        888-978-6509



# Holiday Inn Flint
5353 Gateway Blvd \| Flint, MI, 48507, US

Print Receipt Manage Booking Book This Hotel Again

## Reservation Confirmation          view hotel info
**Itinerary Number: R458774214We have charged your credit card for the full payment of this reservation.**

| | | | |
|---|---|---|---|
| **Check-In:** | Nov 21, 2015 | **Check-Out:** | Nov 22, 2015 (12:00 PM) |
| **Nights:** | 1 | | |
| **Room:** | | **1 King bed leisure nonsmoking - Advance Purchase Savings, nonrefundable** | |
| | **Guests:** | Natalie Reeser, 1 Adult, 0 Child | |
| | **Cancellation Policy:** | Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts. | |

| | |
|---|---|
| **Customer Name:** | Miller Cohen |
| **Customer Email:** | mcoil@millercohen.com |
| **Customer Phone:** | 3139644454 |

| | |
|---|---|
| **Subtotal:** | $77.00 USD |

1

2:14-cv-11916-GCS-SDD Doc # 132-1 Filed 08/24/16 Pg 48 of 50 Pg ID 4667

| | |
|---|---|
| **Taxes & Fees:** | $18.82 USD |
| **Total Cost:** | $95.82 USD |

| | |
|---|---|
| **Billing Name:** | Miller Cohen |
| **CC Type:** | Visa |
| **CC Number:** | xxxx-xxxx-xxxx-8264 |

# Hotel Policies

You must present a photo ID when checking in. Your credit card is charged at the time you book. Your reservation is prepaid and is guaranteed for late arrival. The total charge includes all room charges and taxes, as well as fees for access and booking. Any incidental charges such as parking, phone calls, and room service will be handled directly between you and the property.Extra-person charges may apply and vary depending on hotel policy. Government-issued photo identification and a credit card or cash deposit are required at check-in for incidental charges. Special requests and preferences are subject to availability upon check-in and may incur additional charges. Special requests cannot be guaranteed.

# Notifications and Fees

**Optional Services and Upgrades**

The following fees and deposits are for optional services and are charged by the property at time of service, check-in, or check-out.

- Breakfast fee: between USD 6.00 and USD 12.00 per person (approximately)
- Pet fee: USD 25.00 per accommodation, per stay
- Rollaway bed fee: USD 10.00 per stay

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

# Cancellation Policy

Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts.

## Map & Directions



HomeMy ReservationFAQsContact UsTerms and ConditionsPrivacy PolicyAbout Us

Copyright © 2015 - ReservationDesk.com - All Rights Reserved

If you'd like to unsubscribe and stop receiving these emails click here.

## Elizabeth Miller

| | |
|---|---|
| **From:** | Ada Verloren |
| **Sent:** | Thursday, January 08, 2015 10:21 AM |
| **To:** | Elizabeth Miller |
| **Cc:** | Keith Flynn |
| **Subject:** | FW: Reeser v Henry Ford |

Hi Liz,
Please make out a check in the amount of $30.50 to Varnum LLP.
Thank you.
Ada

*Ada Verloren*
Attorney, Miller Cohen, P.L.C.
600 West Lafayette Blvd., Fourth Floor
Detroit, Michigan 48226-0840

**MILLER COHEN PLC**

27674

Varnum LLP

| | |
|---|---|
| Check Number: | 27674 |
| Check Date: | Jan 8, 2015 |
| Check Amount: | $30.50 |

Item to be Paid - Description

Discount Taken | Amount Paid

Reeser copies

30.50



ODUCT SSLM102   USE WITH 91500 ENVELOPE   Deluxe For Business 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.

83 F7EBBD STXRX3 10/30/2014 21:18

**VARNUM**
ATTORNEYS AT LAW
CELEBRATING 125 YEARS

LAW FIRMS
US News
2014

Varnum LLP
39500 High Pointe Boulevard, Suite 350
Novi, Michigan 48375

Main: (248) 567-7400
Fax: (248) 567-7423
www.varnumlaw.com

*****************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for
viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly
prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at (248) 567-7400
*****************************