Defendant's Brief In Opposition to Plaintiff's Motion to Review
the Action of the Taxation Clerk

Index of Exhibits

1. Bill of Costs Handbook

2. Taxed Bill of Cost, dated August 19, 2016

3. Taxed Bill of Cost, dated August 25, 2016

4. Unpublished Cases:
   - *Perry v Randstad General Partner (US) LLC*, 2016 WL 4076476 (E.D. Mich. Feb. 1, 2016)
   - *Contract Design Group, Inc. v Wayne State University*, 2014 WL 3891675 (E.D. Mich. Aug. 7, 2014)
   - *Warkentin v Federated Life Ins. Co.*, No. 1:10-cv-00221-SAB, 2015 WL 3833857 (E.D. Cal. June 19, 2015)
   - *Feldman v Olin Corp.*, No. CIV. 09-168-GPM, 2011 WL 711054 (S.D. Ill. Feb. 22, 2011)