**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Natalie Reeser,

*v.*

Henry Ford Health System, d/b/a
Henry Ford Hospital

                                      /

Civil No: 14-11916

Judicial Officer: George Caram Steeh

# TAXED BILL OF COST

On May 19, 2016, a judgment was entered in favor of **the Plaintiff.** The prevailing party now requests the clerk to tax the following costs:

|   |   | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* |   |   |   |
| B | Service Fees | $554.84 | $0.00 | See Attached. |
| C | Court Reporter Fees | $4,247.06 | $0.00 | **See Attached. |
| D | Printing Fees |   |   |   |
| E | Witness Fees | $278.83 | $12.00 | **See Attached. |
| F | Exemplification & Copy Fees | $726.50 | $0.00 | **See Attached. |
| G | Docket fees (28 U.S.C. 1923) | $400.00 | $400.00 | Allowed; for civil filing fee. |
| H | Costs on Mandate of Appeal |   |   |   |
| I | Court-appointed experts |   |   |   |
| J | Interpreters and Services |   |   |   |
| K | Other costs | $5,208.37 | $0.00 | **See Attached. |
|   |   | $11,415.60 | $412.00 |   |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 08/19/16

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

## **Costs Denied:**

| | |
|---|---|
| Service Fees: $554.84 | Service fees for service of summons and complaint ($35.00, $60.00, and $275.00), and service fees for process service as to Henry Ford Hospital ($20.00) are not taxable as no receipts were provided. Service fees for process service as to Chanda Gibson ($60.00), Desire Miller ($19.84), and Henry Ford Health System ($25.00) are not taxable as the receipts provided are not self-explanatory. (See Bill of Costs Handbook, Section I,C, page 2.) Service fees for process service as to Henry Ford Health System ($60.00) are not taxable as these costs pertain to retrieving records. (See Bill of Costs Handbook, Section II,B,2,a, page 3.) |
| Court Reporter Fees: $4,247.06 | Not taxable as the bill of costs fails to document how the corresponding deposition transcripts were used. (See Bill of Costs Handbook, Section II,C, page 3.) |
| Witness Fees: $266.83 | Attendance fees for witness Jill Hood ($12.00) are taxable as page 2 of the bill of costs documents her attendance at trial. The mileage costs for this witness are however denied, as page 2 fails to show the proper mileage calculations. All other witness fees are denied, as the bill of costs fails to document on page 2 any attendances at trial and/or for a deposition for Deserie Miller, Debra Reeser, or Chanda Gibson. Furthermore, no deposition costs were taxable for any of the witnesses per above. (See Bill of Costs Handbook, Section II,E, page 4.) |
| Exemplification and copy fees: $726.50 | Not taxable without a court order authorizing the recovery of these costs. (See Bill of Costs Handbook, Section II,F, page 5.) |
| Other Costs: $5,208.37 | Delivery costs ($80.00), computerized research costs ($4,977.84), travel expenses ($98.52), and UPS costs (52.01) are not taxable pursuant to the Bill of Costs Handbook, Section II,K,1-2, pages 6 and 7. |

# Mailing Information for a Case 2:14-cv-11916-GCS-SDD Reeser v. Henry Ford Hospital

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith D. Flynn**
  kflynn@millercohen.com,dboxie@millercohen.com,mcoil@millercohen.com,kgolba@millercohen.com
- **Adam Carl Dhunbiryun Graham**
  agraham@millercohen.com,dboxie@millercohen.com,mcoil@millercohen.com
- **Richard G. Mack**
  richardmack@millercohen.com,dboxie@millercohen.com,kflynn@millercohen.com,mcoil@millercohen.com
- **Terrence J. Miglio**
  tjmiglio@varnumlaw.com,rmromero@varnumlaw.com,bebuchanan@varnumlaw.com