UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

v.

Henry Ford Health System, d/b/a
Henry Ford Hospital

_____/

Civil No: 14-11916

Judicial Officer: George Caram Steeh

# TAXED BILL OF COST*

On May 19, 2016, a judgment was entered in favor of **the Plaintiff.** The prevailing party now requests the clerk to tax the following costs:

|   |   | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk (28:1920(1))(28:1923) |   |   |   |
| B | Service Fees | $554.84 | $0.00 | **See Attached. |
| C | Court Reporter Fees | $4,247.06 | $0.00 | **See Attached. |
| D | Printing Fees |   |   |   |
| E | Witness Fees | $278.83 | $0.00 | **See Attached. |
| F | Exemplification & Copy Fees | $726.50 | $0.00 | **See Attached. |
| G | Docket fees (28 U.S.C. 1923) | $400.00 | $0.00 | **See Attached. |
| H | Costs on Mandate of Appeal |   |   |   |
| I | Court-appointed experts |   |   |   |
| J | Interpreters and Services |   |   |   |
| K | Other costs | $4,208.37 | $0.00 | **See Attached. |
|   |   | $10,415.60 | $0.00 |   |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 08/25/16

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

*Addresses bill of cost filed on 08/24/16 (doc. 132).

**\*\*Costs Denied:**

| | |
|---|---|
| Service Fees: $554.84 | An initial bill of cost was filed on 06/06/2016 (doc. 113). Costs were taxed accordingly, pursuant to the Bill of Costs Handbook on 08/19/16 (doc. 130). A revised bill of costs was filed on 08/24/16 (doc. 132) to include necessary, but previously omitted documentation. According to the Bill of Costs Handbook, "after the taxation clerk has taxed costs, counsel for either side may, within seven days, file a motion to review the action by the taxation clerk and request review by the Court." (Bill of Costs Handbook, Section I,B, page 1) Pursuant to the above, the taxation clerk will not re-tax costs. |
| Court Reporter Fees: $4,247.06 | See above. |
| Witness Fees: $278.83 | See above. |
| Exemplification and copy fees: $726.50 | See above. |
| Docket Fees: $400.00 | See above. |
| Other Costs: $4,208.37 | See above. |

# Mailing Information for a Case 2:14-cv-11916-GCS-SDD Reeser v. Henry Ford Hospital

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith D. Flynn**
  kflynn@millercohen.com,dboxie@millercohen.com,mcoil@millercohen.com,kgolba@millercohen.com
- **Adam Carl Dhunbiryun Graham**
  agraham@millercohen.com,dboxie@millercohen.com,mcoil@millercohen.com
- **Richard G. Mack**
  richardmack@millercohen.com,dboxie@millercohen.com,kflynn@millercohen.com,mcoil@millercohen.com
- **Terrence J. Miglio**
  tjmiglio@varnumlaw.com,rmromero@varnumlaw.com,bebuchanan@varnumlaw.com