UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser

Plaintiff(s),

v.

Henry Ford Health System

Defendant(s).
_____/

Case No. 14-CV-11916

Judge George Caram Steeh

Magistrate Judge Stephanie Dawkins Davis

## NOTICE OF APPEAL

Notice is hereby given that Natalie Reeser appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☑ Order

☐ Other: Doc. # 129 - Opinion and Order Granting in Part Plaintiff's Motion for Attorney Fees

entered in this action on August 17, 2016.

Date: September 15, 2016

Counsel is: RETAINED

Keith Flynn

P74192
Miller Cohen, P.L.C.
600 W. Lafayette Blvd.
Fourth Floor
Detroit, Michigan 48226-0840
313-964-4454
kflynn@millercohen.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.