UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

            Plaintiff(s),

v.                                    Case No. 2:14–cv–11916–GCS–SDD
                                        Hon. George Caram Steeh

Henry Ford Hospital,

            Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

            United States Court of Appeals for the Sixth Circuit
            Potter Stewart U.S. Courthouse
            100 East Fifth Street, Fifth Floor
            Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on September 15, 2016.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: <u>s/ B Garant</u>
                                               Deputy Clerk

Dated:   September 15, 2016