UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HOSPITAL**,

    Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Stephanie Dawkins Davis

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrance J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI 48226-0840 | Detroit, MI 48226 |
| (313) 964-4454 | (313) 481-7300 |

## INDEX OF EXHIBITS

Exhibit A     *Michigan First Credit Union v. Cumis Ins. Soc. Inc.*, No. 05-CV-74423, 2009 WL 1664088, at *11 (E.D. Mich. June 15, 2009)

Exhibit B     Page 3 of Plaintiff's Amended Bill of Costs

Exhibit C     *City of Sterling Heights v. United Nat'l Ins. Co.*, No. 03-72773, 2008 WL 920135, at *3 (E.D. Mich. Apr. 3, 2008)

Exhibit D     *Healy ex rel. Healy v. Sears, Roebuck & Co.*, 2009 WL 2392394, at *2 (E.D. Mich. Aug. 3, 2009)

Exhibit E     *MacDonald v. United Parcel Serv.*, 2010 WL 1254607 (E.D. Mich. Mar. 26, 2010)

Exhibit F     Invoices for copying costs

Exhibit G         *Whitesell Corp. v. Whirlpool Corp.*, 2010 WL 1875508, at *3 (W.D. Mich. May 10, 2010)

Exhibit H         Schedule of Fees and Commissions for the U.S. Marshall