# EXHIBIT F

**Michigan Legal Copy, LLC**
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220


TIMESLIPS
4/26/16

# Invoice

| Date | Invoice # |
|---|---|
| 2/26/2016 | 30147 |

| Ship To | Bill To |
|---|---|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same |

3/3/16
#29147

| Claim Number | Terms | File Number | Attorney |
|---|---|---|---|
|  | Net 30 |  |  |

| Description | Amount |
|---|---|
| Processing Fee<br>Re: Natalie K. Reeser<br>Deponent: Main Street Family Practice- Ms. Marilyn Louis, MSN, CFNP | 30.00 |
| Processing Fee<br>Per Page Fee<br>Re: Natalie K. Reeser<br>Deponent: Quest Diagnostics- Updated Personnel Records from 4-1-15 to present & Quest Diagnostics- Updated Payroll Records from 4-1-15 to present | 30.00<br>2.00 |
| Processing Fee<br>Re: Natalie K. Reeser<br>Deponent: Ms. Kriss Goodroe, MA, LPC- True North Ministry- Counseling Records | 30.00 |

ID #009889
EIN 61-1597782

**Total** $92.00

| Phone # | Fax # | Web Site |
|---|---|---|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

# Statement

Michigan Legal Copy, LLC
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220


TIMESLIPS
8/4/15 kj

| Date |
|---|
| 6/16/2015 |

Ms. Michele Coil

To: ACCOUNTS PAYABLE

Mr. Keith D. Flynn
Miller Cohen, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226


PAID
6/23/15 kj
#28265

| Amount Due | Amount Enc. |
|---|---|
| $318.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/27/2015 | INV #27921. Due 05/27/2015. Orig. Amount $318.00. | 318.00 | 318.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | (318.00) | 0.00 | 0.00 | 0.00 | $318.00 |

**Michigan Legal Copy, LLC**
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

# Invoice

| Date | Invoice # |
|---|---|
| 4/27/2015 | 27921 |

| Ship To | Bill To |
|---|---|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same |

**PAST DUE**

| Claim Number | Terms | File Number | Attorney |
|---|---|---|---|
|  | Net 30 |  | Keith Flynn |

| Description | Amount |
|---|---|
| Processing Fee | 30.00 |
| Per Page Fee | 2.25 |
| Postage | 0.00 |
| Re: Natalie K. Reeser | |
| Deponent: Quest Diagnostics- HR/Personnel Records | |
| | |
| Processing Fee | 30.00 |
| Per Page Fee | 20.50 |
| Re: Natalie K. Reeser | |
| Deponent: HFHS- Macomb- Clinton Township | |
| | |
| Processing Fee | 30.00 |
| Per Page Fee | 205.25 |
| Re: Natalie K. Reeser | |
| Deponent: HFHS- Detroit | |

ID #009889
EIN 61-1597782

**Total** $318.00

| Phone # | Fax # | Web Site |
|---|---|---|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

**Michigan Legal Copy, LLC**
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

# Invoice

| Date | Invoice # |
|---|---|
| 4/28/2015 | 27932 |

| Ship To | Bill To |
|---|---|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same |

| Claim Number | Terms | File Number | Attorney |
|---|---|---|---|
|  | Net 30 |  | Keith Flynn |

| Description | Amount |
|---|---|
| Processing Fee | 30.00 |
| Per Page Fee | 33.25 |
| Postage | 0.00 |
| Re: Natalie K. Reeser<br>Deponent: Sprint- Cell Phone Records | |

TIMESLIPS

PAID 4/29/15 28134

| | Total | $63.25 |
|---|---|---|

ID #009889
EIN 61-1597782

| Phone # | Fax # | Web Site |
|---|---|---|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

# TRI-COUNTY COURT REPORTERS

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 1-844-270-7115
tricountyreporters@wowway.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/1/2015 | 22827 |

PAID 4/22/15 kj
#28093

**BILL TO:**
Keith D. Flynn, Esq.
Miller Cohen, P.L.C.
600 W. Lafayette Blvd.
4th Floor
Detroit, MI 48226

TIMESLIPS

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|---|---|---|---|---|
| Net 30 | LAM | 4/1/2015 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 3/25/2015 | One Copy to Attorney (per page rate) | 335 | 2.25 | 753.75 |
| | SUBTOTAL | | | 753.75 |
| | CASE: Reeser v. Henry Ford Hospital | | | |
| | DEPONENT: Natalie Reeser, Volume I | | | |
| | Multi-Page, Keyword Indexing | 1 | 0.00 | 0.00 |
| | E-trans | 1 | 10.00 | 10.00 |
| | Shipping & Handling | 1 | 10.00 | 10.00 |
| | Regular Exhibits | 318 | 0.25 | 79.50 |

