# EXHIBIT H

| SCHEDULE OF FEES AND COMMISSIONS ||| 
|---|---|---|
| A deposit based on anticipated USMS fees and expenses is required at the time the request for service of process is made. Any expenses not covered will be billed. Any overpayment will be refunded. Funds are accepted by check or cashier's check. Refunds and proceeds are usually dispersed electronically (contact the Service of Process Unit for an ACH form.) ||| 
| SERVICE FEE: | $65 per hour (or portion thereof) per deputy marshal | The US Marshal determines the number of deputies required based on safety and security requirements. Requestors will only be charged for the number of deputies <u>required</u>. |
| MILEAGE FEE: | $0.54 per mile | The US Marshal will attempt to serve multiple parties in the same request on one trip in order to minimize the mileage fee.<br><br>*Ex: If three parties are to be served in a single case and all three live at the same location 55 miles away, the mileage fee would be $31.07 (55 miles x .565). The mileage would only be assessed on one of the parties.*<br><br>*If three parties in same case live at different locations five miles apart, the furthest being 20 miles away, a mileage fee of $11.30 on the most remote (20 miles x .565), $2.82 on next party (5 miles x .565) and $2.82 on the final party (5 miles x .565)* |
| FORWARDING FEE: | $8 | If process is to be served in person in another judicial district. This fee is in addition to any service or mileage fees. |
| MAILING FEE: | $8 | Process that can be served by mail within and without the district. Additional fees will apply if cost of mailing exceeds $8 (e.g. international or bulk mailing) |
| ADMINISTRATIVE (DOCUMENT) FEE: | $20 | Covers the preparation and publication of documents such as US Marshal Deeds, Bill of Sale, and Notice of Sale |
| SEIZURES, WARRANTS OF ARREST IN REM | Contact USMS office for information | Fees are based on Service Fees (Number of deputies, Number hours, mileage, and other expenses. |
| COPYING FEE: | $0.10 per page | |
| COMMISSION (Sales) | 3% on first $1000 plus 1.5% on the balance. | Minimum commission is $100. The Maximum commission is $50,000. |
| EXPENSES | Actual Amount | Necessary expenses that must be paid in the course of the service of process including: County Clerk-Recorder Filling Fees, Locksmith Services, Storage, Insurance, Keepers/ or Guards, Advertising, etc.<br><br>Requestors may elect to pay these fees directly. Please consult with the Process Service Unit to verify direct payment of these expenses. |

Current as of 10 February 2016