# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 03, 2017

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 16-2303, *Natalie Reeser v. Henry Ford Hospital*
Originating Case No. : 2:14-cv-11916

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc: Ms. Barbara Eckert Buchanan
Mr. Keith D. Flynn
Mr. Adam Carl Graham
Mr. Terrence J. Miglio

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-2303

_____

Filed: July 03, 2017

NATALIE REESER

    Plaintiff - Appellant

v.

HENRY FORD HOSPITAL

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 06/08/2017 the mandate for this case hereby issues today.

COSTS: None