Case No. 16-2303

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

NATALIE REESER

    Plaintiff - Appellant

v.

HENRY FORD HOSPITAL

    Defendant - Appellee

  Upon sua sponte consideration, it is **ORDERED** that the mandate in this appeal is hereby recalled.

                        **ENTERED PURSUANT TO RULE 45(a),**
                        **RULES OF THE SIXTH CIRCUIT**
                        Deborah S. Hunt, Clerk

Issued: July 05, 2017

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 05, 2017

Ms. Barbara Eckert Buchanan
Mr. Terrence J. Miglio
Varnum
160 W. Fort Street
Fifth Floor
Detroit, MI 48226

Mr. Keith D. Flynn
Mr. Adam Carl Graham
Miller Cohen
600 W. Lafayette Boulevard
Fourth Floor
Detroit, MI 48226

        Re: Case No. 16-2303, *Natalie Reeser v. Henry Ford Hospital*
           Originating Case No. : 2:14-cv-11916

Dear Counsel:

  The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/Patricia J. Elder
                Senior Case Manager

cc: Mr. David J. Weaver

Enclosure