# EXHIBIT D

# AFFIDAVIT OF
## Adam C. Graham

STATE OF MICHIGAN )
                  ) SS
COUNTY OF WAYNE   )

I, Adam C. Graham, being first duly sworn and affirmed upon my oath, hereby state as follows. The below are comments given in truth, to the best of my ability, and if called to testify I would be competent to testify as to such.

1. I am employed by Miller Cohen, P.L.C. as an attorney. My title at Miller Cohen, P.L.C. is Associate.

2. I represent Natalie Reeser in her lawsuit against Henry Ford Health System.

3. The time spent on this case as noted on the statement of attorney fees (*Exhibit F*) is taken from the firm's system for tracking attorney time.

4. The entries on the statement of attorney fees are from records of time keeping. The information on the statement is generated from the information submitted on this software.

5. The entries on the statement of attorney fees are true and correct. All time recorded on the statements reflects time actually spent on this case and only reflects hours I spent on post-judgment matters in the United States District Court for the Eastern District of Michigan and for the successful appeal before the Sixth Circuit. I have not represented Ms. Reeser in any other matter. All of the factual assertions on the First Supplemental Motion for Attorneys' Fees are true and correct based on my knowledge and belief.

6. I graduated cum laude from George Washington University with a Bachelor's degree in International Affairs. I then attended American University where I obtained a Master's degree in History. I graduated from the University of Michigan Law School where I earned my Juris Doctorate cum laude. While at the University of Michigan Law School, I served as an Associate Editor on the Michigan Journal of Law Reform.

While in law school, I performed work for the U.S. District Court for the Eastern District of Michigan, the City of Warren Attorney's Office, the Office of the San Diego Primary Public Defender, and the State Appellate Defender Office of Michigan. After I graduated law school, I was a law clerk in Midland County, Michigan.

7. I have practiced law for two and half years and have spent more than two years practicing labor and employment law. In this time, I have represented nearly 100 clients in employment or labor disputes. I have represented individuals before the Eastern and Western District of Michigan, the Sixth Circuit Court of Appeals, Michigan's Circuit Courts, the Occupational Safety and Health Administration, the Department of Labor Office of Administrative Law Judges, the State of Michigan Administrative Hearing System, and in arbitration.

8. I have experience in representing workers in various actions, including on an individual basis—like Ms. Reeser—and on behalf of their respective unions. Miller Cohen P.L.C. has represented numerous clients on issues related to whistleblower actions, and the attorneys involved in this case practice nearly exclusively in labor and employment law.

Further affiant sayeth not.

*/s/ Adam C. Graham*

Subscribed and sworn to before me on this 6th day of July, 2017

*/s/ Jamie L. Vann*
Jamie L. Vann, Notary Public
Macomb County, acting in Wayne County, MI
My Commission Expires: **08/05/2021**

2