# EXHIBIT F

| 7/6/2017 | Miller Cohen PLC | |
|---|---|---|
| 1:01 PM | Slip Listing | Page 1 |

## Selection Criteria

| | |
|---|---|
| Slip.Transaction Date | 6/16/2016 - 7/6/2017 |
| Clie.Selection | Include: Reeser, Natalie |
| Slip.Transaction Type | Time |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 100142  TIME<br>6/17/2016<br>WIP<br>Reeser - Review motion for judgment as a matter of law | AGraham01<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 100163  TIME<br>6/21/2016<br>WIP<br>Reeser - Affidavits for motion for attorney fees | AGraham01<br>Review and revise<br>Reeser, Natalie | 1.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 300.00 |
| 100178  TIME<br>6/23/2016<br>WIP<br>Emails/discussion re: motion for attorney fees | AGraham01<br>E-mail to<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 100633  TIME<br>7/11/2016<br>WIP<br>Reviewed response to motion for directed verdict | KeithF<br>Review and revise<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 100914  TIME<br>7/11/2016<br>WIP<br>Reeser Response Brief - Defendant's motion for judgment as a matter of law | AGraham01<br>Draft<br>Reeser, Natalie | 2.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 500.00 |
| 100920  TIME<br>7/12/2016<br>WIP<br>Plaintiff's response to defendant's motion for judgement as a matter of law | AGraham01<br>Draft<br>Reeser, Natalie | 2.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 500.00 |
| 100638  TIME<br>7/13/2016<br>WIP<br>Reviewed file, strategized with AG, and researched extending the page limit for a reply brief | KeithF<br>Review<br>Reeser, Natalie | 0.70<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 192.50 |

7/6/2017  
1:01 PM

Miller Cohen PLC  
Slip Listing

Page    2

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 100940  TIME  7/15/2016  WIP  Motion for leave to exceed page limit for our reply brief in support of motion for attorneys' fees | AGraham01  Draft  Reeser, Natalie | 0.50  0.00  0.00  0.00 | 250.00  T | 125.00 |
| 100941  TIME  7/15/2016  WIP  Reply brief in support of motion for attorneys' fees | AGraham01  Draft  Reeser, Natalie | 1.20  0.00  0.00  0.00 | 250.00  T | 300.00 |
| 100947  TIME  7/18/2016  WIP  Defendant's motion for sanctions and exhibits | AGraham01  Review  Reeser, Natalie | 1.00  0.00  0.00  0.00 | 250.00  T | 250.00 |
| 100948  TIME  7/18/2016  WIP  Draft reply for attorneys' fees | AGraham01  Draft  Reeser, Natalie | 1.00  0.00  0.00  0.00 | 250.00  T | 250.00 |
| 100964  TIME  7/21/2016  WIP  Reply to motion for attorneys fees | AGraham01  Draft  Reeser, Natalie | 2.00  0.00  0.00  0.00 | 250.00  T | 500.00 |
| 100970  TIME  7/22/2016  WIP  Reply - motion for attorneys fees | AGraham01  Draft  Reeser, Natalie | 2.50  0.00  0.00  0.00 | 250.00  T | 625.00 |
| 100973  TIME  7/25/2016  WIP  Reply to motion for attorneys' fees | AGraham01  Draft  Reeser, Natalie | 2.00  0.00  0.00  0.00 | 250.00  T | 500.00 |
| 100667  TIME  7/26/2016  WIP  Reviewed first draft of reply re attorney fees and researched issues such as block billing | KeithF  Review  Reeser, Natalie | 2.00  0.00  0.00  0.00 | 275.00  T | 550.00 |
| 100977  TIME  7/26/2016  WIP  Reply for attorneys' fees | AGraham01  Draft  Reeser, Natalie | 1.50  0.00  0.00  0.00 | 250.00  T | 375.00 |
| 100671  TIME  7/27/2016  WIP  Edited reply brief re attorney fees and researched prevailing party | KeithF  Review and revise  Reeser, Natalie | 5.00  0.00  0.00  0.00 | 275.00  T | 1375.00 |

