UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Natalie Reeser,

v.

Henry Ford Health System, d/b/a
Henry Ford Hospital

_____/

Civil No: 14-11916

Judicial Officer: George Caram Steeh

# TAXED BILL OF COST*

On May 19, 2016, a judgment was entered in favor of **the Plaintiff.** The prevailing party now requests the clerk to tax the following costs:

|   |   | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* |   |   |   |
| B | Service Fees | $554.84 | $554.84 |   |
| C | Court Reporter Fees | $4,247.06 | $4,247.06 |   |
| D | Printing Fees |   |   |   |
| E | Witness Fees | $278.83 | $36.00 |   |
| F | Exemplification & Copy Fees | $726.50 | $0.00 |   |
| G | Docket fees (28 U.S.C. 1923) | $400.00 | $400.00 |   |
| H | Costs on Mandate of Appeal |   |   |   |
| I | Court-appointed experts |   |   |   |
| J | Interpreters and Services |   |   |   |
| K | Other costs | $5,208.37 | $0.00 |   |
|   |   | $11,415.60 | $5,237.90 |   |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 07/07/16

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

*Costs re-taxed pursuant to 11/17/16 order (doc. 140).

# Mailing Information for a Case 2:14-cv-11916-GCS-SDD Reeser v. Henry Ford Hospital

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith D. Flynn**
  kflynn@millercohen.com,dboxie@millercohen.com,mcoil@millercohen.com,kgolba@millercohen.com,jvann@millercohen.com
- **Adam Carl Dhunbiryun Graham**
  agraham@millercohen.com,dboxie@millercohen.com,mcoil@millercohen.com,jvann@millercohen.com
- **Richard G. Mack**
  richardmack@millercohen.com,dboxie@millercohen.com,kflynn@millercohen.com,mcoil@millercohen.com,jvann@millercohen.com
- **Terrence J. Miglio**
  tjmiglio@varnumlaw.com,rmromero@varnumlaw.com,bebuchanan@varnumlaw.com