# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 12, 2017

Ms. Barbara Eckert Buchanan
Varnum
160 W. Fort Street
Fifth Floor
Detroit, MI 48226

Mr. Keith D. Flynn
Miller Cohen
600 W. Lafayette Boulevard
Fourth Floor
Detroit, MI 48226

Mr. Adam Carl Graham
Miller Cohen
600 W. Lafayette Boulevard
Fourth Floor
Detroit, MI 48226

Mr. Terrence J. Miglio
Varnum
160 W. Fort Street
Fifth Floor
Detroit, MI 48226

Re: Case No. 16-2303, *Natalie Reeser v. Henry Ford Hospital*
Originating Case No. : 2:14-cv-11916

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

        s/Jennifer Earl
        Case Manager
        Direct Dial No. 513-564-7066

cc: Mr. David J. Weaver

Enclosure

Case No. 16-2303

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| NATALIE REESER, | ) | |
| | ) | **FILED** |
| Plaintiff-Appellant, | ) | Jul 12, 2017 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN |
| HENRY FORD HOSPITAL, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |

O R D E R

Before: BOGGS, MOORE, and McKEAGUE, Circuit Judges.

In our June 8, 2017 opinion in the above-captioned case, this court ordered counsel for Defendant Henry Ford Hospital to show cause why he should not be sanctioned under 28 U.S.C. § 1927 for filing a frivolous motion to strike portions of Plaintiff Natalie Reeser's appellate briefing. The court has received counsel's timely filing and, upon review, is satisfied that counsel's indiscretion does not warrant the imposition of sanctions at this time. Although indeed overzealous, counsel has convinced us that his actions were not undertaken in bad faith. Counsel's responsive filing indicates that he has been duly chastened by this court's show cause order, and accordingly, that sanctions are unnecessary.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk