Defendant's Response in Opposition to Plaintiff's Motion for Attorneys' Fees

Index of Exhibits

1. Unpublished Cases:
   - *Bailey v Scoutware, LLC*, No. 12-10281, 2014 WL 11309770 (E.D. Mich. Aug. 19, 2014)
   - *Fialka-Feldman v Oakland Univ. Bd. of Trustees*, No. 08-14922, 2010 WL 2572768 (E.D. Mich. June 23, 2010)
   - *Terry v Al-Naimi*, No. 07-141-30, 2009 WL 728542 (E.D. Mich. March 19, 2009)
   - *Reeder v County of Wayne*, No. 15-cv-10177, 2016 WL 6524144 (E.D. Mich. Nov. 3, 2016)
   - *Dallas v Commr. of Soc. Sec.*, No. 1:13-CV-00591, 2014 WL 1767815 (N.D. Ohio May 2, 2014)
   - *Disabled Patriots of Am. V Genesis Dreamplex, LLC*, No. 3:05-CV-7153, 2006 WL 2404140, (N.D. Ohio Aug. 18, 2006)
   - *Project Vote v Blackwell*, No. 06-CV-1628, 2009 WL 917737, (N.D. Ohio Mar. 31, 2009)
   - *Helfman v GE Group Life Assurance Co.*, No. 06-13528, 2011 WL 1464678 (E.D. Mich. April 18, 2011)
   - *Crown Enterprises v City of Romulus*, No. 286525, 2011 WL 1687625 (Mich. Ct. App. May 3, 2011)
   - *Gomery v Crest Fin. Inc.*, No. 20881, 2005 WL 658818 (Mich. Ct. App. Mar. 22, 2005)
   - *Heckmann v City of Detroit*, No. 267391, 2007 WL 1989518, (Mich. Ct. App. July 10, 2007)
   - *Reeser v Henry Ford Health System*, No. 14-cv-11916, 2016 WL 4374916 (E.D. Mich. Aug. 17, 2016)
   - *Reeser v Henry Ford Hospital*, No. 16-2303, 2017 WL 2471265 (6th Circuit June 8, 2017)
   - *Tinman v Blue Cross Blue Shield*, No. 322601, 2015 WL 5657544 (Mich. Ct. App. Sept. 24, 2015)