UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HEALTH SYSTEM**,

        Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

---

| | |
|---|---|
| **MILLER COHEN, P.L.C.**<br>Keith D. Flynn (P74192)<br>Adam C. Graham (P79361)<br>*Attorneys for Plaintiff*<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226-0840<br>(313) 964-4454 | **VARNUM LLP**<br>Terrance J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>*Attorneys for Defendant*<br>160 W. Fort, 5th Floor<br>Detroit, MI 48226<br>(313) 481-7300 |

**PLAINTIFF'S EXPARTE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES POST-JUDGMENT AND ON APPEAL**

NOW COMES Plaintiff NATALIE REESER, by and through her counsel, with her request that this Court allow Plaintiff to file a Reply Brief in Support of her Motion for Attorneys' Fees that exceeds the seven page limit established by L.R. 7.1(d)(3)(B) by an additional thirteen (13) pages. Defendant's Brief in Opposition to Plaintiff's Motion is thirty three (33) pages long and includes 121 (one hundred and twenty one) pages of exhibits. A seven page reply is not sufficient to address each of the issues raised by Defendant. For this reason, Plaintiff requests an extension to twenty (20) pages to adequately address Defendant's arguments.

Plaintiff sought concurrence and was unable to obtain a response.

                                                          Respectfully submitted,

                                                          **MILLER COHEN, P.L.C.**

                                                          By: /s/Adam C. Graham
                                                          Keith D. Flynn (P74192)
                                                          Adam C. Graham (P79361)
                                                          *Attorneys for Plaintiff*
                                                          600 W. Lafayette Blvd., 4th Floor
                                                          Detroit, MI 48226

Dated: July 31, 2017                     (313) 964-4454

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**NATALIE REESER**,

          Plaintiff,

v

**HENRY FORD HEALTH SYSTEM**
**d/b/a HENRY FORD HOSPITAL**,

          Defendant.

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh
Magistrate Judge Mona K. Majzoub

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Richard G. Mack, Jr. (P58657) | Terrance J. Miglio (P30541) |
| Keith D. Flynn (P74192) | Barbara E. Buchanan (P55084) |
| Adam C. Graham (P79361) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 160 W. Fort St., 5th Floor |
| 600 W. Lafayette Blvd., 4th Floor | Detroit, MI 48226 |
| Detroit, MI 48226-0840 | (313) 481-7300 |
| (313) 964-4454 | |

## CERTIFICATE OF SERVICE

I hereby certify that on *July 31 2017*, the foregoing document was electronically filed by the undersigned's authorized representative, using the ECF system, which will send notification of such filing to all parties of record.

    Respectfully submitted,

    **MILLER COHEN, P.L.C.**

    By: /s/ Adam C. Graham
        Adam C. Graham (P79361)
        *Attorneys for Plaintiff*
        600 W. Lafayette Blvd., 4th Floor
        Detroit, Michigan 48226
        (313) 964-4454