UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE REESER,

        Plaintiff,

                            CASE NO. 14-CV-11916
v.                          HON. GEORGE CARAM STEEH

HENRY FORD HEALTH
SYSTEM,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S EX PARTE
MOTION FOR PAGE EXTENSION (Doc. 150)

      Now before the court is Plaintiff Natalie Reeser's ex parte motion to file a reply brief in support of her motion for attorney fees in excess of the seven page limit set forth under Local Rule 7.1(d)(3)(B). Plaintiff claims an extension is needed because Defendant Henry Ford Health System's response brief was allegedly 33 pages. The court has reviewed Defendant's response brief and determines that it complied with the 25-page limit set forth under Local Rule 7.1(d)(3)(A). Accordingly, Plaintiff's motion for a page extension (Doc. 150) is DENIED.

IT IS FURTHER ORDERED that Plaintiff submit a judge's copy of her supplemental brief in support of her motion for attorney fees (Doc. 145), including all exhibits to be tabbed.

**IT IS SO ORDERED.**

Dated: August 2, 2017

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 2, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk