UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATALIE REESER**,

    Plaintiff,

Case No. 2:14-cv-11916-GCS-MJH
Hon. George Caram Steeh

v.

**HENRY FORD HEALTH SYSTEM**,

    Defendant.

| | |
|---|---|
| **MILLER COHEN, P.L.C.**<br>Keith D. Flynn (P74192)<br>Adam C. Graham (P79361)<br>*Attorneys for Plaintiff*<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, MI 48226-0840<br>(313) 964-4454 | **VARNUM LLP**<br>Terrance J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>*Attorneys for Defendant*<br>160 W. Fort, 5th Floor<br>Detroit, MI 48226<br>(313) 481-7300 |

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES POST-JUDGMENT AND ON APPEAL**

**INDEX OF EXHIBITS**

EXHIBIT A:    *Reeser v. Henry Ford Hosp.*, 2017 WL 2471265

EXHIBIT B:    *Gomery v. Crest Fin., Inc.*, 2005 WL 658818

EXHIBIT C:    *Tinman v. Blue Cross Blue Shield*, 2015 WL 5657544

EXHIBIT D:    *Reeder v. County of Wayne*, 2016 WL 6524144

# PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES POST-JUDGMENT AND ON APPEAL

## INDEX OF EXHIBITS
(cont'd)

| | |
|---|---|
| EXHIBIT E: | 2014 Economics of Law Practice Attorney Income and Billing Rate Summary Report |
| EXHIBIT F: | *Harvard Drug Grp., LLC v. Linehan*, 2010 WL 3906094 |
| EXHIBIT G: | Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion for Attorneys' Fees |
| EXHIBIT H: | *Cheng v. Romo*, 2014 WL 882796 |
| EXHIBIT I: | *Crown Enterprises Inc. v. City of Romulus*, 2011 WL 1687625 |
| EXHIBIT J: | Brief of Counsel for Defendant-Appellee Henry Ford Hospital in Response to the Court's Order to Show Cause |