**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**NATALIE REESER**,

        Plaintiff,

v

**HENRY FORD HEALTH SYSTEM
d/b/a HENRY FORD HOSPITAL**,

        Defendant.

Case No. 2:14-cv-11916-GCS
Hon. George Caram Steeh

| **MILLER COHEN, P.L.C.** | **VARNUM LLP** |
|---|---|
| Keith D. Flynn (P74192) | Terrence J. Miglio (P30541) |
| Adam C. Graham (P79361) | Barbara E. Buchanan (P55084) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 600 W. Lafayette Blvd., 4th Floor | 160 W. Fort, 5th Floor |
| Detroit, MI 48226-0840 | Detroit, MI 48226 |
| (313) 964-4454 | (313) 481-7300 |

**STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

NOW COME the parties, by and through their attorneys, and do hereby stipulate that any judgment or order issued by the Court in this matter has been satisfied, and accordingly, the above-captioned matter be dismissed with prejudice and without costs to either party.

Approved as to Form and Substance:

/s/ Keith D. Flynn                    /s/ Terrence J. Miglio
Keith D. Flynn (P74192)               Terrence J. Miglio (P30541)
Attorneys for Plaintiff               Attorneys for Defendants

1

IT IS HEREBY ORDERED that this matter be dismissed with prejudice and without costs to any party.

Dated:  April 17, 2018                               s/George Caram Steeh
                                                                  Hon. George Caram Steeh
                                                                  U.S. District Judge