PAID
APR 14 2015
BY: 28037  -$79.50

**Total** $853.25

-79.50
Balance due: 773.75

**Michigan Legal Copy, LLC**

4121 Okemos Road
Suite 12
Okemos, MI 48864-3220



# Invoice

| Date | Invoice # |
|---|---|
| 2/24/2015 | 27517 |

| Ship To | Bill To |
|---|---|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI  48226 | same |

| ~~Claim Number~~ Client | Terms | File Number | Attorney |
|---|---|---|---|
| Reeser, Natalie | Net 30 | 14-15246 | Keith Flynn |

| Description | Amount |
|---|---|
| No Record Statement<br>Postage<br>Re: Natalie Reeser<br>Deponent: Aldridge's Always Christmas- HR- No Records | 0.00<br>0.00 |
| Processing Fee<br>Re: Natalie Reeser<br>Deponent: Leoni Engineering- HR Records | 30.00 |
| No Record Statement<br>Re: Natalie Reeser<br>Deponent: Visiting Angels- HR-No Records | 0.00 |
| Processing Fee<br>Re: Natalie Reeser<br>Deponent: Davis Smith- HR Records | 30.00 |
| Processing Fee<br>Per Page Fee | 30.00<br>4.50 |

ID #009889
EIN 61-1597782

**Total**

| Phone # | Fax # | Web Site |
|---|---|---|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

Page 1

**Michigan Legal Copy, LLC**
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

# Invoice

| Date | Invoice # |
|---|---|
| 2/24/2015 | 27517 |

| Ship To | Bill To |
|---|---|
| Mr. Keith D. Flynn<br>Miller Cohen, P.L.C.<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226 | same |

| Claim Number | Terms | File Number | Attorney |
|---|---|---|---|
|  | Net 30 |  | Keith Flynn |

| Description | Amount |
|---|---|
| Re: Natalie Reeser<br>Deponent: Dr. Reza Kahnamouei, MD- Medical Records |  |
| No Record Statement<br>Re: Natalie Reeser<br>Deponent: Right At Home- HR- No Records | 0.00 |
| Processing Fee<br>Per Page Fee<br>Re: Natalie Reeser<br>Deponent: Jeffrey Automotive Group- HR Records | 30.00<br>27.50 |
| No Record Statement<br>Re: Natalie Reeser<br>Deponent: St. Joseph Mercy- HR- No Records | 0.00 |
| Processing Fee<br>Per Page Fee | 30.00<br>7.75 |

ID #009889
EIN 61-1597782

**Total**

| Phone # | Fax # | Web Site |
|---|---|---|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

Page 2

**Michigan Legal Copy, LLC**
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

# Invoice

| Date | Invoice # |
|---|---|
| 2/24/2015 | 27517 |

**Ship To**
Mr. Keith D. Flynn
Miller Cohen, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226

**Bill To**
same

| Claim Number | Terms | File Number | Attorney |
|---|---|---|---|
|  | Net 30 |  | Keith Flynn |

| Description | Amount |
|---|---|
| Re: Natalie Reeser<br>Deponent: JRL Home Services d/b/a Home Helpers & Direct Link- HR Records<br><br>No Record Statement<br>Re: Natalie Reeser<br>Deponent: Davis Smith- UPDATED HR Records from 9/1/14-present- No Records | 0.00 |

ID #009889
EIN 61-1597782

**Total** $189.75

| Phone # | Fax # | Web Site |
|---|---|---|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |

Page 3

**Michigan Legal Copy, LLC**
4121 Okemos Road
Suite 12
Okemos, MI 48864-3220

# Invoice

| Date | Invoice # |
|---|---|
| 4/21/2015 | 27865 |

**Ship To**
Mr. Keith D. Flynn
Miller Cohen, P.L.C.
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226

**Bill To**
same

TIMESLIPS
5/26/15

| Claim Number | Terms | File Number | Attorney |
|---|---|---|---|
|  | Net 30 |  | Keith Flynn |

| Description | Amount |
|---|---|
| Processing Fee | 30.00 |
| Per Page Fee | 3.00 |
| Postage | 0.00 |
| | |
| Re: Natalie K. Reeser | |
| Deponent: Leelin Home Health Care- HR/Personnel Records | |

PAID
4/22/15
# 28079

ID #009889
EIN 61-1597782

**Total** $33.00

| Phone # | Fax # | Web Site |
|---|---|---|
| (517) 349-1700 | (517) 349-1717 | www.mlcopy.com |