| 7/6/2017 | Miller Cohen PLC | |
|---|---|---|
| 1:01 PM | Slip Listing | Page   3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 100981            TIME<br>7/27/2016<br>WIP<br>Draft reply for motion for attorneys fees | AGraham01<br>Draft<br>Reeser, Natalie | 2.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 625.00 |
| 100675            TIME<br>7/28/2016<br>WIP<br>Edited reply brief | KeithF<br>Research<br>Reeser, Natalie | 4.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 1100.00 |
| 100995            TIME<br>7/29/2016<br>WIP<br>Plaintiff's response to defendant's motion filed<br>under seal for post-judgement discovery sanctions | AGraham01<br>Draft<br>Reeser, Natalie | 3.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 750.00 |
| 101062            TIME<br>8/1/2016<br>WIP<br>Plaintiff's response to defendant's motion filed<br>under seal for post-judgement discovery sanctions | AGraham01<br>Draft<br>Reeser, Natalie | 4.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 1000.00 |
| 101073            TIME<br>8/2/2016<br>WIP<br>Edited response to Def's motion for sanctions | KeithF<br>Review and revise<br>Reeser, Natalie | 10.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 2750.00 |
| 101094            TIME            12:03 PM<br>8/4/2016<br>WIP<br>Edited response brief | KeithF<br>Review and revise<br>Reeser, Natalie | 4.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 1100.00 |
| 101096            TIME<br>8/4/2016<br>WIP<br>Plaintiff's Response to D's Under Seal Motion | AGraham01<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 101211            TIME<br>8/17/2016<br>WIP<br>Reviewed Court's decision on JNOV and attorney<br>fees and discussed strategy with AG | KeithF<br>Review<br>Reeser, Natalie | 1.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 275.00 |
| 101238            TIME<br>8/20/2016<br>WIP<br>Spoke with client about the Court's decisions | KeithF<br>Telephone<br>Reeser, Natalie | 0.30<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 82.50 |

7/6/2017  Miller Cohen PLC
1:01 PM  Slip Listing  Page 4

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 101264  TIME  8/23/2016  WIP  Reviewed D's reply re Motion for Sanctions | KeithF  Review  Reeser, Natalie | 0.50  0.00  0.00  0.00 | 275.00  T | 137.50 |
| 102110  TIME  9/15/2016  WIP  Draft and file notice of appeal | AGraham01  Draft  Reeser, Natalie | 0.50  0.00  0.00  0.00 | 250.00  T | 125.00 |
| 102190  TIME  9/30/2016  WIP  Reeser discuss appellate filings with Keith | AGraham01  Meeting with  Reeser, Natalie | 0.50  0.00  0.00  0.00 | 250.00  T | 125.00 |
| 103381  TIME  10/3/2016  WIP  Draft Civil Appeal Statement | AGraham01  Draft  Reeser, Natalie | 0.75  0.00  0.00  0.00 | 250.00  T | 187.50 |
| 103390  TIME  10/3/2016  WIP  Email to reeser re: upcoming mediation | AGraham01  E-mail to  Reeser, Natalie | 0.25  0.00  0.00  0.00 | 250.00  T | 62.50 |
| 103393  TIME  10/3/2016  WIP  Reviewed file in regards to Miglio's request to change the date for mediation | KeithF  Review file  Reeser, Natalie | 0.20  0.00  0.00  0.00 | 275.00  T | 55.00 |
| 103413  TIME  10/4/2016  WIP  Reeser discussion with Keith re: appeal | AGraham01  Meeting with  Reeser, Natalie | 0.50  0.00  0.00  0.00 | 250.00  T | 125.00 |
| 103466  TIME  10/6/2016  WIP  Prepare mediation background information form | AGraham01  Prepare  Reeser, Natalie | 0.50  0.00  0.00  0.00 | 250.00  T | 125.00 |
| 103473  TIME  10/7/2016  WIP  Revise mediation form | AGraham01  Review and revise  Reeser, Natalie | 0.20  0.00  0.00  0.00 | 250.00  T | 50.00 |
| 103484  TIME  10/7/2016  WIP  Reviewed mediation statement | KeithF  Review and revise  Reeser, Natalie | 0.50  0.00  0.00  0.00 | 275.00  T | 137.50 |

7/6/2017  
1:01 PM  

Miller Cohen PLC  
Slip Listing  

Page     5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 103488<br>10/7/2016<br>WIP<br>Reviewed file re settlement | TIME | KeithF<br>Review file<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 103534<br>10/12/2016<br>WIP<br>Call re: mediation | TIME | AGraham01<br>Telephone<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 103537<br>10/12/2016<br>WIP<br>Spoke with client re mediation | TIME | KeithF<br>Telephone<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 103587<br>10/17/2016<br>WIP<br>Prepared for and attended mediation | TIME | KeithF<br>Prepare for and attend<br>Reeser, Natalie | 3.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 825.00 |
| 103589<br>10/17/2016<br>WIP<br>Mediation phone call | TIME | AGraham01<br>Attend Hearing<br>Reeser, Natalie | 3.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 750.00 |
| 103746<br>10/21/2016<br>WIP<br>Reeser - Review court order on sanctions and discuss with Keith | TIME | AGraham01<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 103749<br>10/21/2016<br>WIP<br>Reviewed Court's decision on sanctions | TIME | KeithF<br>Review file<br>Reeser, Natalie | 0.70<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 192.50 |
| 104477<br>11/7/2016<br>WIP<br>Reeser Appeal Brief | TIME | AGraham01<br>Draft<br>Reeser, Natalie | 3.25<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 812.50 |
| 104495<br>11/8/2016<br>WIP<br>Reeser appeal brief | TIME | AGraham01<br>Draft<br>Reeser, Natalie | 3.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 925.00 |
| 104508<br>11/9/2016<br>WIP<br>Edited appellate brief and researched the Ohio State case | TIME | KeithF<br>Review and revise<br>Reeser, Natalie | 3.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 825.00 |

7/6/2017  
1:01 PM

Miller Cohen PLC  
Slip Listing

Page 6

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 104512  TIME<br>11/9/2016<br>WIP<br>Reeser appeal brief | AGraham01<br>Draft<br>Reeser, Natalie | 1.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 250.00 |
| 104533  TIME<br>11/10/2016<br>WIP<br>Edited appellate brief and researched Smith cases | KeithF<br>Review and revise<br>Reeser, Natalie | 4.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 1100.00 |
| 104535  TIME<br>11/10/2016<br>WIP<br>Reeser appeal brief, review Keith edits | AGraham01<br>Draft<br>Reeser, Natalie | 5.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 1250.00 |
| 104554  TIME<br>11/11/2016<br>WIP<br>Edited appellate brief | KeithF<br>Review and revise<br>Reeser, Natalie | 4.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 1100.00 |
| 104556  TIME<br>11/11/2016<br>WIP<br>Draft Reeser Appeal Brief | AGraham01<br>Draft<br>Reeser, Natalie | 2.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 550.00 |
| 104568  TIME<br>11/13/2016<br>WIP<br>Edited appellate brief | KeithF<br>Review and revise<br>Reeser, Natalie | 3.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 825.00 |
| 104569  TIME<br>11/13/2016<br>WIP<br>Reeser Appeal brief | AGraham01<br>Review and revise<br>Reeser, Natalie | 2.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 500.00 |
| 104584  TIME<br>11/14/2016<br>WIP<br>Edited appellate brief | KeithF<br>Review and revise<br>Reeser, Natalie | 3.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 825.00 |
| 104586  TIME<br>11/14/2016<br>WIP<br>Reeser appeal brief | AGraham01<br>Review and revise<br>Reeser, Natalie | 5.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 1375.00 |
| 105527  TIME<br>12/16/2016<br>WIP<br>Reviewed Def's response brief to appeal | KeithF<br>Review<br>Reeser, Natalie | 2.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 500.00 |

| 7/6/2017 | | Miller Cohen PLC | | | |
| --- | --- | --- | --- | --- | --- |
| 1:01 PM | | Slip Listing | | Page | 7 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 105558<br>12/19/2016<br>WIP<br>Research for reply brief | TIME | KeithF<br>Research<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 105621<br>12/22/2016<br>WIP<br>Discussed reply brief with AG | TIME | KeithF<br>Review file<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 105662<br>12/27/2016<br>WIP<br>Review and revise appeal brief reply | TIME | AGraham01<br>Review and revise<br>Reeser, Natalie | 5.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 1375.00 |
| 105676<br>12/28/2016<br>WIP<br>Reeser appeal reply brief | TIME | AGraham01<br>Review and revise<br>Reeser, Natalie | 5.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 1300.00 |
| 105692<br>12/29/2016<br>WIP<br>Reply brief | TIME | AGraham01<br>Review and revise<br>Reeser, Natalie | 4.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 1125.00 |
| 105704<br>12/30/2016<br>WIP<br>Editing Reply Brief | TIME | KeithF<br>Review and revise<br>Reeser, Natalie | 4.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 1100.00 |
| 105708<br>12/30/2016<br>WIP<br>Reeser discussion re: reply brief with Keith | TIME | AGraham01<br>Review and revise<br>Reeser, Natalie | 0.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 175.00 |
| 105842<br>1/2/2017<br>WIP<br>Edited Reply Brief | TIME | KeithF<br>Review and revise<br>Reeser, Natalie | 4.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 1100.00 |
| 105910<br>1/2/2017<br>WIP<br>Draft Reeser Reply Brief | TIME | AGraham01<br>Draft<br>Reeser, Natalie | 8.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 2050.00 |
| 106749<br>2/8/2017<br>WIP<br>Reviewed motion to strike and discussed with AG | TIME | KeithF<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |

7/6/2017  
1:01 PM

Miller Cohen PLC  
Slip Listing

Page     8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 106754                       TIME<br>2/8/2017<br>WIP<br>Reeser - Review motion to strike and discuss with Keith | AGraham01<br>Review<br>Reeser, Natalie | 1.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 250.00 |
| 106795                       TIME<br>2/10/2017<br>WIP<br>Reeser - review docs for motion response | AGraham01<br>Review<br>Reeser, Natalie | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 50.00 |
| 106854                       TIME<br>2/15/2017<br>WIP<br>Discuss Reeser response with Keith and research for response to Motion to Strike | AGraham01<br>Research<br>Reeser, Natalie | 0.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 175.00 |
| 106866                       TIME<br>2/16/2017<br>WIP<br>Research for motion response | AGraham01<br>Research<br>Reeser, Natalie | 1.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 300.00 |
| 106878                       TIME<br>2/17/2017<br>WIP<br>Edited draft of response to motion to strike and researched cases re new authority | KeithF<br>Review and revise<br>Reeser, Natalie | 2.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 550.00 |
| 106881                       TIME<br>2/17/2017<br>WIP<br>Motion to strike Response | AGraham01<br>Draft<br>Reeser, Natalie | 6.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 1500.00 |
| 106892                       TIME<br>2/19/2017<br>WIP<br>Draft Reeser Motion to Strike Response Brief | AGraham01<br>Draft<br>Reeser, Natalie | 1.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 425.00 |
| 106905                       TIME<br>2/20/2017<br>WIP<br>Edited response to Def's motion to strike | KeithF<br>Review and revise<br>Reeser, Natalie | 2.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 687.50 |
| 106915                       TIME<br>2/21/2017<br>WIP<br>Revise Reeser Response Brief | AGraham01<br>Review and revise<br>Reeser, Natalie | 1.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 425.00 |

7/6/2017  
1:01 PM

Miller Cohen PLC  
Slip Listing

Page 9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 106944  TIME<br>2/22/2017<br>WIP<br>Reeser - Review Response | AGraham01<br>Review<br>Reeser, Natalie | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 50.00 |
| 107033  TIME<br>2/28/2017<br>WIP<br>Review Reeser reply brief and discuss with Keith | AGraham01<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 107037  TIME<br>2/28/2017<br>WIP<br>Reviewed Def's reply brief re motion to strike and the Court's order re oral argument | KeithF<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 107853  TIME<br>3/14/2017<br>WIP<br>Discuss Reeser filing with Keith and fill out form | AGraham01<br>Meeting with<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 125.00 |
| 108975  TIME<br>4/18/2017<br>WIP<br>Email case to Keith | AGraham01<br>E-mail to<br>Reeser, Natalie | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 50.00 |
| 108728  TIME<br>4/19/2017<br>WIP<br>Prepping for oral argument before Sixth Circuit and spoke to client | KeithF<br>Prepare<br>Reeser, Natalie | 6.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 1650.00 |
| 109246  TIME<br>6/8/2017<br>WIP<br>Review Sixth Circuit opinion and discuss with Keith Flynn | AGraham01<br>Review<br>Reeser, Natalie | 1.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 425.00 |
| 109247  TIME<br>6/8/2017<br>WIP<br>Reviewed Sixth Circuit Decision and discussed with AG | KeithF<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 109248  TIME<br>6/9/2017<br>WIP<br>Reviewed 6th Circuit decision | KeithF<br>Review<br>Reeser, Natalie | 1.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 275.00 |

7/6/2017  
1:01 PM  

Miller Cohen PLC  
Slip Listing  

Page    10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 109249           TIME<br>6/15/2017<br>WIP<br>Reeser call and discussion re; fees | AGraham01<br>Telephone<br>Reeser, Natalie | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 50.00 |
| 109250           TIME<br>6/22/2017<br>WIP<br>Reviewed Miglio's response to order to show cause.5 | KeithF<br>Review<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 109251           TIME<br>6/29/2017<br>WIP<br>Discussed status of case with client and strategized with AG | KeithF<br>Meeting with<br>Reeser, Natalie | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 137.50 |
| 109252           TIME<br>6/29/2017<br>WIP<br>Discuss Reeser fees motion with Keith and client | AGraham01<br>Meeting with<br>Reeser, Natalie | 0.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T | 175.00 |

Grand Total

|  | Billable<br>Unbillable<br>Total | 173.75<br>0.00<br>173.75 |  | 45260.00<br>0.00<br>45260.00 |